AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

|  |  |  |
|---|---|---|
| ELIE NEHME | ) ) ) ) ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) ) | Civil Action No.  1:20-cv-24649-KMW |
| FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES | ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES
CARLOS B. CASTILLO, ESQ.
GENERAL COUNSEL
11200 SW 8TH STREET PC 511
MIAMI FL  33199

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   RODERICK V. HANNAH, ESQ.
4800 NORTH HIATUS ROAD
SUNRISE FL  33351-7919
Telephone:  (954) 362-3800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  _____11/13/2020_____

*s/ C.Davis*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court