## RETURN OF SERVICE

**State of Florida**  **County of Miami-Dade**  **District Court**

Case Number: 20-CV-24649-KMW

Plaintiff:
**ELIE NEHME**

vs.

Defendant:
**FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES**

For:
Roderick Hannah
Law Office of Roderick V. Hannah, P.A.
4800 Hiatus Road
Sunrise, FL 33351

Received by Court Express Inc. on the 14th day of November, 2020 at 8:10 am to be served on **Florida International University Board Of Trustees c/o Carlos B. Castillo Esq., 11200 Sw 8 St, PC 511, Miami, FL 33199.**

I, Jose Espino, do hereby affirm that on the **16th day of November, 2020** at **8:35 am, I:**

**CORPORATE:** served by delivering a true copy of the **Summons and Complaint with Exhibits** with the date and hour of service endorsed thereon by me, to: **Mary Lorez** as **Legal Assistant** for **Florida International University Board Of Trustees c/o Carlos B. Castillo Esq.**, at the address of: **11200 Sw 8 St, PC 511, Miami, FL 33199**, and informed said person of the contents therein, in compliance with state statutes.

Under penalty of perjury, I swear or affirm, pursuant to Fla. Stat. 92.525 that I have read the forgoing Verified Return of Service and that the facts stated in it are true. I certify that I am over the age of 18, I have no interest in the above action, and I am a Certified/Special Process Server, under oath, in good standing, in the judicial circuit in which the process was served. Notary not required per Fla. Statute and Administrative Order.

Jose Espino
CPS #303

**Court Express Inc.**
**P.O. Box 010581**
**Miami, FL 33101**
**(305) 205-1304**

Our Job Serial Number: CXS-2020002046

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | ) | |
|---|---|---|
| ELIE NEHME | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:20-cv-24649-KMW |
| FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES | ) ) | |
| *Defendant(s)* | ) | |

*Served - Mary Lopez*
*legal assistant*
*11/16/2020*
*e 8:35am*
*JE #303J*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES
CARLOS B. CASTILLO, ESQ.
GENERAL COUNSEL
11200 SW 8TH STREET PC 511
MIAMI FL 33199

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: RODERICK V. HANNAH, ESQ.
4800 NORTH HIATUS ROAD
SUNRISE FL 33351-7919
Telephone: (954) 362-3800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 11/13/2020

Angela E. Noble
Clerk of Court

s/ C.Davis
Deputy Clerk
U.S. District Courts