UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  1:20-cv-24649-KMW

ELIE NEHME,

    Plaintiff,

vs.

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.
_____/

**ORDER ON DEFENDANT'S
MOTION TO DISMISS COMPLAINT**

THIS CAUSE, having come before the Court on Defendant FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES' Motion to Dismiss the Complaint, and the Court having been fully advised in the premises, it is

ORDERED AND ADJUDGED that Defendant's Motion is hereby GRANTED/DENIED.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida, this \_\_\_\_\_ day of _____, 2020.

                                          _____
                                          UNITED STATES DISTRICT JUDGE

Copies furnished to all counsel