UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-24649-KMW

ELIE NEHME,

    Plaintiff,

vs.

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that OSCAR E. MARRERO, ESQUIRE, of Marrero & Wydler, 2600 Douglas Road, PH-4, Coral Gables, Florida 33134, files this Notice of Appearance as counsel for Defendant FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES, and requests that copies of all future pleadings, etc., filed in this case be directed to them.

I hereby certify that on this 7th day of December, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                MARRERO & WYDLER
                                                *Attorneys for Defendant FIU BOT*
                                                2600 Douglas Road, PH-4

*Nehme v. Florida International University Board of Trustees*
*District Court Case No.: 1:20-cv-24649-KMW*
*Page 2*

        Coral Gables, FL 33134
        (305) 446-5528
        (305) 446-0995 (fax)


        BY __/s/ Oscar E. Marrero_____
           OSCAR E. MARRERO
           F.B.N.: 372714
           oem@marrerolegal.com
           LOURDES E. WYDLER
           F.B.N.: 719811
           lew@marrerolegal.com

## **SERVICE LIST**

Roderick V. Hannah, Esq.
4800 North Hiatus Road
Sunrise FL 33351-7919
(954) 362-3800
(954) 613-5902 (fax)
FBN: 435384
rhannah@rhannahlaw.com
*Attorneys for Plaintiff*