**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRCIT OF FLORIDA**

**CASE NO. 1:20-cv-24649-CANNON**

**ELIE NEHME,**

    **Plaintiff,**

vs.

**FLORIDA INTERNATIONAL UNIVERSITY**
**BOARD OF TRUSTEES,**

    **Defendant.**

_____/

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO DEFENDANT'S**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

THIS CAUSE having come before the Court on the Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss Plaintiff's Complaint [D.E. ___], and the Court, having reviewed the Motion and the file, and being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED. Plaintiff shall have until January 11, 2021 to file her response to Defendant's Motion to Dismiss Plaintiff's Complaint [D.E. 11].

DONE AND ORDERED in Chambers at Fort Pierce, Florida this ___ day of December, 2020.

                                                                                   _____

                                                                                **AILEEN M. CANNON**
                                                                                **UNITED STATES DISTRICT JUDGE**

Copies furnished:
        All counsel of record