UNITED STATES DISTRICT COURT
SOUTHERN DISTRCIT OF FLORIDA

CASE NO. 20-cv-24649-KMW

ELIE NEHME,

    Plaintiff,

vs.

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT WITH SUPPORTING MEMORANDUM OF LAW**

Plaintiff ELIE NEHME, through undersigned counsel, hereby moves, the Court pursuant to Rule 15, Fed. R. Civ. P., for leave to file the attached Amended Complaint (Exhibit "A") and, as grounds therefor, state as follows:

1. Plaintiff filed his initial Complaint on November 12, 2020 [ECF No. 1] raising claims of disability discrimination and retaliation under Title II of the American's with Disabilities Act ("ADA") and Section 504 of the Rehabilitation Act of 1973 ("Rehabilitation Act").

2. Defendant filed a Motion to Dismiss the Complaint on December 7, 2020 [ECF No. 5].

3. Plaintiff's response to the Motion to Dismiss is presently due by January 11, 2021. However, instead of filing a formal response to the Motion to Dismiss, Plaintiff seeks to file the attached Amended Complaint, which Plaintiff believes fully addresses and resolves most

of the pleading deficiencies and arguments Defendant raised in its Motion, including dropping Plaintiff's Rehabilitation Act and retaliation claims.

4. Accordingly, Plaintiff submits there is good cause to grant him leave to file an Amended Complaint, attached as Exhibit "A". In addition, per the express language of Fed. R. Civ. P. 15(a), leave to amend the Complaint should be freely granted when, as here, justice so requires."

5. This Motion is not being interposed for purposes of delay. In addition, granting the relief requested herein will not prejudice any of the parties hereto or the Court.

## SUPPORTING MEMORANDUM OF LAW

Federal Rule of Civil Procedure 15 provides that leave to amend a complaint "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). See also *Foman v. Davis*, 371 U.S. 178, 182 (1962). The Supreme Court, in *Foman*, emphasized Rule 15's requirement that leave be "freely given" and set forth a list of factors delineating the narrow circumstances under which a Court may possibly deny a motion to amend. *Id*. Those factors include undue delay, bad faith, dilatory motive, repeated failure to cure deficiencies, undue prejudice to the opposing party, and where the amendment would be futile. *Id*. Likewise, the Eleventh Circuit has cautioned Courts that "unless there is a substantial reason to deny leave to amend, the discretion of the district court is not broad enough to permit denial." *Thomas v. Town of Davie*, 847 F.2d 771, 773 (11th Cir. 1988) (emphasis added). *See also Loggerhead Turtle v. County Council of Volusia County, Florida*, 148 F.3d 1231 (11th Cir. 1998) (reversing a district court's order denying leave to amend a complaint).

None of the factors cited in *Foman* as a basis for denying a motion for leave to amend are present here. The Motion merely seeks leave to amend the Complaint to address any pleading deficiencies and to drop Plaintiff's Rehabilitation Act and retaliation claims.

With respect to the second factor of the *Foman* test, this is the first time that Plaintiff has sought leave to amend his complaint in this matter. Because this is the first time, Plaintiff is not guilty of any repeated failure to cure deficiencies in his Complaint. *See Doe v. Bd. of County Commissioners*, 783 F. Supp. 1379, 1381 (S.D. Fla. 1992).

Furthermore, Defendant will not suffer any undue prejudice by virtue of the proposed amended pleading. It is early in the case, no discovery has commenced, and not trial and pretrial deadlines have been established.

Finally, the amendment would not be futile. Plaintiff raised viable ADA claims in this case and believes that there is evidence to prove them.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this Motion and direct that the proposed Amended Complaint attached as Exhibit "A" be filed. A proposed order granting this Motion is attached as Exhibit "B".

## **CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1**

Undersigned counsel has conferred with counsel for Defendant who has no objection to the relief sought in this Motion.

Respectfully submitted,

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
4800 N. Hiatus Road
Sunrise, FL 33351
Telephone: 954/362-3800
Facsimile: 954/613-5902
Email: rhannah@rhannahlaw.com


By *s/ Roderick V. Hannah*
   RODERICK V. HANNAH
   Fla. Bar No. 435384


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th of January, 2021, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

Oscar Marrero, Esq.
Email: oem@marrerolegal.com
Lourdes E. Wydler, Esq.
Email: lew@marrerolegal.com
MARRERO & WYDLER
2600 Douglas Road, PH-4
Coral Gables, FL 33134
(305) 446-5528
(305) 446-0995 (fax)

*Attorneys for Defendant FIU BOT*


/s/ *Roderick V. Hannah*
   Roderick V. Hannah