**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRCIT OF FLORIDA**

**CASE NO. 1:20-cv-24649-CANNON**

**ELIE NEHME,**

      **Plaintiff,**

**vs.**

**FLORIDA INTERNATIONAL UNIVERSITY**
**BOARD OF  TRUSTEES,**

      **Defendant.**

_____/

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR**
**FOR LEAVE TO FILE AMENDED  COMPLAINT**

THIS CAUSE having come before the Court on the Plaintiff's Unopposed Motion for

Leave to File Amended Complaint with Supporting Memorandum of Law [D.E. ___], and the

Court, having reviewed the Motion and the file, and being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED.  Plaintiff is directed to file

the Amended Complaint.

DONE AND ORDERED in Chambers at Fort Pierce, Florida this ___ day of January, 2021.


                           _____
                           **AILEEN M. CANNON**
                           **UNITED STATES DISTRICT JUDGE**

Copies furnished:
      All counsel of record