# EXHIBIT "A"



*Privileged and Confidential*

April 16, 2020

Elie Nehme
8112 Bautista Way
Palm Beach Gardens, FL 33418

<<Via email to enehm002@fiu.edu >>

Re: Medical Student Evaluation and Promotion Committee Recommendation

Dear Mr. Nehme:

The Medical Student Evaluation and Promotion Committee (MSEPC) met on Thursday, April 9, 2020, to consider your overall performance to date as a medical student in accordance with the *HWCOM Medical Student Handbook* and FIU policies.

Enclosed herewith are the findings and adverse recommendations of the MSEPC. You have the right to appeal the adverse recommendations to the Appeals Committee in accordance with the procedures set forth in the *HWCOM Medical Student Handbook (see F. Appeals Process, page A-14).* The request for appeal must be submitted in writing to the Executive Associate Dean for Academic Affairs within ten (10) business days of the date of this notification. It must be based on one or more of the following grounds for appeal:

1. Material failure to provide a student with his or her due process rights as set forth in the *HWCOM Medical Student Handbook* that affected the outcome of the hearing. Appeals based on this ground will be limited solely to a review of the record of the hearing.
2. New information, which was not available at the time of the hearing and therefore could not be presented. The student must show that the new information was likely to have substantially affected the outcome of the hearing. The nature of the information must be described in full detail in the written request, including an explanation of the reason the information could not have been presented at the hearing.
3. The severity of the sanction is clearly excessive in light of the nature of the offense and the totality of the student's academic performance including indicia of professionalism.

Sincerely,

H Tempest

Helen Tempest, PhD.
Acting Chair, Medical Student Evaluation and Promotion Committee

HERBERT WERTHEIM COLLEGE OF MEDICINE

Modesto A. Maidique Campus, 11200 S.W. 8th St., AHC II 693, Miami, FL 33199 • Tel: 305.348.0570 • Fax: 305.348.0123 •
medicine.fiu.edu

Florida International University is an Equal Opportunity/Access Employer and Institution • TDD via FRS 1.800.955.8771

**FIU | Herbert Wertheim College of Medicine**

## MEMORANDUM

**Privileged and Confidential Education Record**
**Protected by Federal Education Rights and Privacy Act**

| | |
|---|---|
| Date: | April 16, 2020 |
| To: | Elie Nehme |
| From: | Helen Tempest, PhD<br>Acting Chair, Medical Student Evaluation and Promotion Committee |
| CC: | Carolyn D. Runowicz, MD<br>Executive Associate Dean for Academic Affairs<br>Chair, Appeals Committee<br><br>Karin Esposito, MD, PhD<br>Executive Associate Dean for Student Affairs |
| Subject: | Medical Student Evaluation and Promotion Review |

The Medical Student Evaluation and Promotion Committee (MSEPC) conducted a hearing on Thursday, April 9, 2020, to consider the academic performance of Elie Nehme. The meeting was held virtually via Zoom. The student attended.

**Facts:**

Mr. Nehme is a period 3 medical student on academic probation. He failed the Psychiatry shelf exam and the remediation exam and as a result failed the Psychiatry Clerkship.

Mr. Nehme stated that he understood he was appearing before the MSEPC because he did not pass the Psychiatry Clerkship. Mr. Nehme stated that he prepared very well prior to taking the Psychiatry Clerkship remediation. However, the day of the psychiatry shelf exam retake, his neighbor's apartment caught on fire and he waited at the apartment complex unsure if his apartment would be next. He stated that thankfully his apartment was fine and that he was able to make it on time to his scheduled retake. Mr. Nehme stated that the fire did stress him out and that it affected his performance.

The committee commented that Mr. Nehme showed a pattern of poor performance in his Clerkship shelf exams. The committee stated that Mr. Nehme had to take the Family Medicine, Surgery, and Neurology shelf exam twice and that he scored low on the Obstetrics and Gynecology Shelf exam. Mr. Nehme stated that the day of his Surgery Clerkship Shelf exam, he received a call that his dad was being rushed to the hospital and that call affected his performance. Mr. Nehme stated that he acknowledges his weak points. He said that he has been preparing for the USMLE Step 1 exam by studying and targeting his weak points. Mr. Nehme reported that he planned to reschedule his USMLE Step 1 exam if he believed he was insufficiently prepared to take it.

**FIU | Herbert Wertheim College of Medicine**

When asked why he did not request an excused absence for the Psychiatry Shelf Exam remediation, as he had previously for exams prior to entering into Period 3. Mr. Nehme stated that he was not aware he could request an excused absence for shelf exams. He also stated that he was unaware of the process to request an excused absence last minute prior to Psychiatry Clerkship remediation exam.

Mr. Nehme was asked in hindsight what he would have done differently, and he stated that he would not have changed anything. Mr. Nehme believes he used all the correct resources available and that he prepared the best he could for each shelf exam. He also reported that he felt well prepared going into the Psychiatry Clerkship remediation exam.

**History:**

<u>MSEPC Hearing #1 / July 27, 2017</u>

Mr. Nehme recently failed *Cardiovascular and Respiratory Systems* (BMS 6633) and he failed the remediation. He previously failed *Genes, Molecules and Cells* (BMS 6001) and passed the remediation. Mr. Nehme reported he had health issues and family problems during his first year of medical school. He reported he has been meeting with the Wellness Center to work on his processing speed. He stated he was verbally informed he could benefit from being granted additional time to take exams. He is also working with Learning Specialist, Dr. Winnie Chang. Mr. Nehme was allowed to continue with the class of 2020. He was required to meet with Dr. Toonkel to develop a plan for self-study of *Cardiovascular and Respiratory Systems* (BMS 6633) in preparation for taking the course again in 2018 with the class of 2021, thus delaying his entry into Period 3. He was placed on academic probation.

<u>MSEPC Hearing #2 / March 8, 2018</u>

Mr. Nehme failed *System Based Practice* (BMS 6067). A Professionalism Incident Report (PIR) was filed on December 15, 2017 by Dr. Vivian Obeso for multiple unexcused absences across courses, multiple requests to delay exams, and a professionalism issue regarding a quiz in *Reproductive Systems* (BMS 6637) (see attached PIR for details). Mr. Nehme stated that he experienced medical problems that interfered with his ability to attend class. He is currently on a Medical Leave of Absence effective January 18, 2018; however, he waived his right to delay the MSEPC hearing until after he returns. He has been meeting with a neurologist and pain management physician and is feeling much better. He stated he is ready to return to medical school in early April if he is allowed the opportunity to repeat Period 2. Mr. Nehme was allow to repeat Period 2 joining the class of 2021 and must remain on academic probation.

**Findings:**

After discussion, the MSEPC made the following findings:

1. Mr. Nehme's academic performance continues to be of grave concern. He has failed Genes, Molecules and Cells (BMS 6001), Cardiovascular and Respiratory Systems (BMS 6633) and failed the remediation, he has failed System Based Practice (BMS 6067), and

**FIU | Herbert Wertheim College of Medicine**

failed the Psychiatry Clerkship (MDC 7830). In addition, he has shown poor performances in multiple Clerkship Shelf exams.

2. There is a pattern of repeated academic failures, despite mitigating circumstances.

3. Despite Mr. Nehme's poor academic performance, he was unable to articulate changes he could make to improve his academic performance.

**Adverse Recommendations:**

The following recommendations are adverse recommendations. The definition of an adverse recommendation is, "[a]ny MSEPC recommendation arising out of a medical student's failure to meet academic requirements or Professionalism Standards; an Adverse Recommendation mandates that a student take specific actions or refrain from taking specific actions." (HWCOM Medical Student Handbook, Appendix B Glossary)

1. Mr. Nehme should be given the opportunity to voluntarily withdraw from medical school. If he does not elect to voluntarily withdraw, he will be involuntarily withdrawn from the HWCOM. Mr. Nehme is not eligible to reapply for admission to HWCOM.

CONFIDENTIAL