# EXHIBIT "B"



**Office of the Provost**
FLORIDA INTERNATIONAL UNIVERSITY

September 30, 2020

Mr. Elie Nehme
8112 Bautista Way
Palm Beach Gardens, FL 33418-8178
*Via USPS Certified Mail AND email to enehm002@med.fiu.edu (due to COVID-19)*

**RE: Elie Nehme – Appeal**

Dear Mr. Nehme,

This is in response to the appeal you filed with this office by email dated May 15, 2020 and subsequently additional information you submitted on June 4, 2020. You have appealed the recommendation for dismissal which was affirmed by the Dean of the Herbert Wertheim College of Medicine (HWCOM) on May 8, 2020.

As the Provost's designee in this matter, I reviewed your request for an appeal. This review is conducted in accordance with the procedures outlined in the HWCOM Student Handbook. Pursuant to the HWCOM Student Handbook, the basis for appeals are material failure to provide due process, new information not available at the time of the hearings, or severity of the sanction is clearly excessive in light of the offense or academic performance.

I withheld my decision on your appeal until a report was issued by the Office of Inclusion, Diversity, Equity & Access (IDEA) regarding your claims of harassment and differential treatment based on disability in your appeal. As communicated previously to you in June 2020, your appeal was provided to IDEA for review and consideration on those elements. On September 14, 2020 you received an amended copy of IDEA's report. Based upon a subsequent independent review by IDEA, there is no indication that your allegations had an adverse impact on your academic performance. Thus, your dismissal from the HWCOM was the result of your academic performance. The remaining bases for your appeal are without merit. Therefore, the determination of the College remains undisturbed.

This notice constitutes final agency action for Florida International University in accordance with the HWCOM Student Handbook and that no further action will be taken by the University on this matter. You may seek judicial review of this final University decision pursuant to Florida Rule of Appellate Procedure 9.190(b)(3), applicable to review of quasi-judicial decisions of an administrative body not subject to the Administrative Procedure Act, by filing a petition for certiorari review with the appropriate circuit court within thirty (30) days of this final University decision. If you seek review with the court, you must also provide a copy of the petition to: Clerk of the University, Florida International University, Modesto A. Maidique Campus, PC 511, Miami, FL 33199.

Sincerely,

Elizabeth Bejar, PhD
Senior Vice President for Academic and Student Affairs

C: S. McWhorter, Director, IDEA
E. Roldan, Associate Dean, Herbert Wertheim College of Medicine
R. Sackstein, Dean, Herbert Wertheim College of Medicine