UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-24649-AMC

ELIE NEHME,

    Plaintiff,

vs.

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.

_____/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

The Defendant, FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES, by and through undersigned counsel, pursuant to the Federal Rules of Civil Procedure and Southern District of Florida Local Rules, hereby files this Unopposed Motion for Extension of Time to Respond to Plaintiff's Amended Complaint, and states:

1. This case involves purported violations under the Americans with Disability Act. The response to the Amended Complaint is due today on Monday, January 25, 2021.

2. The undersigned's contact at Florida International University's Office of the General Counsel has been on leave and returns today. The undersigned requires additional time to review the new allegations and conduct a thorough investigation of the claims with the client in order to draft an appropriate response. Additionally, the undersigned has been involved in another federal civil rights matter which had an impending discovery cut-off with several depositions scheduled during this time as well. Therefore, the undersigned respectfully requests a fourteen (14) day extension of time to respond to Plaintiff's Amended Complaint.

3. The undersigned contacted Plaintiff's counsel, Roderick V. Hannah, Esq., to determine the Plaintiff's position on the relief sought in this Motion, in accordance with Southern District of Florida Local Rule 7.1. Mr. Hannah indicated that there is no opposition to the fourteen-day extension of time.

4. Therefore, the undersigned counsel requests this Honorable Court enter an Order permitting the responsive pleading be filed on or before February 8, 2021. This request is reasonable considering the totality of the circumstances.

## MEMORANDUM OF LAW

The District Courts may enlarge the time periods fixed in the rules. If the enlargement request is made before the time period expires, the District Court, in its discretion, may grant an enlargement "for cause shown". The situation is controlled by Rule 6, Fed.R.Civ.P. The rule states in relevant part, as follows:

> **(b) Enlargement.** When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order, or (2) upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect; but it may not extend the time for taking any action under Rules 50(b) and (c)(2), 52(b), 59(b), (d) and (e), and 60(b), except to the extent and under the conditions stated in them.

The District Judge also has broad discretion overseeing the pretrial process and modifying its own orders when justice so requires. The parties will not be prejudiced by the extension of time, as they will have ample opportunity to frame the issues, conduct discovery and appropriately pursue the matter.

WHEREFORE, based upon the foregoing, Defendant, FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES, requests this Honorable Court enter an Order granting the requested Motion for Extension of Time until February 8, 2021, or any other relief the Court deems appropriate.

I hereby certify that on this 25th day of January, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>MARRERO & WYDLER
>*Attorneys for Defendant FIU BOT*
>2600 Douglas Road, PH-4
>Coral Gables, FL 33134
>(305) 446-5528
>(305) 446-0995 (fax)
>
>BY _/s/ Lourdes E. Wydler_____
>    OSCAR E. MARRERO
>    F.B.N.:  372714
>    oem@marrerolegal.com
>    LOURDES E. WYDLER
>    F.B.N.:  719811
>    lew@marrerolegal.com

### SERVICE LIST

Roderick V. Hannah, Esq.
4800 North Hiatus Road
Sunrise FL 33351-7919
(954) 362-3800
(954) 613-5902 (fax)
FBN:  435384
rhannah@rhannahlaw.com
*Attorneys for Plaintiff*