UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-24649-AMC

ELIE NEHME,

    Plaintiff,

vs.

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.
_____/

**ORDER ON DEFENDANT'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S AMENDED COMPLAINT**

THIS CAUSE came on to be considered upon Defendant FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES' Unopposed Motion for Extension of Time to Respond to Plaintiff's Amended Complaint, and the Court being otherwise fully advised in the premises; it is hereby:

ORDERED AND ADJUDGED that Defendant's Motion for Extension of Time to Respond to Plaintiff's Amended Complaint is hereby GRANTED/DENIED.

DONE AND ORDERED in Chambers, at St. Lucie County, Florida on this _____ day of _____, 2021.

                                            _____
                                            UNITED STATES DISTRICT COURT JUDGE

cc:    All counsel of record.