UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  1:20-cv-24649-AMC

ELIE NEHME,

    Plaintiff,

vs.

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.
_____/

## JOINT SCHEDULING REPORT

The Parties, ELIE NEHME, and FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES, by and through undersigned counsel, hereby file this Joint Scheduling Report in accordance with Southern District of Florida Local Rule 16.1 and this Court's Order dated January 19, 2021 [D.E. 14]:

**Information required by S.D. Fla. L.R. 16.1(b):**

(A) **Likelihood of Settlement.** The parties are presently unable to make a determination regarding the likelihood of settlement at this time but will endeavor to do so in good faith prior to the end of the discovery period.

(B) **Likelihood of Appearance in the Action of Additional Parties.** Unknown at this time.

(C) **Discovery Schedule:** The Parties propose the following deadlines:

    (i) **Joinder of Parties and Amend Pleadings**:   The parties propose that additional parties be joined and that the pleadings be amended no later than June 25, 2021.

Case 1:20-cv-24649-AMC   Document 18   Entered on FLSD Docket 02/08/2021   Page 2 of 4

*Nehme v. Florida International University Board of Trustees*
*District Court Case No.: 1:20-cv-24649-AMC*
*Page 2*

(ii) **To File and Hear Motions**: The parties propose that all dispositive motions shall be filed and served no later than December 6, 2021. All other pretrial motions, including any motions *in limine* and *Daubert* motions shall be filed by January 10, 2022.

(iii) **To Complete Fact Discovery**: The parties propose that all fact discovery shall be completed on or before November 8, 2021.

(iv) **Exchange of Initial Disclosures Required by Federal Rule of Civil Procedure 26(a)(1)(A):** The Parties propose a deadline for the exchange of initial disclosures by April 8, 2021.

(v) **Plaintiff to Disclose Experts and Furnish Expert Summaries and Reports**: The parties propose that Plaintiff be required to disclose his experts and to furnish Defendant's counsel with all expert reports and summaries required by Federal Rule of Civil Procedure 26(a)(2)(B) by July 13, 2021.

(vi) **Defendants to Disclose Experts and Furnish Expert Summaries and Reports**. The parties propose that Defendant be required to disclose their experts and to furnish Plaintiff's counsel with all expert reports and summaries required by Federal Rule of Civil Procedure 26(a)(2)(B) by August 13, 2021.

(vii) **Plaintiff to Disclose Rebuttal Experts and Furnish Rebuttal Expert Summaries and Reports**. The parties propose that Plaintiff be required to disclose any rebuttal experts and to furnish Defendant's counsel with any rebuttal expert reports and summaries by September 13, 2021.

(viii) **To Complete Expert Discovery**: The parties propose that all expert discovery shall be completed on or before November 8, 2021.

(D) **Proposals for the Formulation and Simplification of Issues**. At this time the parties do not have any proposals for the formulation and simplification of any issues. As the case progresses, the parties will, if applicable, in good faith, confer to discuss proposals for the formulation and simplification of issues in this case.

(E) **Necessity of Amendments to Pleadings**. An amendment to Plaintiff's Complaint has already been made in response to Defendant's Motion to Dismiss, and at the present time, no further amendments are necessary.

(F) **Admissions and Stipulations Which Will Avoid Unnecessary Proof**. None at this time; however, the parties will work together to obtain admissions and stipulations that will avoid unnecessary proof at trial.

(G) **Suggestions for the Avoidance of Unnecessary Proof and Cumulative Evidence**. The parties will work together to obtain admissions and stipulations that will avoid unnecessary proof and presentation of cumulative evidence at trial.

(H) **Referral of Matters to Magistrate Judge**. The Parties do not consent to trial nor pre-trial dispositive motions to be decided by Magistrate Judge. The Parties agree to consent to Magistrate jurisdiction for discovery disputes.

(I) **Preliminary Estimate of the Time Required for Trial**. The parties believe this matter will require 5 to 7 days of trial given the nature of the matter.

(J) **Pretrial Conference and Trial Dates.** The parties request that the pretrial conference be scheduled for February 21, 2022 and that trial be scheduled to commence on or after March 14, 2022. The Plaintiff has requested a jury trial in the Amended Complaint.

(K) **<u>Issues about (i) Disclosure, Discovery, or Preservation of Electronically Stored Information, including Form or Forms in which it Should Be Produced; (ii) Claims</u>**

**of Privilege or of Protection as Trial-preparation Materials; and (iii) When the Parties have Agreed to use the ESA Checklist.**  No issues at the present time, but the parties will endeavor to in good faith cooperate as to all disclosure, discovery and ESI preservation and production issues that may arise.

(L) **Other Information Helpful to the Court in Setting the Case for Status or Pretrial Conference.** At this time, the parties are unaware of any other information that might be helpful to the Court in setting the case for status or pretrial conference.

DATED:  February 8, 2021.

| | |
|---|---|
| RODERICK V. HANNAH, ESQ., P.A. | MARRERO & WYDLER |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 4800 North Hiatus Road | 2600 Douglas Road, PH-4 |
| Sunrise, FL 33351 | Coral Gables, FL 33134 |
| T. (954) 362-3800 | (305) 446-5528 |
| (954) 362-3779 (fax) | (305) 446-0995 (fax) |
| | |
| BY: ___*s/ Roderick V. Hannah*_ | BY: _/s/ Lourdes Espino Wydler_____ |
| RODERICK V. HANNAH | OSCAR E. MARRERO |
| F.B.N.: 435384 | F.B.N.:  372714 |
| rhannah@rhannahlaw.com | oem@marrerolegal.com |
| | LOURDES ESPINO WYDLER |
| | F.B.N.:  719811 |
| | lew@marrerolegal.com |