UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  1:20-cv-24649-AMC

ELIE NEHME,

    Plaintiff,

vs.

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.

_____/

## PROPOSED SCHEDULING ORDER

The Court, having received and reviewed the Joint Scheduling Report of Plaintiff and Defendant (collectively, the "Parties") and being otherwise duly advised in the premises thereof,

IT IS HEREBY ORDERED AND ADJUDGED as follows:

**I.   CASE MANAGEMENT TRACK**

Pursuant to Local Rule 16.1(a)(4), S.D. Fla. L.R. the case is to be placed on the Standard Case Management Track, as defined in Local Rule 16.1(a)(2) S.D. Fla. L.R.

**II.   DETAILED SCHEDULE OF DISCOVERY**

(1)   The initial disclosures and exchanges set forth in Rule 26(a)(1)(A)-(D) of the Federal Rules of Civil Procedure shall be completed by **April 8, 2021**. *See* Fed. R. Civ. P. 26(a)(1)(C).

(2)   Each party may propound additional written discovery and may notice depositions subject to any restrictions imposed by the Federal Rules of Civil Procedure and the Local Rules for the United States District Court for the Southern District of Florida.

**III.   TIME LIMITS**

(1)   The deadline to join other parties and to amend the pleadings is **June 25, 2021**.

(2) The deadline to select a mediator and scheduling of a time, date and place for mediation is **October 25, 2021**.

(3) The deadline to complete fact discovery is **November 8, 2021**.

(4) The deadline for the Plaintiff to furnish opposing counsel with a list of any initial expert witnesses intended to be called at trial, along with the summaries/reports required by Local Rule 16.1(k), is **July 13, 2021**.

(5) The deadline for the Defendant to furnish opposing counsel with a list of any initial expert witnesses intended to be called at trial, along with the summaries/reports required by Local Rule 16.1(k), is **August 13, 2021**.

(6) The deadline for the Plaintiff to furnish opposing counsel with a list of any rebuttal expert witnesses intended to be called at trial, along with the summaries/reports required by Local Rule 16.1(k), is **September 13, 2021**.

(7) The deadline to complete expert witness discovery, if necessary, is **November 8, 2021.**

(8) The deadline to complete mediation is **November 15, 2021**.

(9) The deadline to file all dispositive motions and supporting memoranda of law is **December 6, 2021**.

(10) The deadline to file all other pretrial motions and supporting memoranda of law, including motions *in limine* and *Daubert* motions, is **January 10, 2022**.

(11) The deadline for the Parties to file the joint pre-trial stipulation is **February 14, 2022.**

(12) The Pre-Trial Conference is scheduled for **February 21, 2022**.

(13) The trial is scheduled for the two-week period commencing on **March 14, 2022**.

DONE AND ORDERED in Chambers, at Ft. Pierce, Florida on this _____ day of

_____, 2021.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:
All counsel of record