UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-24649-AMC

ELIE NEHME,

    Plaintiff,

vs.

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.
_____/

**ORDER ON DEFENDANT'S MOTION TO DISMISS COUNT II OF PLAINTIFF'S AMENDED COMPLAINT**

THIS CAUSE came on to be considered upon Defendant FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES' Motion to Dismiss Count II of Plaintiff's Amended Complaint, and the Court being otherwise fully advised in the premises; it is hereby:

ORDERED AND ADJUDGED that Defendant's Motion to Dismiss Count II of Plaintiff's Amended Complaint is hereby GRANTED/DENIED.

DONE AND ORDERED in Chambers, at St. Lucie County, Florida on this _____ day of _____, 2021.

                                                _____
                                               UNITED STATES DISTRICT COURT JUDGE

cc:    All counsel of record