UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  1:20-cv-24649-AMC

ELIE NEHME,

     Plaintiff,

vs.

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES,

     Defendant.

_____/

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES, by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1, hereby discloses this Certificate of Interested Persons and Corporate Disclosure Statement, as follows:

### Interested Parties

1.     The name of each person, attorney, association of persons, firm, law firm, partnership and corporation that has or may have any interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any part in this case:

a) Elie Nehme – Plaintiff

b) Roderick V. Hannah, Esquire – Plaintiff's counsel

c) Roderick V. Hannah, Esquire, P.A. – Plaintiff's counsel

d)  Florida International University Board of Trustees – Defendant

e)  Lourdes Espino Wydler, Esquire – Defendant's counsel

f)  Oscar E. Marrero, Esquire – Defendant's counsel

g)  Marrero & Wydler – Defendant's counsel

h)  Florida Department of Financial Services, Division of Risk Management – Interested party

i)  Any persons or entities listed in Plaintiff's Certificate of Interested Parties.

## Corporate Disclosure

2.      The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None.**

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None.**

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wronged including every person who may be entitled to restitution:

**Plaintiff Eli Nehme.**

## Certification

I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

I HEREBY CERTIFY that on this 9th day of February, 2021, I electronically filed the

foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing

document is being served this day on all counsel of record or pro se parties identified on the

attached Service List in the manner specified, either via transmission of Notices of Electronic

Filing generated by CM/ECF or in some other authorized manner for those counsel or parties

who are not authorized to receive electronically Notices of Electronic Filing.

> MARRERO & WYDLER
> *Attorneys for Defendant*
> 2600 Douglas Road, PH-4
> Coral Gables, FL 33134
> (305) 446-5528
> (305) 446-0995 (fax)
>
> BY  _/s/  Lourdes Espino Wydler_____
>     OSCAR E. MARRERO
>     F.B.N.:  372714
>     oem@marrerolegal.com
>     LOURDES E. WYDLER
>     F.B.N.:  719811
>     lew@marrerolegal.com

## SERVICE LIST

Roderick V. Hannah, Esq.
4800 North Hiatus Road
Sunrise FL 33351-7919
(954) 362-3800
(954) 613-5902 (fax)
FBN:  435384
rhannah@rhannahlaw.com
*Attorneys for Plaintiff.*