UNITED STATES DISTRICT COURT
SOUTHERN DISTRCIT OF FLORIDA

CASE NO. 1:20-cv-24649-CANNON

**ELIE NEHME,**

    **Plaintiff,**

vs.

**FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES,**

    **Defendant.**

_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF
TIME TO RESPOND TO DEFENDANT'S MOTION
TO DISMISS COUNT II OF PLAINTIFF'S AMENDED COMPLAINT**

Plaintiff ELIE HNEHME, through undersigned counsel, moves the Court, on an unopposed basis, for 14-day extension of time – until March 8, 2021 – to file his response to Defendant's Motion to Dismiss Count II of Plaintiff's Amended Complaint [D.E. 20] on the following grounds:

1. Plaintiff's response to Defendant's Motion to Dismiss Count II of Plaintiff's Amended Complaint is presently due on February 22, 2021.

2. Plaintiff and his counsel require a 14-day extension of time to prepare and file Plaintiff's response to Defendant's Motion because of undersigned counsel's various scheduling conflicts and filing deadlines in other pending federal cases. Plaintiff thus will need the additional 14-day extension of time to give him and his counsel sufficient time to fully research and prepare Plaintiff's response and to then timely file it.

3. Based on the foregoing, Plaintiff and his undersigned counsel believe there is good cause for a 14-day extension of time – until March 8, 2021 – to allow them sufficient time to prepare and file Plaintiff's response to Defendant's Motion to Dismiss.

1

4. This Motion is not being interposed for purposes of delay, and the requested extension, if granted, will not prejudice the parties or the Court.

WHEREFORE, Plaintiff requests that his Motion be granted and that the deadline for filing his response to Defendant's Motion to Dismiss be extended until March 8, 2021. A proposed Order granting this Motion is attached as Exhibit "A".

## LOCAL RULE 7.1 CERTIFICATE

Plaintiff's undersigned counsel has conferred with counsel for Defendant and is authorized to represent to the Court that Defendant and its counsel do not oppose this Motion.

Respectfully submitted,

>RODERICK V. HANNAH, ESQ., P.A.
>Attorneys for Plaintiff
>4800 N. Hiatus Road
>Sunrise, Florida 33351
>Telephone: (954) 362-3800
>Facsimile: (954) 362-3779
>Email: rhannah@rhannahlaw.com
>
>By  /s/ *Roderick V. Hannah*
>       Roderick V. Hannah
>       Fla. Bar No. 435384

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of February, 2021, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

Oscar Marrero, Esq.
Email: oem@marrerolegal.com
Lourdes E. Wydler, Esq.
Email: lew@marrerolegal.com
MARRERO & WYDLER
2600 Douglas Road, PH-4
Coral Gables, FL 33134
(305) 446-5528
(305) 446-0995 (fax)

*Attorneys for Defendant FIU BOT*

              /s/ *Roderick V. Hannah*
                Roderick V. Hannah