**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRCIT OF FLORIDA**

**CASE NO. 1:20-cv-24649-CANNON**

**ELIE NEHME,**

    **Plaintiff,**

vs.

**FLORIDA INTERNATIONAL UNIVERSITY**
**BOARD OF TRUSTEES,**

    **Defendant.**
_____/

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO DEFENDANT'S**
**MOTION TO DISMISS COUNT II OF PLAINTIFF'S AMENDED COMPLAINT**

    THIS CAUSE having come before the Court on the Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss Count II of Plaintiff's Amended Complaint [D.E. ___], and the Court, having reviewed the Motion and the file, and being fully advised in the premises, it is hereby

    ORDERED AND ADJUDGED that the Motion is GRANTED. Plaintiff shall have until March 8, 2021 to file her response to Defendant's Motion to Dismiss Count II of Plaintiff's Amended Complaint [D.E. 20].

    DONE AND ORDERED in Chambers at Fort Pierce, Florida this ___ day of February, 2021.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

Copies furnished:
    All counsel of record

1