**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-24649-CIV-CANNON/OTAZO-REYES**

ELIE NEHME,

      Plaintiff,

v.

FLORIDA INTERNATIONAL
UNIVERSITY BOARD OF TRUSTEES,

      Defendant.

_____/

**NOTICE OF DISCOVERY PROCEDURES**

If parties are unable to resolve their discovery disputes without Court intervention, the undersigned will set the matter for hearing without the need for filing a motion.

The moving party must seek relief within fifteen (15) days after the occurrence of the grounds for relief by contacting the undersigned's Chambers and requesting a hearing.  The undersigned's telephone number is (305) 523-5740 and her Chambers are located at 301 N. Miami Avenue, 10th Floor, Miami, Florida.

Once a hearing date is obtained, the movant shall provide notice to all relevant parties by filing a Notice of Hearing. The Notice of Hearing shall briefly specify the substance of the discovery matter to be heard and include a certification that the parties have complied with the pre-filing conference required by Southern District of Florida Local Rule 7.1(a)(3).

No written discovery motions, including motions to compel and motions for protective order, shall be filed unless requested by the undersigned.  It is the intent of this procedure to minimize the necessity of motions.

The undersigned expects all parties to act courteously and professionally in the resolution

of their discovery disputes and to confer in an attempt to resolve the discovery issue prior to requesting the hearing. The undersigned may impose sanctions, monetary or otherwise, if the undersigned determines discovery is being improperly sought or is not being provided in good faith.

DONE AND ORDERED in Chambers at Miami, Florida, on this 26rd day of February, 2021.

*[signature]*
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Aileen M. Cannon
Counsel of Record