UNITED STATES DISTRICT COURT
SOUTHERN DISTRCIT OF FLORIDA

CASE NO. 1:20-cv-24649-CANNON

**ELIE NEHME,**

 **Plaintiff,**

vs.

**FLORIDA INTERNATIONAL UNIVERSITY**
**BOARD OF TRUSTEES,**

 **Defendant.**

_____/

**<u>PLAINTIFF'S SECOND UNOPPOSED MOTION FOR EXTENSION</u>**
**<u>OF TIME TO RESPOND TO DEFENDANT'S MOTION</u>**
**<u>TO DISMISS COUNT II OF PLAINTIFF'S AMENDED COMPLAINT</u>**

 Plaintiff ELIE HNEHME, through undersigned counsel, moves the Court, on an unopposed basis, for another 7-day extension of time – until March 15, 2021 – to file his response to Defendant's Motion to Dismiss Count II of Plaintiff's Amended Complaint [D.E. 20] on the following grounds:

 1. Plaintiff's response to Defendant's Motion to Dismiss Count II of Plaintiff's Amended Complaint is presently due on March 8, 2021.

 2. Plaintiff and his counsel require an additional 7-day extension of time to prepare and file Plaintiff's response to Defendant's Motion because of undersigned counsel's continuing scheduling conflicts and filing deadlines in other pending federal cases, and an evidentiary hearing in state court that had been continued and took substantially longer than expected.  Plaintiff thus will need the additional 7-day extension of time to give him and his counsel sufficient time to fully prepare, review and finalize Plaintiff's response to Defendant's Motion to Dismiss and to then timely file it.

3. Based on the foregoing, Plaintiff and his undersigned counsel believe there is good cause for an additional 7-day extension of time – until March 15, 2021 – to allow them sufficient time to prepare and file Plaintiff's response to Defendant's Motion to Dismiss.

4. This Motion is not being interposed for purposes of delay, and the requested extension, if granted, will not prejudice the parties or the Court.

WHEREFORE, Plaintiff requests that his Motion be granted and that the deadline for filing his response to Defendant's Motion to Dismiss be extended until March 15, 2021. A proposed Order granting this Motion is attached as Exhibit "A".

## LOCAL RULE 7.1 CERTIFICATE

Plaintiff's undersigned counsel has conferred with counsel for Defendant and is authorized to represent to the Court that Defendant and its counsel do not oppose this Motion.

Respectfully submitted,

RODERICK V. HANNAH, ESQ., P.A.
Attorneys for Plaintiff
4800 N. Hiatus Road
Sunrise, Florida 33351
Telephone: (954) 362-3800
Facsimile: (954) 362-3779
Email: rhannah@rhannahlaw.com


By   /s/ *Roderick V. Hannah*
     Roderick V. Hannah
     Fla. Bar No. 435384

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of March, 2021, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

Oscar Marrero, Esq.
Email:  oem@marrerolegal.com
Lourdes E. Wydler, Esq.
Email: lew@marrerolegal.com
MARRERO & WYDLER
2600 Douglas Road, PH-4
Coral Gables, FL 33134
(305) 446-5528
(305) 446-0995 (fax)

*Attorneys for Defendant FIU BOT*

                                                /s/ *Roderick V. Hannah*
                                                  Roderick V. Hannah