UNITED STATES DISTRICT COURT
SOUTHERN DISTRCIT OF FLORIDA

CASE NO. 1:20-cv-24649-CANNON

ELIE NEHME,

     Plaintiff,

vs.

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF  TRUSTEES,

     Defendant.

_____/

**ORDER ON PLAINTIFF'S SECOND UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO DEFENDANT'S
MOTION TO DISMISS COUNT II OF PLAINTIFF'S AMENDED COMPLAINT**

THIS CAUSE having come before the Court on the Plaintiff's Second Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss Count II of Plaintiff's Amended Complaint [D.E. ___], and the Court, having reviewed the Motion and the file, and being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED.  Plaintiff shall have until March 15, 2021 to file his response to Defendant's Motion to Dismiss Count II of Plaintiff's Amended Complaint [D.E. 20].

DONE AND ORDERED in Chambers at Fort Pierce, Florida this ___ day of March, 2021.

_____
**AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE**

Copies furnished:
     All counsel of record