UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-24649-AMC

ELIE NEHME,

    Plaintiff,

vs.

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION FOR THREE-DAY EXTENSION OF TIME TO FILE A REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS COUNT II

Defendant, FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES ("FIU"), by and through undersigned counsel, pursuant to the Federal Rules of Civil Procedure and Southern District of Florida Local Rules, hereby files this Unopposed Motion for Extension of Time to File a Reply Memorandum of Law in Support of Motion to Dismiss Count II of the Amended Complaint, and states:

1. This is an action based upon the American with Disabilities Act and arising from Plaintiff's dismissal from FIU's Herbert Wertheim College of Medicine. The Amended Complaint was filed on January 11, 2021. [D.E. # 12]. Defendant filed a Motion to Dismiss Count II of the Amended Complaint on February 8, 2021. [D.E. # 20].

2. Plaintiff's Response in Opposition to Defendant's Motion to Dismiss was filed Monday, March 15, 2021 after two (2) extensions granted by the Court. [D.E. # 30]. A reply memorandum of law in support of Defendant's Motion to Dismiss is due today, Monday, March 22, 2021.

3. Undersigned counsel, Lourdes Wydler, has unexpectedly been in an all-day mediation today on March 22, 2021, and needs additional time to file the Reply Memorandum of Law. The additional time is necessary to review the Reply with the client prior to filing which could not occur in light of the time constraint. Therefore, the undersigned respectfully requests a three-day extension for Defendant to file its Reply Memorandum of Law in Support of Motion to Dismiss Count II of the Amended Complaint.

4. In accordance with Southern District of Florida Local Rule 7.1, the undersigned has conferred with Plaintiffs' counsel, Roderick Hannah, Esquire, to determine Plaintiff's position on the relief sought in this Motion. Mr. Hannah indicated that there is no opposition to the requested extension of time.

5. Therefore, the undersigned requests this Honorable Court enter an Order permitting Defendant's Reply in Support of its Motion to Dismiss Count II of the Amended Complaint to be filed on or before Thursday, March 25, 2021. This request is reasonable considering the totality of the circumstances and will not disturb any of the Court's deadlines.

## MEMORANDUM OF LAW

The District Courts may enlarge the time periods fixed in the rules. If the enlargement request is made before the time period expires, the District Court, in its discretion, may grant an enlargement "for cause shown". The situation is controlled by Rule 6, Fed.R.Civ.P. The rule states in relevant part, as follows:

> **(b) Enlargement.** When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order, or (2) upon motion made after the expiration of the specified period permit the act to be done where the failure to act

was the result of excusable neglect; but it may not extend the time for taking any action under Rules 50(b) and (c)(2), 52(b), 59(b), (d) and (e), and 60(b), except to the extent and under the conditions stated in them.

The District Judge also has broad discretion overseeing the pretrial process and modifying its own orders when justice so requires.

WHEREFORE, based upon the foregoing, Defendant, FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES requests this Honorable Court enter an Order granting the requested Motion for Extension of Time to File a Reply in Support of their Motion to Dismiss Count II of the Amended Complaint until March 25, 2021, or any other relief the Court deems appropriate.

I HEREBY CERTIFY that on this 22nd day of March, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

MARRERO & WYDLER
*Attorneys for Defendant*
2600 Douglas Road, PH-4
Coral Gables, FL 33134
(305) 446-5528
(305) 446-0995 (fax)

BY  /s/  Lourdes Espino Wydler
       OSCAR E. MARRERO
       F.B.N.:  372714
       oem@marrerolegal.com
       LOURDES E. WYDLER
       F.B.N.:  719811
       lew@marrerolegal.com

*Nehme v. Florida International University Board of Trustees*
*District Court Case No.: 1:20-cv-24649-AMC*
*Page 4*

## SERVICE LIST

Roderick V. Hannah, Esq.
4800 North Hiatus Road
Sunrise FL 33351-7919
(954) 362-3800
(954) 613-5902 (fax)
FBN: 435384
rhannah@rhannahlaw.com
*Attorneys for Plaintiff*