UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-24649-AMC

ELIE NEHME,

    Plaintiff,

vs.

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.
_____/

**ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT**

    THIS CAUSE came on to be considered upon Defendant FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES' Unopposed Motion for Extension of Time to File Reply in Support of Motion to Dismiss Count II of Plaintiff's Amended Complaint, and the Court being otherwise fully advised in the premises; it is hereby:

    ORDERED AND ADJUDGED that Defendant's Unopposed Motion or Extension of Time to File Reply in Support of Motion to Dismiss Count II of Plaintiff's Amended Complaint is hereby GRANTED/DENIED.

    DONE AND ORDERED in Chambers, at St. Lucie County, Florida on this _____ day of _____, 2021.

                                                                         _____
                                                                         UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:
All counsel of record