**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRCIT OF FLORIDA**

**CASE NO. 1:20-cv-24649-CANNON**

**ELIE NEHME,**

    **Plaintiff,**

vs.

**FLORIDA INTERNATIONAL UNIVERSITY**
**BOARD OF TRUSTEES,**

    **Defendant.**
_____/

**JOINT NOTICE OF FILING PROPOSED ORDER SCHEDULING MEDIATION**

Plaintiff ELIE NEHME, through his undersigned counsel, and Defendant FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES, through its counsel, and in compliance of this Court's Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, etc., dated February 24, 2021 [Doc. No. 26], hereby submit the attached proposed Order Scheduling Mediation as Exhibit "A" hereto.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **MARRERO & WYDLER** |
| Counsel for Plaintiff | Counsel for Defendant |
| 4800 North Hiatus Road | 2600 Douglas Road, PH-4 |
| Sunrise, FL  33351-7919 | Coral Gables, FL  33134 |
| T. 954/362-3800 | T. 305/446-5528 |
| 954/362-3779 (Facsimile) | 305/446-0995 (Facsimile) |
| Email: rhannah@rhannahlaw.com | lew@marrerolegal.com |
| | |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Lourdes Espino Wydler*_____ |
|       RODERICK V. HANNAH |       LOURDES ESPINO. WYDLER |
|       Fla. Bar No. 435384 |       Fla. Bar No. 719811 |