**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRCIT OF FLORIDA**

**CASE NO. 1:20-cv-24649-CANNON**

**ELIE NEHME,**

    **Plaintiff,**

vs.

**FLORIDA INTERNATIONAL UNIVERSITY**
**BOARD OF TRUSTEES,**

    **Defendant.**
_____/

**ORDER SCHEDULING MEDIATION**

    The mediation conference in this matter shall be held with CHARLES TETUNIC, ESQ. of Upchurch, Watson, White & Max on **Tuesday, August 31, 2021 at 10:00 a.m.** *VIA VIDEO CONFERENCE/ZOOM.*

    ENTERED this ___ day of March, 2021 at Fort Pierce, Florida.

                                                         _____
                                                         HONORABLE AILEEN M. CANNON
                                                         UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record