UNITED STATES DISTRICT COURT
SOUTHERN DISTRCIT OF FLORIDA

CASE NO. 1:20-cv-24649-CANNON

ELIE NEHME,

    Plaintiff,

vs.

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.
_____/

## *AMENDED* JOINT NOTICE OF FILING PROPOSED ORDER SCHEDULING MEDIATION

Plaintiff ELIE NEHME, through his undersigned counsel, and Defendant FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES, through its counsel, and in compliance of this Court's Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, etc., dated February 24, 2021 [Doc. No. 26], hereby submit the attached proposed *Amended* Order Scheduling Mediation as Exhibit "A" hereto.

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **MARRERO & WYDLER** |
| Counsel for Plaintiff | Counsel for Defendant |
| 4800 North Hiatus Road | 2600 Douglas Road, PH-4 |
| Sunrise, FL  33351-7919 | Coral Gables, FL  33134 |
| T. 954/362-3800 | T. 305/446-5528 |
| 954/362-3779 (Facsimile) | 305/446-0995 (Facsimile) |
| Email: rhannah@rhannahlaw.com | lew@marrerolegal.com |
| By  *s/ Roderick V. Hannah* | By  *s/ Lourdes Espino Wydler* |
| RODERICK V. HANNAH | LOURDES ESPINO. WYDLER |
| Fla. Bar No. 435384 | Fla. Bar No. 719811 |