UNITED STATES DISTRICT COURT
SOUTHERN DISTRCIT OF FLORIDA

CASE NO. 1:20-cv-24649-CANNON

ELIE NEHME,

    Plaintiff,

vs.

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.
_____/

*AMENDED* ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with CHARLES TETUNIC, ESQ. of Upchurch, Watson, White & Max on **Thursday, September 2, 2021 at 10:00 a.m.** *VIA VIDEO CONFERENCE/ZOOM.*

ENTERED this ___ day of March, 2021 at Fort Pierce, Florida.

_____
HONORABLE AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record