UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-24649-CIV-CANNON/Otazo-Reyes

**ELIE NEHME,**

    Plaintiff,

v.

**FLORIDA INTERNATIONAL
UNIVERSITY BOARD OF TRUSTEES**

    Defendant.
_____/

## ORDER SCHEDULING MEDIATION

**THIS MATTER** comes before the Court upon the parties' Amended Joint Notice of Filing Proposed Order Scheduling Mediation [ECF No. 34]. The Mediation in this case shall be held with Charles Tetunic, Esq. of Upchurch, Watson, White & Max on Thursday, September 2, 2021 at 10:00 a.m. via Zoom videoconference. The parties are reminded that a report of their mediation must be filed within five (5) days thereafter.

**DONE AND ORDERED** in Fort Pierce, Florida, this 24th day of March 2021.

_____
**AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record