UNITED STATES DISTRICT COURT
SOUTHERN DISTRCIT OF FLORIDA

CASE NO.: 1:20-cv-24649-CANNON

FILED BY ___IL___ D.C.

MAR 29 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

ELIE NEHME,
Plaintiff(s),
v.
FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES,
Defendant(s).
_____/

Roderick Hannah, Esquire
Roderick V. Hannah, P.A.
4800 North Hiatus Road
Sunrise, FL 33351
Email: rhannah@rhannahlaw.com;
kflynn@rhannahlaw.com

Lourdes E. Wydler, Esquire
Marrero & Wydler, P.A.
2600 S. Douglas Rd., PH 4
Coral Gables, FL 33134-6143
Email: lew@marrerolegal.com;
Dinah@marrerolegal.com;
Guerrty@marrerolegal.com;
oem@marrerolegal.com

## NOTICE OF MEDIATION

**YOU ARE HEREBY NOTIFIED**, pursuant to the agreement of the parties and the provisions of Florida Statutes Chapter 44, that a Mediation Conference has been scheduled as follows:

*Mediator:* **Charles N. Tetunic**
*Mediation Date:* **September 2, 2021**
*Mediation Time:* **1:00 p.m.**
*Mediation Location:* **Zoom Video Conference**
*Time Reserved:* **4.00 Hours**

The terms and provisions of the confirmation letter accompanying this Notice of Mediation are hereby incorporated by reference into this Notice of Mediation.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled to the provision of certain assistance at no cost to you. Please contact the ADA Coordinator in the Administrative office of Upchurch Watson White & Max, 125 S. Palmetto Avenue, Daytona Beach, FL 32114, Telephone 386-253-1560 or 800-264-2622, within two (2) working days of receipt of this Notice of Mediation.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Mediation has been served by e-mail to the above named addressees on Thursday, March 25, 2021.

UPCHURCH WATSON WHITE & MAX
Royal Palm at Southpointe
900 South Pine Island Road, Suite 410
Plantation, FL 33324
Phone: 954-423-8856 / Fax: 954-334-2838
Toll Free: 800-863-1462
Website: www.uww-adr.com

BY: /s/ Charles Tetunic
**Charles N. Tetunic, Esquire~ Shareholder**
**FL Bar No. 336191**