UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-24649-CIV-CANNON/Otazo-Reyes

**ELIE NEHME**,

    Plaintiff,

v.

**FLORIDA INTERNATIONAL
UNIVERSITY BOARD OF TRUSTEES**,

    Defendant.

_____/

**ORDER TO SHOW CAUSE**

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On March 24, 2021, the Court entered an Order Scheduling Mediation before Charles Tetunic, Esq. on September 2, 2021 [ECF No. 35]. In that Order, the Court required the parties to file a mediation report no later than five (5) days after the completion of the mediation. To date, no mediation report has been filed.

Accordingly, it is **ORDERED AND ADJUDGED** that the parties shall file a mediation report **no later than September 23, 2021**. Failure to do so shall result in dismissal without prejudice and without further notice.

**DONE AND ORDERED** at Fort Pierce, Florida, this 20th day of September 2021.

                                              _____
                                              AILEEN M. CANNON
                                              UNITED STATES DISTRICT JUDGE

cc:    counsel of record