**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRCIT OF FLORIDA**

**CASE NO. 1:20-cv-24649-CANNON**

**ELIE NEHME,**

  **Plaintiff,**

**vs.**

**FLORIDA INTERNATIONAL UNIVERSITY**
**BOARD OF  TRUSTEES,**

  **Defendant.**

_____/

**JOINT MEDIATION REPORT**

  Plaintiff and Defendant (the "Parties"), through their respective undersigned counsel and pursuant to this Court's Order Setting Trial [ECF No. 26], Order Scheduling Mediation [ECF No. 35], and Order to Show Cause dated September 21, 2021 [ECF No. 44],[1] hereby file the following as their Joint Mediation Report:

  The Parties and their counsel attended the mediation with Charles Tetunic, Esq. as the mediator on September 2, 2021 at 10:00 a.m., as this Court had ordered.  The Parties were unable to settle the case in mediation and reached an impasse.

  Dated:  September 21, 2021.

  Respectfully submitted,

| | |
|---|---|
| RODERICK V. HANNAH, ESQ., P.A. | MARRERO & WYDLER |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 4800 North Hiatus Road | 2600 Douglas Road, PH-4 |
| Sunrise, FL 33351 | Coral Gables, FL 33134 |
| T. (954) 362-3800 | (305) 446-5528 |
| (954) 362-3779 (fax) | (305) 446-0995 (fax) |

---

[1] The Parties apologize to the Court for their scheduling oversight in not filing the mediation report within five days after the mediation as originally ordered.

1

BY: ___*s/ Roderick V. Hannah*___
       RODERICK V. HANNAH
       F.B.N.: 435384
       rhannah@rhannahlaw.com

BY: ___*s/ Lourdes Wydler*___ _____
       OSCAR E. MARRERO
       F.B.N.: 372714
       oem@marrerolegal.com
       LOURDES ESPINO WYDLER
       F.B.N.: 719811
       lew@marrerolegal.com