UNITED STATES DISTRICT COURT
SOUTHERN DISTRCIT OF FLORIDA

CASE NO. 1:20-cv-24649-CANNON

ELIE NEHME,

    Plaintiff,

vs.

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.
_____/

**JOINT MOTION FOR CONTINUANCE OF
TRIAL AND REMAINING PRE-TRIAL DEADLINESS**

Plaintiff and Defendant (the "Parties"), through their respective undersigned counsel and pursuant to S. D. Fla. Local Rule 7.6, move for a continuance of trial and all remaining pre-trial deadlines on the following grounds:

1.    Pursuant to this Court's Order Setting Trial and Pre-Trial Schedule, etc. [ECF No. 26], this Court scheduled the jury trial in this case for the two-week trial calendar commencing March 14, 2022.  In the Order, this Court also set deadlines for various pre-trial events, including a discovery completion deadline of November 8, 2021, and a pre-trial motion (including dispositive motions) deadline of December 10, 2021.

2.    After the Parties mediated the case per the Court's Order, which resulted in an impasse on September 2, 2021, the parties continued with discovery and commenced the planning and scheduling of necessary depositions on both sides, including the depositions of Plaintiff and Defendant's representative.  However, since the mediation, and as set forth in the attached Affidavit of Plaintiff's undersigned counsel,

1

Roderick Hannah, Esq., attached as Exhibit "A"[1], circumstances have risen that the Parties' respective counsel, after conferring in good faith, believe constitute good cause and exceptional circumstances to warrant a continuance of the trial and the remaining pre-trial deadlines. These circumstances are as follows:

    a)    Plaintiff's undersigned counsel, Mr. Hannah, as of October 3, 2021, has been scheduled to commence overdue proton radiation therapy at the Baptist Hospital Miami Cancer Institute in Miami on the afternoon of October 25, 2021. Hannah Aff. ¶6(a). Mr. Hannah's therapy will continue over four consecutive weeks, five days each week, for at least two hours each session. *Id.* It is anticipated that Mr. Hannah will be experiencing side effects from this treatment, including fatigue. *Id.* Accordingly, for the four-week period from October 25, 2021 through November 19, 2021, Mr. Hannah will have limited availability to conduct or defend any depositions, including certain all-day depositions, such as that of Plaintiff and Defendant's representative, that need to be scheduled and taken. *Id.*

    b)    This case involves a claim of disability discrimination by a former medical school student of Defendant's medical school. Discovery in this case thus necessarily involves the disclosure of comparator information; i.e., medical school records of other, non-party medical school students. *Id.* ¶6(b). Plaintiff will need these records from Defendant to properly prepare for depositions he intends to take. *Id.* In addition, Defendant's counsel has represented that Defendant may need to use such records in this case. *Id.* However, as education records and student identifying information must be kept confidential consistent with the Family Education and Privacy Rights Act ("FERPA")

---

[1] Referred to hereinafter as "Hannah Aff." Followed by the relevant paragraph numbers.

and Florida Statute § 1006.52 (expanding FERPA to applicant records), student identifying information and records cannot be disclosed without prior consent of the students, absent a Court Order and prior notice to the students to provide an opportunity for the student to object and seek protective action. *Id.* This would allow sufficient time to implement the statutory process under FERPA of notifying the students of the potential disclosures and providing them with a set period of time to lodge and have decided any objections prior to the disclosures being required, which cannot be accomplished by the current discovery cutoff of November 8, 2021. *Id.*

        c)    Plaintiff and Defendant's counsel are making continuing efforts to schedule and take the necessary depositions to prepare their respective cases for trial and/or any dipositive motions. *Id.* ¶6(c). Defendant intends to take Plaintiff's deposition and Plaintiff intends to take the deposition of Defendant's representative as well as at least eight additional fact witness depositions. *Id.* However, it is anticipated that there will be difficulties in coordinating the depositions in light of Mr. Hannah's medical situation, the need for the FERPA compliance procedure, and the upcoming Thanksgiving and Christmas holidays. *Id.* The Parties' counsel having conferred, it is believed that at least an additional three-month continuance of the current discovery period, all pre-trial deadlines, and a corresponding continuance of the currently scheduled trial to allow for the full briefing and court decision on any dispositive motions, is warranted. *Id.*

        3.    Based on the foregoing and the attached supporting Affidavit of Mr. Hannah, submitted in compliance with Local Rule 7.6, the Parties believe that there is

good cause and exceptional circumstances to continue the trial and all remaining pre-trial deadlines, including the discovery cutoff, for at least an additional three months.

    4.    This Motion is not being interposed for purposes of delay but to enable the Parties to properly and fully prepare their respective cases for any dispositive motions and trial.

    5.    Granting the relief requested herein, as it is being jointly requested, will not prejudice the Parties hereto.

WHEREFORE, the Parties jointly request that this Motion be granted and that a continuance of at least three months be ordered as to the jury trial and all remaining pre-trial deadlines. A proposed Order granting this Motion is attached as Exhibit "B".

Respectfully submitted,

| | |
|---|---|
| RODERICK V. HANNAH, ESQ., P.A. | MARRERO & WYDLER |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 4800 North Hiatus Road | 2600 Douglas Road, PH-4 |
| Sunrise, FL 33351 | Coral Gables, FL 33134 |
| T. (954) 362-3800 | (305) 446-5528 |
| (954) 362-3779 (fax) | (305) 446-0995 (fax) |
| | |
| BY:   *s/ Roderick V. Hannah* | BY:   *s/ Lourdes Wydler* |
|     RODERICK V. HANNAH |     OSCAR E. MARRERO |
|     F.B.N.: 435384 |     F.B.N.: 372714 |
|     rhannah@rhannahlaw.com |     oem@marrerolegal.com |
| |     LOURDES ESPINO WYDLER |
| |     F.B.N.: 719811 |
| |     lew@marrerolegal.com |