UNITED STATES DISTRICT COURT
SOUTHERN DISTRCIT OF FLORIDA

CASE NO. 1:20-cv-24649-CANNON

**ELIE NEHME,**

    **Plaintiff,**

vs.

**FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES,**

    **Defendant.**

_____/

**<u>AFFIDAVIT OF RODERICK V. HANNAH, ESQ. IN SUPPORT
OF JOINT MOTION FOR CONTINUANCE OF TRIAL AND PRE-TRIAL DEADLINES</u>**

STATE OF FLORIDA           )
                                 )ss:
COUNTY OF BROWARD   )

BEFORE ME, the undersigned authority, personally appeared RODERICK V. HANNAH, ESQ., who, being first duly sworn and under oath, deposes and says:

    1.    The facts stated herein are based on my personal knowledge and are true and correct.

    2.    I am counsel for Plaintiff in this action.

    3.    The above-styled action has been, and continues to be, actively litigated.

    4.    On September 2, 2021, the parties engaged in court-ordered mediation that resulted in an impasse.

    5.    The parties have to date engaged in, and continue to engage in, substantial paper discovery and are now in the process of scheduling and taking depositions that are necessary for both sides to prepare the case for any dispositive motions and defenses thereto, as well as for the

1

jury trial presently scheduled for the two-week trial calendar commencing March 14, 2022. The current discovery cutoff date is November 8, 2021, and the current dipositive motion deadline is December 10, 2021.

6.     Circumstances have arisen in both my personal life and during the paper discovery proceedings that both sides agree, after conferring in good faith, require at least a three-month continuance of the trial as presently scheduled and the remaining pre-trial deadlines. Those circumstances are the following:

a)     As of October 3, 2021, I have been scheduled to commence overdue proton radiation therapy at the Baptist Hospital Miami Cancer Institute in Miami on the afternoon of October 25, 2021. My therapy will continue over four consecutive weeks, five days each week, for at least two hours each session. It is anticipated that I will be experiencing side effects from this treatment, including fatigue. Accordingly, for the four-week period commencing October 25, 2021 through November 19, 2021, I will have limited availability to conduct or defend any depositions, including certain all-day depositions such as that of Plaintiff and Defendant's representative, that need to be scheduled and taken.

b)     This case involves a claim of disability discrimination by a former medical school student of Defendant's medical school. Discovery in this case thus necessarily involves the disclosure of comparator information; i.e., medical school records of other, non-party medical school students. Plaintiff and I will need these records from Defendant to properly prepare for depositions we need and intend to take. In addition, Defendant's counsel has represented to me that Defendant may need to use such records in this case. However, as education records and student identifying information must be kept confidential consistent with the Family Education and Privacy Rights Act ("FERPA") and Florida Statute § 1006.52 (expanding FERPA to applicant

records), student identifying information and records cannot be disclosed without prior consent of the students, absent a Court Order and prior notice to the students to provide an opportunity for the students to object and seek protective action. This would allow sufficient time to implement the statutory process under FERPA of notifying the students of the potential disclosures and providing them with a set period of time to lodge and have decided any objections prior to the disclosures being required, which cannot be accomplished by the current discovery cutoff of November 8, 2021.

c) Defendant's counsel and I have been and are making continuing efforts to schedule and take the necessary depositions to prepare the parties' respective cases for trial and/or any dispositive motions. Defendant intends to take Plaintiff's deposition and Plaintiff intends to take the deposition of Defendant's representative as well as the depositions of at least eight additional fact witnesses. However, it is anticipated that there will be practical difficulties in coordinating the depositions in light of Mr. Hannah's medical situation, the need for the FERPA compliance procedure, and the upcoming Thanksgiving and Christmas holidays. I and Defendant's counsel conferred and we firmly believe that there is good cause for at least an additional three-month continuance of the current discovery period, all pre-trial deadlines, and a corresponding continuance of the currently scheduled trial is needed to allow for the full briefing and court decision on any dispositive motions, is warranted.

7. For the foregoing reasons, it is believed that extraordinary circumstances and good cause exist for at least a three-month continuance of the trial and all remaining pre-trial deadlines to allow the parties to complete necessary discovery, prepare and defend against any dispositive motions, and, if necessary, prepare for the jury trial of this case.

FURTHER AFFIANT SAYETH NAUGHT.

_____
RODERICK V. HANNAH

SWORN TO and subscribed before me by means of __X__ physical presence or ____ online notarization, this 11th day of October, 2021, by RODERICK V. HANNAH, ESQ., who is personally known to me.

_____
NOTARY PUBLIC, STATE OF FLORIDA

My commission expires: 7/18/2023

Notary Public State of Florida
Kathryn G Flynn
My Commission GG 354238
Expires 07/18/2023