UNITED STATES DISTRICT COURT
SOUTHERN DISTRCIT OF FLORIDA

CASE NO. 1:20-cv-24649-CANNON

**ELIE NEHME,**

    **Plaintiff,**

vs.

**FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES,**

    **Defendant.**

_____/

**(PROPOSED)
ORDER ON JOINT MOTION FOR CONTINUANCE
OF TRIAL AND REMAINING PRE-TRIAL DEADLINES**

THIS CAUSE having come before the Court on the parties' Joint Motion for Continuance of Trial and Remaining Pre-trial Deadlines [D.E. ___], and the Court, having reviewed the Motion and the file, and being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED. Jury trial in this case is hereby rescheduled for the trial calendar commencing **[June 20, 2022]**, with Calendar Call held at **[1:45 p.m. on Tuesday, June 14, 2022]**. All discovery, including expert discovery, shall be completed by **[February 14, 2022],** all pre-trial motions and *Daubert* motions shall be filed by **[March 18, 2022]**, and the parties shall submit a joint pre-trial stipulation, exhibit lists, witness lists, deposition designations, and proposed jury instructions and verdict form or proposed findings of fact and conclusions of law, as applicable, and shall file any motions *in limine* (other than *Daubert* motions) by **[May 16, 2022]**.

1

DONE AND ORDERED in Chambers at Fort Pierce, Florida this ___ day of October, 2021.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

Copies furnished:
All counsel of record