UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-24649-CIV-CANNON/Otazo-Reyes

**ELIE NEHME**,

    Plaintiff,

v.

**FLORIDA INTERNATIONAL
UNIVERSITY BOARD OF TRUSTEES**,

    Defendant.
_____/

## ORDER RESETTING TRIAL DEADLINES

**THIS CAUSE** comes before the Court upon the parties' Joint Motion for Continuance of Trial and Remaining Pre-Trial Deadlines (the "Motion") [ECF No. 48], filed on October 11, 2021. The Court hereby **GRANTS** the Motion and resets the following deadlines in the manner set forth below:

\*\*\*

Trial in this matter is hereby reset for the Court's two-week trial calendar beginning on **June 20, 2022 at 9:00 a.m.**[1] Counsel for all parties shall appear at a calendar call at **1:45 p.m. on Tuesday, June 14, 2022**. No pretrial conference will be held unless a party requests one at a later date and the Court determines that one is necessary. Any such request for a pre-trial conference must be made at least 30 days prior to the date of the calendar call. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted at the Alto Lee Adams, Sr. United States Courthouse, 101 South U.S. Highway 1, Courtroom 4008, Fort Pierce, Florida 34950. The parties shall adhere to the following pre-trial deadlines:

---

[1] This Order supersedes all deadlines referenced herein, but all other instructions in prior Scheduling Order [ECF No. 14] shall remain intact.

1

CASE NO. 20-24480-CIV-CANNON/Otazo-Reyes

**Completed**. The parties must have completed mediation and filed a mediation report.[2]

**February 14, 2022.** The parties shall complete and exchange **all** discovery, including expert discovery.

**March 11, 2022**. The parties shall file all pre-trial motions, including motions for summary judgment, and *Daubert* motions. **Each party is limited to filing one *Daubert* motion**. If a party cannot address all evidentiary issues in a 20-page memorandum, it must petition the Court for leave to include additional pages. The parties are reminded that *Daubert* motions must contain the Local Rule 7.1(a)(3) certification. **The parties are directed to review the Court's procedure [ECF No. 26] for the filing of summary judgment motions.**

**May 16, 2022**. The parties shall file the following materials:

(1) a joint pre-trial stipulation pursuant to Local Rule 16.1(e);

(2) a joint exhibit list and a joint trial plan in accordance with the Court's templates available at https://www.flsd.uscourts.gov/content/judge-aileen-m-cannon (under "Civil Procedures" tab);

(3) individually filed witness lists and deposition designations (and objections thereto and counter designations);

(4) joint proposed jury instructions and verdict form in accordance with the instructions below [or proposed findings of fact and conclusions of law, as applicable]; and

(5) any motions *in limine* (other than *Daubert* motions). **Each party is limited to filing one motion *in limine*, which may not, without leave of Court, exceed the page limits allowed by the Rules. The parties are reminded that motions *in limine* must contain the Local Rule 7.1(a)(3) certification.**

**DONE AND ORDERED** at Fort Pierce, Florida, this 12th day of October 2021.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record

---

[2] The Court notes that the parties completed their mediation obligation on September 2, 2021 [ECF No. 45].