UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-24649-CIV-CANNON/OTAZO-REYES

ELIE NEHME,

    Plaintiff,

v.

FLORIDA INTERNATIONAL
UNIVERSITY BOARD OF TRUSTEES,

    Defendant.

_____/

**ORDER**

    THIS CAUSE came before the Court upon Defendant Florida International University Board of Trustees' ("Defendant") Notice of Discovery Hearing ("Defendant's Notice of Hearing") [D.E. 50]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Aileen M. Cannon, United States District Judge [D.E. 26]. The undersigned held a hearing on this matter on January 20, 2022. In accordance with the undersigned's rulings at the hearing, it is ORDERED AND ADJUDGED as follows:

    1.    Defendant SHALL PRODUCE "HWCM academic performance files and records", "IDEA files", and "MSEPC files" responsive to Plaintiff's Requests for Production Nos. 16 and 17 for the five-year period preceding August 2021.

    2.    Defendant SHALL SUBMIT a proposed Family Education and Privacy Rights Act ("FERPA") Order for the Court's consideration and entry. Defendant shall produce the documents required by Paragraph 1 subject to the terms of the FERPA Order.

    DONE AND ORDERED in Chambers at Miami, Florida, on this <u>20th</u> day of January, 2022.

                                                        _____
                                                        ALICIA M. OTAZO-REYES
                                                        UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Aileen M. Cannon
Counsel of Record