UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  1:20-cv-24649-AMC

ELIE NEHME,

    Plaintiff,

vs.

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.
_____/

**DEFENDANT'S NOTICE OF FILING
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Defendant, FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES, by and through undersigned counsel and pursuant to the Fed.R.Civ.P., hereby provides Notice of Filing the following in support of it Motion for Summary Judgment:

1.    Plaintiff Elie Nehme deposition taken December 17, 2021 with Exhibits:

    Exhibit 1: 7-13-17 Dr. Desmarais Letter to Stephen Loynaz with Nehme diagnosis
    Exhibit 2:  8-7-17 Letter to Elie Nehme with MSEPC recommendations
    Exhibit 3:  3-15-18 Letter to Elie Nehme with MSEPC recommendations
    Exhibit 4:  3-4-20 Notice of Hearing on 3/12/20 Letter to Elie Nehme
    Exhibit 5:  4-16-20 Letter to Elie Nehme with MSEPC recommendations
    Exhibit 6:  Letter of appeal to Appeals Committee with Exhibits
    Exhibit 7:  5-8-20 Letter to Elie Nehme with Appeals Committee findings
    Exhibit 8:  Complaint to IDEA
    Exhibit 9:  5-15-20 Appeal to Provost designee Dr. Bejar
    Exhibit 10:  9-30-20 Dr. Bejar Final Dismissal Letter to Elie Nehme

.

2.    Innah Lachica deposition taken January 13, 2022.

    Innah Lachica deposition excerpts, pages:  110, 168, 169 and 191.

    Innah Lachica deposition Exhibit 3.

3. Shirlyon McWhorter deposition taken January 13, 2022.

   Shirlyon McWhorter deposition excerpts, page 98

   Shirlyon McWhorter deposition Exhibit 12.

4. Vivian T. Obeso Affidavit with Exhibits:

   Exhibit 1:  Medical Student Handbook Student Consent Agreement
   Exhibit 2:  Handbook Excerpts: Course Grades; Remediation; Probation
   Exhibit 3:  Elie Nehme Academic Transcript
   Exhibit 4:  Handbook Excerpt: MSEPC
   Exhibit 5:  Remediation Plan for Cardiovascular & Respiratory Systems course
   Exhibit 6:  MSEPC recommendations dated 8/7/17
   Exhibit 7:  PIR dated 12/15/17
   Exhibit 8:  Attendance records
   Exhibit 9:  MSEPC recommendations dated 3/15/18
   Exhibit 10:  Shelf exam percentiles
   Exhibit 11:  MSEPC recommendations dated 4/16/20
   Exhibit 12:  Letter of appeal to Appeals Committee with Exhibits
   Exhibit 13:  Handbook Excerpt: Appeals Process
   Exhibit 14:  Appeals Committee recommendation dated 5/5/20
   Exhibit 15:  Appeals Committee findings as agreed to by Dean Sackstein
   Exhibit 16:  Notice of Hearing on 4/9/20 Letter to Elie Nehme

5. Stephen Loynaz Affidavit with Exhibits:

   Exhibit 1:  FIU Policy #509.001
   Exhibit 2:  Dr. Desmarais Letter to Stephen Loynaz with Nehme diagnosis
   Exhibit 4:  DRC Memo to COM with recommended accommodations
   Exhibit 5:  Screen Shots of Elie Nehme DRC File

6. Elizabeth Bejar, Ph.D. Affidavit with Exhibits:

   Exhibit 1:  IDEA Amended Report on Elie Nehme Investigation[1]
   Exhibit 2:  IDEA Subsequent Investigation
   Exhibit 3:  Dr. Bejar Final Dismissal Letter to Elie Nehme dated 9/30/20

7. Teresa Reyes-Gavilan Affidavit with Exhibits:

   Exhibit 1:  E-mail thread re: Psychiatry Shelf Exam retake room reservation

---

[1] The Amended Report's attachment, Exhibit 4, (The Complete Medical Student Handbook) was excluded because relevant excerpts from the Handbook are provided as other exhibits.

Exhibit 2:  Wellsky scheduling screen shots of 3/2/20 room reservations
Exhibit 3:  E-mail to Plaintiff re: Psychiatry Shelf Exam retake dated 2/18/20

I HEREBY CERTIFY that on this 11th day of March, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

MARRERO & WYDLER
*Attorneys for Defendant*
2600 Douglas Road, PH-4
Coral Gables, FL 33134
(305) 446-5528
(305) 446-0995 (fax)


BY _/s/  Lourdes Espino Wydler_____
       OSCAR E. MARRERO
       F.B.N.:  372714
       oem@marrerolegal.com
       LOURDES E. WYDLER
       F.B.N.:  719811
       lew@marrerolegal.com


**SERVICE LIST**

Roderick V. Hannah, Esq.
4800 North Hiatus Road
Sunrise FL 33351-7919
(954) 362-3800
(954) 613-5902 (fax)
FBN:  435384
rhannah@rhannahlaw.com
*Attorneys for Plaintiff*