Elie Nehme
December 17, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


CASE NO:  1:20-CV-24649-AMC




ELIE NEHME,

          Plaintiff,

     v.

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES,

          Defendant.
_____/



DEPOSITION OF ELIE NEHME
Pages 1 through 203
Appearing via Zoom Video-Teleconference




Friday, December 17, 2021
10:03 a.m. - 5:51 p.m.
Eastern Standards Time




Stenographically Reported By:
ELAINE B. TENN
Registered Professional Reporter
Appearing Remotely From Miami-Dade County, Florida

Elie Nehme
December 17, 2021

```
 1

 2                 REMOTE APPEARANCES:

 3

 4    On behalf of the Plaintiff:

 5         Roderick V. Hannah, P.A.
          4800 North Hiatus Road
 6         Sunrise, Florida 33351
          rhannah@rhannahlaw.com
 7        BY:  RODERICK V. HANNAH, ESQ.

 8

      On behalf of the Defendant:
 9
          Marrero & Wydler
10        2600 Douglas Road, PH-4
          Coral Gables, Florida 33134
11        lew@marrerolegal.com
          BY:  LOURDES E. WYDLER, ESQ.

12

13    General counsel on behalf of the Defendant:

14         FIU Office of the General Counsel
          11200 Southwest 8th Street, PC 511
15        Miami, Florida 33199
          ielijah@fiu.edu
16        BY:  IRIS A. ELIJAH, ESQ.

17

18

19

20

21

22

23

24

25
```

Elie Nehme
December 17, 2021

1

2                      INDEX OF PROCEEDINGS

3

4    Deposition of Elie Nehme                          Page

5
     Direct Examination by Ms. Wydler                    7
6    Cross Examination by Mr. Hannah                    195
     Redirect Examination by Ms. Wydler                197

7

8    Certificate of Oath                               200
     Certificate of Reporter                           201
9    Errata Sheet                                      202
     Read and Sign Letter                              203
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Elie Nehme
December 17, 2021

```
 1

 2                    PLAINTIFF'S EXHIBITS

 3

 4    Number      Description                       Page

 5      1         Medications list                   196

 6

 7

 8                    DEFENDANT'S EXHIBITS

 9

10      1         Letter to Stephen Loynaz 7-13-17    65
        2         Letter to Elie Nehme 8-7-17         75
11      3         Letter to Elie Nehme 3-15-18        78
        4         Letter to Elie Nehme 3-4-20       120,121
12      5         Letter to Elie Nehme 4-16-20       140
        6         Letter of appeal                   150
13      7         Letter to Elie Nehme 5-8-20        151
        8         Complaint to IDEA                  153
14      9         Letter to Dr. Bejar 5-15-20        171
       10         Letter to Elie Nehme 9-30-20       178
15

16

17

18

19

20   REPORTER'S NOTE:

21        ExhibitS provided electronically to reporter

22

23

24

25
```

Elie Nehme
December 17, 2021

```
1    REPORTED REMOTELY FROM MIAMI-DADE COUNTY, FLORIDA

2          THE COURT REPORTER:  Good morning.

3          My name is Elaine B. Tenn.  I am a

4    Florida certified stenographic reporter.

5           Today's date is Friday, December 17,

6    2021.  The time is 10:03 a.m. Eastern

7    Standard Time.

8           This is the deposition of Elie Nehme in

9    the matter of Elie Nehme versus Florida

10   International University Board of Trustees

11   filed in the United States District Court for

12   the Southern District of Florida.

13          The attorneys participating in this

14   deposition acknowledge that I am not

15   physically present in the deposition room and

16   that I will be reporting this deposition

17   remotely.

18          They further acknowledge that in lieu of

19   an oath administered in person, I will

20   administer the oath remotely.  This

21   arrangement is pursuant to the Florida

22   Supreme Court Administrative Order No. AOSC

23   20-16 and 20-23.

24          The parties and their counsel consent to

25   this arrangement and waive any objections to
```

Elie Nehme
December 17, 2021

```
 1        this manner of reporting.
 2            Would counsel please indicate your
 3        agreement for the record by stating your
 4        name, who you represent, beginning with
 5        plaintiff's counsel.
 6   MR. HANNAH:  Thank you.
 7            Roderick Hanna on behalf of the
 8        Plaintiff, Elie Nehme.  We consent to the
 9        procedure as far as the deposition is
10        concerned and the court reporter being
11        remote.  The only people in the room are Mr.
12        Nehme and myself.
13        MS. WYDLER:  Lourdes Wydler on behalf of
14        Florida International University Board of
15        Trustees.
16            Along with me is Miss Iris Elijah who is
17        an assistant general counsel for FIU, and we
18        agree.
19        THE COURT REPORTER:  Mr. Nehme, do you
20        swear or affirm that the testimony you are
21        about to give will be the truth and nothing
22        but the truth?
23            THE WITNESS:  I do.
24            THE COURT REPORTER:   Thank you.
25            Counsel, you may proceed.
```

Elie Nehme
December 17, 2021

```
 1   Thereupon --
 2                        ELIE NEHME
 3   having been duly sworn, was examined and testified as
 4   follows:
 5                   DIRECT EXAMINATION
 6   BY MS. WYDLER:
 7       Q.   Good morning, Mr. Nehme.  My name is Lourdes
 8   Wydler.  We met one time before.
 9            We're going to be here for awhile today so I
10   just want to run through a couple of housekeeping
11   issues.
12            I'm going to assume if you answer a question
13   that you understand the question but if you don't
14   understand the question, please feel free to say
15   repeat it, rephrase it.  We are doing this remotely so
16   sometimes things can get garbled over the Internet;
17   okay?
18       A.   Okay.
19       Q.   If you need to take a break at any time, I'm
20   going to ask that if there's a question pending, to
21   please answer the question first, and then we can go
22   off of the record.
23            The other important factor that we both need
24   to work on today is because we are online, again
25   sometimes there might be a delay but even if we were
```

Elie Nehme
December 17, 2021

1   in person, there is a chance that I may be asking you

2   a question, I may not have finished the question and

3   you already know probably what the answer is going to

4   be but for purposes of our court reporter here today,

5   please make sure to let me finish the question so that

6   everything can be typed out accurately and I will try

7   to do the same for you.

8       A.   Okay.

9       Q.   Understood?

10      A.   Understood.

11      Q.   What is your full name?

12      A.   Eli Tony Nehme.

13      Q.   And what is your date of birth?

14      A.   May 5th, 1992.

15      Q.   Do you suffer from any condition here today

16  that would impair your ability to recall the events

17  related to your time at FIU?

18      A.   Can you clarify the question, please.

19      Q.   Sure.

20           Have you been diagnosed by any physician

21  indicating you have an inability to remember certain

22  events other than the usual lapse of time while you

23  were at FIU?

24           MR. HANNAH:  She's asking is there

25       anything that affects your memory medically.

Elie Nehme
December 17, 2021

```
 1              THE WITNESS:  No, I do not.

 2    BY MS. WYDLER:

 3        Q.    Are you taking any medication today?

 4        A.    No, I am not.

 5        Q.    Did you ever take any medication while you

 6    were a student at FIU?

 7        A.    Yes, I have.

 8        Q.    What medication were you taking?

 9        A.    I am -- I was and I am prescribed Adderall

10    for my ADHD and Xanax for my anxiety.

11        Q.    And you say that you are -- are you currently

12    prescribed both of those medications?

13        A.    Yes, I am.

14        Q.    And when are you supposed to take Adderall

15    and/or Xanax?

16        A.    Adderall, I am prescribed it twice a day, one

17    in the morning and one in the afternoon.

18        Q.    And the Xanax, is that as needed?

19        A.    As needed, yes.

20        Q.    And so when was the last time that you took

21    Adderall?

22        A.    Yesterday.

23        Q.    When was the last time that you took Xanax?

24        A.    Last night.

25        Q.    Why didn't you take it prior to the
```

Edie Nehme
December 17, 2021

1  deposition if you're prescribed to take the Adderall

2  in the morning?

3      A.   I have not taken it yet.  I am supposed to

4  take it this morning.  I have it on me but I have not

5  taken it yet.

6      Q.   Okay.  Just let me know whenever you want to

7  take a break to do that.

8      A.   Okay.

9      Q.   How long have you been consistently taking

10  Adderall and Xanax?

11      A.   Consistently, since -- as far as I remember

12  at this time, consistently since the diagnosis was

13  made by FIU.

14      Q.   When you say diagnosis, you're referring to

15  the ADHD diagnosis?

16      A.   Correct.

17      Q.   And that would have been some time in July of

18  2017?

19      A.   That is correct.

20      Q.   Would that have been already after one year

21  of completion of studies at FIU College of Medicine?

22      A.   I cannot say one hundred percent it was one

23  year definitely but it was around that time.

24      Q.   Before we go any further, would you be able

25  to tell me what you did in preparation for your

Edie Nehme
December 17, 2021

```
1   deposition today.  And to be clear, I don't want to
2   know about the conversations that you had between you
3   and your attorney.
4               MR. HANNAH:  I'm going to object to that
5          on the basis of work product to the extent
6          that he was asked to review documents by me
7          or focus on certain documents by me, so I
8          will instruct him not to answer any questions
9          about documents he reviewed.  Outside of his
10         discussions with me, he may answer the
11         question.
12  BY MS. WYDLER:
13      Q.   What documents did you review in preparation
14  for your deposition today, sir?
15              MR. HANNAH:  Objection.  Work product.
16         Instruct the witness not to answer.
17              MS. WYDLER:  That's not work product,
18         Rod.
19              MR. HANNAH:  Yes, it is.  You're going to
20         find out what I'm focusing on or telling him
21         to focus on is my mental impressions.
22  BY MS. WYDLER:
23      Q.   Did you review any documents that were
24  authored by FIU?
25              MR. HANNAH:  Yes or no.  You can answer
```

Edie Nehme
December 17, 2021

```
 1        that.

 2              THE WITNESS:  Yes.

 3   BY MS. WYDLER:

 4     Q.   What documents did you review that were

 5   authored by FIU?

 6              MR. HANNAH:  Objection.  Instruct him not

 7        to answer.  Work product.

 8   BY MS. WYDLER:

 9     Q.   Did you review your answers to

10   interrogatories?

11              MR. HANNAH:  That one you can answer.

12              THE WITNESS:  Yes, I did.

13   BY MS. WYDLER:

14     Q.   Did you review any investigative reports

15   issued by FIU?

16              MR. HANNAH:   You can answer that

17        question.

18              THE WITNESS:  I have reviewed them in the

19        past.

20   BY MS. WYDLER:

21     Q.   Did you review, in preparation for your

22   deposition, any of the MSEPC memos?

23              MR. HANNAH:  Instruct him not to answer

24        that question.  Same basis.

25              Whether he's reviewed them is fine but as
```

Edie Nehme
December 17, 2021

1      far as for the deposition itself, no.

2           MS. WYDLER:  What authority do you have

3      for that?  Because this is the first time

4      anyone has ever objected on documents.

5           MR. HANNAH:  I've objected many times in

6      the past, never been an issue.  I've had

7      lawyers object to me on the same basis.

8           Telling me -- telling him what documents

9      to focus on to prepare for his deposition is

10      my mental impressions, my thoughts about it,

11      so I think that's inappropriate but to the

12      extent he's ever reviewed those documents,

13      yes, he's reviewed them in the past.  I think

14      that's fair game.

15  BY MS. WYDLER:

16      Q.   Where do you currently live?

17      A.   In 8112 Palm Beach -- 8112 Bautista Way, Palm

18  Beach Gardens, Florida.

19      Q.   Is that your family's home?

20      A.   Correct.

21      Q.   How many times did you meet with your lawyer

22  prior to your deposition today?

23           MR. HANNAH:  Just for the deposition or

24      every time we've met?  Is that the nature of

25      your question?

Edie Nehme
December 17, 2021

1            MS. WYDLER:  Just for the deposition.

2            MR. HANNAH:  You can answer that

3       question.

4            THE WITNESS:  Twice.

5   BY MS. WYDLER:

6       Q.   When did you meet with him in relation to

7   those two meetings?

8       A.   The first time, I do not recall the date at

9   this time.  It was about a couple months ago or a

10  month ago.  I cannot give you an exact date.  I do not

11  recall at this time.  And the second time was

12  yesterday.

13      Q.   And how long did you meet with your attorney

14  prior to today's deposition?

15           MR. HANNAH:  The deposition preparation

16      or --

17           MS. WYDLER:  Just for the deposition

18      preparation.

19           MR. HANNAH:  -- can you clarify.

20           You can answer.

21           THE WITNESS:  Can you repeat the

22      question.  I'm sorry.

23  BY MS. WYDLER:

24      Q.   How long did you meet with your attorney

25  yesterday in preparation for your deposition today?

Elie Nehme
December 17, 2021

```
 1        A.    Yesterday, for a couple hours.

 2        Q.    What's a couple hours?  Two hours or five

 3   hours?

 4        A.    That's what a couple means.  It's two hours.

 5        Q.    Who lives with you at the house in Bautista

 6   Way?

 7        A.    My parents, my sister, and my brother.

 8        Q.    What are your parents' names?

 9        A.    My dad is Tony Nehme.  My mom is Iliane

10   Mourad Nehme.  My sister is Lea Nehme, and my brother

11   is Chad Nehme.

12        Q.    Prior to this Bautista Way address, did you

13   live in the Century condos?

14        A.    While I was in medical school.

15        Q.    Did you live anywhere else between the

16   Century condos and this address?

17        A.    No, I did not.

18        Q.    And who lived with you in the apartment that

19   you stayed at while you were attending FIU?

20        A.    My sister.

21        Q.    So how long did you live at that address,

22   meaning the one while you were attending FIU?

23        A.    Only the time that I was attending FIU.

24        Q.    Do you remember when you started school at

25   FIU?
```

Edie Nehme
December 17, 2021

```
 1      A.   I believe it was August 5th, 2016 if I recall
 2   correctly.
 3      Q.   Had you been attending any postsecondary
 4   education or institution prior to August 5th of 2016?
 5      A.   No.
 6      Q.   When did you graduate from college?
 7      A.   In May of 2012.
 8      Q.   What degree did you hold?
 9      A.   A bachelor's in science and a minor in
10   chemistry.
11      Q.   The BA that you hold, that's from the
12   University of Miami; correct?
13      A.   Can you repeat the question.
14      Q.   The bachelor of arts degree that you hold, is
15   that from the University of Miami?
16      A.   That's -- it's a batchelor of science.
17      Q.   Bachelor of science.  I apologize.
18      A.   From the University of Miami.
19      Q.   How long were you matriculated at UM?
20      A.   For two years, starting in 2010.
21      Q.   Do you recall what your final GPA at UM was?
22      A.   I do not recall on the top of my head.
23      Q.   Prior to UM, what other postsecondary school
24   did you attend?
25      A.   Prior to -- I'm sorry.  Repeat the question.
```

Edie Nehme
December 17, 2021

 1      Q.   Before UM, where did you attend college or

 2   university?

 3      A.   I went to Palm Beach State College.  At the

 4   time it was known as Palm Beach Community College.

 5      Q.   How long did you attend there?

 6      A.   Two years.

 7      Q.   And were you awarded any kind of degree from

 8   Palm Beach State College?

 9      A.   An associate in arts.

10      Q.   So other than Palm Beach State College and

11   UM, that would have been the total universities and

12   colleges that you had attended?

13      A.   Other than FIU, I have taken one course in

14   Palm Beach Atlantic University after I got my

15   bachelor's degree.

16      Q.   What was that for?

17      A.   Biochemistry.

18      Q.   And why you enroll in that one course after

19   you received your bachelor's?

20      A.   I was interested in the course.

21      Q.   Was it to improve any kind of grade or

22   improve your credentials to get into medical school?

23   Is that why you took it?

24      A.   It was not -- that was not the reason.  I was

25   just interested in the course.

Edie Nehme
December 17, 2021

```
 1        Q.   In 2016 when you graduated from UM, was that
 2   the only year that you had applied to medical schools?
 3        A.   Your question is incorrect.  In 2012 I
 4   graduated from UM, not 2016.
 5        Q.   So from 2012 to 2016, were you applying to
 6   medical schools during that time period?
 7        A.   Yes.
 8        Q.   So in 2013, you applied to medical schools?
 9        A.   I believe it was 2013 or 2014.  Yes, that was
10   the first time.
11        Q.   Did you apply to FIU in that round?
12        A.   I was -- I do not recall at this time.  It
13   was a long list of schools I applied to.
14        Q.   In 2015, were you applying to medical
15   schools?
16        A.   Yes, I was.
17        Q.   And were you admitted or selected as a
18   candidate in 2015?
19        A.   Yes.  To FIU.
20        Q.   Prior to that, had you been admitted or
21   selected for enrollment to any other medical school?
22        A.   No, I was not.
23        Q.   In 2015 when you were admitted into FIU, had
24   you been previously placed on any kind of wait list or
25   were you previously denied by FIU?
```

Edie Nehme
December 17, 2021

1      A.   I was not previously denied by FIU and I was

2  not placed on another wait list.

3      Q.   So the year that you applied to FIU, that was

4  the year that you got in; is that fair to say?

5      A.   That's when -- the second time I applied, FIU

6  was one of the schools and that's when I got accepted

7  to FIU.

8      Q.   But you only applied once to FIU?

9      A.   I do not recall at this time if I applied the

10 first time to FIU.

11     Q.   I'm looking at your AMCAS report and where it

12 says FIU Herbert Wertheim College of Medicine, the

13 question where it says previously applied, it says

14 yes, so you probably did.

15          Why did you want to go to FIU Medical School?

16     A.   I heard great news, great things about the

17 program, and it is also in South Florida and I wanted

18 to apply to schools close to my family as well.

19     Q.   When you applied to medical schools, you

20 applied to medical schools all over the country

21 though; right?

22     A.   That is correct.

23     Q.   From California to North Carolina to New

24 Mexico; right?

25     A.   That's correct.

Edie Nehme
December 17, 2021

1    Q.   Do you have any specific recollection on the

2  number of schools that you applied to?

3    A.   I cannot give you an exact number at this

4  time.

5    Q.   Do you know if it was more than 20 schools

6  that you applied to?

7    A.   I believe the second time I applied, it was

8  more than 20 schools.

9    Q.   And the second time that you applied through

10  the AMCAS process, FIU was the only school that

11  offered you admission?

12    A.   That's correct.

13    Q.   Mr. Nehme, are you currently employed?

14    A.   I am.

15    Q.   Where are you working?

16    A.   I am working at Cardiology Partners.

17    Q.   Where is that located?

18    A.   It's located in Palm Beach Gardens.

19    Q.   What is your position there?

20    A.   Clinical research coordinator.

21    Q.   How much do you get paid?

22    A.   25 dollars an hour.

23    Q.   What are your duties there as a clinical

24  research coordinator?

25    A.   Okay, as a clinical research coordinator, my

Edie Nehme
December 17, 2021

```
 1   duties are to screen for patients attending our clinic
 2   to see if they would qualify for clinical trials that
 3   are currently enrolling at the clinic.
 4          If they qualify, then my duties include
 5   informing the physician when the patient is coming in
 6   for a visit.  Once the physician agrees that the
 7   patient would be a good candidate for a clinical
 8   trial, then he would speak with the patient, give them
 9   a consent form, explain the consent form, explain the
10   study, and once the patient agrees to be in the study
11   and enrolls in it, would take care of the patient and
12   that includes getting vitals, a history, giving
13   injections.  It all depends on which kind of trial the
14   patient is in, and it includes following up with the
15   patient, making sure that the patient is doing well
16   and no adverse events have occurred.
17      Q.   Do you have to author any kind of
18   documentation or write reports or anything of that
19   nature?
20      A.   Can you clarify that question?
21      Q.   Sure.
22          Other than filling out questionnaires or
23   assisting the patients with questionnaires, are you
24   responsible for drafting any kind of memos, writing
25   any kind of report related to the patient and the type
```

Edie Nehme
December 17, 2021

1   of research?

2       A.   Sometimes, if necessary, a memo to file,

3   for example, if that answers your question but other

4   than that, no, I do not draft any documentation.

5       Q.   So how many hours a week do you work there at

6   Cardiology Partners?

7       A.   I am full-time, 40 hours a week.

8       Q.   Who is your supervisor there?

9       A.   My direct supervisor is Elizabeth Dagher.

10      Q.   How long have you been working there?

11      A.   Since November 9th.

12      Q.   At this place of work, have you made a

13  request for any kind of special accommodations?

14      A.   No, I have not.

15      Q.   Prior to Cardiology Partners, where did you

16  work?

17      A.   I worked at Neuroscience Research Institute.

18      Q.   Where is that?

19      A.   In West Palm Beach.

20      Q.   What was your position there?

21      A.   Medical research coordinator.

22      Q.   And how much did you get paid there?

23      A.   25 dollars an hour.

24      Q.   Were the duties more or less the same as what

25  you're doing now at Cardiology Partners?

Edie Nehme
December 17, 2021

1      A.    Yes.   More or less.

2      Q.    You hold the same position title.   That's why

3  I asked if it was more or less the same kind of work.

4         Why did you leave Neuroscience Research

5  Institute?

6      A.    The physician who owns the company approached

7  me one day and asked me to work overtime on the

8  weekends for their rehab and mental health facility

9  and I said of course, and the day I was asked to work

10 overtime my contract was changed behind my -- without

11 my knowledge, to change my pay from hourly to salary

12 and I found out when I received the paycheck that I

13 was not paid overtime and spoke with the physician.

14 There was a lot of dishonesty on how that occurred and

15 I could not work for someone I -- that changed my pay

16 without my knowledge or confirmation, and the next day

17 I put in my two weeks notice.

18     Q.    How long have you been working at that

19 particular place?

20     A.    I believe since June 1st.   If it's not June

21 1st exactly, it's some time around that date.

22     Q.    And so I'm assuming because you were

23 presented with the potential of making overtime that

24 you were working full-time, normally 40 hours a week

25 while you were working at Neuroscience?

Edie Nehme
December 17, 2021

1      A.    Excuse me.  Can you repeat that.

2      Q.    Sure.

3            Were you working full-time when you worked

4    there?

5      A.    Yes, I was.

6      Q.    From June to November -- hold on.  I've lost

7    you guys.  I'm not sure what happened here.  There you

8    are.  Sorry.  It just left the screen.

9            From June to November, had you ever made a

10   request for special accommodations while working

11   there?

12     A.    I have not.

13     Q.    Other than Florida International University,

14   have you ever made a request for special

15   accommodations at any of the educational institutions

16   that you've attended or any employer?

17     A.    I have not.

18     Q.    I'd like to just briefly go back between the

19   years of 2012 through August 5th of 2016 which you had

20   previously indicated was your date of enrollment at

21   FIU.  What were you doing during those four years

22   after graduating?  And I know you took one course for

23   biochemistry but other than that, what were you doing?

24     A.    I enrolled in a program to -- an EMT program.

25   I completed that program and was certified as an EMT.

Edie Nehme
December 17, 2021

```
 1            I also worked for Royal White Cement and I
 2    was working for JLE Trucking and also for Cardiology
 3    Partners at that time, and I was also preparing for my
 4    MCAT and applying to medical schools.
 5         Q.   The EMT certification, where did you obtain
 6    that from?
 7         A.   Health Career Institute.
 8         Q.   Is JLE Trucking your family's business?
 9         A.   Yes, it is.
10         Q.   What were you doing for them?
11         A.   I was the assistant manager.
12         Q.   What kind of things were you doing as an
13    assistant manager at that time?
14         A.   It included hiring truck drivers, making sure
15    their credentials were correct, would serve in the
16    role as a dispatcher and would coordinate in order to
17    pick up or deliver loads from one location to another
18    and make sure the trucks, if anything was wrong with
19    the trucks, that they were properly serviced and that
20    business was running.
21         Q.   Was that a full-time position?
22         A.   It's difficult to answer that question
23    because when you have a family business, you're
24    not clocking in, and after -- you're constantly
25    working on it.
```

Edie Nehme
December 17, 2021

```
 1      Q.    Were you working more than 40 hours?

 2      A.    I believe so.

 3      Q.    When you worked at Cardiology Partners the

 4   first time, did you hold the same position as you do

 5   now?

 6      A.    Initially, I was hired as a research

 7   assistant at Cardiology Partners and shortly after, I

 8   was promoted to the same position that I have now.

 9      Q.    Who is your current doctor?

10      A.    Can you -- what do you mean?  Current doctor

11   for what?

12      Q.    Well, why don't you tell me who your doctors

13   are currently.

14            MR. HANNAH:  Treating doctors?  Treating

15      physicians?

16            MS. WYDLER:  Yes.

17            MR. HANNAH:  Okay.

18            THE WITNESS:  Eric Campillo is my

19      psychiatrist, and I haven't seen another

20      physician since I was dismissed from FIU.

21   BY MS. WYDLER:

22      Q.    How long have you been under the care of Dr.

23   Campillo?

24      A.    I can't recall an exact time frame.  Some

25   time around 2019, 2020.
```

Edie Nehme
December 17, 2021

```
 1       Q.   So did you see Dr. Campillo while you were
 2   enrolled at FIU?
 3       A.   I honestly cannot recall at this time.
 4       Q.   Where is Dr. Campillo's office located?
 5       A.   In Miami.
 6       Q.   Where in Miami?
 7       A.   I do not have the address off the top of my
 8   head.
 9       Q.   Is he affiliated with any hospital?  I
10   guess -- let me ask that question differently.
11            Is his office next to a hospital or part of a
12   medical arts building with a hospital?
13       A.   I do not believe so.
14       Q.   Okay.  How often do you see Dr. Campillo
15   currently?
16       A.   Once a month.
17       Q.   Is that the physician that prescribed the
18   Adderall and Xanax?
19       A.   Correct.
20       Q.   Have you been diagnosed by Dr. Campillo with
21   anything other than ADHD?
22       A.   The diagnosis of ADHD was made by FIU and Dr.
23   Campillo confirmed that but the diagnosis was made by
24   FIU.  He diagnosed me with PTSD that was caused by the
25   dismissal from FIU.
```

Edie Nehme
December 17, 2021

1     Q.   Other than the PTSD, has he diagnosed with

2   you with anything else?

3     A.   As initial diagnosis from him, no.  He

4   continues to manage my previous diagnosis and the

5   PTSD.

6     Q.   So other than ADHD and PTSD, are you aware of

7   any physician diagnosing you with any other mental

8   health condition?

9     A.   I do not believe so.

10     Q.   So you don't know if you've been diagnosed

11   with GAD, general anxiety disorder or depression or

12   anything of that nature?

13     A.   So depression is part of what I've been going

14   through since the dismissal but I do not take

15   medication for it.

16     Q.   Had you ever suffered from depression prior

17   to the dismissal?

18     A.   I do not believe so.

19     Q.   Prior to seeing the doctors at the FIU

20   Wellness Center where you were diagnosed with ADHD,

21   had you ever been diagnosed with ADHD prior to that

22   time period?

23     A.   Yes, I have.

24     Q.   When was that?

25     A.   I do not have a specific date at this moment

Edie Nehme
December 17, 2021

1    but I was, I think, prescribed Adderall by my primary

2    care physician.

3        Q.   How old were you, more or less?  I understand

4    you don't have the specific date.

5        A.   I was in my early 20s.

6        Q.   Who was the PCP who prescribed you Adderall?

7        A.   Timothy Willingham.

8        Q.   Prior to being prescribed Adderall in your

9    early 20s, do you recall telling Dr. Willingham or any

10   other physician that when you were younger you had

11   been diagnosed with ADHD?

12       A.   When I was younger, I didn't live in this

13   country and they do not have the proper ADHD diagnosis

14   but to answer your question, no.

15       Q.   So you don't remember telling Dr. Desmarais

16   from FIU that you had previously been diagnosed with

17   ADHD?

18       A.   I have told her that, yes.

19       Q.   And that was in reference to Dr. Willingham?

20       A.   Correct.

21       Q.   You came to the United States when you were

22   15; is that correct?

23       A.   14 or 15, yeah.

24       Q.   Where were you born?

25       A.   In Lebanon.

Edie Nehme
December 17, 2021

```
 1      Q.    And when you came to the United States, was

 2   it directly to South Florida?

 3      A.    Yes.

 4      Q.    Other than Dr. Campillo, Dr. Willingham, Dr.

 5   Desmarais, do you recall seeing any other doctor for

 6   any other mental issues or mental health condition

 7   issues?

 8      A.    Yes.  Dr. Thomas at FIU.

 9      Q.    How long did you treat with Dr. Thomas?

10      A.    Since the diagnosis was made by Dr.

11   Desmarais.

12      Q.    Do you recall Dr. Desmarais diagnosing you in

13   2017 with a panic disorder?

14      A.    I believe it was chronic anxiety.

15      Q.    And what did you do to treat the chronic

16   anxiety?

17      A.    I started meeting with Dr. Hunter and he was

18   prescribing me Xanax.  We had tried a different

19   medication once.  But also to treat the anxiety, I was

20   meeting with Dr. Desmarais for behavioral solutions

21   that I can do in order to try to manage it, as well as

22   the medication.

23      Q.    And when Dr. Hunter prescribed you the Xanax,

24   what was -- when were you supposed to take that?  What

25   was the dosage?
```

Edie Nehme
December 17, 2021

```
 1       A.    I don't recall the dosage but it was as

 2   needed.

 3       Q.    So why did you have chronic anxiety?

 4       A.    So the chronic anxiety began after I had my

 5   first MSEPC meeting where I was essentially told that

 6   if anything happens academically, that I will be

 7   facing dismissal or any repercussions, and it wasn't a

 8   direct threat but it was something that caused me to

 9   constantly be anxious and worried about messing up or

10   doing anything that would cause retaliation and

11   dismissal.

12       Q.    So as early as 2017, you were aware at your

13   first MSEPC hearing that you could be dismissed for

14   academic reasons at FIU?

15       A.    That's what I was told even though it wasn't

16   according to the handbook.

17       Q.    What wasn't according to the handbook?

18       A.    That after failing one exam, if you fail

19   another course or exam that you'll automatically be

20   dismissed and I was basically told I will

21   automatically be dismissed and that was a lot of

22   pressure and caused that chronic anxiety.

23       Q.    Did you ever go to get treatment at the

24   Jerome Golden Center?

25       A.    No, I -- never.
```

Edie Nehme
December 17, 2021

1    Q.   Do you remember Dr. Willingham giving you a

2  referral, giving you a psychiatry referral to that

3  location?

4    A.   No, I do not recall that.

5    Q.   Other than Xanax or Adderall in the last five

6  years, have you taken any other prescriptions for

7  pain?

8    A.   Yes, I have.

9    Q.   What other pain medication have you been

10  prescribed?

11    A.   To my recollection, I was prescribed Tramadol

12  and at a few occasions I believe oxycodone.

13    Q.   And when did you start with Tramadol and when

14  did you end, if you've ended with Tramadol?

15    A.    I have ended with Tramadol but I cannot

16  recall when I began.  It was -- I cannot recall

17  specifically when it began but it ended once I took

18  care of my back and neuro problem.

19    Q.   Do you recall ending your back problem or

20  neuro problem while you were enrolled at FIU?

21    A.   Yes.

22    Q.   So while you were taking classes at the

23  College of Medicine, you would have taken Tramadol for

24  those neuro and back problems?

25    A.   Maybe in the beginning of first year but I

Edie Nehme
December 17, 2021

1   did not like taking them while I was in school.

2       Q.   Why not?

3       A.   Because I did not want my cognitive abilities

4   altered in any way, shape or form while I'm attending

5   medical school.

6       Q.   And the oxycodone, when did you start and end

7   that prescription?

8       A.   To my recollection, this was prescribed once

9   or twice in the beginning of my back problems.  Even

10  though I had a refill for a refill, I was not taking

11  it.

12      Q.   Why did you have back problems?

13      A.   It was due to radiculopathy in my neck and

14  lumbar region that would cause loss of sensation on my

15  right side.

16      Q.   Was that as a result of some sort of

17  accident?

18      A.   The reason is unknown.

19      Q.   When was the last time you went to a primary

20  care physician?

21      A.   I do not recall at this time.

22      Q.   When was the last time you went to Dr.

23  Campillo?

24      A.   Campillo, it was last month.  Or this month.

25  No, it was I believe last week or two weeks ago.

Edie Nehme
December 17, 2021

1       Q.    And so do you have a recurring once-a-month

2   appointment?

3       A.    Yes, I do.

4       Q.    So you're scheduled to see him when next?

5       A.    Maybe in three weeks.

6       Q.    And how did you find Dr. Campillo?

7       A.    While I was in medical school, I got in a car

8   accident where someone hit me and the place where I

9   had to do physical therapy, I believe Dr. Campillo

10  either is the owner or is associated, and that was how

11  I met him initially and once I got dismissed, I needed

12  a psychiatrist and that's why I continued to see him.

13      Q.    So the referral to psychiatry was as a result

14  of the car accident that you had?

15      A.    That's how I met him and knew he was a

16  psychiatrist.

17      Q.    And did he treat you for any condition

18  related to the car accident?

19      A.    No, he did not.

20      Q.    At that time, how often did you see Dr.

21  Campillo?

22      A.    I'm sorry, at what time?

23      Q.    When you first started to see him --

24      A.    Yes.

25      Q.    -- how many times would you see him?  Once a

Edie Nehme
December 17, 2021

1   month like you do now?

2       A.   Once a month.

3       Q.   So from the time of your car accident that

4   you were referred to Dr. Campillo to today, you've

5   seen him once a month?

6            MR. HANNAH:  Object to the form of the

7        question.  Mischaracterizing testimony.  He

8        didn't say he was referred to Dr. Campillo

9        because of the car accident.

10           MS. WYDLER:  I'll ask the question in

11       another way.

12   BY MS. WYDLER:

13      Q.   When you learned that Dr. Campillo was a

14   psychiatrist after your car accident, have you been

15   treating with him once a month from that point on to

16   today?

17      A.   Can you repeat that again, please.

18      Q.   Since you've been seeing Dr. Campillo, have

19   you always seen him once a month?

20      A.   Yes.  Once I started seeing Dr. Campillo,

21   it's been on a monthly basis.

22      Q.   And you've been seeing Dr. Campillo prior to

23   your dismissal from FIU; correct?

24      A.   I cannot recall at this time.

25      Q.   When did you have your car accident?

Edie Nehme
December 17, 2021

```
 1        A.   The car accident is unrelated.  That was in
 2   answer to how I knew about Dr. Campillo.  Once I got
 3   dismissed from FIU, I needed to continue seeing a
 4   psychiatrist and I reached out to him and scheduled an
 5   appointment.
 6        Q.   You previously testified that you remembered
 7   going to Dr. Campillo around the time or after you had
 8   your car accident, so from a date perspective is all
 9   I'm asking.  When did you start seeing Dr. Campillo?
10        A.   That is not what I testified earlier.  I said
11   that's how I learned he was a psychiatrist.  Once I
12   got dismissed from medical school, I started seeing
13   Dr. Campillo.
14        Q.   So it is your testimony today that prior to
15   2020, you had not seen Dr. Campillo?
16             MR. HANNAH:  Object to the form.
17             THE WITNESS:  Actually, now that I
18        recall, after the accident he had prescribed
19        me a muscle relaxant due to the accident.
20        Now that I recall, yes.
21             MS. WYDLER:  Okay.
22   BY MS. WYDLER:
23        Q.   So what year was that?
24        A.   I believe it was 2019.
25        Q.   When in 2019, if you remember?
```

Edie Nehme
December 17, 2021

 1      A.   I do not have an exact date in mind.

 2      Q.   So you don't recall when you had the car

 3  accident, whether if it was in your spring semester of

 4  2019 or the fall semester of 2019?

 5      A.   I believe the accident was around September

 6  of 2019.

 7      Q.   So how many times did you see Dr. Campillo

 8  from 2019 to the time that you were dismissed from

 9  FIU?

10      A.   I cannot recall how many times.

11      Q.   Would you agree with me that it's been more

12  than one time that you saw him prior to the dismissal

13  at FIU?

14      A.   I cannot give you an exact answer at this

15  time.  It was maybe once or twice.  I'm not sure at

16  this time but I --

17      Q.   So, then, when you started to treat with him,

18  you were not seeing him once a month?

19      A.   For the car accident you mean?

20      Q.   I'm a bit confused because you told me that

21  you didn't -- first, that it was related to the car

22  accident, then you said it wasn't, and now we're back

23  to it being related to the car accident.  So why don't

24  you tell me why Dr. Campillo was treating you before

25  you were dismissed from FIU.

Edie Nehme
December 17, 2021

1       A.    It's because of the car accident, before I

2    got dismissed.  He's dual certified.

3       Q.    What's his dual certification in?

4       A.    I believe internal medicine and psychiatry.

5       Q.    You said that he prescribed you a muscle

6    relaxant related to the accident?

7       A.    Yes.

8       Q.    Prior to the dismissal from FIU, had he

9    prescribed you any medication for anxiety or the

10   diagnosis of ADHD?

11      A.    I do not recall at this time.

12      Q.    When you meet with him once a month or at

13   least at that point in time -- well, strike that.

14            Do you remember whether or not you met with

15   him once a month prior to your dismissal from FIU?

16      A.    I honestly do not recall at this time.

17            MR. HANNAH:  Can we take a bathroom

18      break?

19            MS. WYDLER:  That's fine.  Let's be back

20      at 11:15 or sooner.

21            MR. HANNAH:  11:15 is fine.

22            (Thereupon, a recess was taken, after which

23   the following proceedings were had:)

24   BY MS. WYDLER:

25      Q.    If I told you that Dr. Campillo's records

Edie Nehme
December 17, 2021

```
 1   show that you had been treating with him since January
 2   of 2019, would that refresh your recollection on when
 3   the accident may have happened?
 4       A.   Can you specify treating with Dr. Campillo?
 5   For what?
 6       Q.   So in terms of prescriptions, as early as
 7   January 31st -- strike that.
 8            November and October -- you know what, please
 9   excuse what I just said.  That's 2020.
10            So in November and October, was Dr. Campillo
11   prescribing you Adderall, the generic?  Is that
12   dextroamphetamine?
13       A.   Yes.
14       Q.   So from October and November of 2019, he was
15   already treating you for your ADHD.  Is that fair to
16   say?
17       A.   No.  I meant of 2020, not 2019.
18       Q.   Well, if there's a prescription record where
19   he's prescribing to you the generic form of Adderall
20   in November of 2019, wouldn't that be for the
21   treatment of the ADHD at that time?
22       A.   I do not recall that at this time.
23       Q.   How about January 31st of 2020?  Do you
24   remember Dr. Campillo prescribing you alprazolam?
25       A.   I do not recall that at this time.
```

Edie Nehme
December 17, 2021

1      Q.   Do you know what alprazolam is prescribed

2   for?

3      A.   Yes, I do.

4      Q.   What is it prescribed for?

5      A.   Alprazolam is Xanax and it's prescribed for

6   multiple diagnoses but it's usually for anxiety or

7   panic attacks.

8      Q.   So if by January of 2020 and again a refill

9   in April of 2020, wouldn't you agree with me that Dr.

10   Campillo was treating you for anxiety prior to the

11   dismissal from FIU?

12      A.   He was not constantly treating me for it.

13      Q.   That wasn't my question, sir.

14           My question was, was he treating you though

15   during that time period prior to the dismissal from

16   FIU based on the prescription of Xanax?

17      A.   Can you define treating, please.

18      Q.   Were you under the care of this physician at

19   that time based on the prescription of Xanax in early

20   2020 prior to your dismissal from FIU?

21      A.   I do not recall, to be honest.

22      Q.   Do you consider yourself disabled?

23      A.   Can you define that?

24      Q.   What's your definition of disabled?

25      A.   It can vary.  That's why I'm asking if you

Edie Nehme
December 17, 2021

1   can define or elaborate on your question.

2       Q.   My question is, do you consider yourself

3   disabled?

4       A.   Based on my diagnosis, I do have a

5   disability.

6       Q.   So what is your definition of being disabled

7   based on your diagnosis?

8       A.   Based on my diagnosis, I would say requiring

9   assistance with certain aspects of life that other

10  people do not require.

11      Q.   What are the aspects of life that require

12  assistance for you that other people do not require?

13      A.   It is mainly in testing environments.

14      Q.   Do you have an impairment that substantially

15  limits a major life activity?

16          MR. HANNAH:  Object to the form of the

17       question.  Go ahead.

18  BY MS. WYDLER:

19      Q.   You can answer.

20      A.   Can you rephrase the question.

21      Q.   The question is, do you suffer from an

22  impairment that substantially limits a major life

23  activity?

24          MR. HANNAH:  Object to the form of the

25       question.

Edie Nehme
December 17, 2021

```
 1   BY MS. WYDLER:

 2       Q.    Are you thinking or are you waiting for

 3   another question?

 4            MR. HANNAH:  It's an obnoxious statement

 5       to make, Counsel.

 6            MS. WYDLER:  I just can't tell.

 7            MR. HANNAH:  What do you mean you can't

 8       tell?  He's not allowed to take his time in

 9       answering your question?  He's got to jump in

10       and give you a quick answer to the question?

11       Is that what it is?

12            MS. WYDLER:  It wasn't quick.

13            MR. HANNAH:  You're asking him for a

14       legal conclusion and he's trying to figure it

15       out.

16            MS. WYDLER:  Stop with the speaking

17       objections.  Let's go by the federal rules,

18       please.

19            MR. HANNAH:  Then ask proper questions.

20            MS. WYDLER:  I'm just wondering if the

21       screen froze, what was happening here.

22            MR. HANNAH:  No, you know it didn't

23       freeze.

24            THE WITNESS:  There was a distraction in

25       my thinking.  Can you please ask the question
```

Edie Nehme
December 17, 2021

```
 1        again.
 2              MS. WYDLER:  Sure.
 3   BY MS. WYDLER:
 4        Q.   Do you suffer from an impairment that
 5   substantially limits a major life activity?
 6              MR. HANNAH:  Object to the form of the
 7         question.  You can answer it.  Go ahead and
 8         answer the question.
 9              THE WITNESS:  I do not understand what
10         you mean by a major life activity.
11   BY MS. WYDLER:
12        Q.   Do you suffer from an impairment that
13   prevents you from breathing?
14        A.   No, I do not.
15        Q.   Do you suffer from an impairment that
16   substantially limits your ability to think?
17        A.   Yes.
18        Q.   Do you suffer from an impairment that
19   substantially limits your ability to concentrate?
20        A.   Yes.
21        Q.   Do you suffer from an impairment that
22   substantially limits the control over your thoughts?
23        A.   Yes.
24        Q.   Do you suffer from an impairment that
25   substantially limits your learning?
```

Edie Nehme
December 17, 2021

1      A.    Yes.

2      Q.    So in your words, why did you bring this

3   lawsuit?

4           MR. HANNAH:  Object to the form. Improper

5        question.  Also requires input of

6        attorney/client communications.  In fact,

7        I'll instruct him not to answer that question

8        on that basis.

9   BY MS. WYDLER:

10     Q.   Mr. Nehme, you filed a lawsuit against my

11  client, FIU and I would like to know what facts do you

12  have to support a claim under the American

13  Disabilities Act.

14          MR. HANNAH:  It's an improper question,

15       Lourdes.  Why did you ever bring this

16       lawsuit, you know that's improper.

17          MS. WYDLER:  I asked -- no.

18          MR. HANNAH:  What facts?  What facts do

19       you want to know?  If you ask that, we'll be

20       here all day just answering one question.

21       Why don't you --

22          MS. WYDLER:  Stop with the speaking

23       objections.  I'm going to ask you, sir, to

24       please stop with the speaking objections.

25       It's inappropriate.

Edie Nehme
December 17, 2021

```
 1            MR. HANNAH:  What's your question?  My
 2        objection is --
 3            MS. WYDLER:  What's inappropriate is you
 4        coaching the witness.  I asked for facts.
 5   BY MS. WYDLER:
 6      Q.   Mr. Nehme, why do you feel you've been
 7   discriminated against?
 8            MR. HANNAH:  Answer.
 9            THE WITNESS:  It is all mentioned in the
10        lawsuit.
11   BY MS. WYDLER:
12      Q.   You're asked to testify here today for the
13   basis of why you feel you were discriminated against.
14   That's my question.
15            MR. HANNAH:  Answer to the best of your
16        ability.
17            THE WITNESS:  All right.  I was
18        discriminated against by FIU at least on two
19        separate -- in two separate ways.
20            There was deliberate indifference in not
21        providing me proper accommodations with a
22        minimum distraction room for my Psychiatry
23        shelf retake exam.  The school knew that the
24        room I was being put in was not compliant
25        with a minimal distraction room and nothing
```

Edie Nehme
December 17, 2021

1        was done to correct that situation.

2            Once I filed a complaint with IDEA, an

3        investigation was done and the investigation

4        report concluded that I was not -- I was,

5        indeed, not provided a minimal accommodation

6        room for that exam and prior quizzes and

7        readiness assignments, and once the

8        investigation report -- which the provost in

9        this situation, Dr. Bejar was supposed to

10       make a final decision whether to uphold or

11       dismiss, uphold the decision of MSEPC, she

12       was waiting for the investigation report.

13           Once the investigation report came back

14       and it confirmed my complaint and it upheld

15       my claims, there was, again, deliberate

16       indifference in not rectifying the situation

17       and she upheld the decision of MSEPC to have

18       me dismissed even though the investigation

19       report clearly states that there was failure

20       to provide proper accommodation.

21   BY MS. WYDLER:

22       Q.   What does deliberate indifference mean to

23   you?

24       A.   Deliberate indifference is -- what it means

25   to me is that a person knew something was wrong and

Edie Nehme
December 17, 2021

 1   intentionally ignored, decided to ignore it.  They

 2   were indifferent about the outcome of the decision.

 3        Q.   So who at FIU discriminated against you?

 4        A.   It would be Dr. Bejar and the ADA committee

 5   at the medical school.

 6        Q.   I see you looking down.  What were you

 7   looking down at?

 8        A.   I'm turning the pencil.

 9        Q.   So you're saying that Dr. Bejar -- based on

10   Dr. Bejar's decision and the MSEPC hearing committee,

11   those were the individuals that you claim to have

12   discriminated against you?

13        A.   To my knowledge, yes.

14        Q.   Now, you mentioned -- we'll go into the

15   Psychiatry shelf exam because there's a lot to cover

16   based on what you mention, but with respect to the

17   prior quizzes and readiness assignments, what prior

18   quizzes and readiness assignments do you claim in your

19   lawsuit you did not obtain any kind of accommodation

20   for?

21        A.   There is a list in the attachments of the

22   investigation report that clearly indicates which ones

23   I did not receive accommodations for.

24        Q.   Do you have any personal knowledge of the

25   ones where you did not get an accommodation?

Edie Nehme
December 17, 2021

1    A.    Yes, I do.

2    Q.    Which ones are those?

3    A.    It's the ones included in the list.  If you

4  want me to say some off the top of my head, the

5  clinical skills, the readiness assignments for OB/GYN

6  and others that I cannot recall at this time but they

7  are in the attachments of the investigation report.

8    Q.    With respect to the clinical skills and

9  OB/GYN, did you tell your professor or whoever was

10  monitoring the course that you needed extra time based

11  on your accommodations?

12    A.    Once I received and I was approved

13  accommodations at FIU HWCOM, I was told that it is the

14  duty of the medical school to automatically provide

15  accommodations and the student does not have to ask

16  for accommodations and I did not have to inform every

17  professor that I needed accommodations because the

18  medical school was responsible for that.

19    Q.    When you received that advisement, was that

20  in relation to exams?

21    A.    It was in relation to exams or anything that

22  is being tested.

23    Q.    Is it your testimony that you did not tell

24  your OB/GYN professor that you needed extra time or be

25  in a separate room or a minimally distractive room?

Edie Nehme
December 17, 2021

1      A.   I did not tell the professor.

2      Q.   What professor was that?

3      A.   That was Dr. Helen Tempest.

4      Q.   Was that in Period 3?

5      A.   That was in Period 2.

6      Q.   With respect to any of the other quizzes that

7   you claim you did not receive accommodations for, did

8   you speak to any of the professors about requesting

9   extra time or being placed in a minimally distractive

10  room?

11     A.   I did not.

12     Q.   With respect to any of the quizzes or

13  readiness assignments, did you pass those tests, those

14  assignments or quizzes?

15     A.   Can you repeat the question.

16     Q.   Sure.

17          Did you pass or receive a non-failing grade

18  for any of those assignments where you did not receive

19  accommodations?

20     A.   I passed with a lower grade than I would have

21  if I were to be provided accommodations.

22     Q.   Are you aware if in any of those other

23  assignments where you claim you did not receive

24  accommodations, if you used the standard full time

25  that was given to all the other students?

Edie Nehme
December 17, 2021

1        A.   I cannot recall every quiz or readiness

2   assignment that I've taken in my medical school

3   journey but I usually -- I would have used the full

4   time, yes.

5        Q.   At any point in time when time was up, did

6   you ever ask any of the professors for extra time

7   because of your accommodations?

8        A.   No, I did not.

9        Q.   Were you ever unable to complete one of the

10   assignments that you claim required accommodations?

11        A.   There were so many, it is difficult to give

12   you one hundred percent answer but I recall whenever

13   time would be almost over and I wasn't provided

14   accommodations, I would have to take any answer in

15   order to submit quizzes without having the time to

16   think about them.

17        Q.   Now, I know that you previously testified

18   that you never went to any of your professors related

19   to your accommodations but did you ever go to any

20   administrator like the dean of students' office or

21   even the disability resource center to ask why you

22   were not getting accommodations for quizzes while you

23   were taking those courses?

24        A.   I did not personally go and ask.

25        Q.   You say you did not personally go.  I just

Edie Nehme
December 17, 2021

 1  need to make sure of a couple of things here.

 2          Did you have anyone on your behalf go and

 3  advocate for you to get accommodations for any of

 4  those quizzes or readiness assignments that you allege

 5  didn't have any accommodations?

 6      A.   What do you mean on my behalf?

 7      Q.   Did you have any kind of lawyer or your

 8  parents or someone go to any of the administrators and

 9  ask on your behalf why you were not receiving

10  accommodations for these particular assignments and/or

11  quizzes?

12      A.   No to the people you mentioned but other

13  students with disabilities were bringing this concern

14  to faculty and they -- my name wasn't mentioned

15  personally but I knew of it.

16      Q.   So who were these other students that you're

17  referring to?

18      A.   I do not recall the names and I would not

19  want them to be -- to get in trouble or anything if

20  they are still students at this time.

21      Q.   So which of the -- which of that answer is

22  it?  Is it that you don't recall what medical students

23  you are saying were complaining about not getting

24  accommodations for the readiness assignment or that

25  you don't want to give up their names if they're still

Edie Nehme
December 17, 2021

 1  in school?

 2          MR. HANNAH:  Go ahead and give the names

 3      that you're concerned about and the

 4      repercussions to the students.

 5          THE WITNESS:  I do not recall the names

 6      at this time.

 7  BY MS. WYDLER:

 8      Q.   Is that a truthful answer, sir?

 9      A.   Yes.

10      Q.   So you don't remember talking to Elijah

11  Noble?

12      A.   I've never met Elijah Noble before.

13      Q.   Do you know who Jeffrey Dato is?

14      A.   I do not know who that is.

15      Q.   So how do you know that there were medical

16  students complaining about this issue?

17      A.   It also mentions it in the investigation

18  report.

19      Q.   So the investigation report occurred after

20  the fact.  My question to you is while you were

21  enrolled in courses and taking these readiness

22  assignments or these quizzes, are you aware of anyone

23  on your behalf speaking to the administration about

24  this issue of you not receiving accommodations?

25      A.   It wasn't related to me specifically.  It was

Edie Nehme
December 17, 2021

```
1    to all medical students who received accommodations.
2    I can give you the name of Christian Villaseca.
3         Q.   Who is Christian Villaseca?
4         A.   A student that we both started medical school
5    in the same class.
6         Q.   And when was the last time you spoke with Mr.
7    Villaseca?
8         A.   I do not recall.
9         Q.   Was it within the last three months?
10        A.   No.
11        Q.   Are you aware if he's enrolled at FIU?
12        A.   I do not know.
13        Q.   So what did Christian Villaseca tell the
14   administration in your Period 1 year?
15        A.   I was not there to tell you what he told
16   them.  I was not present in the conversation.
17        Q.   So what is it that you know that Christian
18   Villaseca told the administrators about not receiving
19   accommodations?
20        A.   All I know is that he wasn't receiving
21   accommodations and went to speak with someone
22   regarding getting accommodations for those quizzes.
23        Q.   That would have been for himself though;
24   right?
25        A.   Again, I was not present in the conversation.
```

Edie Nehme
December 17, 2021

```
 1      Q.    So you have no personal knowledge of anybody
 2   asking the administration to facilitate special
 3   accommodations for you on the quizzes and readiness
 4   assignments when they were given to you?
 5      A.    Specifically for me, I have no knowledge of
 6   that.
 7      Q.    Now, earlier, you said that FIU was the
 8   institution that had diagnosed you with the ADHD; is
 9   that correct?
10      A.    Yes.
11      Q.    So you had already enrolled at FIU and were
12   in Period 1 when that happened?
13      A.    Period 1 or beginning of Period 2.
14      Q.    So in Period 1, before you had gone to go
15   see -- I don't know how to pronounce her name -- Dr.
16   Desmarais, you had already failed Cardiovascular?
17      A.    Cardiovascular is in Period 2.
18      Q.    So you had failed GMC?
19      A.    I had failed -- yes, I had failed GMC but
20   successfully remediated the final exam.
21      Q.    So in Period 1, how many classes did you
22   fail?
23      A.    GMC.  One class.
24      Q.    And FIU granted you the opportunity to
25   remediate that course?
```

Edie Nehme
December 17, 2021

```
 1        A.    According to the syllabus and the handbook,
 2   that's the process.
 3        Q.    Is that when you went to the MSEPC?
 4        A.    It might have been after Cardiovascular.  I
 5   honestly do not recall exactly when it was.
 6        Q.    So in October of 2016, do you remember taking
 7   Genes, Molecules and Cells?
 8        A.    I know it was the first course in medical
 9   school.  I'm not sure about the exact date you gave
10   me.
11        Q.    And that's the course that you failed in the
12   first year; right?
13        A.    Correct.
14        Q.    And you did not have accommodations at that
15   time that you requested; is that correct?
16        A.    At that time, I wasn't getting accommodations
17   in general.
18        Q.    Right.
19              Then do you remember the next course that you
20   failed?
21        A.    Cardiovascular.
22        Q.    So that would be Cardiovascular and
23   Respiratory Systems?
24        A.    Right.
25        Q.    Do you remember that being some time in May
```

Edie Nehme
December 17, 2021

 1  of 2017?

 2       A.   That sounds about right.

 3       Q.   So would that have been considered part of

 4  Period 2, Cardiovascular?

 5       A.   Yes.

 6       Q.   And then you took that a second time with

 7  remediation; is that correct?

 8       A.   Once you fail a course, you're allowed to

 9  remediate it by taking the final exam, and that's what

10  I did.

11       Q.   And then did you pass that?

12       A.   I did not.  I was in the process of getting

13  testing for accommodations.

14       Q.   What do you mean you were in the process of

15  getting tested for accommodations?

16       A.   The remediation exam, I do not believe I

17  received the additional time and a half because I was

18  still doing all the tests necessary with Dr. Desmarais

19  in order to reach a diagnosis of ADHD.

20       Q.   But the second time that you took the

21  remediation for Cardiovascular and Respiratory

22  Systems, you had not yet received any kind of

23  diagnosis; is that fair to say?

24       A.   I believe so, yeah.

25       Q.   So, therefore, no accommodations would have

Edie Nehme
December 17, 2021

1    been in place at that time; right?

2         A.   To my recollection, yes.

3         Q.   Why, at that time, did you choose to request

4    counseling or accommodations or the testing process

5    for that?

6         A.   So I did not know that it was a possibility

7    to receive accommodations in medical school and after

8    that MSEPC meeting where I was again told that next

9    time something happens I will be dismissed, I was very

10   anxious and that's when I decided to start speaking

11   with Dr. Desmarais and get counseling and told her I

12   had ADHD and she confirmed it by doing all kinds of

13   tests required to confirm the diagnosis.

14        Q.   What if the MSEPC hearing happened after you

15   had gone to see Dr. Desmarais?

16        A.   I still would have gone to see Dr. Desmarais

17   because I was having troubles WITH -- I was having

18   trouble with my examinations.

19        Q.   Did you ever review the student handbook

20   while you were a student at FIU?

21        A.   After enrollment you mean?

22        Q.   Yes.

23        A.   I did not get to fully review it in detail as

24   a student as, you know, there is barely any time.

25        Q.   So you did not read in the handbook about the

Edie Nehme
December 17, 2021

1   services provided to disability students?

2       A.   I was told about them after I had started

3   FIU.

4       Q.   So who told you about the availability of

5   certain accommodations and what's available to

6   students with disabilities at a medical school?

7       A.   It was Dr. Heidi von Harscher.

8       Q.   And who is she?

9       A.   She is currently the ombudsman at HWCOM.

10      Q.   When did she tell you about the disability

11  resource center or any of the services that are

12  provided to disability students?

13      A.   It was some time during the first year.  I do

14  not recall an exact date.

15      Q.   And why did you go to the ombudsman in the

16  first place?

17      A.   At the time, she was not the ombudsman.  She

18  was, I believe, part of student affairs.

19      Q.   So the FIU student affairs department at some

20  point in time advised you personally or your class

21  about potential accommodations and things of that

22  nature?

23      A.   I do not recall if they advised the whole

24  class or if there was any information provided to

25  everyone.  It's been awhile since 2016 but once I

Edie Nehme
December 17, 2021

1    reached out to Dr. von Harscher, I was -- I became

2    aware of the Wellness Center and reached out to Dr.

3    Desmarais.

4         Q.    Why did you reach out to Dr. von Harscher?

5         A.    Again, she was part of student affairs and I

6    didn't know who else to reach out to.

7         Q.    So going back to the handbook, you

8    specifically do not recall reading the policy within

9    HWCOM's handbook about the services provided to

10   students with disabilities; correct?

11        A.    I know I read the handbook before

12   matriculation but I do not recall specifics of that.

13        Q.    So if I told you that that information is

14   available in the HWCOM handbook, you wouldn't disagree

15   with me; right?

16        A.    Some information is available but it's not

17   very clear.

18        Q.    Okay.  What's not clear?

19        A.    What's not clear, there is a mention, I

20   believe, in about -- about an ADA handbook that the

21   school is supposed to provide the students but I could

22   not find that handbook anywhere.  I reached out to the

23   DRC.  There was no ADA handbook provided.

24        Q.    And you're saying that the handbook

25   references an ADA handbook, to the best of your

Edie Nehme
December 17, 2021

1    recollection?

2        A.    To the best of my recollection.

3        Q.    Do you expect FIU to put in its handbook all

4    of its practices, all of its policies?

5        A.    Can you reword that question?

6        Q.    Don't worry about it.  I'm striking it.

7              I'm going to show some exhibits here.

8              Do you see what's up on my screen here?  It's

9    a one-page document.  Do you see it?

10       A.    Yes, I see it.

11       Q.    Have you ever seen this document before?

12       A.    When we requested documentation, that was the

13   first time I saw that document.

14       Q.    So is this the letter with the diagnosis that

15   you received from the clinical psychologist at HWCOM's

16   Medical Student Counseling and Wellness Center?

17             MR. HANNAH:  Object to the form.

18             THE WITNESS:  Can you repeat the

19       question.

20             MS. WYDLER:  Sure.

21   BY MS. WYDLER:

22       Q.    Is this the letter from Dr. Desmarais who is

23   a clinical psychologist at HWCOM Medical Student

24   Counseling and Wellness Center to Stephen Loynaz who

25   works at the FIU Disability Resource Center?

```
 1        A.    This appears to be from Dr. Desmarais to

 2   Stephen Loynaz.

 3        Q.    Both of which are FIU employees; right?

 4        A.    Correct.

 5        Q.    And Dr. Desmarais is the psychologist you

 6   went to for testing to determine whether or not you

 7   would qualify potentially for any accommodations;

 8   correct?

 9        A.    Correct.

10        Q.    So as part of her counseling services at FIU,

11   she determined that you had been diagnosed with

12   anxiety disorder in 2017 as well as ADHD based on this

13   document; is that correct?

14             MR. HANNAH:  Object to the form.  You can

15        answer.

16             THE WITNESS:  I'm sorry, can you repeat

17        the question.

18             MS. WYDLER:  Sure.

19   BY MS. WYDLER:

20        Q.    In 2017 -- I can't repeat it but I'll try to

21   do my best to get to the same question.

22             In 2017, did Dr. Desmarais, based on this

23   letter, diagnose you with unspecified anxiety disorder

24   and ADHD?

25             MR. HANNAH:  Object to the form.  Go
```

Edie Nehme
December 17, 2021

1           ahead and answer.

2                  THE WITNESS:  Based on the letter that

3           I'm seeing here, it appears that your

4           question is answered just by looking at the

5           letter.

6   BY MS. WYDLER:

7           Q.   So is that a yes?

8           A.   Again, it appears from the letter that this

9   was sent from Dr. Desmarais to Stephen Loynaz about my

10  diagnosis.

11          Q.   Do you know what happened after she sent this

12  letter to the Disability Resource Center?

13          A.   To the best of my recollection, she told me

14  to -- where the DRC was located, to speak to Stephen

15  Loynaz who met with me for a couple minutes and

16  approved the accommodations, and she also referred me

17  to Dr. Hunter who confirmed the diagnosis and was the

18  prescribing physician from that time.

19          Q.   When you went to the FIU DRC center and met

20  with Stephen Loynaz, did he approve the accommodations

21  based on the diagnosis that was determined by FIU?

22                  MR. HANNAH:  Object to the form.

23                  THE WITNESS:  Again, this has been since

24          2017.  What I remember is he told me okay,

25          you are approved and that from that time on,

Edie Nehme
December 17, 2021

```
 1       FIU HWCOM will have someone reach out to me
 2       to send an email informing me of my
 3       accommodations.
 4  BY MS. WYDLER:
 5       Q.   What were the accommodations that you were
 6  approved for by the DRC?
 7       A.   50 percent additional time.  So time and a
 8  half for exams and a minimal distraction room.
 9       Q.   Did you specifically request 50 percent extra
10  time?
11       A.   I don't remember that it was me requesting
12  the 50 percent additional time.  This was what I
13  believe I qualified to receive based on my diagnosis.
14       Q.   Did you specifically request a minimally
15  distracting room?
16       A.   I believe I did request a minimally
17  distracting room.
18       Q.   And did you explain to anyone when you made
19  that request -- well, strike that.
20            Did you make that request for a minimally
21  distracting room to Stephen Loynaz?
22       A.   I don't remember if I initially made it to
23  Dr. Desmarais or Stephen Loynaz.
24       Q.   When you requested a minimally distractive
25  room, did you explain what a minimally distractive
```

Edie Nehme
December 17, 2021

1   room was?

2        A.   A minimally distractive -- I'm sorry.  Can

3   you clarify who was that question to?

4        Q.   I previously asked you if you had made the

5   request for a minimally distractive room and you said

6   in the affirmative yes but you couldn't remember based

7   on your prior testimony whether it was Dr. Desmarais

8   or Stephen Loynaz.  So my question to you is who --

9   I'll repeat it.  Did you explain to either one of

10  them, whoever it was you made the request for a

11  minimally distractive room, what that entailed?

12       A.   I believe, to my recollection at this time, I

13  asked about a minimal distraction room and then I was

14  told you will be in a room that is quiet and there

15  will be no distractions, that you can take your exams

16  in.

17       Q.   So you specifically remember requesting the

18  term, "minimally distractive room"?

19       A.   I don't recall specifically using those

20  words.  I might have.  I do not remember.

21       Q.   And then in terms of the discussion regarding

22  the test setting, your testimony today is that an FIU

23  employee told you that you would have no distractions

24  in the test setting?

25       A.   A quiet room with no distractions.  They

Edie Nehme
December 17, 2021

1    could have meant minimal distraction but that's what I

2    remember.

3         Q.   We'll mark that as Exhibit 1.

4              Are you aware that once you were approved for

5    accommodations, that those accommodations would not be

6    applied retroactively?

7         A.   I don't understand the question.

8         Q.   Since you had already completed about a year

9    worth or almost a year's worth of academic studies,

10   did you know that even though you were approved for

11   special accommodations, that those special

12   accommodations would not be able to be applied to

13   course work that you already completed?

14        A.   Yes.

15        Q.   And were you aware at that time that the

16   accommodations that may be provided to you by FIU may

17   not be the same accommodations that would be offered

18   by the NBME or the step exams?

19        A.   Eventually, yes, I was aware of that.

20        Q.   So you didn't read it in the handbook?

21        A.   I don't remember reading it in the handbook

22   but I was aware they would be different

23   accommodations.

24        Q.   Once the DRC approved the accommodations, I

25   believe you said earlier that you did receive an email

Edie Nehme
December 17, 2021

1   from someone at HWCOM indicating that you would be

2   automatically receiving your accommodations; is that

3   correct?

4       A.   That's incorrect.

5       Q.   Tell me then what is incorrect about what I

6   said.

7       A.   After I was approved for my accommodations, I

8   was told that -- I was verbally told that FIU would

9   send me an email prior to an exam telling me where

10  it's going to be and at what time.

11           It was Dr. Bonnin who was responsible for

12  sending those emails or making sure that medical

13  students who receive accommodations are on that list.

14           I remember when I -- right before my first

15  exam when I was supposed to receive accommodations, I

16  didn't receive any email and I was very anxious, I was

17  worried that something happened and they weren't going

18  to provide me accommodations, so I reached out to Dr.

19  Bonnin, asking him about the situation of my

20  accommodations and after that, I began receiving

21  emails.  So even after I was approved for

22  accommodations, if I didn't reach out, I don't know if

23  I still would have received accommodations or would

24  have been informed about them.

25      Q.   Did you miss any exam based on a lack of

Edie Nehme
December 17, 2021

```
 1   accommodations, based on not knowing where to go or

 2   take your exam?

 3       A.   I do not believe so.

 4       Q.   So to the best of your recollection, the

 5   email from Dr. Bonnin came in before you had to take

 6   any new test with special accommodations; is that fair

 7   to say?

 8       A.   The email came from me first, and then he

 9   became aware of my accommodations.

10       Q.   But you have no personal knowledge that he

11   wasn't aware; right?

12       A.   I am not sure about how it works internally

13   between the DRC and HWCOM but I was assured that HWCOM

14   had knowledge and I shouldn't worry about informing

15   other professors or anyone, it will be taken care of

16   automatically.

17       Q.   And while you were completing your studies at

18   HWCOM, you did receive emails automatically to tell

19   you when and where to take your exams; is that

20   correct?

21       A.   For exams and certain quizzes.

22           MR. HANNAH:  Is it possible to take a

23       bathroom break?

24           MS. WYDLER:  Okay.

25           MR. HANNAH:  I don't know when you want
```

Edie Nehme
December 17, 2021

1           to break for a lunch break.  I don't mind

2           going on to at least 1 o'clock or something,

3           or 1:30, whatever you'd like or prefer.

4                MS. WYDLER:  So you want to take a --

5                MR. HANNAH:  A quick bathroom break right

6           now.

7                MS. WYDLER:  -- lunch break now or do you

8           want to continue going and then --

9                MR. HANNAH:  Let's continue going.  Let's

10          take a 5-minute bathroom break and go for a

11          little while longer.

12               MS. WYDLER:  Okay.

13               MR. HANNAH:  Thanks.

14               (Thereupon, a recess was taken, after which

15      the following proceedings were had:)

16     BY MS. WYDLER:

17          Q.   So you mentioned before that you were in the

18     process of testing to get the accommodations.  Do you

19     have any specific recollection if that was done before

20     or after your first MSEPC hearing?

21          A.   I believe it was after the first MSEPC

22     hearing but I'm not one hundred percent sure.

23          Q.   I'm showing you on the screen an 8-page

24     document.  I'm just going to scroll through it really

25     fast first and I'm going to direct your attention to

Edie Nehme
December 17, 2021

1   the third page of the document.  I apologize, the

2   fourth page where it has the memorandum.  Can you see

3   that on the screen, the memo?

4       A.   Yes.

5       Q.   Based on that memorandum -- have you seen

6   this document before?

7       A.   I have seen this document before.

8       Q.   What is this document?

9       A.   It's basically the decision that MSEPC takes

10  after they meet with the student.

11      Q.   Would this have been the first MSEPC hearing

12  while you were at FIU?

13      A.   I believe so.

14      Q.   Does it indicate on this document when you

15  had the hearing in front of the committee?

16      A.   Yes, it does.

17      Q.   Would that date have been July 27th of 2017?

18      A.   That's what the document says, yes.

19      Q.   Do you recall the date on the letter that I

20  previously showed you from Dr. Desmarais to Dr. Loynaz

21  being July 13th of 2017?

22      A.   I do not recall but --

23      Q.   Can you take my word for it?  I can show it

24  again if you need to see it.

25      A.   Yes, please.

Edie Nehme
December 17, 2021

```
 1      Q.   Sure.

 2           Do you see it?

 3      A.   Yes, I do.

 4      Q.   So you'll agree with me that the testing

 5   process, you going to the Mental Health Wellness

 6   Center and going to the DRC and receiving your

 7   accommodations happened probably right before your

 8   MSEPC hearing that was dated July 27th?

 9      A.   Can you repeat that, please.

10           MS. WYDLER:  Madam Court Reporter, can

11        you repeat the question.

12           (The segment of the record referred to was

13   thereupon read by the reporter as above recorded.)

14           MR. HANNAH:  Note my objection to the

15        form.

16           THE WITNESS:  I do not recall exactly

17        which date specifically I was probably given

18        accommodation when I asked for them.

19   BY MS. WYDLER:

20      Q.   But you will concede at least that your

21   testing for accommodations had already been completed

22   before your MSEPC hearing?

23      A.   The testing based on the document -- I began

24   testing on May 31st.  The document was sent July.  And

25   when is the MSEPC meeting?  July 27th?
```

Edie Nehme
December 17, 2021

```
 1            MR. HANNAH:  Based on the document.
 2            THE WITNESS:  So based on the
 3       documentations, that's what the case appears
 4       to be.
 5   BY MS. WYDLER:
 6       Q.   So you no longer maintain that the MSEPC
 7   hearing is what caused you to go get counseling;
 8   right?
 9       A.   The MSEPC hearing recommended that I -- I
10   honestly do not recall, it's been awhile, and it all
11   happened around the same time.
12       Q.   Tell me about your experience at the first
13   MSEPC hearing.
14       A.   Okay.  I was extremely nervous about it.
15   Once I received notice to go to the hearing, it
16   appeared like I'm -- like I was in serious trouble,
17   kind of like you were about to go to jail kind of
18   thing.  But before the meeting, I met with Dr. von
19   Harscher who coached me and helped me prepare what to
20   expect from the meeting, and I do not recall the
21   meeting one hundred percent but I remember I was very
22   nervous to be in that meeting.
23       Q.   So it wasn't until the MSEPC hearing that you
24   became nervous about your performance academically at
25   the university?
```

Edie Nehme
December 17, 2021

1    A.    I always wanted to succeed from the

2   beginning, and that's a lot of pressure especially in

3   medical school but after the first MSEPC meeting,

4   basically I was, again, threatened with dismissal and

5   that's when anxiety became chronic.

6    Q.    So at the MSEPC hearing, that was after you

7   had failed Cardiovascular and Respiratory Systems

8   along with the remediation; correct?

9    A.    Yes.

10    Q.    And at that point, you had already failed

11   Genes, Molecules and Cells but had passed the

12   remediation; right?

13    A.    That is correct.

14    Q.    At the MSEPC hearing that took place on July

15   27th of 2017, did you explain that you had health

16   issues and family problems during your first year of

17   medical school?

18    A.    To my recollection, I have.

19    Q.    And this is where you also told them that you

20   were working with the Wellness Center to work on your

21   processing speed; correct?

22    A.    That's correct.

23    Q.    And here at this MSEPC hearing, you verbally

24   informed the committee that you would benefit from

25   being granted additional time to take exams; right?

Edie Nehme
December 17, 2021

1    A.    That's correct.

2    Q.    So at this point in time, you were aware that

3  you could be eligible for accommodations, you were

4  going through the testing process, and that you

5  believed that the reason why you were having academic

6  difficulties was because of health issues, family

7  problems, along with your processing speed; correct?

8    A.    I informed them that I would benefit from

9  additional time due to the processing speed.

10   Q.    And at this MSEPC hearing, you didn't mention

11 anything about having less distractions during testing

12 though?

13   A.    I do not remember.

14   Q.    Do you remember who sat on the committee for

15 this MSEPC hearing?

16   A.    I remember who the chair was but I cannot say

17 one hundred percent of all the members that were

18 present.

19   Q.    And do you recall that the committee

20 recommended at that point that you were going to still

21 be allowed to continue with your class but that you

22 had to take the course of Cardiovascular and

23 Respiratory Systems again?

24   A.    It was not during the meeting that I was

25 aware of that.

Edie Nehme
December 17, 2021

1      Q.    Did you obtain that information when you

2   received the letter that contained their

3   accommodations?

4      A.    That's correct.

5      Q.    So that would have been at or about August

6   7th of 2017?

7      A.    That sounds about right.

8      Q.    But you do remember that during that specific

9   hearing, they did advise you that if you had poor

10  academic performance you could be dismissed from the

11  university; right?

12     A.    Yes.

13     Q.    And then you also had that confirmed in the

14  letter you received because it included their

15  accommodations and, in particular, Number 2 where it

16  says any further course failure or continued poor

17  academic performance will trigger review by the MSEPC

18  with the possibility of adverse recommendations,

19  including repeating an academic period or dismissal

20  from medical school; right?

21     A.    Right.

22     Q.    And so from that point on in August of 2017,

23  it is fair to say that you were on notice that if

24  there was continued poor academic performance, then

25  you could either be repeating an academic period or

Edie Nehme
December 17, 2021

1  being dismissed from the school; correct?

2      A.   That was mentioned, that's correct, but

3  wasn't emphasized.

4      Q.   But in terms of your receipt of the letter

5  with their accommodations, you were on notice of those

6  two possibilities by 2017?

7      A.   That's correct.

8      Q.   Now, the next part, Number 3, please read

9  that to yourself and tell me if that was mentioned

10  during the hearing or if that was something that you

11  learned once you received the letter.

12      A.   I do not remember if that was told to me in

13  the meeting, in the MSEPC meeting but I was aware of

14  it from the letter.

15      Q.   So as of August of 2017, it is correct to say

16  that you knew that you would be placed on academic

17  probation for that academic year and the following

18  academic period; correct?

19      A.   That's correct.

20      Q.   We'll mark that as 2.

21          Let me just ask you one more question about

22  this document before I take it off.  FIU recommended,

23  at least the committee recommended in its findings

24  that you continue to seek assistance with the Medical

25  Student Counseling and Wellness Center; correct?

Edie Nehme
December 17, 2021

1       A.    That's what the document says, yes.

2       Q.    And did you do so?

3       A.    Whenever I had the chance, I did.

4       Q.    What does that mean?

5       A.    The schedule of a medical student does not

6    allow for regular meetings, let's say every week or

7    every month.  Any time I would have a chance to, I

8    would seek counseling from the Wellness Center, from

9    Dr. Bonnin.

10      Q.    So you did not regularly or consistently get

11   the assistance from Dr. Desmarais recommended by FIU

12   at that time?

13      A.    This says that I must continue to seek

14   assistance.  It does not specify that it has to be

15   consistent but I did continue to seek assistance.

16      Q.    Your assistance from Dr. Desmarais though,

17   like you mentioned, you didn't have -- you said

18   whenever you had a chance, so it was whenever you

19   needed it in your opinion; right?

20          MR. HANNAH:  Object to the form.

21          THE WITNESS:  When I needed it or when I

22       didn't even need it, I would seek counseling

23       even just to inform her of my progress and

24       just talk.

25   BY MS. WYDLER:

Edie Nehme
December 17, 2021

1    Q.    Did you ever take advantage of the supportive

2  services like tutoring that's offered at HWCOM?

3    A.    Yes, I have.

4    Q.    Did you, after the MSEPC hearing?

5    A.    I do not recall the dates of when I seek

6  tutoring but I did attend tutoring sessions and

7  requested a one-on-one tutor.

8    Q.    What advice would you get from HWCOM Learning

9  Specialist Winnie Chang?

10   A.    Can you elaborate?

11   Q.    Did you ever go see the learning specialist

12  that's mentioned here, Dr. Chang?

13   A.    Yes, I have met with Dr. Chang.

14   Q.    And what is it that Dr. Chang and you would

15  do?

16   A.    As you can see, this was in 2017 and I'm

17  trying to remember events that happened in 2017 but

18  based on my recollection, she would give me strategies

19  on how to prepare for exams and how to study the

20  material.

21   Q.    And did you implement those studying

22  strategies?

23   A.    Yes, I did.

24   Q.    In terms of Period 1, the only course that

25  you had to remediate was Genes, Molecules, GMC?

Edie Nehme
December 17, 2021

1      A.    That's correct.

2      Q.    In the other courses, do you recall your

3   specific grades for Period 1?

4      A.    I do not.

5      Q.    Do they give out any kind of awards for the

6   highest grade in the class per course or anything like

7   that?  In law school, they call it a book award.  I

8   don't know what they could call it in medical school,

9   if that exists.

10     A.    Not that I know of.

11     Q.    So when this -- when you received the letter

12  of the findings of the MSEPC, did you appeal the

13  findings?

14     A.    I did not appeal the findings.

15     Q.    I have now shown you a document on the

16  screen.  I'm going to scroll through it really quickly

17  so you can see how many pages it is generally and then

18  I'll ask you specific questions on specific portions

19  from the document.

20           Do you know what this document is?

21     A.    It appears to be the MSEPC meeting in 2019.

22     Q.    So you were brought up for a second time by

23  the committee; is that correct?

24     A.    That is correct.

25     Q.    Are you aware of what the committee is

Edie Nehme
December 17, 2021

1  supposed to do?  Do you know what they were supposed

2  to do back in 2017 or in 2018?

3       A.   In 2017, yes; review my progress up to that

4  point.

5            In 2018, I was not fully aware of why I was

6  called in to MSEPC initially.

7       Q.   My question was more in general.

8            What is the purpose, in general, of the

9  MSEPC?  To the best of your knowledge.

10      A.   The role of MSEPC is mentioned in the

11  handbook but to the best of my knowledge, it's the

12  evaluations and promotions committee.

13      Q.   So they determine or it's triggered whenever

14  there's a question of competency or professionalism;

15  is that fair to say?  We can refer to the handbook if

16  necessary but in a nutshell.

17      A.   Sure.

18      Q.   So it says here -- you've seen this

19  memorandum before; right?

20      A.   I have.

21      Q.   And it's dated March 15, 2018.  Is that less

22  than a year from the prior MSEPC hearing?

23      A.   Based on the dates, yes.

24      Q.   The hearing was held, according to this

25  document, on March 8th of 2018.  Do you know why the

Edie Nehme
December 17, 2021

 1  hearing was held?

 2      A.   At the time, up to the day of the hearing I

 3  was not aware of why the hearing was happening.

 4      Q.   You did not know that you had failed the

 5  Systems-based Practice course?

 6      A.   At the time of the hearing, I was on a

 7  medical leave of absence and was not aware during that

 8  time that I had failed it until the day of.

 9      Q.   When did you go on your medical leave of

10  absence?

11      A.   I do not recall the specific date.

12      Q.   Do you remember failing -- I'm sorry, I

13  didn't mean to interrupt you.  Go ahead.

14      A.   No, go ahead.  Go ahead.

15      Q.   Is there anything else that you wanted to add

16  to that response?

17      A.   It says here on the document that I took a

18  leave of absence effective January 18, 2018.

19      Q.   Do you recall failing Systems-based Practice

20  before going on medical leave?

21      A.   I do not recall failing or knowing that I

22  failed System-based before the medical leave.

23      Q.   Did you remediate Systems-based Practice?

24      A.   The reason I went on a leave of absence was

25  medical leave of absence, and I wouldn't say that I

Edie Nehme
December 17, 2021

```
1   remediated System-based Practice.  I retook all of
2   second year per my request.
3        Q.   What was the medical reason for the leave of
4   absence January 18 of 2018?
5        A.   As I mentioned before, it is the neurologic
6   problem I was dealing with.
7        Q.   So you were on leave of absence from January
8   18th to April 2nd of 2018.  Does that sound right?
9        A.   Yes.
10       Q.   And who approved your medical leave of
11  absence?
12       A.   I do not recall the names but it was a
13  document that needed to be signed by multiple people.
14       Q.   And a document meaning within FIU?
15       A.   Correct.
16       Q.   And you said that it was your request to
17  repeat Period 2?
18       A.   Prior to the MSEPC meeting, I had met with
19  Dean Havas and Dean Jones and informed them of my
20  medical problem and requested if it's possible to get
21  a medical leave of absence and I do not mind even
22  repeating all of second year rather than pick up where
23  I left off.
24       Q.   And did you make that suggestion because you
25  were concerned about how you were performing in Period
```

Edie Nehme
December 17, 2021

```
 1   2?
 2        A.   I was not concerned about how I was
 3   performing.  I was concerned about the medical problem
 4   and I did not want to continue requesting excused
 5   absences.
 6        Q.   Do you recall what HWCOM's's policy is on
 7   excused and unexcused absences at that time?
 8        A.   It's been awhile.  I do not recall the exact
 9   policy.
10        Q.   So what happened at the MSEPC hearing that
11   occurred on March 8th of 2018?
12        A.   I was surprised that I was told because of
13   the failure of System-based and I had talked with Dean
14   Havas prior.  She told me I had to sign a document
15   stating that I will attend the meeting even though I
16   am on a leave of absence.  She said I have-- like
17   that's the only option that I have, I cannot object to
18   that and once I signed it, I came to the MSEPC
19   meeting, honestly, not knowing what to expect, and
20   that's when I was informed of the facts stated in this
21   letter.
22        Q.   You said that you didn't know what to expect
23   but you had gone through one of these committee
24   hearings before; right?
25        A.   That's correct and I knew why I was there.
```

Edie Nehme
December 17, 2021

1     Q.   And so what happened once the meeting

2  started?  What did you learn?

3     A.   I learned that apparently I had failed

4  System-based Practice, and that it was also because of

5  a professionalism incident report that was filed that

6  was completely untrue and didn't make sense why I was

7  being called then.  I thought it was to make sure that

8  I return at the right time to do second year again as

9  I requested.

10    Q.   Did you make the request to repeat Period 2

11 preemptively to not get dismissed from the university?

12    A.   It wasn't not to get dismissed.

13    Q.   And in your meeting between -- with Dean

14 Havas and did you say Dean Jones?

15    A.   I know I met with Dean Havas.  I believe I

16 mentioned it to Dean Jones as well, yeah.

17    Q.   So in your meetings with Dean Jones and Dr.

18 Havas, you were not aware at that point in time that

19 you had failed systems-based practice?

20    A.   I was not aware.

21    Q.   But you were already on significant leave of

22 absence?  It was about four months total; right?

23    A.   Yes.

24    Q.   And this happened in March.  So three months

25 into the leave of absence in your Period 2, wouldn't

Edie Nehme
December 17, 2021

1   that have affected your ability to continue with the

2   class that you had originally started with?

3       A.   Yes, and that was something I knew before I

4   requested.

5       Q.   So knowing that because you were out for a

6   couple months at that point in time and that you

7   wouldn't be able to continue with the class that you

8   started with, that was a factor in your request to

9   repeat Period 2; right?

10      A.   I'm sorry.  Can you rephrase that.

11      Q.   Knowing that you wouldn't be able to complete

12  Period 2 with your class and move forward at the same

13  pace with the two months off with your medical leave

14  at that point, that was a factor in you requesting to

15  repeat Period 2?

16      A.   That did not affect my decision to request to

17  repeat Period 2.

18      Q.   So why did you want to repeat Period 2?

19      A.   I was told that my excused absences due to my

20  medical problems have been increasing and the only way

21  that I could have stopped that and avoid any future

22  absences is to once and for all take care of my

23  medical problem and I thought if they would allow me

24  to take care of my medical problem, I am willing and I

25  didn't mind to repeat or do second year all over again

Elie Nehme
December 17, 2021

1   if that meant I can continue my medical career.

2       Q.   So as a result of the medical issues that you

3   were having and the resulting absences, you were in

4   fear that you may not be able to continue your studies

5   so you requested the leave of absence so that you

6   could take care of your medical issues; right?

7       A.   I wouldn't say I was in fear of not being

8   able to continue my medical studies.  It was because I

9   wanted to continue my medical studies properly.

10      Q.   In any event, as a result, FIU granted you

11  the leave of absence; right?

12      A.   Yes.

13      Q.   And then whether it was your request or not,

14  FIU allowed you to repeat Period 2 to join the class

15  of 2021; right?

16      A.   Yes.

17      Q.   During the MSEPC hearing, were you advised

18  that your academic issues were of serious concern?

19      A.   At the MSEPC hearing?

20      Q.   Yes.

21      A.   Yes.

22      Q.   And during the MSEPC hearing, were you also

23  reminded that you were on academic probation through

24  the end of the academic period, and then the following

25  academic period?

Edie Nehme
December 17, 2021

1       A.   Yes.

2       Q.   And you were also advised of your academic

3   probation status when you received the recommendations

4   after the MSEPC hearing; right?

5       A.   Right.

6       Q.   When you received the accommodations, you

7   were also advised that any further course failure or

8   continued poor academic performance will trigger

9   review by the MSEPC with the possibility of adverse

10  accommodations including dismissal from medical

11  school.   You knew that; correct?

12      A.   Correct.

13      Q.   Did you appeal the findings of this second

14  MSEPC?

15      A.   I did not.

16      Q.   And you were aware of your ability based on

17  the letter that you received to be able to appeal

18  them; is that correct?

19      A.   At the time, based on the letter, it mentions

20  I can appeal but at the time, my understanding of it

21  was that there would be no reason to appeal unless

22  there is a dismissal decision.

23      Q.   How did you get that understanding?

24      A.   After speaking with Dr. Havas, the

25  understanding that I got is that there would be--it's

Edie Nehme
December 17, 2021

1   not necessary to appeal because I will be starting

2   Period 2 with Class 2021.

3        Q.   But you indicated earlier to me today that

4   you didn't know what the reason for the MSEPC was, you

5   believed that the reasons were the PIR were false and

6   all these other things, and you chose not to dispute

7   that once you received their accommodations.  Is that

8   fair and accurate?

9        A.   I did not want to create any problems for

10  myself and based on the advice of Dr. Havas, I did not

11  appeal because I was allowed to do Period 2 with Class

12  of 2021.

13       Q.   You were happy that you got a chance to

14  continue your medical school; right?

15       A.   That was the deal that I spoke about with

16  Dean Havas and Jones and I was expecting to continue

17  based on our conversation.

18       Q.   So as far as you were concerned, in terms of

19  an outcome, even though you had all these unexcused

20  absences and you were granted a leave of absence, the

21  fact that you were able to continue at FIU's medical

22  school was a positive thing for you even if you had to

23  repeat Period 2?

24            MR. HANNAH:  Object to the form.  You can

25       answer.

Edie Nehme
December 17, 2021

1          THE WITNESS:  Of course that's a positive

2      outcome, to be able to continue medical

3      school.

4  BY MS. WYDLER:

5      Q.    Because there was a chance, since you were on

6  academic probation already, that you could have been

7  dismissed; right?

8      A.    I do not know what could have happened.

9      Q.    Well, sure you do.  You know from the prior

10  MSEPC hearing recommendation that you were on academic

11  probation and any other academic poor performance

12  could have led to dismissal; right?  I can bring that

13  exhibit up.

14      A.    The reason I failed System-based Practice was

15  due to the unexcused absences.  They took attendance

16  and that was part of the course.  So when I was not

17  provided the absences, that triggered a failure even

18  though I had passed the testing necessary.  By not

19  being present on certain days, that caused failure and

20  that's what I believe triggered that MSEPC meeting,

21  now looking back at it.

22      Q.    How does that change what the outcome would

23  be because poor academic performance is not solely

24  based on how you write exams but there is an

25  attendance requirement; right?

Edie Nehme
December 17, 2021

1        A.    Unless you have an excused absence.

2        Q.    Right.  And you weren't getting excused

3    absences at that time.

4        A.    They weren't being excused on the same day

5    that I would request excused absences.

6        Q.    So you would request to be excused from class

7    on the same day of class?

8        A.    That same day or prior.

9        Q.    Either way, with respect to the second MSEPC

10   hearing, you didn't take any other action within the

11   university to dispute those findings; right?

12       A.    I did not.

13       Q.    So, then, you returned to school when?

14       A.    April 2nd, 2018.

15       Q.    And you repeat, you start with the courses

16   that you had already taken at some point in time;

17   right?

18       A.    Correct.

19       Q.    So you were already familiar with the

20   material during those courses; right?

21       A.    I had seen the materials before.

22       Q.    So did you find that the course work was

23   easier the second time around?

24       A.    I wouldn't say I found it easier.  I was

25   working harder to make sure there is no failure.

Edie Nehme
December 17, 2021

1      Q.   So you were working harder to make sure that

2   you didn't fail any test, any quizzes, any

3   assignments; correct?

4      A.   It wasn't only to make sure I don't fail.  It

5   was to make sure I get a high grade.

6      Q.   So you completed Period 2 successfully?

7      A.   Yes, I did.

8      Q.   So no issues; right?

9      A.   No issues.

10     Q.   Didn't make any complaints about a lack of

11   accommodations; right?

12     A.   I did not at that time, no.

13     Q.   Is there anything about Period 2 that stands

14   out to you that you care to discuss?  Because we're

15   just kind of going through your academic record here.

16           MR. HANNAH:  Object to the form.

17           THE WITNESS:  Besides --

18           MR. HANNAH:  Is that your question, is

19        there anything more he wants to discuss?

20           MS. WYDLER:  About Period 2.

21           MR. HANNAH:  Object to the form.

22           THE WITNESS:  I have already answered

23        your questions about Period 2.

24           MS. WYDLER:  Okay.  Which was there were

25        no issues.

Edie Nehme
December 17, 2021

```
 1   BY MS. WYDLER:
 2       Q.   Now, turning to Period 3 -- let me just be
 3   clear here.  When we say no issues -- strike that.
 4           Period 2, you did not fail any exams;
 5   correct?
 6       A.   I do not recall, but I did not fail any
 7   course.
 8       Q.   But you could have failed some exams within
 9   Period 2?
10           MR. HANNAH:  Object to the form.
11           THE WITNESS:  I --
12           MR. HANNAH:  Calls for speculation.
13           THE WITNESS:  I do not recall.
14   BY MS. WYDLER:
15       Q.   In Period 3, did you fail any exams?
16       A.   Shelf exams.
17       Q.   The answer is yes?
18       A.   Yes.
19       Q.   What shelf exams did you fail in Period 3?
20       A.   Surgery, Family Medicine, Neuro, and
21   Psychiatry.
22       Q.   And you'd agree with me that based on your
23   second MSEPC hearing, you were aware that you were on
24   academic probation during Period 3; right?
25       A.   Yes.
```

Edie Nehme
December 17, 2021

```
 1        Q.    Now, with respect to your Surgery failure,

 2   your Family Medicine, and your Neurology shelf exam,

 3   did you receive accommodations for all of those?

 4        A.    Which ones did you say?

 5        Q.    The shelf exams that you just mentioned

 6   except for Psychiatry.

 7        A.    Except for Psychiatry, I did.

 8        Q.    And when I ask you about the accommodations,

 9   I'm also asking you about the second attempt to pass

10   that test.  Did you receive accommodations for all of

11   those?

12        A.    Yes, I did.  Except for Psychiatry.

13        Q.    We'll get to that.

14              And did you pass it the second time for all

15   of those shelf exams?

16        A.    Yes, I did.

17        Q.    Except for Psychiatry?

18        A.    Except for Psychiatry.

19        Q.    And with respect to your OB/GYN shelf exam,

20   did you score well or did you barely make it in terms

21   of the passing grade?

22              MR. HANNAH:  Object to the form.

23              THE WITNESS:  I passed the shelf exam and

24         passed the course.

25   BY MS. WYDLER:
```

Edie Nehme
December 17, 2021

```
1       Q.   What is a passing grade necessary for a shelf
2   exam?
3       A.   I believe, from what I recall, 5 percentile
4   or higher.
5       Q.   And do you remember what the passing
6   numerical evaluation is or number is for a course to
7   pass it in medical school?
8       A.   75.
9       Q.   So anything above a 75 passes; below 75,
10  failure.  Right?
11      A.   Correct.
12      Q.   And explain to me how the 5 percentile works
13  when we're looking at what is pass/fail in respect to
14  a shelf exam.
15      A.   I do not know how to explain that.
16      Q.   So we just know the number is 5 percentile
17  but we don't know how -- you don't know how to explain
18  the criteria for the 5 percentile?
19      A.   That's correct, because every shelf exam has
20  a different numerical value that equates to 5
21  percentile.
22      Q.   So it would be the 5 -- perhaps then this is
23  my question.
24           Is it the top 5 percentile of all the people
25  taking the test?  Is that how that works or is it the
```

Edie Nehme
December 17, 2021

1   bottom, you can't get anything less than 5 percentile,

2   less than the fifth percentile?

3        A.   This is the way that FIU HWCOM creates it and

4   it says most were 5 percentile or higher.

5        Q.   Are you aware if FIU follows, for example,

6   what would be the standard for some of the national

7   board tests?

8        A.   I'm not aware.

9        Q.   Turning to the Psychiatry shelf exam, you

10  took that the first time, right, and failed it?

11       A.   That's correct.

12       Q.   And the first time you failed it, you

13  received all of your accommodations; correct?

14       A.   Yes.

15       Q.   The first time you failed it, did you take it

16  with other individuals in the same room?

17       A.   I do not remember.

18       Q.   With respect to taking the tests, these shelf

19  exams, would you take them with other students present

20  in the room?

21       A.   Sometimes.  Sometimes not.

22       Q.   But not in the same class with the rest of

23  the class; correct?

24       A.   That's correct.

25       Q.   So you would always have a room that you

Edie Nehme
December 17, 2021

1    would be assigned to and you would always have your

2    extra time that you were assigned to or assigned with;

3    right?

4         A.   Yes.

5         Q.   And whether or not there may have been other

6    students with special accommodations, it's possible

7    that they would have taken the test with you depending

8    on the course; right?

9         A.   Yes.

10        Q.   But you don't remember the first time that

11   you took the Psychiatry shelf exam if you took that by

12   yourself or with anybody else?

13        A.   I don't remember at this time.

14        Q.   And you're not making a claim that you did

15   not receive accommodations for the first attempt at

16   the Psychiatry shelf exam; right?

17        A.   I am not.

18        Q.   Now, the second attempt for the Psychiatry

19   shelf exam, tell me, do you remember the room number

20   that you took the exam in?

21        A.   It was AHC2.  That's the building.  And the

22   room number, to my recollection, was 495.

23        Q.   Would you be able to describe the room for

24   us?

25        A.   Yes.  The room is a conference room with

Edie Nehme
December 17, 2021

```
 1   windows on one side and glass windows on the other
 2   side as a wall, and it is a conference room right next
 3   to a very busy hallway where administrative offices
 4   are, as well as OSCE rooms, and it's right next to the
 5   door that opens when you get out from an elevator.
 6   It's located in a very busy location.
 7        Q.   So do you remember the day that you took the
 8   Psychiatry shelf exam the second time?
 9        A.   I do not remember at this time.
10        Q.   Do you remember if it was on March 2nd of
11   2020?  Do you remember what day of the week it may
12   have been?
13        A.   I can -- yes, it was March 2nd, 2020.  That
14   sounds right but I do not remember which day of the
15   week it was.
16        Q.   Do you recall how many hours you had to
17   complete the exam?
18        A.   I do not recall at this time but it was time
19   and a half.
20        Q.   And did you receive your time and a half on
21   the day of your second attempt to take the Psychiatry
22   shelf exam?
23        A.   Yes.
24        Q.   Had you taken an exam in AHC1-335?  I'm
25   sorry.  AHC1-335 is where you took the exam; right?
```

Edie Nehme
December 17, 2021

```
1       A.   No.

2       Q.   495?

3       A.   AHC2-495.

4       Q.   So from AHC2-495, had you ever taken an exam

5  there?

6       A.   No.

7       Q.   When you received the email to take the exam

8  in AHC2-495, did you question the location?

9       A.   Prior to getting to the room, I did not know

10 it was going to be that specific room.

11      Q.   Did you have a proctor that day?

12      A.   Yes.

13      Q.   Do you know who that proctor was?

14      A.   I might be pronouncing her name incorrectly

15 but I believe it is Ena Lachica.

16      Q.   Had you been proctored by Miss Lachica in the

17 past before?

18      A.   Yes, I have.

19      Q.   How many times would you say she had

20 proctored one of your exams in the past?

21      A.   I cannot tell you a specific number.

22      Q.   More than five?

23      A.   Again, I cannot say.  I wasn't counting how

24 many times.

25      Q.   Did she know your name?
```

1       A.    Yes, she knew my name.

2       Q.    So you had already established some sort of

3  rapport with her because of prior experiences that she

4  had proctored you; is that fair?

5            MR. HANNAH:   Object to the form.

6            THE WITNESS:   I did not even know her

7        name.   I did not even know her name off the

8        top of my head.   I just would come in the

9        room and she would be there as a familiar

10       face.

11  BY MS. WYDLER:

12       Q.    So you recalled her name now during your

13  testimony because of how?

14       A.    Because the investigation report mentioned

15  her name.

16       Q.    So prior to reading the investigative report,

17  you were unaware of what this proctor's name was?

18       A.    I wasn't.

19            MS. WYDLER:   I can sense that I'm about

20       to get a coughing fit.   I think it's a good

21       time to just maybe break.   I don't know --

22       sorry; I knew it.   How long do you all need

23       to maybe just grab something to eat?

24            MR. HANNAH:   We usually do half hour,

25       forty-five minutes.   Whatever.

Edie Nehme
December 17, 2021

1          MS. WYDLER:  That's fine with me too.

2          MR. HANNAH:  So 45 minutes, gives the

3       court reporter some time to eat something.

4          THE COURT REPORTER:  Thirty minutes is

5       fine.

6          MR. HANNAH:  Thirty minutes?  Okay.

7          MS. WYDLER:  2 o'clock is fine for me

8       too.  Thank you.

9          (Thereupon, a luncheon recess was taken,

10      after which the following proceedings were had:)

11      BY MS. WYDLER:

12      Q.   So prior to the break, we were talking about

13      the room where you took the second attempt of the

14      Psychiatry shelf exam.  You mentioned there were two

15      windows and it was a conference room; correct?

16      A.   It's not two single windows.  It's one side

17      of the room was windows, and the other was glass

18      pointing to the hallway.

19      Q.   The glass pointing to the hallway, was that

20      frosted glass?

21      A.   Not all of them.

22      Q.   Was the paneling of the frosted glass the

23      majority of the window?

24      A.   I do not recall.

25      Q.   When you went into the room to take that

Edie Nehme
December 17, 2021

 1   exam, did you sit facing the hallway or facing the

 2   wall?

 3        A.   Facing the window.

 4        Q.   Facing the other window, not the hallway;

 5   correct?

 6        A.   Where I was seated, I was facing the window

 7   but could see the hallway.

 8        Q.   And so just to be clear, your testimony today

 9   is that your back was not facing the frosted glass

10   alongside the hallway?

11        A.   It was.

12        Q.   So your eyes, if you lifted your head from

13   the conference room table -- I think we lost your

14   attorney although I know he's sitting right next to

15   you.

16            MR. HANNAH:  Keep going.  I'm coming

17         back.  I lost the connection.

18            MS. WYDLER:  As long as you can hear my

19         questions and object to the form.

20            MR. HANNAH:  I can hear everything.

21   BY MS. WYDLER:

22        Q.   So going back, just to be clear, if you're

23   sitting at the conference room table, taking the exam

24   and you look up, you are not facing the hallway?

25        A.   That's correct.

Edie Nehme
December 17, 2021

```
1        Q.    So while you were taking the test, you could

2   not see the students allegedly traversing through the

3   hallway?

4        A.    I could see them.

5        Q.    How could you see them?

6        A.    From my periphery.

7        Q.    And could you see just faint images because

8   of the frost or could you actually make out detailed

9   faces?

10        A.    I could see faces in people walking.

11        Q.    Now, the other window that you referenced,

12   was it shut so that you cannot see the outside?

13        A.    No.

14        Q.    What did you see outside?

15        A.    It was part of the campus.

16        Q.    And in order for you to see the students

17   traversing through the hallway, you would have to turn

18   your head to see the students through the frosted

19   glass and into the hallway behind you; correct?

20        A.    Again, I don't recall that room being all

21   frosted.  I didn't need to turn very much even to see

22   the people.  If I raised my head from the computer, I

23   would see them in my periphery.

24        Q.    Do you know how many -- you said you didn't

25   know from what time to what time the test was
```

Edie Nehme
December 17, 2021

1   scheduled for?

2       A.   I do not recall at this time.

3       Q.   So if I told you that the room had been

4   scheduled from 8 a.m. to 2 p.m., does that sound

5   familiar to you or is that not a typical schedule to

6   take a shelf exam?

7       A.   That is a typical time.  However, I cannot

8   tell you one hundred percent if it was 8:00 or 8:30

9   but it's usually in the morning.

10      Q.   Did you use the full six hours for the second

11  Psychiatry shelf exam?

12      A.   I believe so.

13      Q.   And how many times did you see students walk

14  by the room?

15      A.   It's impossible to give you a number because

16  it was constant.

17      Q.   For six hours it was constant?

18      A.   Yes.

19      Q.   And that was people walking by?

20      A.   People walking, yelling, talking right

21  outside the room.  It was constant due to the location

22  of the room.

23      Q.   Did you tell that to the proctor?

24      A.   I do not recall if I specifically told that

25  to the proctor but she was aware of the noise, the

Edie Nehme
December 17, 2021

1   disturbance.

2       Q.   How did you know she was aware of the noise

3   disturbance?  Because of the investigative report?

4       A.   No, because I looked at her and I was

5   frustrated.  I looked at her.  She looked at me.  I

6   believe she wanted or she tried to tell someone to

7   keep it down but she couldn't do anything or didn't do

8   anything.

9       Q.   She couldn't do anything or didn't do

10  anything.  Which one?

11      A.   That is a question I cannot answer because I

12  don't know if she didn't want to do anything or she

13  couldn't leave me in the room unattended.

14      Q.   When you would go take your tests with the

15  accommodations, would the proctor always put out a

16  sign that says quiet, please, testing in progress?

17      A.   To the best of my recollection, yes.

18      Q.   And on the date of the second Psychiatry

19  exam, was there a sign outside saying quiet, please,

20  testing in progress?

21      A.   I honestly do not recall at this time.

22      Q.   Did you ask the proctor at any time during

23  the 6-hour period to suspend the testing until it

24  became quiet?

25      A.   I didn't know that this was an option for me

Edie Nehme
December 17, 2021

1    to do or request.

2        Q.   Did you know that you had an option to get a

3    heater?

4        A.   There was a heater in the room but I wasn't

5    aware previously that this was an option.

6        Q.   Did you tell her that it was cold in the room

7    during the test?

8        A.   During that specific test, no.

9        Q.   Did she make a request for a heater to be

10   brought to the room for you on that day?

11       A.   I don't know if she did but Miss Williams,

12   Marie Taylor Williams brought a heater to the room.

13       Q.   Did you ask the proctor to tell the students

14   to be quiet at any point during the 6-hour exam?

15       A.   I do not recall if I requested that.

16       Q.   Did you ask the proctor to move you to

17   another room during the 6-hour exam?

18       A.   I did not because I did not think that was an

19   option for me to request.

20       Q.   When you went to go take the test, were you

21   wearing ear plugs?

22       A.   Ear plugs were provided and yes, I was

23   wearing them that day.

24       Q.   So ear plugs were provided by FIU; is that

25   correct?

Edie Nehme
December 17, 2021

```
 1        A.    That is correct.

 2        Q.    And ear plugs were always brought whenever

 3   you had a test in a minimally distractive room; is

 4   that correct?

 5        A.    Correct.

 6        Q.    And it's your testimony today that you were

 7   actually wearing the ear plugs for the second

 8   Psychiatry exam?

 9        A.    Yes.

10        Q.    Do you remember going to the bathroom during

11   the second Psychiatry exam?

12        A.    I do not remember at this time.

13        Q.    What's the procedure during testing if you

14   have to go to the bathroom?

15        A.    You sign your name on a paper, the time that

16   you are leaving, and you go to the bathroom and then

17   you come back and note the time or write down the time

18   that you came back.

19        Q.    If I told you that you went to the bathroom

20   three times, does that refresh your recollection at

21   all?

22        A.    No, it does not.

23        Q.    And so you don't remember -- do you know when

24   you go to the bathroom during these tests that the

25   proctor has to accompany you to a certain point to the
```

Edie Nehme
December 17, 2021

1  bathroom?

2      A.   Now that you bring this up, I believe they do

3  that.  If there is one student taking the exam, the

4  proctor would accompany.  If there are multiple

5  students but one proctor, then they would not

6  accompany but if there are two proctors, one of them

7  will accompany the student.

8      Q.   So as far as the day of testing on the second

9  Psychiatry exam, do you remember Ena Lachica

10  accompanying you to the bathroom?

11      A.   Honestly, I do not remember at this time.

12      Q.   And when you were walking to the bathroom,

13  you wouldn't have -- you don't remember asking her at

14  any point to tell anybody to stop talking, to move you

15  to another room?  None of those options were mentioned

16  by you during those bathroom walks; right?

17      A.   I do not recall mentioning that.  I might

18  have but I cannot say one hundred percent.

19      Q.   You're not trying to say here that you did

20  ask for it and she didn't do anything about it; right?

21      A.   I do remember if I asked for that.

22      Q.   But you don't remember a response from her;

23  do you?

24      A.   I do not remember anything being told in

25  regards to the noise.

Edie Nehme
December 17, 2021

1    Q.    And you didn't tell the students when you

2    went to the bathroom, if you went to the bathroom, to

3    quiet down?

4    A.    Well, there was people walking by the whole

5    time, so it wasn't one person.  I couldn't have kept

6    going out of the room or constantly, you know, to tell

7    people to be quiet.

8    Q.    But the times where you walked outside, did

9    you take the opportunity to advise people that they

10   should lower their voices because you're in the middle

11   of a test?

12   A.    My job was taking an exam, is to focus on the

13   exam and if I took a bathroom break, was to quickly

14   take a bathroom break and come back and focus on the

15   exam that I was taking.  That's the job of the

16   proctor.

17   Q.    And you did not advise -- you can't recall

18   advising the proctor that it was too loud for you to

19   be able to concentrate while taking your exam; right?

20   A.    I do not recall at this time.

21   Q.    Do you remember asking the proctor to allow

22   you to bring your beverage into the testing room?

23   A.    I do not remember.

24   Q.    What's the policy on that in terms of

25   bringing in water or something to drink while you're

Edie Nehme
December 17, 2021

1   completing tests?

2       A.   I believe, if I'm recalling correctly, is to

3   leave any beverages outside the room.

4       Q.   So if you had a beverage inside of the

5   testing room, it was because you asked for the ability

6   to be able to bring it in; right?

7       A.   I don't recall if I asked for it that day.

8       Q.   With respect to the temperature in the room,

9   do you remember making a comment to the proctor that

10  it was cold?

11      A.   I never made a comment that specific room was

12  cold because I had never taken an exam in it before.

13      Q.   But you didn't feel cold?  I'm not talking

14  about before.  I'm talking about the day of testing.

15  Were you cold or not?

16      A.   I don't remember that day if I was cold or

17  not.  I was focused on my exam.

18      Q.   But you do remember Marietere Williams coming

19  in with a heater for you?

20      A.   I do.

21      Q.   And don't you think that if you would have

22  said that it was too loud outside, that they would

23  have accommodated you?

24          MR. HANNAH:  Object to the form.

25          MS. WYDLER:  I can't hear what you're

Edie Nehme
December 17, 2021

 1        saying, Rod.

 2             MR. HANNAH:  Calls for speculation.

 3        Object to the form.

 4             MS. WYDLER:  State your objection,

 5        please, under the rules.

 6             MR. HANNAH:  I just objected and stated

 7        the basis.

 8             THE WITNESS:  That heater was brought to

 9        that room based on a comment I had made

10        regarding another room but that was an

11        accommodation or something they brought to

12        the room, to the wrong room.

13   BY MS. WYDLER:

14        Q.   So while you were taking the test, you

15   brought up a temperature issue about another room?

16        A.   No.  That temperature issue was regarding a

17   different room at a previous time and it had nothing

18   to do with the Psychiatry shelf retake.

19        Q.   So your recollection is that a heater was not

20   brought on the day of the Psychiatry retake?

21        A.   That's not what I said.  I said I remember

22   Marietere bringing a heater on that day but it was not

23   because I requested a heater to be brought in on that

24   day or for that room or in general.

25        Q.   So why did she bring you a heater?

Edie Nehme
December 17, 2021

1      A.   Can you repeat the question.

2      Q.   Why did she bring you a heater?

3      A.   In a previous room, myself and other

4   students, as well as the proctor, would freeze in the

5   room and the AC was -- you could not change the

6   temperature, and just on behalf of everyone who was

7   there, I just mentioned it in passing to Marietere

8   that that room is usually cold.  But she brought a

9   heater, Marietere, to this exam in case it is cold.

10     Q.   So here is what I'm asking.  If in that case

11  your request was because it was cold at some point and

12  they brought you a heater, don't you think that if you

13  would have said that it was loud outside, you would

14  have been accommodated based on the actions of

15  Maritere Williams?

16          MR. HANNAH:  Object to the form.

17          THE WITNESS:  I never requested a heater.

18  BY MS. WYDLER:

19     Q.   On the day of the Psychiatry exam.

20     A.   On any day.

21     Q.   Well, then, even if there wasn't a specific

22  request, the fact that there is an FIU employee who is

23  willing to bring a heater to make the accommodations

24  better for testing purposes, don't you think if you

25  would have said something on that day, that they would

Edie Nehme
December 17, 2021

1   have tried to accommodate you?

2          MR. HANNAH:  Object to the form.  It

3       calls for speculation, what they would have

4       done if he had said something.

5          You can answer if you understand the

6       question.

7          THE WITNESS:  Can you -- I do not

8       understand the question.  Can you say it in a

9       different way?

10  BY MS. WYDLER:

11      Q.   What stopped you from saying something about

12  six hours worth of people constantly being loud

13  outside of your testing room?

14      A.   I was trying my best to focus on the exam

15  once it had begun.  I did not know you can stop an

16  exam or request a room change or have any ability to

17  do anything regarding that -- regarding the rooms.

18      Q.   What did the noise do to you during the exam?

19      A.   Make you lose -- make me lose focus.  It was

20  very distracting.  Even with ear plugs in, you can

21  hear the people talking and yelling outside.

22      Q.   So what was the difference then between

23  failing it the first time without any distractions and

24  failing it the second time?

25      A.   Failing it the first time was due to using

Edie Nehme
December 17, 2021

1    improper preparation material and the wrong books to

2    study for the exam.  After I met with the course

3    director, he instructed me to use other resources

4    which I did, and I was prepared to take the exam and

5    pass it with high score but that was the reason why I

6    passed -- why I failed the first time, was because I

7    used improper material to prepare.

8        Q.   Prior to the second day of taking the

9    Psychiatry shelf exam, had you made a request about

10   any specific item or not even related to

11   accommodations, to an FIU staff member or

12   administrator and it not be considered?

13           MR. HANNAH:  Object to the form.  You can

14       answer.

15           THE WITNESS:  Sorry, that's a very broad

16       question and I don't know what you mean by

17       it.

18   BY MS. WYDLER:

19       Q.   I'll limit it just to accommodations then

20   because actually -- let's go to the fact when you had

21   made the request to repeat Period 2.  When you made

22   that request, didn't FIU oblige?

23       A.   I requested to do Period 2 again even though

24   I had passed most of the courses in Period 2.  They

25   did allow me to repeat Period 2 but that was on my own

Edie Nehme
December 17, 2021

1    terms.

2         Q.    And when you requested a leave of absence,

3    wasn't that granted?

4         A.    Yes.  I was suffering from a medical problem.

5         Q.    Now, with respect to when you went to take

6    any specific test prior to the second Psychiatry shelf

7    exam, whenever you made any particular kind of

8    request, had you ever been denied a request?

9         A.    Again, can you be more specific?

10        Q.    If you asked to go to the bathroom while

11   you're taking a test, did anybody say no, you can't

12   go, other than what the policy is which is you have to

13   wait the first 60 minutes of testing before you are

14   able to go to the bathroom?

15            MR. HANNAH:  Object to the form.  You can

16        answer.

17            THE WITNESS:  I do not recall making a

18        request that was denied during exams.

19   BY MS. WYDLER:

20        Q.    So if you asked for ear plugs at any exam

21   prior to the Psychiatry shelf exam on March 2nd of

22   2020, that had never been denied; correct?

23        A.    Ear plugs are automatically provided to

24   everyone.  We don't have to request that.

25        Q.    And they're automatically provided in order

Edie Nehme
December 17, 2021

1   to minimize distraction during the test setting;

2   correct?

3        A.    That is correct.

4        Q.    What was your basis to believe that if you

5   had made the request to either change rooms, suspend

6   the test, ask the proctor to tell the others to lower

7   their voices, that it may or may not have been

8   something that was permissible for you to ask for?

9        A.    Could you rephrase that question.

10       Q.    Why did you think that you couldn't ask for

11   those specific things that you mentioned?

12       A.    I had no prior knowledge that I could have.

13       Q.    So once you finished the exam, what happened

14   next in finding out that you had failed it?

15       A.    In terms of what do you mean?

16       Q.    How did you find out that you failed the

17   exam?

18       A.    I received an email from I believe it was Dr.

19   Bonnin saying that I failed it.

20       Q.    Did you receive a similar email after you

21   failed it the first time?

22       A.    Yes.

23       Q.    Then what happened after you realized you had

24   failed the exam in terms of any adverse academic

25   action?

Edie Nehme
December 17, 2021

1    A.    After I realized I had failed it, to the best

2    of my recollection, I met with Dean Havas and I met

3    with the -- or I was in contact via email with the

4    Period 4 director and I was told that the next step

5    would be to have me retake the clerkship at the

6    beginning of fourth year and then continue my fourth

7    year, and that's what was agreed upon prior to that

8    MSEPC meeting.

9    Q.    What's the name of the Period 4 director?

10   A.    I cannot remember at this time.

11   Q.    After you -- I'm going to jump back a second.

12         After you finished the exam with Miss

13   Lachica, after the exam was over, did you make any

14   comment about how loud or noisy it was outside?

15   A.    I do not remember.

16   Q.    When you spoke with Dean Havas after you

17   learned that you failed the exam, did you mention to

18   her that you did not receive a minimally distractive

19   room?

20   A.    I do not recall mentioning it at this time.

21   Q.    Did you know that after you failed any exam

22   that you could be -- that would trigger an MSEPC

23   hearing?

24   A.    If I had failed any course.

25   Q.    You don't --

Edie Nehme
December 17, 2021

```
1        A.   Go ahead.

2        Q.   No, no.  Go ahead.  Finish.

3        A.   No, just what I had said.

4        Q.   So you don't remember from the notice of the

5   second MSEPC that it didn't specifically specify the

6   failure of a course?

7        A.   At that time I did not remember.

8        Q.   But as you sit here today, after reviewing

9   the student handbook and after having reviewed the

10  exhibits today related to the MSEPC findings the first

11  time and the second time, isn't it true that you could

12  face dismissal with poor academic performance

13  regardless of whether it is a failure of a course?

14            MR. HANNAH:  Object to the form.

15            THE WITNESS:  Can you repeat the

16       question, please.

17            MS. WYDLER:  Madam Court Reporter,

18       please.

19            (The segment of the record referred to was

20  thereupon read by the reporter as above recorded.)

21            THE WITNESS:  Yes, that was a possible

22       outcome that I was told initially was not

23       going to happen and that I would be retaking

24       the psychiatry clerkship.

25  BY MS. WYDLER:
```

Edie Nehme
December 17, 2021

1     Q.   So to the best of your knowledge, what

2  happened that you ended up going to the MSEPC?

3     A.   I cannot tell you what other people's motive

4  is or what they -- or the reason they called me in

5  front of MSEPC besides failing to retake the

6  Psychiatry shelf.

7     Q.   You agree with me, though, that based on

8  academic policy and your academic probation, the

9  findings in the prior MSEPC hearing, another MSEPC

10  hearing could be triggered; right?

11     A.   Another MSEPC hearing, yes, could be

12  triggered.

13     Q.   So the MSEPC hearing that occurred in 2020

14  after the failure of the shelf exam is consistent with

15  academic policy?

16          MR. HANNAH:   Object to the form.

17          THE WITNESS:   Yes, to the best of my

18      knowledge.

19  BY MS. WYDLER:

20     Q.   So two days after you took the exam, do you

21  recall receiving this hearing letter?  And I'll scroll

22  through it.  It's a 2-page document, and I'll go back

23  to the top.

24          THE COURT REPORTER:   Are you saying

25      anything, Lourdes?

Edie Nehme
December 17, 2021

```
1          MS. WYDLER:  No, I'm waiting for a
2      response from the plaintiff.
3          THE COURT REPORTER:  I wasn't sure.  I
4      just wanted to make sure I wasn't having any
5      audio issues.
6          MR. HANNAH:  I didn't hear a question.  I
7      don't think your question picked up on the
8      mike.
9          MS. WYDLER:  I didn't want to say
10     anything because there was a delay, because
11     last time --
12         MR. HANNAH:  I haven't heard a question
13     either.
14  BY MS. WYDLER:
15     Q.   The question was, when I posted it up on the
16  screen, so two days after the Psychiatry exam, did you
17  receive this notice letter of the MSEPC?
18     A.   Yes, I did.
19     Q.   And what did you do in preparation for your
20  MSEPC hearing?
21     A.   This hearing was on March 9th and I had sent
22  an email requesting if it's possible for it to be
23  delayed because I was in my -- I was in a rotation and
24  the date interfered with other duties I had for the
25  rotation I was in.
```

Edie Nehme
December 17, 2021

1     Q.   How did you know that you could ask for a

2  delay in the MSEPC hearing if you had not done that

3  before?

4     A.   I had never asked for a delay in MSEPC

5  hearing, to the best of my recollection.  I asked Dr.

6  Desmarais if that's something possible and she

7  instructed me to email Dean Jones, which I did.

8     Q.   So even though you hadn't done something like

9  that before, you made the request and was it granted,

10  the delay of the hearing?

11     A.   I consulted with someone who works at FIU to

12  see if that's a possibility and then I requested for

13  the delay.

14     Q.   And it was granted; correct?

15     A.   Yes.

16     Q.   And in this notice letter, you see where it

17  says the possible sanctions that may be taken by the

18  MSEPC are set forth in the HWCOM medical student

19  handbook MSEPC recommendations; right?

20     A.   Yes.

21     Q.   And at that time, prior to the MSEPC hearing,

22  were you aware that the possible action taken could

23  have been dismissal?

24     A.   Based on the handbook, I knew that was a

25  possibility but not based on my conversation with the

Edie Nehme
December 17, 2021

1   deans.

2        Q.   When did you have the conversation with the

3   deans?

4        A.   I do not recall the exact dates but that's

5   how we reached the decision that I would retake the

6   Psychiatry rotation the beginning of fourth year.

7        Q.   When you received the notice as is part of

8   the policy, you're advised of the MSEPC members that

9   are to attend.  Do you see that on the second page of

10  what we will be marking as Exhibit Number 4?

11       A.   This is -- this looks like the list of the

12  members for the initial date that was sent.

13       Q.   What's the difference in the members on the

14  second date?

15       A.   I do not have the list in front of me right

16  now and I cannot tell you what the difference is.

17       Q.   So who from that list did not appear at your

18  MSEPC hearing?

19       A.   Dr. Roldan was not at the hearing and she's

20  supposed to be the chair.  At the hearing, Helen

21  Tempest was the chair of the meeting and I was not

22  informed about a change in the members at any point

23  until the meeting had begun.

24       Q.   Do you know what the handbook says in terms

25  of a change in the MSEPC members and what is available

Edie Nehme
December 17, 2021

1    to you to contest a member on the panel?

2         A.    I believe I do.

3         Q.    What is that?

4         A.    That I can request -- that I would be

5    informed in a change of the chair prior to the meeting

6    which FIU failed to do, and I am -- I believe I have

7    the option to request that a member be excused from

8    the meeting.

9         Q.    So are you aware of the policy in the

10   handbook that discusses when there is a change at the

11   MSEPC hearing and what is the option available to you?

12        A.    At this time, I cannot answer that question

13   one hundred percent unless you have the document in

14   front of you.

15        Q.    My question is, do you know or did you know

16   back in 2020 that you had an option to contest a

17   change at the time of the hearing when Helen Tempest

18   became the chair on the day of the meeting based on

19   what the handbook says?

20        A.    I did not know that at the time.

21        Q.    That's going to be Number 4.

22              I'm just going to scroll through the document

23   so you get a general idea of what it is and then I'll

24   ask you specific questions about it.

25              Have you seen this document before?

Edie Nehme
December 17, 2021

```
 1       A.   Yes, I have.

 2       Q.   What is it?

 3       A.   The MSEPC meeting.

 4       Q.   And the first two letters, like the other two

 5   MSEPC, the first two pages like the other -- well,

 6   this is only one page.  Strike that.

 7            The first page is the cover page for the

 8   memorandum; correct?

 9       A.   It's one page.

10       Q.   And page 2, do you see that?

11       A.   Yes.

12       Q.   I'm going to go to page 2.  Page 2 is a

13   memorandum from the MSEPC hearing and it's multiple

14   pages.

15            So the day of the hearing, what day was that

16   on, was that held on?

17       A.   On April 9th.

18       Q.   Tell me what happened at the hearing.

19       A.   At the hearing, I was asked about what I had

20   done differently to prepare for my Psychiatry exam

21   which I provided an answer to, and then after that I

22   was being asked questions unrelated to the initial

23   reason I was being called into MSEPC.

24            I was -- the professionalism report that was

25   written by the chair of that meeting was brought up as
```

Edie Nehme
December 17, 2021

1    a part of my medical journey at that time and any

2    answer that I would provide to whatever question I was

3    being asked which had nothing to do with the

4    Psychiatry shelf retake, I could see Helen Tempest's

5    face, like she did not approve of anything, and no

6    matter what I said, there was -- like a decision had

7    already been made prior to me even starting the MSEPC

8    meeting.  It was like a kangaroo court.  The verdict

9    was decided before I was even heard that day.

10        Q.    You were heard though; right?

11        A.    Not regarding my Psychiatry shelf retake.

12        Q.    Didn't you tell them that there was a fire

13    the day of the exam?

14        A.    Yes, I did.

15        Q.    So you were able to explain to them why you

16    scored poorly the day of the exam; right?

17        A.    I didn't get a chance to explain all the

18    circumstances with the -- even the room that I was in,

19    how it affected my performance because once a couple

20    questions were asked about the exam, they kept

21    bringing up stuff that happened during first year or

22    second year that were irrelevant to the meeting.

23        Q.    Well, you thought that they were irrelevant

24    but didn't you already attend a second MSEPC hearing

25    where they brought up instances related to your Period

Edie Nehme
December 17, 2021

1    1 failure?

2        A.   Sorry, the second MSEPC meeting was called

3    because of the system-based and the

4    professionalism--the incorrect false professionalism

5    report.

6        Q.   But if you remember, from the exhibit that we

7    previously marked as Exhibit Number 3 which was the

8    second MSEPC hearing memo, it reiterated the fact that

9    you had failed GMC and had to retake that course with

10   another class.

11           So my question is, aren't you then familiar

12   with the process that everything, your entire academic

13   career is going to be analyzed at each MSEPC hearing?

14       A.   This might be what is on the document;

15   however, during the meeting, the second MSEPC meeting,

16   they did not focus on what happened during GMC.  It

17   was mainly to focus on me coming back.  So this is for

18   the -- they include this in the document for the

19   purpose of just -- for documentation purposes, stating

20   that -- stating what happened in prior meetings.

21       Q.   Now, you said it wasn't mainly what was the

22   focus but it was something that was brought up during

23   the second MSEPC hearing; correct?

24       A.   I do not recall that at this time.

25       Q.   So let's go over what the memorandum says

Edie Nehme
December 17, 2021

1   here.  You acknowledge that you were on academic

2   probation at the time you took the Psychiatry shelf

3   exam; correct?

4        A.   Yes.

5        Q.   And you were also on probation when you took

6   it the second time?

7        A.   Yes.

8        Q.   It says here, Mr. Nehme stated that he

9   understood he was appearing before the MSEPC because

10  he did not pass the Psychiatry clerkship.  Is that

11  true?

12       A.   Yes.

13       Q.   Mr. Nehme stated that he prepared very well

14  prior to taking the Psychiatry clerkship remediation.

15  Is that consistent with you studying from the correct

16  materials the second time around?

17       A.   Yes.

18       Q.   And then it says here, however, the day of

19  the Psychiatry shelf exam retake, his neighbor's

20  apartment caught on fire and he waited at the

21  apartment complex unsure if his apartment would be

22  next.

23            Did you tell the MSEPC committee about the

24  fire instance?

25       A.   Yes, I did.

Edie Nehme
December 17, 2021

1      Q.   Now, it says here that you waited at the

2  apartment complex.  So that happened the morning

3  before going in to school to take the exam?

4      A.   Yes.

5      Q.   And what neighbor's apartment almost caught

6  on fire or did catch on fire?

7      A.   I do not recall the apartment number.  It was

8  the one right next to mine.  It could have been 206 or

9  208.

10      Q.   Do you know how long the firemen were there

11  at your apartment complex?

12      A.   I cannot give you an exact time frame for

13  when the fire department was there.

14      Q.   Do you know who called for the fire?

15      A.   I do not know.

16      Q.   How do you know there was a fire in the

17  apartment nearby?

18      A.   Because I saw it.

19      Q.   You saw the flames?

20      A.   Yes.

21      Q.   Do you know how long it took the firemen to

22  resolve the fire, meaning extinguish it?

23      A.   I do not recall but -- yeah, I do not recall

24  exactly how long it took.  It's been awhile.

25      Q.   If I told you that the firemen had responded

Edie Nehme
December 17, 2021

```
 1   to the call and left Century building within less than

 2   an hour, is that consistent with what you remember?

 3        A.   That, more or less, yes, because I was

 4   standing outside the apartment complex.

 5        Q.   How did you find out about the fire?

 6        A.   The fire alarm went off in the whole building

 7   and I stepped outside, saw the flames.

 8        Q.   And according to this document, you explained

 9   to the committee that you were still able to get to

10   the exam on time; is that correct?

11        A.   Yes.  I barely made it on time.

12        Q.   And you gave this as a reason that the

13   stress -- I'll read what it actually says.

14             Mr. Nehme stated that the fire did stress him

15   out and that it affected his performance.  Do you see

16   that there?

17        A.   Yes.

18        Q.   Next, it says that the committee commented

19   that Mr. Nehme showed a poor pattern of performance in

20   his clerkship shelf exams.  Did that happen?

21        A.   What do you mean by that?

22        Q.   Well, was there a commentary about the other

23   shelf exams that you had failed within the weeks

24   preceding the Psychiatry exam?

25        A.   There were no comments about a pattern of
```

Edie Nehme
December 17, 2021

1  poor performance.  I was allowed to retake the shelf

2  exams mentioned previously and passed them and nothing

3  was mentioned about them again.

4      Q.   The committee stated that Mr. Nehme had to

5  take the Family Medicine, Surgery and Neurology shelf

6  exam twice and that he scored low on the Obstetrics &

7  Gynecology shelf exam; is that true?

8      A.   That's true.

9      Q.   And then that's when you explained that

10  during the Surgery shelf exam you had received a call

11  that your dad had been rushed to the hospital and that

12  that affected your performance; right?

13      A.   Yes.

14      Q.   So you were given an opportunity, not only to

15  explain the Psychiatry shelf exam but now the other

16  shelf exam that you had failed; right?

17      A.   Yes.

18      Q.   Next, it says Mr. Nehme stated that he

19  acknowledges his weak points.  What were the weak

20  points that you acknowledged at the hearing?

21      A.   That is a very broad statement that

22  was--there was no elaboration on it from the MSEPC.  I

23  was asked regarding the Psychiatry shelf exam if I had

24  any weak points.

25      Q.   And so let's turn the page.

Edie Nehme
December 17, 2021

1              It says here when asked why he did not

2     request an excused absence for the Psychiatry shelf

3     exam remediation as he had previously for exams prior

4     to entering into Period 3, Mr. Nehme stated that he

5     was not aware that he could request an excused absence

6     for shelf exams.

7              So is that what you told the committee?

8        A.   That is a -- an inaccurate statement of what

9     I said during the meeting.

10       Q.   Why didn't you request an excused absence?

11       A.   During the second MSEPC meeting, I was told

12    that when I come back to redo second year, from that

13    point on I cannot request an excused absence on exam

14    days due to having requested excused absences in the

15    past.  So I was told you cannot do that from now on.

16       Q.   So as a result of a fire in your apartment

17    complex, you didn't think that you could ask for an

18    excused absence as a result of what happened in the

19    second MSEPC hearing?

20       A.   Can you rephrase that, please.

21       Q.   You didn't ask for an excused absence for a

22    fire in your building the same day as your test

23    because of what happened in the second MSEPC hearing?

24       A.   That is correct.

25       Q.   But you had taken or requested excused

Edie Nehme
December 17, 2021

1  absences after you began to repeat Period 2; right?

2      A.   But not for exam dates.

3      Q.   So prior to the Psychiatry shelf exam, from

4  the beginning of 2020 to March, you had gotten three

5  excused absence requests.  You missed in January and

6  in February.  Does that sound right?

7      A.   I cannot recall at this time.

8      Q.   And in all of 2019, you had made a request

9  for an excused absence approximately eleven times.

10  Does that ring a bell?

11      A.   I cannot recall at this time.

12      Q.   And in 2018 when you resumed Period 2, do you

13  remember requesting three excused absences?

14      A.   I cannot recall at this time.

15      Q.   When you were asked in hindsight -- it says

16  here Mr. Nehme was asked in hindsight what would he

17  have done differently and he stated that he would not

18  have changed anything.  Do you remember saying that?

19      A.   I believe this question was asked in regard

20  to the Psychiatry shelf preparation and if I recall

21  correctly, that's what my answer was to that question.

22      Q.   And it was in regards specifically to the

23  Psychiatry shelf exam; correct?

24      A.   I'm sorry, I didn't hear you.

25      Q.   This specific response that you would not

Edie Nehme
December 17, 2021

1    have changed anything was to the Psychiatry shelf

2    exam?

3         A.    Yes.

4         Q.    And so there were various opportunities or

5    moments during the MSEPC hearing where the Psychiatry

6    shelf exam was specifically addressed?  You'd agree

7    with that based on the review of this memorandum?

8         A.    Based on this memorandum which is incomplete

9    and does not show the whole MSEPC meeting, the

10   Psychiatry shelf exam was addressed, yes.

11        Q.    And it was addressed multiple times during

12   the hearing; right?

13        A.    It has been awhile since that hearing

14   occurred but there were a few questions about the

15   Psychiatry shelf exam.

16        Q.    And in none of your responses given to the

17   committee did you mention that you were not in a

18   minimally distractive room; right?

19        A.    At the time I did not mention it but in -- to

20   be honest, I had forgotten even to mention it at the

21   time.  I should have done that but based on who the

22   chair was and the way the meeting had happened, I had

23   forgotten to mention the minimal distraction room.

24        Q.    And so you forgot to tell them that for six

25   hours people were constantly walking by or talking and

1    that that distracted you and affected your performance

2    on the day of that exam?

3         A.    I did not mention that.

4         Q.    But you forgot that part; right?

5         A.    The day before, I believe, or two days before

6    there was supposed to be a preparatory meeting for the

7    MSEPC hearing with Dean Jones and with Dean Havas and

8    based on conversations we've had before in person --

9    again, the deal was to retake the Psychiatry clerkship

10   at the beginning of fourth year.  However, during that

11   preparatory meeting when Dean Jones was trying to

12   prepare me for the meeting, Dean Havas kept on saying

13   be ready to be dismissed, dismissal is -- she kept

14   scaring me about being dismissed like she knew what

15   the decision was going to be even before I got to the

16   meeting, and that was something that wasn't mentioned

17   to me prior to that.

18        So I walked into the meeting already thinking

19   about what Dean Havas said, why would they dismiss me

20   if they agreed to let me take Psychiatry clerkship

21   again, and once the meeting begun and it was led by

22   Helen Tempest, even if I had remembered to mention the

23   minimum distraction room, I don't think anything would

24   have come out of it.

25        Q.    Just to be clear, you remembered about the

Edie Nehme
December 17, 2021

1    neighbor's fire on the day of the exam and to mention

2    that as the reason for it affecting your performance

3    but you forgot to mention that you were distracted for

4    approximately six hours during your entire exam

5    because students were walking by the room where you

6    were taking the test.  Is that your testimony?

7        A.   Yes.

8        Q.   When you received the recommended findings,

9    did you understand that the basis for the dismissal

10   was on academic performance continuing to be of grave

11   concern?

12       A.   That was the decision of MSEPC.

13       Q.   Let's look at number 1.  It says Mr. Nehme's

14   academic performance continues to be of grave concern,

15   period.  He has failed Genes, Molecules and Cells,

16   Cardiovascular and Respiratory Systems and failed the

17   remediation.  He has failed Systems-based Practice,

18   and failed the Psychiatry clerkship.  In addition, he

19   has shown poor performances in multiple clerkship

20   shelf exams.

21            So would you agree with me that the committee

22   reviewed your academic performance as a whole

23   throughout your four years at FIU?

24       A.   I do not agree with that.

25       Q.   Is that what that says there in terms of

Edie Nehme
December 17, 2021

1   their findings?

2       A.   This was not a full review of my academic

3   performance at FIU and that decision is made on

4   partial and selective information that was not

5   mentioned in the meeting or that was in the meeting

6   but they left out other information that is part of my

7   academic performance.

8       Q.   What was left out in terms of their findings?

9       A.   My academic performance also includes reviews

10  from the doctors, from the attendings, from

11  professors, and it also includes -- they mention

12  here -- they mentioned in the meeting the

13  professionalism report; however, they failed to

14  include that I received a commendation letter, and

15  that commendation letter was never entered into the

16  documents to be reviewed as a part of my performance

17  overall, and none of the reviews from the attendings

18  which speak about my professionalism and my knowledge

19  in medicine were never in question while making this

20  decision.

21      Q.   When you received the notice of the MSEPC

22  hearing and you reviewed what occurred -- the review

23  prior to the MSEPC hearing, didn't you have an

24  opportunity to review what the committee would review

25  at the hearing?

Edie Nehme
December 17, 2021

1      A.    I'm sorry, can you say the question again.

2      Q.    Consistent with the handbook, did you have an

3  opportunity prior to the MSEPC hearing to review the

4  documents that would be reviewed as part of the packet

5  for the committee?

6      A.    I had part of the handbook.  I had the option

7  to review the documents.  However, this was not a

8  regular meeting.  It was during COVID and it was done

9  on Zoom, and I wasn't fully sure what the procedures

10 were.

11     Q.    But you had the option to review the

12 documents and request them and look at them before the

13 hearing but you did not do so; right?

14     A.    I did not request documents before the

15 meeting.

16     Q.    And you did not submit documents before the

17 MSEPC hearing that you would have wanted the committee

18 to review; correct?

19     A.    Correct.

20     Q.    So those evaluations and the commendation

21 letter and whatever other stellar marks or commentary

22 you may have gotten from professors or clinicians,

23 you, nor the review committee, had that in front of

24 them?

25     A.    That's incorrect.

Edie Nehme
December 17, 2021

1    Q.    You had it in front of you?

2    A.    I had it, and they had it as well.

3    Q.    So you know then that they had -- you

4    reviewed the packet that they had then?

5    A.    I did not review the packet but I know they

6    have the commendation letter.

7    Q.    So you don't know the packet that they had

8    included the specific documents that they reviewed for

9    the April 9th MSEPC hearing?

10   A.    No, I did not have access to that packet.

11   Q.    Because that's the packet you didn't -- that

12   you opted not to review prior to the hearing?

13   A.    That's correct.

14   Q.    So the second finding within the MSEPC says

15   there is a pattern of repeated academic failure

16   despite mitigating circumstances.

17        So in the document, you would agree with me

18   that the committee at least acknowledged that there

19   were mitigating circumstances for you like the fire

20   and when your dad -- and when you had received the

21   call about your dad; right?

22   A.    Regarding my dad, I failed the first shelf

23   but passed the second one.

24   Q.    My question though, Mr. Nehme is that the

25   committee acknowledged that you provided during the

Edie Nehme
December 17, 2021

```
 1   hearing mitigating circumstances like the fire that
 2   affected your performance or the phone call right
 3   before the test that you actually failed.
 4        A.   If there were no mitigating -- if there were
 5   no circumstances that occurred, I would have passed
 6   those exams.
 7        Q.   Then why did you fail Neurology?
 8        A.   Once you have to retake a shelf exam, you
 9   have two weeks to prepare for it and during those two
10   weeks another rotation would have begun and
11   you're--like a student would have to keep up with the
12   new rotation and study for the remediation at the same
13   time and during that time, like there is no -- not
14   enough time for a medical student to be in a rotation
15   and study for a shelf remediation and that carried on
16   to the next rotation.
17        Q.   What was your reason for failing the Family
18   Medicine shelf exam?
19        A.   The same answer as I just gave.
20        Q.   So as a result of failing one, because you
21   had to catch up and the lack of time you just
22   continued to fail those three shelf exams?
23        A.   Yes.
24        Q.   And then your reason for failing the first
25   Psychiatry shelf exam wasn't because you were
```

Edie Nehme
December 17, 2021

1    continuing to fail but because you studied the wrong

2    thing?

3         A.    No.

4         Q.    What's the reason for failing the Psychiatry

5    shelf exam the first time?

6         A.    Oh, pardon me.  I misunderstood the question.

7               I'm sorry, I'll -- can you repeat the

8    question.

9         Q.    Sure.

10              The three exams that you failed that we just

11   talked about, Family Medicine, Neurology, and

12   Surgery -- which was the first exam that you failed?

13   Let me ask you that first, between those three?

14        A.    Surgery.

15        Q.    Why did you fail Surgery?  That was your

16   fathers's phone call?

17        A.    Correct.

18        Q.    Then you had to take what exam next?

19        A.    Family Medicine.

20        Q.    And then after Family Medicine, you took?

21        A.    I believe the next was Neurology.

22        Q.    And then the next one would have been

23   Psychiatry?

24        A.    Would have been OB/GYN.

25        Q.    And you scored low in OB/GY or passed?

Edie Nehme
December 17, 2021

1        A.    I passed the exam and that course.

2        Q.    Isn't it noted in the MSEPC that you scored

3    low in the OB/GYN?

4        A.    It is noted in the meeting.

5        Q.    So, then, when we talk about Family Medicine,

6    Surgery, Neurology, other than Surgery -- strike that.

7              When we talk about Family Medicine and

8    Neurology, the reason why you failed those was because

9    you had failed Surgery to begin with and that

10   affected, based on a lack of time, your ability to

11   pass the next shelf exam; right?

12       A.    Yes.

13       Q.    But then when it came to the first Psychiatry

14   shelf exam which you took after OB/GYN, that was

15   because you studied the wrong material?

16       A.    Yes.

17       Q.    Why did you study the wrong material?

18       A.    There's a lot of preparation material for a

19   Psychiatry shelf exam and I ended up using the wrong

20   material.  I cannot say why I used the wrong material.

21       Q.    Was that a result of getting those excused

22   absences in February and in January while you were

23   doing the Psychiatry clerkship?

24       A.    No.

25       Q.    So in terms of the recommendation, you had

Edie Nehme
December 17, 2021

```
1    the option, right, to either voluntarily withdraw or

2    be involuntarily withdraw.  Do you remember that?

3        A.   That was the recommendation, yes.

4        Q.   Did you have any discussions with any FIU

5    officials about those two options before you declared

6    a decision?

7        A.   Yes, I did.

8        Q.   Who did you talk to?

9        A.   To the best of my recollection, I spoke with

10   Dean Jones, Dean Havas who -- I believe it was Dean

11   Jones who told me about the appeals process and that

12   that was not a definitive answer and I could appeal

13   it, and I spoke with Dr. Desmarais and Dr. Heidi von

14   Harscher.

15       Q.   You were advised of the appellate process of

16   the recommendation of the April 16, 2020 letter; is

17   that correct?  It would be the first part of what

18   we've marked as Exhibit Number 5.

19       A.   Yes, it was mentioned in the letter that was

20   sent to me at the same time as Dean Jones was

21   informing me about it.

22       Q.   And so as a result of the letter and your

23   conversation with Dean Jones, you decided to take the

24   appeal; is that correct?

25       A.   That's not the only reason.  The decision
```

Edie Nehme
December 17, 2021

1  that was made I believe was unfair and it wasn't

2  because of the accommodation but because this is my

3  next option that I could do to rectify the situation.

4          MR. HANNAH:  Can we take a 5-minute break

5      or 10-minute break, or whatever, a bathroom

6      break?

7          MS. WYDLER:  All right.  I'll be here, so

8      whenever you guys get back.

9          (Thereupon, a brief recess was taken, after

10  which the following proceedings were had:)

11  BY MS. WYDLER:

12      Q.   So after you received the MSEPC findings on

13  April 16th of 2020, you decided to take an appeal;

14  correct?

15      A.   Yes.

16      Q.   What did you do to appeal the decision of the

17  committee?

18      A.   I read the handbook to see what the process

19  looks like, and I tried to the best of my ability to

20  write -- explain and write to the appellate committee

21  why I thought the decision of the MSEPC was unfair.

22      Q.   And when you read the handbook, the basis for

23  an appeal was if you had new information, right, that

24  hadn't been shared during the hearing?  That is one of

25  the basis for an appeal?

Edie Nehme
December 17, 2021

```
 1        A.    That is one of the basis, yes.

 2        Q.    And the first basis, would you agree with me,

 3  is that there was -- you would have to point out a

 4  material failure in your due process rights?

 5        A.    Yes.

 6        Q.    And then the third ground for an appeal would

 7  be the severity of the sanction being clearly

 8  excessive; is that correct?

 9        A.    That is correct.

10        Q.    So on the screen you should see a new

11  document.  I'm going to scroll through it.

12              Have you seen this document before, sir?

13              MR. HANNAH:  It's kind of hard to see it,

14        you're scrolling so fast.  Is that the first

15        page?

16              MS. WYDLER:  That's the first page.

17  BY MS. WYDLER:

18        Q.    I'll ask again, have you seen this document

19  before?

20        A.    Yes, I have.

21        Q.    Is this your signature on that page?

22        A.    Yes.

23        Q.    Did you author this document?

24        A.    Yes.

25        Q.    Is this your grounds for appeal that you
```

Elie Nehme
December 17, 2021

1  submitted to the committee?

2      A.   Yes.

3      Q.   So let's go through it.

4           The first part you indicate with the caption

5  of 1, Due Process.  Is there anything under this part

6  that indicates you were not given any accommodations

7  during your time at FIU?

8      A.   No.

9      Q.   Under New Information, in this part and I'm

10  going to scroll down because there's not much on the

11  first page so you get the full page, is there anything

12  under New Information that discusses how you did not

13  receive any accommodations while enrolled at FIU?

14      A.   No.

15      Q.   In fact, when you talk here about the recent

16  failure in the clerkships, you go through them one by

17  one; is that not true?

18      A.   That's true.

19      Q.   So at the appellate level, your explanation

20  for your performance on the Surgery shelf exam was

21  primarily due to my father's emergency medical issues

22  which occurred immediately five minutes prior to

23  walking into the exam, and that is the same thing you

24  told the MSEPC hearing; correct?

25      A.   Yes.

Edie Nehme
December 17, 2021

1      Q.   And the next clerkship you discuss is the

2   Family Medicine clerkship, and here you gave new

3   information which was, I was leaving Baptist Hospital

4   Primary Care located at 7400 Southwest 87th Avenue,

5   Suite 260, Miami, Florida 33173 on August 29, 2019, a

6   location I was assigned during this clerkship.  There

7   I was involved in a car accident where I was hit by

8   another driver.  A report was filed against him and I

9   was not at fault.  This required numerous physical

10  therapy sessions, which occurred during the Family

11  Medicine clerkship.  My confidence in this clerkship

12  was evident in my success of my remediation of the

13  Family Medicine shelf.

14          So as far as new information here, you

15  indicated to the committee that because you had a car

16  accident, that is why you did not perform well during

17  the clerkship; correct?

18      A.   This was a compounding reason, yes.

19      Q.   But here, you didn't mention that because you

20  had failed Surgery, that you didn't have enough time

21  to study for the Family Medicine first attempt shelf

22  exam?

23      A.   I did not mention it here, no.

24      Q.   Now, in regards to the Psychiatry shelf

25  remediation, I experienced a major building complex

Edie Nehme
December 17, 2021

1   station fire immediately prior to the exam.

2   Considered one of the easiest shelf exams to pass,

3   only a minority fail or have to remediate it.

4           I'm going to stop there.  If this is one of

5   the easiest exams, the reason why you failed it again

6   is because you studied the wrong information the first

7   time?

8       A.   The first time, yes.

9       Q.   Next, at the same time, my standing in the

10  class and my knowledge are reflected through my grade,

11  93.86 percent, as well as my having earned a hundred

12  percent on my OSCE, which is evidence of my competency

13  in this clerkship.  This information alone should

14  indicate the severity of the toll this event had on my

15  performance occurring immediately prior to the exam

16  remediation.  The incident shook me severely and

17  played an undeniable role in the exam outcome.

18          Do you mention here anything about the six

19  hours worth of students being noisy outside of the

20  exam room?

21      A.   No, I do not.

22      Q.   Do you mention anything here about the room

23  that was provided to you for the second attempt of the

24  Psychiatry exam not meeting minimal distraction room

25  standards?

Edie Nehme
December 17, 2021

1      A.   I do not.  I forgot to mention it in that

2   letter.

3      Q.   You forgot to mention it on your second

4   opportunity to the MSEPC appeals committee?

5      A.   Yes.

6      Q.   But you reiterated the same reason you gave

7   to the committee which was that the fire affected your

8   performance prior to the exam; right?

9      A.   Right.

10      Q.   But there's nothing in here about the actual

11   exam time, saying anything about a distraction.

12      A.   I forgot to mention it.  I had a deadline to

13   this, and I was in the middle of studying for my Step

14   1 exam and trying to write this and I completely

15   forgot to mention it this time.

16      Q.   It wasn't obvious to you at the time, at the

17   MSEPC hearing or when trying to make the decision to

18   keep you in medical school?

19      A.   Sorry, can you repeat that question?

20      Q.   It wasn't obvious to you that it would be

21   important to explain to the appeals committee that you

22   were distracted during the exam because you were not

23   given the accommodations that you were eligible for?

24      A.   I forgot to mention it to the appeals

25   committee due to the stress and facing being dismissed

Edie Nehme
December 17, 2021

 1   from med school.  I completely forgot to mention it.

 2        Q.   But you went through all of the other shelf

 3   exams and gave those explanations; right?

 4             THE COURT REPORTER:  I missed the

 5        response, I didn't hear it.

 6             MR. HANNAH:  I just said object to the

 7        form.

 8             You may answer it.  I don't think he's

 9        answered yet.

10             THE WITNESS:  In my letter of appeal to

11        the appeals committee at HWCOM, I thought

12        that I had to explain what was in their

13        decision and what they brought up in the

14        memorandum of a pattern of poor behavior, of

15        poor academic performance, and I was trying

16        to explain everything or attempt to explain

17        why that's incorrect.

18   BY MS. WYDLER:

19        Q.   And I'm going to point my cursor here to the

20   middle of the paragraph.

21             It says here, however, the main reason this

22   information is being brought forth is the timing of

23   the test which was one week prior to the Psychiatry

24   shelf remediation scheduled on March 2nd, 2020.

25             So you were -- you brought up now the random

Edie Nehme
December 17, 2021

```
 1   drug test that occurred a week prior to the Psychiatry
 2   shelf remediation second attempt in this appeals
 3   letter; right?
 4       A.   Yes.
 5       Q.   And you wrote here the timing of the exam
 6   should have been taken under consideration.  Indeed,
 7   the largely contemporaneous timing of the test and the
 8   meeting was a cause of further added and unnecessary
 9   stress, exacerbating an already challenging time
10   during the pediatrics clerkship NHELP visits, and my
11   preparation for the Psychiatry shelf remediation.
12            Do you see that there?
13       A.   Yes.
14       Q.   So you gave another explanation on why you
15   didn't perform well for the Psychiatry shelf exam but
16   it did not include the fact that you were not given
17   accommodations or that you were distracted for six
18   hours taking the test?
19       A.   Correct.
20       Q.   The next part in your appeal addresses the
21   severity of the action and it being excessive, and I
22   believe this is where you include all the additional
23   documentation that you mentioned earlier which are
24   these evaluations.  What's on the screen right now is
25   about the due process part and compiled evaluations.
```

Edie Nehme
December 17, 2021

1    You put this together; right?

2       A.   Yes.

3       Q.   So these documents were also attached to the

4    appeals letter that you wrote --

5       A.   Yes.

6       Q.   -- including the accident report to support

7    that you don't have poor academic performance with

8    respect to that shelf -- to that particular clerkship

9    in Family Medicine?

10      A.   Can you go back to the document, please.

11      Q.   This is the -- this particular page is the

12   911 call for the day of the Psychiatry exam for the

13   fire.

14      A.   Yes.

15      Q.   So you went and you included that in this

16   appeals letter; right?

17      A.   Yes.

18      Q.   And so when we look at your effort to appeal

19   the decision to dismiss you from the medical school

20   and compiling all of these exhibits from various

21   sources, along with the letter that you wrote

22   addressing the grounds for the appeal, nowhere in

23   there is anything related to the accommodations that

24   you received at FIU?

25      A.   No.

Edie Nehme
December 17, 2021

```
 1      Q.   Let's mark it as Exibit 6.

 2           I'm showing you a new document on the screen.

 3   I'm going to scroll through it quickly and then we'll

 4   go through specifics.

 5           This letter is addressed to you, Mr. Nehme.

 6   Have you seen it before?

 7      A.   Yes.

 8      Q.   What is this letter?

 9      A.   It is titled Appeals Committee

10   Recommendation.

11      Q.   And what did the appeals committee recommend

12   in relation to the appeal that you filed?

13      A.   It's on the screen.

14      Q.   Did you know at the time that the appeals

15   committee recommends adopting the April 9, 2020

16   recommendation of the MSEPC?

17      A.   Yes.

18      Q.   And that you should be given the opportunity

19   to withdraw or to be involuntarily withdrawn at that

20   time?

21      A.   Yes, and that also gives the option to appeal

22   to the provost.

23      Q.   And what did you end up doing at that time?

24      A.   This was a -- I'm trying to recall the events

25   of that time.  It was a horrific period of time in my
```

Edie Nehme
December 17, 2021

1   life, getting a decision that the past four years I

2   dedicated in med school and the ten years prior to

3   that trying to get into med school was just ended with

4   a paper informing me that I was -- I was very anxious,

5   I was depressed, I didn't know what to do, and I

6   didn't know how to proceed until I found an education

7   lawyer who helped me write that appeal to the provost.

8       Q.   So you sought counsel prior to appealing to

9   the provost?

10      A.   I had five business days, yes.

11      Q.   What was the name of your attorney?

12      A.   I cannot recall his name right now.

13      Q.   Bear with me.  I apologize.  Let's go off the

14  record.  I cannot find my next exhibit.

15           (Thereupon, a recess was taken, after which

16  the following proceedings were had:)

17           MS. WYDLER:  Back on.

18           Let me just say for the record that the

19       May 8, 2020 letter is going to be marked as

20       Exhibit 7.

21  BY MS. WYDLER:

22      Q.   The letter that we were just looking at as an

23  exhibit, was that the appeals letter that you wrote to

24  the appeal committee and then reused it to the

25  provost, for the provost appeal?

Edie Nehme
December 17, 2021

```
 1      A.   They were two different letters.

 2      Q.   The letter that was sent to the provost, was

 3   that signed by you?

 4      A.   Yes.

 5           MS. WYDLER:  I'm sorry, I'm going to have

 6        to take just a 2-minute break to pull it up.

 7        If you guys want to step away from the

 8        computer, that's fine.  I'm just trying to

 9        find that exhibit.  Thank you.

10           (Thereupon, a recess was taken, after which

11   the following proceedings were had:)

12           MS. WYDLER:  We'll go on the record.

13   BY MS. WYDLER:

14      Q.   I'll get back to the appeals letter.

15           Was it a letter or was it an email that you

16   sent to the provost?

17      A.   It was a PDF that was emailed to the provost,

18   to Dr. Bejar.

19      Q.   And what did the letter to Dr. Bejar say, to

20   the best of your recollection.

21           MR. HANNAH:  Object to the form.

22           THE WITNESS:  It is a long letter and I

23        cannot tell you off the top of my head what

24        the letter included but I did mention in it

25        that there was a failure to provide the
```

Edie Nehme
December 17, 2021

1    proper accommodations.

2  BY MS. WYDLER:

3    Q.   Is that why the determination of the provost

4  was halted and sent over to the IDEA office?

5    A.   Once I had the help of an attorney who helped

6  me focus and I remember to mention the failure of

7  accommodations, I wasn't sure if the provost or Dr.

8  Bejar was going to take my letter and read it and

9  actually give it some attention and I reached out to

10 the ombudsman of FIU who referred me to Valerie Hall

11 and I was instructed to a report to IDEA to properly

12 investigate my claims.

13   Q.   So in addition to the letter that you sent to

14 the provost, you filed an internal complaint with IDEA

15 related to your claim of discrimination; correct?

16   A.   Correct.

17   Q.   Do you see where says Complainant

18 Information?

19   A.   Yes.

20   Q.   Did you fill out this form?

21   A.   Yes, I did.

22   Q.   Was this a form that you filled out online or

23 at the IDEA office?

24   A.   Okay, during the time of the MSEPC meeting,

25 we were in full lock-down from COVID and the school

Edie Nehme
December 17, 2021

1    was closed and the only way I could communicate with

2    anyone was online, so this was submitted online.

3        Q.   It says here basis of discrimination,

4    disability and retaliation.  Do you see that there?

5        A.   Yes.

6        Q.   The date of this complaint is May 18, 2020.

7    Is that accurate?

8        A.   Yes.

9        Q.   It says here the date of discriminatory

10   action being February 24, 2020.  Do you see that?

11       A.   Yes.

12       Q.   So let's walk through this complaint form for

13   discrimination that you provided to FIU.

14           As a matter of background, do you know what

15   the IDEA office is?

16       A.   I do not recall what the acronym stands for

17   but it is the Title IX office I believe, if I'm

18   correct.

19       Q.   The acronym is the Office of Inclusion,

20   Diversity, Equality and Access.  Do you know what

21   their charge is within the university?

22       A.   I'm unable to answer that question at this

23   time.

24       Q.   Are you aware if that would be the

25   appropriate office designated within the university to

Edie Nehme
December 17, 2021

1    investigate charges of discrimination?

2         A.   This is the office I was referred to from the

3    ombudsman of FIU and who put me in contact with Miss

4    Valerie Hall who instructed me that if I want to file

5    an official complaint, this would be the place to do

6    it.

7         Q.   So in terms of what you wrote here -- let's

8    go through this.

9              On February 24, 2020, Dean Havas directed me

10   via phone voicemail at 10:28 and an email invitation

11   at 12:31 p.m. to meet with her at 2 p.m. the same day,

12   period.  The voicemail does not indicate why she

13   wanted to meet and neither does the email invitation

14   apart from the vague subject line, Check-in Meeting.

15             Is that accurate, what you wrote there?

16        A.   Yes.

17        Q.   This occurred while I was on my pediatrics

18   rotation in the middle of taking care of patients.

19   Dean Havas was fully aware of where I was.  In her

20   voicemail to me, Dean Havas states she had contacted

21   my pediatric clerkship directors regarding the

22   check-in meeting.  The required meeting caused me not

23   to attend a mandatory lecture, period.

24             Does that accurately reflect what you wrote

25   that day?

Edie Nehme
December 17, 2021

1    A.    Yes.

2    Q.    The mandatory check-in meeting culminated

3   with what I was informed was a, quote, random,  end

4   quote, drug test.  To my knowledge, I am the only one

5   in my clerkship to participate in a random drug test,

6   period.  Dean Havas tells me that she scheduled me for

7   a random drug test at the FIU student health clinic

8   without my knowledge.

9          Does that accurately reflect what you wrote

10  that day?

11   A.    Yes.

12   Q.    Dean Havas knew I was dealing with numerous

13  stressors at that time, studying for a remediation

14  shelf exam for Psychiatry clerkship and that I receive

15  testing accommodations for my disability, period.

16          Does that accurately reflect what you wrote?

17   A.    Yes.

18   Q.    So what did you mean by studying for a

19  remediation shelf exam for Psychiatry clerkship and

20  that I receive testing accommodations for my

21  disability?

22   A.    I was stating facts, that she knows I'm

23  registered to receive accommodations for a disability,

24  for my disability, and she knew at the time that I

25  also was studying to remediate the Psychiatry shelf

Edie Nehme
December 17, 2021

1   exam.

2        Q.    So if I understand what you're trying to

3   express there is what you know to be Dean Havas's

4   knowledge which is that you were studying for the

5   remediation shelf exam and that she also knows that

6   you were a disability student; correct?

7        A.    Correct.

8        Q.    The reason for this random drug test was

9   never stated or clarified.  She never disclosed to me

10  her systematic assessment which she thought was

11  deserving of me having to do this test.  In addition,

12  she stated that if I refuse to take the test, I can be

13  kicked out.  Being forced to take this drug test in

14  turn forced me to disclose the medicine I take for my

15  illness, information that I would have rather kept

16  private.  Instead of helping me as it is her duty

17  being part of the student services, Dean Havas

18  distracted me from my clerkship and the time I was

19  supposed to be focusing on my remediation exam, as

20  well as accused me of being on drugs.  I was coerced

21  and forced to take the random drug test with fear of

22  retaliation and threat of dismissal.  This was

23  harassment resulting in a hostile environment.

24            Does that accurately reflect what you marked

25  on that complaint form online that day?

Edie Nehme
December 17, 2021

1        A.    That's what I wrote.

2        Q.    Okay.  And then it goes into a paragraph

3    about what the handbook says related to drug testing.

4    Does that paragraph accurately reflect what you wrote

5    that day?

6        A.    You can read it if you want but yes.

7        Q.    And then it also mentions something else

8    about the handbook related to findings on the drug

9    test; correct?

10       A.    Yes.  I was indicating that Nancy Havas was

11   acting outside of her -- of what she's allowed to do.

12   That's what I said there.

13       Q.    Next paragraph, on March 4, 2020 Dean Havas

14   left me a voicemail that the results of the drug test

15   were back and they did not find anything they did not

16   expect.  As per student handbook, the executive

17   associate dean of student affairs is tasked with

18   discussing results of drug tests with student which

19   was not the protocol that Dean Havas followed.  To my

20   knowledge, I have not given authorization to discuss

21   results over the phone due to other family members

22   having access to the phone and voicemail system.  Thus

23   Dean Havas did not follow due process in regard to my

24   results.  Most importantly, I was not provided with a

25   copy of my results.

Edie Nehme
December 17, 2021

1          Does that accurately reflect what you put on

2     the complaint form that day?

3          A.   Yes.

4          Q.   There has been a recurrent pattern of

5     behavior from Dean Havas which I believe is an abuse

6     of power to target students with disabilities.  I was

7     treated unfairly and inappropriately pulled out of the

8     hospital in the middle of taking care of patients in

9     my pediatric clerkship.  I feel humiliated and

10    embarrassed in front of my peers and faculty.  This

11    student mistreatment has caused the adverse event of

12    failing my Psychiatry shelf exam remediation and

13    subsequently being called in front of the MSEPC who

14    recommended an adverse dismissal.  My disability has

15    not limited my ability to perform but has made me a

16    target for Dean Havas's student mistreatment.

17         Does that accurately reflect what you

18    inputted into the complaint form on that day?

19         A.   Yes.

20         Q.   So in this final paragraph or in the last two

21    paragraphs of your complaint to the Office of IDEA

22    that's charged with investigating discrimination, the

23    reason for your complaint of discrimination was

24    because you believed that Dean Havas was targeting you

25    as a result of your disability?

Edie Nehme
December 17, 2021

```
 1       A.    I believe that she -- I believe that she was.
 2       Q.    And the reason why in this document you
 3   explain that you failed your Psychiatry shelf exam
 4   remediation was because of the mistreatment and the
 5   drug test that you were required to take; is that
 6   correct?
 7             MR. HANNAH:  Object to the form.
 8             THE WITNESS:  Can you rephrase the
 9        question, please.
10   BY MS. WYDLER:
11       Q.    In this document the explanation for you
12   failing your Psychiatry shelf exam remediation is
13   based on this student mistreatment by Dean Havas?
14             MR. HANNAH:  Object to the form.
15             THE WITNESS:  According to this document,
16        that's what it says but my complaint was
17        continued with Valerie Hall regarding -- or
18        not being provided accommodations.
19   BY MS. WYDLER:
20       Q.    You wrote this document though; right?
21       A.    Yes.
22       Q.    And in this document where you filed your
23   first charge of discrimination internally at FIU, you
24   did not mention the fact that you were not given your
25   special accommodations for the Psychiatry shelf exam
```

Edie Nehme
December 17, 2021

1   remediation; is that correct?

2       A.   My initial complaint to IDEA was done over

3   the phone with Miss Valerie Hall and that was the

4   first time that -- that was when the school was aware

5   and IDEA was aware of me not being provided

6   accommodations.  It was not mentioned here because I

7   was instructed by Valerie Hall to keep that out of the

8   complaint and only mention what Dean Havas has done

9   and that's why it is not mentioned in this document.

10      Q.   So you're saying that before you filled out

11  this document on May 18th, you had a conversation with

12  the person, Valerie Hall who investigated your

13  complaint and it's your testimony that she told you

14  not to include the part about the accommodations but

15  yet she investigated it?

16      A.   If I recall correctly, the part about not

17  being provided accommodations did not fall under the

18  purview of this specific criteria for this document

19  but that IDEA was aware, even the ombudsman was aware

20  of the lack of accommodation, as well as the provost,

21  at this time but for purposes of submitting a

22  complaint for -- regarding Dean Havas, this was the

23  place where I could do it and an accommodation

24  complaint was already given to the school and the IDEA

25  office.

Edie Nehme
December 17, 2021

1    Q.    But if there was another complaint that

2    you're referring to another complaint about ADA

3    accommodations; right?

4    A.    That is mentioned in the appeals letter to

5    the provost and while speaking with IDEA over the

6    phone because there was COVID and you couldn't meet in

7    person with anyone.

8    Q.    Here, you're complaining based on disability

9    and retaliation but you did not include in your

10   complaint anything about the accommodation in this

11   complaint.  That's all I'm asking you.

12   A.    Not in this complaint.

13   Q.    So can you clarify for me.  When you spoke to

14   Valerie Hall related to accommodations, was that after

15   you filed your initial complaint?

16   A.    I cannot recall.  I spoke with Valerie Hall

17   at numerous occasions regarding -- asking me questions

18   about my complaint for her to do her investigation but

19   I do not recall at this time.

20   Q.    Do you remember speaking with an individual

21   by the name of Christopher Chamorro prior to filing

22   your complaint with IDEA?

23   A.    No, I don't.

24   Q.    Do you remember at any point indicating to

25   someone from the IDEA office prior to filing your

Edie Nehme
December 17, 2021

1  complaint that you were currently beginning the

2  appeals process?

3      A.   I'm sorry, can you repeat the question.

4      Q.   Do you remember speaking to anybody from the

5  IDEA office prior to May 18th which is the date of

6  your complaint that you were currently beginning the

7  appeals process?

8      A.   I do not know all the people who work in

9  IDEA.  Also, I don't know the answer to that question.

10     Q.   When you requested the appeal to the provost,

11  did you request an extension?

12     A.   I did.

13     Q.   Had you ever requested an extension on appeal

14  before?

15     A.   That was the first time I appealed to the

16  provost.

17     Q.   But you felt comfortable enough to make the

18  request and it was granted; was it not?

19     A.   I had five business days after the decision

20  of the committee from HWCOM to write an appeal to the

21  provost.  I requested an extension because I couldn't

22  focus.  I was in a state of mind where it felt like

23  there was impending doom and I -- in five business

24  days I sent an email requesting an extension.

25  However, that email was sent to the provost, Mr. or

Edie Nehme
December 17, 2021

1   Dr. Kenneth Furton and I received a response back from

2   Elizabeth Bejar who said she will be making the

3   decision and she gave me an extension only to -- if I

4   want to include attachments.  However, she did not

5   provide extension to the date when I'm supposed to

6   submit that email.

7        Q.   Do you have any personal knowledge if because

8   of the information that you provided to the provost

9   that the investigation was referred to IDEA?

10       A.   Can you repeat the question.

11       Q.   Sure.

12            Do you have any personal knowledge based on

13  your discussions with anybody from IDEA that at some

14  point in time the provost and/or his designee had

15  referred your correspondence to the IDEA office in

16  order for them to investigate any concerns of

17  discrimination?

18       A.   Not to my knowledge.

19       Q.   Other than the ombudsman, do you remember

20  speaking to any other FIU official related to the

21  appeal to the provost or his designee?

22       A.   Other than who?  I'm sorry.

23       Q.   Other than the ombudsman.

24       A.   Can you repeat the question.

25       Q.   Other than the ombudsman, did you speak to

Edie Nehme
December 17, 2021

1    any other FIU official about your process related to

2    appealing to the provost?

3         A.   Not that I recall.

4         Q.   Did you go to the DRC as a resource?

5         A.   I attempted -- I contacted Stephen Loynaz at

6    the DRC asking for help but his response was attaching

7    or cc'ing the email to Adrian Jones who at that time I

8    did not think could help me and I reached out to the

9    DRC for help.

10        Q.   And what did the DRC do?

11        A.   Nothing.

12        Q.   You're not aware of any communications any

13   official from DRC may have had with IDEA or the

14   provost office or his designee?

15        A.   Other than what's on the investigation report

16   where Stephen Loynaz is a witness, I'm not aware of

17   anything else.

18        Q.   So how many conversations did you have with

19   Valerie Hall?

20        A.   I do not recall.

21        Q.   Did you speak to her more than five times?

22        A.   I believe so but I'm not one hundred percent

23   sure.

24        Q.   Let's go over the times that you remember

25   speaking to when was the first time you spoke with

Edie Nehme
December 17, 2021

1   her?

2        A.    I cannot give you a specific date.

3        Q.    Do you recall what you discussed with her the

4   first time?

5        A.    It has been awhile and I cannot definitively

6   tell you what I discussed with her the first time

7   besides the situation I was going through and the

8   accommodations.

9        Q.    Well, what did you tell her about the

10  accommodations at that time?

11       A.    That was a conversation that happened a while

12  back.  It's difficult to tell you exactly what but I

13  told her I've never been in that room to take an exam.

14            I mentioned that I don't know of any other

15  students who have taken exams in there.  I informed

16  her about the noise complaint that I had and about the

17  drug test that Dean Havas ordered if I'm not mistaken.

18  That's to the best of my recollection.

19       Q.    In the investigative report, it says you were

20  interviewed by telephone on May 27, 2020.  Do you

21  remember being interviewed more than one time as part

22  of the investigation?

23       A.    Interviewed for -- I do not recall.

24       Q.    So, then, the other communications you had

25  with Miss Hall, was that for updates, things of that

Edie Nehme
December 17, 2021

1    nature?

2         A.   For example, I recall one to ask for the

3    clerkship or course syllabus or syllabi, asked me to

4    email them to her.

5         Q.   So she would request documentation from you?

6    That would be an example of a conversation; right?

7         A.   Yes.

8         Q.   Do you remember speaking to her one time

9    about the decision that was made by the MSEPC?

10        A.   Of course, I had mentioned it because I was

11   in the process of appealing that decision.

12        Q.   And did you have a discussion with her about

13   the decision of the provost or his designee, Dr. Bejar

14   to uphold the decision?

15        A.   Yes.  After I received the decision of the

16   provost, I spoke -- I called Miss Hall asking what

17   happened with the decision, like what are my options

18   then.  It appeared that an investigation report upheld

19   my claims regarding discrimination and not being

20   provided accommodations, and I was shocked to out the

21   decision of the provost and I called Miss Hall in

22   shock, just what happened.

23        Q.   Was that the phone call that you recorded?

24        A.   Yes.

25        Q.   Is that the phone call that you recorded

Edie Nehme
December 17, 2021

1   without her consent?

2          MR. HANNAH:  Object to the form.   You

3      may answer.

4          THE WITNESS:  Miss Hall had mentioned

5      that I could or could not be recording her,

6      so I assumed she was under the impression

7      that this was a possibility but that's the

8      recording you're referring to.

9   BY MS. WYDLER:

10     Q.   She asked you whether or not she was being

11  recorded and you advised her that you were not?

12         MR. HANNAH:  Object to the form.

13         THE WITNESS:  That's an incorrect

14      statement.

15  BY MS. WYDLER:

16     Q.   Did she ask you at any point in time if you

17  were recording her?

18     A.   Again, that's an incorrect statement.  She

19  never explicitly asked me if I was recording.

20     Q.   It's not an incorrect statement because it's

21  a question.

22         My question simply is, did she ask you that

23  question?

24     A.   She did not ask me if I was recording her.

25     Q.   So she made a commentary about you may or may

Edie Nehme
December 17, 2021

 1  not be recording me, and you elected not to tell her

 2  that you were, in fact, recording her?

 3      A.   She did not ask me if I was recording so

 4  there was no question for me to answer.

 5      Q.   You were engaging in a conversation with her;

 6  right?

 7      A.   Yes.

 8      Q.   And so she made a statement about whether I'm

 9  being recorded, maybe I'm not, and you decided with a

10  lack of response by not saying that you were actually

11  recording her; correct?

12      A.   Can you repeat the question.

13      Q.   You didn't confirm or deny that you were

14  recording her once that statement was made?

15      A.   Yes.

16      Q.   I'm putting a document up on the screen.  Can

17  you confirm that this is the appeals letter that you

18  wrote to the provost or his designee, Dr. Bejar?  I'm

19  just scrolling through it.

20           Did you answer?  I'm sorry, I heard paper

21  shuffling.

22      A.   There are attachments of the PDF I sent to

23  Dr. Bejar.

24      Q.   Is this the letter though that you sent to

25  Dr. Bejar?

Edie Nehme
December 17, 2021

1    A.   Yes, excluding the attachments that are not

2    seen here.

3    Q.   So let's go to the portion where you say I

4    did not receive my normal accommodations for the

5    Psychiatry remediation exam.  What was the date of

6    this letter?  Let's go back to it.

7    A.   It says May 15, 2020.

8    Q.   It says here exams with accommodations are

9    normally taken in Bulding AHC1 Conference Room 335.

10   This is a quiet conference room within the

11   administrative offices.  However, on the day of the

12   remediation exam I had to take it in AHC2 Conference

13   Room 495.  This room is in a busy location hallway.  I

14   am including Exhibit 5 documents indicating what my

15   normal accommodations are versus the accommodation I

16   received the day of the Psychiatry remediation.

17        It next says the foot traffic was constant,

18   people were loud, and faculty offices and clinical

19   skills rooms are located there as well.  I recall

20   vividly that I kept losing focus due to people

21   speaking loudly and the amount of noise.

22        I'll read the next paragraph just for

23   completion purposes.

24        I believe that the failure to provide me my

25   normal accommodation was improper and a material

Edie Nehme
December 17, 2021

1    failure to provide me my due process rights.  This, in

2    turn, affected the outcome of my hearing since the

3    main reason why I was brought before the MSEPC in

4    April was because of the failure of the Psychiatry

5    remediation.

6              So on May 15, 2020, this was the first time

7    that you mention to anyone about -- at least in

8    writing, about not receiving the accommodation that

9    you were used to receiving; is that correct?

10        A.   To the best of my recollection, yes.

11        Q.   So prior to this letter to the provost or his

12   designee, Dr. Bejar, at the hearing you didn't mention

13   it, on the appeals committee letter you didn't mention

14   it, and it wasn't until this moment on the date of the

15   appeal that it was due that you mentioned it for the

16   first time in writing; correct?

17        A.   Yes.

18        Q.   We'll mark this as Exhibit 9.

19             Was the education lawyer you consulted with a

20   man or a female?

21        A.   I'm sorry, you cut off.  I couldn't hear your

22   question.

23        Q.   Was the education lawyer that you consulted

24   with, since you don't remember their name, was that a

25   male or a female attorney?

Edie Nehme
December 17, 2021

```
1        A.   It was a male attorney.

2        Q.   And did you enter into any kind of retainer

3   agreement with the attorney?

4        A.   I'm sorry, you keep cutting off.  I didn't

5   hear the question.

6             MR. HANNAH:  You broke up a little bit

7        there.

8             MS. WYDLER:  Hold on.  Okay.

9             MR. HANNAH:  You broke up.

10  BY MS. WYDLER:

11       Q.   Did you formalize any kind of agreement

12  between you and this attorney who helped you write the

13  appeals letter to the provost?

14       A.   Can you define "formalize".

15       Q.   Sure.

16            Did you sign a retainer agreement with the

17  attorney?

18       A.   I do not recall.

19       Q.   Did you ever meet in person with this

20  individual?

21       A.   No.

22       Q.   How did you find the services of Mr. Hannah?

23       A.   I was referred to Mr. Hannah by another

24  attorney.

25       Q.   Who was that?
```

Edie Nehme
December 17, 2021

1       A.   I honestly forgot the name.

2            MR. HANNAH:  I can't answer.

3            THE WITNESS:  I honestly forgot the name.

4            MR. HANNAH:   I can't help.

5  BY MS. WYDLER:

6       Q.   Was that a separate attorney from the one who

7  had helped you with the appeals letter?

8       A.   Yes.

9       Q.   So it wasn't until your third attorney that

10 you filed the lawsuit against FIU?

11           MR. HANNAH:  Object to the form.  I think

12       he already testified that the second lawyer--

13           THE COURT REPORTER:  Rod, can you speak a

14       little louder. I can't hear you.

15           MR. HANNAH:  You can't hear me?

16           THE COURT REPORTER:  I can't.

17           MR. HANNAH:  I'm sorry, I need to get a

18       littler closer to this computer maybe.

19           I was just objecting that there hasn't

20       been any testimony that the second lawyer

21       that referred the matter to me was actually

22       his lawyer.

23           You can answer the question.

24           THE WITNESS:  What was the question

25       again?

Edie Nehme
December 17, 2021

 1              MS. WYDLER:  I don't even remember.

 2              THE COURT REPORTER:  Let me see if I can

 3         find it.

 4    BY MS. WYDLER:

 5       Q.   It was that it took your third attorney to

 6    file a lawsuit against FIU, something to that effect.

 7              MR. HANNAH:  Object to the form.

 8              THE WITNESS:  I never consulted.  It was

 9         the previous attorney filing a lawsuit

10         against FIU.

11    BY MS. WYDLER:

12       Q.   Did you participate in any of the interviews

13    that were conducted by the IDEA office regarding any

14    of the other witnesses?

15       A.   No.

16       Q.   So you have no personal knowledge on whether

17    or not the investigation was comprehensive or

18    everything was done by documents or that there could

19    have been additional people to interview?

20              MR. HANNAH:  Object to the form.  Answer

21         it.

22              THE WITNESS:  I'm sorry, can you repeat

23         the question.

24    BY MS. WYDLER:

25       Q.   You have no personal knowledge on whether or

Edie Nehme
December 17, 2021

 1  not this investigation was a comprehensive

 2  investigation or if it was an investigation that left

 3  something to be desired because you didn't participate

 4  in the interviews; correct?

 5          MR. HANNAH:  Object to the form.

 6          THE WITNESS:  I did not participate in

 7      the interviews and I was not the person

 8      conducting the investigation so I -- there is

 9      no way for me to know.

10  BY MS. WYDLER:

11      Q.   Did you ever learn what the results of the

12  investigation were?

13      A.   Yes, when I received the report from the IDEA

14  office.

15      Q.   And what was the conclusion of the

16  investigation?

17          MR. HANNAH:  Object to the form.  You may

18      answer.

19          THE WITNESS:  When I received the

20      investigation report, the conclusion was that

21      my claims regarding discrimination and not

22      being provided proper accommodations for my

23      Psychiatry shelf retake, as well as other

24      tests, were substantiated.

25  BY MS. WYDLER:

Edie Nehme
December 17, 2021

```
 1        Q.   Are you aware of the standard that was used
 2   to make that substantiated determination?
 3             MR. HANNAH:  Object to the form.
 4             THE WITNESS:  I do not understand the
 5        question.
 6   BY MS. WYDLER:
 7        Q.   Are you aware or do you have any personal
 8   knowledge of the legal standard that was used to
 9   determine internally whether or not the claims of
10   discrimination on your Psychiatry shelf exam were
11   substantiated?
12             MR. HANNAH:  Object to the form.
13             THE WITNESS:  I was a medical student,
14        not a law student, so I would not have
15        knowledge of the legal aspects or use.
16             MS. WYDLER:  Fair enough.
17   BY MS. WYDLER:
18        Q.   Now, did you at some point receive an amended
19   investigative report?
20        A.   Yes, I have.
21        Q.   Do you know what the difference between the
22   amended investigative report and the investigative
23   report are?
24        A.   Can you be more specific, please.
25        Q.   Do you have personal knowledge on what the
```

Edie Nehme
December 17, 2021

1    difference was or what was amended in the second

2    report that was not included in the first report?

3         A.   There were many differences between the first

4    report and the amended report.

5         Q.   What do you remember?

6         A.   From what I recall right now is that there

7    was an additional witness in the amended report and

8    there was a lot of changes done to the first report.

9    It seems like there was another person who was writing

10   the second report but that's what I recall right now.

11        Q.   Do you remember after receiving the amended

12   report if you finally received a decision from the

13   provost's office?

14        A.   I couldn't hear you initially.  Could you

15   repeat the question.

16        Q.   Sorry.  And my voice is already giving out on

17   me.

18             Do you recall receiving the provost's

19   decision after receiving the amended investigative

20   report?

21        A.   If I recall correctly, it was shortly after

22   receiving the amended report.

23        Q.   So you'll agree with me that the provost's

24   decision to uphold your dismissal from FIU only came

25   after there was a complete investigation done by the

Edie Nehme
December 17, 2021

1   IDEA office; right?

2       A.    The conclusion of both reports was the same.

3       Q.    That's not my question.

4             My question is whether or not the provost's

5   office only gave its decision to uphold the decision

6   to dismiss you after the complete investigation was

7   done?

8       A.    There's no way for me to know if that was a

9   complete investigation, or the reason the first report

10  was amended, or why the provost waited for an amended

11  report but that's the chronology of the events that

12  took place.

13      Q.    So, in sequence, IDEA issued its report, then

14  the provost's decision came out; yes?

15      A.    Yes.

16      Q.    Thank you.

17            I'm sharing a new document with you.  Have

18  you seen this letter before?

19      A.    Yes.

20      Q.    I'm going to mark this as Exhibit 10.

21            Is this the letter upholding the decision by

22  the dean that came from the MSEPC hearing?

23      A.    Yes.

24      Q.    Do you see in the third paragraph where Dr.

25  Bejar says I withheld my decision on your appeal until

Edie Nehme
December 17, 2021

```
 1    a report was issued by the Office of Inclusion,

 2    Diversity, Equity and Acess regarding your claims of

 3    harassment and differential treatment based on

 4    disability in your appeal?

 5         A.   I see that.

 6         Q.   And then it further states, as communicated

 7    previously to you in June 2020, your appeal was

 8    provided to IDEA for review and consideration on those

 9    elements.

10              So isn't it true that you were aware at some

11    point in time that Elizabeth Bejar's office sent or

12    referred your appeal to IDEA based on this letter?

13         A.   Based on this letter, yes.

14         Q.   On September 14, you received an amended copy

15    of IDEA's report.  Based upon a subsequent independent

16    review by IDEA, there is no indication that your

17    allegations had an adverse impact on your academic

18    performance.

19              Do you see that there?

20         A.   I see that.

21         Q.   Now, are you aware of what was the subsequent

22    independent review by IDEA that was conducted?

23         A.   Does that refer to the investigation report?

24         Q.   I'm asking you if you were aware of what the

25    subsequent independent review that was done that is
```

Edie Nehme
December 17, 2021

1   referred to here that IDEA did.

2       A.    It's not clear to me what that means.

3       Q.    And do you know what it means where she

4   writes there is no indication that your allegations

5   had an adverse impact on your academic performance?

6       A.    That's not what the investigative report

7   said.

8       Q.    Well, that impacted your academic performance

9   that may not have been addressed in the investigative

10  report.  You'd agree with me on that; right?

11      A.    I'm sorry, I don't understand.

12      Q.    The investigation was supposed to determine

13  whether or not you received accommodations or whether

14  or not you were discriminated against by Dr. Havas;

15  right?

16      A.    The discrimination from Dr. Havas and the

17  accommodations.

18      Q.    That's what IDEA was supposed to do,

19  investigate that; yes?

20      A.    Yes.

21      Q.    Now, are you aware if once they looked at

22  your grades for each course and each test, each exam,

23  each quiz, each assignment, if the fact that on

24  certain exams or on readiness assignments or quizzes

25  whether or not you had an accommodation did not make

Edie Nehme
December 17, 2021

```
1    an impact on your academic performance?

2         A.   That was a -- can you rephrase that question.

3         Q.   I'm going to be more specific.  We've been

4    here for awhile today.

5              Didn't you tell me that you passed tests--I'm

6    sorry, readiness assignments where you weren't given

7    extra time?

8         A.   Yes.

9         Q.   And didn't you fail exams where you were

10   given accommodations?

11        A.   Yes.

12        Q.   So, then, isn't the statement true that the

13   allegations did not have an impact on your academic

14   performance because it didn't matter whether or not

15   you were given accommodations since you passed

16   quizzes, or accommodations weren't given and then you

17   failed tests where accommodations were given?

18             MR. HANNAH:  Object to the form.

19             THE WITNESS:  That was a long question.

20        Can you repeat it, please.

21             MS. WYDLER:  It's very unlikely.  I

22        definitely won't be able to repeat it.  I'll

23        try to ask it another way.

24   BY MS. WYDLER:

25        Q.   In instances where you did well academically
```

1   and no accommodations were given to you and in

2   instances where accommodations were given to you and

3   you still failed, isn't it true then that your

4   allegations did not have an adverse impact on your

5   academic performance?

6       A.   I do not agree with that statement

7   because--if you see correlation here, that doesn't

8   mean causation.

9       Q.   Did you appeal, did you file a petition for

10  certiorari in state court appealing the decision of

11  the provost as a final agency action?

12      A.   No, I did not.

13      Q.   Are you aware of any other student who is not

14  disabled but is similarly situated to you that was

15  treated more favorably than you?

16      A.   Yes.

17      Q.   Who are those students?

18      A.   Off the top of my head, I can name a student

19  named Dax Sotero.

20      Q.   And you believe he was not dismissed?

21      A.   At the time, I was still a student and even

22  after I was dismissed, he was still a student at FIU

23  HWCOM after failing multiple classes more than I have

24  and even failing third year I believe twice and was

25  allowed to-- was given a chance to continue.

Edie Nehme
December 17, 2021

1      Q.   Do you have any knowledge if Mr. Sotero

2   failed any courses in his first year?

3      A.   I don't remember at this time.

4      Q.   Did you fail a course in your first year?

5      A.   One course.

6      Q.   Do you know if Mr. Sotero failed a course in

7   P2?

8      A.   Yes.

9      Q.   Are you aware if he repeated Period 2?

10     A.   He took a leave of absence around the same

11  time I did but I believe he came back where he left

12  off and there were failures.

13     Q.   Are you aware of any of the circumstances

14  related to his leave of absence?

15     A.   I cannot say one hundred percent but -- I

16  cannot say if the reason that he gave was the actual

17  reason or if there was another motive or another

18  reason why he took a leave of absence.

19     Q.   Do you have knowledge -- you said that you

20  didn't know how many courses he failed in P2; right?

21     A.   I can say at least two courses.

22     Q.   And how many courses did you fail in P2?

23     A.   Two courses.

24     Q.   You failed Cardiovascular, Respiratory

25  Systems and the remediation, and then you failed

Edie Nehme
December 17, 2021

1    Systems-based Practice; right?

2        A.    Correct.

3        Q.    Do you have any personal knowledge on the

4    courses he failed in P3?

5        A.    I do.  However, I cannot recall them on the

6    top of my head right now.

7        Q.    Do you know how many times Mr. Sotero had

8    been brought to the MSEPC prior to -- well, strike

9    that.

10           Do you know how many times Mr. Sotero had

11   been brought to the MSEPC?

12       A.    I don't know if he was brought into MSEPC

13   after my dismissal or how many times but no less than

14   two.

15       Q.    And you were brought before the MSEPC three

16   times; correct?

17       A.    Yes.

18       Q.    Other than Mr. Sotero, is there any other

19   student that is similarly situated to you that you

20   believe was treated more favorably than you and is not

21   a disabled student?

22       A.    There is a student who was dismissed due to

23   plagiarism and cheating, and that student does not

24   have accommodations.  However, she was allowed to come

25   back to HWCOM after issuing a public apology sent via

Edie Nehme
December 17, 2021

1   email to everyone within HWCOM.

2       Q.   Do you believe that someone who is found to

3   be -- who cheats or is found responsible for

4   plagiarism to be similarly situated to someone who has

5   poor academic performance?

6       A.   I believe that if someone was not worried

7   about their performance or if they -- but didn't need

8   to cheat, they are in a worse situation than someone

9   who is assumed to have poor academic performance.

10      Q.   They're not the same though; right?

11      A.   Not in that sense.

12      Q.   And do you have any personal knowledge about

13  the circumstances related to her process?

14      A.   Not that I can recall.

15          MR. HANNAH:  Can we take a bathroom

16       break.  Five minutes is fine?

17          MS. WYDLER:  Yes.

18          (Thereupon, a recess was taken, after which

19  the following proceedings were had:)

20  BY MS. WYDLER:

21      Q.   Since being dismissed, what have you done in

22  order to matriculate in another medical school?

23      A.   I looked for ways that it would be possible

24  to transfer to other medical schools or try to apply

25  to other medical schools.  However, once a student is

Edie Nehme
December 17, 2021

```
 1    dismissed from any medical school, it's near

 2    impossible or almost unheard of that they are accepted

 3    into medical school and the MCAT, the last MCAT that I

 4    took is no longer viable for me to apply to other

 5    medical schools and I would have to take the MCAT

 6    again and go through the application process again,

 7    and that's pretty much it as far as I can recall right

 8    now.

 9        Q.   So are you aware that students can be

10    dismissed but accepted into another medical school?  I

11    know the chances are harder but is there, in our

12    terms, a black letter rule that says that once you're

13    dismissed from one school you cannot get into another

14    school?

15        A.   I don't know personally of any case of

16    something like that happening.

17        Q.   And you don't want to sit for the MCAT again?

18        A.   I had already invested years of my life in my

19    prime years and I was already in medical school,

20    almost like left with one year to finish, and then

21    doing the process all over again, I would be much

22    older if I had to do that process again.

23            It's not about not wanting to sit for the

24    MCAT.  It's about the time that I had already invested

25    and the amount of debt that I have.  So the amount of
```

Edie Nehme
December 17, 2021

1   money that I put, not just in medical school but to

2   get to medical school and in medical school is so much

3   that it's -- it's not even logical to do the process

4   all over again with that much debt still left.

5       Q.   There's nothing that prohibits you from

6   starting all over again; right?

7       A.   Yes.  The dismissal prohibits me from

8   starting all over again and I wouldn't be able to

9   afford going to medical school again.

10      Q.   What AMCAS policy exists that prohibits you

11  from applying as a first year medical student after

12  being dismissed?

13      A.   As a first year medical student after being

14  dismissed?  Was that the question?

15      Q.   What AMCAS policy exists that prohibits you

16  from applying as a first year medical student after

17  being dismissed in your third year?

18      A.   I am not aware of AMCAS' policy prohibiting

19  that.  However, the AMCAS is not the entity that makes

20  the decision if you get into medical school.  It is

21  each medical school.

22      Q.   So because of the circumstances related to

23  your debt, you are electing not to start the process

24  over again; is that correct?

25           MR. HANNAH:  Object to the form.

Edie Nehme
December 17, 2021

```
1              THE WITNESS:  The debt, and the years
2         I've dedicated and I've spent at FIU, it
3         effectively erased it, this decision of
4         dismissal.
5    BY MS. WYDLER:
6         Q.   Isn't it true that at the second MSEPC
7    hearing you could have been dismissed?
8              MR. HANNAH:  Object to the form.
9              THE WITNESS:  What was the question?
10   BY MS. WYDLER:
11        Q.   Isn't it true that you could have been
12   dismissed from FIU at the second MSEPC hearing?
13             MR. HANNAH:  Object to the form.
14             THE WITNESS:  I could have.  I don't
15        know.
16   BY MS. WYDLER:
17        Q.   Would you have preferred that outcome back in
18   2018 as opposed to having redone Period 2 and having
19   gone through parts of Period 3?
20        A.   No, I would not have preferred that outcome.
21        Q.   And isn't it true that FIU gave you
22   significant chances to remediate or take second
23   attempts at tests and you still failed?
24             MR. HANNAH:  Object to the form.
25             THE WITNESS:  You have to be more clear
```

Edie Nehme
December 17, 2021

1        with that question.

2   BY MS. WYDLER:

3        Q.   You failed exams more than once; right?

4        A.   You mean the same exams?

5        Q.   Yes, sir.

6        A.   For Cardiology, for Cardiopulmonary, and

7   Psychiatry.

8        Q.   FIU gave you a chance to remediate an entire

9   course your first year; right?

10       A.   That's according to the handbook.

11       Q.   You state that's according to the handbook,

12  but what were your scores in your other classes like

13  in your first year?

14       A.   I do not recall.

15       Q.   Now, you were able to repeat Period 2 after

16  failing more than two courses; is that not true?

17       A.   That's not true.

18       Q.   Didn't you fail Cardiovascular?

19       A.   Yes.

20       Q.   And both the course and the remediation?

21       A.   Yes.

22       Q.   And then didn't you fail Systems-based

23  Practice?

24       A.   Yes.

25       Q.   So that's three different classes; right?

Edie Nehme
December 17, 2021

1      A.    That's two classes.

2      Q.    You failed the remediation.  You failed it

3   twice.  You failed one course twice and then you

4   failed Systems-based Practice, so that's three in

5   Period 2.

6      A.    That characterization is incorrect.

7      Q.    What's incorrect about it, because you passed

8   the remediation in Systems-based Practice.  You didn't

9   remediate Systems-based practice.

10      A.    No, I did not.

11      Q.    Because you were afforded the opportunity to

12   repeat Period 2 to improve your grades; right?

13      A.    The reason I repeated Period 2, again, was

14   not to improve my grades.

15      Q.    Didn't you tell me before that there were

16   discussions about you potentially being dismissed at

17   that time as well?

18      A.    At the second MSEPC meeting I was told if I

19   wanted to request any excused absences for days of

20   examinations, there is the potential of me being

21   dismissed.

22      Q.    And then in P3, there were four separate

23   classes based on the shelf exams that you failed?

24      A.    No.

25      Q.    Not the course.  The shelf exam.

Edie Nehme
December 17, 2021

```
 1              You failed -- technically, you failed five
 2    shelf exams, right, in P3?
 3       A.   I failed the first attempt for three courses
 4    and failed the second -- the first and second attempt
 5    for Psychiatry, thereby only failing one course, and
 6    this was due to not being properly provided
 7    accommodations to take that exam.
 8       Q.   I'm not asking for the reasons why you
 9    failed.  I'm just asking for simple math and when I
10    put it together, it adds up to five.  Am I right?
11    Five failures in Period 3; is that not true, Mr.
12    Nehme?
13              MR. HANNAH:  Object to the form.
14              THE WITNESS:  Five shelf exams, not
15         courses.
16    BY MS. WYDLER:
17       Q.   Five failed shelf exams is what your Period 3
18    amounted to; is that correct?
19       A.   Again, every student can take each shelf
20    twice, and I -- and the second attempt for Surgery,
21    Family Medicine and Neurology.
22       Q.   When we started the day out, you mentioned
23    that the provost had acted deliberately and
24    indifferent towards you.  What's the basis for her
25    decision being deliberately indifferent?
```

Edie Nehme
December 17, 2021

1              MR. HANNAH:  Object to the form.

2              THE WITNESS:  The provost was aware of

3         the lack of accommodation and was informed by

4         IDEA that the lack of accommodation had an

5         effect on my Psychiatry exam and that

6         affected my ability to pass the exam, and it

7         played a role for me to even be called in

8         front of MSEPC in the first place, and even

9         with this decision that was reached after the

10        investigation, Elizabeth Bejar still

11        made--still upheld the decision to have me

12        dismissed.

13   BY MS. WYDLER:

14        Q.   But you have no personal knowledge what the

15   subsequent investigation was that led her to the

16   statement in her letter to you where she said that it

17   didn't impact your academic performance; correct?

18        A.   What subsequent investigation are you

19   referring to?

20        Q.   The one that's referred to in the letter.

21        A.   I do not know how to answer that question.

22        Q.   Is that because you don't have personal

23   knowledge on what she took into account to determine

24   that it did not impact your academic performance?

25        A.   I know from an email I received from her that

Edie Nehme
December 17, 2021

1   she was waiting for the investigation report to be

2   finished before she made the decision and that was

3   going to be taken into account.  That's my knowledge

4   of it.

5       Q.   You also mentioned earlier today that the

6   MSEPC committee had acted with deliberate indifference

7   toward you.  What basis do you have to support that?

8       A.   Once the MSEPC was aware of the lack of

9   accommodations, there was no input or anything that

10  was communicated to the provost to rectify the

11  situation that there was no accommodations provided.

12      Q.   You testified earlier today that you did not

13  mention at the MSEPC hearing that you lacked any

14  accommodations regarding the Psychiatry shelf exam;

15  correct?

16      A.   Yes.

17      Q.   So how does that factor that they did not do

18  anything about the lack of accommodations?

19      A.   Once the provost was informed, I know that

20  Dr. Roldan, and the dean as well, were aware of the

21  lack of accommodation.

22      Q.   But it's not your testimony now that at some

23  point during the hearing and prior to their decision,

24  prior to the decision that they had any knowledge that

25  you did not have the accommodations for your

Edie Nehme
December 17, 2021

1  Psychiatry shelf exam?

2       A.    To my knowledge, I don't know at this time.

3       Q.    And so your belief is that then it would only

4  have been Dr. Roldan and who else did you mention?

5  And the dean?

6       A.    Dean Sackstein and every person who was

7  involved in the investigation report had knowledge at

8  that time and that was prior to a final decision being

9  made.

10      Q.    And are you aware that the procedure was at

11  that point for the provost to make the decision?

12      A.    At that point.

13      Q.    So at that point, it's out of the dean's

14  hands, it was out of Dr. Roldan's hands, and only in

15  the hands of the provost and/or designee, Elizabeth

16  Bejar; correct?

17      A.    Correct.

18            MS. WYDLER:  Give me a 2-minute break.  I

19       think I'm done.  I just want to go through my

20       notes.

21            MR. HANNAH:  Okay.

22            MS. WYDLER:  I don't have any further

23       questions.

24            MR. HANNAH:  I just have a couple

25       questions to clarify something.

Elie Nehme
December 17, 2021

| | |
|---|---|
| 1 | CROSS EXAMINATION |
| 2 | BY MR. HANNAH: |
| 3 | Q.   Elie, do you recall being questioned by Miss |
| 4 | Wydler about when you started getting treated for |
| 5 | psychiatric treatment by Dr. -- I think it was Dr. |
| 6 | Campillo.  Do you remember that? |
| 7 | A.   I do. |
| 8 | Q.   And she seemed to indicate to you that you |
| 9 | were getting treated by Dr. Campillo prior to your |
| 10 | dismissal from the medical school.  Do you recall |
| 11 | those questions? |
| 12 | A.   I do. |
| 13 | Q.   And isn't it true that the first time you |
| 14 | started getting treated by Dr. Campillo and started |
| 15 | being prescribed medications by Dr. Campillo for your |
| 16 | mental conditions was after your dismissal? |
| 17 | A.   That's correct. |
| 18 | Q.   But she asked some questions indicating you |
| 19 | were getting prescribed medications by him back in I |
| 20 | believe November or October, November 2019.  Do you |
| 21 | remember those questions? |
| 22 | A.   I do. |
| 23 | Q.   And you got a little bit confused there.  I |
| 24 | just wanted to clarify that. |
| 25 | A.   I remember the questions. |

Edie Nehme
December 17, 2021

1    Q.   Hold on.  Give me a second.  I'm trying to

2    pull the document up and for some reason it's giving

3    me the desktop.

4         I'm trying to pull the document up.  I'm

5    having a little difficulty.  Hold on.  Let me try this

6    again.

7         Do you see the document?  We'll have this

8    document marked as Plaintiff's Exhibit Number 1 for

9    this depo which is a document that was produced by Dr.

10   Campillo and given to me by opposing counsel in

11   response to that were issued for your medical records.

12        Can you read the document there?  Are you

13   able to see it?  This appears to be a list of your

14   prescription medications dating all the way back to

15   October of 2019, October 31st, 2019.  Do you see that

16   at the bottom?

17   A.   Yes, I do.

18   Q.   And when Miss Wydler was asking you questions

19   about that, she seemed to indicate that you were being

20   prescribed those medications, the dextroamphetamine 20

21   milligrams by Dr. Campillo.  That's not correct;

22   right?

23   A.   Right.  That's not correct.

24   Q.   It's being prescribed by Thomas Hunter as

25   indicated on this document; correct?

Edie Nehme
December 17, 2021

1      A.   Correct.

2      Q.   Can you see on this document when was the

3   first time you were prescribed any kind of medication

4   for your ADHD or for your anxiety disorder by Dr.

5   Campillo?

6      A.   Yes.

7      Q.   When would that be?

8      A.   That would be October 6 of 2020 is when I

9   received alprazolam and October 15, 2020 is when he

10   prescribed the dextroamphetamine.

11      Q.   Prior to that time, all the prescriptions

12   were by other physicians; correct?

13      A.   Correct.

14      Q.   And when Dr. Campillo first started

15   prescribing medications to you, that was a date after

16   your dismissal from FIU; correct?

17      A.   Correct.

18           MR. HANNAH:  I have no further questions.

19           MS. WYDLER:  Your exhibit -- I have a

20        follow-up, please.

21           MR. HANNAH:  One second.

22                  REDIRECT EXAMINATION

23   BY MS. WYDLER:

24      Q.    In this prescription log, after T.H. Hunt,

25   prescriber, there's another prescriber above that

Edie Nehme
December 17, 2021

1   where it says CACOB, do you see that, sir?

2      A.   Yes, I do.

3      Q.   Who is that?

4      A.   I don't know who that is.  At that time I was

5   still a student at FIU and if Dr. Hunter was not

6   available, I believe there was another doctor who

7   would take care of his patients for when he was not

8   available.

9      Q.   So that prescription would have been

10  issued -- I think that's a 6 or is that an 8?  It

11  looks like a 6 because the following two lines are a

12  7.  Am I reading it right?  It's so small.

13         MR. HANNAH:  It looks like 6-3.

14  BY MS. WYDLER:

15     Q.   So on the date of 6-3-2020, you were still a

16  student at FIU affiliated with the university but you

17  were not taking any courses at that time; right?

18     A.   I was in the process of appealing.

19     Q.   The question was, you were not taking

20  courses?

21     A.   I was not taking courses because this was the

22  period where we also get time off to study for the

23  exam.

24         MS. WYDLER:  I have no other questions.

25         MR. HANNAH:  No questions.  We'll read,

Edie Nehme
December 17, 2021

1          and if it's ordered we'll take a copy.

2               MS. WYDLER:  It's ordered.

3               MR. HANNAH:  We'll take a copy.

4               (Thereupon the taking of the deposition was

5      concluded at 5:51 p.m.)

6                              - - -

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Elie Nehme
December 17, 2021

1

2                        CERTIFICATE OF OATH

3

4    STATE   OF   FLORIDA   )
                           )        ss
5    COUNTY OF MIAMI-DADE  )

6

7            I, ELAINE B. TENN, a Registered Professional

8    Reporter and a Notary Public for the State of Florida

9    at Large, do hereby certify that ELIE NEHME personally

10   appeared via videoteleconference before me and was

11   duly sworn.

12          Dated this 30th day of December, 2021.

13

14

15          _____
            ELAINE B. TENN, RPR
16          Notary Public, State of Florida
               Commission No. GG298988
17          Exp:  February 6, 2023

18

19

20

21

22

23

24

25

Elie Nehme
December 17, 2021

```
 1
 2                    CERTIFICATE OF REPORTER
 3
     STATE   OF   FLORIDA  )
 4                         )  ss
     COUNTY OF MIAMI-DADE  )
 5
          I, ELAINE B. TENN, a Registered  Professional
 6   Reporter and a Notary Public in and for the State of
     Florida at large, do certify that I was authorized to
 7   and did report the deposition of ELIE NEHME in
     stenotype; that prior to being examined, the witness
 8   in the foregoing proceedings was duly sworn; and that
     the foregoing proceedings were taken remotely before
 9   me at the time and date set forth; and that the pages
     numbered from 1 to 200 inclusive, constitute a true
10   and correct transcription of my shorthand notes of the
     deposition by said witness.
11
          I further certify that the said deposition was
12   taken at the time and place hereinabove set forth and
     that the taking of said deposition was commenced and
13   completed as hereinabove set out.
14        I further certify that I am not an attorney nor
     counsel of any of the parties, nor a relative or
15   employee of any attorney or counsel connected with the
     action or financially interested in the action.
16
          The foregoing certification of this transcript
17   does not apply to any reproduction of the same by any
     means unless under the direct control and/or direction
18   of the certifying reporter.
19        WITNESS my hand and official seal in the City of
     Miami, County of Dade, State of Florida this 30th day
20   of December, 2021.
21
22   _____
     Elaine B. Tenn, RPR
23   Notary Public, State of Florida
     Commission No. GG298988
24   Exp:  February 6, 2023
25
```

Elie Nehme
December 17, 2021

```
 1                           ERRATA SHEET
 2                  DO NOT WRITE ON THE TRANSCRIPT
                     ENTER CHANGES ON THIS PAGE
 3           Elie Nehme v. Florida International University
                             Elie Nehme
 4                        December 17, 2021
                 U.S. Legal Job No. 6033029-001
 5
       Page    Line        Change/Add/Delete
 6
 7     _____   _____     _____

 8     _____   _____     _____

 9     _____   _____     _____

10     _____   _____     _____

11     _____   _____     _____

12     _____   _____     _____

13     _____   _____     _____

14     _____   _____     _____

15     _____   _____     _____

16     _____   _____     _____

17     _____   _____     _____

18     _____   _____     _____

19     _____   _____     _____

20     _____   _____     _____

21     _____   _____     _____

22     _____   _____     _____

       Under penalty of perjury, I declare that I have read
23     the foregoing document and that the facts stated in it
       are true.
24

25     Date:  _____ Witness:_____
```

Elie Nehme
December 17, 2021

1   via email:
2   rhannah@rhannahlaw.com

3

4

5   January 4, 2022

6

7

8   Mr. Elie Nehme
    c/o Roderick Hannah, Esq.
    4800 North Hiatus Road
9   Sunrise, FL 33351-7917

10  Re:  Elie Nehme v. Florida International University
         U.S. Legal Support Job No. 6033029-001
11
    Dear Mr. Nehme
12
         The transcript of the above proceeding is now
13  available for your review.

14       Please call to schedule an appointment between the
    hours of 9:00 a.m. and 4:00 p.m., Monday through
15  Friday at a U.S. Legal Support office located nearest
    your.
16
         Please complete your review within 30 days.
17

18  Sincerely,

19

20

21  Elaine B. Tenn
    Registered Professional Reporter
22  U.S. Legal Support, Inc.
    1 S.E. 3rd Avenue #2500
23  Miami, Florida 33131
    (305) 373-8404
24
    cc:  Lourdes E. Wydler, Esq.
25

Elie Nehme
December 17, 2021

**Exhibits**

**EX 0001 Elie Nehme 121721 PLTF**
65:3 196:8
**EX 0001 Elie Nehme 121721**
**EX 0002 Elie Nehme 121721**
124:7
**EX 0003 Elie Nehme 121721**
120:10
**EX 0004 Elie Nehme 121721**
140:18 170:14
**EX 0005 Elie Nehme 121721**
**EX 0006 Elie Nehme 121721**
151:20
**EX 0007 Elie Nehme 121721**
**EX 0008 Elie Nehme 121721**
171:18
**EX 0009 Elie Nehme 121721**
178:20
**EX 0010 Elie Nehme 121721**

**1**

**1**
53:14 54:12, 13,14,21 65:3 68:2 77:24 78:3 124:1 133:13 143:5 146:14 196:8
**10**
178:20

**10-minute**
141:5
**10:03**
5:6
**10:28**
155:10
**11:15**
38:20,21
**12:31**
155:11
**13th**
69:21
**14**
29:23 179:14
**15**
29:22,23 79:21 170:7 171:6 197:9
**16**
140:16
**16th**
141:13
**17**
5:5
**18**
80:18 81:4 154:6
**18th**
81:8 161:11 163:5
**1992**
8:14
**1:30**
68:3
**1st**
23:20,21

**2**

**2**
49:5 54:13, 17 56:4 74:15 75:20 81:17 82:1 83:10,25 84:9,12,15, 17,18 85:14

87:2,11,23 90:6,13,20, 23 91:4,9 99:7 102:4 112:21,23, 24,25 122:10,12 130:1,12 155:11 183:9 188:18 189:15 190:5,12,13
**2-minute**
152:6 194:18
**2-page**
117:22
**20**
20:5,8 196:20
**20-16**
5:23
**20-23**
5:23
**2010**
16:20
**2012**
16:7 18:3,5 24:19
**2013**
18:8,9
**2014**
18:9
**2015**
18:14,18,23
**2016**
16:1,4 18:1, 4,5 24:19 55:6 58:25
**2017**
10:18 30:13 31:12 56:1 61:12,20,22 62:24 69:17, 21 72:15 74:6,22 75:6,15 77:16,17

79:2,3
**2018**
79:2,5,21,25 80:18 81:4,8 82:11 89:14 130:12 188:18
**2019**
26:25 36:24, 25 37:4,6,8 39:2,14,17, 20 78:21 130:8 144:5 195:20 196:15
**2020**
26:25 36:15 39:9,17,23 40:8,9,20 96:11,13 113:22 117:13 121:16 130:4 140:16 141:13 147:24 150:15 151:19 154:6,10 155:9 158:13 166:20 170:7 171:6 179:7 197:8,9
**2021**
5:6 85:15 87:2,12
**206**
126:8
**208**
126:9
**20s**
29:5,9
**24**
154:10 155:9
**25**
20:22 22:23
**260**
144:5

Edie Nehme
December 17, 2021

**27**
  166:20
**27th**
  69:17 70:8,
  25 72:15
**29**
  144:5
**2nd**
  81:8 89:14
  96:10,13
  113:21
  147:24

---

**3**

**3**
  49:4 75:8
  91:2,15,19,
  24 124:7
  129:4 188:19
  191:11,17
**31st**
  39:7,23
  70:24 196:15
**33173**
  144:5
**335**
  170:9

---

**4**

**4**
  115:4,9
  120:10
  121:21
  158:13
**40**
  22:7 23:24
  26:1
**45**
  99:2
**495**
  95:22 97:2
  170:13

---

**5**

**5**
  93:3,12,16,
  18,20,22,24
  94:1,4
  140:18
  170:14
**5-minute**
  68:10 141:4
**50**
  63:7,9,12
**5:51**
  199:5
**5th**
  8:14 16:1,4
  24:19

---

**6**

**6**
  150:1 197:8
  198:10,11
**6-3**
  198:13
**6-3-2020**
  198:15
**6-hour**
  103:23
  104:14,17
**60**
  113:13

---

**7**

**7**
  151:20
  198:12
**7400**
  144:4
**75**
  93:8,9
**7th**
  74:6

---

**8**

**8**
  102:4 151:19
  198:10
**8-page**
  68:23
**8112**
  13:17
**87th**
  144:4
**8:00**
  102:8
**8:30**
  102:8
**8th**
  79:25 82:11

---

**9**

**9**
  150:15
  171:18
**911**
  149:12
**93.86**
  145:11
**9th**
  22:11 118:21
  122:17 136:9

---

**A**

**a.m.**
  5:6 102:4
**abilities**
  33:3
**ability**
  8:16 43:16,
  19 45:16
  84:1 86:16
  108:5 111:16
  139:10
  141:19
  159:15 192:6

**able**
  10:24 65:12
  84:7,11
  85:4,8 86:17
  87:21 88:2
  95:23 107:19
  108:6 113:14
  123:15 127:9
  181:22 187:8
  189:15
  196:13
**above**
  70:13 93:9
  116:20
  197:25
**absence**
  80:7,10,18,
  24,25 81:4,
  7,11,21
  82:16 83:22,
  25 85:5,11
  87:20 89:1
  113:2 129:2,
  5,10,13,18,
  21 130:5,9
  183:10,14,18
**absences**
  82:5,7
  84:19,22
  85:3 87:20
  88:15,17
  89:3,5
  129:14
  130:1,13
  139:22
  190:19
**abuse**
  159:5
**AC**
  110:5
**academic**
  31:14 65:9
  73:5 74:10,
  17,19,24,25
  75:16,17,18
  85:18,23,24,
  25 86:2,8
  88:6,10,11,

Edie Nehme
December 17, 2021

23 90:15
91:24 114:24
116:12
117:8,15
124:12 125:1
133:10,14,22
134:2,7,9
136:15
147:15 149:7
179:17
180:5,8
181:1,13
182:5 185:5,
9 192:17,24
**academically**
31:6 71:24
181:25
**accepted**
19:6 186:2,
10
**access**
136:10
154:20
158:22
**accident**
33:17 34:8,
14,18 35:3,
9,14,25
36:1,8,18,19
37:3,5,19,
22,23 38:1,6
39:3 144:7,
16 149:6
**accommodate**
111:1
**accommodated**
108:23
110:14
**accommodation**
46:5,20
47:19,25
70:18 109:11
141:2
161:20,23
162:10
170:15,25
171:8 180:25
192:3,4

193:21
**accommodation
s**
22:13 24:10,
15 45:21
47:23 48:11,
13,15,16,17
49:7,19,21,
24 50:7,10,
14,19,22
51:3,5,10,24
52:24 53:1,
19,21,22
54:3 55:14,
16 56:13,15,
25 57:4,7
58:5,21 61:7
62:16,20
63:3,5 65:5,
11,12,16,17,
23,24 66:2,
7,13,15,18,
20,22,23
67:1,6,9
68:18 70:7,
21 73:3
74:3,15 75:5
86:6,10 87:7
90:11 92:3,
8,10 94:13
95:6,15
103:15
110:23
112:11,19
143:6,13
146:23
148:17
149:23
153:1,7
156:15,20,23
160:18,25
161:6,14,17
162:3,14
166:8,10
167:20
170:4,8,15
175:22
180:13,17
181:10,15,

16,17 182:1,
2 184:24
191:7 193:9,
11,14,18,25
**accompany**
105:25
106:4,6,7
**accompanying**
106:10
**account**
192:23 193:3
**accurate**
87:8 154:7
155:15
**accurately**
8:6 155:24
156:9,16
157:24 158:4
159:1,17
**accused**
157:20
**Acess**
179:2
**acknowledge**
5:14,18
125:1
**acknowledged**
128:20
136:18,25
**acknowledges**
128:19
**acronym**
154:16,19
**Act**
44:13
**acted**
191:23 193:6
**acting**
158:11
**action**
89:10 114:25
119:22
148:21
154:10
182:11
**actions**
110:14

**activity**
41:15,23
43:5,10
**actual**
146:10
183:16
**ADA**
47:4 59:20,
23,25 162:2
**add**
80:15
**added**
148:8
**Adderall**
9:9,14,16,21
10:1,10
27:18 29:1,
6,8 32:5
39:11,19
**addition**
133:18
153:13
157:11
**additional**
56:17 63:7,
12 72:25
73:9 148:22
174:19 177:7
**address**
15:12,16,21
27:7
**addressed**
131:6,10,11
150:5 180:9
**addresses**
148:20
**addressing**
149:22
**adds**
191:10
**ADHD**
9:10 10:15
27:21,22
28:6,20,21
29:11,13,17
38:10 39:15,
21 54:8

Edie Nehme
December 17, 2021

56:19 57:12
61:12,24
197:4
**administer**
5:20
**administered**
5:19
**administration**
52:23 53:14
54:2
**administrative**
5:22 96:3
170:11
**administrator**
50:20 112:12
**administrators**
51:8 53:18
**admission**
20:11
**admitted**
18:17,20,23
**adopting**
150:15
**Adrian**
165:7
**advantage**
77:1
**adverse**
21:16 74:18
86:9 114:24
159:11,14
179:17 180:5
182:4
**advice**
77:8 87:10
**advise**
74:9 107:9,
17
**advised**
58:20,23
85:17 86:2,7
120:8 140:15
168:11

**advisement**
48:19
**advising**
107:18
**advocate**
51:3
**affairs**
58:18,19
59:5 158:17
**affect**
84:16
**affected**
84:1 123:19
127:15
128:12 132:1
137:2 139:10
146:7 171:2
192:6
**affecting**
133:2
**affects**
8:25
**affiliated**
27:9 198:16
**affirm**
6:20
**affirmative**
64:6
**afford**
187:9
**afforded**
190:11
**afternoon**
9:17
**agency**
182:11
**ago**
14:9,10
33:25
**agree**
6:18 37:11
40:9 70:4
91:22 117:7
131:6
133:21,24
136:17 142:2
177:23

180:10 182:6
**agreed**
115:7 132:20
**agreement**
6:3 172:3,
11,16
**agrees**
21:6,10
**AHC1**
170:9
**AHC1-335**
96:24,25
**AHC2**
95:21 170:12
**AHC2-495**
97:3,4,8
**ahead**
41:17 43:7
52:2 62:1
80:13,14
116:1,2
**alarm**
127:6
**allegations**
179:17 180:4
181:13 182:4
**allege**
51:4
**allegedly**
101:2
**allow**
76:6 84:23
107:21
112:25
**allowed**
42:8 56:8
73:21 85:14
87:11 128:1
158:11
182:25
184:24
**alongside**
100:10
**alprazolam**
39:24 40:1,5
197:9

**altered**
33:4
**AMCAS**
19:11 20:10
187:10,15,19
**AMCAS'**
187:18
**amended**
176:18,22
177:1,4,7,
11,19,22
178:10
179:14
**American**
44:12
**amount**
170:21
186:25
**amounted**
191:18
**analyzed**
124:13
**and/or**
9:15 51:10
164:14
194:15
**answer**
7:12,21 8:3
11:8,10,16,
25 12:7,11,
16,23 14:2,
20 25:22
29:14 36:2
37:14 41:19
42:10 43:7,8
44:7 45:8,15
50:12,14
51:21 52:8
61:15 62:1
87:25 91:17
103:11 111:5
112:14
113:16
121:12
122:21 123:2
130:21
137:19
140:12 147:8

Edie Nehme
December 17, 2021

154:22 163:9
168:3 169:4,
20 173:2,23
174:20
175:18
192:21
**answered**
62:4 90:22
147:9
**answering**
42:9 44:20
**answers**
12:9 22:3
**anxiety**
9:10 28:11
30:14,16,19
31:3,4,22
38:9 40:6,10
61:12,23
72:5 197:4
**anxious**
31:9 57:10
66:16 151:4
**anybody**
54:1 95:12
106:14
113:11 163:4
164:13
**anyone**
13:4 51:2
52:22 63:18
67:15 154:2
162:7 171:7
**AOSC**
5:22
**apart**
155:14
**apartment**
15:18
125:20,21
126:2,5,7,
11,17 127:4
129:16
**apologize**
16:17 69:1
151:13

**apology**
184:25
**apparently**
83:3
**appeal**
78:12,14
86:13,17,20,
21 87:1,11
140:12,24
141:13,16,
23,25 142:6,
25 147:10
148:20
149:18,22
150:12,21
151:7,24,25
163:10,13,20
164:21
171:15
178:25
179:4,7,12
182:9
**appealed**
163:15
**appealing**
151:8 165:2
167:11
182:10
198:18
**appeals**
140:11
146:4,21,24
147:11 148:2
149:4,16
150:9,11,14
151:23
152:14 162:4
163:2,7
169:17
171:13
172:13 173:7
**appeared**
71:16 167:18
**appearing**
125:9
**appears**
61:1 62:3,8
71:3 78:21

196:13
**appellate**
140:15
141:20
143:19
**application**
186:6
**applied**
18:2,8,13
19:3,5,8,9,
13,19,20
20:2,6,7,9
65:6,12
**apply**
18:11 19:18
185:24 186:4
**applying**
18:5,14 25:4
187:11,16
**appointment**
34:2 36:5
**approached**
23:6
**appropriate**
154:25
**approve**
62:20 123:5
**approved**
48:12 62:16,
25 63:6
65:4,10,24
66:7,21
81:10
**approximately**
130:9 133:4
**April**
40:9 81:8
89:14 122:17
136:9 140:16
141:13
150:15 171:4
**around**
10:23 23:21
26:25 36:7
37:5 71:11
89:23 125:16
183:10

**arrangement**
5:21,25
**arts**
16:14 17:9
27:12
**asked**
11:6 23:3,7,
9 44:17
45:4,12
64:4,13
70:18 106:21
108:5,7
113:10,20
119:4,5
122:19,22
123:3,20
128:23 129:1
130:15,16,19
167:3
168:10,19
195:18
**asking**
8:1,24 36:9
40:25 42:13
54:2 66:19
92:9 106:13
107:21
110:10
162:11,17
165:6 167:16
179:24
191:8,9
196:18
**aspects**
41:9,11
176:15
**assessment**
157:10
**assigned**
95:1,2 144:6
**assignment**
50:2 51:24
180:23
**assignments**
46:7 47:17,
18 48:5
49:13,14,18,
23 50:10

Edie Nehme
December 17, 2021

51:4,10
52:22 54:4
90:3 180:24
181:6
**assistance**
41:9,12
75:24 76:11,
14,15,16
**assistant**
6:17 25:11,
13 26:7
**assisting**
21:23
**associate**
17:9 158:17
**associated**
34:10
**assume**
7:12
**assumed**
168:6 185:9
**assuming**
23:22
**assured**
67:13
Atlantic
17:14
**attached**
149:3
**attaching**
165:6
**attachments**
47:21 48:7
164:4 169:22
170:1
**attacks**
40:7
**attempt**
92:9 95:15,
18 96:21
99:13 144:21
145:23
147:16 148:2
191:3,4,20
**attempted**
165:5

**attempts**
188:23
**attend**
16:24 17:1,5
77:6 82:15
120:9 123:24
155:23
**attendance**
88:15,25
**attended**
17:12 24:16
**attending**
15:19,22,23
16:3 21:1
33:4
**attendings**
134:10,17
**attention**
68:25 153:9
**attorney**
11:3 14:13,
24 100:14
151:11 153:5
171:25
172:1,3,12,
17,24 173:6,
9 174:5,9
**attorney/**
**client**
44:6
**attorneys**
5:13
**audio**
118:5
**August**
16:1,4 24:19
74:5,22
75:15 144:5
**author**
21:17 142:23
**authored**
11:24 12:5
**authority**
13:2
**authorization**
158:20

**automatically**
31:19,21
48:14 66:2
67:16,18
113:23,25
**availability**
58:4
**available**
58:5 59:14,
16 120:25
121:11
198:6,8
**Avenue**
144:4
**avoid**
84:21
**award**
78:7
**awarded**
17:7
**awards**
78:5
**aware**
28:6 31:12
49:22 52:22
53:11 59:2
65:4,15,19,
22 67:9,11
73:2,25
75:13 78:25
79:5 80:3,7
83:18,20
86:16 91:23
94:5,8
102:25 103:2
104:5 119:22
121:9 129:5
154:24
155:19
161:4,5,19
165:12,16
176:1,7
179:10,21,24
180:21
182:13
183:9,13
186:9 187:18
192:2 193:8,

20 194:10
**awhile**
7:9 58:25
71:10 82:8
126:24
131:13 166:5
181:4

---

**B**

---

**BA**
16:11
**bachelor**
16:14,17
**bachelor's**
16:9 17:15,
19
**back**
24:18 32:18,
19,24 33:9,
12 37:22
38:19 46:13
59:7 79:2
88:21 100:9,
17,22
105:17,18
107:14
115:11
117:22
121:16
124:17
129:12 141:8
149:10
151:17
152:14
158:15 164:1
166:12 170:6
183:11
184:25
188:17
195:19
196:14
**background**
154:14
**Baptist**
144:3
**barely**

Edie Nehme
December 17, 2021

57:24 92:20
127:11
based
40:16,19
41:4,7,8
47:9,16
48:10 61:12,
22 62:2,21
63:13 64:6
66:25 67:1
69:5 70:23
71:1,2 77:18
79:23 86:16,
19 87:10,17
88:24 91:22
109:9 110:14
117:7
119:24,25
121:18
131:7,8,21
132:8 139:10
160:13 162:8
164:12
179:3,12,13,
15 190:23
basically
31:20 69:9
72:4
basis
11:5 12:24
13:7 35:21
44:8 45:13
109:7 114:4
133:9
141:22,25
142:1,2
154:3 191:24
193:7
batchelor
16:16
bathroom
38:17 67:23
68:5,10
105:10,14,
16,19,24
106:1,10,12,
16 107:2,13,
14 113:10,14

141:5 185:15
Bautista
13:17 15:5,
12
be--it's
86:25
Beach
13:17,18
17:3,4,8,10,
14 20:18
22:19
Bear
151:13
because--if
182:7
began
31:4 32:16,
17 66:20
70:23 130:1
begin
139:9
beginning
6:4 32:25
33:9 54:13
72:2 115:6
120:6 130:4
132:10
163:1,6
begun
111:15
120:23
132:21
137:10
behalf
6:7,13 51:2,
6,9 52:23
110:6
behavior
147:14 159:5
behavioral
30:20
behind
23:10 101:19
Bejar
46:9 47:4,9
152:18,19
153:8 164:2

167:13
169:18,23,25
171:12
178:25
192:10
194:16
Bejar's
47:10 179:11
belief
194:3
believe
16:1 18:9
20:7 23:20
26:2 27:13
28:9,18
30:14 32:12
33:25 34:9
36:24 37:5
38:4 56:16,
24 58:18
59:20 63:13,
16 64:12
65:25 67:3
68:21 69:13
83:15 88:20
93:3 97:15
102:12 103:6
106:2 108:2
114:4,18
121:2,6
130:19 132:5
138:21
140:10 141:1
148:22
154:17 159:5
160:1 165:22
170:24
182:20,24
183:11
184:20
185:2,6
195:20 198:6
believed
73:5 87:5
159:24
bell
130:10

below
93:9
benefit
72:24 73:8
besides
90:17 117:5
166:7
best
45:15 59:25
60:2 61:21
62:13 67:4
79:9,11
103:17
111:14 115:1
117:1,17
119:5 140:9
141:19
152:20
166:18
171:10
better
110:24
beverage
107:22 108:4
beverages
108:3
biochemistry
17:17 24:23
birth
8:13
bit
37:20 172:6
195:23
black
186:12
board
5:10 6:14
94:7
Bonnin
66:11,19
67:5 76:9
114:19
book
78:7
books
112:1

Edie Nehme
December 17, 2021

born
   29:24
bottom
   94:1 196:16
break
   7:19 10:7
   38:18 67:23
   68:1,5,7,10
   98:21 99:12
   107:13,14
   141:4,5,6
   152:6 185:16
   194:18
breathing
   43:13
brief
   141:9
briefly
   24:18
bring
   44:2,15
   88:12 106:2
   107:22 108:6
   109:25
   110:2,23
bringing
   51:13 107:25
   109:22
   123:21
broad
   112:15
   128:21
broke
   172:6,9
brother
   15:7,10
brought
   78:22
   104:10,12
   105:2 109:8,
   11,15,20,23
   110:8,12
   122:25
   123:25
   124:22
   147:13,22,25
   171:3 184:8,

11,12,15
building
   27:12 95:21
   127:1,6
   129:22
   144:25
Bulding
   170:9
business
   25:8,20,23
   151:10
   163:19,23
busy
   96:3,6
   170:13

―――――――――

C

CACOB
   198:1
California
   19:23
call
   78:7,8 127:1
   128:10
   136:21 137:2
   138:16
   149:12
   167:23,25
called
   79:6 83:7
   117:4 122:23
   124:2 126:14
   159:13
   167:16,21
   192:7
calls
   91:12 109:2
   111:3
Campillo
   26:18,23
   27:1,14,20,
   23 30:4
   33:23,24
   34:6,9,21
   35:4,8,13,
   18,20,22

36:2,7,9,13,
   15 37:7,24
   39:4,10,24
   40:10 195:6,
   9,14,15
   196:10,21
   197:5,14
Campillo's
   27:4 38:25
campus
   101:15
candidate
   18:18 21:7
caption
   143:4
car
   34:7,14,18
   35:3,9,14,25
   36:1,8 37:2,
   19,21,23
   38:1 144:7,
   15
Cardiology
   20:16 22:6,
   15,25 25:2
   26:3,7 189:6
Cardiopulmona
ry
   189:6
Cardiovascula
r
   54:16,17
   55:4,21,22
   56:4,21 72:7
   73:22 133:16
   183:24
   189:18
care
   21:11 26:22
   29:2 32:18
   33:20 40:18
   67:15 84:22,
   24 85:6
   90:14 144:4
   155:18 159:8
   198:7
career
   25:7 85:1

124:13
Carolina
   19:23
carried
   137:15
case
   71:3 110:9,
   10 186:15
catch
   126:6 137:21
caught
   125:20 126:5
causation
   182:8
caused
   27:24 31:8,
   22 71:7
   88:19 155:22
   159:11
cc'ing
   165:7
Cells
   55:7 72:11
   133:15
Cement
   25:1
center
   28:20 31:24
   50:21 58:11
   59:2 60:16,
   24,25 62:12,
   19 70:6
   72:20 75:25
   76:8
Century
   15:13,16
   127:1
certain
   8:21 11:7
   41:9 58:5
   67:21 88:19
   105:25
   180:24
certification
   25:5 38:3
certified
   5:4 24:25

38:2
certiorari
    182:10
Chad
    15:11
chair
    73:16
    120:20,21
    121:5,18
    122:25
    131:22
challenging
    148:9
Chamorro
    162:21
chance
    8:1 76:3,7,
    18 87:13
    88:5 123:17
    182:25 189:8
chances
    186:11
    188:22
Chang
    77:9,12,13,
    14
change
    23:11 88:22
    110:5 111:16
    114:5
    120:22,25
    121:5,10,17
changed
    23:10,15
    130:18 131:1
changes
    177:8
characterizat
ion
    190:6
charge
    154:21
    160:23
charged
    159:22
charges
    155:1

cheat
    185:8
cheating
    184:23
cheats
    185:3
check-in
    155:14,22
    156:2
chemistry
    16:10
choose
    57:3
chose
    87:6
Christian
    53:2,3,13,17
Christopher
    162:21
chronic
    30:14,15
    31:3,4,22
    72:5
chronology
    178:11
circumstances
    123:18
    136:16,19
    137:1,5
    183:13
    185:13
    187:22
claim
    44:12 47:11,
    18 49:7,23
    50:10 95:14
    153:15
claims
    46:15 153:12
    167:19
    175:21 176:9
    179:2
clarified
    157:9
clarify
    8:18 14:19
    21:20 64:3

162:13
194:25
195:24
class
    53:5 54:23
    58:20,24
    73:21 78:6
    84:2,7,12
    85:14 87:2,
    11 89:6,7
    94:22,23
    124:10
    145:10
classes
    32:22 54:21
    182:23
    189:12,25
    190:1,23
clear
    11:1 59:17,
    18,19 91:3
    100:8,22
    132:25 180:2
    188:25
clearly
    46:19 47:22
    142:7
clerkship
    115:5 116:24
    125:10,14
    127:20
    132:9,20
    133:18,19
    139:23
    144:1,2,6,
    11,17 145:13
    148:10 149:8
    155:21
    156:5,14,19
    157:18 159:9
    167:3
clerkships
    143:16
client
    44:11
clinic
    21:1,3 156:7

clinical
    20:20,23,25
    21:2,7 48:5,
    8 60:15,23
    170:18
clinicians
    135:22
clocking
    25:24
close
    19:18
closed
    154:1
closer
    173:18
coached
    71:19
coaching
    45:4
coerced
    157:20
cognitive
    33:3
cold
    104:6
    108:10,12,
    13,15,16
    110:8,9,11
college
    10:21 16:6
    17:1,3,4,8,
    10 19:12
    32:23
colleges
    17:12
come
    98:8 105:17
    107:14
    129:12
    132:24
    184:24
comfortable
    163:17
commendation
    134:14,15
    135:20 136:6

Edie Nehme
December 17, 2021

comment
108:9,11
109:9 115:14
commentary
127:22
135:21
168:25
commented
127:18
comments
127:25
committee
47:4,10
69:15 72:24
73:14,19
75:23 78:23,
25 79:12
82:23 125:23
127:9,18
128:4 129:7
131:17
133:21
134:24
135:5,17,23
136:18,25
141:17,20
143:1 144:15
146:4,7,21,
25 147:11
150:9,11,15
151:24
163:20
171:13 193:6
communicate
154:1
communicated
179:6 193:10
communication
s
44:6 165:12
166:24
Community
17:4
company
23:6
competency
79:14 145:12

compiled
148:25
compiling
149:20
Complainant
153:17
complaining
51:23 52:16
162:8
complaint
46:2,14
153:14
154:6,12
155:5 157:25
159:2,18,21,
23 160:16
161:2,8,13,
22,24 162:1,
2,10,11,12,
15,18,22
163:1,6
166:16
complaints
90:10
complete
50:9 84:11
96:17 177:25
178:6,9
completed
24:25 65:8,
13 70:21
90:6
completely
83:6 146:14
147:1
completing
67:17 108:1
completion
10:21 170:23
complex
125:21
126:2,11
127:4 129:17
144:25
compliant
45:24

compounding
144:18
comprehensive
174:17 175:1
computer
101:22 152:8
173:18
concede
70:20
concentrate
43:19 107:19
concern
51:13 85:18
133:11,14
concerned
6:10 52:3
81:25 82:2,3
87:18
concerns
164:16
concluded
46:4 199:5
conclusion
42:14
175:15,20
178:2
condition
8:15 28:8
30:6 34:17
conditions
195:16
condos
15:13,16
conducted
174:13
179:22
conducting
175:8
conference
95:25 96:2
99:15
100:13,23
170:9,10,12
confidence
144:11
confirm
57:13

169:13,17
confirmation
23:16
confirmed
27:23 46:14
57:12 62:17
74:13
confused
37:20 195:23
connection
100:17
consent
5:24 6:8
21:9 168:1
consider
40:22 41:2
consideration
148:6 179:8
considered
56:3 112:12
145:2
consistent
76:15 117:14
125:15 127:2
135:2
consistently
10:9,11,12
76:10
constant
102:16,17,21
170:17
constantly
25:24 31:9
40:12 107:6
111:12
131:25
consulted
119:11
171:19,23
174:8
contact
115:3 155:3
contacted
155:20 165:5
contained
74:2

Edie Nehme
December 17, 2021

contemporaneous
  148:7
contest
  121:1,16
continue
  36:3 68:8,9
  73:21 75:24
  76:13,15
  82:4 84:1,7
  85:1,4,8,9
  87:14,16,21
  88:2 115:6
  182:25
continued
  34:12 74:16,
  24 86:8
  137:22
  160:17
continues
  28:4 133:14
continuing
  133:10 138:1
contract
  23:10
control
  43:22
conversation
  53:16,25
  87:17 119:25
  120:2 140:23
  161:11
  166:11 167:6
  169:5
conversations
  11:2 132:8
  165:18
coordinate
  25:16
coordinator
  20:20,24,25
  22:21
copy
  158:25
  179:14
  199:1,3

correct
  10:16,19
  13:20 16:12
  19:22,25
  20:12 25:15
  27:19 29:20,
  22 35:23
  46:1 54:9
  55:13,15
  56:7 59:10
  61:4,8,9,13
  66:3 67:20
  72:8,13,21,
  22 73:1,7
  74:4 75:1,2,
  7,15,18,19,
  25 78:1,23,
  24 81:15
  82:25 86:11,
  12,18 89:18
  90:3 91:5
  93:11,19
  94:11,13,23,
  24 99:15
  100:5,25
  101:19
  104:25
  105:1,4,5
  113:22
  114:2,3
  119:14 122:8
  124:23
  125:3,15
  127:10
  129:24
  130:23
  135:18,19
  136:13
  138:17
  140:17,24
  141:14
  142:8,9
  143:24
  144:17
  148:19
  153:15,16
  154:18
  157:6,7
  158:9 160:6

  161:1 169:11
  171:9,16
  175:4 184:2,
  16 187:24
  191:18
  192:17
  193:15
  194:16,17
  195:17
  196:21,23,25
  197:1,12,13,
  16,17
correctly
  16:2 108:2
  130:21
  161:16
  177:21
correlation
  182:7
correspondence
  164:15
coughing
  98:20
counsel
  5:24 6:2,5,
  17,25 42:5
  151:8 196:10
counseling
  57:4,11
  60:16,24
  61:10 71:7
  75:25 76:8,
  22
counting
  97:23
country
  19:20 29:13
COUNTY
  5:1
couple
  7:10 14:9
  15:1,2,4
  51:1 62:15
  84:6 123:19
  194:24
course

  17:13,18,20,
  25 23:9
  24:22 31:19
  48:10 54:25
  55:8,11,19
  56:8 65:13
  73:22 74:16
  77:24 78:6
  80:5 86:7
  88:1,16
  89:22 91:7
  92:24 93:6
  95:8 112:2
  115:24
  116:6,13
  124:9 139:1
  167:3,10
  180:22
  183:4,5,6
  189:9,20
  190:3,25
  191:5
courses
  50:23 52:21
  78:2 89:15,
  20 112:24
  183:2,20,21,
  22,23 184:4
  189:16
  191:3,15
  198:17,20,21
court
  5:2,11,22
  6:10,19,24
  8:4 70:10
  99:3,4
  116:17
  117:24 118:3
  123:8 147:4
  173:13,16
  174:2 182:10
cover
  47:15 122:7
COVID
  135:8 153:25
  162:6
create
  87:9

Edie Nehme
December 17, 2021

creates
  94:3
credentials
  17:22 25:15
criteria
  93:18 161:18
CROSS
  195:1
culminated
  156:2
current
  26:9,10
cursor
  147:19
cut
  171:21
cutting
  172:4

---

D

dad
  15:9 128:11
  136:20,21,22
Dagher
  22:9
date
  5:5 8:13
  14:8,10
  23:21 24:20
  28:25 29:4
  36:8 37:1
  55:9 58:14
  69:17,19
  70:17 80:11
  103:18
  118:24
  120:12,14
  154:6,9
  163:5 164:5
  166:2 170:5
  171:14
  197:15
  198:15
dated
  70:8 79:21

dates
  77:5 79:23
  120:4 130:2
dating
  196:14
Dato
  52:13
Dax
  182:19
day
  9:16 23:7,9,
  16 44:20
  80:2,8 89:4,
  7,8 96:7,11,
  14,21 97:11
  104:10,23
  106:8 108:7,
  14,16
  109:20,22,24
  110:19,20,25
  112:8 121:18
  122:15
  123:9,13,16
  125:18
  129:22
  132:2,5
  133:1 149:12
  155:11,25
  156:10
  157:25 158:5
  159:2,18
  170:11,16
  191:22
days
  88:19 117:20
  118:16
  129:14 132:5
  151:10
  163:19,24
  190:19
deadline
  146:12
deal
  87:15 132:9
dealing
  81:6 156:12
dean
  50:20 81:19

82:13 83:13,
14,15,16,17
87:16 115:2,
16 119:7
132:7,11,12,
19 140:10,
20,23 155:9,
19,20 156:6,
12 157:3,17
158:13,17,
19,23 159:5,
16,24 160:13
161:8,22
166:17
178:22
193:20
194:5,6
dean's
  194:13
deans
  120:1,3
debt
  186:25
  187:4,23
  188:1
December
  5:5
decided
  47:1 57:10
  123:9 140:23
  141:13 169:9
decision
  46:10,11,17
  47:2,10 69:9
  84:16 86:22
  120:5 123:6
  132:15
  133:12
  134:3,20
  140:6,25
  141:16,21
  146:17
  147:13
  149:19 151:1
  163:19 164:3
  167:9,11,13,
  14,15,17,21
  177:12,19,24

178:5,14,21,
25 182:10
187:20 188:3
191:25
192:9,11
193:2,23,24
194:8,11
declared
  140:5
dedicated
  151:2 188:2
define
  40:17,23
  41:1 172:14
definitely
  10:23 181:22
definition
  40:24 41:6
definitive
  140:12
definitively
  166:5
degree
  16:8,14
  17:7,15
delay
  7:25 118:10
  119:2,4,10,
  13
delayed
  118:23
deliberate
  45:20 46:15,
  22,24 193:6
deliberately
  191:23,25
deliver
  25:17
denied
  18:25 19:1
  113:8,18,22
deny
  169:13
department
  58:19 126:13
depending
  95:7

Edie Nehme
December 17, 2021

depends
  21:13
depo
  196:9
deposition
  5:8,14,15,16
  6:9 10:1
  11:1,14
  12:22 13:1,
  9,22,23
  14:1,14,15,
  17,25 199:4
depressed
  151:5
depression
  28:11,13,16
describe
  95:23
deserving
  157:11
designated
  154:25
designee
  164:14,21
  165:14
  167:13
  169:18
  171:12
  194:15
desired
  175:3
desktop
  196:3
Desmarais
  29:15 30:5,
  11,12,20
  54:16 56:18
  57:11,15,16
  59:3 60:22
  61:1,5,22
  62:9 63:23
  64:7 69:20
  76:11,16
  119:6 140:13
detail
  57:23

detailed
  101:8
determination
  153:3 176:2
determine
  61:6 79:13
  176:9 180:12
  192:23
determined
  61:11 62:21
dextroampheta
mine
  39:12 196:20
  197:10
diagnose
  61:23
diagnosed
  8:20 27:20,
  24 28:1,10,
  20,21 29:11,
  16 54:8
  61:11
diagnoses
  40:6
diagnosing
  28:7 30:12
diagnosis
  10:12,14,15
  27:22,23
  28:3,4 29:13
  30:10 38:10
  41:4,7,8
  56:19,23
  57:13 60:14
  62:10,17,21
  63:13
difference
  111:22
  120:13,16
  176:21 177:1
differences
  177:3
different
  30:18 65:22
  93:20 109:17
  111:9 152:1
  189:25

differential
  179:3
differently
  27:10 122:20
  130:17
difficult
  25:22 50:11
  166:12
difficulties
  73:6
difficulty
  196:5
direct
  7:5 22:9
  31:8 68:25
directed
  155:9
directly
  30:2
director
  112:3 115:4,
  9
directors
  155:21
disabilities
  44:13 51:13
  58:6 59:10
  159:6
disability
  41:5 50:21
  58:1,10,12
  60:25 62:12
  154:4
  156:15,21,
  23,24 157:6
  159:14,25
  162:8 179:4
disabled
  40:22,24
  41:3,6
  182:14
  184:21
disagree
  59:14
disclose
  157:14

disclosed
  157:9
discriminated
  45:7,13,18
  47:3,12
  180:14
discriminatio
n
  153:15
  154:3,13
  155:1
  159:22,23
  160:23
  164:17
  167:19
  175:21
  176:10
  180:16
discriminatory
  154:9
discuss
  90:14,19
  144:1 158:20
discussed
  166:3,6
discusses
  121:10
  143:12
discussing
  158:18
discussion
  64:21 167:12
discussions
  11:10 140:4
  164:13
  190:16
dishonesty
  23:14
dismiss
  46:11 132:19
  149:19 178:6
dismissal
  27:25 28:14,
  17 31:7,11
  35:23 37:12
  38:8,15

Edie Nehme
December 17, 2021

40:11,15,20
72:4 74:19
86:10,22
88:12 116:12
119:23
132:13 133:9
157:22
159:14
177:24
184:13 187:7
188:4
195:10,16
197:16
**dismissed**
26:20 31:13,
20,21 34:11
36:3,12
37:8,25 38:2
46:18 57:9
74:10 75:1
83:11,12
88:7 132:13,
14 146:25
182:20,22
184:22
185:21
186:1,10,13
187:12,14,17
188:7,12
190:16,21
192:12
**disorder**
28:11 30:13
61:12,23
197:4
**dispatcher**
25:16
**dispute**
87:6 89:11
**distracted**
132:1 133:3
146:22
148:17
157:18
**distracting**
63:15,17,21
111:20

**distraction**
42:24 45:22,
25 63:8
64:13 65:1
114:1 131:23
132:23
145:24
146:11
**distractions**
64:15,23,25
73:11 111:23
**distractive**
48:25 49:9
63:24,25
64:2,5,11,18
105:3 115:18
131:18
**District**
5:11,12
**disturbance**
103:1,3
**Diversity**
154:20 179:2
**doctor**
26:9,10 30:5
198:6
**doctors**
26:12,14
28:19 134:10
**document**
60:9,11,13
61:13 68:24
69:1,6,7,8,
14,18 70:23,
24 71:1
75:22 76:1
78:15,19,20
79:25 80:17
81:13,14
82:14 117:22
121:13,22,25
124:14,18
127:8 136:17
142:11,12,
18,23 149:10
150:2 160:2,
11,15,20,22
161:9,11,18

169:16
178:17
196:2,4,7,8,
9,12,25
197:2
**documentation**
21:18 22:4
60:12 124:19
148:23 167:5
**documentations**
71:3
**documents**
11:6,7,9,13,
23 12:4
13:4,8,12
134:16
135:4,7,12,
14,16 136:8
149:3 170:14
174:18
**doing**
7:15 21:15
22:25 24:21,
23 25:10,12
31:10 56:18
57:12 139:23
150:23
186:21
**dollars**
20:22 22:23
**doom**
163:23
**door**
96:5
**dosage**
30:25 31:1
**draft**
22:4
**drafting**
21:24
**DRC**
59:23 62:14,
19 63:6
65:24 67:13
70:6 165:4,
6,9,10,13

**drink**
107:25
**driver**
144:8
**drivers**
25:14
**drug**
148:1 156:4,
5,7 157:8,
13,21 158:3,
8,14,18
160:5 166:17
**drugs**
157:20
**dual**
38:2,3
**due**
33:13 36:19
73:9 84:19
88:15 102:21
111:25
129:14 142:4
143:5,21
146:25
148:25
158:21,23
170:20
171:1,15
184:22 191:6
**duly**
7:3
**duties**
20:23 21:1,4
22:24 118:24
**duty**
48:14 157:16

---

**E**

**ear**
104:21,22,24
105:2,7
111:20
113:20,23
**earlier**
36:10 54:7
65:25 87:3

Edie Nehme
December 17, 2021

148:23
193:5,12
**early**
29:5,9 31:12
39:6 40:19
**earned**
145:11
**easier**
89:23,24
**easiest**
145:2,5
**Eastern**
5:6
**eat**
98:23 99:3
**education**
16:4 151:6
171:19,23
**educational**
24:15
**effect**
174:6 192:5
**effective**
80:18
**effectively**
188:3
**effort**
149:18
**either**
34:10 64:9
74:25 89:9
114:5 118:13
140:1
**elaborate**
41:1 77:10
**elaboration**
128:22
**Elaine**
5:3
**elected**
169:1
**electing**
187:23
**elements**
179:9
**elevator**
96:5

**eleven**
130:9
**Eli**
8:12
**Elie**
5:8,9 6:8
7:2 195:3
**eligible**
73:3 146:23
**Elijah**
6:16 52:10,
12
**Elizabeth**
22:9 164:2
179:11
192:10
194:15
**email**
63:2 65:25
66:9,16
67:5,8 97:7
114:18,20
115:3 118:22
119:7 152:15
155:10,13
163:24,25
164:6 165:7
167:4 185:1
192:25
**emailed**
152:17
**emails**
66:12,21
67:18
**embarrassed**
159:10
**emergency**
143:21
**emphasized**
75:3
**employed**
20:13
**employee**
64:23 110:22
**employees**
61:3

**employer**
24:16
**EMT**
24:24,25
25:5
**Ena**
97:15 106:9
**end**
32:14 33:6
85:24 150:23
156:3
**ended**
32:14,15,17
117:2 139:19
151:3
**ending**
32:19
**engaging**
169:5
**enroll**
17:18
**enrolled**
24:24 27:2
32:20 52:21
53:11 54:11
143:13
**enrolling**
21:3
**enrollment**
18:21 24:20
57:21
**enrolls**
21:11
**entailed**
64:11
**enter**
172:2
**entered**
134:15
**entering**
129:4
**entire**
124:12 133:4
189:8
**entity**
187:19

**environment**
157:23
**environments**
41:13
**Equality**
154:20
**equates**
93:20
**Equity**
179:2
**erased**
188:3
**Eric**
26:18
**essentially**
31:5
**established**
98:2
**evaluation**
93:6
**evaluations**
79:12 135:20
148:24,25
**event**
85:10 145:14
159:11
**events**
8:16,22
21:16 77:17
150:24
178:11
**Eventually**
65:19
**everyone**
58:25 110:6
113:24 185:1
**evidence**
145:12
**evident**
144:12
**exacerbating**
148:9
**exact**
14:10 20:3
26:24 37:1,
14 55:9
58:14 82:8

Edie Nehme
December 17, 2021

120:4 126:12
**exactly**
  23:21 55:5
  70:16 126:24
  166:12
**exam**
  31:18,19
  45:23 46:6
  47:15 54:20
  56:9,16
  66:9,15,25
  67:2 92:2,
  19,23 93:2,
  14,19 94:9
  95:11,16,19,
  20 96:8,17,
  22,24,25
  97:4,7 99:14
  100:1,23
  102:6,11
  103:19
  104:14,17
  105:8,11
  106:3,9
  107:12,13,
  15,19
  108:12,17
  110:9,19
  111:14,16,18
  112:2,4,9
  113:7,20,21
  114:13,17,24
  115:12,13,
  17,21
  117:14,20
  118:16
  122:20
  123:13,16,20
  125:3,19
  126:3
  127:10,24
  128:6,7,10,
  15,16,23
  129:3,13
  130:2,3,23
  131:2,6,10,
  15 132:2
  133:1,4

137:8,18,25
138:5,12,18
139:1,11,14,
19 143:20,23
144:22
145:1,15,17,
20,24 146:8,
11,14,22
148:5,15
149:12
156:14,19
157:1,5,19
159:12
160:3,12,25
166:13
170:5,12
176:10
180:22
190:25 191:7
192:5,6
193:14 194:1
198:23
**EXAMINATION**
  7:5 195:1
  197:22
**examinations**
  57:18 190:20
**examined**
  7:3
**exams**
  48:20,21
  63:8 64:15
  65:18 67:19,
  21 72:25
  77:19 88:24
  91:4,8,15,
  16,19 92:5,
  15 94:19
  97:20 113:18
  127:20,23
  128:2 129:3,
  6 133:20
  137:6,22
  138:10
  145:2,5
  147:3 166:15
  170:8 180:24
  181:9 189:3,

4 190:23
191:2,14,17
**excessive**
  142:8 148:21
**excluding**
  170:1
**excuse**
  24:1 39:9
**excused**
  82:4,7 84:19
  89:1,2,4,5,6
  121:7 129:2,
  5,10,13,14,
  18,21,25
  130:5,9,13
  139:21
  190:19
**executive**
  158:16
**exhibit**
  65:3 88:13
  120:10
  124:6,7
  140:18
  151:14,20,23
  152:9 170:14
  171:18
  178:20 196:8
  197:19
**exhibits**
  60:7 116:10
  149:20
**Exibit**
  150:1
**exists**
  78:9 187:10,
  15
**expect**
  60:3 71:20
  82:19,22
  158:16
**expecting**
  87:16
**experience**
  71:12
**experienced**
  144:25

**experiences**
  98:3
**explain**
  21:9 63:18,
  25 64:9
  72:15 93:12,
  15,17
  123:15,17
  128:15
  141:20
  146:21
  147:12,16
  160:3
**explained**
  127:8 128:9
**explanation**
  143:19
  148:14
  160:11
**explanations**
  147:3
**explicitly**
  168:19
**express**
  157:3
**extension**
  163:11,13,
  21,24 164:3,
  5
**extent**
  11:5 13:12
**extinguish**
  126:22
**extra**
  48:10,24
  49:9 50:6
  63:9 95:2
  181:7
**extremely**
  71:14
**eyes**
  100:12

---

**F**

**face**
  98:10 116:12

123:5
**faces**
  101:9,10
**facilitate**
  54:2
**facility**
  23:8
**facing**
  31:7 100:1,
  3,4,6,9,24
  146:25
**fact**
  44:6 52:20
  87:21 110:22
  112:20 124:8
  143:15
  148:16
  160:24 169:2
  180:23
**factor**
  7:23 84:8,14
  193:17
**facts**
  44:11,18
  45:4 82:20
  156:22
**faculty**
  51:14 159:10
  170:18
**fail**
  31:18 54:22
  56:8 90:2,4
  91:4,6,15,19
  137:7,22
  138:1,15
  145:3 181:9
  183:4,22
  189:18,22
**failed**
  54:16,18,19
  55:11,20
  72:7,10
  80:4,8,22
  83:3,19
  88:14 91:8
  94:10,12,15
  112:6
  114:14,16,

19,21,24
115:1,17,21,
24 121:6
124:9 127:23
128:16
133:15,16,
17,18 134:13
136:22 137:3
138:10,12
139:8,9
144:20 145:5
160:3 181:17
182:3 183:2,
6,20,24,25
184:4 188:23
189:3 190:2,
3,4,23
191:1,3,4,9,
17
**failing**
  31:18 80:12,
  19,21
  111:23,24,25
  117:5
  137:17,20,24
  138:4 159:12
  160:12
  182:23,24
  189:16 191:5
**failure**
  46:19 74:16
  82:13 86:7
  88:17,19
  89:25 92:1
  93:10 116:6,
  13 117:14
  124:1 136:15
  142:4 143:16
  152:25 153:6
  170:24
  171:1,4
**failures**
  183:12
  191:11
**faint**
  101:7
**fair**
  13:14 19:4

39:15 56:23
67:6 74:23
79:15 87:8
98:4 176:16
**fall**
  37:4 161:17
**false**
  87:5 124:4
**familiar**
  89:19 98:9
  102:5 124:11
**family**
  19:18 25:23
  72:16 73:6
  91:20 92:2
  128:5 137:17
  138:11,19,20
  139:5,7
  144:2,10,13,
  21 149:9
  158:21
  191:21
**family's**
  13:19 25:8
**far**
  6:9 10:11
  13:1 87:18
  106:8 144:14
  186:7
**fast**
  68:25 142:14
**father's**
  143:21
**fathers's**
  138:16
**fault**
  144:9
**favorably**
  182:15
  184:20
**fear**
  85:4,7
  157:21
**February**
  130:6 139:22
  154:10 155:9

**federal**
  42:17
**feel**
  7:14 45:6,13
  108:13 159:9
**felt**
  163:17,22
**female**
  171:20,25
**fifth**
  94:2
**figure**
  42:14
**file**
  22:2 155:4
  174:6 182:9
**filed**
  5:11 44:10
  46:2 83:5
  144:8 150:12
  153:14
  160:22
  162:15
  173:10
**filing**
  162:21,25
  174:9
**fill**
  153:20
**filled**
  153:22
  161:10
**filling**
  21:22
**final**
  16:21 46:10
  54:20 56:9
  159:20
  182:11 194:8
**finally**
  177:12
**find**
  11:20 34:6
  59:22 89:22
  114:16 127:5
  151:14 152:9
  158:15

172:22 174:3

**finding**
114:14
136:14

**findings**
75:23 78:12,
13,14 86:13
89:11 116:10
117:9 133:8
134:1,8
141:12 158:8

**fine**
12:25 38:19,
21 99:1,5,7
152:8 185:16

**finish**
8:5 116:2
186:20

**finished**
8:2 114:13
115:12 193:2

**fire**
123:12
125:20,24
126:6,13,14,
16,22 127:5,
6,14 129:16,
22 133:1
136:19 137:1
145:1 146:7
149:13

**firemen**
126:10,21,25

**first**
7:21 13:3
14:8 18:10
19:10 26:4
31:5,13
32:25 34:23
37:21 55:8,
12 58:13,16
60:13 66:14
67:8 68:20,
21,25 69:11
71:12 72:3,
16 94:10,12,
15 95:10,15
111:23,25

112:6 113:13
114:21
116:10
122:4,5,7
123:21
136:22
137:24
138:5,12,13
139:13
140:17
142:2,14,16
143:4,11
144:21
145:6,8
160:23 161:4
163:15
165:25
166:4,6
171:6,16
177:2,3,8
178:9 183:2,
4 187:11,13,
16 189:9,13
191:3,4
192:8 195:13
197:3,14

**fit**
98:20

**FIU**
6:17 8:17,23
9:6 10:13,21
11:24 12:5,
15 15:19,22,
23,25 17:13
18:11,19,23,
25 19:1,3,5,
7,8,10,12,15
20:10 24:21
26:20 27:2,
22,24,25
28:19 29:16
30:8 31:14
32:20 35:23
36:3 37:9,
13,25 38:8,
15 40:11,16,
20 44:11
45:18 47:3

48:13 53:11
54:7,11,24
57:20 58:3,
19 60:3,25
61:3,10
62:19,21
63:1 64:22
65:16 66:8
69:12 75:22
76:11 81:14
85:10,14
94:3,5
104:24
110:22
112:11,22
119:11 121:6
133:23 134:3
140:4 143:7,
13 149:24
153:10
154:13 155:3
156:7 160:23
164:20 165:1
173:10
174:6,10
177:24
182:22
188:2,12,21
189:8 197:16
198:5,16

**FIU's**
87:21

**five**
15:2 32:5
97:22 143:22
151:10
163:19,23
165:21
185:16
191:1,10,11,
14,17

**flames**
126:19 127:7

**Florida**
5:1,4,9,12,
21 6:14
13:18 19:17
24:13 30:2

144:5

**focus**
11:7,21 13:9
107:12,14
111:14,19
124:16,17,22
153:6 163:22
170:20

**focused**
108:17

**focusing**
11:20 157:19

**follow**
158:23

**follow-up**
197:20

**followed**
158:19

**following**
21:14 38:23
68:15 75:17
85:24 99:10
141:10
151:16
152:11
185:19
198:11

**follows**
7:4 94:5

**foot**
170:17

**forced**
157:13,14,21

**forgot**
131:24 132:4
133:3 146:1,
3,12,15,24
147:1 173:1,
3

**forgotten**
131:20,23

**form**
21:9 33:4
35:6 36:16
39:19 41:16,
24 43:6 44:4
60:17 61:14,

Edie Nehme
December 17, 2021

25 62:22
70:15 76:20
87:24 90:16,
21 91:10
92:22 98:5
100:19
108:24 109:3
110:16 111:2
112:13
113:15
116:14
117:16 147:7
152:21
153:20,22
154:12
157:25
159:2,18
160:7,14
168:2,12
173:11
174:7,20
175:5,17
176:3,12
181:18
187:25
188:8,13,24
191:13 192:1
**formalize**
172:11,14
**forth**
119:18
147:22
**forty-five**
98:25
**forward**
84:12
**found**
23:12 89:24
151:6 185:2,
3
**four**
24:21 83:22
133:23 151:1
190:22
**fourth**
69:2 115:6
120:6 132:10

**frame**
26:24 126:12
**free**
7:14
**freeze**
42:23 110:4
**Friday**
5:5
**front**
69:15 117:5
120:15
121:14
135:23 136:1
159:10,13
192:8
**frost**
101:8
**frosted**
99:20,22
100:9
101:18,21
**froze**
42:21
**frustrated**
103:5
**full**
8:11 49:24
50:3 102:10
134:2 143:11
153:25
**full-time**
22:7 23:24
24:3 25:21
**fully**
57:23 79:5
135:9 155:19
**Furton**
164:1
**future**
84:21

_____

G

**GAD**
28:11
**game**
13:14

**garbled**
7:16
**Gardens**
13:18 20:18
**gave**
55:9 127:12
137:19 144:2
146:6 147:3
148:14 164:3
178:5 183:16
188:21 189:8
**general**
6:17 28:11
55:17 79:7,8
109:24
121:23
**generally**
78:17
**generic**
39:11,19
**Genes**
55:7 72:11
77:25 133:15
**getting**
21:12 50:22
51:23 53:22
55:16 56:12,
15 89:2 97:9
139:21 151:1
195:4,9,14,
19
**give**
6:21 14:10
20:3 21:8
37:14 42:10
50:11 51:25
52:2 53:2
77:18 78:5
102:15
126:12 153:9
166:2 194:18
196:1
**given**
49:25 54:4
70:17 128:14
131:16 143:6
146:23
148:16

150:18
158:20
160:24
161:24
181:6,10,15,
16,17 182:1,
2,25 196:10
**giving**
21:12 32:1,2
177:16 196:2
**glass**
96:1 99:17,
19,20,22
100:9 101:19
**GMC**
54:18,19,23
77:25 124:9,
16
**goes**
158:2
**going**
7:9,12,20
8:3 11:4,19
28:13 36:7
44:23 59:7
60:7 66:10,
17 68:2,8,9,
24,25 70:5,6
73:4,20
78:16 80:20
90:15 97:10
100:16,22
105:10 107:6
115:11
116:23 117:2
121:21,22
122:12
124:13 126:3
132:15
142:11
143:10 145:4
147:19 150:3
151:19 152:5
153:8 166:7
178:20 181:3
187:9 193:3
**Golden**
31:24

Edie Nehme
December 17, 2021

good
  5:2 7:7 21:7
  98:20
GPA
  16:21
grab
  98:23
grade
  17:21 49:17,
  20 78:6 90:5
  92:21 93:1
  145:10
grades
  78:3 180:22
  190:12,14
graduate
  16:6
graduated
  18:1,4
graduating
  24:22
granted
  54:24 72:25
  85:10 87:20
  113:3 119:9,
  14 163:18
grave
  133:10,14
great
  19:16
ground
  142:6
grounds
  142:25
  149:22
guess
  27:10
guys
  24:7 141:8
  152:7
Gynecology
  128:7

—————————

H

—————————

half
  56:17 63:8

96:19,20
98:24
Hall
  153:10 155:4
  160:17
  161:3,7,12
  162:14,16
  165:19
  166:25
  167:16,21
  168:4
hallway
  96:3 99:18,
  19 100:1,4,
  7,10,24
  101:3,17,19
  170:13
halted
  153:4
handbook
  31:16,17
  55:1 57:19,
  25 59:7,9,
  11,14,20,22,
  23,24,25
  60:3 65:20,
  21 79:11,15
  116:9
  119:19,24
  120:24
  121:10,19
  135:2,6
  141:18,22
  158:3,8,16
  189:10,11
hands
  194:14,15
Hanna
  6:7
Hannah
  6:6 8:24
  11:4,15,19,
  25 12:6,11,
  16,23 13:5,
  23 14:2,15,
  19 26:14,17
  35:6 36:16
  38:17,21

41:16,24
42:4,7,13,
19,22 43:6
44:4,14,18
45:1,8,15
52:2 60:17
61:14,25
62:22 67:22,
25 68:5,9,13
70:14 71:1
76:20 87:24
90:16,18,21
91:10,12
92:22 98:5,
24 99:2,6
100:16,20
108:24
109:2,6
110:16 111:2
112:13
113:15
116:14
117:16
118:6,12
141:4 142:13
147:6 152:21
160:7,14
168:2,12
172:6,9,22,
23 173:2,4,
11,15,17
174:7,20
175:5,17
176:3,12
181:18
185:15
187:25
188:8,13,24
191:13 192:1
194:21,24
195:2
197:18,21
198:13,25
199:3
happen
  116:23
  127:20
happened

24:7 39:3
54:12 57:14
62:11 66:17
70:7 71:11
77:17 82:10
83:1,24 88:8
114:13,23
117:2 122:18
123:21
124:16,20
126:2
129:18,23
131:22
166:11
167:17,22
happening
  42:21 80:3
  186:16
happy
  87:13
harassment
  157:23 179:3
hard
  142:13
harder
  89:25 90:1
  186:11
Harscher
  58:7 59:1,4
  71:19 140:14
Havas
  81:19 82:14
  83:14,15,18
  86:24 87:10,
  16 115:2,16
  132:7,12,19
  140:10
  155:9,19,20
  156:6,12
  157:17
  158:10,13,
  19,23 159:5,
  24 160:13
  161:8,22
  166:17
  180:14,16
Havas's
  157:3 159:16

Edie Nehme
December 17, 2021

have--
  82:16
head
  16:22 27:8
  48:4 98:8
  100:12
  101:18,22
  152:23
  182:18 184:6
health
  23:8 25:7
  28:8 30:6
  70:5 72:15
  73:6 156:7
hear
  100:18,20
  108:25
  111:21 118:6
  130:24 147:5
  171:21 172:5
  173:14,15
  177:14
heard
  19:16 118:12
  123:9,10
  169:20
hearing
  31:13 47:10
  57:14 68:20,
  22 69:11,15
  70:8,22
  71:7,9,13,
  15,23 72:6,
  14,23 73:10,
  15 74:9
  75:10 77:4
  79:22,24
  80:1,2,3,6
  82:10 85:17,
  19,22 86:4
  88:10 89:10
  91:23 115:23
  117:9,10,11,
  13,21
  118:20,21
  119:2,5,10,
  21 120:18,
  19,20

121:11,17
122:13,15,
18,19 123:24
124:8,13,23
128:20
129:19,23
131:5,12,13
132:7
134:22,23,25
135:3,13,17
136:9,12
137:1 141:24
143:24
146:17
171:2,12
178:22
188:7,12
193:13,23
hearings
  82:24
heater
  104:3,4,9,12
  108:19
  109:8,19,22,
  23,25 110:2,
  9,12,17,23
Heidi
  58:7 140:13
held
  79:24 80:1
  122:16
Helen
  49:3 120:20
  121:17 123:4
  132:22
help
  153:5 165:6,
  8,9 173:4
helped
  71:19 151:7
  153:5 172:12
  173:7
helping
  157:16
Herbert
  19:12
high
  90:5 112:5

higher
  93:4 94:4
highest
  78:6
hindsight
  130:15,16
hired
  26:6
hiring
  25:14
history
  21:12
hit
  34:8 144:7
hold
  16:8,11,14
  23:2 24:6
  26:4 172:8
  196:1,5
home
  13:19
honest
  40:21 131:20
honestly
  27:3 38:16
  55:5 71:10
  82:19 103:21
  106:11
  173:1,3
horrific
  150:25
hospital
  27:9,11,12
  128:11 144:3
  159:8
hostile
  157:23
hour
  20:22 22:23
  98:24 127:2
hourly
  23:11
hours
  15:1,2,3,4
  22:5,7 23:24
  26:1 96:16
  102:10,17

111:12
131:25 133:4
145:19
148:18
house
  15:5
housekeeping
  7:10
humiliated
  159:9
hundred
  10:22 50:12
  68:22 71:21
  73:17 102:8
  106:18
  121:13
  145:11
  165:22
  183:15
Hunt
  197:24
Hunter
  30:17,23
  62:17 196:24
  198:5
HWCOM
  48:13 58:9
  59:14 60:23
  63:1 66:1
  67:13,18
  77:2,8 94:3
  119:18
  147:11
  163:20
  182:23
  184:25 185:1
HWCOM's
  59:9 60:15
HWCOM's's
  82:6

---

I

idea
  46:2 121:23
  153:4,11,14,
  23 154:15

Edie Nehme
December 17, 2021

159:21
161:2,5,19,
24 162:5,22,
25 163:5,9
164:9,13,15
165:13
174:13
175:13
178:1,13
179:8,12,16,
22 180:1,18
192:4
**IDEA's**
179:15
**ignore**
47:1
**ignored**
47:1
**Iliane**
15:9
**illness**
157:15
**images**
101:7
**immediately**
143:22
145:1,15
**impact**
179:17 180:5
181:1,13
182:4
192:17,24
**impacted**
180:8
**impair**
8:16
**impairment**
41:14,22
43:4,12,15,
18,21,24
**impending**
163:23
**implement**
77:21
**important**
7:23 146:21

**importantly**
158:24
**impossible**
102:15 186:2
**impression**
168:6
**impressions**
11:21 13:10
**improper**
44:4,14,16
112:1,7
170:25
**improve**
17:21,22
190:12,14
**inability**
8:21
**inaccurate**
129:8
**inappropriate**
13:11 44:25
45:3
**inappropriate
ly**
159:7
**incident**
83:5 145:16
**include**
21:4 124:18
134:14
148:16,22
161:14 162:9
164:4
**included**
25:14 48:3
74:14 136:8
149:15
152:24 177:2
**includes**
21:12,14
134:9,11
**including**
74:19 86:10
149:6 170:14
**Inclusion**
154:19 179:1

**incomplete**
131:8
**incorrect**
18:3 66:4,5
124:4 135:25
147:17
168:13,18,20
190:6,7
**incorrectly**
97:14
**increasing**
84:20
**indeed**
46:5 148:6
**independent**
179:15,22,25
**indicate**
6:2 69:14
143:4 145:14
155:12 195:8
196:19
**indicated**
24:20 87:3
144:15
196:25
**indicates**
47:22 143:6
**indicating**
8:21 66:1
158:10
162:24
170:14
195:18
**indication**
179:16 180:4
**indifference**
45:20 46:16,
22,24 193:6
**indifferent**
47:2 191:24,
25
**individual**
162:20
172:20
**individuals**
47:11 94:16

**inform**
48:16 76:23
**information**
58:24 59:13,
16 74:1
134:4,6
141:23
143:9,12
144:3,14
145:6,13
147:22
153:18
157:15 164:8
**informed**
66:24 72:24
73:8 81:19
82:20 120:22
121:5 156:3
166:15 192:3
193:19
**informing**
21:5 63:2
67:14 140:21
151:4
**initial**
28:3 120:12
122:22 161:2
162:15
**initially**
26:6 34:11
63:22 79:6
116:22
177:14
**injections**
21:13
**input**
44:5 193:9
**inputted**
159:18
**inside**
108:4
**instance**
125:24
**instances**
123:25
181:25 182:2

Edie Nehme
December 17, 2021

Institute
  22:17 23:5
  25:7
institution
  16:4 54:8
institutions
  24:15
instruct
  11:8,16
  12:6,23 44:7
instructed
  112:3 119:7
  153:11 155:4
  161:7
intentionally
  47:1
interested
  17:20,25
interfered
  118:24
internal
  38:4 153:14
internally
  67:12 160:23
  176:9
International
  5:10 6:14
  24:13
Internet
  7:16
interrogatori
es
  12:10
interrupt
  80:13
interview
  174:19
interviewed
  166:20,21,23
interviews
  174:12
  175:4,7
invested
  186:18,24
investigate
  153:12 155:1
  164:16

180:19
investigated
  161:12,15
investigating
  159:22
investigation
  46:3,8,12,
  13,18 47:22
  48:7 52:17,
  19 98:14
  162:18 164:9
  165:15
  166:22
  167:18
  174:17
  175:1,2,8,
  12,16,20
  177:25
  178:6,9
  179:23
  180:12
  192:10,15,18
  193:1 194:7
investigative
  12:14 98:16
  103:3 166:19
  176:19,22
  177:19
  180:6,9
invitation
  155:10,13
involuntarily
  140:2 150:19
involved
  144:7 194:7
Iris
  6:16
irrelevant
  123:22,23
issue
  13:6 52:16,
  24 109:15,16
issued
  12:15 178:13
  179:1 196:11
  198:10

issues
  7:11 30:6,7
  72:16 73:6
  85:2,6,18
  90:8,9,25
  91:3 118:5
  143:21
issuing
  184:25
item
  112:10
IX
  154:17

_____

J

jail
  71:17
January
  39:1,7,23
  40:8 80:18
  81:4,7 130:5
  139:22
Jeffrey
  52:13
Jerome
  31:24
JLE
  25:2,8
job
  107:12,15
join
  85:14
Jones
  81:19 83:14,
  16,17 87:16
  119:7 132:7,
  11 140:10,
  11,20,23
  165:7
journey
  50:3 123:1
July
  10:17 69:17,
  21 70:8,24,
  25 72:14

jump
  42:9 115:11
June
  23:20 24:6,9
  179:7

_____

K

kangaroo
  123:8
keep
  100:16 103:7
  137:11
  146:18 161:7
  172:4
Kenneth
  164:1
kept
  107:5 123:20
  132:12,13
  157:15
  170:20
kicked
  157:13
kind
  17:7,21
  18:24 21:13,
  17,24,25
  22:13 23:3
  25:12 47:19
  51:7 56:22
  71:17 78:5
  90:15 113:7
  142:13
  172:2,11
  197:3
kinds
  57:12
knew
  34:15 36:2
  45:23 46:25
  51:15 75:16
  82:25 84:3
  86:11 98:1,
  22 119:24
  132:14
  156:12,24

Edie Nehme
December 17, 2021

know
    8:3 10:6
    11:2 20:5
    24:22 28:10
    39:8 40:1
    42:22 44:11,
    16,19 50:17
    52:13,14,15
    53:12,17,20
    54:15 55:8
    57:6,24
    59:6,11
    62:11 65:10
    66:22 67:25
    78:8,10,20
    79:1,25 80:4
    82:22 83:15
    87:4 88:8,9
    93:15,16,17
    97:9,13,25
    98:6,7,21
    100:14
    101:24,25
    103:2,12,25
    104:2,11
    105:23 107:6
    111:15
    112:16
    115:21 119:1
    120:24
    121:15,20
    126:10,14,
    15,16,21
    136:3,5,7
    150:14
    151:5,6
    154:14,20
    157:3 163:8,
    9 166:14
    175:9 176:21
    178:8 180:3
    183:6,20
    184:7,10,12
    186:11,15
    188:15
    192:21,25
    193:19 194:2
    198:4

knowing
    67:1 80:21
    82:19 84:5,
    11
knowledge
    23:11,16
    47:13,24
    54:1,5
    67:10,14
    79:9,11
    114:12
    117:1,18
    134:18
    145:10
    156:4,8
    157:4 158:20
    164:7,12,18
    174:16,25
    176:8,15,25
    183:1,19
    184:3 185:12
    192:14,23
    193:3,24
    194:2,7
known
    17:4

_____

          L

Lachica
    97:15,16
    106:9 115:13
lack
    66:25 90:10
    137:21
    139:10
    161:20
    169:10
    192:3,4
    193:8,18,21
lacked
    193:13
lapse
    8:22
largely
    148:7
law

    78:7 176:14
lawsuit
    44:3,10,16
    45:10 47:19
    173:10
    174:6,9
lawyer
    13:21 51:7
    151:7
    171:19,23
    173:20,22
lawyer--
    173:12
lawyers
    13:7
Lea
    15:10
learn
    83:2 175:11
learned
    35:13 36:11
    75:11 83:3
    115:17
learning
    43:25 77:8,
    11
leave
    23:4 80:7,9,
    18,20,22,24,
    25 81:3,7,
    10,21 82:16
    83:21,25
    84:13 85:5,
    11 87:20
    103:13 108:3
    113:2
    183:10,14,18
leaving
    105:16 144:3
Lebanon
    29:25
lecture
    155:23
led
    88:12 132:21
    192:15

left
    24:8 81:23
    127:1 134:6,
    8 158:14
    175:2 183:11
    186:20 187:4
legal
    42:14 176:8,
    15
letter
    60:14,22
    61:23 62:2,
    5,8,12 69:19
    74:2,14
    75:4,11,14
    78:11 82:21
    86:17,19
    117:21
    118:17
    119:16
    134:14,15
    135:21 136:6
    140:16,19,22
    146:2 147:10
    148:3 149:4,
    16,21 150:5,
    8 151:19,22,
    23 152:2,14,
    15,19,22,24
    153:8,13
    162:4
    169:17,24
    170:6
    171:11,13
    172:13 173:7
    178:18,21
    179:12,13
    186:12
    192:16,20
letters
    122:4 152:1
level
    143:19
lieu
    5:18
life
    41:9,11,15,
    22 43:5,10

Edie Nehme
December 17, 2021

151:1 186:18
**lifted**
100:12
**limit**
112:19
**limited**
159:15
**limits**
41:15,22
43:5,16,19,
22,25
**line**
155:14
**lines**
198:11
**list**
18:13,24
19:2 47:21
48:3 66:13
120:11,15,17
196:13
**little**
68:11 172:6
173:14
195:23 196:5
**littler**
173:18
**live**
13:16 15:13,
15,21 29:12
**lived**
15:18
**lives**
15:5
**loads**
25:17
**located**
20:17,18
27:4 62:14
96:6 144:4
170:19
**location**
25:17 32:3
96:6 97:8
102:21 144:6
170:13

**lock-down**
153:25
**log**
197:24
**logical**
187:3
**long**
10:9 14:13,
24 15:21
16:19 17:5
18:13 22:10
23:18 26:22
30:9 98:22
100:18
126:10,21,24
152:22
181:19
**longer**
68:11 71:6
186:4
**look**
100:24
133:13
135:12
149:18
**looked**
103:4,5
180:21
185:23
**looking**
19:11 47:6,7
62:4 88:21
93:13 151:22
**looks**
120:11
141:19
198:11,13
**lose**
111:19
**losing**
170:20
**loss**
33:14
**lost**
24:6 100:13,
17

**lot**
23:14 31:21
47:15 72:2
139:18 177:8
**loud**
107:18
108:22
110:13
111:12
115:14
170:18
**louder**
173:14
**loudly**
170:21
**Lourdes**
6:13 7:7
44:15 117:25
**low**
128:6 138:25
139:3
**lower**
49:20 107:10
114:6
**Loynaz**
60:24 61:2
62:9,15,20
63:21,23
64:8 69:20
165:5,16
**lumbar**
33:14
**lunch**
68:1,7
**luncheon**
99:9

---

**M**

---

**Madam**
70:10 116:17
**made**
10:13 22:12
24:9,14
27:22,23
30:10 63:18,
22 64:4,10

108:11 109:9
112:9,21
113:7 114:5
119:9 123:7
127:11 130:8
134:3 141:1
159:15 167:9
168:25
169:8,14
193:2 194:9
**made--still**
192:11
**main**
147:21 171:3
**maintain**
71:6
**major**
41:15,22
43:5,10
144:25
**majority**
99:23
**make**
8:5 25:18
42:5 46:10
51:1 63:20
81:24 83:6,
7,10 89:25
90:1,4,5,10
92:20 101:8
104:9 110:23
111:19
115:13 118:4
146:17
163:17 176:2
180:25
194:11
**makes**
187:19
**making**
21:15 23:23
25:14 66:12
95:14 108:9
113:17
134:19 164:2
**male**
171:25 172:1

Edie Nehme
December 17, 2021

man
  171:20
manage
  28:4 30:21
manager
  25:11,13
mandatory
  155:23 156:2
manner
  6:1
March
  79:21,25
  82:11 83:24
  96:10,13
  113:21
  118:21 130:4
  147:24
  158:13
Marie
  104:12
Marietere
  108:18
  109:22
  110:7,9
Maritere
  110:15
mark
  65:3 75:20
  150:1 171:18
  178:20
marked
  124:7 140:18
  151:19
  157:24 196:8
marking
  120:10
marks
  135:21
material
  77:20 89:20
  112:1,7
  139:15,17,
  18,20 142:4
  170:25
materials
  89:21 125:16

math
  191:9
matriculate
  185:22
matriculated
  16:19
matriculation
  59:12
matter
  5:9 123:6
  154:14
  173:21
  181:14
MCAT
  25:4 186:3,
  5,17,24
mean
  26:10 37:19
  42:7 43:10
  46:22 51:6
  56:14 57:21
  76:4 80:13
  112:16
  114:15
  127:21
  156:18 182:8
  189:4
meaning
  15:22 81:14
  126:22
means
  15:4 46:24
  180:2,3
meant
  39:17 65:1
  85:1
med
  147:1 151:2,
  3
medical
  15:14 17:22
  18:2,6,8,14,
  21 19:15,19,
  20 22:21
  25:4 27:12
  33:5 34:7
  36:12 47:5

48:14,18
  50:2 51:22
  52:15 53:1,4
  55:8 57:7
  58:6 60:16,
  23 66:12
  72:3,17
  74:20 75:24
  76:5 78:8
  80:7,9,20,
  22,25 81:3,
  10,20,21
  82:3 84:13,
  20,23,24
  85:1,2,6,8,9
  86:10 87:14,
  21 88:2 93:7
  113:4 119:18
  123:1 137:14
  143:21
  146:18
  149:19
  176:13
  185:22,24,25
  186:1,3,5,
  10,19 187:1,
  2,9,11,13,
  16,20,21
  195:10
  196:11
medically
  8:25
medication
  9:3,5,8
  28:15 30:19,
  22 32:9 38:9
  197:3
medications
  9:12 195:15,
  19 196:14,20
  197:15
medicine
  10:21 19:12
  32:23 38:4
  91:20 92:2
  128:5 134:19
  137:18
  138:11,19,20

139:5,7
  144:2,11,13,
  21 149:9
  157:14
  191:21
meet
  13:21 14:6,
  13,24 38:12
  69:10
  155:11,13
  162:6 172:19
meeting
  30:17,20
  31:5 57:8
  70:25 71:18,
  20,21,22
  72:3 73:24
  75:13 78:21
  81:18 82:15,
  19 83:1,13
  88:20 115:8
  120:21,23
  121:5,8,18
  122:3,25
  123:8,22
  124:2,15
  129:9,11
  131:9,22
  132:6,11,12,
  16,18,21
  134:5,12
  135:8,15
  139:4 145:24
  148:8 153:24
  155:14,22
  156:2 190:18
meetings
  14:7 76:6
  83:17 124:20
member
  112:11
  121:1,7
members
  73:17 120:8,
  12,13,22,25
  158:21
memo
  22:2 69:3

Edie Nehme
December 17, 2021

124:8

**memorandum**
69:2,5 79:19
122:8,13
124:25
131:7,8
147:14

**memory**
8:25

**memos**
12:22 21:24

**mental**
11:21 13:10
23:8 28:7
30:6 70:5
195:16

**mention**
47:16 59:19
73:10 115:17
131:17,19,
20,23 132:3,
22 133:1,3
134:11
144:19,23
145:18,22
146:1,3,12,
15,24 147:1
152:24 153:6
160:24 161:8
171:7,12,13
193:13 194:4

**mentioned**
45:9 47:14
51:12,14
68:17 75:2,9
76:17 77:12
79:10 81:5
83:16 92:5
98:14 99:14
106:15 110:7
114:11
128:2,3
132:16
134:5,12
140:19
148:23
161:6,9
162:4 166:14

167:10 168:4
171:15
191:22 193:5

**mentioning**
106:17
115:20

**mentions**
52:17 86:19
158:7

**messing**
31:9

**met**
7:8 13:24
34:11,15
38:14 52:12
62:15,19
71:18 77:13
81:18 83:15
112:2 115:2

**Mexico**
19:24

**Miami**
16:12,15,18
27:5,6 144:5

**MIAMI-DADE**
5:1

**middle**
107:10
146:13
147:20
155:18 159:8

**mike**
118:8

**milligrams**
196:21

**mind**
37:1 68:1
81:21 84:25
163:22

**mine**
126:8

**minimal**
45:25 46:5
63:8 64:13
65:1 131:23
145:24

**minimally**
48:25 49:9
63:14,16,20,
24,25 64:2,
5,11,18
105:3 115:18
131:18

**minimize**
114:1

**minimum**
45:22 132:23

**minor**
16:9

**minority**
145:3

**minutes**
62:15 98:25
99:2,4,6
113:13
143:22
185:16

**Mischaracteri
zing**
35:7

**missed**
130:5 147:4

**mistaken**
166:17

**mistreatment**
159:11,16
160:4,13

**misunderstood**
138:6

**mitigating**
136:16,19
137:1,4

**Molecules**
55:7 72:11
77:25 133:15

**mom**
15:9

**moment**
28:25 171:14

**moments**
131:5

**money**
187:1

**monitoring**
48:10

**month**
14:10 27:16
33:24 35:1,
2,5,15,19
37:18 38:12,
15 76:7

**monthly**
35:21

**months**
14:9 53:9
83:22,24
84:6,13

**morning**
5:2 7:7 9:17
10:2,4 102:9
126:2

**motive**
117:3 183:17

**Mourad**
15:10

**move**
84:12 104:16
106:14

**MSEPC**
12:22 31:5,
13 46:11,17
47:10 55:3
57:8,14
68:20,21
69:9,11
70:8,22,25
71:6,9,13,23
72:3,6,14,23
73:10,15
74:17 75:13
77:4 78:12,
21 79:6,9,
10,22 81:18
82:10,18
85:17,19,22
86:4,9,14
87:4 88:10,
20 89:9
91:23 115:8,
22 116:5,10
117:2,5,9,

11,13
118:17,20
119:2,4,18,
19,21 120:8,
18,25 121:11
122:3,5,13,
23 123:7,24
124:2,8,13,
15,23 125:9,
23 128:22
129:11,19,23
131:5,9
132:7 133:12
134:21,23
135:3,17
136:9,14
139:2
141:12,21
143:24
146:4,17
150:16
153:24
159:13 167:9
171:3 178:22
184:8,11,12,
15 188:6,12
190:18 192:8
193:6,8,13
**multiple**
40:6 81:13
106:4 122:13
131:11
133:19
182:23
**muscle**
36:19 38:5

---

**N**

**name**
5:3 6:4 7:7
8:11 51:14
53:2 54:15
97:14,25
98:1,7,12,
15,17 105:15
115:9
151:11,12

162:21
171:24
173:1,3
182:18
**named**
182:19
**names**
15:8 51:18,
25 52:2,5
81:12
**Nancy**
158:10
**national**
94:6
**nature**
13:24 21:19
28:12 58:22
167:1
**NBME**
65:18
**nearby**
126:17
**necessary**
22:2 56:18
79:16 87:1
88:18 93:1
**neck**
33:13
**need**
7:19,23 51:1
69:24 76:22
98:22 101:21
173:17 185:7
**needed**
9:18,19 31:2
34:11 36:3
48:10,17,24
76:19,21
81:13
**Nehme**
5:8,9 6:8,
12,19 7:2,7
8:12 15:9,
10,11 20:13
44:10 45:6
125:8,13
127:14,19

128:4,18
129:4 130:16
136:24 150:5
191:12
**Nehme's**
133:13
**neighbor's**
125:19 126:5
133:1
**nervous**
71:14,22,24
**neuro**
32:18,20,24
91:20
**neurologic**
81:5
**Neurology**
92:2 128:5
137:7
138:11,21
139:6,8
191:21
**Neuroscience**
22:17 23:4,
25
**never**
13:6 31:25
50:18 52:12
108:11,12
110:17
113:22 119:4
134:15,19
157:9 166:13
168:19 174:8
**news**
19:16
**NHELP**
148:10
**night**
9:24
**Noble**
52:11,12
**noise**
102:25 103:2
106:25
111:18
166:16

170:21
**noisy**
115:14
145:19
**non-failing**
49:17
**normal**
170:4,15,25
**North**
19:23
**note**
70:14 105:17
**noted**
139:2,4
**notes**
194:20
**notice**
23:17 71:15
74:23 75:5
116:4 118:17
119:16 120:7
134:21
**November**
22:11 24:6,9
39:8,10,14,
20 195:20
**number**
20:2,3 74:15
75:8 93:6,16
95:19,22
97:21 102:15
120:10
121:21 124:7
126:7 133:13
140:18 196:8
**numerical**
93:6,20
**numerous**
144:9 156:12
162:17
**nutshell**
79:16

---

**O**

**oath**
5:19,20

**OB/GY**
  138:25
**OB/GYN**
  48:5,9,24
  92:19 138:24
  139:3,14
**object**
  11:4 13:7
  35:6 36:16
  41:16,24
  43:6 44:4
  60:17 61:14,
  25 62:22
  76:20 82:17
  87:24 90:16,
  21 91:10
  92:22 98:5
  100:19
  108:24 109:3
  110:16 111:2
  112:13
  113:15
  116:14
  117:16 147:6
  152:21
  160:7,14
  168:2,12
  173:11
  174:7,20
  175:5,17
  176:3,12
  181:18
  187:25
  188:8,13,24
  191:13 192:1
**objected**
  13:4,5 109:6
**objecting**
  173:19
**objection**
  11:15 12:6
  45:2 70:14
  109:4
**objections**
  5:25 42:17
  44:23,24
**oblige**
  112:22

**obnoxious**
  42:4
**Obstetrics**
  128:6
**obtain**
  25:5 47:19
  74:1
**obvious**
  146:16,20
**occasions**
  32:12 162:17
**occurred**
  21:16 23:14
  52:19 82:11
  117:13
  131:14
  134:22 137:5
  143:22
  144:10 148:1
  155:17
**occurring**
  145:15
**October**
  39:8,10,14
  55:6 195:20
  196:15
  197:8,9
**offered**
  20:11 65:17
  77:2
**office**
  27:4,11
  50:20 153:4,
  23 154:15,
  17,19,25
  155:2 159:21
  161:25
  162:25 163:5
  164:15
  165:14
  174:13
  175:14
  177:13
  178:1,5
  179:1,11
**offices**
  96:3 170:11,
  18

**official**
  155:5 164:20
  165:1,13
**officials**
  140:5
**okay**
  7:17,18 8:8
  10:6,8 20:25
  26:17 27:14
  36:21 59:18
  62:24 67:24
  68:12 71:14
  90:24 99:6
  153:24 158:2
  172:8 194:21
**older**
  186:22
**ombudsman**
  58:9,15,17
  153:10 155:3
  161:19
  164:19,23,25
**once**
  19:8 21:6,10
  27:16 30:19
  32:17 33:8
  34:11,25
  35:2,5,15,
  19,20 36:2,
  11 37:15,18
  38:12,15
  46:2,7,13
  48:12 56:8
  58:25 65:4,
  24 71:15
  75:11 82:18
  83:1 84:22
  87:7 111:15
  114:13
  123:19
  132:21 137:8
  153:5 169:14
  180:21
  185:25
  186:12 189:3
  193:8,19
**once-a-month**
  34:1

**one**
  7:8 9:16,17
  10:20,22
  12:11 15:22
  17:13,18
  19:6 23:7
  24:22 25:17
  31:18 37:12
  44:20 50:9,
  12 54:23
  64:9 68:22
  71:21 73:17
  75:21 82:23
  96:1 97:20
  99:16 102:8
  103:10
  106:3,5,6,18
  107:5 121:13
  122:6,9
  126:8 136:23
  137:20
  138:22
  141:24 142:1
  143:16,17
  145:2,4
  147:23 156:4
  165:22
  166:21
  167:2,8
  173:6 183:5,
  15 186:13,20
  190:3 191:5
  192:20
  197:21
**one-on-one**
  77:7
**one-page**
  60:9
**ones**
  47:22,25
  48:2,3 92:4
**online**
  7:24 153:22
  154:2 157:25
**opens**
  96:5
**opinion**
  76:19

Edie Nehme
December 17, 2021

opportunities
131:4
opportunity
54:24 107:9
128:14
134:24 135:3
146:4 150:18
190:11
opposed
188:18
opposing
196:10
opted
136:12
option
82:17 103:25
104:2,5,19
121:7,11,16
135:6,11
140:1 141:3
150:21
options
106:15 140:5
167:17
order
5:22 25:16
30:21 50:15
56:19 101:16
113:25
164:16
185:22
ordered
166:17
199:1,2
originally
84:2
OSCE
96:4 145:12
outcome
47:2 87:19
88:2,22
116:22
145:17 171:2
188:17,20
outside
11:9 101:12,
14 102:21

103:19 107:8
108:3,22
110:13
111:13,21
115:14
127:4,7
145:19
158:11
overtime
23:7,10,13,
23
owner
34:10
owns
23:6
oxycodone
32:12 33:6

—————————

**P**

—————————

p.m.
102:4 155:11
199:5
P2
183:7,20,22
P3
184:4 190:22
191:2
pace
84:13
packet
135:4 136:4,
5,7,10,11
page
69:1,2 120:9
122:6,7,9,
10,12 128:25
142:15,16,21
143:11
149:11
pages
78:17 122:5,
14
paid
20:21 22:22
23:13

pain
32:7,9
Palm
13:17 17:3,
4,8,10,14
20:18 22:19
panel
121:1
paneling
99:22
panic
30:13 40:7
paper
105:15 151:4
169:20
paragraph
147:20
158:2,4,13
159:20
170:22
178:24
paragraphs
159:21
pardon
138:6
parents
15:7 51:8
parents'
15:8
part
27:11 28:13
56:3 58:18
59:5 61:10
75:8 88:16
101:15 120:7
123:1 132:4
134:6,16
135:4,6
140:17
143:4,5,9
148:20,25
157:17
161:14,16
166:21
partial
134:4

participate
156:5 174:12
175:3,6
participating
5:13
particular
23:19 51:10
74:15 113:7
149:8,11
parties
5:24
Partners
20:16 22:6,
15,25 25:3
26:3,7
parts
188:19
pass
49:13,17
56:11 92:9,
14 93:7
112:5 125:10
139:11 145:2
192:6
pass/fail
93:13
passed
49:20 72:11
88:18 92:23,
24 112:6,24
128:2 136:23
137:5 138:25
139:1 181:5,
15 190:7
passes
93:9
passing
92:21 93:1,5
110:7
past
12:19 13:6,
13 97:17,20
129:15 151:1
patient
21:5,7,8,10,
11,14,15,25

Edie Nehme
December 17, 2021

patients
   21:1,23
   155:18 159:8
   198:7
pattern
   127:19,25
   136:15
   147:14 159:4
pay
   23:11,15
paycheck
   23:12
PCP
   29:6
PDF
   152:17
   169:22
pediatric
   155:21 159:9
pediatrics
   148:10
   155:17
peers
   159:10
pencil
   47:8
pending
   7:20
people
   6:11 41:10,
   12 51:12
   81:13 93:24
   101:10,22
   102:19,20
   107:4,7,9
   111:12,21
   131:25 163:8
   170:18,20
   174:19
people's
   117:3
percent
   10:22 50:12
   63:7,9,12
   68:22 71:21
   73:17 102:8
   106:18

121:13
145:11,12
165:22
183:15
percentile
   93:3,12,16,
   18,21,24
   94:1,2,4
perform
   144:16
   148:15
   159:15
performance
   71:24 74:10,
   17,24 86:8
   88:11,23
   116:12
   123:19
   127:15,19
   128:1,12
   132:1 133:2,
   10,14,22
   134:3,7,9,16
   137:2 143:20
   145:15 146:8
   147:15 149:7
   179:18
   180:5,8
   181:1,14
   182:5 185:5,
   7,9 192:17,
   24
performances
   133:19
performing
   81:25 82:3
period
   18:6 28:22
   40:15 49:4,5
   53:14 54:12,
   13,14,17,21
   56:4 74:19,
   25 75:18
   77:24 78:3
   81:17,25
   83:10,25
   84:9,12,15,
   17,18 85:14,

24,25 87:2,
11,23 90:6,
13,20,23
91:2,4,9,15,
19,24 103:23
112:21,23,
24,25 115:4,
9 123:25
129:4 130:1,
12 133:15
150:25
155:12,23
156:6,15
183:9
188:18,19
189:15
190:5,12,13
191:11,17
198:22
periphery
   101:6,23
permissible
   114:8
person
   5:19 8:1
   46:25 107:5
   132:8 161:12
   162:7 172:19
   175:7 177:9
   194:6
personal
   47:24 54:1
   67:10 164:7,
   12 174:16,25
   176:7,25
   184:3 185:12
   192:14,22
personally
   50:24,25
   51:15 58:20
   186:15
perspective
   36:8
petition
   182:9
phone
   137:2 138:16
   155:10

158:21,22
161:3 162:6
167:23,25
physical
   34:9 144:9
physically
   5:15
physician
   8:20 21:5,6
   23:6,13
   26:20 27:17
   28:7 29:2,10
   33:20 40:18
   62:18
physicians
   26:15 197:12
pick
   25:17 81:22
picked
   118:7
PIR
   87:5
place
   22:12 23:19
   34:8 57:1
   58:16 72:14
   155:5 161:23
   178:12 192:8
plagiarism
   184:23 185:4
plaintiff
   6:8 118:2
plaintiff's
   6:5 196:8
played
   145:17 192:7
please
   6:2 7:14,21
   8:5,18 35:17
   39:8 40:17
   42:18,25
   44:24 69:25
   70:9 75:8
   103:16,19
   109:5
   116:16,18
   129:20

Edie Nehme
December 17, 2021

149:10 160:9
176:24
181:20
197:20
**plugs**
104:21,22,24
105:2,7
111:20
113:20,23
**point**
35:15 38:13
50:5 58:20
72:10 73:2,
20 74:22
79:4 83:18
84:6,14
89:16 104:14
105:25
106:14
110:11
120:22
129:13 142:3
147:19
162:24
164:14
168:16
176:18
179:11
193:23
194:11,12,13
**pointing**
99:18,19
**points**
128:19,20,24
**policies**
60:4
**policy**
59:8 82:6,9
107:24
113:12
117:8,15
120:8 121:9
187:10,15,18
**poor**
74:9,16,24
86:8 88:11,
23 116:12
127:19 128:1

133:19
147:14,15
149:7 185:5,
9
**poorly**
123:16
**portion**
170:3
**portions**
78:18
**position**
20:19 22:20
23:2 25:21
26:4,8
**positive**
87:22 88:1
**possibilities**
75:6
**possibility**
57:6 74:18
86:9 119:12,
25 168:7
**possible**
67:22 81:20
95:6 116:21
118:22
119:6,17,22
185:23
**posted**
118:15
**postsecondary**
16:3,23
**potential**
23:23 58:21
190:20
**potentially**
61:7 190:16
**power**
159:6
**practice**
80:5,19,23
81:1 83:4,19
88:14 133:17
184:1 189:23
190:4,8,9
**practices**
60:4

**preceding**
127:24
**preemptively**
83:11
**prefer**
68:3
**preferred**
188:17,20
**preparation**
10:25 11:13
12:21 14:15,
18,25 112:1
118:19
130:20
139:18
148:11
**preparatory**
132:6,11
**prepare**
13:9 71:19
77:19 112:7
122:20
132:12 137:9
**prepared**
112:4 125:13
**preparing**
25:3
**prescribed**
9:9,12,16
10:1 27:17
29:1,6,8
30:23 32:10,
11 33:8
36:18 38:5,9
40:1,4,5
195:15,19
196:20,24
197:3,10
**prescriber**
197:25
**prescribing**
30:18 39:11,
19,24 62:18
197:15
**prescription**
33:7 39:18
40:16,19

196:14
197:24 198:9
**prescriptions**
32:6 39:6
197:11
**present**
5:15 53:16,
25 73:18
88:19 94:19
**presented**
23:23
**pressure**
31:22 72:2
**pretty**
186:7
**prevents**
43:13
**previous**
28:4 109:17
110:3 174:9
**previously**
18:24,25
19:1,13
24:20 29:16
36:6 50:17
64:4 69:20
104:5 124:7
128:2 129:3
179:7
**primarily**
143:21
**primary**
29:1 33:19
144:4
**prime**
186:19
**prior**
9:25 13:22
14:14 15:12
16:4,23,25
18:20 22:15
28:16,19,21
29:8 35:22
36:14 37:12
38:8,15
40:10,15,20
46:6 47:17

Edie Nehme
December 17, 2021

64:7 66:9
79:22 81:18
82:14 88:9
89:8 97:9
98:3,16
99:12 112:8
113:6,21
114:12 115:7
117:9 119:21
121:5 123:7
124:20
125:14 129:3
130:3 132:17
134:23 135:3
136:12
143:22
145:1,15
146:8 147:23
148:1 151:2,
8 162:21,25
163:5 171:11
184:8
193:23,24
194:8 195:9
197:11

**private**
157:16

**probably**
8:3 19:14
70:7,17

**probation**
75:17 85:23
86:3 88:6,11
91:24 117:8
125:2,5

**problem**
32:18,19,20
81:6,20 82:3
84:23,24
113:4

**problems**
32:24 33:9,
12 72:16
73:7 84:20
87:9

**procedure**
6:9 105:13
194:10

**procedures**
135:9

**proceed**
6:25 151:6

**proceedings**
38:23 68:15
99:10 141:10
151:16
152:11
185:19

**process**
20:10 55:2
56:12,14
57:4 68:18
70:5 73:4
124:12
140:11,15
141:18 142:4
143:5 148:25
158:23
163:2,7
165:1 167:11
171:1 185:13
186:6,21,22
187:3,23
198:18

**processing**
72:21 73:7,9

**proctor**
97:11,13
102:23,25
103:15,22
104:13,16
105:25
106:4,5
107:16,18,21
108:9 110:4
114:6

**proctor's**
98:17

**proctored**
97:16,20
98:4

**proctors**
106:6

**produced**
196:9

**product**
11:5,15,17
12:7

**professionali
sm**
79:14 83:5
122:24 124:4
134:13,18

**professionali
sm--the**
124:4

**professor**
48:9,17,24
49:1,2

**professors**
49:8 50:6,18
67:15 134:11
135:22

**program**
19:17 24:24,
25

**progress**
76:23 79:3
103:16,20

**prohibiting**
187:18

**prohibits**
187:5,7,10,
15

**promoted**
26:8

**promotions**
79:12

**pronounce**
54:15

**pronouncing**
97:14

**proper**
29:13 42:19
45:21 46:20
153:1 175:22

**properly**
25:19 85:9
153:11 191:6

**protocol**
158:19

**provide**
46:20 48:14
59:21 66:18
123:2 152:25
164:5 170:24
171:1

**provided**
46:5 49:21
50:13 58:1,
12,24 59:9,
23 65:16
88:17
104:22,24
113:23,25
122:21
136:25
145:23
154:13
158:24
160:18
161:5,17
164:8 167:20
175:22 179:8
191:6 193:11

**providing**
45:21

**provost**
46:8 150:22
151:7,9,25
152:2,16,17
153:3,7,14
161:20 162:5
163:10,16,
21,25 164:8,
14,21 165:2,
14 167:13,
16,21 169:18
171:11
172:13
178:10
182:11
191:23 192:2
193:10,19
194:11,15

**provost's**
177:13,18,23
178:4,14

Edie Nehme
December 17, 2021

psychiatric
  195:5
psychiatrist
  26:19 34:12,
  16 35:14
  36:4,11
psychiatry
  32:2 34:13
  38:4 45:22
  47:15 91:21
  92:6,7,12,
  17,18 94:9
  95:11,16,18
  96:8,21
  99:14 102:11
  103:18
  105:8,11
  106:9
  109:18,20
  110:19 112:9
  113:6,21
  116:24 117:6
  118:16 120:6
  122:20
  123:4,11
  125:2,10,14,
  19 127:24
  128:15,23
  129:2 130:3,
  20,23 131:1,
  5,10,15
  132:9,20
  133:18
  137:25
  138:4,23
  139:13,19,23
  144:24
  145:24
  147:23
  148:1,11,15
  149:12
  156:14,19,25
  159:12
  160:3,12,25
  170:5,16
  171:4 175:23
  176:10 189:7
  191:5 192:5

193:14 194:1
psychologist
  60:15,23
  61:5
PTSD
  27:24 28:1,
  5,6
public
  184:25
pull
  152:6 196:2,
  4
pulled
  159:7
purpose
  79:8 124:19
purposes
  8:4 110:24
  124:19
  161:21
  170:23
pursuant
  5:21
purview
  161:18
put
  23:17 45:24
  60:3 103:15
  149:1 155:3
  159:1 187:1
  191:10
putting
  169:16

---

**Q**

---

qualified
  63:13
qualify
  21:2,4 61:7
question
  7:12,13,14,
  20,21 8:2,5,
  18 11:11
  12:17,24
  13:25 14:3,
  22 16:13,25

18:3 19:13
  21:20 22:3
  25:22 27:10
  29:14 35:7,
  10 40:13,14
  41:1,2,17,
  20,21,25
  42:3,9,10,25
  43:7,8 44:5,
  7,14,20
  45:1,14
  49:15 52:20
  60:5,19
  61:17,21
  62:4 64:3,8
  65:7 70:11
  75:21 79:7,
  14 90:18
  93:23 97:8
  103:11 110:1
  111:6,8
  112:16 114:9
  116:16
  118:6,7,12,
  15 121:12,15
  123:2 124:11
  130:19,21
  134:19 135:1
  136:24
  138:6,8
  146:19
  154:22 160:9
  163:3,9
  164:10,24
  168:21,22,23
  169:4,12
  171:22 172:5
  173:23,24
  174:23 176:5
  177:15
  178:3,4
  181:2,19
  187:14 188:9
  189:1 192:21
  198:19
questioned
  195:3

questionnaire
s
  21:22,23
questions
  11:8 42:19
  78:18 90:23
  100:19
  121:24
  122:22
  123:20
  131:14
  162:17
  194:23,25
  195:11,18,
  21,25 196:18
  197:18
  198:24,25
quick
  42:10,12
  68:5
quickly
  78:16 107:13
  150:3
quiet
  64:14,25
  103:16,19,24
  104:14
  107:3,7
  170:10
quiz
  50:1 180:23
quizzes
  46:6 47:17,
  18 49:6,12,
  14 50:15,22
  51:4,11
  52:22 53:22
  54:3 67:21
  90:2 180:24
  181:16
quote
  156:3,4

---

**R**

---

radiculopathy
  33:13

Edie Nehme
December 17, 2021

raised
  101:22
random
  147:25
  156:3,5,7
  157:8,21
rapport
  98:3
reach
  56:19  59:4,6
  63:1  66:22
reached
  36:4  59:1,2,
  22  66:18
  120:5  153:9
  165:8  192:9
read
  57:25  59:11
  65:20  70:13
  75:8  116:20
  127:13
  141:18,22
  153:8  158:6
  170:22
  196:12
  198:25
readiness
  46:7  47:17,
  18  48:5
  49:13  50:1
  51:4,24
  52:21  54:3
  180:24  181:6
reading
  59:8  65:21
  98:16  198:12
ready
  132:13
realized
  114:23  115:1
reason
  17:24  33:18
  73:5  80:24
  81:3  86:21
  87:4  88:14
  112:5  117:4
  122:23
  127:12  133:2

137:17,24
138:4  139:8
140:25
144:18  145:5
146:6  147:21
157:8  159:23
160:2  171:3
178:9
183:16,17,18
190:13  196:2
reasons
  31:14  87:5
  191:8
recall
  8:16  14:8,11
  16:1,21,22
  18:12  19:9
  26:24  27:3
  29:9  30:5,12
  31:1  32:4,
  16,19  33:21
  35:24  36:18,
  20  37:2,10
  38:11,16
  39:22,25
  40:21  48:6
  50:1,12
  51:18,22
  52:5  53:8
  55:5  58:14,
  23  59:8,12
  64:19  69:19,
  22  70:16
  71:10,20
  73:19  77:5
  78:2  80:11,
  19,21  81:12
  82:6,8  91:6,
  13  93:3
  96:16,18
  99:24  101:20
  102:2,24
  103:21
  104:15
  106:17
  107:17,20
  108:7  113:17
  115:20

117:21  120:4
124:24
126:7,23
130:7,11,14,
20  150:24
151:12
154:16
161:16
162:16,19
165:3,20
166:3,23
167:2  170:19
172:18
177:6,10,18,
21  184:5
185:14  186:7
189:14
195:3,10
recalled
  98:12
recalling
  108:2
receipt
  75:4
receive
  47:23  49:7,
  17,18,23
  57:7  63:13
  65:25  66:13,
  15,16  67:18
  92:3,10
  95:15  96:20
  114:20
  115:18
  118:17
  143:13
  156:14,20,23
  170:4  176:18
received
  17:19  23:12
  48:12,19
  53:1  56:17,
  22  60:15
  66:23  71:15
  74:2,14
  75:11  78:11
  86:3,6,17
  87:7  94:13

97:7  114:18
120:7  128:10
133:8
134:14,21
136:20
141:12
149:24  164:1
167:15
170:16
175:13,19
177:12
179:14
180:13
192:25  197:9
receiving
  51:9  52:24
  53:18,20
  66:2,20  70:6
  117:21
  171:8,9
  177:11,18,
  19,22
recent
  143:15
recess
  38:22  68:14
  99:9  141:9
  151:15
  152:10
  185:18
recollection
  20:1  32:11
  33:8  39:2
  57:2  60:1,2
  62:13  64:12
  67:4  68:19
  72:18  77:18
  95:22  103:17
  105:20
  109:19  115:2
  119:5  140:9
  152:20
  166:18
  171:10
recommend
  150:11

recommendatio
n
  88:10 139:25
  140:3,16
  150:10,16
recommendatio
ns
  74:18 86:3
  119:19
recommended
  71:9 73:20
  75:22,23
  76:11 133:8
  159:14
recommends
  150:15
record
  6:3 7:22
  39:18 70:12
  90:15 116:19
  151:14,18
  152:12
recorded
  70:13 116:20
  167:23,25
  168:11 169:9
recording
  168:5,8,17,
  19,24 169:1,
  2,3,11,14
records
  38:25 196:11
rectify
  141:3 193:10
rectifying
  46:16
recurrent
  159:4
recurring
  34:1
REDIRECT
  197:22
redo
  129:12
redone
  188:18

refer
  79:15 179:23
reference
  29:19
referenced
  101:11
references
  59:25
referral
  32:2 34:13
referred
  35:4,8 62:16
  70:12 116:19
  153:10 155:2
  164:9,15
  172:23
  173:21
  179:12 180:1
  192:20
referring
  10:14 51:17
  162:2 168:8
  192:19
refill
  33:10 40:8
reflect
  155:24
  156:9,16
  157:24 158:4
  159:1,17
reflected
  145:10
refresh
  39:2 105:20
refuse
  157:12
regard
  130:19
  158:23
regarding
  53:22 64:21
  109:10,16
  111:17
  123:11
  128:23
  136:22
  155:21

160:17
161:22
162:17
167:19
174:13
175:21 179:2
193:14
region
  33:14
registered
  156:23
regular
  76:6 135:8
regularly
  76:10
rehab
  23:8
reiterated
  124:8 146:6
related
  8:17 21:25
  34:18 37:21,
  23 38:6
  50:18 52:25
  112:10
  116:10
  123:25
  149:23
  153:15
  158:3,8
  162:14
  164:20 165:1
  183:14
  185:13
  187:22
relation
  14:6 48:20,
  21 150:12
relaxant
  36:19 38:6
remediate
  54:25 56:9
  77:25 80:23
  145:3 156:25
  188:22 189:8
  190:9
remediated

54:20 81:1
remediation
  56:7,16,21
  72:8,12
  125:14 129:3
  133:17
  137:12,15
  144:12,25
  145:16
  147:24
  148:2,11
  156:13,19
  157:5,19
  159:12
  160:4,12
  161:1 170:5,
  12,16 171:5
  183:25
  189:20
  190:2,8
remember
  8:21 10:11
  15:24 29:15
  32:1 36:25
  38:14 39:24
  52:10 55:6,
  19,25 62:24
  63:11,22
  64:6,17,20
  65:2,21
  66:14 71:21
  73:13,14,16
  74:8 75:12
  77:17 80:12
  93:5 94:17
  95:10,13,19
  96:7,9,10,
  11,14
  105:10,12,23
  106:9,11,13,
  21,22,24
  107:21,23
  108:9,16,18
  109:21
  115:10,15
  116:4,7
  124:6 127:2
  130:13,18

Edie Nehme
December 17, 2021

140:2 153:6
162:20,24
163:4 164:19
165:24
166:21 167:8
171:24 174:1
177:5,11
183:3 195:6,
21,25
**remembered**
36:6 132:22,
25
**reminded**
85:23
**remote**
6:11
**remotely**
5:1,17,20
7:15
**repeat**
7:15 14:21
16:13,25
24:1 35:17
49:15 60:18
61:16,20
64:9 70:9,11
81:17 83:10
84:9,15,17,
18,25 85:14
87:23 89:15
110:1
112:21,25
116:15 130:1
138:7 146:19
163:3
164:10,24
169:12
174:22
177:15
181:20,22
189:15
190:12
**repeated**
136:15 183:9
190:13
**repeating**
74:19,25
81:22

**repercussions**
31:7 52:4
**rephrase**
7:15 41:20
84:10 114:9
129:20 160:8
181:2
**report**
19:11 21:25
46:4,8,12,
13,19 47:22
48:7 52:18,
19 83:5
98:14,16
103:3 122:24
124:5 134:13
144:8 149:6
153:11
165:15
166:19
167:18
175:13,20
176:19,22,23
177:2,4,7,8,
10,12,20,22
178:9,11,13
179:1,15,23
180:6,10
193:1 194:7
**REPORTED**
5:1
**reporter**
5:2,4 6:10,
19,24 8:4
70:10,13
99:3,4
116:17,20
117:24 118:3
147:4
173:13,16
174:2
**reporting**
5:16 6:1
**reports**
12:14 21:18
178:2
**represent**
6:4

**request**
22:13 24:10,
14 57:3
63:9,14,16,
19,20 64:5,
10 81:2,16
83:10 84:8,
16 85:13
89:5,6
104:1,9,19
110:11,22
111:16
112:9,21,22
113:8,18,24
114:5 119:9
121:4,7
129:2,5,10,
13 130:8
135:12,14
163:11,18
167:5 190:19
**requested**
55:15 60:12
63:24 77:7
81:20 83:9
84:4 85:5
104:15
109:23
110:17
112:23 113:2
119:12
129:14,25
163:10,13,21
**requesting**
49:8 63:11
64:17 82:4
84:14 118:22
130:13
163:24
**requests**
130:5
**require**
41:10,11,12
**required**
50:10 57:13
144:9 155:22
160:5

**requirement**
88:25
**requires**
44:5
**requiring**
41:8
**research**
20:20,24,25
22:1,17,21
23:4 26:6
**resolve**
126:22
**resource**
50:21 58:11
60:25 62:12
165:4
**resources**
112:3
**respect**
47:16 48:8
49:6,12 89:9
92:1,19
93:13 94:18
108:8 113:5
149:8
**Respiratory**
55:23 56:21
72:7 73:23
133:16
183:24
**responded**
126:25
**response**
80:16 106:22
118:2 130:25
147:5 164:1
165:6 169:10
196:11
**responses**
131:16
**responsible**
21:24 48:18
66:11 185:3
**rest**
94:22
**result**
33:16 34:13

Edie Nehme
December 17, 2021

85:2,10
129:16,18
137:20
139:21
140:22
159:25
**resulting**
85:3 157:23
**results**
158:14,18,
21,24,25
175:11
**resumed**
130:12
**retainer**
172:2,16
**retake**
45:23
109:18,20
115:5 117:5
120:5 123:4,
11 124:9
125:19 128:1
132:9 137:8
175:23
**retaking**
116:23
**retaliation**
31:10 154:4
157:22 162:9
**retook**
81:1
**retroactively**
65:6
**return**
83:8
**returned**
89:13
**reused**
151:24
**review**
11:6,13,23
12:4,9,14,21
57:19,23
74:17 79:3
86:9 131:7
134:2,22,24

135:3,7,11,
18,23 136:5,
12 179:8,16,
22,25
**reviewed**
11:9 12:18,
25 13:12,13
116:9 133:22
134:16,22
135:4 136:4,
8
**reviewing**
116:8
**reviews**
134:9,17
**reword**
60:5
**right**
19:21,24
33:15 45:17
53:24 55:12,
18,24 56:2
57:1 59:15
61:3 66:14
67:11 68:5
70:7 71:8
72:12,25
74:7,11,20,
21 76:19
79:19 81:8
82:24 83:8,
22 84:9
85:6,11,15
86:4,5 87:14
88:7,12,25
89:2,11,17,
20 90:8,11
91:24 93:10
94:10 95:3,
8,16 96:2,4,
14,25 100:14
102:20
106:16,20
107:19 108:6
117:10
119:19
120:15
123:10,16

126:8
128:12,16
130:1,6
131:12,18
132:4 135:13
136:21 137:2
139:11 140:1
141:7,23
146:8,9
147:3 148:3,
24 149:1,16
151:12
160:20 162:3
167:6 169:6
177:6,10
178:1
180:10,15
183:20
184:1,6
185:10 186:7
187:6 189:3,
9,25 190:12
191:2,10
196:22,23
198:12,17
**rights**
142:4 171:1
**ring**
130:10
**Rod**
11:18 109:1
173:13
**Roderick**
6:7
**Roldan**
120:19
193:20 194:4
**Roldan's**
194:14
**role**
25:16 79:10
145:17 192:7
**room**
5:15 6:11
45:22,24,25
46:6 48:25
49:10 63:8,
15,17,21,25

64:1,5,11,
13,14,18,25
94:16,20,25
95:19,22,23,
25 96:2
97:9,10 98:9
99:13,15,17,
25 100:13,23
101:20
102:3,14,21,
22 103:13
104:4,6,10,
12,17 105:3
106:15
107:6,22
108:3,5,8,11
109:9,10,12,
15,17,24
110:3,5,8
111:13,16
115:19
123:18
131:18,23
132:23 133:5
145:20,22,24
166:13
170:9,10,13
**rooms**
96:4 111:17
114:5 170:19
**rotation**
118:23,25
120:6
137:10,12,
14,16 155:18
**round**
18:11
**Royal**
25:1
**rule**
186:12
**rules**
42:17 109:5
**run**
7:10
**running**
25:20

rushed
  128:11

_____

          S

Sackstein
  194:6
salary
  23:11
sanction
  142:7
sanctions
  119:17
sat
  73:14
saying
  47:9  51:23
  59:24  103:19
  109:1  111:11
  114:19
  117:24
  130:18
  132:12
  146:11
  161:10
  169:10
says
  19:12,13
  69:18  74:16
  76:1,13
  79:18  80:17
  94:4  103:16
  119:17
  120:24
  121:19
  124:25
  125:8,18
  126:1
  127:13,18
  128:18  129:1
  130:15
  133:13,25
  136:14
  147:21
  153:17
  154:3,9
  158:3  160:16
  166:19

170:7,8,17
178:25
186:12  198:1
scaring
  132:14
schedule
  76:5  102:5
scheduled
  34:4  36:4
  102:1,4
  147:24  156:6
school
  15:14,24
  16:23  17:22
  18:21  19:15
  20:10  33:1,5
  34:7  36:12
  45:23  47:5
  48:14,18
  50:2  52:1
  53:4  55:9
  57:7  58:6
  59:21  72:3,
  17  74:20
  75:1  78:7,8
  86:11  87:14,
  22  88:3
  89:13  93:7
  126:3  146:18
  147:1  149:19
  151:2,3
  153:25
  161:4,24
  185:22
  186:1,3,10,
  13,14,19
  187:1,2,9,
  20,21  195:10
schools
  18:2,6,8,13,
  15  19:6,18,
  19,20  20:2,
  5,8  25:4
  185:24,25
  186:5
science
  16:9,16,17

score
  92:20  112:5
scored
  123:16  128:6
  138:25  139:2
scores
  189:12
screen
  21:1  24:8
  42:21  60:8
  68:23  69:3
  78:16  118:16
  142:10
  148:24
  150:2,13
  169:16
scroll
  68:24  78:16
  117:21
  121:22
  142:11
  143:10  150:3
scrolling
  142:14
  169:19
seated
  100:6
second
  14:11  19:5
  20:7,9  56:6,
  20  78:22
  81:2,22  83:8
  84:25  86:13
  89:9,23
  91:23  92:9,
  14  95:18
  96:8,21
  99:13  102:10
  103:18
  105:7,11
  106:8  111:24
  112:8  113:6
  115:11
  116:5,11
  120:9,14
  123:22,24
  124:2,8,15,
  23  125:6,16

129:11,12,
19,23
136:14,23
145:23  146:3
148:2
173:12,20
177:1,10
188:6,12,22
190:18
191:4,20
196:1  197:21
see
  21:2  27:1,14
  34:4,12,20,
  23,25  37:7
  47:6  54:15
  57:15,16
  60:8,9,10
  69:2,24  70:2
  77:11,16
  78:17  100:7
  101:2,4,5,7,
  10,12,14,16,
  18,21,23
  102:13
  119:12,16
  120:9  122:10
  123:4  127:15
  141:18
  142:10,13
  148:12
  153:17
  154:4,10
  174:2  178:24
  179:5,19,20
  182:7  196:7,
  13,15  197:2,
  198:1
seeing
  28:19  30:5
  35:18,20,22
  36:3,9,12
  37:18  62:3
seek
  75:24  76:8,
  13,15,22
  77:5

| | | | |
|---|---|---|---|
| **segment**<br>70:12 116:19 | **shape**<br>33:4 | **shocked**<br>167:20 | 44:23 52:8<br>142:12 189:5 |
| **selected**<br>18:17,21 | **shared**<br>141:24 | **shook**<br>145:16 | 198:1 |
| **selective**<br>134:4 | **sharing**<br>178:17 | **shortly**<br>26:7 177:21 | **sister**<br>15:7,10,20 |
| **semester**<br>37:3,4 | **shelf**<br>45:23 47:15 | **show**<br>39:1 60:7 | **sit**<br>100:1 116:8 |
| **send**<br>63:2 66:9 | 91:16,19<br>92:2,5,15, | 69:23 131:9 | 186:17,23 |
| **sending**<br>66:12 | 19,23 93:1,<br>14,19 94:9, | **showed**<br>69:20 127:19 | **sitting**<br>100:14,23 |
| **sensation**<br>33:14 | 18 95:11,16,<br>19 96:8,22 | **showing**<br>68:23 150:2 | **situated**<br>182:14 |
| **sense**<br>83:6 98:19 | 99:14 102:6,<br>11 109:18 | **shown**<br>78:15 133:19 | 184:19 185:4 |
| 185:11 | 112:9 113:6, | **shuffling**<br>169:21 | **situation**<br>46:1,9,16 |
| **separate**<br>45:19 48:25 | 21 117:6,14<br>123:4,11 | **shut**<br>101:12 | 66:19 141:3<br>166:7 185:8 |
| 173:6 190:22 | 125:2,19<br>127:20,23 | **side**<br>33:15 96:1,2 | 193:11 |
| **September**<br>37:5 179:14 | 128:1,5,7,<br>10,15,16,23 | 99:16 | **skills**<br>48:5,8 |
| **sequence**<br>178:13 | 129:2,6<br>130:3,20,23 | **sign**<br>82:14 | 170:19 |
| **serious**<br>71:16 85:18 | 131:1,6,10,<br>15 133:20 | 103:16,19<br>105:15 | **small**<br>198:12 |
| **serve**<br>25:15 | 136:22<br>137:8,15,18, | 172:16 | **solely**<br>88:23 |
| **serviced**<br>25:19 | 22,25 138:5<br>139:11,14,19 | **signature**<br>142:21 | **solutions**<br>30:20 |
| **services**<br>58:1,11 59:9 | 143:20<br>144:13,21,24 | **signed**<br>81:13 82:18 | **sooner**<br>38:20 |
| 61:10 77:2<br>157:17 | 145:2 147:2,<br>24 148:2,11, | 152:3 | **sort**<br>33:16 98:2 |
| 172:22 | 15 149:8<br>156:14,19,25 | **significant**<br>83:21 188:22 | **Sotero**<br>182:19 |
| **sessions**<br>77:6 144:10 | 157:5 159:12<br>160:3,12,25 | **similar**<br>114:20 | 183:1,6<br>184:7,10,18 |
| **set**<br>119:18 | 175:23<br>176:10 | **similarly**<br>182:14 | **sought**<br>151:8 |
| **setting**<br>64:22,24 | 190:23,25<br>191:2,14,17, | 184:19 185:4 | **sound**<br>81:8 102:4 |
| 114:1 | 19 193:14<br>194:1 | **simple**<br>191:9 | 130:6 |
| **severely**<br>145:16 | **shock**<br>167:22 | **simply**<br>168:22 | **sounds**<br>56:2 74:7 |
| **severity**<br>142:7 145:14 | | **single**<br>99:16 | 96:14 |
| 148:21 | | **sir**<br>11:14 40:13 | **sources**<br>149:21 |
| | | | **South**<br>19:17 30:2 |

Edie Nehme
December 17, 2021

Southern
  5:12
Southwest
  144:4
speak
  21:8 49:8
  53:21 62:14
  134:18
  164:25
  165:21
  173:13
speaking
  42:16 44:22,
  24 52:23
  57:10 86:24
  162:5,20
  163:4 164:20
  165:25 167:8
  170:21
special
  22:13 24:10,
  14 54:2
  65:11 67:6
  95:6 160:25
specialist
  77:9,11
specific
  20:1 28:25
  29:4 68:19
  74:8 78:3,18
  80:11 97:10,
  21 104:8
  108:11
  110:21
  112:10
  113:6,9
  114:11
  121:24
  130:25 136:8
  161:18 166:2
  176:24 181:3
specifically
  32:17 52:25
  54:5 59:8
  63:9,14
  64:17,19
  70:17 102:24
  116:5 130:22

  131:6
specifics
  59:12 150:4
specify
  39:4 76:14
  116:5
speculation
  91:12 109:2
  111:3
speed
  72:21 73:7,9
spent
  188:2
spoke
  23:13 53:6
  87:15 115:16
  140:9,13
  162:13,16
  165:25
  167:16
spring
  37:3
staff
  112:11
standard
  5:7 49:24
  94:6 176:1,8
standards
  145:25
standing
  127:4 145:9
stands
  90:13 154:16
start
  32:13 33:6
  36:9 57:10
  89:15 187:23
started
  15:24 30:17
  34:23 35:20
  36:12 37:17
  53:4 58:2
  83:2 84:2,8
  191:22
  195:4,14
  197:14

starting
  16:20 87:1
  123:7 187:6,
  8
state
  17:3,8,10
  109:4 163:22
  182:10
  189:11
stated
  82:20 109:6
  125:8,13
  127:14
  128:4,18
  129:4 130:17
  157:9,12
statement
  42:4 128:21
  129:8
  168:14,18,20
  169:8,14
  181:12 182:6
  192:16
states
  5:11 29:21
  30:1 46:19
  155:20 179:6
stating
  6:3 82:15
  124:19,20
  156:22
station
  145:1
status
  86:3
stayed
  15:19
stellar
  135:21
stenographic
  5:4
step
  65:18 115:4
  146:13 152:7
Stephen
  60:24 61:2
  62:9,14,20

  63:21,23
  64:8 165:5,
  16
stepped
  127:7
stop
  42:16 44:22,
  24 106:14
  111:15 145:4
stopped
  84:21 111:11
strategies
  77:18,22
stress
  127:13,14
  146:25 148:9
stressors
  156:13
strike
  38:13 39:7
  63:19 91:3
  122:6 139:6
  184:8
striking
  60:6
student
  9:6 48:15
  53:4 57:19,
  20,24 58:18,
  19 59:5
  60:16,23
  69:10 75:25
  76:5 106:3,7
  116:9 119:18
  137:11,14
  156:7 157:6,
  17 158:16,
  17,18
  159:11,16
  160:13
  176:13,14
  182:13,18,
  21,22
  184:19,21,
  22,23 185:25
  187:11,13,16
  191:19
  198:5,16

Edie Nehme
December 17, 2021

students
  49:25 51:13,
  16,20,22
  52:4,16 53:1
  58:1,6,12
  59:10,21
  66:13 94:19
  95:6 101:2,
  16,18 102:13
  104:13 106:5
  107:1 110:4
  133:5 145:19
  159:6 166:15
  182:17 186:9
students'
  50:20
studied
  138:1 139:15
  145:6
studies
  10:21 65:9
  67:17 85:4,
  8,9
study
  21:10 77:19
  112:2
  137:12,15
  139:17
  144:21
  198:22
studying
  77:21 125:15
  146:13
  156:13,18,25
  157:4
stuff
  123:21
subject
  155:14
submit
  50:15 135:16
  164:6
submitted
  143:1 154:2
submitting
  161:21
subsequent

179:15,21,25
  192:15,18
subsequently
  159:13
substantially
  41:14,22
  43:5,16,19,
  22,25
substantiated
  175:24
  176:2,11
succeed
  72:1
success
  144:12
successfully
  54:20 90:6
suffer
  8:15 41:21
  43:4,12,15,
  18,21,24
suffered
  28:16
suffering
  113:4
suggestion
  81:24
Suite
  144:5
supervisor
  22:8,9
support
  44:12 149:6
  193:7
supportive
  77:1
supposed
  9:14 10:3
  30:24 46:9
  59:21 66:15
  79:1 120:20
  132:6 157:19
  164:5
  180:12,18
Supreme
  5:22

sure
  8:5,19
  21:15,21
  24:2,7
  25:14,18
  37:15 43:2
  49:16 51:1
  55:9 60:20
  61:18 66:12
  67:12 68:22
  70:1 79:17
  83:7 88:9
  89:25 90:1,
  4,5 118:3,4
  135:9 138:9
  153:7 164:11
  165:23
  172:15
Surgery
  91:20 92:1
  128:5,10
  138:12,14,15
  139:6,9
  143:20
  144:20
  191:20
surprised
  82:12
suspend
  103:23 114:5
swear
  6:20
sworn
  7:3
syllabi
  167:3
syllabus
  55:1 167:3
system
  158:22
system-based
  80:22 81:1
  82:13 83:4
  88:14 124:3
systematic
  157:10
Systems

55:23 56:22
  72:7 73:23
  133:16
  183:25
systems-based
  80:5,19,23
  83:19 133:17
  184:1 189:22
  190:4,8,9


T

T.H.
  197:24
table
  100:13,23
take
  7:19 9:5,14,
  25 10:1,4,7
  21:11 28:14
  30:24 38:17
  42:8 50:14
  64:15 67:2,
  5,19,22
  68:4,10
  69:23 72:25
  73:22 75:22
  77:1 84:22,
  24 85:6
  89:10 94:15,
  19 96:21
  97:7 99:25
  102:6 103:14
  104:20
  107:9,14
  112:4 113:5
  126:3 128:5
  132:20
  138:18
  140:23
  141:4,13
  152:6 153:8
  157:12,13,
  14,21 160:5
  166:13
  170:12
  185:15 186:5
  188:22

Edie Nehme
December 17, 2021

191:7,19
198:7 199:1,
3

**taken**
10:3,5 17:13
32:6,23
38:22 50:2
67:15 68:14
89:16 95:7
96:24 97:4
99:9 108:12
119:17,22
129:25 141:9
148:6 151:15
152:10
166:15 170:9
185:18 193:3

**takes**
69:9

**taking**
9:3,8 10:9
32:22 33:1,
10 50:23
52:21 55:6
56:9 93:25
94:18 100:23
101:1 106:3
107:12,15,19
109:14 112:8
113:11
125:14 133:6
148:18
155:18 159:8
198:17,19,21
199:4

**talk**
76:24 139:5,
7 140:8
143:15

**talked**
82:13 138:11

**talking**
52:10 99:12
102:20
106:14
108:13,14
111:21
131:25

**target**
159:6,16

**targeting**
159:24

**tasked**
158:17

**Taylor**
104:12

**technically**
191:1

**telephone**
166:20

**tell**
10:25 26:12
37:24 42:6,8
48:9,23 49:1
53:13,15
58:10 66:5
67:18 71:12
75:9 95:19
97:21 102:8,
23 103:6
104:6,13
106:14
107:1,6
114:6 117:3
120:16
122:18
123:12
125:23
131:24
152:23
166:6,9,12
169:1 181:5
190:15

**telling**
11:20 13:8
29:9,15 66:9

**tells**
156:6

**temperature**
108:8
109:15,16
110:6

**Tempest**
49:3 120:21
121:17
132:22

**Tempest's**
123:4

**ten**
151:2

**Tenn**
5:3

**term**
64:18

**terms**
39:6 64:21
75:4 77:24
87:18 92:20
107:24 113:1
114:15,24
120:24
133:25 134:8
139:25 155:7
186:12

**test**
64:22,24
67:6 90:2
92:10 93:25
95:7 101:1,
25 104:7,8,
20 105:3
107:11
109:14
113:6,11
114:1,6
129:22 133:6
137:3 147:23
148:1,7,18
156:4,5,7
157:8,11,12,
13,21 158:9,
14 160:5
166:17
180:22

**tested**
48:22 56:15

**testified**
7:3 36:6,10
50:17 173:12
193:12

**testify**
45:12

**testimony**
6:20 35:7

36:14 48:23
64:7,22
98:13 100:8
105:6 133:6
161:13
173:20
193:22

**testing**
41:13 56:13
57:4 61:6
68:18 70:4,
21,23,24
73:4,11
88:18
103:16,20,23
105:13 106:8
107:22
108:5,14
110:24
111:13
113:13
156:15,20
158:3

**tests**
49:13 56:18
57:13 94:7,
18 103:14
105:24 108:1
158:18
175:24
181:17
188:23

**tests--i'm**
181:5

**Thank**
6:6,24 99:8
152:9 178:16

**Thanks**
68:13

**therapy**
34:9 144:10

**thing**
71:18 87:22
138:2 143:23

**things**
7:16 19:16
25:12 51:1
58:21 87:6

114:11
166:25

**think**
13:11,13
29:1 43:16
50:16 98:20
100:13
104:18
108:21
110:12,24
114:10 118:7
129:17
132:23 147:8
165:8 173:11
194:19 195:5
198:10

**thinking**
42:2,25
132:18

**third**
69:1 142:6
173:9 174:5
178:24
182:24
187:17

**Thirty**
99:4,6

**Thomas**
30:8,9
196:24

**thought**
83:7 84:23
123:23
141:21
147:11
157:10

**thoughts**
13:10 43:22

**threat**
31:8 157:22

**threatened**
72:4

**three**
34:5 53:9
83:24 105:20
130:4,13
137:22
138:10,13

184:15
189:25 190:4
191:3

**time**
5:6,7 7:8,19
8:17,22
9:20,23
10:12,17,23
13:3,24
14:8,9,11
15:23 17:4
18:6,10,12
19:5,9,10
20:4,7,9
23:21 25:3,
13 26:4,24,
25 27:3
28:22 33:19,
21,22 34:20,
22 35:3,24
36:7 37:8,
12,15,16
38:11,13,16
39:21,22,25
40:15,19
42:8 48:6,
10,24 49:9,
24 50:4,5,6,
13,15 51:20
52:6 53:6
55:15,16,25
56:6,17,20
57:1,3,9,24
58:13,17,20
60:13 62:18,
25 63:7,10,
12 64:12
65:15 66:10
71:11 72:25
73:2,9 76:7,
12 78:22
80:2,6,8
82:7 83:8,18
84:6 86:19,
20 89:3,16,
23 90:12
92:14 94:10,
12,15 95:2,
10,13 96:8,

9,18,20
98:21 99:3
101:25
102:2,7
103:21,22
105:12,15,17
106:11
107:5,20
109:17
111:23,24,25
112:6 114:21
115:10,20
116:7,11
118:11
119:21
121:12,17,20
123:1 124:24
125:2,6,16
126:12
127:10,11
130:7,11,14
131:19,21
137:13,14,21
138:5 139:10
140:20 143:7
144:20
145:7,8,9
146:11,15,16
148:9
150:14,20,
23,25 153:24
154:23
156:13,24
157:18
161:4,21
162:19
163:15
164:14
165:7,25
166:4,6,10,
21 167:8
168:16
171:6,16
179:11 181:7
182:21
183:3,11
186:24
190:17
194:2,8

195:13
197:3,11
198:4,17,22

**times**
13:5,21
34:25 37:7,
10 97:19,24
102:13
105:20 107:8
130:9 131:11
165:21,24
184:7,10,13,
16

**timing**
147:22
148:5,7

**Timothy**
29:7

**title**
23:2 154:17

**titled**
150:9

**to--**
182:25

**today**
7:9,24 8:4,
15 9:3 11:1,
14 13:22
14:25 35:4,
16 36:14
45:12 64:22
87:3 100:8
105:6 116:8,
10 181:4
193:5,12

**today's**
5:5 14:14

**told**
29:18 31:5,
15,20 37:20
38:25 48:13
53:15,18
57:8,11
58:2,4 59:13
62:13,24
64:14,23
66:8 72:19
75:12 82:12,

Edie Nehme
December 17, 2021

14 84:19
102:3,24
105:19
106:24 115:4
116:22
126:25
129:7,11,15
140:11
143:24
161:13
166:13
190:18
**toll**
145:14
**Tony**
8:12 15:9
**top**
16:22 27:7
48:4 93:24
98:8 117:23
152:23
182:18 184:6
**total**
17:11 83:22
**traffic**
170:17
**Tramadol**
32:11,13,14,
15,23
**transfer**
185:24
**traversing**
101:2,17
**treat**
30:9,15,19
34:17 37:17
**treated**
159:7 182:15
184:20
195:4,9,14
**treating**
26:14 35:15
37:24 39:1,
4,15 40:10,
12,14,17
**treatment**
31:23 39:21

179:3 195:5
**trial**
21:8,13
**trials**
21:2
**trigger**
74:17 86:8
115:22
**triggered**
79:13 88:17,
20 117:10,12
**trouble**
51:19 57:18
71:16
**troubles**
57:17
**truck**
25:14
**Trucking**
25:2,8
**trucks**
25:18,19
**true**
116:11
125:11
128:7,8
143:17,18
179:10
181:12 182:3
188:6,11,21
189:16,17
191:11
195:13
**Trustees**
5:10 6:15
**truth**
6:21,22
**truthful**
52:8
**try**
8:6 30:21
61:20 181:23
185:24 196:5
**trying**
42:14 77:17
106:19
111:14

132:11
146:14,17
147:15
150:24 151:3
152:8 157:2
196:1,4
**turn**
101:17,21
128:25
157:14 171:2
**turning**
47:8 91:2
94:9
**tutor**
77:7
**tutoring**
77:2,6
**twice**
9:16 14:4
33:9 37:15
128:6 182:24
190:3 191:20
**two**
14:7 15:2,4
16:20 17:6
23:17 33:25
45:18,19
75:6 84:13
99:14,16
106:6 117:20
118:16
122:4,5
132:5 137:9
140:5 152:1
159:20
183:21,23
184:14
189:16 190:1
198:11
**type**
21:25
**typed**
8:6
**typical**
102:5,7

---

**U**

**unable**
50:9 154:22
**unattended**
103:13
**unaware**
98:17
**undeniable**
145:17
**understand**
7:13,14 29:3
43:9 65:7
111:5,8
133:9 157:2
176:4 180:11
**understanding**
86:20,23,25
**understood**
8:9,10 125:9
**unexcused**
82:7 87:19
88:15
**unfair**
141:1,21
**unfairly**
159:7
**unheard**
186:2
**United**
5:11 29:21
30:1
**universities**
17:11
**university**
5:10 6:14
16:12,15,18
17:2,14
24:13 71:25
74:11 83:11
89:11
154:21,25
198:16
**unknown**
33:18

Edie Nehme
December 17, 2021

unnecessary
148:8
unrelated
36:1 122:22
unspecified
61:23
unsure
125:21
untrue
83:6
updates
166:25
upheld
46:14,17
167:18
192:11
uphold
46:10,11
167:14
177:24 178:5
upholding
178:21
usual
8:22

———————

V

vague
155:14
Valerie
153:10 155:4
160:17
161:3,7,12
162:14,16
165:19
value
93:20
various
131:4 149:20
vary
40:25
verbally
66:8 72:23
verdict
123:8
versus
5:9 170:15

viable
186:4
Villaseca
53:2,3,7,13,
18
visit
21:6
visits
148:10
vitals
21:12
vividly
170:20
voice
177:16
voicemail
155:10,12,20
158:14,22
voices
107:10 114:7
voluntarily
140:1
von
58:7 59:1,4
71:18 140:13

———————

W

wait
18:24 19:2
113:13
waited
125:20 126:1
178:10
waiting
42:2 46:12
118:1 193:1
waive
5:25
walk
102:13
154:12
walked
107:8 132:18
walking
101:10
102:19,20

106:12 107:4
131:25 133:5
143:23
walks
106:16
wall
96:2 100:2
want
7:10 10:6
11:1 19:15
33:3 44:19
48:4 51:19,
25 67:25
68:4,8 82:4
84:18 87:9
103:12 118:9
152:7 155:4
158:6 164:4
186:17
194:19
wanted
19:17 72:1
80:15 85:9
103:6 118:4
135:17
155:13
190:19
195:24
wanting
186:23
was--there
128:22
water
107:25
way
13:17 15:6,
12 33:4
35:11 84:20
89:9 94:3
111:9 131:22
154:1 175:9
178:8 181:23
196:14
ways
45:19 185:23
weak
128:19,24

wearing
104:21,23
105:7
week
22:5,7 23:24
33:25 76:6
96:11,15
147:23 148:1
weekends
23:8
weeks
23:17 33:25
34:5 127:23
137:9,10
Wellness
28:20 59:2
60:16,24
70:5 72:20
75:25 76:8
went
17:3 33:19,
22 50:18
53:21 55:3
61:6 62:19
80:24 99:25
104:20
105:19 107:2
113:5 127:6
147:2 149:15
Wertheim
19:12
West
22:19
White
25:1
Williams
104:11,12
108:18
110:15
Willingham
29:7,9,19
30:4 32:1
window
99:23 100:3,
4,6 101:11
windows
96:1 99:15,

Edie Nehme
December 17, 2021

16,17
**Winnie**
  77:9
**withdraw**
  140:1,2
  150:19
**withdrawn**
  150:19
**withheld**
  178:25
**witness**
  6:23 9:1
  11:16 12:2,
  12,18 14:4,
  21 26:18
  36:17 42:24
  43:9 45:4,9,
  17 52:5
  60:18 61:16
  62:2,23
  70:16 71:2
  76:21 88:1
  90:17,22
  91:11,13
  92:23 98:6
  109:8 110:17
  111:7 112:15
  113:17
  116:15,21
  117:17
  147:10
  152:22
  160:8,15
  165:16
  168:4,13
  173:3,24
  174:8,22
  175:6,19
  176:4,13
  177:7 181:19
  188:1,9,14,
  25 191:14
  192:2
**witnesses**
  174:14
**wondering**
  42:20

**word**
  69:23
**words**
  44:2 64:20
**work**
  7:24 11:5,
  15,17 12:7
  22:5,12,16
  23:3,7,9,15
  65:13 72:20
  89:22 163:8
**worked**
  22:17 24:3
  25:1 26:3
**working**
  20:15,16
  22:10 23:18,
  24,25 24:3,
  10 25:2,25
  26:1 72:20
  89:25 90:1
**works**
  60:25 67:12
  93:12,25
  119:11
**worried**
  31:9 66:17
  185:6
**worry**
  60:6 67:14
**worse**
  185:8
**worth**
  65:9 111:12
  145:19
**write**
  21:18 88:24
  105:17
  141:20
  146:14 151:7
  163:20
  172:12
**writes**
  180:4
**writing**
  21:24 171:8,
  16 177:9

**written**
  122:25
**wrong**
  25:18 46:25
  109:12 112:1
  138:1
  139:15,17,
  19,20 145:6
**wrote**
  148:5 149:4,
  21 151:23
  155:7,15,24
  156:9,16
  158:1,4
  160:20
  169:18
**Wydler**
  6:13 7:6,8
  9:2 11:12,
  17,22 12:3,
  8,13,20
  13:2,15
  14:1,5,17,23
  26:16,21
  35:10,12
  36:21,22
  38:19,24
  41:18 42:1,
  6,12,16,20
  43:2,3,11
  44:9,17,22
  45:3,5,11
  46:21 52:7
  60:20,21
  61:18,19
  62:6 63:4
  67:24 68:4,
  7,12,16
  70:10,19
  71:5 76:25
  88:4 90:20,
  24 91:1,14
  92:25 98:11,
  19 99:1,7,11
  100:18,21
  108:25
  109:4,13
  110:18

111:10
112:18
113:19
116:17,25
117:19
118:1,9,14
141:7,11
142:16,17
147:18
151:17,21
152:5,12,13
153:2
160:10,19
168:9,15
172:8,10
173:5 174:1,
4,11,24
175:10,25
176:6,16,17
181:21,24
185:17,20
188:5,10,16
189:2 191:16
192:13
194:18,22
195:4 196:18
197:19,23
198:14,24
199:2

---

**X**

**Xanax**
  9:10,15,18,
  23 10:10
  27:18 30:18,
  23 32:5
  40:5,16,19

---

**Y**

**yeah**
  29:23 56:24
  83:16 126:23
**year**
  10:20,23
  18:2 19:3,4
  32:25 36:23

Edie Nehme
December 17, 2021

```
53:14 55:12
58:13 65:8
72:16 75:17
79:22 81:2,
22 83:8
84:25 115:6,
7 120:6
123:21,22
129:12
132:10
182:24
183:2,4
186:20
187:11,13,
16,17 189:9,
13
```

**year's**
```
65:9
```

**years**
```
16:20 17:6
24:19,21
32:6 133:23
151:1,2
186:18,19
188:1
```

**yelling**
```
102:20
111:21
```

**yesterday**
```
9:22 14:12,
25 15:1
```

**you're--like**
```
137:11
```

**younger**
```
29:10,12
```

---

**Z**

---

**Zoom**
```
135:9
```