

Defendant's Exhibit 1

Witness:  ELIE NEHME 12-17-2021



FIU | FLORIDA INTERNATIONAL UNIVERSITY

July 13, 2017

Stephen Loynaz
Access Consultant Manager
Disability Resource Center
Florida International University
GC 195 A

Dear Stephen,

I have received a medical release signed by my patient, Mr. Elie Nehme, to provide you the following information in which he requested to be shared:

Mr. Nehme began seeking out counseling services on 5/31/2017. Upon his psychodiagnostic evaluation, Mr. Nehme reported symptoms consistent with DSM V (300.00)-Unspecified Anxiety Disorder. Additionally, Mr. Nehme reported symptoms consistent with Attention-Deficit Hyperactivity Disorder. Mr. Nehme has completed some preliminary assessments including the Continuous Performance Test-3rd Edition, as well as the Conner's Self Report, which both revealed a strong indication of inattentiveness. Mr. Nehme has also completed the Wechsler Adult Intelligence Scale-4th Edition, which revealed lowered scores in indices that are related to inattentiveness and processing speed. At this time, it is strongly recommended that he be given extended time on examinations.  A complete report will be provided at a later date.

If you need any further information, please don't hesitate to contact me at (305)-348-4160, as the release of information authorizes continued contact for up to 90 days. Thank you for your time.

Sincerely,

Nathaly S. Desmarais, Psy.D.
Clinical Psychologist-PY7955
Director, FIU HWCOM Medical Student Counseling and Wellness Center



**FLORIDA INTERNATIONAL UNIVERSITY**

Privileged and Confidential

August 7, 2017

Defendant's Exhibit 2

Witness:  ELIE NEHME 12-17-2021

Mr. Elie Nehme
8112 Bautista Way
Palm Beach Gardens, FL  33418-8178
561-386-9508

*<<Via email to enehm002@fiu.edu >>*

Re: Medical Student Evaluation and Promotion Committee Recommendation

Dear Mr. Nehme:

As you know, the Medical Student Evaluation and Promotion Committee (MSEPC) met with you on Thursday, July 27, 2017, to consider your overall performance as a medical student, in accordance with the College of Medicine Student Handbook and FIU policies.

On August 1, 2017, I sent you a letter giving you the option of meeting with me to discuss the recommendation of the MSEPC.  You elected not to meet with me.  Enclosed herewith are the findings and recommendations of the MSEPC.  I have reviewed them and accept them.

You have the right to appeal the recommendations by submitting a request for appeal within ten (10) business days of receipt of this letter.  Please refer to the Student Handbook regarding the process you must follow to appeal the recommendation.  The sole grounds for appeal are as follows:

1. Material failure to provide a student with his or her due process rights as set forth in the Student Handbook which affected the outcome of the hearing.  Appeals based on this ground will be limited solely to a review of the record of the hearing.

2. New information, which was not available at the time of the hearing and therefore could not be presented.  In addition, the student must show that the new information could have substantially affected the outcome of the hearing.  The nature of the information must be described in full detail in the appeal letter including an explanation regarding the reason the information could not have been presented at the hearing.

HERBERT WERTHEIM COLLEGE OF MEDICINE

Modesto A. Maidique Campus, 11200 S.W. 8th St., AHC II 693, Miami, FL 33199 • Tel: 305.348.0570 • Fax: 305.348.0123 •
medicine.fiu.edu

Florida International University is an Equal Opportunity/Access Employer and Institution • TDD via FRS 1.800.955.8771



3. The severity of the sanction is clearly excessive in light of the nature of the offense and the totality of the student's academic performance including indicia of professionalism.

Sincerely,

Carolyn D. Runowicz, MD
Executive Associate Dean for Academic Affairs

Attachment

HERBERT WERTHEIM COLLEGE OF MEDICINE

Modesto A. Maidique Campus, 11200 S.W. 8th St., AHC II 693, Miami, FL 33199 • Tel: 305.348.0570 • Fax: 305.348.0123 •
medicine.fiu.edu

Florida International University is an Equal Opportunity/Access Employer and Institution • TDD via FRS 1.800.955.8771

**Herbert Wertheim**
**College of Medicine**

## MEMORANDUM

**Privileged and Confidential Education Record**
**Protected by Federal Education Rights and Privacy Act**

| | |
|---|---|
| Date: | August 1, 2017 |
| To: | Carolyn Runowicz, MD<br>Executive Associate Dean for Academic Affairs |
| From: | Sergio Gonzalez-Arias, MD, PhD<br>Chair, Medical Student Evaluation and Promotion Committee |
| Subject: | Medical Student Evaluation and Promotion Review – **Elie Nehme** |

The Medical Student Evaluation and Promotion Committee (MSEPC) conducted a hearing on Thursday, July 27, 2017, to consider the academic performance of Elie Nehme. The student attended.

### Facts:

Mr. Nehme recently failed *Cardiovascular and Respiratory Systems* (BMS 6633) and he failed the remediation. He previously failed *Genes, Molecules and Cells* (BMS 6001) and passed the remediation. Mr. Nehme reported he had health issues and family problems during his first year of medical school. He reported he has been meeting with the Wellness Center to work on his processing speed. He stated he was verbally informed he could benefit from being granted additional time to take exams. He is also working with Learning Specialist, Dr. Winnie Chang.

### Findings:

After deliberation and based upon his overall performance, the MSEPC finds the following:

1. Mr. Nehme's academic performance is of serious concern.

2. The MSEPC acknowledges the information provided by the student. Any potential accommodations will be assessed by the Medical Student Accommodations Committee once the official report from the Disability Resource Center (DRC) is available.

### Recommendations:

1. Mr. Nehme will be allowed to continue with the class of 2020. He must meet with Dr. Toonkel to develop a plan for self-study of *Cardiovascular and Respiratory Systems* (BMS 6633) in preparation for taking the course again in 2018 with the class of 2021. This will delay his entry into Period 3.

2. Any further course failure or continued poor academic performance will trigger review by the MSEPC with the possibility of adverse recommendations, including repeating an academic period or dismissal from medical school.

3. Mr. Nehme will be placed on academic probation as per the HWCOM student handbook guidelines. Per the HWCOM student handbook, the student will remain on probation through the end of the academic period in which he or she was placed on probation and through the following academic period.

**Herbert Wertheim**
## College of Medicine

4. He must continue to seek assistance from the Medical Student Counseling and Wellness Center.

5. He must continue to seek advice from HWCOM Learning Specialist Winnie Chang, Ed.D. and utilize available resources and supportive services such as tutoring.

6. It is strongly recommended that Mr. Nehme refrain from participating in extracurricular activities other than debt management counseling, financial planning, career and professional counseling, health and wellness programs, student support services, and Panther Learning Communities.

7. He must stay in close contact with his academic advisor. The frequency of contact should be no less than monthly.



**FIU** | FLORIDA
INTERNATIONAL
UNIVERSITY

**Defendant's Exhibit 3**

Witness:  ELIE NEHME 12-17-2021

Privileged and Confidential

March 15, 2018

Mr. Elie Nehme
8112 Bautista Way
Palm Beach Gardens, FL  33418-8178
561-386-9508

*<<Via email to enehm002@fiu.edu >>*

Re: Medical Student Evaluation and Promotion Committee Recommendation

Dear Mr. Nehme:

The Medical Student Evaluation and Promotion Committee (MSEPC) met on Thursday, March 8, 2018 to consider your overall performance to date as a medical student, in accordance with the College of Medicine Student Handbook and FIU policies.

Enclosed herewith are the findings and recommendations of the MSEPC.  You will have the right to appeal the determination in accordance to the 2017-2018 Student Handbook.  The sole grounds for appeal are as follows:

1. Material failure to provide a student with his or her due process rights as set forth in the Student Handbook which affected the outcome of the hearing.  Appeals based on this ground will be limited solely to a review of the record of the hearing.

2. New information, which was not available at the time of the hearing and therefore could not be presented.  In addition, the student must show that the new information could have substantially affected the outcome of the hearing.  The nature of the information must be described in full detail in the appeal letter including an explanation regarding the reason the information could not have been presented at the hearing.

3. The severity of the sanction is clearly excessive in light of the nature of the offense and the totality of the student's academic performance including indicia of professionalism.

HERBERT WERTHEIM COLLEGE OF MEDICINE

Modesto A. Maidique Campus, 11200 S.W. 8th St., AHC II 693, Miami, FL 33199 • Tel: 305.348.0570 • Fax: 305.348.0123 •
medicine.fiu.edu

Florida International University is an Equal Opportunity/Access Employer and Institution • TDD via FRS 1.800.955.8771



Per the Student Handbook, you have an opportunity to meet with the Chair of the Appeals Committee, Executive Associate Dean for Academic Affairs Carolyn Runowicz, MD or her designee to clarify the grounds for appeal however, a meeting is not mandatory. If you would like a meeting, this request must be in writing and received by Dr. Runowicz within three (3) days of the date that you file the appeal.

Sincerely,

Sergio Gonzalez-Arias, MD, PhD
Chair, Medical Student Evaluation and Promotion Committee

HERBERT WERTHEIM COLLEGE OF MEDICINE

Modesto A. Maidique Campus, 11200 S.W. 8th St., AHC II 693, Miami, FL 33199 • Tel: 305.348.0570 • Fax: 305.348.0123 • medicine.fiu.edu

Florida International University is an Equal Opportunity/Access Employer and Institution • TDD via FRS 1.800.955.8771

FIU_000018



## MEMORANDUM

**Privileged and Confidential Education Record**
**Protected by Federal Education Rights and Privacy Act**

| | |
|---|---|
| Date: | March 15, 2018 |
| To: | Elie Nehme |
| From: | Sergio Gonzalez-Arias, MD, PhD |
| | Chair, Medical Student Evaluation and Promotion Committee |
| cc: | Carolyn D. Runowicz, MD |
| | Executive Associate Dean for Academic Affairs |
| | Chair, Appeals Committee |
| | Karin Esposito, MD, PhD |
| | Interim Executive Associate Dean for Student Affairs |
| Subject: | Medical Student Evaluation and Promotion Review |

The Medical Student Evaluation and Promotion Committee (MSEPC) conducted a hearing on Thursday, March 8, 2018, to consider the academic performance of Elie Nehme. The student attended.

**Facts:**

Mr. Nehme failed *System Based Practice* (BMS 6067). A Professionalism Incident Report (PIR) was filed on December 15, 2017 by Dr. Vivian Obeso for multiple unexcused absences across courses, multiple requests to delay exams, and a professionalism issue regarding a quiz in *Reproductive Systems* (BMS 6637) (see attached PIR for details). Mr. Nehme stated that he experienced medical problems that interfered with his ability to attend class. He is currently on a Medical Leave of Absence effective January 18, 2018; however, he waived his right to delay the MSEPC hearing until after he returns. He has been meeting with a neurologist and pain management physician and is feeling much better. He stated he is ready to return to medical school in early April if he is allowed the opportunity to repeat Period 2.

**History:**

MSEPC Hearing #1 / July 27, 2017

Mr. Nehme recently failed *Cardiovascular and Respiratory Systems* (BMS 6633) and he failed the remediation. He previously failed *Genes, Molecules and Cells* (BMS 6001) and passed the remediation. Mr. Nehme reported he had health issues and family problems during his first year of medical school. He reported he has been meeting with the Wellness Center to work on his processing speed. He stated he was verbally informed he could benefit from being granted additional time to take exams. He is also working with Learning Specialist, Dr. Winnie Chang. Mr. Nehme was allowed to continue with the class of 2020. He was required to meet with Dr. Toonkel to develop a plan for self-study of *Cardiovascular and*



*Respiratory Systems* (BMS 6633) in preparation for taking the course again in 2018 with the class of 2021, thus delaying his entry into Period 3. He was placed on academic probation.

**Findings:**

After discussion, the MSEPC made the following findings:

1. Mr. Nehme's academic performance is of serious concern.

**Recommendations:**

1. Mr. Nehme will be allowed to repeat Period 2 joining the class of 2021.

2. Any further course failure or continued poor academic performance will trigger review by the MSEPC with the possibility of adverse recommendations, including dismissal from medical school.

3. Mr. Nehme will remain on academic probation as per the HWCOM student handbook guidelines. Per the HWCOM student handbook, the student will remain on probation through the end of the academic period in which he or she was placed on probation and through the following academic period.

4. He must continue to seek advice from the HWCOM Learning Specialist and utilize available resources and supportive services such as the Wellness Center and tutoring.

5. It is strongly recommended that the student refrain from participating in extracurricular activities other than debt management counseling, financial planning, career and professional counseling, health and wellness programs, student support services, and Panther Learning Communities.

6. He must stay in close contact with his academic advisor. The frequency of contact should be no less than quarterly.



March 4, 2020

Elie Nehme
8112 Bautista Way
Palm Beach Gardens, FL 33418



*<<Via email to enehm002@fiu.edu>>*

RE: Notice of Hearing

Dear Mr. Nehme:

The Medical Student Evaluation and Promotion Committee (MSEPC) will meet **Thursday, March 12, 2020** in order to evaluate your overall academic progress.  **Please be ready to be called into room AHC1 335 at 2:15 pm.**  You will have the opportunity to review the records that the MSEPC will be reviewing as part of this evaluation. The records are available to you, by appointment, at AHC2 681 between 9:00am and 5:00pm beginning Monday, March 9, 2020.  You will review the records in the presence of a College of Medicine employee and you may not remove anything from the file; however, you may take notes.  Please contact Dalia Perez ([dalperez@fiu.edu](mailto:dalperez@fiu.edu)) if and when you would like to review the file and we will make it available to you.

You may bring an individual who is not a lawyer to the MSEPC hearing to provide advice and support.  The individual will not have the right to directly address the committee members or cross-examine any witnesses.  The MSEPC may call witnesses to attend this meeting to provide information to the committee about the incident.  You may ask witnesses questions and elicit information.  At least 36 hours prior to the MSEPC meeting, you will receive a list of any witnesses the MSEPC asks to attend.  You will have the opportunity to question any witnesses who appear and to address the MSEPC.  In addition, you may bring relevant witnesses to the meeting.  Please note that the Chair of the MSEPC is entitled to exclude witnesses in accordance with the provisions of the HWCOM Medical Student Handbook.

If you fail to attend the hearing, it will proceed without you.   The possible actions that may be taken by the MSEPC are set forth in the *HWCOM Medical Student Handbook*, MSEPC Recommendations.

**It is requested that you please not bring your purse, backpack or any other type of bag into the meeting room.**

Sincerely,

Eneida O. Roldan, MD, MPH, MBA
Chair, Medical Student Evaluation and Promotion Committee

HERBERT WERTHEIM COLLEGE OF MEDICINE

Modesto A. Maidique Campus, 11200 S.W. 8th St., AHC II 693, Miami, FL 33199 • Tel: 305.348.0570 • Fax: 305.348.0123 • medicine.fiu.edu

Florida International University is an Equal Opportunity/Access Employer and Institution • TDD via FRS 1.800.955.8771



## <u>Challenge to MSEPC Member's Participation in a Hearing</u>

The following is a list of MSEPC members.  This list is provided to you for informational purposes only to assist in determining whether facts can be asserted demonstrating the existence of unwarranted bias, such as conflict of interest or animosity.  Please note an unwarranted bias would not include the granting of a failing grade in a course.

You are prohibited from discussing the hearing with any of the members of the MSEPC outside of the hearing other than the MSEPC Chair.

If you believe that a member has an unwarranted bias against you, please contact MSEPC Chair Dr. Roldan in writing at least three business days prior to the scheduled hearing and assert facts that show actual unwarranted bias that would preclude a fair and impartial hearing (for details please see 7.b. Hearing Procedure, ii. Challenge to MSEPC Member's Participation in a Hearing, pg. A-12 of the *HWCOM Medical Student Handbook*).  In the event of a challenge to the participation of Dr. Roldan, please contact Executive Associate Dean for Academic Affairs Dr. Carolyn Runowicz.  The determination of the MSEPC Chair or EADAA as applicable shall be final.

<u>MSEPC Members</u>

Eneida Roldan, MD – Chair
Gagani Athauda, MD
Daniel Castellanos, MD
Amalia Landa Galindez, MD
Darren Kaufman, MD
Jorge Camilo Mora, MD
Gregory Schneider, MD
Sarah Stumbar, MD
Helen Tempest, PhD

HERBERT WERTHEIM COLLEGE OF MEDICINE

Modesto A. Maidique Campus, 11200 S.W. 8th St., AHC II 693, Miami, FL 33199 • Tel: 305.348.0570 • Fax: 305.348.0123 • medicine.fiu.edu

Florida International University is an Equal Opportunity/Access Employer and Institution • TDD via FRS 1.800.955.8771

FIU_000051



*Privileged and Confidential*

April 16, 2020

Defendant's Composite Exhibit 5

Witness:  ELLE NEHME 12-17-2021

Elie Nehme
8112 Bautista Way
Palm Beach Gardens, FL 33418

 *<<Via email to enehm002@fiu.edu >>*

Re: Medical Student Evaluation and Promotion Committee Recommendation

Dear Mr. Nehme:

The Medical Student Evaluation and Promotion Committee (MSEPC) met on Thursday, April 9, 2020, to consider your overall performance to date as a medical student in accordance with the *HWCOM Medical Student Handbook* and FIU policies.

Enclosed herewith are the findings and adverse recommendations of the MSEPC.  You have the right to appeal the adverse recommendations to the Appeals Committee in accordance with the procedures set forth in the *HWCOM Medical Student Handbook (see F. Appeals Process, page A-14)*.  The request for appeal must be submitted in writing to the Executive Associate Dean for Academic Affairs within ten (10) business days of the date of this notification.  It must be based on one or more of the following grounds for appeal:

1. Material failure to provide a student with his or her due process rights as set forth in the *HWCOM Medical Student Handbook* that affected the outcome of the hearing.  Appeals based on this ground will be limited solely to a review of the record of the hearing.
2. New information, which was not available at the time of the hearing and therefore could not be presented.  The student must show that the new information was likely to have substantially affected the outcome of the hearing.  The nature of the information must be described in full detail in the written request, including an explanation of the reason the information could not have been presented at the hearing.
3. The severity of the sanction is clearly excessive in light of the nature of the offense and the totality of the student's academic performance including indicia of professionalism.

Sincerely,

Helen Tempest, PhD.
Acting Chair, Medical Student Evaluation and Promotion Committee

HERBERT WERTHEIM COLLEGE OF MEDICINE

Modesto A. Maidique Campus, 11200 S.W. 8th St., AHC II 693, Miami, FL 33199 • Tel: 305.348.0570 • Fax: 305.348.0123 •
medicine.fiu.edu

Florida International University is an Equal Opportunity/Access Employer and Institution • TDD via FRS 1.800.955.8771

**FIU | Herbert Wertheim
College of Medicine**

# MEMORANDUM

**Privileged and Confidential Education Record
Protected by Federal Education Rights and Privacy Act**

Date:          April 16, 2020

To:            Elie Nehme

From:          Helen Tempest, PhD
               Acting Chair, Medical Student Evaluation and Promotion Committee

CC:            Carolyn D. Runowicz, MD
               Executive Associate Dean for Academic Affairs
               Chair, Appeals Committee

               Karin Esposito, MD, PhD
               Executive Associate Dean for Student Affairs

Subject:       Medical Student Evaluation and Promotion Review

The Medical Student Evaluation and Promotion Committee (MSEPC) conducted a hearing on Thursday, April 9, 2020, to consider the academic performance of Elie Nehme. The meeting was held virtually via Zoom. The student attended.

**Facts:**

Mr. Nehme is a period 3 medical student on academic probation. He failed the Psychiatry shelf exam and the remediation exam and as a result failed the Psychiatry Clerkship.

Mr. Nehme stated that he understood he was appearing before the MSEPC because he did not pass the Psychiatry Clerkship. Mr. Nehme stated that he prepared very well prior to taking the Psychiatry Clerkship remediation. However, the day of the psychiatry shelf exam retake, his neighbor's apartment caught on fire and he waited at the apartment complex unsure if his apartment would be next. He stated that thankfully his apartment was fine and that he was able to make it on time to his scheduled retake. Mr. Nehme stated that the fire did stress him out and that it affected his performance.

The committee commented that Mr. Nehme showed a pattern of poor performance in his Clerkship shelf exams. The committee stated that Mr. Nehme had to take the Family Medicine, Surgery, and Neurology shelf exam twice and that he scored low on the Obstetrics and Gynecology Shelf exam. Mr. Nehme stated that the day of his Surgery Clerkship Shelf exam, he received a call that his dad was being rushed to the hospital and that call affected his performance. Mr. Nehme stated that he acknowledges his weak points. He said that he has been preparing for the USMLE Step 1 exam by studying and targeting his weak points. Mr. Nehme reported that he planned to reschedule his USMLE Step 1 exam if he believed he was insufficiently prepared to take it.

When asked why he did not request an excused absence for the Psychiatry Shelf Exam remediation, as he had previously for exams prior to entering into Period 3. Mr. Nehme stated that he was not aware he could request an excused absence for shelf exams. He also stated that he was unaware of the process to request an excused absence last minute prior to Psychiatry Clerkship remediation exam.

Mr. Nehme was asked in hindsight what he would have done differently, and he stated that he would not have changed anything. Mr. Nehme believes he used all the correct resources available and that he prepared the best he could for each shelf exam. He also reported that he felt well prepared going into the Psychiatry Clerkship remediation exam.

**History:**

MSEPC Hearing #1 / July 27, 2017

Mr. Nehme recently failed *Cardiovascular and Respiratory Systems* (BMS 6633) and he failed the remediation. He previously failed *Genes, Molecules and Cells* (BMS 6001) and passed the remediation. Mr. Nehme reported he had health issues and family problems during his first year of medical school. He reported he has been meeting with the Wellness Center to work on his processing speed. He stated he was verbally informed he could benefit from being granted additional time to take exams. He is also working with Learning Specialist, Dr. Winnie Chang. Mr. Nehme was allowed to continue with the class of 2020. He was required to meet with Dr. Toonkel to develop a plan for self-study of *Cardiovascular and Respiratory Systems* (BMS 6633) in preparation for taking the course again in 2018 with the class of 2021, thus delaying his entry into Period 3. He was placed on academic probation.

MSEPC Hearing #2 / March 8, 2018

Mr. Nehme failed *System Based Practice* (BMS 6067). A Professionalism Incident Report (PIR) was filed on December 15, 2017 by Dr. Vivian Obeso for multiple unexcused absences across courses, multiple requests to delay exams, and a professionalism issue regarding a quiz in *Reproductive Systems* (BMS 6637) (see attached PIR for details). Mr. Nehme stated that he experienced medical problems that interfered with his ability to attend class. He is currently on a Medical Leave of Absence effective January 18, 2018; however, he waived his right to delay the MSEPC hearing until after he returns. He has been meeting with a neurologist and pain management physician and is feeling much better. He stated he is ready to return to medical school in early April if he is allowed the opportunity to repeat Period 2. Mr. Nehme was allow to repeat Period 2 joining the class of 2021 and must remain on academic probation.

**Findings**:

After discussion, the MSEPC made the following findings:

1. Mr. Nehme's academic performance continues to be of grave concern. He has failed Genes, Molecules and Cells (BMS 6001), Cardiovascular and Respiratory Systems (BMS 6633) and failed the remediation, he has failed System Based Practice (BMS 6067), and

**FIU** | **Herbert Wertheim College of Medicine**

failed the Psychiatry Clerkship (MDC 7830). In addition, he has shown poor performances in multiple Clerkship Shelf exams.

2. There is a pattern of repeated academic failures, despite mitigating circumstances.

3. Despite Mr. Nehme's poor academic performance, he was unable to articulate changes he could make to improve his academic performance.

**Adverse Recommendations:**

The following recommendations are adverse recommendations. The definition of an adverse recommendation is, "[a]ny MSEPC recommendation arising out of a medical student's failure to meet academic requirements or Professionalism Standards; an Adverse Recommendation mandates that a student take specific actions or refrain from taking specific actions." (HWCOM Medical Student Handbook, Appendix B Glossary)

1. Mr. Nehme should be given the opportunity to voluntarily withdraw from medical school. If he does not elect to voluntarily withdraw, he will be involuntarily withdrawn from the HWCOM.  Mr. Nehme is not eligible to reapply for admission to HWCOM.

**Defendant's Exhibit 6**

Witness:  ELIE NEHME 12-17-2021

Grounds for this appeal are based on the following facts and information, which I address in three sections below regarding violations of due process, new information, and excessive sanctions.

**1. Due Process:**

In a virtual hearing via the application "Zoom," the MSEPC violated due process hearing criteria set forth in the *HWCOM Medical Student Handbook* in at least two ways: (A) Dr. Helen Tempest inappropriately acted as MSEPC Chair of my virtual hearing on April 9, 2020. And, (B) there are no guidelines set forth on how to proceed with such severe decisions during a pandemic. I detail these two items in turn.

A:  I received a hearing notice via e-mail on April 1, 2020, which is attached in this e-mail. It clearly states that Dr. Roldan is the MSEPC Chair of the hearing. On April 8, 2020, I was invited by Dean Jones and Dean Havas to attend a virtual meeting over the application called "Zoom" in order to prepare me for the hearing, which was held the following day on April 9, 2020.

However, on the day of the meeting (April 9, 2020), even immediately prior to the meeting, the MSEPC failed to mention that Dr. Helen Tempest will act as sitting chair for my MSEPC Committee hearing. Indeed, this crucial fact was kept from me and it only became apparent to me that she was the Chair once the meeting had already begun.

That the MSEPC Committee failed to indicate that Dr. Tempest was going to act as Chair of the meeting is inappropriate, due to the preconceived notions Dr. Tempest holds towards me. Her pre-formed judgment of my character is formally documented in a PARS report she filed against me on December 15, 2017. Thus, had I been made aware of Dr. Tempest's involvement in the hearing during the preparatory meeting—or any of the e-mails leading up to the hearing—I would have objected to her involvement and attendance in the meeting. Moreover, Dr. Tempest should have rightfully recused herself from being in the meeting and partaking in the decision, *let alone be the acting Chair of the MSEPC Committee during my hearing.* Therefore, the MSEPC Committee violated the due process criteria set forth in the HWCOM Medical Student Handbook.

B:  Furthermore, there is no precedence on proper procedure regarding this kind of MSEPC meeting. This meeting, which resulted in severe and adverse recommendations, took place virtually over Zoom. It occurred during the COVID-19 pandemic, in a state of national emergency, as well as during my dedicated time for Step-1 studying. Under these circumstances, I was not given ample opportunity to accurately represent myself in person, which is not in accordance with the rules stated on page 11 of Appendix A, Section 7-a *"Notice of Hearing"* in the student handbook (see attached document titled: Student Handbook-Hearing Process).

**2.  New information:**

The MSEPC Committee expressed concern about "a pattern of poor performance" in my "Clerkship Shelf exams." And yet, the Committee's perceived "pattern" inappropriately characterizes my situation.

I now detail additional new information that was not mentioned, or was unavailable, to the MSEPC Committee.

In the first two years, I requested a voluntary medical leave of absence in order to address medical and personal family emergencies, which were the major contributing factors to my academic performance. I came back in the second year and passed all my classes without any difficulties. Furthermore, I started third year with the Internal Medicine clerkship, which is considered one of the more challenging clerkships. And indeed, I received exemplary reviews regarding my knowledge and professional behavior, as well as successfully passed the Shelf exam without having to repeat it. This is evidence of my competencies as a medical student. Moreover, in addition to receiving a commendation about my professionalism through the PARS system, my attendings provided stellar comments and feedback regarding my fund of knowledge and professionalism throughout Period 3, as evident in the attached document titled "E-value Compiled Evaluations."

However, as I stated during the meeting, the reason for remediation of the Family Medicine, Surgery, and Neurology clerkships is not due to my academic abilities. They are instead primarily the result of the following exceptional circumstances.

My performance on the Surgery Shelf exam was primarily due to my father's emergency medical issues, which occurred immediately (5 minutes prior) to walking into the exam.

Pertaining to the Family Medicine clerkship, I was leaving Baptist Health Primary Care located at 7400 Sw 87th Ave St. 260, Miami, FL 33173 on August 29, 2019, a location I was assigned to during this clerkship. There, I was involved in a car accident where I was hit by another driver. A report was filed against him, and I was not at fault (see attached document titled "Accident Report"). This required numerous physical therapy sessions, which occurred during the Family Medicine clerkship. My confidence in this clerkship was evident in my success of my remediation of my Family Medicine Shelf.

In regard to the Psychiatry Shelf remediation (March 2, 2020), I experienced a major building complex fire immediately prior to that exam. Considered one of the easiest Shelf exams to pass, only a minority fail or have to remediate it. At the same time, my standing in the class and my knowledge were reflected through my grade (93.86%), as well as my having earned a 100% on my OSCE, which is evidence of my competency in this clerkship. This information alone should indicate the severity of the toll this event had on my performance. Occurring immediately prior to the exam remediation, this incident shook me severely and played an undeniable role in the exam outcome. (Attached to this e-mail, see the document from the MDFR Public Records titled, "#0048933 - 911 Call information Sheet," which indicates the exact time of the fire).

Not only this, the following event is germane to my Psychiatry Shelf remediation, which occurred in the interim of my studying for it. On February 24, 2020, during my pediatrics

rotation and in the middle of taking care of patients, I received an e-mail regarding a Check-in meeting with Dean Havas and Dean Jones (see attached calendar screenshot titled, "Check-in meeting"). Towards the end of this meeting, I was instructed to report to the Student Health Center for a random drug test. I understand and respect the roles of OSA in ensuring student safety and the institution's protocols, as well as their right to perform random drug tests per the Student Handbook. However, the main reason this information is being brought forth is the timing of the test, which was one week prior to the Psychiatry Shelf remediation scheduled on March 2, 2020. The timing of the exam should have been taken under consideration. Indeed, the largely contemporaneous timing of the test and the meeting was a cause of further added and unnecessary stress, exacerbating an already challenging time during the Pediatrics clerkship, NHELP visits, and my preparation for the Psychiatry Shelf remediation.

**3. Severity of the sanction is clearly excessive in light of the offenses:**

The severity of the sanction is clearly excessive in light of the nature of the offenses and the totality of my academic performance and professionalism. I reiterate that throughout all of my clerkships during Period 3, the evaluations addressing my knowledge base and professionalism have been nothing but outstanding, as alluded to in section "2." I have also attached a number of additional evaluations to this e-mail (see attached document titled, "E-value Compiled Evaluations"). Indeed, the discrepancy between the MSEPC Committee's opinions about my supposed "pattern of poor performance," and the stellar evaluations by those professors and physicians who have first-hand knowledge of my academic achievements, capacities, and professionalism is incredibly jarring. In this light, and in light of the information detailed in sections "1" and "2," the MSEPC Committee's recommendation that I withdraw from Medical School appears unthorough and subjective.

To be sure, I find their recommendation to be excessive and distressing. This is especially so in the midst of my Step studying, where I have been extremely studious, constantly improving, professional, and have shown nothing but an eagerness to learn, even through these difficult times. It is even more so, given my markedly improved performance, which is evident throughout Periods 2 and 3, after having come back from my medical leave of absence. I hope to have demonstrated that this extreme recommendation does not fit the offense, and I argue that this recommendation is out of proportion. It is meant to discourage and withdraw me from the healthcare profession, after almost 4 years of medical school, extreme dedication and perseverance, and hundreds of thousands of dollars of debt.

Throughout the past week, while writing this appeal, I have had the time to reflect upon all the experiences and situations I witnessed throughout medical school, especially Period 3. Indeed, I am incredibly humbled and appreciative of the fact that I have the opportunity to become a physician. My love for medicine has not waivered throughout all these experiences. Rather, it grows stronger and more steadfast. This is an honor that I take seriously, and one in which I take great pride.

In sum, I am appealing the decision recommended by the MSEPC and request to retake my psychiatry clerkship in order to demonstrate my knowledge and proficiency. Thus, I urge you to

consider the evidence and arguments presented and ask you to kindly reconsider the justice of this decision. I thank you for your time.

Sincerely,
Elie Nehme

### 7. Hearing Process for MSEPC.

a. **Notice of Hearing.** All hearing notices will be made in accordance with the notification provision set forth in this *HWCOM Medical Student Handbook*. Students will be provided a minimum of 5 business days (excluding legal holidays) prior written notice of the MSEPC meeting with the student to consider a matter within its jurisdiction except in cases of emergency or unless waived by the student. The notice will state:

- A description of the matter under consideration;
- The time, date, and place of the hearing;
- That the student will have the opportunity to review the documents that the MSEPC reviews to make its determination; and
- A list of witnesses the MSEPC will call, if any. The witness list may be modified by the MSEPC up to 36 hours before the hearing, and the student will be notified of any changes in the witness list. The MSEPC is not required to question witnesses listed. Students wishing to call witnesses should separately contact them; and
- That the student may call witnesses in accordance with the procedures set forth in this Appendix A.

**E-value Compiled Evaluations**



**Student Evaluation**

| Evaluator: | Anaisys Ballesteros - Attending Physician | Subject: | Elie Nehme - MS3 |
| Activity: | Family Medicine Clerkship | Site: | Baptist Health Primary Care - Galloway |
| Evaluation Type: | Clinical Assessment of Student Performance - Final | Completion Date: | 09/26/2019 |
| Request Date: | 09/21/2019 | | |
| Period: | CO2021 Block B Rotation 3 | Dates of Activity: | 08/05/2019 To 09/27/2019 |
| Subject Participation Dates: | 08/05/2019 To 09/27/2019 | | |

If you have provided health care to this student or his/her family please suspend this evaluation.

By clicking Accept and completing this medical student evaluation, you are attesting to the fact that you have not been a health care provider for this student or his/her family.   (Question 1 of 21  - Mandatory )

| Selection | Option |
| X | Accept |

Please comment on the strengths of this student's performance.
(Please try to be as descriptive as possible.)   (Question 2 of 21 - Mandatory )

Elie has exemplified wonderful qualities of a future physician.
He is professional and listens attentively to patients' concerns.
He is inquisitive and proactive in researching diagnosis, medications (ie. side effects, mechanism of action, etc), and treatments.

Please comment on areas of this student's performance that need improvement.   (Question 3 of 21 - Mandatory )

As a 3rd year, he is above his level.
His history taking and physical exam are excellent, and the diagnosis acumen and treatment plan will continue to improve over the next 2 years.

What procedures, if any, did you perform with this student?   (Question 4 of 21 - Mandatory )

N/A

Please comment on one patient encounter with this student that stands out to you.
(Please try to be as descriptive as possible.)   (Question 5 of 21 - Mandatory )

He saw one of my patients that had a syncopal episode in a hotel room while on vacation in New York.
He took a very thorough history and performed a clinical exam.
The patient had been going to wineries and had drank an excessive amount of coffee on the day of the event. She went to the ER in New York and brought her medical records including labs and CT Scan Brain.. The results were normal except for low
Potassium. He concluded that based on her presentation, clinical exam, and findings, she most likely got dehydrated which contributed to the syncopal episode. The Potassium level was repeated.

**Student Evaluation**

| Evaluator: | Anaisys Ballesteros - Attending Physician | Subject: | Elie Nehme - MS3 |
| Activity: | Family Medicine Clerkship | Site: | Baptist Health Primary Care - Galloway |
| Evaluation Type: | Clinical Assessment of Student Performance | Completion Date: | 08/29/2019 |
| Request Date: | 08/27/2019 | | |
| Period: | CO2021 Block B Rotation 3 | Dates of Activity: | 08/05/2019 To 09/27/2019 |
| Subject Participation Dates: | 08/05/2019 To 09/27/2019 | | |

If you have provided health care to this student or his/her family please suspend this evaluation.

By clicking Accept and completing this medical student evaluation, you are attesting to the fact that you have not been a health care provider for this student or his/her family.   (Question 1 of 21  - Mandatory )

| Selection | Option |
| X | Accept |

Please comment on the strengths of this student's performance.
(Please try to be as descriptive as possible.)   (Question 2 of 21 - Mandatory )

Elie is an extremely professional young man.
He demonstrates self direction and initiative.
I am impressed with his level of knowledge as a 3rd year medical student and his ability to problem solve. He provides differential diagnosis that are appropriate or often exceed my expectations.

Please comment on areas of this student's performance that need improvement.   (Question 3 of 21 - Mandatory )

He is already performing above his level.
Continue to encourage improving physical exam skills and assessment/plan.

What procedures, if any, did you perform with this student?   (Question 4 of 21 - Mandatory )

No office procedures other than pap smears.

Please comment on one patient encounter with this student that stands out to you.
(Please try to be as descriptive as possible.)   (Question 5 of 21 - Mandatory )

Elie saw one of my patients with acute onset of gastroenteritis.
He asked pertinent questions related to symptoms including, onset, duration, frequency, as well as history of recent travel.
The patient had additional URI symptoms and he was able to establish a correlation above.
He was also able to determine need for treatment versus monitoring.

**Florida International University**
**Internal Medicine Clerkship**

**Student Evaluation**

| | | | |
|---|---|---|---|
| **Evaluator:** | Alberto Esquenazi - Attending Physician | **Subject:** | Elie Nehme - MS3 |
| **Activity:** | Internal Medicine Nephrology | **Site:** | Nephrology Practice (MKG) - Baptist |
| **Evaluation Type:** | Clinical Assessment of Student Performance | **Completion Date:** | 05/23/2019 |
| **Request Date:** | 05/09/2019 | | |
| **Period:** | CO 2021 R1 04/15/2019 - 04/26/2019 Two Week 2 | **Dates of Activity:** | 04/29/2019 To 05/09/2019 |
| **Subject Participation Dates:** | 04/29/2019 To 05/09/2019 | | |

If you have provided health care to this student or his/her family please **suspend** this evaluation.

By clicking Accept and completing this medical student evaluation, you are attesting to the fact that you have not been a health care provider for this student or his/her family.    *(Question 1 of 20  - Mandatory)*

| Selection | Option |
|---|---|
| X | Accept |

Please comment on the strengths of this student's performance.
(Please try to be as descriptive as possible.)    *(Question 2 of 20 - Mandatory )*

Eli is a wonderful student. Very eager and motivated. Interested in learning and never shy to ask any questions even though he seems like a shy person. Welcomes criticism in an effort to learn. Improved from beginning to end of rotation.

His fund of knowledge was very good and was able to readily access it.

He is good hearted and well meaning and patients responded very well to him.

We worked on all aspects of nephroloy care and I believe he learned a great deal.

The acid-base didactic time he had with Dr. Marcos Esquenazi was very fruitful and was able to get all problems correct.

---

**Florida International University**
**Internal Medicine Clerkship**

**Student Evaluation**

| | | | |
|---|---|---|---|
| **Evaluator:** | Amalia Mercedes Landa Galindez - Clerkship Director | **Subject:** | Elie Nehme - MS3 |
| **Activity:** | Internal Medicine Clerkship | **Site:** | Florida International University |
| **Evaluation Type:** | Clinical Assessment of Student Performance | **Completion Date:** | 07/05/2019 |
| **Request Date:** | 06/05/2019 | **Entered By:** | Melissa Armas |
| **Period:** | CO2021 Block B Rotation 1 | **Dates of Activity:** | 04/15/2019 To 06/07/2019 |
| **Subject Participation Dates:** | 04/15/2019 To 06/07/2019 | | |

If you have provided health care to this student or his/her family please **suspend** this evaluation.

By clicking Accept and completing this medical student evaluation, you are attesting to the fact that you have not been a health care provider for this student or his/her family.    *(Question 1 of 20  - Mandatory)*

| Selection | Option |
|---|---|
| X | Accept |

Please comment on the strengths of this student's performance.
(Please try to be as descriptive as possible.)    *(Question 2 of 20 - Mandatory )*

Elie Nehme successfully completed his Internal Medicine Clerkship, his first third year rotation. He was very enthusiastic towards learning and responded well to feedback. Faculty preceptors highlighted his commitment to patient care and his proactive attitude with a desire to improve. One hospitalist faculty preceptor noted, "Elie has a good medical base knowledge, a great disposition and great bedside manners. He was truly concerned about his patients and wanted to continue following them throughout their hospital course." His nephrology faculty preceptor had very positive comments about his performance "Elie is a wonderful student. He is very eager and motivated. He is interested in learning and never shy to ask any questions, even though he seems like a shy person. He welcomes criticism in an effort to learn. He improved from beginning to end of the rotation. His fund of knowledge was very good and he was able to readily access it. He is goodhearted and patients responded very well to him. We worked on all aspects of nephrology care and I believe he learned a great deal." Another nephrology preceptor added that he "demonstrated a great deal of motivation to learn and was able to understand complex acid base disturbances." His infectious disease preceptor added that Elie is "committed to learning. He adapts quickly and makes needed adjustments following feedback." To summarize, Elie worked hard during his IM Clerkship, He showed great improvement and response to feedback, with a great disposition and commitment to patient care. He will continue to grow and develop as he progresses through third year, and should be a fine future physician.

**Florida International University**
**Obstetrics and Gynecology Clerkship**

**Student Evaluation**

| | | | |
|---|---|---|---|
| **Evaluator:** | Ileana Perez - Attending Physician | **Subject:** | Elie Nehme - MS3 |
| **Activity:** | Obstetrics & Gynecology | **Site:** | Private Practice |
| **Evaluation Type:** | Clinical Assessment of Student Performance | **Completion Date:** | 01/17/2020 |
| **Request Date:** | 12/15/2019 | | |
| **Period:** | CO2021 Block B Rotation 5 | **Dates of Activity:** | 11/12/2019 **To** 12/20/2019 |
| **Subject Participation Dates:** | 11/12/2019 **To** 12/20/2019 | | |

If you have provided health care to this student or his/her family please suspend this evaluation.

By clicking Accept and completing this medical student evaluation, you are attesting to the fact that you have not been a health care provider for this student or his/her family.   *(Question 1 of 22  - Mandatory )*

| Selection | Option |
|---|---|
| X | Accept |

**Please comment on the strengths of this student's performance.**
**(Please try to be as descriptive as possible.)   *(Question 2 of 22  - Mandatory )***

Mrs. Nehme was a great student, very involved in all aspects of patient care, asked very inquisitive questions, always punctual and with great bedside manners. Great patient presentations, very detailed oriented.

**Please comment on areas of this student's performance that need improvement.   *(Question 3 of 22  - Mandatory )***

He was encouraged to get involved in research in the specialty he wants to pursue.

**What procedures, if any, did you perform with this student?   *(Question 4 of 22 - Mandatory )***

Foley catheter placement, speculum exams, assisted in cesarean sections, hysteroscopies.

**Please comment on one patient encounter with this student that stands out to you.   *(Question 5 of 22 - Mandatory )***

Mr Nehme was very involved in patient care, physically helping patients to get out of bed and move to start ambulating after surgery. He was also pleasant and seemed the rotation. He showed up to observe surgical procedures early in the morning on Fridays before going to his didactic lectures.

---

**Florida International University**
**Obstetrics and Gynecology Clerkship**

**Student Evaluation**

| | | | |
|---|---|---|---|
| **Evaluator:** | Emery Salom - Clerkship Director | **Subject:** | Elie Nehme - MS3 |
| **Activity:** | Obstetrics & Gynecology | **Site:** | Private Practice |
| **Evaluation Type:** | Clinical Assessment of Student Performance | **Completion Date:** | 01/17/2020 |
| **Request Date:** | 12/15/2019 | | |
| **Period:** | CO2021 Block B Rotation 5 | **Dates of Activity:** | 11/12/2019 **To** 12/20/2019 |
| **Subject Participation Dates:** | 11/12/2019 **To** 12/20/2019 | | |

If you have provided health care to this student or his/her family please suspend this evaluation.

By clicking Accept and completing this medical student evaluation, you are attesting to the fact that you have not been a health care provider for this student or his/her family.   *(Question 1 of 22  - Mandatory )*

| Selection | Option |
|---|---|
| X | Accept |

**Please comment on the strengths of this student's performance.**
**(Please try to be as descriptive as possible.)   *(Question 2 of 22 - Mandatory )***

Elie Nahme is a medical student who has met all milestones during his third-year obstetrics and gynecologic rotation. He is kind, caring and compassionate with a good bedside manner and professional demeanor. He was able to take and present a complete medical history with an emphasis on ob/gyn as well as a physical exam. He is honing his skills for all aspects of clinical care and showed improvement in history and presentation skills throughout the rotation. He provided appropriate presentations on various gynecologic and oncologic topics including cervical cancer screening, abnormal pap smear management, and cervical cancer diagnosis, and treatment. At the end of the rotation he was able to diagnosis and manage simple and some complex cases in the gynecology. Elie is a great human being and has a professional demeanor.

**Florida International University**
**Psychiatry Clerkship**

**Student Evaluation**



| Evaluator: | Regina Carney - Attending Physician | Subject: | Elie Nehme - MS3 |
|---|---|---|---|
| Activity: | 2 - V.A. Inpatient | Site: | Miami VA Healthcare System |
| Evaluation Type: | Clinical Assessment of Student Performance | Completion Date: | 03/13/2020 |
| Request Date: | 02/10/2020 | | |
| Period: | CO2021 R7 - Block 28 + 3 | | |
| Subject Participation Dates: | 01/27/2020 To 02/11/2020 | Dates of Activity: | 01/27/2020 To 02/11/2020 |

If you have provided health care to this student or his/her family please suspend this evaluation.

By clicking Accept and completing this medical student evaluation, you are attesting to the fact that you have not been a health care provider for this student or his/her family.   *(Question 1 of 23 - Mandatory)*

| Selection | Option |
|---|---|
| X | Accept |

**Please comment on the strengths of this student's performance.**
(Please try to be as descriptive as possible.)   *(Question 2 of 23 - Mandatory)*

Eli was a team player and put forth an excellent effort to be engaged with the patients and the material. He was able to recognize and be sensitive to the needs of all on the unit, and was highly motivated to improve and contribute. His knowledge base was good and he sought out cases to learn from. He was consistently prepared and composed.

**Please comment on one patient encounter with this student that stands out to you.**
(Please try to be as descriptive as possible.)   *(Question 5 of 23 - Mandatory)*

Elie handled a patient with notably maladaptive and externalizing traits very adeptly, managing the patient's demands with a composed and pleasant demeanor. Despite the patient's actions evoking strong countertransference in the team, Elie accurately identified and processed these reactions while remaining professional at all times.

---

**Florida International University**
**Surgery Clerkship**

**Student Evaluation**

| Evaluator: | Juan Ruan - Attending Physician | Subject: | Elie Nehme - MS3 |
|---|---|---|---|
| Activity: | Surgery - Anesthesiology Subspecialty Baptist Health | Site: | West Kendall Baptist Hospital |
| Evaluation Type: | Subspecialty Evaluation - Anesthesiology | Completion Date: | 07/19/2019 |
| Request Date: | 07/18/2019 | | |
| Period: | CO 2021-R2 (7/8 - 7/18) | | |
| Subject Participation Dates: | 07/08/2019 To 07/18/2019 | Dates of Activity: | 07/08/2019 To 07/18/2019 |

*(Question 1 of 4 - Mandatory)*

| | Strongly Agree | Somewhat Agree | Neutral | Somewhat Disagree | Strongly Disagree | Not Applicable |
|---|---|---|---|---|---|---|
| Student arrived on time & in proper Attire | >> X << | 4.0 | 3.0 | 2.0 | 1.0 | 0 |
| Student was respectful towards Attending and staff | >> X << | 4.0 | 3.0 | 2.0 | 1.0 | 0 |
| Student was able to gather History and Physical exam, including a proper evaluation of Co-Morbidities & a basic understanding of their implications | >> X << | 4.0 | 3.0 | 2.0 | 1.0 | 0 |
| Student was able to evaluate an airway & have a basic recognition of the potential difficult airways | >> X << | 4.0 | 3.0 | 2.0 | 1.0 | 0 |
| Student was proactive in seeking learning opportunities | >> X << | 4.0 | 3.0 | 2.0 | 1.0 | 0 |
| Student was able to mask ventilate | >> X << | 4.0 | 3.0 | 2.0 | 1.0 | 0 |
| Student was able to have a basic understanding of different Anesthetic techniques | >> X << | 4.0 | 3.0 | 2.0 | 1.0 | 0 |
| Student was able to have a basic understanding of Fluid resuscitaion | >> X << | 4.0 | 3.0 | 2.0 | 1.0 | 0 |

Please describe any strengths and/or areas in which the student needs improvement:   *(Question 2 of 4 - Mandatory)*

Great student

Total NASPC Raw Score   *(Question 3 of 4 - Mandatory)*

40

Percent Equivalent   *(Question 4 of 4 - Mandatory)*

100



**Florida International University**
**Surgery Clerkship**

**Student Evaluation**

| Evaluator: | Hatem Zayed - Attending Physician | Subject: | Elie Nehme - MS3 |
|---|---|---|---|
| Activity: | Surgery - Anesthesiology Subspecialty Baptist Health | Site: | West Kendall Baptist Hospital |
| Evaluation Type: | Subspecialty Evaluation - Anesthesiology | Completion Date: 07/22/2019 | |
| Request Date: | 07/18/2019 | | |
| Period: | CO 2021-R2 (7/8 - 7/18) | Dates of Activity: | 07/08/2019 To 07/18/2019 |
| Subject Participation Dates: | 07/08/2019 To 07/18/2019 | | |

*(Question 1 of 4 - Mandatory )*

| | Strongly Agree | Somewhat Agree | Neutral | Somewhat Disagree | Strongly Disagree | Not Applicable |
|---|---|---|---|---|---|---|
| Student arrived on time & in proper Attire | >> X << | 4.0 | 3.0 | 2.0 | 1.0 | 0 |
| Student was respectful towards Attending and staff | >> X << | 4.0 | 3.0 | 2.0 | 1.0 | 0 |
| Student was able to gather History and Physical exam, including a proper evaluation of Co-Morbidities & a basic understanding of their implications | >> X << | 4.0 | 3.0 | 2.0 | 1.0 | 0 |
| Student was able to evaluate an airway & have a basic recognition of the potential difficult airways | >> X << | 4.0 | 3.0 | 2.0 | 1.0 | 0 |
| Student was proactive in seeking learning opportunities | >> X << | 4.0 | 3.0 | 2.0 | 1.0 | 0 |
| Student was able to mask ventilate | >> X << | 4.0 | 3.0 | 2.0 | 1.0 | 0 |
| Student was able to have a basic understanding of different Anesthetic techniques | >> X << | 4.0 | 3.0 | 2.0 | 1.0 | 0 |
| Student was able to have a basic understanding of Fluid resuscitaion | >> X << | 4.0 | 3.0 | 2.0 | 1.0 | 0 |

Please describe any strengths and/or areas in which the student needs improvement:   *(Question 2 of 4 - Mandatory )*

willing to learn, professional, very good knowledge base

Total NASPC Raw Score    *(Question 3 of 4 - Mandatory )*

40

Percent Equivalent    *(Question 4 of 4 - Mandatory )*

100

**Accident Report**



## Driver Information Exchange

| INVESTIGATING AGENCY | OFFICER'S NAME / (ID) | AGENCY RPT NO. | REPORT ID |
|---|---|---|---|
| Miami-Dade PD | OFC. J. GONZALEZ / 7134 | PD190829310258 | 88891877 |

| COUNTY | CITY OR TOWNSHIP | CRASH LOCATION ADDRESS | CRASH DATE |
|---|---|---|---|
| MIAMI-DADE | UNINCORPORATED | SW 87TH AVE | 08/29/19 |

**Unit 1**

| DRIVER'S NAME (Last, First, M.I.) | DRIVER'S PHONE | YEAR, MAKE, MODEL | |
|---|---|---|---|
| QUIRCH, JOSE, A. | (786)301-8687 | 2015   FORD | FUSION |
| DRIVER'S ADDRESS (Street, City, State, Zip) | | PLATE NO. / STATE | DRIVER'S LICENSE NO. |
| 12420 SW 186 ST, MIAMI, FL, 33177 | | HNBG76   FL | Q620421492420 |
| VEHICLE OWNER'S NAME (Last, First, M.I.) | | VEHICLE OWNER'S INSURANCE | |
| CHAVEZ, MAIKEL | | GEICO GENERAL INSURANCE COMPANY | |
| VEHICLE OWNER'S ADDRESS (Street, City, State, Zip) | | VEHICLE OWNER'S POLICY NO. | |
| 12420 SW 186TH ST, MIAMI, FL, 33177 | | 4008771513 | |

**Unit 2**

| DRIVER'S NAME (Last, First, M.I.) | DRIVER'S PHONE | YEAR, MAKE, MODEL | |
|---|---|---|---|
| NEHME, ELIE, T. | (561)386-9508 | 2018   JEEP | WRG |
| DRIVER'S ADDRESS (Street, City, State, Zip) | | PLATE NO. / STATE | DRIVER'S LICENSE NO. |
| 8112 BAUTISTA WAY PALM BEACH GARDENS, FL, 33418 | | JUBT62   FL | N500218921650 |
| VEHICLE OWNER'S NAME (Last, First, M.I.) | | VEHICLE OWNER'S INSURANCE | |
| NEHME, TONY, A. | | PROGRESSIVE SELECT INSURANCE COMPANY | |
| VEHICLE OWNER'S ADDRESS (Street, City, State, Zip) | | VEHICLE OWNER'S POLICY NO. | |
| 212 NEWMAN RD, LAKE PARK, FL, 33403 | | 917210852 | |

**Unit 3**

| DRIVER'S NAME (Last, First, M.I.) | DRIVER'S PHONE | YEAR, MAKE, MODEL |
|---|---|---|
| | | |
| DRIVER'S ADDRESS (Street, City, State, Zip) | PLATE NO. / STATE | DRIVER'S LICENSE NO. |
| | | |
| VEHICLE OWNER'S NAME (Last, First, M.I.) | VEHICLE OWNER'S INSURANCE | |
| | | |
| VEHICLE OWNER'S ADDRESS (Street, City, State, Zip) | VEHICLE OWNER'S POLICY NO. | |

**Unit 4**

| DRIVER'S NAME (Last, First, M.I.) | DRIVER'S PHONE | YEAR, MAKE, MODEL |
|---|---|---|
| | | |
| DRIVER'S ADDRESS (Street, City, State, Zip) | PLATE NO. / STATE | DRIVER'S LICENSE NO. |
| | | |
| VEHICLE OWNER'S NAME (Last, First, M.I.) | VEHICLE OWNER'S INSURANCE | |
| | | |
| VEHICLE OWNER'S ADDRESS (Street, City, State, Zip) | VEHICLE OWNER'S POLICY NO. | |

**This report will be available for purchase by you or your insurance company at**
**www.AuthorizeTransaction.com**

(REV 02/10)

**#0048933 - 911 Call information Sheet**

## 911 Call Information

### Alarm Detail

| Alarm Number | Received Date | Received Date 911 |
|---|---|---|
| 0048933 | 03/02/2020 07:29:16 | 03/02/2020 07:28:43 |

| Address of Incident | Grid | Municipality |
|---|---|---|
| 8826 W FLAGLER ST | 1351 | COUNTY |

| Action Taken | Property Class | Dollar Loss |
|---|---|---|
| | | |

| TSR | TSF | Signal |
|---|---|---|
| | | 49AR |

| RCR | | RCF |
|---|---|---|
| | | |

| Complainant Name | Phone | Address |
|---|---|---|
| ███████ | ███████ | ███████ |

### Remarks

Incident Initiated By: PD/ROLAND,VIRGELINE S;Original Location : CENTURY PARK CONDOS;Incident Closed: 20/03/02 08:11

### Unit Detail

| Unit Number | Type of Dispatch | Dispatch Date | Enroute Date | Arrive Date | Return Date | Hospital |
|---|---|---|---|---|---|---|
| L29 | TO INCIDENT | 03/02/2020 07:30:08 | 03/02/2020 07:31:38 | 03/02/2020 07:38:55 | 03/02/2020 08:11:03 | |

FIU_000121

**Check-in meeting**

