```
 1           IN THE UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF FLORIDA

 3             CASE NO. 1:20-CV-24649-CANNON

 4


 5   ELIE NEHME,

 6       Plaintiff,

 7   vs.

 8   FLORIDA INTERNATIONAL UNIVERSITY
     BOARD OF TRUSTEES,
 9
         Defendant.
10   _____

11
     LOCATION:              Remote Audio-Video
12                          Communication
                            Pursuant to Supreme Court of
13                          Florida
                            Administrative Order No.
14                          SCAO21-17

15


16   DATE:                  January 13, 2022

17   TIME:                  2:00 PM ET to 5:40 PM ET

18

19

20           DEPOSITION OF INNAH LACHICA

21      Taken before Leila Harris, LCR, Stenographic

22   Court Reporter, Notary Public State of Florida,

23   pursuant to Notice of Taking Deposition in the

24   above-styled cause.

25
```



Jeannie Reporting
Your Wish Is Our Job!
305-577-1705

```
 1  room temperature prior to March 2nd, 2020?
 2       A.    I don't remember.
 3       Q.    Had you ever proctored exam in that
 4  room before March 2nd, 2020?
 5       A.    Yes, I have.
 6       Q.    Had it always been cold, very cold in
 7  there, like freezing cold as you described it?
 8             MS. WYDLER:  Form.
 9       A.    Yes.
10  BY MR. HANNAH:
11       Q.    You knew that going in that day to
12  proctor Mr. Nehme, right, and his exam, that it
13  was going to be very cold, and it was very cold,
14  correct?
15             MS. WYDLER:  Objection.  Form.
16       A.    Yes.
17  BY MR. HANNAH:
18       Q.    In fact, it was so cold that you had to
19  do something about it to get some kind of space
20  heater there, correct?
21       A.    Yes.
22       Q.    And not only was the room extremely
23  cold or freezing cold, as you described it, but
24  there were also lots of noise and movement
25  distractions as well during the exam, correct?
```



```
 1        A.    That's correct.
 2        Q.    Okay.  In fact, it was about a year and
 3  nine months that you had been proctoring special
 4  accommodation exams for Period 3 students, right?
 5        A.    Yes.
 6        Q.    Would you say that you, by March 2nd of
 7  2020, had proctored more than 20 exams?
 8        A.    I would say about, yes.
 9        Q.    I'm sorry, I didn't hear your response.
10        A.    Yes.
11        Q.    And you were asked earlier about
12  whether or not you were aware if FIU had taken any
13  steps to address the issues related to a minimal
14  distraction room and Mr. Nehme.  Do you remember
15  those questions?
16              MR. HANNAH:  Object to the form.
17        A.    Yes.
18  BY MS. WYDLER:
19        Q.    Are you aware when Mr. Nehme first
20  complained about the conditions of the psychiatry
21  retake exam on March 2nd, 2020?
22        A.    No.
23        Q.    Are you aware if the findings of the
24  IDEA investigation related to a student claiming
25  discrimination are considered confidential?
```



**CERTIFICATE OF REPORTER**

STATE OF FLORIDA    )

COUNTY OF WALTON    )

I, Leila Z. Harris, LCR (Tennessee), Court Reporter, certify that I was authorized to and did stenographically report the foregoing deposition; and that the transcript is a true record of the testimony given by the witness; Per Federal Civil Procedure Rule 30(e) deponent witness did request to read and sign transcript.

I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in this action.

_____
Leila Z. Harris, LCR (Tennessee)
Stenographic Court Reporter



**From:** Innah Lachica <ilachica@fiu.edu>
**Sent:** Monday, March 2, 2020 10:47 AM
**To:** Innah Lachica <ilachica@fiu.edu>; Maritere Williams <willmari@fiu.edu>
**Subject:** Conversation with Innah Lachica

Innah Lachica 10:41 AM:
 Hi Mari,
Innah Lachica 10:42 AM:
 The student retaking the shelf is wondering if we can provide him with a heater since the room is freezing cold.
Maritere Williams 10:42 AM:
 Hi Innah,
Maritere Williams 10:42 AM:
 Sure I will take you mine
Innah Lachica 10:43 AM:
 Thank you so much!
Maritere Williams 10:46 AM:
 Thank you =)



PLAINTIFF'S EXHIBIT 3

FIU_002193