# EXHIBIT 1



**FIU | Herbert Wertheim College of Medicine**
FLORIDA INTERNATIONAL UNIVERSITY

### Medical Student Handbook
### Student Consent Agreement

I acknowledge that I have been provided access to, read, and understand the Florida International University Herbert Wertheim College of Medicine (HWCOM) *Medical Student Handbook,* which sets forth policies and procedures and other important information regarding my obligations and rights as a medical student. By signing this statement, I agree to abide by all requirements and policies and procedures contained therein as may be amended from time to time. I understand that HWCOM will periodically update its policies and procedures. Florida International University and HWCOM reserve the right to change, rescind, or include additional policies and procedures in the *HWCOM Medical Student Handbook*. I understand that such changes and additions may occur without notice and that I will periodically check and review the online version of the *HWCOM Medical Student Handbook* throughout my enrollment at the medical school to obtain current information.

I understand that the *HWCOM Medical Student Handbook* includes the obligation to comply with laws governing my activities as a medical student as a part of my obligation to meet professionalism standards established by HWCOM. These laws include strict obligations to maintain the confidentiality of student education records under the Family Education Rights and Privacy Act (FERPA) and patient information under the Health Insurance Portability and Accountability Act (HIPAA).

The *HWCOM Medical Student Handbook* is available online at:

http://medicine.fiu.edu/handbook/

Signature: _____     Panther ID #: __3121165_____

Print Name: __Elie Nehme_____     Date: __6/28/2016_____

# EXHIBIT 2

**Adverse Actions.** If the Medical Student Evaluation and Promotion Committee (MSEPC) believes a student is unable to meet the technical standards set forth by HWCOM, it may recommend an Adverse Action up to and including expulsion from the MD program. Students may appeal Adverse Actions. Disciplinary and appellate processes are fully described in Appendix A of this *HWCOM Medical Student Handbook*.

**Accommodations.** HWCOM acknowledges and abides by the Americans with Disabilities Act of 1990 and its amendments. Candidates who believe they may qualify for reasonable accommodations to meet one or more technical standards should refer to the Procedure for Requesting Accommodations for a Disability in this *HWCOM Medical Student Handbook*. Members of the administration or faculty who believe a student may benefit from evaluation for accommodations should refer the student to the Associate Dean for Student Affairs for consultation. In addition, the MSEPC may refer a medical student for assessment as part of the student evaluation process.

# Academic Standards and Assessment of Performance

## *Exam Grades*

Students individually receive their own exam results, including information that allows them to evaluate their performance relative to the cohort. General class performance on individual exams is provided to students in the results report.

## *Course Grades*

The HWCOM Curriculum Committee designates grading scales and grading methods. Course directors establish performance standards, assess student knowledge and achievement, and assign grades. Period directors and strand leaders monitor grading schemes. Grading schemes are described in course syllabi and include grading scale, assessment formats, and weight for each assignment.

Course grades are determined and assigned on a numeric or pass/fail basis for each course, clerkship, and rotation. The numeric grading scheme uses a 0-100–point scale. In this scale, 75 is the minimum passing grade; grades of 75–79, while passing, indicate marginal competency; a grade of 80 is the minimum grade that designates competency.

The following course grade designations are used: U/XX, U/75, P, F, F/P, I, and W. The (U/XX) grade indicates a final unsatisfactory numeric score below 75. The (U/75) grade indicates successful remediation of a course grade initially below 75. The (P) grade indicates a passing course grade. The (F) grade indicates a failing course grade in a pass/fail course. The (F/P) grade indicates successful remediation of an initially failed pass/fail course.

The (I) grade is temporary and indicates an incomplete grade; students who have not completed all course requirements but have received permission from the course director to complete the work within an allotted time may be assigned this grade. After expiration of the allotted time extension, (I) grades are converted to the appropriate designation. Students who have completed all course requirements cannot receive an (I) grade. The (W) grade indicates student withdrawal from a course after the start date and before the end date. Individual course grades are released to students in a timely manner.

### Remediation and Repeating a Period

Students who fail a course in Periods 1 or 2 due to unsatisfactory academic performance may be offered the opportunity to demonstrate competency with satisfactory performance on a remediation assessment, usually a comprehensive exam. Students who have failed prior courses and/or remediation assessments, or whose overall academic performance is poor, may require review by the MSEPC before being given permission to take additional remediation assessments. Course directors set standards for achievement on remediation assessments. Remediation assessments in Periods 1 and 2 are offered at the ends of course blocks, three times per year. Remediation assessments for Period 1 and Period 2 courses ending August to December are administered during the first week of classes in January. Remediation assessments for courses ending January to April are administered during Spring Break week. Remediation assessments for Period 2 courses ending April to June are administered in late June or early July.

Assessment formats, dates, and performance standards are communicated directly to remediating students. Remediation of some courses may require skill performance assessments or other assignments required by the course director in a specific remediation plan, in addition to examinations.

An attempt at remediation of a course is counted as a repeat of the course. Failure of a remediation assessment or plan, and failure to take a remediation assessment or complete a remediation plan without an excused absence, is considered equivalent to a second failure of that course. All students with failed remediations will be referred to the MSEPC for evaluation of academic progress. The MSEPC may evaluate student performance at any time; evaluation is mandatory upon failure of two courses in a single academic period or multiple failures over more than one period. A student who has demonstrated poor academic performance may be placed on academic probation. If a student is subsequently given the opportunity to repeat a course, either through attending that course again, by repeating an academic period, or through a self-directed study plan, a further failure cannot be remediated and a student who fails again will be dismissed from HWCOM. In Period 3, failure of a clerkship or poor shelf exam performance, such as three shelf scores in the 5–10 percentile range, may also result in review by the MSEPC. Poor clinical performance that does not meet expectations, based on academics and/or professionalism, can result in a recommendation by the MSEPC for repeating the year or for dismissal.

Any student who repeats an academic period is not eligible to repeat any other academic period. In the event that the MSEPC recommends a student for dismissal, the student will be removed from clinical settings pending outcome of the appeals process.

### Academic Watch

The purpose of placing students on academic watch is to notify students of minimally acceptable performance and intervene early enough in the academic program to provide timely support, to monitor and track academic progress to improve performance, and to ensure academic success. Students may be placed on academic watch if they fail any course in any academic period, have a grade average below 80, or perform just above passing standards in any course. Course and clerkship directors and period coordinators, along with the Office of Academic Affairs, identify students for placement on academic watch. Placement on academic watch does not affect a student's academic standing and is not an Adverse Action or Adverse Recommendation. Consequently students on academic watch are not entitled to a hearing. Academic watch is not recorded in a student's MSPE.

Recommendations for students on academic watch are voluntary and may include, but are not limited to:

- Participation in tutoring
- Reduction or cessation of extracurricular activities
- Submission to academic advisors of requests for involvement in extracurricular activities
- Regular meetings with academic advisors who monitor academic activity
- Referral to the HWCOM Medical Student Counseling and Wellness Center for evaluation
- Referral to the learning specialist for assistance developing time-management
- Referral to the FIU Disability Resource Center if appropriate.

Students remain on academic watch for one year before undergoing re-evaluation. Students who pass the remainder of courses in a period with grades above 80 are removed from academic watch after 12 months.

### Probation

Probation indicates unsatisfactory progress toward the medical degree and can be a precursor to dismissal from medical school.  It is an official notification that a student must improve academic and/or professional standards set forth by the MSEPC. The MSEPC has the authority to place any student on probation based on poor academic performance or failure to meet HWCOM Professionalism Standards.

For instance, placement on probation can result if a student fails two or more courses, including remediation assessments. When considering whether to place a student on probation, the MSEPC will review performance in each period and overall performance. A student repeating an academic period because of poor academic performance is placed on probation. Students also are expected to maintain professional standards of conduct as they pursue their medical degree; a student may be placed on probation by the MSEPC for failing to meet the HWCOM Professionalism Standards.

A student placed on probation may remain on probation through the end of the academic period in which he or she was placed on probation and through the following academic period. A student whose academic performance does not improve and who fails to meet the terms of probation may be recommended for dismissal by the MSEPC. Probation is an Adverse Recommendation by the MSEPC, is recorded in the MSPE, and may be appealed. (See also Due Process Policies.) In the event that the MSEPC recommends a student for dismissal, the student will be removed from clinical settings pending outcome of the appeals process.

### Period Performance Grades and Promotion

Student grade averages are determined at the ends of Periods 1 and 2 and cumulatively at the end of each period. Period grade averages are determined by student course grades weighted by course credit hours. For courses that have been repeated, period grade averages are determined from the total grade points earned weighted by the total credits completed. Averages of 80 to 100 fulfill academic expectations for promotion. At the ends of Periods 1 and 2, the Medical Student Evaluation and Promotion Committee (MSEPC) awards designations of Honors (H) and Near Honors (NH) to no less than the top 10% and no less than the next 15%, respectively, of students in that period. Honors and Near Honors designations are awarded for individual clerkships in Period 3. Students who have failed one or more courses or who have cumulative grade averages of 75–79 may be placed on academic watch at any time and may be subject to a performance review by the MSEPC.

The MSEPC promotes students to the next period of study based on satisfactory academic performance, demonstration of appropriate professional behavior, and completion of required assessments, including:

- Summative clinical OSCE after completing Period 3 courses and clerkships, which serves as the skills competency assessment for promotion to Period 4.
- Passing score on Step 1 of the United States Medical Licensing Examination® (USMLE) prior to beginning Period 4 rotations; promotion to Period 4 is provisional if the USMLE has been completed (i.e., a score is pending) and all other requirements have been fulfilled.
- Passing scores on Step 2 Clinical Skills and Clinical Knowledge of the USMLE before certification for match and graduation.

# EXHIBIT 3

# Herbert Wertheim College of Medicine

Page 1 of 3

| Date Printed | FIU Identification Number | AAMC ID Number | Date of Birth |
|---|---|---|---|
| 02/17/2021 | 3121165 | 13423416 | 05/05/1992 |

**STUDENT NAME**

LAST: Nehme

FIRST: Elie

Previous Name:

**DEGREES AWARDED:**

Florida International University
Herbert Wertheim College of Medicine
DOCTOR OF MEDICINE
Not Completed



*Alexi Rodriguez*
College of Medicine Registrar

---------- PROFESSIONAL ACADEMIC RECORD ----------

**ACADEMIC YEAR 2016-2017**
August 1, 2016 - March 24, 2017
Program: Doctor of Medicine

| Course | Title | Credits Attempted | Credits Earned | Grade |
|---|---|---|---|---|
| BMS 6001 | Genes, Molecules, and Cells | 6 | 6 | U75 |
| BMS 6015 | Clinical Skills I | 5 | 5 | 86 |
| BMS 6100 | Structure of Human Body | 4 | 4 | 83 |
| BMS 6400 | Pharmacology | 4 | 4 | 79 |
| BMS 6500 | Integrated Function-Human Body | 5 | 5 | 79 |
| BMS 6603 | Pathology and Infectious Disea | 6 | 6 | 79 |
| BMS 6820 | Humanism and Med Juris | 1 | 1 | P |
| BMS 6826 | Ethical Foundation of Med | 1 | 1 | P |
| BMS 6827 | Socio-eco and Cultural Health | 1 | 1 | P |
| BMS 6880 | Clinical Epidemiology and Res | 2 | 2 | 80 |
| BMS 6891 | Professional Behavior I | 1 | 1 | P |

Term GPA: 79.91  Term Totals: 36.00  36.00
Period 1 Grade: P  Cum GPA: 79.91  Cum Totals: 36.00  36.00

---------- PROFESSIONAL ACADEMIC RECORD ----------

**ACADEMIC YEAR 2017-2018**
April 3, 2017 - March 28, 2018
Program: Doctor of Medicine

| Course | Title | Credits Attempted | Credits Earned | Grade |
|---|---|---|---|---|
| BMS 6016 | Clinical Skills II | 8 | 0 | W |
| BMS 6066 | EBM and CAM | 1 | 1 | 85 |
| BMS 6067 | Syst Based Practice | 2 | 0 | U |
| BMS 6071 | Community-Engaged Phys I | 5 | 0 | W |
| BMS 6631 | Hematop and Lymph Systems | 3 | 3 | 76 |
| BMS 6632 | Endocrine System | 3 | 3 | 79 |
| BMS 6633 | Cardio and Resp System | 6 | 0 | U |
| BMS 6634 | Gastro Syst and Med Nutri | 4 | 4 | 81 |
| BMS 6635 | Musculoskeletal Systems | 3 | 3 | 76 |
| BMS 6637 | Reproductive System | 3 | 0 | W |
| BMS 6638 | Renal System | 3 | 0 | W |
| BMS 6643 | Integumentary Syst: Skin | 2 | 2 | 85 |
| BMS 6892 | Professional Behavior II | 1 | 0 | W |

Term GPA: 77.08  Term Totals: 44.00  16.00
Cum GPA: 78.70  Cum Totals: 80.00  52.00

LEAVE OF ABSENCE:
01/18/2018-04/02/2018

FIU_000710

Herbert Wertheim College of Medicine

Page 2 of 3

| Date Printed | FIU Identification Number | AAMC ID Number | Date of Birth |
|---|---|---|---|
| 02/17/2021 | 3121165 | 13423416 | 05/05/1992 |

STUDENT NAME

LAST: Nehme

FIRST: Elie

Previous Name:

DEGREES AWARDED:

Florida International University
Herbert Wertheim College of Medicine
DOCTOR OF MEDICINE
Not Completed

------- PROFESSIONAL ACADEMIC RECORD -------

ACADEMIC YEAR 2018-2019
April 2, 2018 - March 29, 2019
Program: Doctor of Medicine

| Course | Title | Credits Attempted | Credits Earned | Grade |
|---|---|---|---|---|
| BMS 6016 | Clinical Skills II | 8 | 8 | 89 |
| BMS 6064 | End of Life Care | 1 | 1 | 94 |
| BMS 6066 | EBM and CAM | 1 | 1 | 92 |
| BMS 6067 | Syst Based Practice | 2 | 2 | 91 |
| BMS 6071 | Community-Engaged Phys I | 5 | 5 | P |
| BMS 6631 | Hematop and Lymph Systems | 3 | 3 | 84 |
| BMS 6632 | Endocrine System | 3 | 3 | 79 |
| BMS 6633 | Cardio and Resp System | 6 | 6 | 87 |
| BMS 6634 | Gastro Syst and Med Nutri | 4 | 4 | 89 |
| BMS 6635 | Musculoskeletal Systems | 3 | 3 | 81 |
| BMS 6636 | Nervous Syst Behavior I | 6 | 6 | 76 |
| BMS 6637 | Reproductive System | 3 | 3 | 82 |
| BMS 6638 | Renal System | 3 | 3 | 80 |
| BMS 6643 | Integumentary Syst: Skin | 2 | 2 | 85 |
| BMS 6840 | Nervous Syst Behavior II | 3 | 3 | 81 |
| BMS 6892 | Professional Behavior II | 1 | 1 | P |

Term GPA: 84.04   Term Totals: 54.00   54.00
Cum GPA: 81.27   Cum Totals: 134.00   106.00
Period 2 Grade: P

------- PROFESSIONAL ACADEMIC RECORD -------

ACADEMIC YEAR 2019-2020
April 8, 2019 - March 27, 2020
Program: Doctor of Medicine

| Course | Title | Credits Attempted | Credits Earned | Grade |
|---|---|---|---|---|
| MDC 6102 | Comm-Engaged Phys II | 1 | 1 | P |
| MDC 7120 | Family Medicine Clerkship | 9 | 9 | 89 |
| MDC 7180 | OB/GYN Clerkship | 7 | 7 | 83 |
| MDC 7200 | Internal Medicine Clerkship | 9 | 9 | 86 |
| MDC 7600 | Surgery Clerkship | 9 | 9 | 88 |
| MDC 7760 | Radiology Clerkship | 2 | 2 | P |
| MDC 7800 | Neurology Clerkship | 5 | 5 | 83 |
| MDC 7830 | Psychiatry Clerkship | 5 | 0 | U |

Term GPA: 84.37   Term Totals: 42.00   42.00
Cum GPA: 82.22   Cum Totals: 183.00   148.00




Alexi Rodriguez
College of Medicine Registrar

FIU_000711

# Herbert Wertheim College of Medicine

| Date Printed | FIU Identification Number | AAMC ID Number | Date of Birth |
|---|---|---|---|
| 02/17/2021 | 3121165 | 13423416 | 05/05/1992 |

**STUDENT NAME**

LAST: Nehme

FIRST: Elie

Previous Name:

**DEGREES AWARDED:**

Florida International University
Herbert Wertheim College of Medicine
DOCTOR OF MEDICINE
Not Completed

*Alini Rodriguez*
College of Medicine Registrar

Page 3 of 3

------- PROFESSIONAL ACADEMIC RECORD -------

ACADEMIC YEAR 2020-2021
May 11, 2020 - May 1, 2021
Program: Doctor of Medicine

| Course | Title | Credits Attempted | Credits Earned | Grade |
|---|---|---|---|---|
| BMS 7053 | Medicine and Society Elective | 2 | 2 | P |
| BMS 7810 | Core Concepts in Medicine | 2 | 0 | W |
| | Term Totals: | 4.00 | 2.00 | |
| | Cum GPA: 82.22   Cum Totals: | 187.00 | 150.00 | |
| INVOLUNTARY WITHDRAWAL 10/16/2020 | | | | |

----- *End of Transcript* -----

FIU_000712

# EXHIBIT 4

meeting at the sole discretion of the Executive Associate Deans for Academic Affairs and Student Affairs.

**4. Actions Following Initial Fact Finding.** After initial meeting, one of the following actions will be taken:

- Dismiss the complaint
- If it is a first or second offense and the Executive Associate Dean for Academic Affairs and the Executive Associate Dean for Student Affairs determine that the violation is not egregious, they may request actions on the part of the student to resolve the incident. If this option is offered to and accepted by the charged student, the student will voluntarily enter into a Consent Agreement. The charged student may instead seek referral to the MSEPC for its consideration of the alleged unprofessional behavior
- If it is at least a third offense or the Executive Associate Dean for Academic Affairs and the Executive Associate Dean for Student Affairs determine that the alleged violation is egregious, refer the charged student to the MSEPC (as described below).

**5. Failure to Reach Informal Resolution.** If the allegation is not dismissed or resolved informally within 20 business days of the date on which the charged student was notified of the allegations, the matter will be referred to the MSEPC unless both the charged student and the Executive Associate Dean for Academic Affairs agree to extend the time to reach informal resolution.



### E. Medical Student Evaluation and Promotion Process for Evaluation of Academic Performance and Professionalism

The following describes the processes employed by the MSEPC to evaluate medical student academic performance and professionalism.

**1. Medical Student Evaluation and Promotion Committee.**

    **a. Statement of Purpose.** The purpose of the MSEPC is:

        i.    To ensure that each student who graduates from HWCOM possesses the skills and knowledge necessary to competently assume the responsibilities of a medical doctor;

        ii.    To evaluate academic performance in the required curriculum, to assess promotion to the next academic period (as this term is defined in this *HWCOM Medical Student Handbook*), and to recommend appropriate intervention in the event of unacceptable academic performance; and

        iii.    To evaluate personal qualities which bear on a student's professionalism and fitness to become a physician and to recommend appropriate intervention. The MSEPC relies upon the cooperation, advice, and judgment of faculty,

students, and administration to perform these duties, and on outside assessment of fitness when deemed appropriate by the MSEPC in its sole discretion.

**b. Functions.** The MSEPC has two functions:

i. **Ongoing Academic, Technical, and Professional Assessment for Promotion and Graduation.** The MSEPC evaluates the academic and professional progress that a student has made during each academic period and recommends whether the student should be promoted to the next academic period or graduate, as applicable. This function mandates that the MSEPC consider each student's aggregate performance and consider all information available regarding both the student's academic performance and fitness to become a physician, including, without limitation, professional behavior. In addition, the MSEPC may evaluate a student's performance at any time based upon poor academic performance and/or alleged unprofessional behavior.

Each student's academic progress will be continuously monitored to assess progress. The Executive Associate Dean for Academic Affairs may refer a student to the MSEPC for evaluation at any time. Students who have passed coursework through remediation of more than one course, or who have demonstrated only marginal performance overall, will be evaluated by the MSEPC and may be required to repeat the period or may be involuntarily withdrawn from HWCOM. Recommendation will be made by the MSEPC based upon all facts available to it and each student's cumulative progress will be considered during each evaluation. Student are entitled to the due process protections in accordance this *HWCOM Medical Student Handbook*.

Any student who repeats an academic period shall not be eligible to repeat any other academic period.

ii. **Assessment for a Specific Determination of Professional Fitness.** The MSEPC also evaluates each student's professionalism, including, without limitation, ability to meet technical standards, and adherence to:

– Professionalism Standards;

– Policies of institutions with which HWCOM has affiliation or clinical education agreements;

– Applicable policies and procedures of the Florida Board of Governors, FIU, and HWCOM; and

&ndash;  Local, State of Florida, and federal laws, rules and regulations.

c.  **Authority: Fact Finding and Decisions on Promotion and Retention.** The MSEPC has the authority to gather information relevant to any matter before it conducts a hearing or during the hearing process. The MSEPC has the authority to continue and reconvene a hearing and to engage in additional investigation(s). In the event that new relevant information is discovered through this process, the charged student will be notified of any pertinent additional information that will be considered by the MSEPC and will have the opportunity to review such documents in accordance with the notice provisions of this Appendix A. The MSEPC has the authority to (i) recommend that a student repeat a course or academic period of study or to recommend a student be suspended or dismissed from medical school based on its assessment of the student's academic performance and/or adherence to Professionalism Standards and (ii) consider grade grievances brought by students under review by the MSEPC in accordance with the provision set forth in this *HWCOM Medical Student Handbook.*

d.  **Student Hearing Before MSEPC.** In the event that a student is referred to the MSEPC for poor academic performance or failure to meet Professionalism Standards, the student is entitled to a hearing in accordance with the MSEPC hearing procedure set forth in this *HWCOM Medical Student Handbook.* The MSEPC has authority to require a student to appear before it. If a student is called before the MSEPC and fails to appear, the meeting or hearing may proceed without the student.

e.  **Appeals.** In the event that the MSEPC makes an Adverse Recommendation based upon a student's academic performance and/or adherence to Professionalism Standards, it will be forwarded to the student by the Chair of the MSEPC. The affected student is entitled to appeal the determination of the MSEPC as provided in this *HWCOM Medical Student Handbook.*

f.  **Composition and Selection of the Medical Student Evaluation and Promotion Committee.** The MSEPC shall have 12 voting members. Six members shall be elected by the HWCOM Faculty Assembly and six shall be faculty members appointed by the Executive Associate Dean for Academic Affairs, subject to approval by the Dean. The Chair of the MSEPC shall be selected from among the committee members and appointed by the Dean. The term of appointment for each faculty member is 3 years. Faculty members may be reappointed and/or elected to the MSEPC for two consecutive terms. A faculty member who serves two terms may be reappointed or elected after one year has expired. If an MSEPC member is not able to attend a hearing due to an emergency or other unforeseeable occurrence, the Executive Associate Dean for Academic Affairs may make an ad hoc appointment to the MSEPC

FIU_002033

for the purpose of conducting the hearing. Voting members of the MSEPC shall not participate in any process which involves the evaluation of the findings and recommendation of MSEPC, such as those processes that involve the Appeals Committee. The Executive Associate Dean for Academic Affairs may appoint students from the Student Professionalism and Ethics Committee (SPEC) who are in good academic standing as nonvoting advisory members to the MSEPC. The appointed students will not participate in hearings or MSEPC deliberations but may be called upon by the Chair of the MSEPC to provide information regarding any matter before it. The students may attend when invited by the Chair of the MSEPC. In the event that a student ceases to be in good academic standing, he or she will automatically be removed from MSEPC membership. In addition, other HWCOM administrators may attend the hearings to provide support to the MSEPC at the request of the Dean, the Executive Associate Dean for Academic Affairs, the Executive Associate Dean for Student Affairs, or the Chair of the MSEPC. Such individuals shall not directly question students during a hearing.

g.  **Quorum.** A quorum is no fewer than seven voting members.

**2. Promotion and Graduation.** At the end of each academic period, the MSEPC will review the academic, professionalism, and conduct records of each matriculated medical student to determine whether each student will be promoted to the next academic period or will be recommended for graduation. The MSEPC will consider summary information from the leadership of each academic period in making promotions decisions. Promotion is dependent upon satisfactory academic progress and upon maintaining the degree of professionalism necessary to become a physician, as determined by the MSEPC's review of the medical student's entire record. The MSEPC will forward its recommendation for promotion or graduation for each student to the Executive Associate Dean for Academic Affairs for review and approval. Students whose professionalism, behavior or poor academic performance are under review by the MSEPC, or another FIU hearing body, will not be forwarded to the Executive Associate Dean for Academic Affairs for consideration until the review is concluded through appeal, unless the review is immaterial to the promotion or graduation determination. In addition, in the event that a student has failed to remediate a course failure in accordance with the standard established by the Curriculum Committee, the student will be required to repeat the course unless the student files a grievance with the Grievance Committee and the committee recommends that the student receive a passing grade. Repeating a course after failure to remediate is not an Adverse Recommendation. It is a course requirement and is not subject to appeal except through the grievance process.

The MSEPC will review the academic accomplishments and professionalism of each Period 4 medical student to determine whether all requirements for graduation from HWCOM have been met. The MSEPC will forward to the Dean the names of students who have met all requirements for graduation.

The names of students whose professionalism and/or poor academic performance is under review by the MSEPC, provided such review is material to the evaluation of the student for graduation, and/or who have not passed all courses and the USMLE Steps 1, 2 Clinical Knowledge, and 2 Clinical Skills examinations, will not be forwarded.

When a student is referred to the MSEPC arising out of academic performance and/or breach of Professionalism Standards, any additional related or unrelated poor academic performance and/or violations of Professionalism Standards regardless of how they arise, will be investigated and evaluated by the MSEPC and shall not be subject to the PARS system process.

**3. MSEPC Adverse Recommendations.** An Adverse Recommendation is any MSEPC recommendation arising out of a medical student's failure to meet academic requirements or Professionalism Standards other than course failures; an Adverse Recommendation mandates that a student take specific actions or refrain from taking specific actions. In the event that the MSEPC makes an Adverse Recommendation, the Chair of the MSEPC will notify the affected student within 10 business days of receipt of a written report from the MSEPC. The notice will include a description of the student's appeals rights. If the student does not elect to appeal an Adverse Recommendation, it shall be forwarded to the Dean for adoption or modification. If the Dean intends to impose a more severe sanction than the MSEPC recommendation, the student will be notified of the Dean's intention to impose a more severe sanction. The student will then have the right to file an appeal of the Adverse Recommendation in accordance with the Appeals Process. The event triggering a right to appeal is notification from the Dean that a more severe sanction may be imposed upon the student.

**4. Consideration and Recommendation by the Executive Associate Dean for Academic Affairs.** The Chair of the MSEPC will forward recommendations for promotion or graduation and Adverse Recommendations to the Dean for review and approval.

   a.   **Appeal of MSEPC Recommendation.** A student who receives an Adverse Recommendation from the MSEPC, including not being recommended for promotion to the next academic period (or graduation for Period 4 students), has the right to appeal the recommendation to the Appeals Committee in accordance with the procedures set forth in this *HWCOM Medical Student Handbook*. In the event that a student is not promoted because the student is under review by the MSEPC, or has not passed USMLE Steps 1, 2 Clinical Knowledge, and 2 Clinical Skills examinations prior to graduation, there will be no right to appeal the determination.

   b.   **Dean's Determination.** The Dean's decision, upon receipt of the MSEPC recommendation, as applicable, shall be final agency action unless the student timely files an appeal with the Appeals Committee or the Provost, as applicable, in accordance with the procedures set forth in this *HWCOM Medical Student Handbook*. In such event, the

Dean's determination shall not become final until the appellate process has concluded.

**5. Student Review of Academic Performance and Opportunity to Appeal.** All students will be given an opportunity to review their performance in academic courses and clerkships. In the event that a student believes that a course grade or evaluation is inaccurate or unfounded, he or she has the opportunity to appeal said grade or evaluation to the Course Director using the Student Grievance process set forth in this *HWCOM Medical Student Handbook*. This process is not available to students under review by the MSEPC for incidents related to professionalism. When under review by the MSEPC, the student's grade grievance must be heard by the MSEPC.

**6. Notifications for MSEPC and Student Grievance Procedures.** All notifications to be given under the MSEPC and Student Grievance processes will be made by electronic delivery to the student's officially designated university email address, by hand-delivery, or to the affected student's last known address by any means evidencing delivery.

**7. Hearing Process for MSEPC.**

a. **Notice of Hearing.** All hearing notices will be made in accordance with the notification provision set forth in this *HWCOM Medical Student Handbook*. Students will be provided a minimum of 5 business days (excluding legal holidays) prior written notice of the MSEPC meeting with the student to consider a matter within its jurisdiction except in cases of emergency or unless waived by the student. The notice will state:

- A description of the matter under consideration;
- The time, date, and place of the hearing;
- That the student will have the opportunity to review the documents that the MSEPC reviews to make its determination; and
- A list of witnesses the MSEPC will call, if any. The witness list may be modified by the MSEPC up to 36 hours before the hearing, and the student will be notified of any changes in the witness list. The MSEPC is not required to question witnesses listed. Students wishing to call witnesses should separately contact them; and
- That the student may call witnesses in accordance with the procedures set forth in this Appendix A.

b. **Hearing Procedure.**

i. **Information Gathering.** In the event that a matter is referred to the MSEPC for evaluation and recommendation, the MSEPC has the authority to gather information concerning the matter to assist with its deliberation and evaluation of the matter in the context of the student's academic performance and

professionalism. The MSEPC may convene meetings for any purpose including assisting with preparation for the MSEPC hearing. The MSEPC may continue a hearing and conduct additional investigation and fact finding. Students are deemed to be on actual notice of any facts of which they have personal knowledge.

ii. **Challenge to MSEPC Member's Participation in a Hearing.** The student has the right to challenge any MSEPC member's participation in the student's hearing. The challenge must be made in writing addressed to the Chair of the MSEPC at least 3 business days prior to the scheduled hearing unless the objection is to an ad hoc appointment to the MSEPC in which event it will be the earlier of within 24 hours of the appointment or at the MSEPC hearing. The challenge must be in writing (unless done at the hearing) and assert facts that show actual unwarranted bias (such as a conflict of interest or animosity) that would preclude a fair and impartial hearing. Knowledge of a student's poor academic performance, personal information, or failures of professionalism do not alone constitute bias. The Chair of the MSEPC will determine whether to grant such challenges at his or her discretion, and such a decision is final. In the event that an MSEPC member is excused from participation in a hearing, the Executive Associate Dean for Academic Affairs may appoint a substitute ad hoc member for that hearing.

iii. **Right to Review Documents Relied Upon by the MSEPC.** The charged student has the right to inspect all documents that will be considered by the MSEPC at least 3 business days prior to the hearing. All documents available for inspection may be considered by the MSEPC regardless of whether the documents are inspected by the student.

iv. **Meeting with Student.** All student meetings will be conducted in private. During these meetings, the student will again be advised of the information that forms the basis of the inquiry or allegation; the student will then have an opportunity to respond to the information presented. The student may have an individual present to provide support and advice; however, that individual may only advise the student and may not address MSEPC members directly or examine or cross-examine witnesses. The individual providing support and advice may not be a witness in the hearing. The student does not have the right to be represented by an attorney, and no attorney shall be permitted to attend the meeting on the student's behalf or in any other capacity. Student academic advisors may not accompany the student in hearings but may be called to provide information during the hearing.

The MSEPC will allow witnesses to the incident to present pertinent information at the meeting with the student. Both the MSEPC and the student may call witnesses to the incident. The

Chair of the MSEPC has the authority to exclude witnesses who provide redundant or duplicative information. Character witnesses shall not be permitted to testify at hearing. If witnesses make presentations at any hearing, the student and the MSEPC members shall be entitled to pose relevant questions to such witnesses. If additional information is needed, the MSEPC may elect to continue a hearing to another date. The MSEPC will consider the information it has gathered and any information provided by the student and make written findings of fact and recommendations based upon its assessment of the information presented. Such findings and recommendations shall be provided to the student within 10 business days of the conclusion of the hearing. The recommendation shall be provided to the Dean after the appeals period has expired if the student does not appeal the recommendation or after the appeals process has been completed in accordance with this *HWCOM Medical Student Handbook*.

v.   **Quorum and Voting.** A quorum consists of at least seven members. A recommendation other than involuntary withdrawal is adopted when approved by a simple majority of the voting members present. A recommendation to involuntarily withdraw a student from HWCOM must be approved by at least seven MSEPC members.

vi.   **Record of Hearing.** Written decisions of the MSEPC will serve as the official records of a hearing.

vii.   **Burden of Proof.** In the event that a hearing is conducted at which the charged student disputes the facts presented, (i.e., maintains that the alleged unprofessional behavior did not occur), the MSEPC may make an Adverse Recommendation only if it finds by a preponderance of the evidence (it is more likely than not) that the unprofessional behavior occurred. The determination of whether unprofessional behavior occurred will be based upon the information presented.

**8. MSEPC Recommendations.** The MSEPC will make one or more of the following recommendations regarding the disposition of a matter considered by the committee:

- Find that the matter does not warrant action
- Issue a written reprimand or warning
- Allow the student to repeat courses or otherwise remediate academic deficiencies as per academic policy
- Allow the student to continue on a modified academic schedule per academic policy
- Refer the student for counseling or psychological evaluation
- Place the student on probation with such conditions as deemed appropriate
- Mandate that the student repeat an academic year (Period)

- Suspend the student or place the student on leave of absence for a specified time or until specific conditions are met
- Expel or involuntarily withdraw the student.

The MSEPC may recommend to the Dean removal of a student's probation once the student has fulfilled the conditions of probation.

In the event that the MSEPC recommends suspension, expulsion or involuntary withdrawal, the student may be placed on an involuntary leave of absence during the hearing and appeal process.

**9. Notice of Recommendation to Student.** The MSEPC findings and recommendations with modifications, if any, will be sent to the affected student within 10 business days of conclusion of the hearing.

**10. Recommendation to the Dean and Right to Appeal.** Students have the right to appeal Adverse Recommendations of the MSEPC by submitting a request for appeal as provided in the appeals process. If the student does not appeal in a timely fashion, the MSEPC will forward the written findings and recommendations to the Dean for his or her review. The Dean will review and affirm or amend the findings and recommendations. In the event that the Dean modifies the recommendation resulting in the imposition of additional sanctions, the student may appeal the Dean's determination to the Appeals Committee in accordance with this *HWCOM Medical Student Handbook*. Once the Dean has affirmed or amended the MSEPC findings and recommendations, the Dean's decision shall be final agency action unless the Dean's imposition of additional sanctions triggers a right to appeal as provided herein. Once the Dean's determination has been made, the affected student will be notified of the determination by the Executive Associate Dean for Student Affairs. Such notice shall describe the student's right to appeal to the Provost.

►►►► *F. Appeals Process*

**1. The Appeals Committee.**

    **a. Statement of Purpose.** The Appeals Committee is the forum for medical students to appeal recommendations of the MSEPC and recommendations of the Grievance Committee that are Adverse Recommendations as defined herein. Any student affected by an Adverse Recommendation of the MSEPC is entitled to appeal.

    **b. Composition and Selection of the Appeals Committee.** The Appeals Committee shall have seven voting members. The members must be faculty members and will be appointed by the Dean. The Executive Associate Dean for Academic Affairs is the Chair of the Appeals Committee and is designated as the appellate officer. In the event that the Executive Associate Dean for Academic Affairs is not available, he or she may appoint a Chair for the meeting.

# EXHIBIT 5



# Herbert Wertheim College of Medicine

## FLORIDA INTERNATIONAL UNIVERSITY

### REMEDIATION PLAN FOR UNSATISFACTORY PERFORMANCE

**DATE OF THIS AGREEMENT:**

**COURSE DIRECTORS: DR. REBECCA TOONKEL**

**STUDENT NAME:** ELIE NEHME          **PANTHER ID#** 3121165

**COURSE NAME:** CARDIOVASCULAR AND RESPIRATORY SYSTEMS     **COURSE NUMBER:** BMS 6633

**SCORE EARNED FOR THE COURSE:** 73

**DESCRIPTION OF THE DEFICIENCY:**

Exam timing. Difficulty managing time for exams.

**STUDY PLAN: (the steps student will take to achieve competency)**

① Visit Wellness Ctr - ? Accomodations needed / justified
② Visit Dr Chang - Time mgmt, study plan by day, MCG help in speedy processing
③ Use individual tutors

**ASSESSMENT TYPE/CONTENT COVERED:**     Cumulative

**CRITERIA FOR PASSING:**     75% on NBME Cum Remediation Exam

**FINAL PASSING GRADE FOR THE COURSE: U75**

**REMEDIATION DATE:** _____

**STUDENT SIGNATURE:** _____     **DATE:** 5/25/17

**COURSE DIRECTOR:** _____     **DATE:** 5/25/17

**PERIOD DIRECTOR:** _____     **DATE:** 5/25/17

*To be routed by the Course Director within 24 HOURS after meeting with the student.*
*Course Director and student will sign and keep a hard copy of this form, and one signed copy is forwarded to the Office of Medical Education*
*(Natalie Dwarika). The Office of Medical Education will route this form to the Dean for Curriculum.*

# EXHIBIT 6



**FLORIDA**
**INTERNATIONAL**
**UNIVERSITY**

Privileged and Confidential

August 7, 2017

Mr. Elie Nehme
8112 Bautista Way
Palm Beach Gardens, FL  33418-8178
561-386-9508

*<<Via email to enehm002@fiu.edu >>*

Re: Medical Student Evaluation and Promotion Committee Recommendation

Dear Mr. Nehme:

As you know, the Medical Student Evaluation and Promotion Committee (MSEPC) met with you on Thursday, July 27, 2017, to consider your overall performance as a medical student, in accordance with the College of Medicine Student Handbook and FIU policies.

On August 1, 2017, I sent you a letter giving you the option of meeting with me to discuss the recommendation of the MSEPC. You elected not to meet with me. Enclosed herewith are the findings and recommendations of the MSEPC. I have reviewed them and accept them.

You have the right to appeal the recommendations by submitting a request for appeal within ten (10) business days of receipt of this letter. Please refer to the Student Handbook regarding the process you must follow to appeal the recommendation. The sole grounds for appeal are as follows:

1. Material failure to provide a student with his or her due process rights as set forth in the Student Handbook which affected the outcome of the hearing. Appeals based on this ground will be limited solely to a review of the record of the hearing.

2. New information, which was not available at the time of the hearing and therefore could not be presented. In addition, the student must show that the new information could have substantially affected the outcome of the hearing. The nature of the information must be described in full detail in the appeal letter including an explanation regarding the reason the information could not have been presented at the hearing.

HERBERT WERTHEIM COLLEGE OF MEDICINE

Modesto A. Maidique Campus, 11200 S.W. 8th St., AHC II 693, Miami, FL 33199 • Tel: 305.348.0570 • Fax: 305.348.0123 •
medicine.fiu.edu

Florida International University is an Equal Opportunity/Access Employer and Institution • TDD via FRS 1.800.955.8771

FIU_000008



3. The severity of the sanction is clearly excessive in light of the nature of the offense and the totality of the student's academic performance including indicia of professionalism.

Sincerely,

Carolyn D. Runowicz, MD
Executive Associate Dean for Academic Affairs

Attachment

HERBERT WERTHEIM COLLEGE OF MEDICINE

Modesto A. Maidique Campus, 11200 S.W. 8ᵗʰ St., AHC II 693, Miami, FL 33199 • Tel: 305.348.0570 • Fax: 305.348.0123 •
medicine.fiu.edu

Florida International University is an Equal Opportunity/Access Employer and Institution • TDD via FRS 1.800.955.8771

**Herbert Wertheim**
**College of Medicine**

## MEMORANDUM

Privileged and Confidential Education Record
Protected by Federal Education Rights and Privacy Act

| | |
|---|---|
| Date: | August 1, 2017 |
| To: | Carolyn Runowicz, MD<br>Executive Associate Dean for Academic Affairs |
| From: | Sergio Gonzalez-Arias, MD, PhD<br>Chair, Medical Student Evaluation and Promotion Committee |
| Subject: | Medical Student Evaluation and Promotion Review – **Elie Nehme** |

The Medical Student Evaluation and Promotion Committee (MSEPC) conducted a hearing on Thursday, July 27, 2017, to consider the academic performance of Elie Nehme. The student attended.

### Facts:

Mr. Nehme recently failed *Cardiovascular and Respiratory Systems* (BMS 6633) and he failed the remediation. He previously failed *Genes, Molecules and Cells* (BMS 6001) and passed the remediation. Mr. Nehme reported he had health issues and family problems during his first year of medical school. He reported he has been meeting with the Wellness Center to work on his processing speed. He stated he was verbally informed he could benefit from being granted additional time to take exams. He is also working with Learning Specialist, Dr. Winnie Chang.

### Findings:

After deliberation and based upon his overall performance, the MSEPC finds the following:

1. Mr. Nehme's academic performance is of serious concern.

2. The MSEPC acknowledges the information provided by the student. Any potential accommodations will be assessed by the Medical Student Accommodations Committee once the official report from the Disability Resource Center (DRC) is available.

### Recommendations:

1. Mr. Nehme will be allowed to continue with the class of 2020. He must meet with Dr. Toonkel to develop a plan for self-study of *Cardiovascular and Respiratory Systems* (BMS 6633) in preparation for taking the course again in 2018 with the class of 2021. This will delay his entry into Period 3.

2. Any further course failure or continued poor academic performance will trigger review by the MSEPC with the possibility of adverse recommendations, including repeating an academic period or dismissal from medical school.

3. Mr. Nehme will be placed on academic probation as per the HWCOM student handbook guidelines. Per the HWCOM student handbook, the student will remain on probation through the end of the academic period in which he or she was placed on probation and through the following academic period.

**Herbert Wertheim**
**College of Medicine**

4. He must continue to seek assistance from the Medical Student Counseling and Wellness Center.

5. He must continue to seek advice from HWCOM Learning Specialist Winnie Chang, Ed.D. and utilize available resources and supportive services such as tutoring.

6. It is strongly recommended that Mr. Nehme refrain from participating in extracurricular activities other than debt management counseling, financial planning, career and professional counseling, health and wellness programs, student support services, and Panther Learning Communities.

7. He must stay in close contact with his academic advisor. The frequency of contact should be no less than monthly.

# EXHIBIT 7

Rec'd 12.15.17

# 🔍 Professionalism Incident Report

## Details

**Location of Incident**
Period 2

**Summary of Incident**
Student had multiple issues identified after our mid-period 2 review session. 1. Multiple unexcused absences across courses 2. Multiple request to delay exam across course 3. Professionalism issue regarding a quiz in Repro

**Date of Incident**
12/15/2017 12:55:00 PM

**Details of Incident**
See attached forms from the reporting faculty: Dr. Obeso Dr. Toonkel Dr. Tempest

## Person of Concern

**Fist Name**
Elie

**Last Name**
Nehme

**Classification**
Student

**Phone**

**Email**
enehm002@fiu.edu



## Report Submitter

**First Name**
Vivian

**Email**
vobeso@fiu.edu

**Last Name**
Obeso

**Phone**
305-323-3496

## Incident Report Status

Pending Review

Details: Submitted

## Supporting Documents

Submitter Documents
- EN.Repro Course H.Tempest.Elie Nehmi.docx
- E.N.Period 2 mid mtg.Obeso.violation. E.Nehmie.docx
- E.N.Period 2 Director.RToonkel.ElieNehmi.docx

FIU_000021

Rec'd 12.15.17

## Person of Concern Response

Dear Doctors Toonkel, Obeso, and Tempest, I have been going through medical circumstances which occasionally cause me to be tardy. This is not indicative of my character and I will do my utmost to mitigate the concerns mentioned in the Incident Report. I apologize for any inconvenience this may have caused, and if I have given the impression of an unprofessional attitude. I do not expect this to be a continuing problem, and I will make sure to be clearer in my communication with my instructors. Respectfully, Elie.

Dear Dr. Toonkel,

We are just wrapping up the BMS6637 Reproductive Systems course and we have noticed an alarming pattern of unprofessional behavior throughout the course for one student in particular, Mr. Elie Nehme.

Mr. Nehme, has missed multiple mandatory sessions throughout the course including the final NBME exam, or failed mandatory activities due to extreme tardiness. As of yet no excused absences for these sessions have been submitted. Details provided below:

| Wednesday, November 15, 2017 | |
|---|---|
| ANATOMY LAB | |
| Elie Nehme | Unexcused |

| Wednesday, November 22, 2017 | |
|---|---|
| CASE STUDY CBL 3 & 4 | |
| Elie Nehme | Unexcused |

| Wednesday, November 29, 2017 | |
|---|---|
| CASE STUDY CBL 5 | |
| Elie Nehme | Unexcused * |

* He may have also been absent for CBL 6 but the facilitator could not verify

| Thursday, December 7, 2017 | |
|---|---|
| CASE STUDY CBL 7 & 8 | |
| Elie Nehme | Unexcused Absence was 15 minutes late to CBL 7, barely participated in CBL 7 or 8, made a single contribution in both |

| Monday, December 11, 2017 | |
|---|---|
| FINAL EXAM | |
| Elie Nehme | Unexcused Absence |

Furthermore, on December 6, 2017 we held three back-to-back mandatory sessions which Mr. Nehme was late for, or not in attendance for significant periods of time. Details are provided below:

1) 8-10 am Pregnancy TBL: Mr. Nehme walked into the session in AHC2-170 at 9:15 through the back door with his bag etc. and proceeded to sit at the back on the floor, (observed by myself, Natalie Dwarika, and Lleti Aleman). At this point he had missed the in class IRAT quiz administered through CanvasMed and the in class GRAT quiz. It is understood and outlined in the syllabus that TBL IRAT and GRAT quizzes are to be taken in class at the beginning of the session unless the syllabus indicated the IRAT is to be taken prior to the session. I instructed Mr. Nehme immediately to find a group to work through the application exercises. Thirty minutes later I still found him sat on the floor at the back of the class, when I asked him why he had not joined a group he told me he was looking for his assigned group (no groups were assigned for this session). Therefore, he did not work on the application exercises for this session.

2) 10-11 am EBM: Mr. Nehme was missing for at least 25 minutes of this 1 hour session, the coordinators and I noticed at 10:20 that he was not in the room and he did not return back to his group until 10:45, we did not see him leave class except during the break at 10 am.

3) 11-12 pm Contraception TBL: He left at the 11 am break and returned back to class at 11:10

At the conclusion of the morning sessions Mr. Nehme, came to speak to me to apologize for being late, he told me that his father was sick and that he had to speak to his father's doctors which is why he was late. Despite this Mr. Nehme somehow managed to find the time to take the on-line CanvasMed pregnancy IRAT quiz that was supposed to be taken in class (quiz was not password protected but was only available to take online between 8:00-8:15 am).

I am extremely concerned by the unprofessionalism demonstrated by Mr. Nehme and wanted to bring this to your attention.

Please do not hesitate to contact me if you have any questions or would like me to provide any more information.

Kind regards

Helen Tempest Ph.D.
Associate Professor
Department of Human and Molecular Genetics
Herbert Wertheim College of Medicine
Florida International University
11200 SW 8th St
Miami Florida
Office Tel: +1 305 348 1484
Lab Tel: +1 305 348 4838
Fax: +1 305 348 0651

Professionalism Violation

Student: Elie Nehmi

During the **Period 2 mid-year meeting**. Multiple course directors identified Elie Nehmi as a student that has been missing from multiple sessions and requesting to be excused from multiple key mandatory sessions. After a detailed review we have identified the following trends:

**Elie Nehmie:**

Cardiovascular and Respiratory: 1 Unexcused - Cardio Anatomy Lab

Hematology: 1 Unexcused  - EBM Session

Gastrointestinal: 1 Excused- Small Group cbl,pathology lab, anatomy lab

Endo: 2 Excused – 11-1 through 11/3 and 11/17 – meet the patient and a CBL

Repro – see additional attachment submitted by Dr Tempest


Community Engaged physician Course

**As per Dr. Ebony Whisenant:**

Elie Nehme: Has not completed his second household visit by the deadline (Nov 3, 2017)
He had an excused absense from interprofessional rounds (Nov 1, 2017) however student failed to follow up to make up missed assignments.  Course staff emailed him multiple times and student responded to the emails approximately 1 month later detailing some of the issues he experienced that precluded him from responding.  As of yesterday, he did not attend reflection rounds (Dec 6, 2017) but we have not received an excused absence from him yet so we will wait to hear back from him.  I have a meeting scheduled with him for 12/13/2017 12-12:30 pm

Vivian Obeso, MD

**Vivian T. Obeso, MD, FACP**

**Associate Professor of Medicine**

**Assistant Dean for Curriculum and Medical Education**

**Co-Director, Clinical Medicine Course**

**Medical Director, Albert and  Debbie Tano Simulation Center**

Dear Dean Jones,

Upon review of the Period 2 exam schedule, it has come to my attention that Elie Nehme has missed an unusually large number of final exams.  While all of these absences have ultimately been deemed "excused" by OSA, I am very concerned about the frequency and pattern of these absences.

His current exam status for the morning classes is as follows:

- Cardio – took the exam on time, failed, failed remediation, will retake the course with the CO 2021
- Heme – took the exam late, but passed
- Derm – took the exam on time, passed
- MSK – opted to take the exam in January due to Irma, has not yet taken
- GI – took the exam late, but passed
- Endo – took the exam late, but passed
- Repro – missed the exam (12/11), still without an excused absence (as of 12/13)

In summary, of the seven courses that have already been completed, he has taken only two final exams on their regularly scheduled dates.

Many thanks for your attention to this matter,

**Rebecca L. Toonkel, M.D.**
Assistant Dean for Academic Advising
Period Two Curriculum Director
FIU Herbert Wertheim College of Medicine
11200 SW 8th Street, AHC2 476
Miami, FL 33199
305-348-4567

# EXHIBIT 8

| Title | Created on | Student | Panther Reason For Request | First Date of / Last Date of Period | Clerkship (if Period 3) | Cohort | Decision |
|---|---|---|---|---|---|---|---|
| Excused Absence Request 1827 | 10/12/2016 12:43 Elie Nehme (Medical Student) | 3121165 | Illness | 10/12/2016 10/12/2016 Period 1 | | 2020 | Automatic OSA Approval |
| Excused Absence Request 2070 | 11/28/2016 13:14 Elie Nehme (Medical Student) | 3121165 | Health / Illness (non-acute) | 11/21/2016 11/21/2016 Period 1 | | 2020 | Need more documentation, Approved |
| Excused Absence Request 2142 | 12/5/2016 8:53 Elie Nehme (Medical Student) | 3121165 | Other unplanned event/emergency | 12/5/2016 12/5/2016 Period 1 | | 2020 | Need more documentation, Approved |
| Excused Absence Request 2563 | 2/14/2017 10:04 Elie Nehme (Medical Student) | 3121165 | Illness | 2/14/2017 2/14/2017 Period 1 | | 2020 | Automatic OSA Approval |
| Excused Absence Request 2721 | 3/13/2017 18:43 Elie Nehme (Medical Student) | 3121165 | Illness | 3/13/2017 3/15/2017 Period 1 | | 2020 | Automatic OSA Approval |
| UNEXCUSED ABSENCE | | 3121165 | | 4/10/2017 4/10/2017 Period 1 | | 2020 | |
| Excused Absence Request 2885 | 4/19/2017 15:38 Elie Nehme (Medical Student) | 3121165 | Illness | 4/19/2017 4/19/2017 Period 2 | | 2020 | Automatic OSA Approval |
| Excused Absence Request 3027 | 6/1/2017 11:29 Elie Nehme (Medical Student) | 3121165 | Other unplanned event/emergency | 5/31/2017 5/31/2017 Period 2 | | 2020 | Automatic OSA Approval |
| Excused Absence Request 3041 | 6/6/2017 11:53 Elie Nehme (Medical Student) | 3121165 | Illness | 6/6/2017 6/6/2017 Period 2 | | 2020 | Automatic OSA Approval |
| Excused Absence Request 3055 | 6/9/2017 13:58 Elie Nehme (Medical Student) | 3121165 | Other unplanned event/emergency | 6/9/2017 6/9/2017 Period 2 | | 2020 | Need more documentation, Approved |
| Excused Absence Request 3079 | 6/19/2017 13:36 Elie Nehme (Medical Student) | 3121165 | Illness | 6/19/2017 6/19/2017 Period 2 | | 2020 | Automatic OSA Approval |
| UNEXCUSED ABSENCE | | 3121165 | | | | 2020 | |
| Excused Absence Request 3375 | 9/1/2017 10:19 Elie Nehme (Medical Student) | 3121165 | Illness | 9/1/2017 9/1/2017 Period 2 | | 2020 | Automatic OSA Approval |
| Excused Absence Request 3582 | 10/11/2017 9:21 Elie Nehme (Medical Student) | 3121165 | Illness | 10/11/2017 10/11/2017 Period 2 | | 2020 | Automatic OSA Approval |
| Excused Absence Request 3605 | 10/12/2017 13:57 Elie Nehme (Medical Student) | 3121165 | Illness | 10/12/2017 10/12/2017 Period 2 | | 2020 | Automatic OSA Approval |
| Excused Absence Request 3639 | 10/15/2017 23:17 Elie Nehme (Medical Student) | 3121165 | Illness | 10/16/2017 10/16/2017 Period 2 | | 2020 | Automatic OSA Approval |
| Excused Absence Request 3893 | 11/5/2017 23:36 Elie Nehme (Medical Student) | 3121165 | Illness | 11/1/2017 11/1/2017 Period 2 | | 2020 | Automatic OSA Approval |
| Excused Absence Request 3953 | 11/22/2017 20:05 Elie Nehme (Medical Student) | 3121165 | Illness | 11/13/2017 11/13/2017 Period 2 | | 2020 | Need more documentation, Approved |
| UNEXCUSED ABSENCE | | 3121165 | | 11/15/2017 11/15/2017 Period 2 | | 2020 | |
| UNEXCUSED ABSENCE | | 3121165 | | 11/22/2017 11/22/2017 Period 2 | | 2020 | |
| UNEXCUSED ABSENCE | | 3121165 | | 11/29/2017 11/29/2017 Period 2 | | 2020 | |
| Excused Absence Request 4235 | 12/11/2017 9:12 Elie Nehme (Medical Student) | 3121165 | Other unplanned event/emergency | 12/8/2017 12/8/2017 Period 2 | | 2020 | Automatic OSA Approval |
| Excused Absence Request 4304 | 12/15/2017 16:53 Elie Nehme (Medical Student) | 3121165 | Illness | 12/11/2017 12/11/2017 Period 2 | | 2020 | Automatic OSA Approval |
| UNEXCUSED ABSENCE | | 3121165 | | 12/14/2017 12/14/2017 Period 2 | | 2020 | |
| UNEXCUSED ABSENCE | | 3121165 | | 1/5/2018 1/5/2018 Period 2 | | 2020 | |
| UNEXCUSED ABSENCE | | 3121165 | | 1/10/2018 1/10/2018 Period 2 | | 2020 | |
| UNEXCUSED ABSENCE | | 3121165 | | 1/11/2018 1/11/2018 Period 2 | | 2020 | |
| Excused Absence Request 5405 | 5/1/2018 18:55 Elie Nehme (Medical Student) | 3121165 | Other unplanned event/emergency | 4/30/2018 4/30/2018 Period 2 | | 2021 | Automatic OSA Approval |
| UNEXCUSED ABSENCE | | 3121165 | | 4/18/2018 4/18/2018 Period 2 | | 2020 | |
| Excused Absence Request 5631 | 6/11/2018 15:45 Elie Nehme (Medical Student) | 3121165 | Other unplanned event/emergency | 6/6/2018 6/6/2018 Period 2 | | 2021 | Automatic OSA Approval |
| Excused Absence Request 6751 | 11/6/2018 13:12 Elie Nehme (Medical Student) | 3121165 | Other unplanned event/emergency | 11/6/2018 11/6/2018 Period 2 | | 2021 | Automatic OSA Approval |
| Excused Absence Request 7216 | 1/10/2019 10:24 Elie Nehme (Medical Student) | 3121165 | Illness (acute) | 1/10/2019 1/10/2019 Period 2 | | 2021 | Automatic OSA Approval |
| Excused Absence Request 7347 | 1/22/2019 11:01 Elie Nehme (Medical Student) | 3121165 | Illness (acute) | 1/23/2019 1/23/2019 Period 2 | | 2021 | Automatic OSA Approval |
| Excused Absence Request 7691 | 3/6/2019 14:55 Elie Nehme (Medical Student) | 3121165 | Illness (acute) | 3/6/2019 3/6/2019 Period 2 | | 2021 | Automatic OSA Approval |
| Excused Absence Request 7778 | 3/18/2019 7:32 Elie Nehme (Medical Student) | 3121165 | Illness (acute) | 3/18/2019 3/18/2019 Period 2 | | 2021 | Automatic OSA Approval |
| Excused Absence Request 8128 | 5/31/2019 13:27 Elie Nehme (Medical Student) | 3121165 | Other unplanned event/emergency | 5/31/2019 5/31/2019 Period 3 | Internal Medicine | 2021 | Automatic OSA Approval |
| Excused Absence Request 8366 | 7/23/2019 22:50 Elie Nehme (Medical Student) | 3121165 | Illness (acute) | 7/23/2019 7/23/2019 Period 3 | Surgery | 2021 | Automatic OSA Approval |
| Excused Absence Request 8516 | 8/14/2019 10:40 Elie Nehme (Medical Student) | 3121165 | Other unplanned event/emergency | 8/14/2019 8/14/2019 Period 3 | Family Medicine | 2021 | Automatic OSA Approval |
| Excused Absence Request 8563 | 8/22/2019 22:07 Elie Nehme (Medical Student) | 3121165 | Other unplanned event/emergency | 8/23/2019 8/23/2019 Period 3 | Family Medicine | 2021 | Automatic OSA Approval |
| Excused Absence Request 8735 | 9/13/2019 12:54 Elie Nehme (Medical Student) | 3121165 | Accident | 9/13/2019 9/13/2019 Period 3 | Family Medicine | 2021 | Need more documentation, Approved |
| Excused Absence Request 9006 | 10/15/2019 17:26 Elie Nehme (Medical Student) | 3121165 | Illness (acute) | 10/16/2019 10/16/2019 Period 3 | Neurology | 2021 | Automatic OSA Approval |
| Excused Absence Request 9520 | 12/9/2019 20:53 Elie Nehme (Medical Student) | 3121165 | Illness (acute) | 12/9/2019 12/9/2019 Period 3 | Obstetrics and Gynecology | 2021 | Automatic OSA Approval |
| Excused Absence Request 9677 | 1/7/2020 14:13 Elie Nehme (Medical Student) | 3121165 | Illness (acute) | 1/7/2020 1/7/2020 Period 3 | Psychiatry | 2021 | Automatic OSA Approval |
| Excused Absence Request 9972 | 2/5/2020 14:11 Elie Nehme (Medical Student) | 3121165 | Other unplanned event/emergency | 2/5/2020 2/5/2020 Period 3 | Psychiatry | 2021 | Automatic OSA Approval |
| Excused Absence Request 10060 | 2/18/2020 14:38 Elie Nehme (Medical Student) | 3121165 | Other unplanned event/emergency | 2/18/2020 2/18/2020 Period 3 | Pediatrics | 2021 | Automatic OSA Approval |