UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  1:20-cv-24649-AMC

ELIE NEHME,

     Plaintiff,

vs.

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES,

     Defendant.

_____/

## AFFIDAVIT OF STEPHEN P. LOYNAZ

STATE OF FLORIDA

                    )ss

COUNTY OF DADE

     BEFORE ME, the undersigned authority, personally appeared Stephen Loynaz, who after being first duly sworn, deposes and says:

     1.     This affidavit is based upon my personal knowledge.  I am at least eighteen (18) years of age and otherwise sui juris.

     2.     I am currently the Access Consultant Manager for the Disability Resource Center ("DRC") at Florida International University ("FIU"). I have served FIU in this capacity since 2012. I was the Assistant Director in 2011. Prior to FIU, I served as the Accommodations Coordinator at Barry University's Office of Disability Services. I completed a B.A. degree in psychology at FIU in 2005., an M.S. degree in mental health counseling at FIU in 2010, and a Ph. D. in higher education at FIU in 2020. I am also a certified ADA employment accommodations coordinator.

3.      The DRC is FIU's dedicated center to assist students with disabilities. There are approximately 15 employees committed to guiding and supporting students with disabilities throughout their college experience. The DRC facilitates and is responsible for providing services and assuring reasonable accommodations for students with disabilities. Accommodations must be reasonable so as to ensure that the integrity of the academic curriculum and program accreditation is not compromised. I am responsible for the senior class, graduate students, and professional students, including medical students at FIU's Herbert Weinstein College of Medicine (COM"). Essentially, I serve as the liaison between COM and the DRC for FIU.

4.      I am also a member of the Medical Student Accommodations Committee also known as the disability committee or accommodations committee, which was formed approximately ten years ago. The purpose of the committee is to determine what is necessary for students with disabilities to ensure that students are obtaining their accommodations and to work with COM's assessment team that implements the accommodations. As part of the quality improvement in offering accommodations to students, the Accommodations Committee has worked with the DRC, Office of Inclusion, Diversity, Equity, and Access ("IDEA"), and Office of the General Counsel. This has been an on-going evolving process in FIU's attempt to serve medical students while balancing the interest in adequately preparing medical doctors for patient care.

5.      In accordance with FIU Policy 509.001, FIU ensures that all programs and academic courses on any academic level, including graduate programs, offered are accessible to students with disabilities by providing reasonable accommodations to students who have a documented disability and register with the University's DRC. Academic accommodations include but are not limited to adaptive technology equipment and software, priority registration, volunteer readers/scribes, testing accommodations such as extended testing time and minimal distraction

testing room, American Sign Language Interpreters, specialized trainings and workshops, and referrals to other campus resources. While the University is committed to assisting students with disabilities to fully participate in academic programs, the University is not required to fundamentally alter any programs or activities, including academic programs of study and course requirements. A copy of the FIU policy is attached hereto as "Exhibit 1." Additionally, COM's Medical Student Handbook also has a "Students with Disabilities" section that explains the process for medical students to obtain accommodations, starting with a confidential intake at the DRC. A copy of the Excerpt from the Handbook relating to Students with Disabilities is attached hereto as "Exhibit 2."

6. In order to register to receive accommodations through the DRC, students are required to schedule a "Welcome Appointment" with any Access Consultant to review any documentation certifying the disability such as physician's reports and psychological evaluations or documentation stating any accommodations previously received at other institutions. Students must complete a Student Information Intake Form at or before their appointment.

7. Pursuant to the policy, while meeting with their assigned Access Consultant, the student's specific needs will be discussed as well as the type of accommodations needed, depending on the disability, documentation, program, academic level, etc. The specific accommodations and services available to a student, based on the documentation reviewed, will be established during the Welcome Appointment. The student is also advised of any additional requirements that may be necessary for their degree and informed about the process to access additional services that the DRC provides.

8. After the intake form is completed, it is my standard practice to have a conversation with the student about DRC services, and review accommodations previously received, if any. I

advise students that the recommended accommodations is a living document and to come to me with any complaints if the accommodations are not working. If students do not engage with me after the first meeting, I conclude that the student is not experiencing issues regarding the eligible accommodations. It is also my experience that some students depending on the testing or course, do not opt to take advantage of the accommodations they are eligible for.

9.      After the DRC determines what accommodations the student may be eligible for, a memorandum is sent to COM administrators. COM is responsible for implementing the accommodations. Dean Jones is the DRC's primary point of contact with COM and Dr. Bonnin oversees the COM assessment team that administers the accommodations. When COM first started, the DRC assisted COM with testing accommodations as proctors. As of approximately 2015, the DRC was no longer able to provide such services. COM collaborates with the DRC when developing policies for students with disabilities.

10.     In accordance with the Students with Disabilities section of the Medical Student Handbook, the student has the option to notify the course or clerkship director and/or other applicable faculty, at his or her own discretion, of the accommodations committee's actions regarding accommodations. The student may elect to have testing accommodations for one or more courses.

11.     On July 17, 2017, Mr. Nehme came to register with the DRC for accommodations. Since Mr. Nehme was a COM student, he met with me for his welcome appointment. He advised he had ADHD and provided a neuropsychological evaluation. Dr. Nathaly Desmarais, a clinical psychologist at FIU's Medical Student Counseling and Wellness Center, sent the DRC a letter with Mr. Nehme's diagnosis of Unspecified Anxiety Disorder and Attention-Deficit Hyperactivity Disorder. She further added that preliminary assessments indicated a strong indication of

inattentiveness and low scores relating to processing speed. She only recommended that he be given extended time on examinations. She did not recommend that he be provided with a minimal distraction room or a private room which she has in the past for other students. Documentation, policies, and procedures were reviewed. I moved forward with Dr. Desmarais's recommendations. I sent a memorandum to Dean Jones, Heidi von Harscher, and Nancy Havas, notifying COM of Mr. Nehme's recommended accommodations of extra time on exams and a minimal distraction room. No further action on my part was either required or elicited from the student or COM. A copy of the Letter from Dr. Desmarais is attached hereto as "Exhibit 3", a copy of the memo sent to COM administrators is attached hereto as "Exhibit 4," and screen shots of the DRC's file on Nehme is attached hereto as "Exhibit 5."

12.     A minimal distraction room is a reasonable accommodation provided to students with learning disabilities. It offers less distractions than a typical classroom by reducing auditory and visual distractions.   It is also used as a tool to implement extra time as the extra time accommodation cannot be given in a regular class setting due to student and class room schedules.

13.     According to the DRC, a minimal distraction room creates an environment which minimizes distractions for the student. Each student has different levels of distractibility and different stimuli which may distract them. Typically, students need an environment which minimizes both auditory and visual distractions. A distraction-reduced environment does not necessitate the student's testing in a private room, nor does it mean that an environment is completely distraction free.

14.     Based on my experience and training, there is no such thing as an obvious distraction because distractions are subjective. It is very difficult to determine distractions without being told. A student must complain of a distraction in order for a proctor to attempt to resolve the

issue. Once a distraction is brought to the attention of the proctor, the proctor will attempt to resolve the distraction or stop the exam if distraction cannot be resolved.

15.      In the past, COM has confirmed with DRC to determine if a room qualifies as a minimal distraction room. A minimal distraction room is typically located in administrative suites. It can have windows and although it should be in quiet spaces, if in a heavy foot traffic area, signage would be required. Noise cancelling earplugs are provided to the students. The temperature is centrally controlled by FIU. If students are hot or cold, fans or heaters can be brought. Students are also told to bring sweaters. Unless the student complains of uncomfortable temperature, there is no way to know if it is causing a distraction for the student. AHC2 495, the room Mr. Nehme was assigned to take the Psychiatry shelf exam remediation, was considered a minimal distraction room because it was located in a less populated area than other general classroom areas.

16.      Extra time and a minimal distraction room for exams are straight forward accommodations that do not require follow-up from the student or COM. If implementation of accommodations is more complicated, such as for clinical practices, more in depth conversations are required from COM, DRC, and the disability committee.

17.      Over the years, there have been several significant discussions regarding accommodations for in-class assignments. There is no written policy regarding accommodations for in class assignments. The DRC advised COM to evaluate class syllabi and give the appropriate title for the assessment, such as quiz if it is a quiz or another title if it is not a quiz. COM administrators changed the name of certain assessments from quizzes to readiness assignments. COM administrators advised that implementing accommodations for these assessments would fundamentally alter the curriculum schedule. The DRC was also advised at some point that COM administrators did not have the resources, such as proctors and space, to accommodate these

assessments. Readiness assignments are currently being accommodated as needed without compromising the academic integrity of the assessment.

18.     The implementation of accommodations is an interactive process between students and FIU. If a student is not receiving the accommodations they are eligible for and opt to take advantage of, then they must make FIU aware. Mr. Nehme never complained to the DRC that COM was not providing him with the approved recommendations of either extra time on exams or a minimal distraction room.

FURTHER AFFIANT SAYETH NOT.

_____

STEPHEN LOYNAZ, Ph.D

STATE OF _Florida_ )

COUNTY OF _Miami-Dade_ ) ss
                                                        )

        Sworn to and subscribed before me on this 10th day of _March_, 2022.

_____
Notary Public - State of Florida

Commission Stamp:

LIZVETTE TORRES
MY COMMISSION # HH 096536
EXPIRES: February 24, 2025
Bonded Thru Notary Public Underwriters

Personally known ___✓___ OR Produced Identification
_____. Type of Identification Produced:

_____.

# EXHIBIT 1

# FLORIDA INTERNATIONAL UNIVERSITY



**OFFICIAL UNIVERSITY POLICY**

## Qualifying for Services from the Disability Resource Center #509.001

| INITIAL EFFECTIVE DATE: | LAST REVISION DATE: | RESPONSIBLE UNIVERSITY DIVISION/DEPARTMENT |
|---|---|---|
| December 2016 | March 19, 2021 | Disability Resource Center |

### POLICY STATEMENT

Florida International University ensures that all programs and academic courses offered are accessible to students with disabilities by providing reasonable academic accommodations to students who have a documented disability and register with the University's Disability Resource Center. DRC's services include but are not limited to adaptive technology, priority registration, volunteer readers/scribes, testing accommodations, and referrals to other campus resources and departments.

### SCOPE

This policy is applicable to the entire University Community (faculty, staff, and students).

### REASON FOR POLICY

To provide a means by which students with disabilities may request reasonable academic accommodations and services from Florida International University. Accommodations approved by the DRC will not compromise the academic integrity of the course.

While the University is committed to assisting students with disabilities to fully participate in academic programs, the University is not required to fundamentally alter any programs or activities, including academic programs of study and course requirements.

### DEFINITIONS

| TERM | DEFINITIONS |
|---|---|
| Student | A person who is currently registered for class(es) at Florida International University in accordance with the requirements and procedures of the Office of Registration, or a prospective student who seeks information or assistance prior to being admitted or registering for classes. |
| Disability | DRC adopts the definition of "disability" as set forth in the Americans with Disabilities Act of 1990 as amended, USC 12101, |

 **FLORIDA INTERNATIONAL UNIVERSITY**

 **OFFICIAL UNIVERSITY POLICY**

|  | Sec. 3(2), as being "(A) a physical or mental impairment that substantially limits one or more of the major activities of such individual; (B) a record of such an impairment; or (C) being regarded as having such an impairment." |
| --- | --- |
| Major life activities | As stated on the ADAA 2008, major life activities include, but are not limited to, performing manual tasks, seeing, hearing, sleeping, walking, standing, lifting, bending, speaking, breathing, learning, reading, concentrating, thinking, communicating, and working. |
| Temporary Disability | As the Americans With Disabilities Act of 1990 and the Rehabilitation Act of 1973 only extend to persons with permanent disabilities and as it is recognized that students with certain temporary disabilities may also need appropriate assistance, DRC defines a "temporary disability" as one which, for a stated period of time, will limit one or more of a person's major life activities. The existence of the disability and the period of time it will last must be certified by a physician's report or other appropriate documentation. DRC will use its discretion to determine if the extent of the disability is sufficient to warrant the services requested based on the documentation received. |

**ROLES AND RESPONSIBILITIES**

FIU provides access to students with disabilities by providing academic accommodations to students in any academic level and program, including graduate programs. Academic accommodations include but are not limited to adaptive technology equipment and software, priority registration, volunteer readers/scribes, testing accommodations such as extended testing time and minimal distraction testing room, American Sign Language (ASL) Interpreters, specialized trainings and workshops, and referrals to other campus resources.

In order to register to receive accommodations through the DRC, students are required to schedule a "Welcome Appointment" with an Access Consultant to review any documentation certifying the disability such as physician's reports and psychological evaluations or documentation stating any accommodations previously received at other institutions such as Individualized Education Plan's (IEP). Student registering for a temporary disability will also present documentation during this appointment. Students must complete a Student Information Intake Form (at or before their appointment) indicating identification information (name, address, panther ID number) and other pertinent information needed by DRC to provide services to the student.

While meeting with their assigned Access Consultant, the student's specific needs will be discussed as well as the types of accommodations needed, depending on the disability,



## FLORIDA INTERNATIONAL UNIVERSITY

**OFFICIAL UNIVERSITY POLICY**

documentation, program, academic level, etc. The specific accommodations and services available to a student, based on the documentation reviewed, will be established during the Welcome Appointment. The student is also advised of any additional requirements that may be necessary for their degree and informed about the process to access additional services that the DRC provides. Lastly, the student is provided with any necessary referrals to other services or departments as well as reminded that check-in meetings with their DRC Access Consultant do not by any means replace meeting with an Academic Advisor for their program.

In order to opt into the academic accommodations assigned, students must complete a Notification of Academic Adjustment Form at the beginning of every semester so that the DRC can use this information to notify their professors that they are affiliated with the DRC and discuss the implementation of their accommodations with the faculty member. Although students may register with the DRC at any time, accommodations are not retroactive, so the DRC advises students to register and activate accommodations as soon as possible.

In order to activate and receive any testing accommodations through the DRC, students must complete an Exam Proctor Form (EPF) for each class at the beginning of the semester. Faculty will need to provide specific testing information on the form such as test dates and times for the entire term, duration of exams, and materials allowed during the test. The accuracy of this information is essential so that the DRC-designated proctors can provide the exam within the faculty approved scope. If there are any changes to exam dates and times, the DRC needs to be notified by the faculty as soon as possible. Detailed information pertaining to testing accommodations can be reviewed on the DRC website.

Fees/Charges: No fees are charged to students to receive services and academic accommodations by the DRC. However, the student is responsible for the costs associated with securing and providing the documentation of their disability.

Permits/Identification Required: Any documentation stating a student's disability by an appropriate agency or professional such as a physician, optometrist, audiologist, psychologist, any other health care professional, the Division of Blind Services, or a prior educational institution among others is reviewed. Documentation must be current and complete. DRC reserves the right to request additional supporting disability-related documentation in the event the document(s) presented is insufficient to establish the existence of a disability or if the documentation fails to support the type of aids and services requested.

Records Management: Any Student Information Intake Forms and copies of the supporting documentation are kept in an electronic file under the student's name and panther ID.

Exemptions: In the event a student's disability is readily apparent, and the need for services is immediate, DRC will not withhold services because the student has not provided current or complete documentation of the disability. The Director of DRC or the Director's designee at

# FLORIDA INTERNATIONAL UNIVERSITY



his or her discretion, will coordinate services if the documentation provided is sufficient to indicate the need for services but requires supplementation or updating. This exception is only conditioned upon the student providing the required documentation within a reasonable period of time.

Policy Violations: In the event a student fails to comply with this policy, DRC will notify the student of the requirements necessary to bring him or her into compliance. If after appropriate notification, the student still fails to meet the requirements, DRC will cease providing services.

## RELATED RESOURCES

Reasonable accommodations are determined on an individual basis after considering the specific disability and documentation of functional limitations in accordance with the ADA Amendments Act of 2008 (ADAAA), the Americans with Disabilities Act of 1990 (ADA), Section 504 of the Rehabilitation Act of 1973, the Florida Education Equity Act, and the regulations interpreting these statutes.

A description of DRC services, which gives an abbreviated information on this policy and implementing procedure, is contained in the University catalogue, DRC website, and both the student and faculty handbooks.

## CONTACTS

Disability Resource Center
Florida International University
11200 S.W. Eighth Street, GC 190
Miami, Florida 33199
Telephone Number: (305) 348-3532

## HISTORY

**Initial Effective Date**: December 2016
**Review Dates** (*review performed, no updates*): N/A
**Revision Dates** (*updates made to document*): March 19, 2021

FIU_001088

# EXHIBIT 2



July 13, 2017

Stephen Loynaz
Access Consultant Manager
Disability Resource Center
Florida International University
GC 195 A

Dear Stephen,

I have received a medical release signed by my patient, Mr. Elie Nehme, to provide you the following information in which he requested to be shared:

Mr. Nehme began seeking out counseling services on 5/31/2017. Upon his psychodiagnostic evaluation, Mr. Nehme reported symptoms consistent with DSM V (300.00)-Unspecified Anxiety Disorder. Additionally, Mr. Nehme reported symptoms consistent with Attention-Deficit Hyperactivity Disorder. Mr. Nehme has completed some preliminary assessments including the Continuous Performance Test-3rd Edition, as well as the Conner's Self Report, which both revealed a strong indication of inattentiveness. Mr. Nehme has also completed the Wechsler Adult Intelligence Scale-4th Edition, which revealed lowered scores in indices that are related to inattentiveness and processing speed. At this time, it is strongly recommended that he be given extended time on examinations.  A complete report will be provided at a later date.

If you need any further information, please don't hesitate to contact me at (305)-348-4160, as the release of information authorizes continued contact for up to 90 days. Thank you for your time.

Sincerely,

Nathaly S. Desmarais, Psy.D.
Clinical Psychologist-PY7955
Director, FIU HWCOM Medical Student Counseling and Wellness Center

# EXHIBIT 3

**Roderick Hannah**

| | |
|---|---|
| **From:** | Stephen Loynaz <loynazs@fiu.edu> |
| **Sent:** | Friday, July 28, 2017 11:07 AM |
| **To:** | Heidi von Harscher; Nancy Havas |
| **Cc:** | Adrian Jones |
| **Subject:** | Accommodations Memo for Elie Nehme |
| **Attachments:** | Elie Nehme College of Medicine FIU Accommodation Memo.docx |

Dear All,

Attached is the memo for Elie Nehme. Please let me know if anything else is needed.

**Stephen Peter Loynaz, M.S.**
*Access Consultant Manager*
Disability Resource Center
Division of Student Affairs
Location: Modesto Maidique Campus GC-190
Front Desk: 305-348-3532
Office: 305-348-7617
Fax: 305-348-3850
Skype: stephenloynaz (Appointment Only)





**TO:**        Adrian Jones
              Assistant Dean for Student Affairs
              Herbert Wertheim College of Medicine

**FROM:**      Stephen Peter Loynaz, Associate Director
              Disability Resource Center

**SUBJECT:**   Request for Accommodations

**DATE:**      Friday, July 28, 2017

Under the Americans with Disabilities Act (ADAAA) as amended in 2008, student Nehme, Elie (PID: 3121165) has been qualified and is eligible for accommodations on the basis of disability.

The Disability Resource Center supports providing reasonable accommodations to the student on the basis of disability. The following accommodations requested by the student are to be considered by the College:

- **50% Extra time on exams**

- **Minimal Distraction Testing Room**

Sincerely,

Stephen Peter Loynaz
Associate Director/Access Consultant
Disability Resource Center
Florida International University

# EXHIBIT 4





FIU_000716



FIU_000717