UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  1:20-cv-24649-AMC

ELIE NEHME,

     Plaintiff,

vs.

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES,

     Defendant.

_____/

## AFFIDAVIT OF TERESA REYES-GAVILAN

STATE OF FLORIDA

                   )ss

COUNTY OF DADE

     BEFORE ME, the undersigned authority, personally appeared Teresa Reyes-Gavilan, who after being first duly sworn, deposes and says:

     1.     This affidavit is based upon my personal knowledge.  I am at least eighteen (18) years of age and otherwise sui juris.

     2.     I am currently the Academic Support Services Administrator for Florida International University's ("FIU") Herbert Wertheim College of Medicine ("COM"). I have served FIU in this capacity since 2012. I am a former Special Education teacher. I earned a B.S. in Special Education from FIU in 1985 and an M.S. from Nova Southeastern University in 1995. I am familiar with the ADA and Section 504 of the Rehabilitation Act.

3.      In my position as Academic Support Services Administrator, I oversee and manage the WellSky online scheduling system used by COM for reserving rooms within the college's very limited spacing. I collaborate with the scheduling team to reserve curriculum events for COM.

4.      In order to request a room reservation, the requestor sends an email using a room request template that includes the room number, type of event, date of event, beginning and end time or number of hours, number of persons invited, and contact name and extension number. The name of the student is not included in the email. I reserve the room, but I do not schedule the reservation. The Testing and Assessment Center ("TAC") team also known as the "assessment team", specifically Maria Santacruz, Nancy Alonso, and Melissa Lago are responsible for requesting accommodation rooms and assigning proctors for medical students in Period 1 and Period 2. Additionally, Maritere Williams is responsible for requesting accommodation rooms and assigning proctors for medical students in Period 3. The TAC team is advised on which COM students are registered with the Disability Resource Center for student accommodations. The TAC team provides Ms. Williams with a list of student names and the type of accommodation to be provided.

5.      A minimal distraction room is a room away from extraneous stimuli, away from the general classroom population, has decreased foot traffic, has a lesser number of students compared to regular classrooms, and has reduced noise.

6.      At all times material hereto, there were only two (2) rooms designated as minimal distraction rooms under the purview of COM: AHC2 495 and AHC1 335. The designation was made based on the location of the rooms.  AHC2 495 has its own entrance and is on a floor where there are no general population classrooms. It is in an administrative office suite along a hallway where there is no lounging or seating area. The hallway where AHC2 495 is located has a door

that separates it from the elevators. There is now one additional room under COM's purview, AHC2 556; however, it was previously used primarily for a research scholarship course. AHC 2 690 could also be utilized, if necessary. However, it is not preferred because its location is adjacent to the Dean's Office that has frequent visitors with a seating area outside the conference room. Additionally, the Department of Research has four (4) conference rooms in AHC4 Building that is used by the TAC team responsible for medical students in Period 1 and Period 2: 201, 301, 401, and 402.

7.      On February 18, 2020, Maritere Williams requested either room AHC2 495 or AHC1 335, whichever available, for a student taking a retake shelf exam from 8:00 am to 2:00 pm on Monday March 2, 2020. Based on practice, the request for either room meant the reservation was for a student with accommodations and was scheduled as such. Both rooms had a previously scheduled event during the six-hour time period requested for the retake exam. A weekly Immunology and Nano-Medicine Brown Bag Lunch Meeting for 25-35 guests was scheduled from 10:00 am to 11:00 am in AHC1 335. The event was reserved and scheduled to occur every Monday from December 2, 2019 through May 4, 2020.  A monthly Humanities, Healthy, and Society ("HHS") Mammo Meeting for 12 guests was scheduled from 11:00 am to 12:00 pm in AHC2 495. A copy of the email thread relating to room request and room change is attached hereto as "Exhibit 1" and a copy of the WellSky Scheduling Screenshots for March 2, 2020 is attached hereto as "Exhibit 2."

8.      In addition, a bi-weekly Academic Affairs Meeting for student update was scheduled for 8 guests from 10:00 am to 11:00 am in AHC2 690. The event was reserved and scheduled to occur every other Monday from January 6, 2020 through April 27, 2020. A Dean's Office Faculty Meeting or Graduate Medical Education (GME) Work Group Meeting was

scheduled from 11:00 am to 12:00 pm in AHC2 690. Maria Medranda, a member of the Dean's Team reserved the room for Dr. Levine. I do not reserve non-curriculum events such as these.

9.      AHC2 556 was reserved for Dr. Acuna's research scholarship course for 22-30 students in the morning from 9:00 am to 12:00 pm and in the afternoon from 2:00 pm to 4:00 pm every Monday through Thursday from June 24, 2019 through March 31, 2020. I completed this reservation request. No other conference rooms were available for the extended period requested either.

10.     In order to free up a room for Ms. Williams, I contacted Carolina Ochoa, the contact person listed for the HHS Meeting, and requested she change rooms from AHC2 495 to AHC1 335. I could not change the Immunology Meeting because it had 25-35 guests and AHC2 495 has a maximum capacity of 15 people. Carolina Ochoa approved the room change request. I was able to move the HHS Meeting and reserve AHC2 495 for Ms. Williams as requested.

11.     On February 18, 2020, Ms. Williams notified Mr. Nehme that he was scheduled to take his exam on Monday, March 2, 2020 in AHC2 Conference Room 495. A copy of the email from Ms. Williams dated February 18, 2020 is attached hereto as "Exhibit 3."

12.     During the six-hour time period of Mr. Nehme's Psychology shelf exam retake, one lab room was scheduled for 20 participants from 8:00 am to 12:00 pm in AHC2 453 for a Neurology Clerkship Exam review and it was also scheduled for 10 participants at 12:00 pm to 5:00 pm for Clinical Skills lab. *See* Exhibit 2 at p. 10-11. The back door of AHC2 453 is located in the same hallway as the AHC2 495. The other Objective Structured Clinical Examination (OSCE) lab rooms are not directly in front of AHC2 495 and have limited capacity. Events can be scheduled in rooms on the same floor and do not automatically remove the room's designation as a minimal distraction room. I had not received any prior complaints using AHC 2 495 as a minimal

distraction room when the student took the exam. I was not aware at the time of scheduling the

minimal distraction room that there would be any unusual foot traffic or noise during the test time

immediately outside of ACH2 495. No request to change the minimum distraction room, AHC 2

495, from the student or any employee was made prior to or on the test day.


FURTHER AFFIANT SAYETH NOT.

TERESA REYES-GAVILAN, M.S.

STATE OF _Florida_ )
COUNTY OF _Miami-Dade_ ) ss

    Sworn to and subscribed before me on this _10_ day of _March_ ,
2022.

Notary Public - State of Florida

Commission Stamp:

Personally known ___✓___ OR Produced Identification
_____. Type of Identification Produced:
_Florida Driver's License_ .

ELIANET DEVILLE
MY COMMISSION # HH 050922
EXPIRES: October 8, 2024
Bonded Thru Notary Public Underwriters

# EXHIBIT 1



**From:** COM-AE <com-ae@fiu.edu>
**Sent:** Tuesday, February 18, 2020 12:29:25 PM
**To:** Maritere Williams <willmari@fiu.edu>
**Subject:** RE: ROOM CHANGE & EVENT CONFIRMATION IN WELLSKY (AHC1 335 AND AHC2 495 - MON., 03/02/2020) - RE: Request to Reserve HWCOM AHC2 495 or AHC1 335 3/2/20

Always a pleasure

Best regards,

*Terry*

**Terry Reyes-Gavilan, MS Ed**
Academic Support Services Administrator
HWCOM Office of Information Technology

**FIU** | **Herbert Wertheim College of Medicine**

11200 SW 8th Street, AHC2 351E1 - 3rd Floor Bridge-AHC1/AHC2 (Cubicle)
Miami, FL  33199
Direct: 305-348-4863
Email:  Teresa.Reyes-Gavilan@fiu.edu
Email for HWCOM Room Requests:  com-ae@fiu.edu
WellSky Scheduling (formerly Appointments Everywhere-AE):  https://app.webappts.net
Email for iLearn Lab requests:  com-ae@fiu.edu
🖨 *Please consider the environment before printing this email.*

**From:** Maritere Williams <willmari@fiu.edu>

**Sent:** Tuesday, February 18, 2020 12:16 PM
**To:** COM-AE <com-ae@fiu.edu>; Carolina Ochoa <caochoa@fiu.edu>
**Subject:** RE: ROOM CHANGE & EVENT CONFIRMATION IN WELLSKY (AHC1 335 AND AHC2 495 - MON., 03/02/2020) - RE: Request to Reserve HWCOM AHC2 495 or AHC1 335 3/2/20

Great, thanks so much both =)

**Maritere Williams, M.B.A**, Associate Director Academic Support Services
Herbert Wertheim College of Medicine
Phone: 305-348-4512 / willmari@fiu.edu





*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.*

**From:** COM-AE <com-ae@fiu.edu>
**Sent:** Tuesday, February 18, 2020 12:07 PM
**To:** Carolina Ochoa <caochoa@fiu.edu>; Maritere Williams <willmari@fiu.edu>
**Cc:** COM-AE <com-ae@fiu.edu>
**Subject:** ROOM CHANGE & EVENT CONFIRMATION IN WELLSKY (AHC1 335 AND AHC2 495 - MON., 03/02/2020) - RE: Request to Reserve HWCOM AHC2 495 or AHC1 335 3/2/20

Dear Carolina,
Thank you so much for agreeing to the ROOM CHANGE for your previously scheduled event.
- **FROM:  AHC2 495**
- **TO:       AHC1 335**
- **MON., 03/02/2020**
- **HHS: MONTHLY MAMMO MEETING**
- **11AM TO 12PM**
- **12 PARTICIPANTS**
- **(CAROLINA OCHOA X.79984)**

**IMPORTANT MESSAGE REGARDING ROOM ACCESS:**
- For access to the **Corridor Door-AHC1 348** (which leads to AHC1 335) – persons requiring this access will need to request access via the COM Access Request Form located on the

Sharepoint Site under the Facilities heading at https://comshare.medicine.fiu.edu.  All requests must be sent to COMFAC@fiu.edu as stated in the access procedure.

- **NOTE:** Police Service Technicians (PST's) will not be granting access to this conference room (AHC1 335) or corridor area without prior approval.

---

**Dear Maritere,**

The following event has been COMPLETED in the General Domain of WellSky Scheduling (formerly Appointments Everywhere-AE).  If you have WellSky User Access, please log into WellSky Scheduling at https://app.webappts.net to view your scheduled event(s).

**ASAP – HWCOM EMPLOYEES "Please read important notes below"!**

- **IMPORTANT NOTE -  (AV/IT SUPPORT):  Please submit a MedZen Ticket at https://medzen.fiu.edu to request Equipment and AV/IT support.**
  **Our COM-IT Department may be reached at com-ithd@fiu.edu and at 305-348-4843.**
- **IMPORTANT NOTE - (HWCOM ROOM LAYOUT SUPPORT):  Please submit your request for room layout support (tables and chairs) to Adrian Terrelonge, adterrel@fiu.edu,  305-348-4384.**

Please contact us at com-ae@fiu.edu, if you have any questions or need to revise/cancel this appointment.

**IMPORTANT NOTES:**
1) **PLEASE PRINT THIS EMAIL CONFIRMATION AND BRING WITH YOU TO YOUR SCHEDULED EVENT!**
2) **IF NECESSARY, MAKE A "RESERVED ROOM" SIGN WITH THE EVENT DETAILS AND DISPLAY ON DOOR!**

| ROOM #: | AHC2 495<br>*ROOM APPROVED BY CAROLINA OCHOA X.79984 – SHE AGREED TO ROOM CHANGE FROM AHC2 495 TO AHC2 335 (02/18/2020)* |
|---|---|
| TYPE OF EVENT/DEPARTMENT: | CO2021 Shelf exam retake |
| DATE OF EVENT: | Monday 3/2/20 |
| BEGIN/END TIME (# OF HOURS): | 8 am to 2 pm (6 HRS) |

| # PERSONS INVITED: | 2 guests |
|---|---|
| CONTACT NAME/EXTENSION: | Mari Williams X74512 |

Best regards,

Terry

**Terry Reyes-Gavilan, MS Ed**
Academic Support Services Administrator
HWCOM Office of Information Technology



11200 SW 8th Street, AHC2 351E1 - 3rd Floor Bridge-AHC1/AHC2 (Cubicle)
Miami, FL  33199
Direct: 305-348-4863
Email: ✉ Teresa.Reyes-Gavilan@fiu.edu
Email for HWCOM Room Requests:  com-ae@fiu.edu
WellSky Scheduling (formerly Appointments Everywhere-AE):  https://app.webappts.net
Email for iLearn Lab requests:  com-ae@fiu.edu
*🌿 Please consider the environment before printing this email.*

**From:** Maritere Williams <willmari@fiu.edu>
**Sent:** Tuesday, February 18, 2020 11:36 AM
**To:** COM-AE <com-ae@fiu.edu>
**Subject:** Request to Reserve HWCOM AHC2 495 or AHC1 335 3/2/20

Dear Terry,

Please assist me with the request below. We have 1 student taking a retest, we can use 335 or 495 whichever may be available.

Thank you,

| ROOM #: | AHC2 495 or AHC1 335 |
|---|---|
| TYPE OF EVENT/DEPARTMENT: | CO2021 Shelf exam retake |
| DATE OF EVENT: | Monday 3/2/20 |
| BEGIN/END TIME (# OF HOURS): | 8 am to 2 pm |
| # PERSONS INVITED: | 2 guests |
| CONTACT NAME/EXTENSION: | Mari Williams X74512 |

**Maritere Williams, M.B.A**, Associate Director Academic Support Services
Herbert Wertheim College of Medicine
Phone: 305-348-4512 / willmari@fiu.edu





*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.*

# EXHIBIT 2





**Monday, March 2, 2020**

**Block Notes**

TYPE OF EVENT/DEPARTMENT:
DEPARTMENT Brown-Bag Lunch (BBL)
MEETING/Immunology and Nano-Medicine

DATE OF EVENT:
Mondays

12/2/2019
12/9/2019
12/16/2019
1/13/2020
1/20/2020
1/27/2020
2/3/2020
2/10/2020
2/17/2020
2/24/2020
3/2/2020
3/9/2020
3/16/2020
3/23/2020
3/30/2020
4/6/2020
4/13/2020
4/20/2020
4/27/2020
5/4/2020

BEGIN/END TIME (# OF HOURS):
10:00 AM – 11:00 AM – 1 hour
# PERSONS INVITED:
25-35 guests/participants
CONTACT NAME/EXTENSION: Ariele Riviere x79006

PG 11-5-19

FIU_010738



**Block Notes**

*02/18/2020 - ROOM CHANGE FROM AHC2 495 TO AHC1 335 (APPROVED BY CAROLINA OCHOA X.79984) TO ALLOW AHC2 495 RESERVATION FOR C/O 2021-M3 SHELF EXAM RETAKE (MARITERE WILLIAMS X.74512) - TRG X.74863 (02/18/2020)*
TYPE OF EVENT/DEPARTMENT:
Monthly Mammo Meeting
Date 3.2.20
BEGIN/END TIME (# OF HOURS):
11:00 am – 12:00 pm
# PERSONS INVITED:
12
CONTACT NAME/EXTENSION: CAROLINA OCHOA 7-9984
PG 1-31-20



**Monday, March 2, 2020**

GENERAL AHC2

| | AHC1-335 CF RM Cap 21 General Scheduling | AHC2-495 CF RM Cap 15 General Scheduling | AHC2-690 CF RM Cap 12 General Scheduling | AHC2-556 SEMCF Cap 20 General Scheduling |
|---|---|---|---|---|

**Block Notes**

C/O 2021-M3
*RETAKE: SHELF EXAM
*AHC2 495
*MON., 03/02/2020
*8AM TO 2PM
*2 PARTICIPANTS
(MARITERE WILLIAMS X.74512)
*ROOM APPROVED BY CAROLINA OCHOA X.79984 -
ROOM CHANGE FROM AHC2 495 TO AHC1 335) - TRG
X.74863(02/18/2020)*







FIU_010742







## Monday, March 2, 2020



Hold Notes

C/O 2021-M3
MDC 7800 NEUROLOGY CLERKSHIP "NEURO EXAM REVIEW/LP DEMO"
*AHC2 453 AND AHC2 460A/B
*MON., 03/02/2020
*8AM TO 12PM
*20 PARTICIPANTS
(ANNETTE PELUFFO X.77590)
*ROOMS APPROVED BY OSCE/SIM TEAM(02/11/2020)*



Monday, March 2, 2020

# EXHIBIT 3

## RE: Psychiatry Subject Exam

Maritere Williams <willmari@fiu.edu>
Tue 2/18/2020 12:36 PM

**To:** Elie Nehme (Medical Student) <enehm002@med.fiu.edu>
**Cc:** Innah Lachica <ilachica@fiuedu>; Rodolfo Bonnin <rbonnin@fiuedu>; Ashley Medero <amedero@fiuedu>; Vanessa Granados <vgranado@fiu.edu>

Good afternoon Elie,

Hope all is well. Your exam is scheduled for Monday 3/2/20, please arrive to the AHC2 Conference Room 495 by 8:30 a.m.

Kindest Regards;

**Maritere Williams, M.B.A**, Associate Director Academic Support Services
Herbert Wertheim College of Medicine
Phone: 305-348-4512 / willmari@fiu.edu





Ranked as a
TOP 100
Public University
U.S. News & World Report

*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.*

**From:** Rodolfo Bonnin <rbonnin@fiu.edu>
**Sent:** Monday, February 17, 2020 3:04 PM
**To:** Elie Nehme (Medical Student) <enehm002@med.fiu.edu>
**Cc:** Leonard Gralnik <gralnikl@fiu.edu>; Vivian Obeso <vobeso@fiu.edu>; Rebecca Toonkel <rtoonkel@fiu.edu>; Sarah Stumbar <sstumbar@fiu.edu>; Maritere Williams <willmari@fiu.edu>; Innah Lachica <ilachica@fiu.edu>; Dalia Perez <dalperez@fiu.edu>; Leanne D'Souza <ldsouza@fiu.edu>; Michael Degregorio <mdegrego@fiu.edu>
**Subject:** Psychiatry Subject Exam

We regret to inform you that you did not meet the criteria to pass the Psychiatry subject exam. A score equivalent to the fifth percentile was required and your score was at the second percentile. Please contact Dr. Gralnik to schedule a meeting to review your performance. You are required to repeat the **subject exam** to assure that you will have met the competency requirements of this clerkship. **You will retest on Monday March 2nd.** You will receive the NBME coaching report in a follow-up e-mail.

As per the handbook, students currently on academic watch, probation or have another course or clerkship failure may be referred to the Medical Student Evaluation and Promotions Committee (MSEPC) for a review of academic progress. If you need additional information about the MSEPC process please contact the office of student affairs or your academic advisor.

PLAINTIFF'S BATES-STAMPED DOCUMENT NOS.  0973 THROUGH 0996

Dr. Bonnin

Sent from Mail for Windows 10