UNITED STATES DISTRICT COURT
SOUTHERN DISTRCIT OF FLORIDA

CASE NO. 1:20-cv-24649-CANNON

ELIE NEHME,

    Plaintiff,

vs.

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff ELIE NEHME, through undersigned counsel, moves the Court, on an unopposed basis, for wo-week extension of time – until April 9, 2022 – to file his response to Defendant's Motion for Summary Judgment [D.E. 57] on the following grounds:

1.    Plaintiff's response to Defendant's Motion for Summary Judgment and its accompanying Statement of Material Facts [D.E. 56] is presently due by March 25, 2022.

2.    Plaintiff and his counsel require a two-week extension of time to prepare and file Plaintiff's response to Defendant's Motion and its Statement of Material Facts for a number of reasons. First, Plaintiff's undersigned counsel is awaiting receipt from the court reporting agency of seven deposition transcripts that will be necessary to formulate Plaintiff's response and his supporting statement of disputed material facts. It is anticipated that these transcripts will not be received by undersigned counsel prior to the present due date for Plaintiff's response. In addition, Plaintiff's undersigned counsel has had several deadlines in other pending cases that need to be met that will prevent the undersigned from devoting enough time to properly research and prepare

1

the response by the present due date. Accordingly, Plaintiff has good cause for an additional two-week extension of time to give him and his counsel sufficient time to fully research and prepare Plaintiff's responses and to then timely file them.

3. Based on the foregoing, Plaintiff and his undersigned counsel believe there is good cause for a two-week extension of time – until Friday, April 8, 2022 – to allow them sufficient time to prepare and file Plaintiff's response to Defendant's Motion for Summary Judgment and its accompanying Statement of Material Facts.

4. This Motion is not being interposed for purposes of delay, and the requested extension, if granted, will not prejudice the parties or the Court.

WHEREFORE, Plaintiff requests that his Motion be granted and that the deadline for filing his response to Defendant's Motion for Summary Judgment and its Statement of Material Facts be extended until April 8, 2022. A proposed Order granting this Motion is attached as Exhibit "A".

## LOCAL RULE 7.1 CERTIFICATE

Plaintiff's undersigned counsel has conferred with counsel for Defendant and is authorized to represent to the Court that Defendant and its counsel do not oppose this Motion.

Respectfully submitted,

> RODERICK V. HANNAH, ESQ., P.A.
> Attorneys for Plaintiff
> 4800 N. Hiatus Road
> Sunrise, Florida 33351
> Telephone: (954) 362-3800
> Facsimile: (954) 362-3779
> Email: rhannah@rhannahlaw.com
>
> By   /s/ *Roderick V. Hannah*
>        Roderick V. Hannah
>        Fla. Bar No. 435384

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th of December, 2020, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

Oscar Marrero, Esq.
Email:  oem@marrerolegal.com
Lourdes E. Wydler, Esq.
Email: lew@marrerolegal.com
MARRERO & WYDLER
2600 Douglas Road, PH-4
Coral Gables, FL 33134
(305) 446-5528
(305) 446-0995 (fax)

*Attorneys for Defendant FIU BOT*

/s/ *Roderick V. Hannah*
       Roderick V. Hannah