UNITED STATES DISTRICT COURT
SOUTHERN DISTRCIT OF FLORIDA

CASE NO.  20-cv-24649-CANNON

ELIE NEHME,

    Plaintiff,

vs.

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.

_____/

### PLAINTIFF'S UNOPPOSED MOTION FOR ADDITIONAL BRIEF EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff ELIE NEHME, through undersigned counsel, moves the Court, on an unopposed basis, for and additional three-day extension of time – until April 11, 2022 – to file his response and supporting evidence to Defendant's Motion for Summary Judgment [D.E. 57] on the following grounds:

1.  By Order granting Plaintiff's earlier motion for extension [ECF No. 60], Plaintiff's response to Defendant's Motion for Summary Judgment and its accompanying Statement of Material Facts [D.E. 56] is due by April 8, 2022.

2.  Plaintiff and his counsel require an additional three-day extension of time – until the following Monday, April 11, 2022 -- to complete and file Plaintiff's response to Defendant's Motion and its Statement of Material Facts with its supporting evidence and documentation. Specifically, Plaintiff's counsel requires the additional brief time not only to complete the response memorandum of law and supporting Statement of Material Facts, but to also have the same reviewed and approved by his client and to properly cull, organize, and present to the Court the

1

large volume of supporting deposition excerpts and documentary evidence. Plaintiff's counsel anticipates that, because of other schedule commitments as well as this case, he will not be able to properly finalize and present these matters to the Court by the current deadline date; thus, he will need the extra three days. Accordingly, Plaintiff has good cause for an additional three-day extension of time to give him and his counsel sufficient time to fully prepare and finalize Plaintiff's response and to then timely file them.

3. Based on the foregoing, Plaintiff and his undersigned counsel believe there is good cause for an additional three-day extension of time – until Monday, April 11, 2022; i.e., only one additional court day – to give them sufficient time to prepare and file Plaintiff's response to Defendant's Motion for Summary Judgment and its accompanying Statement of Material Facts with supporting evidence.

4. This Motion is not being interposed for purposes of delay, and the requested extension, if granted, will not prejudice the parties or the Court.

WHEREFORE, Plaintiff requests that his Motion be granted and that the deadline for filing his response to Defendant's Motion for Summary Judgment and its Statement of Material Facts, with supporting evidence, be extended until April 11, 2022. A proposed Order granting this Motion is attached as Exhibit "A".

## LOCAL RULE 7.1 CERTIFICATE

Plaintiff's undersigned counsel has conferred with counsel for Defendant and is authorized to represent to the Court that Defendant and its counsel do not oppose this Motion.

Respectfully submitted,

                                            RODERICK V. HANNAH, ESQ., P.A.
                                            Attorneys for Plaintiff
                                            4800 N. Hiatus Road
                                            Sunrise, Florida 33351

          Telephone:  (954) 362-3800
          Facsimile:   (954) 362-3779
          Email:  rhannah@rhannahlaw.com


By  /s/ *Roderick V. Hannah*
      Roderick V. Hannah
      Fla. Bar No. 435384


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th of April, 2020, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

Oscar Marrero, Esq.
Email:  oem@marrerolegal.com
Lourdes E. Wydler, Esq.
Email: lew@marrerolegal.com
MARRERO & WYDLER
2600 Douglas Road, PH-4
Coral Gables, FL 33134
(305) 446-5528
(305) 446-0995 (fax)

*Attorneys for Defendant FIU BOT*


/s/ *Roderick V. Hannah*
      Roderick V. Hannah