UNITED STATES DISTRICT COURT
SOUTHERN DISTRCIT OF FLORIDA

CASE NO. 20-cv-24649-CANNON

**ELIE NEHME,**

    **Plaintiff,**

vs.

**FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES,**

    **Defendant.**

_____/

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR
ADDITIONAL BRIEF EXTENSION OF TIME TO RESPOND TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

    THIS CAUSE having come before the Court on the Plaintiff's Unopposed Motion for Additional Brief Extension of Time to Respond to Defendant's Motion for Summary Judgment [D.E. ___], and the Court, having reviewed the Motion and the file, and being fully advised in the premises, it is hereby

    ORDERED AND ADJUDGED that the Motion is GRANTED.  Plaintiff shall have until April 1, 2022 to file his response to Defendant's Motion for Summary Judgment [D.E.57] and its supporting Statement of Material Facts [D.D. 56].

    DONE AND ORDERED in Chambers at Fort Pierce, Florida this ___ day of April, 2022.

                                                            _____
                                                            **AILEEN M. CANNON
                                                            UNITED STATES DISTRICT JUDGE**

Copies furnished:
    All counsel of record