## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRCIT OF FLORIDA

### CASE NO.  20-cv-24649-CANNON

**ELIE NEHME,**

     **Plaintiff,**

**vs.**

**FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF  TRUSTEES,**

     **Defendant.**
_____/

### NOTICE OF FILING EXHIBITS AND EXCERPTS OF DEPOSITION TRANSCRIPTS IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, ELIE NEHME, by and through undersigned counsel and pursuant to Fed.R.Civ.P.

hereby provides Notice of Filing of the following in Exhibits and Excerpts of Deposition

Transcripts in Opposition to Defendant's Motion for Summary Judgment:

**Composite Exhibit A - Plaintiff's Deposition Exhibits**
Ex 2 – Shelf Exam Activity Log sign-in sheet
Ex 3 – E-mail from Innah Lachica to Maritere Williams re heater for cold exam room
Ex 4 – Amended Copy of Summary of Investigation of Case No. 2020-05-054 pgs. 23-24
Ex 10 – MSEPC Meeting on April 9, 2020 re Elie Nehme Academic Probation
Ex 12 – 8/25/2020 Letter to Elie Nehme from Shirlyon McWhorter re Dr. Nancy Havas
Ex 13 – 9/14/2020 Letter to Elie Nehme from Shirlyon McWhorter re Amended Report
Ex 14 – 9/30/2020 Letter to Elie Nehme denying appeal of dismissal from HWCOM
Ex 15 – Elie Nehme Discrimination Complaint re Nancy Havas
Ex 18 – E-mail from Stephen Loynaz re Elie Nehme Accommodation Memo
Ex 20 – HWCOM Transcript for Eli Nehme printed on 3/4/2020
Ex 22 – HWCOM Clerkship Description and Explanation
Ex 23 – 3/3/2020 E-mail to Elie Nehme from Rodolfo Bonnin re Psychiatry Clerkship
Ex 27 – Letter from Estevao D. Santos, M.D. re incident with Elie Nehme on 12/6/2017
Ex 35 – 10/3/2020 Resignation Letter to Ms. McWhorter from Valerie Hall
Ex 40 – 6/4/2020 Memo to Case File from Valerie Hall re Elie Nehme Complainant

**Exhibit B – Defendant's Bates-stamped Document Nos. 0115 through 0119 referred to in Vivian Obeso's Deposition**

1

**Exhibit C:**    Excerpts of Deposition Transcript of Plaintiff Elie Nehme

**Exhibit D:**    Excerpts of Deposition Transcript of Innah Lachica

**Exhibit E:**    Excerpts of Deposition Transcript of Elizabeth Bejar

**Exhibit F:**    Excerpts of Deposition Transcript of Adrian Jones

**Exhibit G:**    Excerpts of Deposition Transcript of Vivian Obeso

**Exhibit H:**    Excerpts of Deposition Transcript of Stephen Loynaz

**Exhibit I:**    Excerpts of Deposition Transcript of Shirlyon McWhorter

**Exhibit J:**    Excerpts of Deposition Transcript of Teresa Reyes-Gavilan

**Exhibit K:**    Excerpts of Deposition Transcript of Valerie Hall

**Exhibit L:**    Excerpts of Deposition Transcript of Nancy Havas

Respectfully submitted,

RODERICK V. HANNAH, ESQ., P.A.
Attorneys for Plaintiff
4800 N. Hiatus Road
Sunrise, Florida 33351
Telephone:  (954) 362-3800
Facsimile:   (954) 362-3779
Email:  rhannah@rhannahlaw.com


By    /s/ *Roderick V. Hannah*
        Roderick V. Hannah
        Fla. Bar No. 435384

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th of April, 2022, a true and correct of the foregoing

was electronically filed and served via transmission of Notice of Electronic Filing generated by

CM/ECF on all counsel or parties of record on the Service List below:

Lourdes E. Wydler, Esq.
Email: lew@marrerolegal.com
MARRERO & WYDLER
2600 Douglas Road, PH-4
Coral Gables, FL 33134
(305) 446-5528
(305) 446-0995 (fax)

*Attorneys for Defendant FIU BOT*

/s/ *Roderick V. Hannah*
Roderick V. Hannah