# EXHIBIT B

# DEFENDANT'S BATES-STAMPED DOCUMENTS NOS. 115 - 119

## E-value Compiled Evaluations

---

**Student Evaluation**

| | | | |
|---|---|---|---|
| **Evaluator:** | Analsys Ballesteros - Attending Physician | **Subject:** | Elie Nehme - MS3 |
| **Activity:** | Family Medicine Clerkship | **Site:** | Baptist Health Primary Care - Galloway |
| **Evaluation Type:** | Clinical Assessment of Student Performance - Final | **Completion Date:** | 09/26/2019 |
| **Request Date:** | 09/21/2019 | | |
| **Period:** | CO2021 Block B Rotation 3 | **Dates of Activity:** | 08/05/2019 To 09/27/2019 |
| **Subject Participation Dates:** | 08/05/2019 To 09/27/2019 | | |

If you have provided health care to this student or his/her family please suspend this evaluation.

By clicking Accept and completing this medical student evaluation, you are attesting to the fact that you have not been a health care provider for this student or his/her family.   *(Question 1 of 21 - Mandatory)*

**Selection Option**
X   Accept

Please comment on the strengths of this student's performance.
(Please try to be as descriptive as possible.)   *(Question 2 of 21 - Mandatory)*

Elie has exemplified wonderful qualities of a future physician.
He is professional and listens attentively to patients' concerns
He is inquisitive and proactive in researching diagnosis, medications (ie. side effects, mechanism of action, etc), and treatments

Please comment on areas of this student's performance that need improvement.   *(Question 3 of 21 - Mandatory)*

As a 3rd year, he is above his level.
His history taking and physical exam are excellent, and the diagnosis acumen and treatment plan will continue to improve over the next 2 years

What procedures, if any, did you perform with this student?   *(Question 4 of 21 - Mandatory)*

N/A

Please comment on one patient encounter with this student that stands out to you.
(Please try to be as descriptive as possible.)   *(Question 5 of 21 - Mandatory)*

He saw one of my patients that had a syncopal episode in a hotel room while on vacation in New York.
He took a very thorough history and performed a clinical exam.
The patient had been going to wineries and had drank an excessive amount of coffee on the day of the event. She went to the ER in New York and brought her medical records including labs and CT Scan Brain. The results were normal except for low Potassium. He concluded that based on her presentation, clinical exam, and findings, she most likely got dehydrated which contributed to the syncope episode. The Potassium level was repeated.

---

**Student Evaluation**

| | | | |
|---|---|---|---|
| **Evaluator:** | Analsys Ballesteros - Attending Physician | **Subject:** | Elie Nehme - MS3 |
| **Activity:** | Family Medicine Clerkship | **Site:** | Baptist Health Primary Care - Galloway |
| **Evaluation Type:** | Clinical Assessment of Student Performance | **Completion Date:** | 08/29/2019 |
| **Request Date:** | 08/27/2019 | | |
| **Period:** | CO2021 Block B Rotation 3 | **Dates of Activity:** | 08/05/2019 To 09/27/2019 |
| **Subject Participation Dates:** | 08/05/2019 To 09/27/2019 | | |

If you have provided health care to this student or his/her family please suspend this evaluation.

By clicking Accept and completing this medical student evaluation, you are attesting to the fact that you have not been a health care provider for this student or his/her family.   *(Question 1 of 21 - Mandatory)*

**Selection Option**
X   Accept

Please comment on the strengths of this student's performance.
(Please try to be as descriptive as possible.)   *(Question 2 of 21 - Mandatory)*

Elie is an extremely professional young man.
He demonstrates self direction and initiative.
I am impressed with his level of knowledge as a 3rd year medical student and his ability to problem solve. He provides differential diagnosis that are appropriate or often exceed my expectations.

Please comment on areas of this student's performance that need improvement.   *(Question 3 of 21 - Mandatory)*

He is already performing above his level.
Continue to encourage improving physical exam skills and assessment/plan.

What procedures, if any, did you perform with this student?   *(Question 4 of 21 - Mandatory)*

No office procedures other than pap smears.

Please comment on one patient encounter with this student that stands out to you.
(Please try to be as descriptive as possible.)   *(Question 5 of 21 - Mandatory)*

Elie saw one of my patients with acute onset of gastroenteritis.
He asked pertinent questions related to symptoms including, onset, duration, frequency, as well as history of recent travel.
The patient had additional URI symptoms and he was able to establish a correlation above.
He was also able to determine need for treatment versus monitoring.

**Florida International University**
**Internal Medicine Clerkship**

**Student Evaluation**

| | | | |
|---|---|---|---|
| Evaluator: | Alberto Esquenazi - Attending Physician | Subject: | Elio Nehme - MS3 |
| Activity: | Internal Medicine Nephrology | Site: | Nephrology Practice (NKG) - Baptist |
| Evaluation Type: | Clinical Assessment of Student Performance | Completion Date: | 05/23/2019 |
| Request Date: | 05/09/2019 | | |
| Period: | CO 2021 R1 04/15/2019 - 04/26/2019 Two Week 2 | Dates of Activity: | 04/29/2019 To 05/09/2019 |
| Subject Participation Dates: | 04/29/2019 To 05/09/2019 | | |

If you have provided health care to this student or his/her family please suspend this evaluation.

By clicking Accept and completing this medical student evaluation, you are attesting to the fact that you have not been a health care provider for this student or his/her family.   *(Question 1 of 20 - Mandatory)*

**Selection Option**
X    Accept

Please comment on the strengths of this student's performance.
(Please try to be as descriptive as possible.)    *(Question 2 of 20 - Mandatory)*

Elio is a wonderful student. Very eager and motivated. Interested in learning and never shy to ask any questions even though he seems like a shy person. Welcomes criticism in an effort to learn. Improved from beginning to end of rotation.

His fund of knowledge was very good and was able to readily access it.

He is good hearted and well meaning and patients responded very well to him.

We worked on all aspects of nephrology care and I believe he learned a great deal.

The acid-base didactic time he had with Dr. Marcos Esquenazi was very fruitful and was able to get all problems correct.

---

**Florida International University**
**Internal Medicine Clerkship**

**Student Evaluation**

| | | | |
|---|---|---|---|
| Evaluator: | Amalia Mercedes Landa Galindez - Clerkship Director | Subject: | Elio Nehme - MS3 |
| Activity: | Internal Medicine Clerkship | Site: | Florida International University |
| Evaluation Type: | Clinical Assessment of Student Performance | Completion Date: | 07/05/2019 |
| Request Date: | 06/05/2019 | Entered By: | Melissa Armas |
| Period: | CO2021 Block B Rotation 1 | Dates of Activity: | 04/15/2019 To 06/07/2019 |
| Subject Participation Dates: | 04/15/2019 To 06/07/2019 | | |

If you have provided health care to this student or his/her family please suspend this evaluation.

By clicking Accept and completing this medical student evaluation, you are attesting to the fact that you have not been a health care provider for this student or his/her family.   *(Question 1 of 20 - Mandatory)*

**Selection Option**
X    Accept

Please comment on the strengths of this student's performance.
(Please try to be as descriptive as possible.)    *(Question 2 of 20 - Mandatory)*

Elie Nehme successfully completed his Internal Medicine Clerkship, his first third year rotation. He was very enthusiastic towards learning and responded well to feedback. Faculty preceptors highlighted his commitment to patient care and his proactive attitude with a desire to improve. One hospitalist faculty preceptor noted, "Elio has a good medical base knowledge, a great disposition and great bedside manners. He was truly concerned about his patients and wanted to continue following them throughout their hospital course." His nephrology faculty preceptor had very positive comments about his performance: "Elie is a wonderful student. He is very eager and motivated. He is interested in learning and never shy to ask any questions, even though he seems like a shy person. He welcomes criticism in an effort to learn. He improved from beginning to end of the rotation. His fund of knowledge was very good and he was able to readily access it. He is goodhearted and patients responded very well to him. We worked on all aspects of nephrology care and I believe he learned a great deal." Another nephrology preceptor added that he "demonstrated a great deal of motivation to learn and was able to understand complex acid-base disturbances." His infectious disease preceptor added that Elio is "committed to learning. He adapts quickly and makes needed adjustments following feedback." To summarize, Elie worked hard during his IM Clerkship. He showed great improvement and response to feedback, with a great disposition and commitment to patient care. He will continue to grow and develop as he progresses through third year, and should be a fine future physician.

**Florida International University**
**Obstetrics and Gynecology Clerkship**

### Student Evaluation

| | | | |
|---|---|---|---|
| Evaluator: | Deana Perez - Attending Physician | Subject: | Elie Nehme - MS3 |
| Activity: | Obstetrics & Gynecology | Site: | Private Practice |
| Evaluation Type: | Clinical Assessment of Student Performance | Completion Date: | 01/17/2020 |
| Request Date: | 12/15/2019 | | |
| Period: | CO2021 Block 9 Rotation 5 | Dates of Activity: | 11/12/2019 To 12/20/2019 |
| Subject Participation Dates: | 11/12/2019 To 12/20/2019 | | |

If you have provided health care to this student or his/her family please suspend this evaluation.

By clicking Accept and completing this medical student evaluation, you are attesting to the fact that you have not been a health care provider for this student or his/her family.   *(Question 1 of 22 - Mandatory)*

Selection Option
X   Accept

**Please comment on the strengths of this student's performance.**
(Please try to be as descriptive as possible.)   *(Question 2 of 22 - Mandatory)*

Mr. Nehme was a great student, very involved in all aspects of patient care, asked very inquisitive questions, always punctual and with great bedside manners. Great patient presentations, very detail oriented.

**Please comment on areas of this student's performance that need improvement.**   *(Question 3 of 22 - Mandatory)*

He was encouraged to get involved in research in the specialty he wants to pursue.

**What procedures, if any, did you perform with this student?**   *(Question 4 of 22 - Mandatory)*

Foley catheter placement, speculum exams, assisted in cesarean sections, hysteroscopies.

**Please comment on one patient encounter with this student that stands out to you.**
(Please try to be as descriptive as possible.)   *(Question 5 of 22 - Mandatory)*

Mr. Nehme was very involved in patient care, physically helping patients to get out of bed and move to start ambulating after surgery. He was also pleasant and enjoyed the rotation. He showed up to observe surgical procedures early in the morning on Fridays before going to his didactic lectures.

---

**Florida International University**
**Obstetrics and Gynecology Clerkship**

### Student Evaluation

| | | | |
|---|---|---|---|
| Evaluator: | Emery Salom - Clerkship Director | Subject: | Elie Nehme - MS3 |
| Activity: | Obstetrics & Gynecology | Site: | Private Practice |
| Evaluation Type: | Clinical Assessment of Student Performance | Completion Date: | 01/17/2020 |
| Request Date: | 12/15/2019 | | |
| Period: | CO2021 Block 9 Rotation 5 | Dates of Activity: | 11/12/2019 To 12/20/2019 |
| Subject Participation Dates: | 11/12/2019 To 12/20/2019 | | |

If you have provided health care to this student or his/her family please suspend this evaluation.

By clicking Accept and completing this medical student evaluation, you are attesting to the fact that you have not been a health care provider for this student or his/her family.   *(Question 1 of 22 - Mandatory)*

Selection Option
X   Accept

**Please comment on the strengths of this student's performance.**
(Please try to be as descriptive as possible.)   *(Question 2 of 22 - Mandatory)*

Elie Nahme is a medical student who has met all milestones during his third year obstetrics and gynecologic rotation. He is kind, caring and compassionate with a good bedside manner and professional demeanor. He was able to take and present a complete medical history with an emphasis on ob/gyn as well as a physical exam. He is honing his skills for all aspects of clinical care and showed improvement in history and presentation skills throughout the rotation. He provided appropriate presentations on various gynecologic and ob/gyn topics including cervical cancer screening, abnormal pap smear management, and cervical cancer diagnosis, and treatment. At the end of the rotation he was able to diagnose and manage simple and some complex cases in the gynecology. Elie is a great human being and has a professional demeanor.

**Florida International University**
**Psychiatry Clerkship**

### Student Evaluation

| | | | |
|---|---|---|---|
| Evaluator: | Renato Gamey - Attending Physician | Subject: | Elie Nehme - MS3 |
| Activity: | 2 - VA Inpatient | Site: | Miami VA Healthcare System |
| Evaluation Type: | Clinical Assessment of Student Performance | Completion Date: | 03/13/2020 |
| Request Date: | 02/10/2020 | | |
| Period: | CO2021-R7 - Block 2B + 3 | Dates of Activity: | 01/27/2020 To 02/11/2020 |
| Subject Participation Dates: | 01/27/2020 To 02/11/2020 | | |

If you have provided health care to this student or his/her family please suspend this evaluation.

By clicking Accept and completing this medical student evaluation, you are attesting to the fact that you have not been a health care provider for this student or his/her family.   *(Question 1 of 23 - Mandatory)*

Selection  Option
X   Accept

Please comment on the strengths of this student's performance.
(Please try to be as descriptive as possible.)   *(Question 2 of 23 - Mandatory)*

Elie was a team player and put forth an excellent effort to be engaged with the patients and the material. He was able to recognize and be sensitive to the needs of all on the unit, and was highly motivated to improve and contribute. His knowledge base was good and he sought out cases to learn from. He was consistently prepared and composed.

Please comment on one patient encounter with this student that stands out to you.
(Please try to be as descriptive as possible.)   *(Question 5 of 23 - Mandatory)*

Elie handled a patient with notably maladaptive and externalizing traits very adeptly, managing the patient's demands with a composed and pleasant demeanor. Despite the patient's actions evoking strong countertransference in the team, Elie accurately identified and processed these reactions while remaining professional at all times.

---

**Florida International University**
**Surgery Clerkship**

### Student Evaluation

| | | | |
|---|---|---|---|
| Evaluator: | Juan Ruan - Attending Physician | Subject: | Elie Nehme - MS3 |
| Activity: | Surgery - Anesthesiology Subspecialty Baptist Health | Site: | West Kendall Baptist Hospital |
| Evaluation Type: | Subspecialty Evaluation - Anesthesiology | Completion Date: | 07/19/2019 |
| Request Date: | 07/18/2019 | | |
| Period: | CO 2021-R2 (7/8 - 7/19) | Dates of Activity: | 07/08/2019 To 07/19/2019 |
| Subject Participation Dates: | 07/08/2019 To 07/19/2019 | | |

*(Question 1 of 4 - Mandatory)*

| | Strongly Agree | Somewhat Agree | Neutral | Somewhat Disagree | Strongly Disagree | Not Applicable |
|---|---|---|---|---|---|---|
| Student arrived on time & in proper Attire | >> X << | 4.0 | 3.0 | 2.0 | 1.0 | 0 |
| Student was respectful towards Attending and staff | >> X << | 4.0 | 3.0 | 2.0 | 1.0 | 0 |
| Student was able to gather History and Physical exam, including a proper evaluation of Co-Morbidities & a basic understanding of their implications | >> X << | 4.0 | 3.0 | 2.0 | 1.0 | 0 |
| Student was able to evaluate an airway & have a basic recognition of the potential difficult airways | >> X << | 4.0 | 3.0 | 2.0 | 1.0 | 0 |
| Student was proactive in seeking learning opportunities | >> X << | 4.0 | 3.0 | 2.0 | 1.0 | 0 |
| Student was able to mask ventilate | >> X << | 4.0 | 3.0 | 2.0 | 1.0 | 0 |
| Student was able to have a basic understanding of different Anesthetic techniques | >> X << | 4.0 | 3.0 | 2.0 | 1.0 | 0 |
| Student was able to have a basic understanding of Fluid resuscitation | >> X << | 4.0 | 3.0 | 2.0 | 1.0 | 0 |

Please describe any strengths and/or areas in which the student needs improvement:   *(Question 2 of 4 - Mandatory)*

Great student

Total NASPC Raw Score   *(Question 3 of 4 - Mandatory)*

40

Percent Equivalent   *(Question 4 of 4 - Mandatory)*

100

**Florida International University**
**Surgery Clerkship**

**Student Evaluation**

| | | | |
|---|---|---|---|
| Evaluator: | Hatem Zayed - Attending Physician | Subject: | Eso Nehme - MS3 |
| Activity: | Surgery - Anesthesiology Subspecialty Baptist Health | Site: | West Kendall Baptist Hospital |
| Evaluation Type: | Subspecialty Evaluation - Anesthesiology | Completion Date: | 07/22/2019 |
| Request Date: | 07/18/2019 | | |
| Period: | CO 2021-A2 (7/8 - 7/19) | Dates of Activity: | 07/08/2019 To 07/19/2019 |
| Subject Participation Dates: | 07/08/2019 To 07/18/2019 | | |

*(Question 1 of 4 - Mandatory)*

| | Strongly Agree | Somewhat Agree | Neutral | Somewhat Disagree | Strongly Disagree | Not Applicable |
|---|---|---|---|---|---|---|
| Student arrived on time & in proper Attire | >>X<< | 4.0 | 3.0 | 2.0 | 1.0 | 0 |
| Student was respectful towards Attending and staff | >>X<< | 4.0 | 3.0 | 2.0 | 1.0 | 0 |
| Student was able to gather History and Physical exam, including a proper evaluation of Co-Morbidities & a basic understanding of their implications | >>X<< | 4.0 | 3.0 | 2.0 | 1.0 | 0 |
| Student was able to evaluate an airway & have a basic recognition of the potential difficult airways | >>X<< | 4.0 | 3.0 | 2.0 | 1.0 | 0 |
| Student was proactive in seeking learning opportunities | >>X<< | 4.0 | 3.0 | 2.0 | 1.0 | 0 |
| Student was able to mask ventilate | >>X<< | 4.0 | 3.0 | 2.0 | 1.0 | 0 |
| Student was able to have a basic understanding of different Anesthetic techniques | >>X<< | 4.0 | 3.0 | 2.0 | 1.0 | 0 |
| Student was able to have a basic understanding of Fluid resuscitation | >>X<< | 4.0 | 3.0 | 2.0 | 1.0 | 0 |

Please describe any strengths and/or areas in which the student needs improvement:  *(Question 2 of 4 - Mandatory)*

willing to learn, professional, very good knowledge base

Total NASPC Raw Score  *(Question 3 of 4 - Mandatory)*

40

Percent Equivalent  *(Question 4 of 4 - Mandatory)*

100