# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


CASE NO:  1:20-CV-24649-AMC




ELIE NEHME,

          Plaintiff,

     v.

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES,

          Defendant.
_____/



DEPOSITION OF ELIE NEHME
Pages 1 through 203
Appearing via Zoom Video-Teleconference




Friday, December 17, 2021
10:03 a.m. - 5:51 p.m.
Eastern Standards Time




Stenographically Reported By:
ELAINE B. TENN
Registered Professional Reporter
Appearing Remotely From Miami-Dade County, Florida

Elie Nehme
December 17, 2021

```
 1   deposition today.  And to be clear, I don't want to
 2   know about the conversations that you had between you
 3   and your attorney.
 4            MR. HANNAH:  I'm going to object to that
 5         on the basis of work product to the extent
 6         that he was asked to review documents by me
 7         or focus on certain documents by me, so I
 8         will instruct him not to answer any questions
 9         about documents he reviewed.  Outside of his
10         discussions with me, he may answer the
11         question.
12   BY MS. WYDLER:
13      Q.   What documents did you review in preparation
14   for your deposition today, sir?
15            MR. HANNAH:  Objection.  Work product.
16         Instruct the witness not to answer.
17            MS. WYDLER:  That's not work product,
18         Rod.
19            MR. HANNAH:  Yes, it is.  You're going to
20         find out what I'm focusing on or telling him
21         to focus on is my mental impressions.
22   BY MS. WYDLER:
23      Q.   Did you review any documents that were
24   authored by FIU?
25            MR. HANNAH:  Yes or no.  You can answer
```

Elie Nehme
December 17, 2021

1      Q.    Do you remember Dr. Willingham giving you a

2   referral, giving you a psychiatry referral to that

3   location?

4      A.    No, I do not recall that.

5      Q.    Other than Xanax or Adderall in the last five

6   years, have you taken any other prescriptions for

7   pain?

8      A.    Yes, I have.

9      Q.    What other pain medication have you been

10   prescribed?

11      A.    To my recollection, I was prescribed Tramadol

12   and at a few occasions I believe oxycodone.

13      Q.    And when did you start with Tramadol and when

14   did you end, if you've ended with Tramadol?

15      A.    I have ended with Tramadol but I cannot

16   recall when I began.  It was -- I cannot recall

17   specifically when it began but it ended once I took

18   care of my back and neuro problem.

19      Q.    Do you recall ending your back problem or

20   neuro problem while you were enrolled at FIU?

21      A.    Yes.

22      Q.    So while you were taking classes at the

23   College of Medicine, you would have taken Tramadol for

24   those neuro and back problems?

25      A.    Maybe in the beginning of first year but I

Elie Nehme
December 17, 2021

```
 1   did not like taking them while I was in school.
 2        Q.    Why not?
 3        A.    Because I did not want my cognitive abilities
 4   altered in any way, shape or form while I'm attending
 5   medical school.
 6        Q.    And the oxycodone, when did you start and end
 7   that prescription?
 8        A.    To my recollection, this was prescribed once
 9   or twice in the beginning of my back problems.  Even
10   though I had a refill for a refill, I was not taking
11   it.
12        Q.    Why did you have back problems?
13        A.    It was due to radiculopathy in my neck and
14   lumbar region that would cause loss of sensation on my
15   right side.
16        Q.    Was that as a result of some sort of
17   accident?
18        A.    The reason is unknown.
19        Q.    When was the last time you went to a primary
20   care physician?
21        A.    I do not recall at this time.
22        Q.    When was the last time you went to Dr.
23   Campillo?
24        A.    Campillo, it was last month.  Or this month.
25   No, it was I believe last week or two weeks ago.
```

Elie Nehme
December 17, 2021

1      A.    Yes, I do.

2      Q.    Which ones are those?

3      A.    It's the ones included in the list.  If you

4  want me to say some off the top of my head, the

5  clinical skills, the readiness assignments for OB/GYN

6  and others that I cannot recall at this time but they

7  are in the attachments of the investigation report.

8      Q.    With respect to the clinical skills and

9  OB/GYN, did you tell your professor or whoever was

10 monitoring the course that you needed extra time based

11 on your accommodations?

12     A.    Once I received and I was approved

13 accommodations at FIU HWCOM, I was told that it is the

14 duty of the medical school to automatically provide

15 accommodations and the student does not have to ask

16 for accommodations and I did not have to inform every

17 professor that I needed accommodations because the

18 medical school was responsible for that.

19     Q.    When you received that advisement, was that

20 in relation to exams?

21     A.    It was in relation to exams or anything that

22 is being tested.

23     Q.    Is it your testimony that you did not tell

24 your OB/GYN professor that you needed extra time or be

25 in a separate room or a minimally distractive room?

Elie Nehme
December 17, 2021

1    Q.    So you have no personal knowledge of anybody

2    asking the administration to facilitate special

3    accommodations for you on the quizzes and readiness

4    assignments when they were given to you?

5    A.    Specifically for me, I have no knowledge of

6    that.

7    Q.    Now, earlier, you said that FIU was the

8    institution that had diagnosed you with the ADHD; is

9    that correct?

10   A.    Yes.

11   Q.    So you had already enrolled at FIU and were

12   in Period 1 when that happened?

13   A.    Period 1 or beginning of Period 2.

14   Q.    So in Period 1, before you had gone to go

15   see -- I don't know how to pronounce her name -- Dr.

16   Desmarais, you had already failed Cardiovascular?

17   A.    Cardiovascular is in Period 2.

18   Q.    So you had failed GMC?

19   A.    I had failed -- yes, I had failed GMC but

20   successfully remediated the final exam.

21   Q.    So in Period 1, how many classes did you

22   fail?

23   A.    GMC.  One class.

24   Q.    And FIU granted you the opportunity to

25   remediate that course?

Elie Nehme
December 17, 2021

```
 1        A.    According to the syllabus and the handbook,
 2   that's the process.
 3        Q.    Is that when you went to the MSEPC?
 4        A.    It might have been after Cardiovascular.  I
 5   honestly do not recall exactly when it was.
 6        Q.    So in October of 2016, do you remember taking
 7   Genes, Molecules and Cells?
 8        A.    I know it was the first course in medical
 9   school.  I'm not sure about the exact date you gave
10   me.
11        Q.    And that's the course that you failed in the
12   first year; right?
13        A.    Correct.
14        Q.    And you did not have accommodations at that
15   time that you requested; is that correct?
16        A.    At that time, I wasn't getting accommodations
17   in general.
18        Q.    Right.
19              Then do you remember the next course that you
20   failed?
21        A.    Cardiovascular.
22        Q.    So that would be Cardiovascular and
23   Respiratory Systems?
24        A.    Right.
25        Q.    Do you remember that being some time in May
```

Elie Nehme
December 17, 2021

1   of 2017?

2       A.    That sounds about right.

3       Q.    So would that have been considered part of

4   Period 2, Cardiovascular?

5       A.    Yes.

6       Q.    And then you took that a second time with

7   remediation; is that correct?

8       A.    Once you fail a course, you're allowed to

9   remediate it by taking the final exam, and that's what

10  I did.

11      Q.    And then did you pass that?

12      A.    I did not.  I was in the process of getting

13  testing for accommodations.

14      Q.    What do you mean you were in the process of

15  getting tested for accommodations?

16      A.    The remediation exam, I do not believe I

17  received the additional time and a half because I was

18  still doing all the tests necessary with Dr. Desmarais

19  in order to reach a diagnosis of ADHD.

20      Q.    But the second time that you took the

21  remediation for Cardiovascular and Respiratory

22  Systems, you had not yet received any kind of

23  diagnosis; is that fair to say?

24      A.    I believe so, yeah.

25      Q.    So, therefore, no accommodations would have

Elie Nehme
December 17, 2021

```
 1    from someone at HWCOM indicating that you would be
 2    automatically receiving your accommodations; is that
 3    correct?
 4        A.    That's incorrect.
 5        Q.    Tell me then what is incorrect about what I
 6    said.
 7        A.    After I was approved for my accommodations, I
 8    was told that -- I was verbally told that FIU would
 9    send me an email prior to an exam telling me where
10    it's going to be and at what time.
11            It was Dr. Bonnin who was responsible for
12    sending those emails or making sure that medical
13    students who receive accommodations are on that list.
14            I remember when I -- right before my first
15    exam when I was supposed to receive accommodations, I
16    didn't receive any email and I was very anxious, I was
17    worried that something happened and they weren't going
18    to provide me accommodations, so I reached out to Dr.
19    Bonnin, asking him about the situation of my
20    accommodations and after that, I began receiving
21    emails.  So even after I was approved for
22    accommodations, if I didn't reach out, I don't know if
23    I still would have received accommodations or would
24    have been informed about them.
25        Q.    Did you miss any exam based on a lack of
```

Elie Nehme
December 17, 2021

```
 1   accommodations, based on not knowing where to go or

 2   take your exam?

 3        A.   I do not believe so.

 4        Q.   So to the best of your recollection, the

 5   email from Dr. Bonnin came in before you had to take

 6   any new test with special accommodations; is that fair

 7   to say?

 8        A.   The email came from me first, and then he

 9   became aware of my accommodations.

10        Q.   But you have no personal knowledge that he

11   wasn't aware; right?

12        A.   I am not sure about how it works internally

13   between the DRC and HWCOM but I was assured that HWCOM

14   had knowledge and I shouldn't worry about informing

15   other professors or anyone, it will be taken care of

16   automatically.

17        Q.   And while you were completing your studies at

18   HWCOM, you did receive emails automatically to tell

19   you when and where to take your exams; is that

20   correct?

21        A.   For exams and certain quizzes.

22             MR. HANNAH:  Is it possible to take a

23        bathroom break?

24             MS. WYDLER:  Okay.

25             MR. HANNAH:  I don't know when you want
```

Elie Nehme
December 17, 2021

```
 1        A.    I always wanted to succeed from the

 2   beginning, and that's a lot of pressure especially in

 3   medical school but after the first MSEPC meeting,

 4   basically I was, again, threatened with dismissal and

 5   that's when anxiety became chronic.

 6        Q.    So at the MSEPC hearing, that was after you

 7   had failed Cardiovascular and Respiratory Systems

 8   along with the remediation; correct?

 9        A.    Yes.

10        Q.    And at that point, you had already failed

11   Genes, Molecules and Cells but had passed the

12   remediation; right?

13        A.    That is correct.

14        Q.    At the MSEPC hearing that took place on July

15   27th of 2017, did you explain that you had health

16   issues and family problems during your first year of

17   medical school?

18        A.    To my recollection, I have.

19        Q.    And this is where you also told them that you

20   were working with the Wellness Center to work on your

21   processing speed; correct?

22        A.    That's correct.

23        Q.    And here at this MSEPC hearing, you verbally

24   informed the committee that you would benefit from

25   being granted additional time to take exams; right?
```

Elie Nehme
December 17, 2021

1     A.     That's correct.

2     Q.     So at this point in time, you were aware that

3     you could be eligible for accommodations, you were

4     going through the testing process, and that you

5     believed that the reason why you were having academic

6     difficulties was because of health issues, family

7     problems, along with your processing speed; correct?

8     A.     I informed them that I would benefit from

9     additional time due to the processing speed.

10    Q.     And at this MSEPC hearing, you didn't mention

11    anything about having less distractions during testing

12    though?

13    A.     I do not remember.

14    Q.     Do you remember who sat on the committee for

15    this MSEPC hearing?

16    A.     I remember who the chair was but I cannot say

17    one hundred percent of all the members that were

18    present.

19    Q.     And do you recall that the committee

20    recommended at that point that you were going to still

21    be allowed to continue with your class but that you

22    had to take the course of Cardiovascular and

23    Respiratory Systems again?

24    A.     It was not during the meeting that I was

25    aware of that.

Elie Nehme
December 17, 2021

```
 1      A.    That's correct.
 2      Q.    In the other courses, do you recall your
 3   specific grades for Period 1?
 4      A.    I do not.
 5      Q.    Do they give out any kind of awards for the
 6   highest grade in the class per course or anything like
 7   that?  In law school, they call it a book award.  I
 8   don't know what they could call it in medical school,
 9   if that exists.
10      A.    Not that I know of.
11      Q.    So when this -- when you received the letter
12   of the findings of the MSEPC, did you appeal the
13   findings?
14      A.    I did not appeal the findings.
15      Q.    I have now shown you a document on the
16   screen.  I'm going to scroll through it really quickly
17   so you can see how many pages it is generally and then
18   I'll ask you specific questions on specific portions
19   from the document.
20            Do you know what this document is?
21      A.    It appears to be the MSEPC meeting in 2019.
22      Q.    So you were brought up for a second time by
23   the committee; is that correct?
24      A.    That is correct.
25      Q.    Are you aware of what the committee is
```

Elie Nehme
December 17, 2021

```
 1   supposed to do?  Do you know what they were supposed
 2   to do back in 2017 or in 2018?
 3       A.    In 2017, yes; review my progress up to that
 4   point.
 5             In 2018, I was not fully aware of why I was
 6   called in to MSEPC initially.
 7       Q.    My question was more in general.
 8             What is the purpose, in general, of the
 9   MSEPC?  To the best of your knowledge.
10       A.    The role of MSEPC is mentioned in the
11   handbook but to the best of my knowledge, it's the
12   evaluations and promotions committee.
13       Q.    So they determine or it's triggered whenever
14   there's a question of competency or professionalism;
15   is that fair to say?  We can refer to the handbook if
16   necessary but in a nutshell.
17       A.    Sure.
18       Q.    So it says here -- you've seen this
19   memorandum before; right?
20       A.    I have.
21       Q.    And it's dated March 15, 2018.  Is that less
22   than a year from the prior MSEPC hearing?
23       A.    Based on the dates, yes.
24       Q.    The hearing was held, according to this
25   document, on March 8th of 2018.  Do you know why the
```

Elie Nehme
December 17, 2021

1   hearing was held?

2       A.    At the time, up to the day of the hearing I

3   was not aware of why the hearing was happening.

4       Q.    You did not know that you had failed the

5   Systems-based Practice course?

6       A.    At the time of the hearing, I was on a

7   medical leave of absence and was not aware during that

8   time that I had failed it until the day of.

9       Q.    When did you go on your medical leave of

10  absence?

11      A.    I do not recall the specific date.

12      Q.    Do you remember failing -- I'm sorry, I

13  didn't mean to interrupt you.  Go ahead.

14      A.    No, go ahead.  Go ahead.

15      Q.    Is there anything else that you wanted to add

16  to that response?

17      A.    It says here on the document that I took a

18  leave of absence effective January 18, 2018.

19      Q.    Do you recall failing Systems-based Practice

20  before going on medical leave?

21      A.    I do not recall failing or knowing that I

22  failed System-based before the medical leave.

23      Q.    Did you remediate Systems-based Practice?

24      A.    The reason I went on a leave of absence was

25  medical leave of absence, and I wouldn't say that I

Elie Nehme
December 17, 2021

```
 1    remediated System-based Practice.  I retook all of
 2    second year per my request.
 3         Q.   What was the medical reason for the leave of
 4    absence January 18 of 2018?
 5         A.   As I mentioned before, it is the neurologic
 6    problem I was dealing with.
 7         Q.   So you were on leave of absence from January
 8    18th to April 2nd of 2018.  Does that sound right?
 9         A.   Yes.
10         Q.   And who approved your medical leave of
11    absence?
12         A.   I do not recall the names but it was a
13    document that needed to be signed by multiple people.
14         Q.   And a document meaning within FIU?
15         A.   Correct.
16         Q.   And you said that it was your request to
17    repeat Period 2?
18         A.   Prior to the MSEPC meeting, I had met with
19    Dean Havas and Dean Jones and informed them of my
20    medical problem and requested if it's possible to get
21    a medical leave of absence and I do not mind even
22    repeating all of second year rather than pick up where
23    I left off.
24         Q.   And did you make that suggestion because you
25    were concerned about how you were performing in Period
```

Elie Nehme
December 17, 2021

```
1    2?
2        A.   I was not concerned about how I was
3    performing.  I was concerned about the medical problem
4    and I did not want to continue requesting excused
5    absences.
6        Q.   Do you recall what HWCOM's's policy is on
7    excused and unexcused absences at that time?
8        A.   It's been awhile.  I do not recall the exact
9    policy.
10       Q.   So what happened at the MSEPC hearing that
11   occurred on March 8th of 2018?
12       A.   I was surprised that I was told because of
13   the failure of System-based and I had talked with Dean
14   Havas prior.  She told me I had to sign a document
15   stating that I will attend the meeting even though I
16   am on a leave of absence.  She said I have-- like
17   that's the only option that I have, I cannot object to
18   that and once I signed it, I came to the MSEPC
19   meeting, honestly, not knowing what to expect, and
20   that's when I was informed of the facts stated in this
21   letter.
22       Q.   You said that you didn't know what to expect
23   but you had gone through one of these committee
24   hearings before; right?
25       A.   That's correct and I knew why I was there.
```

Elie Nehme
December 17, 2021

```
 1    that have affected your ability to continue with the
 2    class that you had originally started with?
 3         A.    Yes, and that was something I knew before I
 4    requested.
 5         Q.    So knowing that because you were out for a
 6    couple months at that point in time and that you
 7    wouldn't be able to continue with the class that you
 8    started with, that was a factor in your request to
 9    repeat Period 2; right?
10         A.    I'm sorry.  Can you rephrase that.
11         Q.    Knowing that you wouldn't be able to complete
12    Period 2 with your class and move forward at the same
13    pace with the two months off with your medical leave
14    at that point, that was a factor in you requesting to
15    repeat Period 2?
16         A.    That did not affect my decision to request to
17    repeat Period 2.
18         Q.    So why did you want to repeat Period 2?
19         A.    I was told that my excused absences due to my
20    medical problems have been increasing and the only way
21    that I could have stopped that and avoid any future
22    absences is to once and for all take care of my
23    medical problem and I thought if they would allow me
24    to take care of my medical problem, I am willing and I
25    didn't mind to repeat or do second year all over again
```

Elie Nehme
December 17, 2021

```
 1    if that meant I can continue my medical career.
 2         Q.   So as a result of the medical issues that you
 3    were having and the resulting absences, you were in
 4    fear that you may not be able to continue your studies
 5    so you requested the leave of absence so that you
 6    could take care of your medical issues; right?
 7         A.   I wouldn't say I was in fear of not being
 8    able to continue my medical studies.  It was because I
 9    wanted to continue my medical studies properly.
10         Q.   In any event, as a result, FIU granted you
11    the leave of absence; right?
12         A.   Yes.
13         Q.   And then whether it was your request or not,
14    FIU allowed you to repeat Period 2 to join the class
15    of 2021; right?
16         A.   Yes.
17         Q.   During the MSEPC hearing, were you advised
18    that your academic issues were of serious concern?
19         A.   At the MSEPC hearing?
20         Q.   Yes.
21         A.   Yes.
22         Q.   And during the MSEPC hearing, were you also
23    reminded that you were on academic probation through
24    the end of the academic period, and then the following
25    academic period?
```

Elie Nehme
December 17, 2021

```
 1    would be assigned to and you would always have your
 2    extra time that you were assigned to or assigned with;
 3    right?
 4         A.   Yes.
 5         Q.   And whether or not there may have been other
 6    students with special accommodations, it's possible
 7    that they would have taken the test with you depending
 8    on the course; right?
 9         A.   Yes.
10         Q.   But you don't remember the first time that
11    you took the Psychiatry shelf exam if you took that by
12    yourself or with anybody else?
13         A.   I don't remember at this time.
14         Q.   And you're not making a claim that you did
15    not receive accommodations for the first attempt at
16    the Psychiatry shelf exam; right?
17         A.   I am not.
18         Q.   Now, the second attempt for the Psychiatry
19    shelf exam, tell me, do you remember the room number
20    that you took the exam in?
21         A.   It was AHC2.  That's the building.  And the
22    room number, to my recollection, was 495.
23         Q.   Would you be able to describe the room for
24    us?
25         A.   Yes.  The room is a conference room with
```

Elie Nehme
December 17, 2021

```
 1   windows on one side and glass windows on the other
 2   side as a wall, and it is a conference room right next
 3   to a very busy hallway where administrative offices
 4   are, as well as OSCE rooms, and it's right next to the
 5   door that opens when you get out from an elevator.
 6   It's located in a very busy location.
 7        Q.   So do you remember the day that you took the
 8   Psychiatry shelf exam the second time?
 9        A.   I do not remember at this time.
10        Q.   Do you remember if it was on March 2nd of
11   2020?  Do you remember what day of the week it may
12   have been?
13        A.   I can -- yes, it was March 2nd, 2020.  That
14   sounds right but I do not remember which day of the
15   week it was.
16        Q.   Do you recall how many hours you had to
17   complete the exam?
18        A.   I do not recall at this time but it was time
19   and a half.
20        Q.   And did you receive your time and a half on
21   the day of your second attempt to take the Psychiatry
22   shelf exam?
23        A.   Yes.
24        Q.   Had you taken an exam in AHC1-335?  I'm
25   sorry.  AHC1-335 is where you took the exam; right?
```

Elie Nehme
December 17, 2021

```
 1    exam, did you sit facing the hallway or facing the
 2    wall?
 3        A.    Facing the window.
 4        Q.    Facing the other window, not the hallway;
 5    correct?
 6        A.    Where I was seated, I was facing the window
 7    but could see the hallway.
 8        Q.    And so just to be clear, your testimony today
 9    is that your back was not facing the frosted glass
10    alongside the hallway?
11        A.    It was.
12        Q.    So your eyes, if you lifted your head from
13    the conference room table -- I think we lost your
14    attorney although I know he's sitting right next to
15    you.
16            MR. HANNAH:  Keep going.  I'm coming
17         back.  I lost the connection.
18            MS. WYDLER:  As long as you can hear my
19         questions and object to the form.
20            MR. HANNAH:  I can hear everything.
21    BY MS. WYDLER:
22        Q.    So going back, just to be clear, if you're
23    sitting at the conference room table, taking the exam
24    and you look up, you are not facing the hallway?
25        A.    That's correct.
```

Elie Nehme
December 17, 2021

1      Q.    So while you were taking the test, you could

2  not see the students allegedly traversing through the

3  hallway?

4      A.    I could see them.

5      Q.    How could you see them?

6      A.    From my periphery.

7      Q.    And could you see just faint images because

8  of the frost or could you actually make out detailed

9  faces?

10     A.    I could see faces in people walking.

11     Q.    Now, the other window that you referenced,

12  was it shut so that you cannot see the outside?

13     A.    No.

14     Q.    What did you see outside?

15     A.    It was part of the campus.

16     Q.    And in order for you to see the students

17  traversing through the hallway, you would have to turn

18  your head to see the students through the frosted

19  glass and into the hallway behind you; correct?

20     A.    Again, I don't recall that room being all

21  frosted.  I didn't need to turn very much even to see

22  the people.  If I raised my head from the computer, I

23  would see them in my periphery.

24     Q.    Do you know how many -- you said you didn't

25  know from what time to what time the test was

Elie Nehme
December 17, 2021

1   scheduled for?

2       A.    I do not recall at this time.

3       Q.    So if I told you that the room had been

4   scheduled from 8 a.m. to 2 p.m., does that sound

5   familiar to you or is that not a typical schedule to

6   take a shelf exam?

7       A.    That is a typical time.  However, I cannot

8   tell you one hundred percent if it was 8:00 or 8:30

9   but it's usually in the morning.

10      Q.    Did you use the full six hours for the second

11  Psychiatry shelf exam?

12      A.    I believe so.

13      Q.    And how many times did you see students walk

14  by the room?

15      A.    It's impossible to give you a number because

16  it was constant.

17      Q.    For six hours it was constant?

18      A.    Yes.

19      Q.    And that was people walking by?

20      A.    People walking, yelling, talking right

21  outside the room.  It was constant due to the location

22  of the room.

23      Q.    Did you tell that to the proctor?

24      A.    I do not recall if I specifically told that

25  to the proctor but she was aware of the noise, the

Elie Nehme
December 17, 2021

1    disturbance.

2        Q.   How did you know she was aware of the noise

3    disturbance?  Because of the investigative report?

4        A.   No, because I looked at her and I was

5    frustrated.  I looked at her.  She looked at me.  I

6    believe she wanted or she tried to tell someone to

7    keep it down but she couldn't do anything or didn't do

8    anything.

9        Q.   She couldn't do anything or didn't do

10   anything.  Which one?

11       A.   That is a question I cannot answer because I

12   don't know if she didn't want to do anything or she

13   couldn't leave me in the room unattended.

14       Q.   When you would go take your tests with the

15   accommodations, would the proctor always put out a

16   sign that says quiet, please, testing in progress?

17       A.   To the best of my recollection, yes.

18       Q.   And on the date of the second Psychiatry

19   exam, was there a sign outside saying quiet, please,

20   testing in progress?

21       A.   I honestly do not recall at this time.

22       Q.   Did you ask the proctor at any time during

23   the 6-hour period to suspend the testing until it

24   became quiet?

25       A.   I didn't know that this was an option for me

Elie Nehme
December 17, 2021

1   to do or request.

2       Q.    Did you know that you had an option to get a

3   heater?

4       A.    There was a heater in the room but I wasn't

5   aware previously that this was an option.

6       Q.    Did you tell her that it was cold in the room

7   during the test?

8       A.    During that specific test, no.

9       Q.    Did she make a request for a heater to be

10  brought to the room for you on that day?

11      A.    I don't know if she did but Miss Williams,

12  Marie Taylor Williams brought a heater to the room.

13      Q.    Did you ask the proctor to tell the students

14  to be quiet at any point during the 6-hour exam?

15      A.    I do not recall if I requested that.

16      Q.    Did you ask the proctor to move you to

17  another room during the 6-hour exam?

18      A.    I did not because I did not think that was an

19  option for me to request.

20      Q.    When you went to go take the test, were you

21  wearing ear plugs?

22      A.    Ear plugs were provided and yes, I was

23  wearing them that day.

24      Q.    So ear plugs were provided by FIU; is that

25  correct?

Elie Nehme
December 17, 2021

```
 1    have tried to accommodate you?
 2              MR. HANNAH:  Object to the form.  It
 3         calls for speculation, what they would have
 4         done if he had said something.
 5              You can answer if you understand the
 6         question.
 7              THE WITNESS:  Can you -- I do not
 8         understand the question.  Can you say it in a
 9         different way?
10    BY MS. WYDLER:
11         Q.   What stopped you from saying something about
12    six hours worth of people constantly being loud
13    outside of your testing room?
14         A.   I was trying my best to focus on the exam
15    once it had begun.  I did not know you can stop an
16    exam or request a room change or have any ability to
17    do anything regarding that -- regarding the rooms.
18         Q.   What did the noise do to you during the exam?
19         A.   Make you lose -- make me lose focus.  It was
20    very distracting.  Even with ear plugs in, you can
21    hear the people talking and yelling outside.
22         Q.   So what was the difference then between
23    failing it the first time without any distractions and
24    failing it the second time?
25         A.   Failing it the first time was due to using
```