# EXHIBIT G

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   1:20-CV-24649-CANNON

ELIE NEHME,

     Plaintiff,

  -vs-

FLORIDA INTERNATIONAL
UNIVERSITY BOARD OF TRUSTEES,

     Defendant.

_____/


  LOCATION:   REMOTE AUDIO-VISUAL COMMUNICATION

  DATE:       Monday February 7, 2022

  TIME:       10:04 a.m. - 2:22 p.m.

          DEPOSITION OF VIVIAN OBESO, M.D.


Reported By:
Guerlin Kelly Boyd, Court Reporter
Notary Public, State of Florida

3

```
                          EXAMINATIONS

DEPOSITION OF                                      PAGE

VIVIAN OBESO, M.D.                                    4

DIRECT EXAMINATION BY MR. HANNAH                      4
CERTIFICATE OF REPORTER                             184
CERTIFICATE OF OATH                                 185
READ LETTER                                         187
ERRATA SHEET                                        188


                     PLAINTIFF'S EXHIBITS

Exhibit                   Description           Page

Plaintiff's Exhibit       Grades                  38
No. 20
Plaintiff's Exhibit       Notice                   5
No. 21
Plaintiff's Exhibit       Table of contents       54
No. 22
Plaintiff's Exhibit       Email                   74
No. 23
Plaintiff's Exhibit       Memorandum              78
No. 24
Plaintiff's Exhibit       Summary Report          90
No. 25
Plaintiff's Exhibit       Professional incident  106
No. 26                    report
Plaintiff's Exhibit       Letter                 123
No. 27
Plaintiff's Exhibit       Medical student        179
No. 28                    handbook


                     DEFENDANT'S EXHIBITS

Exhibit                   Description           Page
                          NON
```



8

```
1              Q.    You actually teach classes, though?
2              A.    I do teach, I teach in clinical
3       skills.
4              Q.    What period do you teach that, the
5       first year, second year, third year?
6              A.    First and second year.
7              Q.    How long have you been with the
8       medical school?
9              A.    I've been with the medical school at a
10      part-time capacity since it started in 2009,
11      actually in 2008.  And full time since the fall of
12      2011.
13             Q.    And what are your administrative
14      functions for FIU, the medical school?  I think you
15      mentioned it, you're a dean of something?
16             A.    I'm associate dean for curriculum and
17      medical education.
18             Q.    How long have you been doing that?
19             A.    Since the fall of 2018.
20             Q.    Is -- where did you work prior to
21      coming to FIU?
22             A.    University of Miami School of
23      Medicine.
24             Q.    How long were you there?
25             A.    I was there working full-time capacity
```

```
 1                    So that was the only interaction that
 2        I've had with Mr. Nehme as a professor and some of
 3        the sessions in the clinical skills course and
 4        possible clinical skills 1 as well.
 5              Q.    Were you aware of Mr. Nehme's taking a
 6        leave of absence, an approved leave of absence --
 7              A.    Yes.
 8              Q.    -- prior to his retake of the second
 9        year?
10              A.    I believe -- I believe so.  I recall
11        it, but -- yes, I do know he took a leave of
12        absence.
13              Q.    Were you aware of what the reasons
14        were for that leave of absence?
15              A.    No, I do not.
16              Q.    Do you have any knowledge that during
17        his first and second years, the first time he took
18        his first year and then the first time he took his
19        second year that he was struggling with various
20        personal issues?
21                    MS. WYDLER:   Objection.   Form.
22                    Outside the scope of the designated area of
23                    inquiry.
24        BY MR. HANNAH:
25              Q.    You can answer.
```

```
1              A.    Yes, I was aware that he was having

2      personal issues.

3              Q.    Were you aware of what those were, the

4      personal issues?

5              A.    No.

6                    MS. WYDLER:   Form.

7      BY MR. HANNAH:

8              Q.    Are you familiar with the student

9      handbook for the -- medical student handbook for

10     FIU Medical School?

11             A.    Yes, sir.

12             Q.    Is that something you're required to

13     be familiar with?

14             A.    Yes.

15             Q.    Okay.  And are you aware if anything

16     in the handbook that deals course grades?

17             A.    Yes.

18             Q.    Okay.  Are there descriptions in the

19     handbook of what constitutes a good grade, bad

20     grade, all that?

21             A.    Yes.

22                   MS. WYDLER:  Objection.  Form.

23     BY MR. HANNAH:

24             Q.    Okay.  I'm going to show you a -- it's

25     already an exhibit.  It's been marked as
```

```
 1    promotions.
 2                    Did I read that correctly?
 3         A.    Yes, correct.
 4         Q.    Was that in place the particular
 5    policy in place when Mr. Nehme went in front of the
 6    MSEPC the second time?
 7         A.    Yes.
 8         Q.    And how about the third time, was that
 9    also the possible with regard to the grades of 80
10    to 100 fulfill academic expectations for promotion?
11         A.    Yes.
12         Q.    Going to the next page of this
13    handbook and this would be FIU 814 part of the
14    Exhibit 15 in this case.
15                    It says here, the first full
16    paragraph:  The MSEPC promotes students to the next
17    period of study based on satisfactory academic
18    performance, demonstration of appropriate
19    professional behavior and completion of required
20    assessments including -- and then it gives a number
21    of bullet points, correct?
22         A.    Correct.
23         Q.    All right.  And was that true at the
24    time that Mr. Nehme was attending the medical
25    school that the MSEPC promotes student to the next
```

1    period of study based on satisfactory academic

2    performance, demonstration of appropriate

3    professional behavior and the completion of

4    required assessments?

5         A.   Yes, sir.

6         Q.   And was Mr. Nehme promoted from his

7    second period to his third period at the medical

8    school?

9         A.   Yes, he was promoted from second year

10   to third year.

11        Q.   And the MSEPC made that determination

12   to promote him from the second year to the third

13   year?

14        A.   Correct.

15        Q.   So at least as far as going into his

16   third year the MSEPC at least found his performance

17   to be satisfactory, his academic performance to be

18   satisfactory and he demonstrated appropriate

19   professional behavior and completed his required

20   assessments, correct?

21             MS. WYDLER:   Objection.   Form.

22   BY MR. HANNAH:

23        Q.   You can answer.

24        A.   The MSEPC promoted him to the third

25   year.

1    clerkship.  And have you seen this document before?

2         A.    Yes, sir.

3         Q.    And it indicates that for his

4    continuous retake of the second year that he passed

5    all of his courses; is that correct?

6         A.    He passed all his courses.

7         Q.    And with the exception of two of them,

8    he passed with an 80 or above, correct?

9         A.    Correct.

10        Q.    Showing -- certainly showing

11   competency in those courses, correct?

12        A.    Showing competency in those courses

13   after a subsequent attempt.

14        Q.    I understand that.  For that second

15   year showed competency in all his courses, right,

16   except for marginal competency arguably in two, one

17   that he got a 79 and another he got a 76, correct?

18        A.    Correct.

19        Q.    All right.  But it shows a GPA, a

20   total of GPA for that term of 84.27, correct,

21   accumulative GPA?

22             MS. WYDLER:  Form.

23   BY MR. HANNAH:

24        Q.    Is that correct?

25        A.    Yes.

1         **Q.**   I'm sorry, not his accumulative, just

2   his term GPA.  I'm sorry, I should especially

3   designate as term GPA, for that second year the

4   retake I understand it was a retake he had a grade

5   point of average of 84.27; am I correct?

6         **A.**   Correct.

7         **Q.**   All right.  That would show competency

8   for leading the second year?

9         **A.**   It would show that he had completed

10  the second year.

11        **Q.**   On a competent level, right, anything

12  80 or more shows competency, correct?

13        **A.**   It shows competency in those courses,

14  yes, correct.

15        **Q.**   It shows competency for the term and

16  all the courses, correct?

17        **A.**   He did the term for a second time.  So

18  it's -- it is -- I wouldn't say that it shows

19  competency.  I would say that he completed all of

20  the courses and passed all the courses that he was

21  supposed to take in the second period of study.

22        **Q.**   All right.  Certainly the MSEPC

23  allowed him to go through a third year, right?

24        MS. WYDLER:  Objection.  Form.

25        THE WITNESS:  Yeah.

41

BY MR. HANNAH:

    **Q.**    They recommended his promotions in the third year after the second year, right?

    **A.**    Yes, sir.

    **Q.**    Okay.  So in order to do that, they would have to say that he had satisfactory academic performance, correct?

        MS. WYDLER:  Objection.  Form.

BY MR. HANNAH:

    **Q.**    Yes?

    **A.**    I would say he had satisfactory academic performance for the second year of study, yeah.

    **Q.**    And then for that year also --

    **A.**    For the second attempt.

    **Q.**    I understand.  And also he demonstrated appropriate professional behavior throughout that whole year?

    **A.**    There were no instances of professional incident reports or anything during that year that I'm aware of.

    **Q.**    Okay.  And the only incident of any professionalism issues were prior to his second MSEPC hearing, correct?

    **A.**    Correct, and it's before his repeat

42

```
 1    second year.
 2           Q.    And this also shows in this particular
 3    document Plaintiff's Exhibit Number 20, how he
 4    performed in this clerkships, correct?
 5           A.    Yes, sir.
 6           Q.    Okay.  From his family medicine
 7    clerkship he got a grade of 89; is that correct?
 8           A.    Yes.
 9           MS. WYDLER:   Objection.
10    BY MR. HANNAH:
11           Q.    That would show competency in that
12    clerkship, correct?
13           A.    He passed the clerkship, but he did
14    significantly poorly on the shelf examinations for
15    any of those clerkship across, although -- and if
16    you would look at the -- most likely those 80s is
17    particularly low for performance in a clinical
18    clerkship.
19           Q.    He got a grade of 89, correct?
20           A.    Yeah.
21           Q.    And that's competent --
22           A.    That's a passing grade for the
23    clerkship.
24           Q.    Yes, I understand 75 is also a passing
25    grade, right?
```

```
 1              A.    Yes.

 2              Q.    But he got an 89, which is

 3     substantially more than a 75, right?

 4              A.    Correct.

 5                    MS. WYDLER:   Form.

 6     BY MR. HANNAH:

 7              Q.    And I think in the handbook we talked

 8     about it, you said that was applicable at the time

 9     that he was going to medical school.  A grade of 80

10     or better would show competency, correct?

11              A.    Correct.

12              Q.    So he certainly showed that from

13     family medicine clerkship by getting a grade of 89,

14     correct?

15              A.    He did pass the clerkship.

16              Q.    I'm not asking you that.  I'm talking

17     about the actual grade, itself, it shows

18     competency, correct?

19                    MS. WYDLER:   Objection.  Form.

20                    THE WITNESS:   Yes.

21     BY MR. HANNAH:

22              Q.    Under FIU's own grading standards it

23     shows competency, correct?

24              A.    Yes, it shows competency for that

25     clerkship.
```

44

1        **Q.**   And I'll say it with the next one

2  ob/gyn clerkship with a grade of 83, that shows

3  competency, too, correct?

4        **A.**   It shows -- yeah, I honestly think

5  that -- yeah, I mean, you could say that he shows

6  competency within that clerkship.

7        **Q.**   Okay.  The same with the next one,

8  internal medicine clerkship, 86 he got, right?

9        **A.**   He passed the clerkship.

10       **Q.**   He got a grade of 86, which certainly

11  shows competency above the 80 level, correct?

12       **A.**   Yes, above the 80.  What it shows is

13  that he's passed the course with a passing -- with

14  a score above a 75.

15       **Q.**   And the next surgery also 88, he got

16  in that one correct, that shows competency,

17  correct?

18       **A.**   Correct.

19       **Q.**   Okay.  By FIU's own standards of

20  grading, correct?

21         MS. WYDLER:  Objection.  Form.

22  BY MR. HANNAH:

23       **Q.**   "Yes"?

24       **A.**   Correct.

25       **Q.**   Okay.  And then next is radiology

1    clerkship, it has a "P" there, is that a pass/fail

2    course?

3           A.    Yes.

4           Q.    And he passed that, correct?

5           A.    Yes.

6           Q.    Okay.  And then final one, this one

7    particular document was neurology clerkship.  It

8    showed an 83, so again, competent and passing that

9    class as well, correct?

10          A.    Yes, he passed that course, you know,

11   but when we look at courses, we look -- that's why

12   when you say competency, we look to see, you know,

13   how they performed in the various exams of the

14   course because there could be competency in

15   different areas within a clerkship.  And if a

16   student is struggling in a specific area, we also

17   look at that across.

18              And although he passed the clerkships,

19   we still look at performance on the shelf exams.

20   We still look at how the student is doing because

21   really the competency that we're looking at is a

22   competency, that's not just for a clerkship.  It's

23   an overall competency, one that is called knowledge

24   for practice.  And the competency is on how they --

25   that -- what contributed to that competency overall

1    is how they perform on their shelf exams.

2              So although he got a passing grade on

3    the clerkships, we still monitor how students do on

4    those shelf exams.  And Elie Nehme did score

5    remarkably low on those shelf exams across multiple

6    clerkships, which did -- which did call for concern

7    throughout the third year.

8         Q.   Certainly from the grades he got in

9    those clerkships, he indicated competency, though,

10   correct?

11              MS. WYDLER:  Form.

12   BY MR. HANNAH:

13        Q.   By look just at this document,

14   correct?

15        A.   If you look just at this document, you

16   would say that, yes, he passed those clerkships

17   based on the numeric score that he received.

18        Q.   If he passed all of his clerkships in

19   his third year, would he be eligible for promotion

20   to his fourth period?

21              MS. WYDLER:  Objection.  Form.

22         Outside the scope of the designated area of

23              inquiry.  Also calls for speculation.

24   BY MR. HANNAH:

25        Q.   You can answer.

```
 1                  If he had passed all his clerkships,

 2       isn't that what's required to get to the fourth

 3       period, passing all your clerkships?

 4            A.    Any student can get called to the

 5       MSEPC at any time and the way that he was doing on

 6       his shelf exams, he could have gotten called to the

 7       MSEPC due to struggling on those shelf exams.  So I

 8       can't assume that he wouldn't have been called

 9       based on his academic history and his continued

10       poor performance on his shelf exams.

11            Q.    I'm asking you, though, if he had

12       gotten 80s or above in all of his clerkships for

13       his fourth period, would that have been -- made him

14       eligible for promotion to his -- sorry.

15                  If he had gotten 80 or above in all of

16       his clerkships, as a grade in his third period,

17       would that have made him eligible for promotion for

18       the fourth period?

19            A.    It would have made him eligible.

20       Although there may have been concern because of his

21       continued very concerning performance on those

22       shelf examinations and having to take so many

23       repeated shelf exams.

24            Q.    Are you aware of students who were

25       promoted from their third year to the fourth period
```

1   who passed with less than 80 grade point average of

2   80?

3                    MS. WYDLER:   Objection.   Form.

4        Outside the scope of the designated area of

5        inquiry.

6   BY MR. HANNAH:

7        Q.   You can answer.

8        A.   I'm not sure.   Can you repeat the

9   question?

10       Q.   Are you aware of any students at the

11  medical school who had a GPA of less than 80 who

12  actually in the third period, who actually got

13  promoted to the fourth period?

14                   MS. WYDLER:   Objection.   Form.

15       Outside the scope of the designated area of

16       inquiry.

17  BY MR. HANNAH:

18       Q.   You can answer.

19       A.   Yes, I'm aware of students that -- I'm

20  not aware of any particular student, but students

21  that would have passed, I'm sure there are students

22  that passed all their clerkships with perhaps less

23  than an 80 percent who were promoted to the fourth

24  year.   I can't recall any specific student at this

25  time.

```
1              Q.     Okay.  So looking at what we have here
2       in front of us Plaintiff's Exhibit Number 3,
3       Mr. Nehme's performance in his second and third
4       periods up until the time of the psychiatry
5       clerkship, it would indicate that at least from the
6       grades that he was competent, correct?
7                   MS. WYDLER:  Objection.  Form.
8                   THE WITNESS:  Again, when -- if he
9             was -- up to this point in time he was
10            performing -- he was passing all of his
11            courses.
12      BY MR. HANNAH:
13             Q.     At a competent level certainly through
14      his third year, right?
15                  MS. WYDLER:  Objection.  Form.
16      BY MR. HANNAH:
17             Q.     I'm sorry?  You can answer.
18             A.     From his -- in his second -- repeat
19      second year and his third year, he's passing his
20      courses, so, yes, he passed those -- he was
21      competent in those courses and clerkships that he
22      passed.
23             Q.     Okay.  And in fact, his overall term
24      GPA was 86.23 for his third year up until the time
25      of the psychiatry clerkship, correct?
```

1    **A.**    That was his GPA, yes, as it stated

2    there.

3    **Q.**    Okay.  And in fact, that GPA was an

4    improvement from his previous year, correct?

5    **A.**    Yes.

6    **Q.**    Same with his accumulative GPA until

7    up that point in time was 82.62, correct?

8    **A.**    Yes, and we would expect him to do

9    better on a repeat year.  And, again, although he

10    was passing all of his clerkships, we still look at

11    student's performance wholistically and we were

12    particularly concerned not only when he was --

13    after he failed his psychiatry clerkship, but also

14    that he had done so poorly on every single shelf

15    examination and having to retake every shelf

16    examination and still on those retakes did very,

17    very poorly and showing that he was perhaps not

18    meeting the competency of knowledge for practice.

19    **Q.**    He retook every single shelf exam per

20    your testimony?

21    **A.**    Not all of them, no.

22    **Q.**    That what you just said, so I just

23    want to make sure you're not just saying something.

24    All right.  And but at least from the

25    grades, his accumulative GPA had approved from the

```
1    second year, right?
2              MS. WYDLER:  Objection.  Form.  Asked
3         and answered.
4    BY MR. HANNAH:
5         Q.   You can answer.
6         A.   His GPA did improve.
7         Q.   Are you aware of any medical students
8    who graduated from medical school as doctors who
9    had an accumulative GPA of less than 80?
10             MS. WYDLER:  Objection.  Outside the
11        scope of the designated area of inquiry.
12   BY MR. HANNAH:
13        Q.   You can answer.
14        A.   Yeah, I'm sure there are students that
15   have graduated with a GPA less than 86.
16        Q.   Less than an 80, I said, in the 70s
17   and 75 to 79 range?
18             MS. WYDLER:  Objection.  Outside the
19        scope of the designated area.  You can ask
20        for this in her individual capacity.  This
21        is inappropriate.  It's not part of the
22        plaintiff's performance, which is the three
23        years that you asked for in the notice of
24        the deposition that's been marked as an
25        exhibit in the case.
```

52

```
 1              You don't have to answer it.  No, you
 2         don't have to answer.  We'll move for a
 3         protective order under 30(b)(6) Rule 26.
 4         You can answer this in your individual
 5         capacity, if you know the answer, but this
 6         is not something that's required under a
 7         corporate representative deposition; hasn't
 8         been noticed.
 9    BY MR. HANNAH:
10         Q.    Okay.  I'll ask it again to her.
11    So --
12         A.    I would think that there would have
13    been students that have graduated with an average
14    less than 80.  Of course, I don't know any
15    particular student at this time.
16              But, again, I think it's important to
17    know that when we do graduate students, we look at
18    their performance wholistically and any student can
19    get called to the MSEPC at any time.  And there
20    aren't many students that score as low as he was
21    doing on the -- on his -- on the shelf
22    examinations, which is what we were -- what was
23    raising a concern as well as the failure of the
24    psychiatry clerkship.
25              On top of his previous -- previous
```

```
 1   academic, despite getting multiple opportunities to
 2   remediate.  Elie Nehme was given an opportunity to
 3   repeat an entire period in order to increase his
 4   fund of knowledge and to do well in the third year.
 5            And even having repeated a second year
 6   it still demonstrated significant lack of knowledge
 7   on his self exams.  And even on repeat is -- was
 8   passing those with a just barely.  Which, again, it
 9   raises a concern and demonstrates that he is having
10   difficulty truly achieving the overall competency
11   of knowledge for practice.
12        Q.   What percentage of the final grade is
13   the shelf examinations?
14        A.   30 percent, yeah.
15        Q.   Was there also a clinical assessment
16   of student performance, was that an important part
17   of the grade as well?
18        A.   Yes, sir.
19            MS. WYDLER:  Objection.  Form.
20   BY MR. HANNAH:
21        Q.   What percentage was that of the total
22   grade?
23            MS. WYDLER:  Objection.  Form.  What
24   clerkship?
25   BY MR. HANNAH:
```

54

```
1              Q.    You can answer.  Are they all the same
2     for the clerkships or are they different from
3     clerkship to clerkship?
4              A.    I believe -- I don't know.  I don't
5     know.  They may differ.
6              Q.    What about the psychiatry clerkship?
7              A.    I don't recall what the clerkship
8     evaluation percentage was contributed.
9              Q.    Those are less than the shelf exam?
10             A.    I believe it's less than the shelf
11    examination because there are different things that
12    contribute to the grade, and especially in
13    psychiatry they have different components that
14    contribute to the grade.
15                   (Plaintiff's Exhibit No. 22, Table
16                   of contents, was marked for
17                   Identification.)
18    BY MR. HANNAH:
19             Q.    I have this next document marked as
20    Exhibit Number 22 I believe.  I'm going to show you
21    what appears to be the table of contents for the
22    psychiatry shelf -- the psychiatry clerkship, I'm
23    sorry.
24                   Have you seen this document before?
25             A.    Yes.
```

1      **Q.**    So it says here the clerkship

2    description and explanation does that indicate to

3    you that's for the psychiatry clerkship?

4          **A.**    Uh-huh.

5          **Q.**    "Yes"?

6          **A.**    Yes.

7          **Q.**    Did each of the clerkships have such a

8    document or description of the course and the

9    grading et cetera?

10         **A.**    Yes.

11         **Q.**    Have you seen this before, correct,

12    for the psychiatry clerkship?

13         **A.**    I've seen all of those for the

14    clerkships.  I don't know if I saw his during the

15    time -- well, I guess, yeah, it was this year.

16    So -- I mean, last year so I would have seen this

17    one.

18         **Q.**    I'll take you to page 15, which is

19    plaintiff's Bates Stamp Document Number 202 where

20    it says grading and assessment.  Do you see that

21    number seven --

22         **A.**    Yes.

23         **Q.**    -- at the bottom of the page?

24         **A.**    Uh-huh.

25         **Q.**    Let's go to the next page.  It says

```
1    grade distribution, the final grade for the
2    psychiatry clerkship consists of seven components
3    and it lists those components and percentage of the
4    final grade.  You see that?
5         A.    Uh-huh.
6         Q.    "Yes"?
7         A.    Yes, sir.
8         Q.    You have to articulate your answers,
9    please.
10              Shows you psychiatry subject
11   examination is 30 percent of the grade as you
12   testified, right?
13        A.    Yes.
14        Q.    And then what's the next, CASP is that
15   the clinical assessment for clinical performance?
16        A.    Yes.
17        Q.    That's also equal, right, to the exam,
18   30 percent, correct?
19        A.    Correct.
20        Q.    Does that refresh your recollection as
21   to what percentage of the grade is for clinical
22   performance?
23        A.    Yes.  Yes.  Thank you.
24        Q.    How did Mr. Nehme do in the clinical
25   performance for all of his clerkships including the
```

57

```
 1    psychiatry clerkship?
 2            A.    I believe he did -- he met competency
 3    for the clinical portion of his clerkships.
 4            Q.    Did he get positive evaluations from
 5    the individuals who were handling that or
 6    overseeing the clinical portions?
 7            A.    I believe he received positive
 8    evaluations in those narratives.
 9            Q.    Okay.  Are you aware of any negative
10    evaluation that he received?
11            A.    I'm not aware of any negative.
12            Q.    Okay.  Now, the shelf exams they're
13    administered by the NBME, the National Board of
14    Medical Examiners, correct?
15            A.    Correct.
16            Q.    Okay.  And that's something outside of
17    the medical school that actually puts together
18    those exams, right, some organization, correct?
19            A.    Yes.
20            Q.    What is the NBME, the National Board
21    of Medical Examiners?
22            A.    It is the organization that oversees
23    the -- the licensing for the medical license
24    examinations and they -- they offer these subject
25    examinations that are given at the end of the
```

1  clerkship and they help us to help the students

2  prepare for their licensing examinations.

3          Q.    Okay.

4          A.    And demonstrate to us how students --

5  the students readiness for their licensing

6  examinations.

7          Q.    Okay.  And it indicates here that the

8  NBME is the one that administers the shelf

9  examinations, correct?

10         A.    We administer them here through a

11  process to get -- in collaboration with the NBME.

12         Q.    You don't create the exams, the NBME

13  does, though, right?

14         A.    Correct.  Correct.

15         Q.    Every exam is different every time

16  it's taken, right?

17         A.    Yes.

18         Q.    No two exams are identical, correct?

19         A.    I don't know.  I would -- I'm not sure

20  about that.

21         Q.    Well, a student fails an exam, they're

22  allowed to retake it once, right?

23         A.    Yes.

24         Q.    Every student, that applies to every

25  student at FIU, correct?

1    correct?

2             MS. WYDLER:  Objection.  Form.  Also

3    outside the scope of the designated area.

4    BY MR. HANNAH:

5        Q.    You can answer.

6        A.    There's no limit.  However, it is

7    concerning when students have multiple retakes and

8    it raises concern.

9        Q.    So it says here to pass -- the final

10   paragraph on this page says to pass the clerkship

11   students must score equal to or higher than the

12   fifth percentile on the subject examination.

13             Did I read that correctly?

14       A.    Yes, sir.

15       Q.    All right.  I'm trying to figure out

16   the 75 score, how does that factor into that.

17   Isn't this something that's done on a national

18   basis?

19       A.    Yes, it's done on a national basis.

20   You mean the 75 that they get on the subsequent

21   retake?

22       Q.    Are the exams graded with a number

23   like a number 75 or an 80 or 85 or --

24       A.    There are -- it's based on the

25   percentile to pass, but then they're converted to

BY MR. HANNAH:

Q.   I apologize, it's a little bit hard to read, but these appear to be the first page of evaluations, oops of course I had to mess it up even more.

These would be just for the Bates stamp purposes 115 through 119.  And do you recognize these types of documents, Doctor?

A.   Yes, sir.

Q.   These are the clinical evaluations done for the clerkships?

A.   Uh-huh.

Q.   "Yes"?

A.   Yes, sorry.  Yes.

Q.   Okay.  So this first one here would be the family medicine clerkship, correct?

A.   Correct.

Q.   And evaluation comments, I guess I'm looking at please comment on the strengths of the student's performance for this particular evaluation it says Elie has exemplified wonderful qualities of a future physician.  Did I read that correctly?

A.   Yes.

Q.   It says he is professional, listens

 1  attentively to patient concerns.  He is inquisitive

 2  and proactive in researching diagnosis,

 3  medications, that is any side effects, mechanism of

 4  action, et cetera, and treatments.

 5          Did I read all of that correctly?

 6      A.   Yes, sir.

 7      Q.   And then it goes:  Please comment on

 8  another category.  Please common areas of the

 9  student's performance that need improvement.

10          It says as a third year he is above

11  his level.  His history taking and physical exam

12  are excellent and the diagnosis acumen treatment

13  plan will continue to improve over the two years.

14          Did I read that correctly?

15      A.   Yes.

16      Q.   Would you view this certainly as a

17  positive evaluation, correct?

18      A.   Yes.

19      Q.   There's usually more than one

20  evaluation for any particular clerkship on the

21  clinical side; is that correct?

22      A.   Yes.

23      Q.   And here's another one for the same

24  clerkship, correct, the second page?

25      A.   Yes.

```
 1            Q.    Done by a different doctor who also

 2     indicates that he's an extremely professional young

 3     man, he demonstrates self-direction and initiative,

 4     and this particular doctor was impressed with his

 5     level of knowledge as a third year medical student

 6     and his ability to problem solve.  He provides

 7     different diagnoses that are appropriate or often

 8     exceed my expectations.

 9                  Did I read that correctly, my first

10     comment section?

11            A.    Yeah, this is the same attending, yes.

12            Q.    Okay.  Giving him further positive

13     evaluation, correct?

14            A.    Correct.

15                  MS. WYDLER:  Objection.

16     BY MR. HANNAH:

17            Q.    And it says here:  Please comment on

18     the areas of student's performance that need

19     improvement.

20                  And it says:  He's already performing

21     above his level.  Continue to encourage improving

22     physical exams skills and assessment plan.

23                  Did I read that correctly?

24            A.    Yes.

25            Q.    Again, this is another positive
```

1    evaluation for Mr. Nehme in his clinical part of

2    the clerkship, correct?

3                 MS. WYDLER:  Objection.  Form.

4    BY MR. HANNAH:

5         Q.   Correct, you would view that as a

6    positive evaluation?

7         A.   Yeah, and, you know, again, the

8    continuing to improve the assessment and plan

9    portion that's a part that really demonstrates fund

10   of knowledge.  So it also, even though it's

11   positive, it's showing that there's a weakness

12   there that he needs to improve his assessment

13   course, fund of knowledge portion of his clinical

14   practice.

15        Q.   Overall it's a positive evaluation,

16   though, correct?

17        A.   Yes.

18                MS. WYDLER:  Objection.  Form.

19   BY MR. HANNAH:

20        Q.   Were these evaluations reviewed by the

21   MSEPC in making their determination whether to --

22   at the MSEPC third hearing whether to dismiss him?

23        A.   I'm not certain.  I don't know.

24        Q.   Should they have been --

25                MS. WYDLER:  Objection.  Form.

```
1    BY MR. HANNAH:
2         Q.    -- considered by the MSEPC in making
3    their evaluation in whether or not to dismiss him
4    from the medical school?
5              MS. WYDLER:  Objection.  Form.
6    BY MR. HANNAH:
7         Q.    You can answer.
8         A.    Oh, I think his -- when a student goes
9    to MSEPC their entire record -- they're able to
10   review their entire record.
11        Q.    You don't know if they did that in
12   this particular case, right?
13        A.    I do not know.
14        Q.    And the next is the evaluation for
15   internal medicine nephrology, that's another
16   clerkship, correct?
17        A.    Yes.
18        Q.    And there's two different -- appears
19   to be two different attending physician evaluations
20   in this particular clerkship, correct?
21        A.    Yes.
22        Q.    And are these positive or negative
23   evaluations of his clinical performance?
24              MS. WYDLER:  Objection.  Form.
25              THE WITNESS:  This is a positive
```

```
1                    evaluation.
2     BY MR. HANNAH:
3             Q.    Both of them, right?
4             A.    Correct.
5             Q.    And then we have the -- next is the
6     ob/gyn clerkship, the obstetrics and gynecology
7     clerkship, correct?
8             A.    Yes.
9             Q.    And those evaluations were done by two
10    different doctors, correct?
11            A.    Yes.
12            Q.    Both of these were positive as well
13    for Mr. Nehme?
14            A.    Yes.
15            Q.    Then there's a psychiatry clerkship,
16    that's the last one.  Anyway we have the psychiatry
17    clinical performance, right?
18            A.    Yes, sir.
19            Q.    That was a course that he failed,
20    correct?
21            A.    Correct.
22            Q.    And the only reason he failed that
23    course is because he failed the shelf exam,
24    correct?
25                    MS. WYDLER:  Objection.  Form.
```

```
 1                    THE WITNESS:  I think -- I don't

 2        know -- I don't have it in front of me the

 3        details about the course, but I think the

 4        primary reason why he did fail that

 5        clerkship was because of the failure in the

 6        shelf exam, which of course, as I'm saying

 7        that I know that he had had multiple --

 8        some evaluations that are positive.

 9                    You know, students often get good

10        evaluations.  These evaluations sometimes

11        are very subjective.  They're with faculty

12        that are, you know, if a student works hard

13        and shows, you know, you know, is pleasant

14        to work with, often they can get good

15        evaluations.

16                    However, it's important for us to also

17        look at how they're applying their

18        knowledge.  And that's again the importance

19        of the shelf examination because of the

20        subjectivity of the these evaluations --

21   BY MR. HANNAH:

22        Q.    I'm just asking about the psychiatry

23   clerkship evaluation right now so I don't know why

24   you're talking about that.

25                    Looking at those documents in front of
```

```
1    you --

2              MS. WYDLER:  Hold on a second.  She

3         was still in the middle of answering the

4         question and you stopped her.

5              MR. HANNAH:  She wasn't answering my

6         question.  It had nothing to do with the

7         psychiatry clerkship.

8              MS. WYDLER:  You're asking her about

9         evaluations and she's explaining what these

10        evaluations are.

11             MR. HANNAH:  Do not testify for her,

12        please.  That's a speaking objection.

13             MS. WYDLER:  I'm only --

14             MR. HANNAH:  You know better.  You

15        know better.

16             MS. WYDLER:  I'm repeating what the

17        witness said.

18             MR. HANNAH:  You know better.  You

19        know better.

20             MS. WYDLER:  Let's both be

21        appropriate.  You follow the rules, I

22        follow the rules.

23             MR. HANNAH:  I am, then you need to

24        follow the rules, too, they apply to you as

25        well.  No speaking objections, please.
```

```
 1                    MS. WYDLER:  Don't interrupt the
 2           witness during testimony.
 3                    MR. HANNAH:  It's not interrupting.
 4           She's not answering my question.  I want
 5           her to focus on my question.
 6    BY MR. HANNAH:
 7           Q.    Psychiatry clerkship this is an
 8    evaluation for that, correct?
 9           A.    Correct.
10           Q.    And is it a positive evaluation or a
11    negative one?
12                    MS. WYDLER:  Objection.  Form.
13                    THE WITNESS:  Yes, it was a positive
14           evaluation overall.
15    BY MR. HANNAH:
16           Q.    Are you aware of any negative
17    evaluations in the psychiatry clerkship for Mr. --
18    Nehme?
19           A.    No, I'm not.
20           Q.    That's a big portion of his grade
21    right, the clerkship?
22                    MS. WYDLER:  Form.
23                    THE WITNESS:  It is a -- the clerkship
24    component is a portion of his grade.
25    BY MR. HANNAH:
```

1    **Q.**    Of equal importance to the exam grade,
2    right?
3    **A.**    Yes, sir.
4    **Q.**    That's true with all the clerkships,
5    all the psychiatry --
6    **A.**    Yes, of course, the clinical piece is
7    very important.
8    **Q.**    You didn't let me finish my question.
9    The clinical portion of the grade or
10   percentage of the grade is of equal importance
11   between the actual clinical work and the final
12   exam, correct?
13   **A.**    Yes.
14   **Q.**    Okay.  And then we have the surgery
15   clerkship here again, that's also another positive
16   evaluation, correct, for the clinical work?
17                   MS. WYDLER:  Objection.  Form.
18                   THE WITNESS:  Yes, sir.
19   BY MR. HANNAH:
20   **Q.**    It says great student, correct?
21   **A.**    Yes.
22   **Q.**    And the next is another different
23   evaluation for the surgery clerkship, also another
24   positive, correct, willing to learn, professional,
25   very good knowledge base, correct?

1        **A.**     Yes.

2        **Q.**     So at least from when you look just at

3   the clerkships, the evaluations for the clerkships,

4   Mr. Nehme was certainly competent, even above

5   competence as far as his abilities, correct?

6               MS. WYDLER:   Objection.   Form.

7               THE WITNESS:   He received good

8   evaluations.

9   BY MR. HANNAH:

10       **Q.**     Even in the psychiatry clerkship,

11  correct?

12       **A.**     I haven't seen all of the evaluations,

13  but from the one that you showed me, it was a

14  positive evaluation.   And -- yeah.

15              MS. WYDLER:   You only mentioned Bates

16           stamp -- you only mentioned on the record

17           Bate stamps 115 through 119, but you showed

18           her more and you didn't mark it as 23, so I

19           don't know what you want to do.

20              MR. HANNAH:   I'm marking all the

21           evaluations.

22              MS. WYDLER:   Okay.

23              MR. HANNAH:   Let me see, I thought I

24           showed her everything.

25              MS. WYDLER:   You did, you showed her

1      everything, but what you put on the record

2      was 115 through 119.  I didn't catch the

3      last Bates stamp.

4              MR. HANNAH:  The last Bates stamp was

5      119.

6              MS. WYDLER:  Okay.

7              MR. HANNAH:  There's another Bates

8      stamp I looked at?

9              MS. WYDLER:  I thought you went

10     through more than four pages of

11     evaluations.

12             MR. HANNAH:  The last one I looked at

13     119, see that?

14             MS. WYDLER:  No, I don't see anything

15     on the screen.

16             MR. HANNAH:  How's this?  You see

17     that?  119, is that FIU 119?  That's FIU

18     120, had nothing to do with evaluations.

19             MS. WYDLER:  Okay.

20             MR. HANNAH:  Okay?

21             MS. WYDLER:  Thank you.

22             MR. HANNAH:  You're welcome.

23             (Plaintiff's Exhibit No. 23, Email,

24     was marked for Identification.)

25     BY MR. HANNAH:

1    Q.    Okay.  I'm going to put up another

2  document that will be Exhibit Number 23.  Okay.

3  Why don't you take a look at this Exhibit

4  Number 23, which appears to be an e-mail Dr. --

5  from Rodolfo Bonin to Mr. Nehme with a copy to

6  various people including yourself dated March 3rd,

7  2020.  Do you recognize this e-mail?

8    A.    Yes.

9    Q.    This was an e-mail where Mr. Nehme was

10 informed about his failing the retake of the

11 psychiatry subject exam?

12   A.    Yes.

13   Q.    And it says here as a result -- first

14 paragraph, as a result you are required to repeat

15 the psychiatry clerkship.  You see that?

16   A.    Yes.

17   Q.    Do you know if that was ever a

18 consideration of MSEPC when they were making a

19 final decision in Mr. Nehme about him actually

20 going -- remediating by repeating the psychiatry

21 clerkship?

22   A.    I wasn't there in the meeting, but it

23 certainly could have been an option that they could

24 have considered.

25   Q.    Okay.  You don't know if they did or

1    not?

2           **A.**    I don't know if they did or not.

3           **Q.**    Is that often times an option when a

4    student fails a retake of an exam that they have to

5    repeat the actual course?

6           **A.**    I would think --

7                MS. WYDLER:  Objection.  Form.

8                Outside the course of the scope of the area

9                of inquiry.  You can answer.

10               THE WITNESS:  It's not -- if they are

11               recommended to repeat, it's usually if they

12               have been in -- if they have done well and

13               they haven't had academic history.  Usually

14               if they've gotten academy history, I would

15               say that a second -- a failure of a

16               clerkship and a failure in their

17               remediation is not likely that they would

18               have been told to repeat the clerkship.

19   BY MR. HANNAH:

20          **Q.**    Okay.  Are you aware of other students

21   who had failed the clerkship retake exam that were

22   allowed to repeat the clerkship?

23          **A.**    Yes.

24               MS. WYDLER:  Objection.  Form.

25               Outside the scope of the designated area of

1         **Q.**   Right, but he's the one who brought it

2   up in the hearing, though, right, that he would be

3   willing --

4         **A.**   I mean, he may have brought it up in

5   the hearing, but during his interview because he

6   knew that that was one of the options that they

7   could have provided rather than being dismissed

8   from medical school.

9              But, again, the MSEPC looks at all the

10   data, looks at how the student is performing

11   wholistically and makes the recommendation.  And

12   I'm sure that they made the recommendation for him

13   to repeat the year because his fund of knowledge

14   was not where it should be and that he would

15   benefit from retaking all of those classes because

16   he was not where he should have been.

17         **Q.**   And you knew at the time that he had

18   this hearing that he was on leave of absence,

19   correct, for medical reasons?

20         **A.**   I don't know the reason -- yeah, I did

21   know that he was on a leave of absence for medical

22   reasons.

23         **Q.**   Yeah, to deal with neurological and

24   pain patient, correct?

25         **A.**   Yes.

```
1    that we had as well, but I'm not sure why

2    specifically at that time she sent this.  But

3    obviously there was concern that he was taking

4    exams consistently late.

5         Q.   Right.  You didn't ask Dr. Toonkel to

6    prepare this, right?

7         A.   I may have, I'm not sure.  Again,

8    after that meeting we wanted to get things

9    together.  I honestly don't -- I don't know why she

10   would have sent it to Dean Jones, perhaps he

11   asked -- I don't even know.  Maybe he sent an

12   e-mail asking.  I don't know.

13        Q.   I prefer you not to guess so if you

14   don't know --

15        A.   Yes, no, then I won't guess.  I don't

16   know.

17             (Plaintiff's Exhibit No. 27,

18             Letter, was marked for Identification.)

19   BY MR. HANNAH:

20        Q.   Okay.  Let me show you another

21   document and have this marked as Exhibit Number 27

22   and ask if you have seen it before.  One second.

23   Have you seen this letter before from someone named

24   Ms. Estavo de Santos M.D.?

25        A.   No, I have not seen this.
```

1      Q.    Where it talks about his version of

2    the events of the incident that Dr. Tempest

3    discussed in her memo that happened on

4    December 6th, 2017, do you remember that about Mr.

5    Nehme coming in late, sitting at the back of the

6    class?  Do you remember that discussion or at least

7    that reference?

8      A.    Yes, sir.

9      Q.    Okay.  You have never seen this

10   before?

11     A.    No, I've never seen this before, no.

12     Q.    Okay.  It appears to have been written

13   by somebody who in the same class on the day when

14   Mr. Nehme was there.  Do you know this Dr. Santos?

15     A.    No.

16           MS. WYDLER:  Can you give her an

17           opportunity to review the document that you

18           have in its entirety in front of her?

19   BY MR. HANNAH:

20     Q.    I'm trying to get it back.

21     A.    When was this letter written?

22     Q.    Sorry about that.  It doesn't have any

23   particular date on it.

24     A.    And who is this doctor?  Is it --

25     Q.    Dr. Estavo de Santos who apparently

1    went to FIU Medical School and became a doctor.

2          **A.**    But was he in the -- I guess, let me

3    read it.

4          **Q.**    Go ahead and read it.  Go ahead and

5    read it.

6          **A.**    So this was written years after this

7    happened.

8          **Q.**    I don't know.

9          **A.**    I'm not --

10          **Q.**    Written at the time Mr. Nehme was

11    doing his appeal maybe.  I don't know.  I don't

12    know, there's no date on it, I agree with you --

13          **A.**    Yeah, I've never seen this and --

14          **Q.**    Right.  Would you agree with me it has

15    a different version of the events that took place

16    on that day from what Dr. Tempest reported?

17          MS. WYDLER:  Objection.  Form.

18          THE WITNESS:  Yes, it has a different

19          version of the events, yes.

20    BY MR. HANNAH:

21          **Q.**    Okay.  Just so we're clear you've

22    never seen this before, right, you've never seen

23    this document?

24          **A.**    No, sir.

25          **Q.**    Okay.  I'm not going to ask you

126

1    anymore questions about it then.

2             Let me show you what's been previously

3    marked as Exhibit Number 10 and ask you if you've

4    seen this particular document before?

5         **A.**    Yes, sir.

6         **Q.**    And this is similar to what we looked

7    at before for the second MSEPC hearing, this is for

8    the third one, correct?

9         **A.**    Yes.

10         **Q.**    You see the third and final one?

11         **A.**    Yes.

12         **Q.**    And this is something that's submitted

13    to the MSEPC, it's part of their package, right?

14         **A.**    Correct.

15         **Q.**    All right.  And it indicates what the

16    reason was for the MSEPC referral, correct?

17         **A.**    The reason for the MSEPC referral is

18    because he was -- he had a poor academic history,

19    poor continued performance, was on academic

20    probation, was doing particularly poorly on shelf

21    examinations and then subsequently failed his

22    psychiatry clerkship.

23         **Q.**    That's not what this says though.  I'm

24    just talking about this document.  It indicates

25    what the reason for the referral is on this

1      document, right?

2             **A.**    Yeah, the reason for the referral for

3      the visit to the MSEPC at that point in time.

4             **Q.**    Okay.  Because he failed the

5      psychiatry clerkship, correct?

6             **A.**    The reason that finally got him to the

7      MSEPC again for the third time.

8             **Q.**    Failed the shelf exam on the retake

9      and as a result failed the clerkship, right?

10            **A.**    Correct.

11            **Q.**    And that's the only reason indicated

12     on this document, right?

13                MS. WYDLER:  Objection.  Form.

14     BY MR. HANNAH:

15            **Q.**    Yes or no?

16            **A.**    The reason that's indicated on the

17     document is the reason why there was an official

18     visit back to the MSEPC, that's what that means

19     when the MSEPC is given this cover letter it's why

20     is he coming now at this point in time, well, it's

21     because he did not pass a clerkship.

22                However, the reason, the overall

23     reason is because he's on academic probation and

24     he's a repeater for an entire period because a

25     student may not be referred to the MSEPC if they

1        Q.    Yes?

2        A.    Yes.

3        Q.    And is it fair to say that from the

4    time Mr. Nehme came back from his leave of absence

5    and repeated his second year up until the time of

6    the third MSEPC hearing that there were no further

7    professional incident reports for him?

8        A.    Yes.

9        Q.    Right.  There were no further concerns

10   raised about his coming to class on time or

11   appearing for exams on time, correct?

12       A.    Correct, not that I'm aware of.

13       Q.    All right.  And that was about a

14   two-year period of time, correct?

15       A.    Correct.

16       Q.    So there was nothing to indicate that

17   he lacked professionalism throughout that period of

18   time when he was allowed to repeat his second year

19   up until the final MSEPC hearing, correct?

20       A.    Yes, correct.

21       Q.    And up until the time that he failed

22   his psychiatry clerkship, he had passed all of his

23   courses required for his first, second and up to

24   that time third year, correct?

25             MS. WYDLER:  Objection.  Form.

1        did visit the MSEPC, but he goes back to

2        the MSEPC to look at his overall

3        performance across medical school.

4            And because he's got multiple failures

5        despite being given multiple opportunities

6        and is having very low scores on those

7        shelf exams we were very much concerned --

8        or even the MSEPC was very much concerned

9        about those performances on those shelf

10       exams despite him having met those criteria

11       for passing those clerkships.

12           And that contributed to the decision

13       of his dismissal because one clerkship does

14       not -- one clerkship is not likely to cause

15       a dismissal for a student, one clerkship

16       failure.

17   BY MR. HANNAH:

18       Q.    That's what caused him to be called to

19   the MSEPC at the time that he was called to them,

20   right?

21       A.    Yeah.

22       Q.    Okay.  That was made known to

23   Mr. Nehme at the time he went in front of the MSEPC

24   for hearing number three, correct?

25           MS. WYDLER:  Objection.  Form.

142

```
1                    THE WITNESS:  Yes.
2    BY MR. HANNAH:
3          Q.    And when they actually did the hearing
4    and came up with the results they looked at his
5    whole career, correct, that's what you're saying?
6          A.    I believe so, yes.
7          Q.    Okay.  But it's fair to say that the
8    event that triggered him to be called in front of
9    the MSEPC was his failure of his psychiatry
10   clerkship, correct?
11                MS. WYDLER:  Objection.  Form.
12                THE WITNESS:  I think the fact that he
13   was on probation and the failure of his psychiatry
14   form and his multiple poor performances on his
15   shelf.  But the one event that caused him to get --
16   have that visit, yes.
17   BY MR. HANNAH:
18         Q.    Okay.
19         A.    Because of all of these things,
20   because again, if a student fails one clerkship it
21   does -- is not a trigger to the MSEPC.
22         Q.    It could though, right?
23         A.    Excuse me?
24         Q.    It could send somebody to the MSEPC,
25   right?
```

1      **A.**    Yes.

2      **Q.**    And that -- that purpose also has

3  been, to your understanding, always been part of

4  the MSEPC's role, correct?

5      **A.**    Yes.

6      **Q.**    Let me take you to Page 31 of that

7  same document where it says "Promotion and

8  Graduation," do you see that part?

9      **A.**    Yes, sir.

10      **Q.**    It says, starts off, says:  At the end

11  of each academic period the MSEPC will review the

12  academic, professionalism and conduct of each

13  matriculated medical student to determine whether

14  each student will be promoted to the next academic

15  period or will be recommended for graduation.

16           Did I read that correctly?

17      **A.**    Yes, sir.

18      **Q.**    And has that always been one of the

19  role's of the MSEPC during the time that you've

20  been with the medical school?

21      **A.**    Yes.

22      **Q.**    It says, it goes on further to say:

23  The MSEPC will consider a summary information from

24  the leadership of each academic period in making

25  promotion decisions.

172

```
 1                    Did I read that correctly?
 2          A.    Yes.
 3          Q.    Okay.  And that's still part to
 4   MSEPC's role as well, correct?
 5          A.    Yes, sir.
 6          Q.    Okay.  And it says:  Promotion is
 7   dependent upon satisfactory and academic progress
 8   upon maintaining the degree of professionalism
 9   necessary to become a physician as determined by
10   the MSEPC.
11                    Did I read that correctly?
12          A.    Yes.
13          Q.    All right.  And has that always been
14   part of the role of the MSEPC and making those
15   types of decisions?
16          A.    Yes.
17          Q.    Okay.  And that is a decision they
18   make when a student is promoted from period one to
19   period two as well from period two to period three,
20   correct?
21          A.    Yes.
22          Q.    So at least from Mr. Nehme at the time
23   he started his period three, MSEPC had made that
24   type of determination for him for promotional from
25   one to two, and then two to three, right?
```

173

```
1                    MS. WYDLER:   Objection.   Form.
2      BY MR. HANNAH:
3              Q.    Right?
4              A.    For those points in time, yes.
5              Q.    At so at least at the time he started
6      period three the MSEPC had made a determination
7      that Mr. Nehme had made satisfactory academic
8      progress and maintained a degree of professionalism
9      necessary to become a physician, correct?
10             A.    Correct, but he was still on academic
11     probation.
12             Q.    I get that.  I understand that.  But
13     at least for promotion purposes --
14             A.    Of course.  Because they have to move
15     forward.
16             Q.    They felt that he had met that
17     criteria in order to promote him, right?
18             A.    In order to move forward to the next
19     period and continue in the studies at that point,
20     he met that criteria.
21             Q.    Okay.  And if they had felt by that
22     time he was promoted from period two to period
23     three that he was not performing adequately either
24     from an academic performance or professionalism
25     standpoint that they would not have promoted him,
```