# EXHIBIT J

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 SOUTHERN DISTRICT OF FLORIDA

 3              CASE NO. 1:20-CV-24649-CANNON

 4

 5   ELIE NEHME,

 6        Plaintiff,

 7   vs.

 8   FLORIDA INTERNATIONAL UNIVERSITY
     BOARD OF TRUSTEES,
 9
          Defendant.
10   _____

11
     LOCATION:            Remote Audio-Video
12                        Communication
                          Pursuant to Supreme Court of
13                        Florida
                          Administrative Order No.
14                        SCAO21-17

15

16   DATE:               February 9, 2022

17   TIME:               2:30 PM ET to 5:45 PM ET

18

19

20           DEPOSITION OF TERESA REYES-GAVILAN

21       Taken before Leila Harris, LCR, Stenographic

22   Court Reporter, Notary Public State of Florida,

23   pursuant to Notice of Taking Deposition in the

24   above-styled cause.

25
```



Jeannie Reporting
Your Wish Is Our Job!
305-577-1705

```
 1    want to get back to my question when you're done,
 2    so let me know.
 3              Are you done with your answer?
 4       A.    Yes, sir.
 5       Q.    Okay.  My question to you, again:  Did
 6    you ever tell anyone that there are six conference
 7    rooms used as options for minimal distraction
 8    rooms at the medical school?
 9       A.    Yes, I guess.  Perhaps.  Because we
10    have used those rooms.  But not under the College
11    of Medicine.  We only have two minimal distraction
12    rooms that are under the purview of the College of
13    Medicine, to answer your question.
14              Those other four are not under our
15    purview.  They're under the Department of
16    Research.  And we, again, submit the request to
17    the Department of Research Scheduling Team, and
18    they reserve those rooms on our behalf.
19              But I do not reserve those rooms in
20    WellSky directly.  It has to go through the
21    Department of Research.
22       Q.    All right.  Is it your testimony that
23    there are six conference rooms that are used as
24    options for minimal distraction rooms at the
25    medical school?
```

```
1         A.     No.   My testimony is two minimal
2   distraction rooms under the College of Medicine.
3         Q.     Did you -- my question to you again:
4   Did you ever tell anybody that there are six
5   conference rooms used as options for minimal
6   distraction rooms?
7              MS. WYDLER:   Objection.   Form.
8         Objection.   Outside the scope of the
9         designated area of inquiry.
10  BY MR. HANNAH:
11        Q.     You can answer.
12        A.     I can only respond to the rooms that
13  are considered minimal distraction rooms under the
14  College of Medicine.   There are only two.
15        Q.     Okay.   Let me ask you again:   Did you
16  ever tell anyone that you use -- and you work for
17  the medical school, right?
18        A.     Yes, sir.
19        Q.     Did you ever tell anyone you use six
20  conference rooms for minimal distraction rooms?
21        A.     I may have.
22        Q.     That certainly be different --
23             (Simultaneous speakers)
24        A.     -- yes.
25
```



```
 1        A.      The second room --

 2        Q.      Go ahead.

 3        A.      The second room is --

 4        Q.      Go ahead.

 5        A.      The second room is AHC2 495 in the AHC2

 6   building, Academic Health Center 2, Room 495 on

 7   the fourth floor.

 8        Q.      Are you aware of rooms used in AHC2 on

 9   the fourth -- excuse me, on the fifth floor and

10   the sixth floor that have also been used as

11   minimal distraction rooms for exam taking?

12        A.      AHC2 556 on the fifth floor of Academic

13   Health Center 2 recently has been utilized and is

14   being utilized consistently for exams under ADA

15   special accommodations because -- because, now, it

16   is available.

17              At the time, it usually was not

18   available for the long amount of hours needed for

19   the ADA special accommodations exams.

20        Q.      What about -- that was AHC 55--

21   AHC2 556 that you said only --

22        A.      Yes.

23        Q.      -- now is being used as a minimal

24   distraction room?

25        A.      We -- yes.
```

```
1          Q.     And you aware that Mr. Nehme was

2     assigned to that minimal distraction room to take

3     his cardio final exam, cardio test back in

4     April of 2018?

5          A.     No, sir, I do not remember that.

6          Q.     So if that happened, then your

7     testimony that it's only now being used as minimal

8     distraction room would not be accurate, correct?

9               MS. WYDLER:  Objection.  Form and

10              outside the scope of the designated area of

11              inquiry.

12    BY MR. HANNAH:

13         Q.     You can answer, ma'am.

14         A.     At the time the room -- the reason I

15    said consistently moving forward is because, now,

16    the room has been made available due to changes in

17    scheduling of certain events, this specific

18    course, this Research Scholarship Course, which

19    has been moved to another building.  Previously,

20    it was being housed within AHC2 556, and the room

21    was regularly not available.

22              There may have been days where AHC2 556

23    was available.  Therefore, it would have been

24    reserved if available for ADA special

25    accommodations exams.
```

```
 1        Q.     Are you aware that AHC2 556 was, in
 2   fact, being used as a minimal distraction room for
 3   students with disabilities back in 2018?
 4        A.     I --
 5               (Simultaneous speakers)
 6               MS. WYDLER:  Objection.  Form.  Outside
 7          of the scope of the designated area of
 8          inquiry.
 9   BY MR. HANNAH:
10        Q.     Is that a -- is that a yes?
11        A.     I can say yes, but --
12               (Simultaneous speakers)
13   BY MR. HANNAH:
14        Q.     How about 2019?
15        A.     Yes.
16        Q.     How about 2020?
17        A.     Yes.
18        Q.     So why did you first testify that it's
19   only now being used as a minimal distraction room
20   when it's been consistently used as a minimal
21   distraction room throughout that period of time?
22               MS. WYDLER:  Objection.  Form.  Outside
23          the scope of the inquiry and
24          mischaracterization of testimony.
25
```



```
 1   BY MR. HANNAH:
 2        Q.     Answer my question, please.
 3        A.     Only until recently that room was being
 4   utilized regularly by the Research Scholarship
 5   Course, which was taking up the majority of the
 6   utilization of AHC2 556 from 9:00 to 12:00 and
 7   from 2:00 to 4:00.  Those are the hours where that
 8   room was used by the Research Scholarship Course.
 9             And the Research Scholarship Course
10   being changed to another building, that freed up
11   AHC2 556.  And that's why, now, it -- it would be
12   used more as compared to back then in 2020 and the
13   previous years.
14        Q.     The fact remains, though, it was being
15   used as a minimal distraction room back in 2018,
16   2019, and 2020, correct?
17        A.     Yes, correct.  It could have been used
18   on the days that it was available.
19        Q.     All right.  So for medical school
20   students taking final exams who needed to be
21   accommodated with a minimal distraction room,
22   medical school was using more than just two rooms
23   as you previously testified, right?
24             MS. WYDLER:  Objection.  Form.
25
```

```
1    BY MR. HANNAH:
2         Q.     Right?
3                MS. WYDLER:  Outside of the scope of
4         the designated area of inquiry.
5    BY MR. HANNAH:
6         Q.     You can answer the question.
7         A.     Can you repeat the question, please?
8                MR. HANNAH:  Could you read it back,
9         Madam Court Reporter, please.
10               THE REPORTER:  Yes.  One moment.
11               (Requested portion read back)
12        A.     Yes.
13   BY MR. HANNAH:
14        Q.     And isn't it true, also, that the
15   medical school used Room AHC2 690 as a minimal
16   distraction room back in that same time frame,
17   2018 through 2020, correct?
18        A.     I -- I don't recall utilizing that room
19   for minimal distraction.
20        Q.     Are you aware that Mr. Nehme was
21   assigned to that room for taking an exam back on
22   January 8, 2018?
23               (Simultaneous speakers)
24               MS. WYDLER:  Objection.  Form.  Outside
25        the scope.
```



```
1    BY MR. HANNAH:

2         Q.    I'm sorry.  Your answer?

3         A.    No, sir, I am not aware.

4         Q.    And certainly, at that time frame,

5    January 2018, he was required to be placed in

6    minimal distraction room for his exam taking,

7    correct?

8         A.    I'm sorry.  Can you repeat the

9    question?  I'm sorry about that.

10        Q.    Certainly.  As of the date I just

11   mentioned, January 8, 2018, Mr. Nehme was entitled

12   to receive as an accommodation for his exam taking

13   placement in a minimal distraction room, correct?

14             MS. WYDLER:  Objection.  Form.

15   BY MR. HANNAH:

16        Q.    You can answer.

17        A.    I don't -- I don't recall that date and

18   that event happening.

19        Q.    Do you know when Mr. Nehme was awarded

20   his accommodations for his test taking?

21             MS. WYDLER:  Objection.  Form.

22        A.    No, sir, I do --

23             (Simultaneous speakers)

24             MS. WYDLER:  And outside the scope of

25        the designated area of inquiry.
```



31

```
 1   BY MR. HANNAH:
 2        Q.    Were you aware -- were you handling the
 3   same job that you're doing now back in 2017, '18,
 4   '19, and '20?
 5        A.    Yes, sir.
 6        Q.    Okay.  So back in that time frame --
 7   let's say back in early 2018, was it your
 8   understanding that Mr. Nehme required to be placed
 9   in a minimal distraction room for his exam taking?
10        MS. WYDLER:  Objection.  Form.  Outside
11     the scope of the designated area of inquiry.
12   BY MR. HANNAH:
13        Q.    You can answer.
14        A.    My role is to reserve the room for
15   students under eligibility criteria under ADA and
16   special accommodation.
17        Q.    Were you scheduling Mr. Nehme for exam
18   taking back in early 2018?
19        MS. WYDLER:  Objection.  Form.  Outside
20     the scope of the designated area of inquiry.
21   BY MR. HANNAH:
22        Q.    You can answer.
23        A.    I was making reservations in minimal
24   distraction rooms for the purposes of Period 3
25   clerkship exams or Periods 1 and 2 under ADA
```

Your Wish Is Our Job!
305-577-1705

```
1    special accommodation.
2        Q.    That would've included Mr. Nehme too,
3    correct?
4            MS. WYDLER:  Objection.  Form.
5    A.    Yes --
6            (Simultaneous speakers)
7            MS. WYDLER:  Outside the -- outside the
8        scope of the area.  As a reminder, the
9        corporate rep deposition designation is the
10       decision to assign plaintiff to ACH, an
11       incorrect acronym, 495 to take his Psychiatry
12       Subject Shelf Exam remediation.  For the
13       record, that was only in 2020.  March -- a
14       specific day is what you limited your
15       designation to.
16   BY MR. HANNAH:
17       Q.    Okay.  I'm not sure what your answer
18   was to my question.
19           MS. WYDLER:  I'm objecting.
20   A.    I don't --
21           (Simultaneous speakers)
22           MR. HANNAH:  I understand what you're
23       objecting to.  I heard your objection.  I'm
24       asking the witness what her answer was
25       because she answered it while you were
```



```
1          objecting.
2               THE REPORTER:   I didn't get an answer.
3  BY MR. HANNAH:
4      Q.    All right.
5      A.    Can you --
6      Q.    My question to you is, and I'm entitled
7  to an answer to my question, when you were doing
8  scheduling of these rooms for students with
9  disabilities who needed a minimal distraction room
10 back in the 2018, 2019, 2020 time frames, students
11 included Mr. Nehme, correct?
12              MS. WYDLER:   Objection.   Form.
13 BY MR. HANNAH:
14     Q.    You can answer.
15     A.    If Mr. Nehme was eligible under ADA
16 special accommodations, he would have been placed
17 in the room.   But I -- I -- I do not know the
18 students that are participating in that specific
19 exam.   I reserve the rooms on behalf of the
20 coordinators.
21     Q.    Okay.   Were there minimal distraction
22 rooms in Building AHC1 back in February and March
23 of 2020?
24     A.    Yes, sir.
25     Q.    What rooms were those?
```



```
1          A.     AHC1 335.

2          Q.     That was the only room that was used in

3    that building for minimal distraction?

4          A.     Yes, sir.

5          Q.     How about Building AHC2?  Were there

6    rooms in Building AHC2 that you used as minimal

7    distraction rooms?

8          A.     AH- -- yes, AHC2 495.  And AHC2 556

9    when available.

10         Q.     Any others in that building?

11         A.     There is another conference room,

12   AHC2 690.  Not utilized as much as the other

13   previously mentioned rooms.

14         Q.     But it has been used as a minimal

15   distraction room in the past, correct?

16         A.     I -- I would -- I really can't recall.

17   I -- I can't recall that -- reserving that room.

18         Q.     I'm not asking you if you recall

19   reserving it.  I'm just asking you, it has been

20   used as a minimal distraction room in the past for

21   students to take exams, correct?

22               MS. WYDLER:  Objection.  Form.  Outside

23        of the scope.

24   BY MR. HANNAH:

25         Q.     You can answer.
```



```
 1          A.      It may have, but I -- I can't recall.
 2          Q.      Any other rooms in Building AHC2 that
 3   the medical school used as minimal distraction
 4   rooms for exam taking?
 5          A.      No, sir.
 6          Q.      How about Building AHC4; were there any
 7   rooms there that were used as minimal distraction
 8   rooms?
 9          A.      There are four conference rooms under
10   the purview of the Department of Research in the
11   AHC4 building.  And some of those rooms are
12   reserved for exams, but we have to request them
13   from the Department of Research Scheduling Team.
14   They are not under the purview of College of
15   Medicine.
16          Q.      Okay.  Well, I'm asking you, have
17   they -- rooms in that building been used in the
18   past as minimal distraction rooms?
19          A.      Yes, sir.
20          Q.      Which rooms?
21          A.      To my recollection, AHC4 401 in the AHC
22   building on the fourth floor and AHC4 402 on the
23   fourth floor as well, AHC4 301 on the third floor
24   and AHC4 201 on the second floor.  Those are the
25   four rooms under the Department of Research.
```

```
1        Q.    But those are the rooms -- each one of
2   those rooms has been used from time to time as a
3   minimal distraction room?
4        A.    Yes.
5        Q.    So I count eight separate rooms that
6   could be used potentially as minimal distraction
7   rooms for medical students who had to -- who had
8   disabilities who needed a minimal distraction
9   room; is that correct?
10            MS. WYDLER:  Objection.  Form.  Outside
11       the scope.  You haven't mentioned the time
12       period.
13            MR. HANNAH:  Sounds like a speaking
14       objection.
15            MS. WYDLER:  Just to make it --
16   BY MR. HANNAH:
17       Q.    You identified --
18            MS. WYDLER:  -- clear on the record.
19   BY MR. HANNAH:
20       Q.    You --
21            MR. HANNAH:  Yeah, that's a speaking
22       objection.  You know that's improper.
23   BY MR. HANNAH:
24       Q.    You identified eight different rooms
25   that, at times, have been used as minimal
```



```
 1   distraction rooms, correct?

 2        A.    At different times, yes.

 3        Q.    Any other rooms in Building AHC4 being

 4   used by minimal distraction rooms back in 2019 to

 5   2020 time frame?

 6        A.    No.

 7        Q.    None of those rooms were being used as

 8   minimal distraction rooms?

 9        A.    I'm sorry.  I thought you were asking

10   for additional rooms --

11        Q.    No, no, no, no.

12              (Simultaneous speakers)

13   BY MR. HANNAH:

14        Q.    You're not hearing me.

15        A.    I'm sorry.

16        Q.    The rooms in Building AHC4 that you

17   identified that were -- or had been used as

18   minimal distraction rooms, were those rooms being

19   used in the -- for that -- those purposes in the

20   2019 to 2020 time frame for medical students?

21              MS. WYDLER:  Objection.  Form.  Outside

22        the scope.

23   BY MR. HANNAH:

24        Q.    You can answer.

25        A.    They may have been used if available.
```



1      Q.     You specifically requested that room or

2   a room?

3      A.     He requested two rooms, AHC1 335 or

4   AHC2 495.  Either which -- either one of --

5   whichever one was available for the six-hour

6   block.

7      Q.     Was it part of your responsibilities

8   when you did this scheduling to know what other

9   events were going on in around the rooms where

10  there were supposed to be minimal distraction?

11     A.     Yes.

12     Q.     That was part of your responsibility to

13  know what's going on as far as amount of foot

14  traffic in the area, meetings going on, number of

15  participants in meetings?  Let's say, for example,

16  in the area Room AHC2 495, your -- it was part of

17  your responsibility to know that?

18     A.     My responsibility is to reserve the

19  rooms.  I -- if necessary, I look at the other

20  rooms if I'm asked to see if there are room

21  availability for other events.

22     Q.     Let's say, on the date in question, for

23  Room AHC2 495 -- which I understand is by a number

24  of other rooms, it's in a hallway, it has a

25  window, it has two entrances -- are you, as part

```
 1    available.
 2         Q.    I'm not asking you about any --
 3               (Simultaneous speakers)
 4    BY MR. HANNAH:
 5         Q.    -- particular room being available on
 6    any particular date.  I'm not asking you --
 7    limiting my question.
 8               Isn't it true AHC2 556 had also been
 9    used as a minimal distraction room for students
10    with disabilities who needed a minimal distraction
11    room to take exams?
12         A.    Yes.
13         Q.    Okay.  So that makes seven rooms that
14    could be used as minimal distraction rooms.  Not
15    just six, right?
16         A.    Yes.
17         Q.    And just so we're clear, you don't know
18    whether or not AHC2 690 was also used as a minimal
19    distraction room, right?
20         A.    I don't recall.
21         Q.    All right.  Going back to your
22    statements here made to the investigator as
23    recorded in this document, it says, She added --
24    meaning you, Teresa Reyes-Gavilan -- added that
25    she prefers using AHC1 335 and AHC2 495 for
```



```
 1   Lab.
 2        Q.    So you would not ever told the
 3   investigator that there were other conference
 4   rooms in the area of Room AHC2 495, right?
 5        A.    No, sir, I would not.
 6        Q.    Well, it certainly was -- two doors
 7   that are accessible to other class or other rooms
 8   where events were occurring, correct?
 9             MS. WYDLER:  Form.
10        A.    Yes, but not conference rooms.
11   BY MR. HANNAH:
12        Q.    For example, that room we talked about
13   before, AHC2 453, there was an event going on at
14   that time, a class.  I believe it was a Clinical
15   Skills class that was going on, right -- I'm
16   sorry, a neurology clerkship neuro exam review
17   that was going on at the time, right?
18        A.    If I recall from the -- the
19   screenshots, it was the neurology clerkship from
20   8:00 to 12:00, I believe, on that date, March 2nd.
21        Q.    Okay.  And then you also mentioned here
22   in this statement, O-S-C-E, OSCE simulation rooms.
23             Do you know what the OSCE simulation
24   rooms, how many students are involved in those
25   OSCE simulations?
```



```
 1        A.     The capacity in the rooms are eight.
 2   In the OSCE simulation rooms.
 3        Q.     Okay.  And to the extent the OSCE
 4   simulations are scheduled, are you aware of the
 5   process where certain students have to wait
 6   outside the rooms before they're called in; and
 7   when they're called in, they go into the rooms?
 8              Are you aware of that process?
 9        A.     No.  That -- that process is under the
10   management of the OSCE sim team.  I reserve the
11   rooms; but as far as the process that is entailed
12   and -- and anything outside of a classroom, no,
13   I'm not aware.
14        Q.     So you don't know how those --
15              (Simultaneous speakers)
16        A.     -- inside the room.
17   BY MR. HANNAH:
18        Q.     You don't know how those OSCE
19   simulations are conducted then, correct?
20        A.     No, sir.
21        Q.     You don't know or you're not aware that
22   students have to wait out in the hallway before
23   they're called in and that they're called in on a
24   loud speaker in the hallway that calls them in
25   when they can come into the room?  You're not
```



```
1    aware of that?

2         A.    No, sir.

3               MS. WYDLER:  Objection.  Form.

4         Predicate.

5    BY MR. HANNAH:

6         Q.    You're not aware?  Just to make sure I

7    understand your answer.

8         A.    No, I --

9         Q.    You're not aware of that?

10        A.    No, I am not.

11        Q.    And if that was happening, that

12   certainly could be a distraction, right?  If

13   students were waiting outside in the hallway to be

14   called into the OSCE simulation rooms and there's

15   a loud speaker outside in the hallway announcing

16   when they can come into the rooms and when they

17   can leave.  You don't --

18              MS. WYDLER:  Objection.  Form.

19              (Simultaneous speakers)

20   BY MR. HANNAH:

21        Q.    That would certainly be a distraction,

22   right?

23              MS. WYDLER:  Objection.  Form.

24        A.    I'm not understanding your question.

25   As it's related to AHC2 495?  I'm not
```



```
 1   understanding your question, sir.
 2   BY MR. HANNAH:
 3        Q.    My question to you is --
 4              (Simultaneous speakers)
 5   BY MR. HANNAH:
 6        Q.    Says here, There are two doors that are
 7   accessible to other conference rooms as OSCE
 8   simulation rooms.  Where -- was Room AHC2 495 in
 9   the proximity of OSCE simulation rooms, to your
10   knowledge?
11        A.    AHC2 495 is in proximity to four OSCE
12   rooms that really are -- 453 is in proximity to
13   AHC2 495.  The OSCE rooms has two sides, four on
14   one side, four on the other.  They're on the --
15   say west side of that area.
16        Q.    All right.  Are there OSCE rooms in the
17   corridor outside the doors going into the OSCE
18   rooms in the corridor outside Room AHC2 495?
19              MS. WYDLER:  Form.
20        A.    No, sir.
21   BY MR. HANNAH:
22        Q.    There are no OSCE rooms on that floor?
23              MS. WYDLER:  Objection, form.
24        A.    You asked me if they were outside AHC2
25   495, and they are not, to my knowledge.
```



```
 1   BY MS. WYDLER:
 2        Q.    They're not in the proximity, even, of
 3   Room AHC2 495, the OSCE rooms?
 4        A.    In proximity, but not outside AHC2 495.
 5        Q.    So the students going to and from the
 6   OSCE simulation rooms would be required to pass by
 7   AHC2 495?
 8             MS. WYDLER:  Objection.  Form.
 9   BY MR. HANNAH:
10        Q.    You can testify.
11        A.    I cannot -- I cannot answer that
12   question because I -- I -- I recall that that
13   floor, AHC2 fourth floor is a circular loop.  So
14   there are several entrances where students can go
15   through around the hallway, so I cannot answer
16   that.
17        Q.    Okay.  So you're not familiar with the
18   foot traffic that goes back and forth by Room AHC2
19   495 when there are OSCE simulations going on,
20   right?
21             MS. WYDLER:  Objection.  Form.
22        A.    No, I --
23   BY MR. HANNAH:
24        Q.    You can answer.
25        A.    I am not familiar with the foot
```



```
 1    traffic.  I do know that, because the conference
 2    room is situated in administrative areas, the
 3    majority of the foot traffic would be
 4    administrative staff.  But I cannot say that I am
 5    familiar.
 6          Q.    Okay.  And the next sentence, it says,
 7    She said -- meaning you, saying this to the
 8    investigator -- that AHC1 335 is in a separate
 9    building where there are only offices in a hallway
10    that leads to individual office spaces and two
11    windows that have an external view of the outside.
12                Did I read that correctly?
13          A.    You read it correctly.
14          Q.    And is that an accurate statement as
15    far as your understanding of Room AHC1 335?
16          A.    It is not accurately written.
17          Q.    What's wrong with it?
18          A.    AHC1 is in a separate building where
19    there are only offices.  It is in an
20    administrative -- it is at the end of an
21    administrative suite at the end of the hallway.
22    It leads to individual office spaces, that is
23    correct.  There are several windows inside
24    AHC1 335 conference room with closed blinds.
25          Q.    Windows going --
```



```
 1              (Simultaneous speakers)
 2   BY MR. HANNAH:
 3        Q.    Go ahead.  Go ahead.  Sorry to
 4   interrupt you.  I thought you were done.  Go
 5   ahead.
 6        A.    Okay.  And two windows that have an
 7   external view of the outside.  I believe it's
 8   three windows, not two windows.
 9        Q.    So -- but there are windows that have
10   views to the outside of the building, right?  Not
11   onto the internal hallway, correct?
12              MS. WYDLER:  Form.
13        A.    Exactly.
14   BY MR. HANNAH:
15        Q.    Going to the last paragraph of your
16   statements to the investigator, as reported here,
17   it's -- says, According to Gavilan, on March 2nd,
18   2020, the day Nehme took his Shelf Examination,
19   there were several meetings in the conference
20   rooms and three OSCI -- which seems to be OSCE
21   also -- simulation rooms near -- near AHC2 495
22   where Nehme was testing.
23              Did I read that accurately?
24        A.    You read it correctly -- accurately.
25        Q.    Is that a accurate statement?
```



Jeannie Reporting
Your Wish Is Our Job!
305-577-1705

115

```
 1        A.     No.

 2        Q.     It's an accurate statement of what you

 3   told the investigator.

 4              MS. WYDLER:    Form.   Predicate.

 5   BY MR. HANNAH:

 6        Q.     Do you recall?

 7        A.     Several meetings in the conference

 8   rooms.   Which conference rooms is she relating to

 9   here?   The other rooms that are on other floors?

10   Because there are no other conference rooms on the

11   fourth floor other than AHC2 495.

12              The -- may I continue, or do I wait for

13   you?

14        Q.     My question to you is:   Do you recall

15   telling the investigator who interviewed you in

16   your telephone conversation what I just read?

17        A.     I do not recall because that statement

18   doesn't seem accurate to me.

19        Q.     Because of its reference to conference

20   rooms; is that correct?

21        A.     Several meetings in the conference

22   rooms -- the other conference rooms.   But it's not

23   specifying.   So it's very generalized.

24        Q.     Okay.

25        A.     In relation to the three OSCE rooms --
```



```
1    OSCI is misspelled because the I should be an E

2    for exam -- simulation --

3         Q.    Right.

4         A.    -- rooms near AHC2 495.  There were

5    rooms that are --

6         Q.    Could be a typo.

7               I'm sorry.  Go ahead.  You're not

8    finished.

9         A.    Yes, it --

10        Q.    Go ahead.

11        A.    It is a typo.

12        Q.    A typo because she -- in the paragraph

13   above, she says OSCE, right?

14        A.    Yes, sir.

15        Q.    Okay.  So we know that that's what

16   she's referring to in that paragraph, right?

17        A.    Yes.

18              It's -- do I -- do I continue?

19              (Simultaneous speakers)

20              MS. WYDLER:  Continue if you -- if you

21        have a response -- if you're continuing with

22        your response.

23   BY MR. HANNAH:

24        Q.    Is there anything, other than this

25   reference to conference rooms in that area, that
```



```
1    is inaccurate about this statement?

2         A.    Yes.

3         Q.    What?

4         A.    Three OSCE simulation rooms near

5    AHC2 495.

6         Q.    What's wrong with that statement?

7         A.    There are four conference rooms in the

8    vicinity of H- -- AHC2 495.  Those were not being

9    utilized from 8:00 to 12:00 in the morning.

10        Q.    Wait a minute.  You just testified

11   before that there are no other conference rooms on

12   that floor other than AHC2 495.  And now, you are

13   testifying that there other conference rooms.

14              What -- what is it?

15        A.    No.  I'm sorry if I misstated.  It's

16   not conference room.  It's OSCE rooms.

17              Did I say conference room?

18              MS. WYDLER:  You did.  You did.

19        A.    I'm sorry.  My apologies.  My

20   apologies.

21   BY MR. HANNAH:

22        Q.    Okay.

23        A.    I -- I -- I apologize.  OSCE rooms.

24        Q.    So there are not three OSCE simulation

25   rooms that are located near AHC2 495?
```



```
1         A.      There are, but those rooms were not

2   being utilized.

3         Q.      Why in the world --

4                 (Simultaneous speakers)

5         A.      There are four --

6   BY MR. HANNAH:

7         Q.      Why in the world would you be telling

8   the investigator that there were -- there were

9   three OSCE simulation rooms near AHC2 495?

10        A.      I do not recall saying that.  I mean,

11  there's so many --

12        Q.      Any reason that --

13        A.      -- inaccuracies in this statement, I --

14  I don't even think a lot of this was my words.

15  But again, I can't speak to that.

16        Q.      The next sentence in this -- in this

17  statement that's being recounted of what you made

18  to the investigator, EEO investigator, it says,

19  These meetings had approximately 20 participants

20  each.

21                Did I read that correctly?

22        A.      You read that correctly.

23        Q.      All right.  Do you recall telling that

24  to the investigator?

25        A.      I do not recall because there was no
```



```
 1   meeting.   There was a neurology clerkship in

 2   AHC2 453 --

 3          Q.     Do you know if the --

 4          A.     -- that has 20 participants.

 5          Q.     Do you know if the OSCE simulations had

 6   approximately 20 participants each that were being

 7   held that day outside of room -- Conference Room

 8   AHC2 495?

 9                 MS. WYDLER:  Objection.  Form.

10          A.     No.  I disagree.

11   BY MR. HANNAH:

12          Q.     So you think --

13          A.     I don't --

14          Q.     -- the investigator's just making this

15   stuff up that you're saying?

16          A.     No.  It's just inaccurate.  It's

17   inaccurately written.

18          Q.     So you're disagreeing with what the

19   investigator is reporting you told her, correct?

20          A.     I am.

21          Q.     Any reason why the investigator would

22   just make this stuff up about what you were

23   telling her?

24                 MS. WYDLER:  Objection.  Form.

25
```



```
 1   BY MR. HANNAH:
 2        Q.    Can you think of any reason?
 3        A.    I'm not saying the investigator was
 4   making any information up.  I'm just saying that
 5   what is written here is inaccurate.
 6        Q.    Now that you look at it, but do you
 7   recall specifically what you told the investigator
 8   that day as reflected in this report?
 9        A.    I do not recall.
10              I can only --
11        Q.    Says --
12        A.    -- go by the WellSky Scheduling System,
13   which is what I reserve.  So I -- if I utilize
14   that, that -- the events are reserved there, and
15   it gives me the information.
16        Q.    Says, Gavilan added -- this is you
17   adding to the investigator in your telephone call
18   with her -- that no student should have been
19   assigned to take a test in AHC2 495 because of the
20   amount of people on that floor.
21              Did I read that accurately?
22        A.    You read it accurately.
23        Q.    Is that a accurate reflection of what
24   you told the investigator that day when you spoke
25   to her on the phone?
```



```
 1        A.    Absolutely not.

 2        Q.    Oh, it's just completely made up by the

 3   investigator, the statement you made.

 4              MS. WYDLER:  Objection --

 5   BY MR. HANNAH:

 6        Q.    Right?

 7              MS. WYDLER:  Form.

 8   BY MR. HANNAH:

 9        Q.    Is that your position?

10              MS. WYDLER:  Objection.  Form.

11        A.    No, I didn't...

12   BY MR. HANNAH:

13        Q.    So the investigator is lying in here;

14   is that what you're saying?

15              MS. WYDLER:  Objection.  Form.

16        Predicate.

17              You can answer.

18   BY MR. HANNAH:

19        Q.    You can question the question.

20        A.    The statement that -- the statement

21   that is written here is not accurate.

22        Q.    So the investigator, then, is not

23   telling the truth in what you told her that day.

24   Is that what you're saying?

25              MS. WYDLER:  Objection.  Form.
```



```
 1          Predicate.
 2    BY MR. HANNAH:
 3          Q.    You can answer.
 4          A.    I don't -- that's inaccurate -- that's
 5    an inaccurate or a not accurate statement.
 6          Q.    Even though you don't --
 7                (Simultaneous speakers)
 8    BY MR. HANNAH:
 9          Q.    -- remember what you said to the
10    investigator that day, right?  You still say
11    that's an inaccurate statement that she said?
12                That's what you --
13          A.    Yes, because I --
14          Q.    -- told her?
15          A.    I -- I wouldn't say something like that
16    because it does not make sense.  The --
17                (Simultaneous speakers)
18          A.    -- events -- the --
19                MS. WYDLER:  Go ahead.
20          A.    -- events they -- the events that are
21    reserved in the rooms take place inside the rooms.
22    There's a hallway within the administrative suite.
23    The foot traffic is minimal.
24    BY MR. HANNAH:
25          Q.    Was it minimal that day?
```



```
 1        A.     I can't answer to that.

 2        Q.     Why not?

 3        A.     I -- I -- my -- my response is that the

 4   events that are taking place are taking place

 5   within the rooms that are reserved.  Not outside

 6   the rooms.  There's a hallway, and there's minimal

 7   traffic in the hallway because the Room AHC2 495

 8   is located in an administrative suite.

 9        Q.     So you're testifying today under oath,

10   ma'am, that what the investigator -- the EEO

11   investigator said you told her in her -- the

12   interview of you is false.  Is that what you're

13   testifying?

14             MS. WYDLER:  Objection.  Form.

15   BY MS. WYDLER:

16        Q.     Specifically, the following statement,

17   Gavilan added that no student should have been

18   assigned to take a test in AHC2 495 because of the

19   amount of people on that floor.

20             It is your -- is it your testimony

21   under oath, under penalty of perjury, ma'am, that

22   that -- you never told that to the investigator?

23             MS. WYDLER:  Objection.  Form.

24        A.     I do not recall saying that.

25
```



124

```
1    BY MR. HANNAH:
2         Q.    So you might have said that, but you
3    just don't recall it?
4              MS. WYDLER:  Form.
5         A.    No.  I do not recall saying a statement
6    like that because, again, the -- the events take
7    place within the room.  The amount --
8    BY MR. HANNAH:
9         Q.    You do realize --
10             (Simultaneous speakers)
11        A.    -- on that floor --
12   BY MR. HANNAH:
13        Q.    You do realize you're testifying under
14   oath right now just like you would in a trial?
15        A.    Of course.
16        Q.    You understand that?
17        A.    Of course, I understand.
18        Q.    Under penalty of perjury, right?
19        A.    Of course, I understand --
20             (Simultaneous speakers)
21             MS. WYDLER:  She's already answered
22        that, Mr. Hannah.  I don't appreciate you --
23             MR. HANNAH:  I'm allowed to ask --
24             MS. WYDLER:  -- trying to intimidate
25        her.
```



Jeannie Reporting
Your Wish Is Our Job!
305-577-1705

125

```
 1              MR. HANNAH:  -- those questions,
 2      Lourdes.  I'm not intimidating her.  I'm
 3      allowed to ask her those questions.
 4              You would do the same, so stop
 5      interrupting my questions with the
 6      inappropriate objections.
 7              MS. WYDLER:  It's not inappropriate.
 8      It's close to a motion for protective order,
 9      but proceed.
10              (Simultaneous speakers)
11              MR. HANNAH:  Give me a break.
12  BY MR. HANNAH:
13      Q.    So you never told this investigator
14  that there were OSCE simulation meetings going on
15  around Room AHC2 495 where Mr. Nehme was testing.
16  You never told her that?
17              MS. WYDLER:  Objection.  Form.
18              Go ahead.
19      A.    I don't recall.
20  BY MR. HANNAH:
21      Q.    Okay.  Now, you don't recall.
22              All right.  Now, you also didn't tell
23  her that these meetings had approximately 20
24  participants each?  You never told her that?
25      A.    I don't recall telling her, but that is
```



```
1    correct just for the neurology clerkship event

2    taking place in AHC2 453.  It's missing the --

3    the -- the information.  It's just making up

4    blanket statements that these meetings have

5    approximately 20 participants each.  It's not even

6    stated where these meetings are taking place.

7              And there are no meetings.

8       Q.    Says they're taking place --

9       A.    They are events.

10      Q.    They're taking place --

11            (Simultaneous speakers)

12            MS. WYDLER:  Don't interrupt her again,

13      please.

14            THE REPORTER:  Yeah.  When there's

15      interruptions -- and I won't interrupt again.

16      But I'm just saying, when you guys are

17      talking on top of each other, it's -- there's

18      nothing on the record.

19   BY MR. HANNAH:

20      Q.    Go ahead and finish, ma'am.

21      A.    What I am trying to clarify,

22   Mr. Hannah, is that the sentence that reads as

23   follows:  These meetings had approximately 20

24   participants each.

25            Number 1, there are no meetings.  There
```



```
 1  are events because they are curriculum-related
 2  events.   Therefore, they are courses.   If there
 3  are 20 participants on that day, the -- the
 4  neurology clerkship -- clerkship, excuse me, had
 5  20 participants scheduled under the reservation in
 6  AHC2 453, the Clinical Skills Lab.
 7           That statement is -- is really missing
 8  specific information.   That's why I am saying you
 9  read it correctly, but it really is not accurate.
10      Q.   Uh-huh.   Would you have told the EEO
11  investigator false information, ma'am?
12      A.   No, sir.
13      Q.   You wouldn't have been completely
14  truthful with the investigator when you talked to
15  her?
16      A.   I would have been completely truthful
17  when I spoke to her.
18      Q.   And you knew the purposes of the
19  interview?
20           MS. WYDLER:   Objection.   Form.
21      A.   As I --
22  BY MR. HANNAH:
23      Q.   You can answer.
24      A.   Yes.   As I've read this document with
25  you and reviewed it, it's -- it's making more
```



```
 1   sense as the conversation that I had with Ms.

 2   Hall.

 3        Q.    Could you do me a favor?  You're, like,

 4   so close to the camera that I only see half your

 5   face.

 6              That's better.

 7        A.    Sorry.

 8              Better?

 9        Q.    I'd like to see your whole face.

10   That's better.  Thank you.

11              Okay.  So you would've been completely

12   truthful with the investigator when she was

13   interviewing you, correct?

14        A.    Yes, sir.

15        Q.    Didn't have any reason to lie when you

16   were telling her things, right?

17        A.    Can you repeat the question?

18        Q.    You had no reason to lie about things

19   in August of 2020 when you were being interviewed

20   by the investigator, right?

21        A.    I have no reason to lie because I have

22   the supporting documentation, the e-mails with

23   requests to reserve the room.  Everything is

24   documented in the WellSky Scheduling System.  It's

25   a realtime web-based scheduling system.
```



```
 1        Q.      Did you share --

 2                (Simultaneous speakers)

 3  BY MR. HANNAH:

 4        Q.      Did you share that with the

 5  investigator and with the IDEA?

 6        A.      I don't recall.

 7        Q.      Didn't say anything about that, right,

 8  in this statement?

 9        A.      I really don't remember.

10        Q.      So the following statement to you is

11  it's completely untrue statement, right, that no

12  student should have been assigned to take a test

13  in AHC2 495 because of the amount of people on

14  that floor?

15        A.      To me, that is an untrue statement.

16        Q.      So then you are testifying today that

17  the investigator made that up?

18                MS. WYDLER:  Objection.  Form.

19        Predicate.

20                (Simultaneous speakers)

21  BY MR. HANNAH:

22        Q.      -- she prepared this report, right?

23                MS. WYDLER:  Form.

24        A.      I am not saying that the investigator

25  made that up.  I am just answering your question
```



```
1    that I believe that that is not a true statement.
2    BY MR. HANNAH:
3        Q.    As you sit here today, was that a true
4    statement back in August of 2020 when you were
5    interviewed by the investigator?
6            MS. WYDLER:  Form.
7    BY MR. HANNAH:
8        Q.    You can answer.
9        A.    No, that is not a true statement.
10       Q.    So the investigator completely made up
11   the statement that you told her, right?
12           MS. WYDLER:  Objection.  Form.   Third
13       asked and answered.
14   BY MR. HANNAH:
15       Q.    Please answer my question.
16           Is she -- is the investigator lying
17   when she makes this statement about what you told
18   her?
19           MS. WYDLER:  Objection.  Form.
20       Predicate.
21       A.    I do not --
22   BY MR. HANNAH:
23       Q.    You can answer.
24       A.    I am not saying that the investigator
25   is lying.  I am answering your question that that
```



1    sentence is not correct.

2         Q.     So can you think of any way or anywhere

3    that the investigator would have come up with that

4    sentence that was attributed to you?

5              MS. WYDLER:   Form.

6    BY MR. HANNAH:

7         Q.     You can answer.

8         A.     No.  I just see a lot of inaccuracy --

9    inaccuracies in this document under my name and

10   the conversation that we had.  And -- and --

11        Q.     Goes on --

12             (Simultaneous speakers)

13        A.     -- there are a lot of inaccuracies.

14   BY MR. HANNAH:

15        Q.     Goes on further to attribute another

16   statement to you in the very last sentence of your

17   statement.  She stated that she normally catches

18   these situations and understands that a student

19   may have felt uncomfortable with the arrangement.

20             Did I read that correctly?

21        A.     You read that correctly.

22        Q.     Did you make that statement to the

23   investigator?

24        A.     I don't recall.  And it's not accurate.

25   I wouldn't say something like that.  But again,



Jeannie Reporting
Your Wish Is Our Job!
305-577-1705

132

```
1    that...
2         Q.    So that's another falsehood that the
3    investigator came up with in her report, right?
4              MS. WYDLER:   Objection.   Form.
5         Predicate.
6    BY MR. HANNAH:
7         Q.    Right?
8         A.    I cannot -- I cannot make that
9    statement.   I'm just --
10              (Simultaneous speakers)
11   BY MS. WYDLER:
12        Q.    You're stating that it's false.
13              MS. WYDLER:   You're interrupting her.
14   BY MR. HANNAH:
15        Q.    You're stating that that's a false
16   statement, right?
17              MS. WYDLER:   Objection.   Form.
18        A.    I'm stating that that --
19              MS. WYDLER:   Predicate.
20   BY MR. HANNAH:
21        Q.    You can answer.
22        A.    I'm stating -- I'm stating that that is
23   inaccurate.
24        Q.    So that entire paragraph is inaccurate,
25   according to you.   Correct?
```



```
 1        A.    I would say yes, because a lot -- a lot
 2   of detailed information is missing, supportive
 3   information is missing, and it's just not
 4   comprehensive enough to really bring -- bring
 5   forth the information that it's trying to relay.
 6   That's the way I am reading it, and that is the
 7   way I am perceiving it --
 8        Q.    So --
 9        A.    -- and comprehending it.
10        Q.    -- according to you -- according to
11   you, that paragraph is full of falsehoods,
12   correct?
13             MS. WYDLER:  Objection.  Form.
14   BY MR. HANNAH:
15        Q.    You can answer.
16        A.    That is not what I am saying.
17        Q.    Is there anything accurate about that
18   paragraph?
19             MS. WYDLER:  Objection.
20        A.    March 2nd --
21             MS. WYDLER:  Form.
22   BY MR. HANNAH:
23        Q.    That's it?  That's the only thing
24   accurate about the paragraph is March 2nd, the day
25   Nehme took his Shelf Exam?
```



134

```
 1        A.     March 2nd, 2020, the day Nehme took his
 2   Shelf Examination.  AHC2 495 where Nehme was
 3   testing.  That's it.
 4        Q.     Everything else is completely false,
 5   right?  Is that your testimony?
 6              MS. WYDLER:  Objection.  Form.
 7   BY MR. HANNAH:
 8        Q.     You can answer.
 9              MS. WYDLER:  Asked and answered.
10              MR. HANNAH:  I didn't ask that question
11       ever.
12   BY MR. HANNAH:
13        Q.     Everything else -- well, other than
14   what you just pointed out is completely false in
15   that paragraph.
16              MS. WYDLER:  Objection.  Form.
17   BY MR. HANNAH:
18        Q.     Right?
19        A.     I am not saying it's false, sir.  I'm
20   just saying that it is inaccurate.
21        Q.     And is it your testimony that you never
22   told the investigator any of those other things
23   other than what you identified as being accurate?
24              MS. WYDLER:  Objection.  Form.
25        A.     Can you repeat the question, please?
```



Jeannie Reporting
Your Wish Is Our Job!
305-577-1705

```
1    BY MR. HANNAH:

2         Q.    Is it your testimony that you never

3    told the investigator any of these things that's

4    contained in this paragraph or made any of these

5    statements as contained in this paragraph other

6    than what you identified as being accurate?

7              MS. WYDLER:  Objection.  Form.

8         A.    It is my testimony only the three

9    things that I cited that are accurate.  Other than

10   that, I cannot recall saying the -- the

11   information.

12   BY MR. HANNAH:

13        Q.    Did you know that the room was

14   extremely cold the day that Mr. Nehme took the

15   exam?

16        A.    I'm sorry, sir?  Can you repeat the

17   question?

18        Q.    Did you know that the room, ACH2 495,

19   was extremely cold the day that Mr. Nehme took the

20   exam?

21             MS. WYDLER:  Objection.  Form.

22        A.    No, I did not.

23   BY MR. HANNAH:

24        Q.    Sorry?  I didn't hear your answer.

25        A.    No, I do not -- did not know.
```

