**EXHIBIT "A"**

**DOCUMENTS ATTACHED/OMITTED FROM**

**DEFENDANT'S NOTICE OF FILING
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

1. Additional Exhibit **NOT LISTED IN NOTICE OF FILING:** [ECF 55-2] Page 4 of 28, 8/1/2017 Memorandum to Carolyn Runowicz, M.D. from Sergio Gonzalez-Arias, M.D. re MSEPC on Elie Nehme.

2. Innah Lachica Deposition excerpts:  **MISSING PAGES 168 AND 169 REFERENCED IN STATEMENT**.

3. Stephen Loynaz Affidavit with Exhibits: Exhibit 4:  **NOT LISTED IN NOTICE OF FILING** [ECF No. 55-9] Page 16 of 21 7/28/2017 E-mail to Von Harscher, Nancy Havas with 7/28/2017 Accommodations.

4. Elizabeth Bejar, Ph.D. Affidavit with Exhibits – **NOT LISTED IN NOTICE OF FILING:** [ECF 55-10] Pages 38-80.