UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-24649-AMC

ELIE NEHME,

    Plaintiff,

vs.

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES

    Defendant.
_____/

**DEFENDANT, FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM OF LAW IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT AND REPLY STATEMENT OF MATERIAL FACTS**

Defendant, FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES ("FIU"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6, hereby files this Unopposed Motion for Extension of Time to File Reply Memorandum of Law in Support of the Motion for Summary Judgment and Reply Statement of Material Facts, and states:

1.     This is a purported disability discrimination action arising from Plaintiff's dismissal from FIU's Herbert Wertheim College of Medicine. Plaintiff brings this action pursuant to the Americans with Disabilities Act ("ADA"). Defendant's Motion for Summary Judgment was filed on March 11, 2022. [ECF No. 57].

2.     Plaintiff filed his Response in Opposition to Defendant's Motion for Summary Judgment [ECF No. 65] and his Statement of Disputed Material Facts [ECF No. 64] on Monday, April 11, 2022, after this Court granted two (2) unopposed motions for extension of time to respond. [ECF

No. 60 and No. 62]. Pursuant to Southern District of Florida Local Rule 7.1(c), the Defendant's Reply is due on Monday, April 18, 2022, seven days after service of Plaintiff's Response.

3. Defendant respectfully requests a fourteen (14) day extension of time, up to and including May 2, 2022, to complete and file its Reply Memorandum of Law in Support of Defendant's Motion for Summary Judgment and its Reply Statement of Material Facts.

4. Plaintiff has presented a large volume of supporting documentary evidence, including numerous deposition excerpts of various witnesses, in support of his Response in Opposition to Defendant's Motion for Summary Judgment. These transcripts were not available until after the Defendant filed the Motion for Summary Judgment as they had not been ordered. In light of the comprehensive record, additional time to review and draft the Reply Memorandum of Law in Support of Defendant's Motion for Summary Judgment, including the Reply Statement of Material Facts, is necessary under the circumstances.

5. Furthermore, within the seven-day time frame to file the Reply, the undersigned was in two back-to-back civil rights mediations, and had depositions previously scheduled along with other discovery deadlines.

6. Defendant makes this request for a brief extension in good faith and without intent to cause delay or undue prejudice to the Plaintiff or the Court.

7. Pursuant to S.D. Fla. Local Rule 7.1, the undersigned has conferred with Roderick V. Hannah, Esquire, counsel for Plaintiff about the relief sought in this motion. Mr. Hannah has indicated that he has no objection to the requested extension of time.

WHEREFORE, FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES, respectfully requests this Court grant this Unopposed Motion for Extension of Time to File the Reply Memorandum of Law in Support of Defendant's Motion for Summary

Judgment and accompanying Reply Statement of Material Facts through May 2, 2022, and any other relief it deems appropriate.

I HEREBY CERTIFY that on this 15th day of April, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    MARRERO & WYDLER
    *Attorneys for Defendant FIU*
    2600 Douglas Road, PH-4
    Coral Gables, FL 33134
    (305) 446-5528
    (305) 446-0995 (fax)

    BY /s/  Lourdes Espino Wydler_____
        OSCAR E. MARRERO
        F.B.N.:  372714
        oem@marrerolegal.com
        LOURDES E. WYDLER
        F.B.N.:  719811
        lew@marrerolegal.com

**SERVICE LIST**

Roderick V. Hannah, Esq.
4800 North Hiatus Road
Sunrise FL 33351-7919
(954) 362-3800
(954) 613-5902 (fax)
FBN:  435384
rhannah@rhannahlaw.com
*Attorneys for Plaintiff*