UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-24649-AMC

ELIE NEHME,

    Plaintiff,

vs.

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.
_____/

**ORDER ON DEFENDANT, FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM OF LAW IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT AND REPLY STATEMENT OF MATERIAL FACTS**

THIS CAUSE came on to be considered upon Defendant FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES' Unopposed Motion for Extension of Time to File Reply Memorandum of Law in Support of Motion for Summary Judgment and Reply Statement of Material Facts, and the Court being otherwise fully advised in the premises; it is hereby:

ORDERED AND ADJUDGED that Defendant's Unopposed Motion or Extension of Time is hereby GRANTED/DENIED.

DONE AND ORDERED in Chambers, at St. Lucie County, Florida on this _____ day of _____, 2022.

                                                  _____
                                                UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:
All counsel of record