UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-24649-AMC

ELIE NEHME,

    Plaintiff,

vs.

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT BY TWO PAGES ON THE REPLY MEMORANDUM OF LAW IN SUPPORT OF SUMMARY JUDGMENT**

Defendant, FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES ("FIU" or "University"), by and through undersigned counsel, pursuant to the Federal Rules of Civil Procedure and S.D. Fla. L.R. 7.1, hereby files this Unopposed Motion for Leave to Exceed the Page Limit By Two Pages on its Reply Memorandum of Law in Support of Summary Judgment, and in support states:

1.    This is a purported disability discrimination action arising from Plaintiff's dismissal from FIU's Herbert Wertheim College of Medicine. Defendant's Motion for Summary Judgment was filed on March 11, 2022. [ECF No. 57] and the Reply briefing is due by May 2, 2022.

2.    This Court's Order Setting Trial and Pre-trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge dated February 24, 2021 [ECF No. 26] requires double-spacing.[1] The Reply Memorandum is limited to ten (10) pages per the S.D. Fla. Rules.

---

[1] The undersigned acknowledges and apologizes to the Court for the inadvertent oversight in FIU's Motion for Summary Judgment filings [D.E. #56 and #57] utilizing S.D. Fla. Local Rule 5.1(a)(4)

3. FIU is mindful of the need to avoid burdening the Court's time with lengthy submissions, and has attempted to keep its Reply Memorandum as short as reasonably possible, but this case includes a comprehensive record and various legal issues.

4. In order to adequately address the legal arguments raised in Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment, an additional two (2) pages beyond the 10-page reply limitation set forth in Local Rule 7.1(c)(2) is necessary. FIU respectfully seeks leave to file Its Reply Memoranda in Support of Summary Judgment which exceeds the page limitation.

5. This Court has the authority to grant leave to file a Reply Memorandum in Support of Summary Judgment in excess of the presumptive page limitation imposed by Local Rule 7.1. *See Compania de Elaborados de Cafe v. Cardinal Capital Mgmt., Inc.*, 401 F. Supp. 2d 1270, 1282 (S.D. Fla. 2003)(granting defendant's motion for leave to exceed page limits respecting its reply in support of its motion for summary judgment); *United States v. Orrico*, 01-8811-CIV, 2002 WL 31687255, at *1 (S.D. Fla. Oct. 2, 2002)(granting plaintiff's motion to exceed page limitation for reply memorandum).

6. This motion is brought in good faith and the granting of this motion will not prejudice any parties.

---

which permits one and one half spacing (1 1/2) instead of following the Court's Order. As a result, Plaintiff similarly followed suit regarding the spacing in the Response in Opposition filings [D.E. #64 and #65] also without seeking leave. For the sake of efficiency and to avoid seeking *ex post facto* relief, any inequities arising from Defendant's unintentional failure to comply with the double-spacing requirement may be alleviated by the similar formatting in Plaintiff's Response in Opposition filings. *See e.g. Allen v. S. Communications Services, Inc.*, 963 F. Supp. 2d 1242, 1248 n.2 (N.D. Ala. 2013).

7. In accordance with S.D. Fla. Local Rule 7.1(a)(3), the undersigned conferred with Plaintiff's counsel, Roderick V. Hannah, Esquire, who has indicated that he has no objection to the relief seeking 2 additional pages for the Reply in this motion.

## **MEMORANDUM OF LAW**

S.D. Fla. Local Rule 7.1(c)(2) authorizes the Court to grant leave to file a Motion and Incorporated Memorandum of Law in excess of the page limits set forth in the Rule. Courts have discretion as to whether to grant an extension and generally will grant such a motion where it serves the interest of the case. *Maale v. Kirchgessner*, 2010 WL 11506697 at *2 (S.D. Fla. 2010); *Burdick v. Bank of Am.*, N.A., 99 F. Supp. 3d 1372, 1380 (S.D. Fla. 2015). Here, in light of FIU's prior summary judgment filings already being at the maximum number of pages, albeit without the double space requirement, the requested two (2) page extension beyond the 10-page limitation is necessary to provide FIU an opportunity to address all legal arguments pertinent to this case.

WHEREFORE, Defendant, FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES, respectfully requests this Court grant this Motion to Exceed Page Limit on Its Reply Memorandum of Law in Support of Summary Judgment by two additional pages, and any other relief deemed appropriate.

I HEREBY CERTIFY that on this 28 day of April, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*Nehme v. Florida International University Board of Trustees*
*District Court Case No.: 1:20-cv-24649-AMC*
*Page 4*

MARRERO & WYDLER
*Attorneys for Defendant*
2600 Douglas Road, PH-4
Coral Gables, FL 33134
(305) 446-5528
(305) 446-0995 (fax)


BY  /s/  Lourdes Espino Wydler
    OSCAR E. MARRERO
    F.B.N.:  372714
    oem@marrerolegal.com
    LOURDES E. WYDLER
    F.B.N.:  719811
    lew@marrerolegal.com


**SERVICE LIST**

Roderick V. Hannah, Esq.
4800 North Hiatus Road
Sunrise FL 33351-7919
(954) 362-3800
(954) 613-5902 (fax)
FBN:  435384
rhannah@rhannahlaw.com
*Attorneys for Plaintiff*