UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  1:20-cv-24649-AMC

ELIE NEHME,

     Plaintiff,

vs.

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES,

     Defendant.

_____/

**ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT ON ITS REPLY MEMORANDUM OF LAW IN SUPPORT OF SUMMARY JUDGMENT**

THIS CAUSE came on to be considered upon Defendant, FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES' Unopposed Motion for Leave to Exceed Page Limit on Reply Memorandum of Law in Support of Summary Judgment and the Court being otherwise fully advised in the premises; it is hereby:

ORDERED AND ADJUDGED that Defendant's Motion is hereby GRANTED/DENIED.

DONE AND ORDERED in Chambers, at Miami-Dade County, Florida on this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

cc:    All counsel of record.