```
 1            IN THE UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF FLORIDA

 3              CASE NO. 1:20-CV-24649-CANNON

 4

 5   ELIE NEHME,

 6        Plaintiff,

 7   vs.

 8   FLORIDA INTERNATIONAL UNIVERSITY
     BOARD OF TRUSTEES,
 9
          Defendant.
10   _____

11
     LOCATION:              Remote Audio-Video
12                          Communication
                            Pursuant to Supreme Court of
13                          Florida
                            Administrative Order No.
14                          SCAO21-17

15

16   DATE:                  January 13, 2022

17   TIME:                  2:00 PM ET to 5:40 PM ET

18

19

20            DEPOSITION OF INNAH LACHICA

21      Taken before Leila Harris, LCR, Stenographic

22   Court Reporter, Notary Public State of Florida,

23   pursuant to Notice of Taking Deposition in the

24   above-styled cause.

25
```



```
 1          A.    Yes, that's correct.
 2          Q.    No other students were present inside
 3   of the conference room?
 4          A.    Yes.  No one else.
 5          Q.    Now, with respect to the -- the
 6   separate room, you also testified that there was a
 7   sign -- or two signs that you posted outside of
 8   the room to indicate that someone was taking an
 9   exam and to please be quiet; is that -- is that
10   true?
11          A.    Yes.
12          Q.    Also, in relation to your efforts to
13   provide a minimally distractive room, isn't it
14   true that you provided earplugs on the date of
15   that exam?
16          A.    Yes, I did.
17          Q.    And did Mr. Nehme wear those earplugs?
18          A.    Yes, he did.
19          Q.    Were your wearing earplugs?
20          A.    No, I was not.
21          Q.    You weren't taking a test, were you?
22          A.    I wasn't taking an exam.
23          Q.    And every time -- and the entire time
24   while he was in the room, except for those moments
25   in the activity log, he was taking a test; is that
```



```
 1  true?
 2       A.    That's correct.
 3       Q.    Okay.  In addition to the earplugs that
 4  Mr. Nehme was using, you also offered him the
 5  green boards to assist him through processing
 6  during the exam, right?
 7       A.    Yes.
 8       Q.    Did he use those green boards?
 9       A.    I don't recall if he did.
10       Q.    Okay.  With respect to the -- the time
11  that you spent inside of the room, at any point in
12  time, did Mr. Nehme vocalize to you that it was
13  too loud outside?
14       A.    No, he did not.
15       Q.    Did he vocalize to you any other
16  condition in the room that was not comfortable for
17  him?
18       A.    Yes, he did.
19       Q.    And what was that?
20       A.    That it was too cold.
21       Q.    Okay.  Did you believe that, if -- if
22  he told -- as you sit here today, do you believe
23  that if he told you that the room was cold, if it
24  was too loud, don't you think he would have told
25  you about it?
```



```
 1   noise was throughout the exam, right?
 2        A.    Yes.
 3        Q.    Okay.  What you remember is that it
 4   happened on and off during the exam.  Is that a
 5   fair characterization of how you remember the
 6   students passing by the conference room?
 7        A.    Yes.
 8        Q.    Okay.  Now, when they passed by, would
 9   it just be for seconds?
10        A.    I wouldn't know.  I mean, depending on
11   how fast they're walking or what they're talking
12   about, there might have been pauses in between.
13   So...
14        Q.    Is there -- is there any way that it
15   would have been more than a minute each time there
16   was a group of students walking by the length of
17   the conference room?
18        A.    No.
19        Q.    Okay.  So you're telling me that the
20   distraction during this four-and-a-half-hour exam,
21   each time that there was an individual or group of
22   individuals passing by, that was limited to one
23   minute; is that fair --
24              MR. HANNAH:  Object to the form.
25
```



```
 1  BY MS. WYDLER:
 2       Q.    -- to say?
 3             MR. HANNAH:  Object to the form.
 4       A.    Yes.
 5  BY MS. WYDLER:
 6       Q.    Okay.  So now I understand that it may
 7  be less than a minute because they're just passing
 8  by the conference room while -- strike that.
 9             Just to be clear, when you recall the
10  groups of students walking by or outside of the
11  conference room, it's because they were walking
12  the length of the conference room and that took,
13  to the best of your estimate, less than a minute.
14       A.    Yes, that's correct.
15       Q.    Okay.  Now, every minute of the exam
16  did not have students walking past the conference
17  room, right?
18       A.    Yes.
19       Q.    Okay.  So were you -- would you have
20  any recollection if -- I think you were asked
21  earlier if, by 10:40, when you requested the
22  heater, do you remember if there were any students
23  in that first portion of the morning part of the
24  exam that had walked by and you heard speaking?
25       A.    I don't remember.
```

