1

```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

              CASE NO. 1:20-CV-24649-CANNON

ELIE NEHME,

     Plaintiff,

vs.

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES,

     Defendant.
_____/

              DEPOSITION OF STEPHEN P. LOYNAZ

DATE:           February 8, 2022

TIME:           10:07 A.M. to 1:12 P.M.

PLACE:          ZOOM

APPEARANCES:    RODERICK V. HANNAH, ESQUIRE
                Roderick V. Hannah, P.A.
                4800 North Hiatus Road
                Sunrise, Florida  33351-7919
                    For the Plaintiff

                LOURDES E. WYDLER, ESQUIRE
                Marrero & Wydler
                2600 Douglas Road, PH-4
                Coral Gables, Florida  33134
                    For the Defendant

                IRIS A. ELIJAH, ESQUIRE
                FIU Office of the General Counsel
                11200 SW 8th Street, PC 511
                Miami, Florida  33199-2516
                    For the Defendant

ALSO PRESENT:  Lauren Martin

REPORTER:       JESSICA L. WALTER, FPR
```



```
 1              MR. HANNAH:  It sounds like a speaking
 2       objection, but go ahead and answer, sir, please.
 3              MS. WYDLER:  It's called an objection for the
 4       record.
 5              MR. HANNAH:  It's called a speaking objection,
 6       for the record.
 7       Q.     (By Mr. Hannah)  Can you answer the question,
 8   sir, please.  What is your understanding of what the
 9   conditions were both inside and outside Room AHC 2 495
10   on the date and at the time that Mr. Nehme was retaking
11   the Psychiatric Shelf Exam?
12              MS. WYDLER:  Objection, form.
13       Q.     (By Mr. Hannah)  You can answer, sir.
14       A.     Are y'all done?
15       Q.     Yes, of course.
16       A.     Okay.  So, basically, inside the room there
17   was testing happening.  If there were any issues going
18   on within the room, students would typically tell the
19   proctors -- I have a problem with whatever it is that
20   the student might have a problem with -- so we can
21   remedy it.  And outside the room, it is typically an
22   administrative suite.  If there were any student
23   activities or any students in that area, you know,
24   proctors would have asked students to quiet down.  You
25   know, if there was any noise coming or we would have put
```

```
 1   signage out.  But it is typically an administrative
 2   suite, so you're talking about secretaries, other
 3   administrators, et cetera, in that area working, not
 4   doing other activities.
 5        Q.   Do you know who Teresa "Terry" Reyes Gavilan
 6   is?
 7        A.   Not off the top of my head, no.
 8        Q.   Okay.  So you wouldn't know what involvement
 9   she had in assigning Mr. Nehme to a particular room for
10   the retake of his Psychiatric Shelf Exam; correct?
11        A.   I mean, I don't work for her directly, so
12   unfortunately, no, I don't know who she is.
13        Q.   I would like to refer you to this paragraph in
14   the middle of page here, middle of your screen.  Can you
15   see where it says "according to Gavilan"?
16        A.   Yes.
17        Q.   Do you see that?
18        A.   Yeah.
19        Q.   But you have never read this before; right?
20        A.   No.  I don't know what this document is.
21        Q.   It says, "According to Gavilan, on March 2,
22   2020, the day Nehme took his shelf examination, there
23   were several meetings in the conference rooms in 3 OSCE
24   simulation room near AHC 2 495 were Nehme was testing.
25   These meetings had approximately 20 participants each.
```