UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-24649-CIV-CANNON/Otazo-Reyes

**ELIE NEHME**,

    Plaintiff,

v.

**FLORIDA INTERNATIONAL
UNIVERSITY BOARD OF TRUSTEES**,

    Defendant.

_____/

## ORDER REFERRING MOTION TO MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636 and Local Magistrate Judge Rule 1, it is **ORDERED** that Defendant's Motion for Summary Judgment [ECF No. 57] is **REFERRED** to Magistrate Judge Alicia M. Otazo-Reyes for a Report and Recommendation.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 31st day of May 2022.

                                                AILEEN M. CANNON
                                                UNITED STATES DISTRICT JUDGE

cc:    counsel of record