UNITED STATES DISTRICT COURT
SOUTHERN DISTRCIT OF FLORIDA

CASE NO. 20-cv-24649-CANNON/Otazo-Reyes

ELIE NEHME,

    Plaintiff,

vs.

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.
_____/

## JOINT MOTION FOR EXTENSION OF PRE-TRIAL DEADLINE

Plaintiff ELIE NEHME and Defendant FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES, through their respective undersigned counsel, move the Court for an extension of time of the pre-trial deadline for the filing of the parties' joint pre-trial stipulation, the parties' joint trial exhibit list and joint trial plan; the parties' separate trial witness lists and deposition designations; the parties' joint jury instructions and verdict form; and the parties' separate motions *in limine*, all of which are presently due by August 18, 2022. In support of this Motion, the parties state as follows:

1. By Order dated June 6, 2022 [ECF No. 74], the Court *sua sponte* continued the jury trial in this case to the two-week trial docket beginning September 12, 2022, and also extended the deadline to August 18, 2022 for the parties to file their joint pre-trial stipulation, joint trial exhibit list and joint trial plan, joint jury instructions and verdict form, and their separate trial witness lists, deposition designations, and motions *in limine*.

2. Still pending before this Court for decision is Defendant's Motion for Summary Judgment, which is awaiting a report and recommendation from Magistrate Judge Otazo-Reyes to

1

whom the Court referred the Motion by Order dated June 1, 2022 [ECF No. 73]. Regardless of how Magistrate Judge Otazo-Reyes rules, there likely will be further briefing by the parties as to objections to her eventual report and recommendation within the 14-day objections period as well as responses to those objections.

3. As the Magistrate Judge's decision on Defendant's Motion for Summary Judgment is still uncertain, as is how this Court may ultimately rule on Defendant's Motion after anticipated objections to the report and recommendation have been fully briefed, the parties' undersigned counsel, after conferring in good faith, believe that, to avoid incurring what will be substantial time and expense in preparing the extensive joint and separate filings required of them by August 18, 2022, at least a two-week extension of time of that pre-trial deadline – until September 1, 2022 – be granted. Hopefully, within that additional time period, Magistrate Judge Otazo-Reyes will have issued her report and recommendation such that the parties will understand the scope of the trial to come, if any, and be in a better position to properly and accurately prepare and file the necessary joint and separate pre-trial filings and motions.

WHEREFORE, Plaintiff requests that his Motion be granted and that the deadline for filing the parties' joint pre-trial stipulation, the parties' joint trial exhibit list and joint trial plan; the parties' separate trial witness lists and deposition designations; the parties' joint jury instructions and verdict form; and the parties' separate motions *in limine* be extended until September 1, 2022. A proposed Order granting this Motion is attached as Exhibit "A".

## LOCAL RULE 7.1 CERTIFICATE

The parties' counsel have conferred in good faith regarding the relief sought by this Motion and have agreed to bring the motion jointly.

Respectfully submitted,

| | |
|---|---|
| RODERICK V. HANNAH, ESQ., P.A. | MARRERO & WYDLER |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 4800 North Hiatus Road | 2600 Douglas Road, PH-4 |
| Sunrise, FL 33351 | Coral Gables, FL 33134 |
| T. (954) 362-3800 | T. (305) 446-5528 |
| (954) 362-3779 (fax) | (305) 446-0995 (fax) |
| BY: ___*s/ Roderick V. Hannah*_ | BY: _/s/ Lourdes Espino Wydler_____ |
| RODERICK V. HANNAH | LOURDES ESPINO WYDLER |
| F.B.N.: 435384 | F.B.N.: 719811 |
| rhannah@rhannahlaw.com | lew@marrerolegal.com |