UNITED STATES DISTRICT COURT
SOUTHERN DISTRCIT OF FLORIDA

CASE NO. 20-cv-24649-CANNON

ELIE NEHME,

    Plaintiff,

vs.

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.

_____/

**ORDER ON JOINT MOTION FOR EXTENSION OF PRE-TRIAL DEADLINE**

THIS CAUSE having come before the Court on the Partis' Joint Motion for Extension of Pre-Trial Deadline [D.E. \_\_\_], and the Court, having reviewed the Motion and the file, and being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED. The parties shall have until **September 1, 2022** to file the following materials:

    (1) a joint pre-trial stipulation pursuant to Local Rule 16.1(e);

    (2) a joint exhibit list and a joint trial plan in accordance with the Court's templates available at https://www.flsd.uscourts.gov/content/judge-aileen-m-cannon (under "Civil Procedures" tab);

    (3) individually filed witness lists and deposition designations (and objections thereto and counter designations);

    (4) joint proposed jury instructions and verdict form; and

    (5) any motions *in limine* (other than *Daubert* motions). **Each party is limited to filing one motion *in limine*, which may not, without leave of Court, exceed the page limits allowed by the Rules. The parties are reminded that motions *in limine* must contain the Local Rule 7.1(a)(3) certification.**

DONE AND ORDERED in Chambers at Fort Pierce, Florida this ___ day of August, 2022.

                                        **HON. AILEEN M. CANNON**
                                        **UNITED STATES DISTRICT JUDGE**

Copies furnished:
    All counsel of record