UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-24649-CIV-CANNON/Otazo-Reyes

**ELIE NEHME**,

    Plaintiff,

v.

**FLORIDA INTERNATIONAL
UNIVERSITY BOARD OF TRUSTEES**,

    Defendant.
_____/

## ORDER RESETTING TRIAL DEADLINES[1]

**THIS CAUSE** comes before the Court upon a sua sponte review of the record,

Trial in this matter is hereby reset for the Court's two-week trial calendar beginning on **October 24, 2022, at 9:00 a.m.** Counsel for all parties shall appear at a calendar call at **1:45 p.m. on Tuesday, October 18, 2022**. Motions to Bring Electronic Equipment into the Courtroom must be filed at least seven days in advance of the relevant hearing and must describe with specificity the electronic equipment intended for use in the courtroom. No pretrial conference will be held unless a party requests one at a later date and the Court determines that one is necessary. Any such request for a pre-trial conference must be made at least 30 days prior to the date of the calendar call. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted at the Alto Lee Adams, Sr. United States Courthouse, 101 South U.S. Highway 1, Courtroom 4008, Fort Pierce, Florida 34950. The parties shall adhere to the following pre-trial deadlines:

**October 3, 2022**. The parties shall file the following materials:

---

[1] This Order supersedes any deadlines set forth in the Court's prior Orders [ECF Nos. 74, 78].

1

(1) a joint pre-trial stipulation pursuant to Local Rule 16.1(e);

(2) a joint exhibit list and a joint trial plan in accordance with the Court's templates available at https://www.flsd.uscourts.gov/content/judge-aileen-m-cannon (under "Civil Procedures" tab);

(3) individually filed witness lists and deposition designations (and objections thereto and counter designations);

(4) joint proposed jury instructions and verdict form; and

(5) any motions *in limine* (other than *Daubert* motions).  **Each party is limited to filing one motion *in limine*, which may not, without leave of Court, exceed the page limits allowed by the Rules.  The parties are reminded that motions *in limine* must contain the Local Rule 7.1(a)(3) certification.**

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 25th day of August 2022.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:   counsel of record