UNITED STATES DISTRICT COURT
SOUTHERN DISTRCIT OF FLORIDA

CASE NO.  20-cv-24649-CANNON/Otazo-Reyes

ELIE NEHME,

    Plaintiff,

vs.

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.

_____/

**JOINT MOTION FOR EXTENSION OF PRE-TRIAL DEADLINE**

Plaintiff ELIE NEHME and Defendant FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES, through their respective undersigned counsel, move the Court for a two-week extension of time of the pre-trial deadline for the filing of the parties' joint pre-trial stipulation, the parties' joint trial exhibit list and joint trial plan; the parties' separate trial witness lists and deposition designations; the parties' joint jury instructions and verdict form; and the parties' separate motions *in limine*, all of which are presently due by October 3, 2022.  In support of this Motion, the parties state as follows:

    1.    By Order Resetting Trial Deadlines dated August 25, 2022 [ECF No. 80], the Court *sua sponte* continued the jury trial in this case to the two-week trial docket beginning October 24, 2022, and also extended the deadline to October 3, 2022 for the parties to file their joint pre-trial stipulation, joint trial exhibit list and joint trial plan, joint jury instructions and verdict form, and their separate trial witness lists, deposition designations, and motions *in limine*.

2.  Still pending before this Court for decision is Defendant's Objections to Magistrate's Report and Recommendation on Defendant's Motion for Summary Judgment [ECF No. 81], which has been fully briefed.

3.  The parties' counsel each have been dealing with a number of deadlines and pending matters in other cases that they have been handling, and their work schedules have been such that they have had insufficient time to meet and confer regarding the many joint filings presently due by the current October 3, 2022 deadline. These joint filings include the joint pre-trial stipulation, the proposed jury instructions and verdict form, the deposition designations, and the joint trial exhibit list and joint trial plan. In addition, the parties' counsel, due to the same scheduling conflicts, have also been unable to meaningfully meet and confer regarding any motions *in limine* they intend to file. Given counsel's scheduling conflicts and scheduling issues and the substantial time that counsel anticipate they still need to meet and confer and then complete their joint filings, and because the Court's decision on Defendant's Objections – and hence, its prior Motion for Summary Judgment [ECF No. 57] -- is still uncertain, counsel for the parties believe that at least a two-week extension of time for their pre-trial filings – i.e., until October 17, 2022 – be granted.

4.  This Motion is not being filed for purposes of delay but to enable the parties and their counsel to properly and fully comply with this Court's pre-trial Order and deadlines.

WHEREFORE, the parties jointly request that his Motion be granted and that the deadline for filing the parties' joint pre-trial stipulation, the parties' joint trial exhibit list and joint trial plan; the parties' separate trial witness lists and deposition designations; the parties' joint jury instructions and verdict form; and the parties' separate motions *in limine* be extended until October 17, 2022. A proposed Order granting this Motion is attached as Exhibit "A".

## **LOCAL RULE 7.1 CERTIFICATE**

The parties' counsel have conferred in good faith regarding the relief sought by this Motion and have agreed to bring the motion jointly.

Respectfully submitted,

| | |
|---|---|
| RODERICK V. HANNAH, ESQ., P.A. | MARRERO & WYDLER |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 4800 North Hiatus Road | 2600 Douglas Road, PH-4 |
| Sunrise, FL 33351 | Coral Gables, FL 33134 |
| T. (954) 362-3800 | T. (305) 446-5528 |
| (954) 362-3779 (fax) | (305) 446-0995 (fax) |
| BY: ___*s/ Roderick V. Hannah*_ | BY: _/s/ Lourdes Espino Wydler_____ |
| RODERICK V. HANNAH | LOURDES ESPINO WYDLER |
| F.B.N.: 435384 | F.B.N.: 719811 |
| rhannah@rhannahlaw.com | lew@marrerolegal.com |