UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-24649-CIV-CANNON/Otazo-Reyes

**ELIE NEHME**,

    Plaintiff,

v.

**FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES**,

    Defendant.
_____/

## ORDER SCHEDULING HEARING AND STAYING ALL DEADLINES

**THIS CAUSE** comes before the Court upon the pending Report and Recommendation on Defendant's Motion for Summary Judgment and upon a sua sponte review of the record [ECF Nos. 57, 79, 81, 85]. To permit adequate resolution of Defendant's Motion for Summary Judgment, it is hereby **ORDERED AND ADJUDGED** as follows:

1. In lieu of the previously scheduled calendar call, a motion hearing is hereby set for **October 18, 2022, at 10:00 A.M.**, before Judge Aileen M. Cannon at the Alto Lee Adams, Sr. United States Courthouse, 101 South U.S. Highway 1, Courtroom 4008, Fort Pierce, Florida 34950. The parties should be prepared to present argument on Defendant's Motion for Summary Judgment [ECF No. 57], the Report and Recommendation [ECF No. 79], and the parties' objections and response thereto [ECF Nos. 81, 85].

2. The calendar call previously scheduled for October 18, 2022, at 1:45 P.M. is cancelled.

3. All remaining deadlines in this action are **STAYED** pending further Court order, including the deadline to file pre-trial materials.

CASE NO. 20-24649-CIV-CANNON/Otazo-Reyes

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 11th day of October 2022.

                                                           **AILEEN M. CANNON**
                                                           **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record