UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-24649-CIV-CANNON/Otazo-Reyes

**ELIE NEHME**,

    Plaintiff,

v.

**FLORIDA INTERNATIONAL
UNIVERSITY BOARD OF TRUSTEES**,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on Defendant's Motion for Summary Judgment [ECF No. 57], filed on March 11, 2022. The Court granted summary judgment in favor of Defendant in a separate order entered on November 3, 2022 [ECF No. 90]. In accordance with Federal Rule of Civil Procedure 58, the Court hereby

**ORDERS AND ADJUDGES** as follows:

1. Judgment is entered in favor of Defendant Florida International University Board of Trustees and against Plaintiff Elie Nehme.

2. The Clerk of Court is directed to **CLOSE** this case. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 7th day of November 2022.

_____
**AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record