UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  20-cv-24649-CANNON/Otazo-Reyes

ELIE NEHME,

     Plaintiff,

vs.

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES,

     Defendant.
_____/

## NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

ELIE NEHME, the Plaintiff appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment [D.E. 91] Granting Defendant, FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES' Motion for Summary Judgment in Favor of Defendant, attached as Exhibit "A" hereto of the United States District Court for the Southern District of Florida.  This appeal is being brought under the authority of 28 U.S.C. § 1291 as an appeal from a final judgment of the District Court.

Dated:  November 23, 2022

                                                RODERICK V. HANNAH, ESQ., P.A.
                                                Attorneys for Appellant
                                                4800 North Hiatus Road
                                                Sunrise, FL  33351-7919
                                                Telephone:  (954) 362-3800
                                                Facsimile:  (954) 362-3779
                                                Email:  rhannah@rhannahlaw.com

                                                By   /s/ *Roderick V. Hannah*
                                                      Roderick V. Hannah
                                                      Fla. Bar No. 435384

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd of November, 2022, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

Lourdes E. Wydler, Esq.
Email: lew@marrerolegal.com
MARRERO & WYDLER
2600 Douglas Road, PH-4
Coral Gables, FL 33134
(305) 446-5528
(305) 446-0995 (fax)

*Attorneys for Defendant FIU BOT*

                                      /s/ *Roderick V. Hannah*
                                        Roderick V. Hannah