## BILL OF COSTS

### A. FEES FOR SERVICE OF SUBPOENAS

| | | |
|---|---|---|
| 09/28/2021 | Service of Subpoena to Neuroscience Research Institute of Fla. | 35.00 |
| 09/28//2021 | Service of Subpoena to Cardiology Partners | 30.00 |
| 09/30/2021 | Service of Subpoena to Eric R. Campillo, LMHC | 30.00 |
| 09/30/2021 | Service of Subpoena to Dr. Timothy Willingham | 35.00 |
| 09/30/2021 | Service of Subpoena to Dr. Sami I. Dagher | 35.00 |
| 10/01/2021 | Service of Subpoena to Walgreen (out-of-state) | 95.00 |
| 10/14/2021 | Service of Subpoena to University of Miami General Counsel | 30.00 |
| 10/15/2021 | Service of Subpoena to Palm Beach State College General Counsel | 35.00 |
| 10/19/2021 | Service of Subpoena to Jerome Golden Center of Behavioral Health | 70.00 |
| 10/19/2021 | Service of Subpoena to Blue Cross/Blue Shield of Florida | 60.00 |
| 11/16/2021 | Service of Subpoena to Molina Healthcare of Florida | 60.00 |
| 11/16/2021 | Service of Subpoena to Sunshine State Health Plan | 60.00 |
| 12/16/2021 | Service of Subpoena to United Healthcare Insurance Company | 60.00 |
| 12/16/2021 | Service of Subpoena to Publix Super Markets (Pharmacy) | 95.00 |
| | **SUBTOTAL** | **$730.00** |

### B. COURT REPORTER

| | | |
|---|---|---|
| 01/07/2022 | US Legal Support (Elie Nehme) | $2,348.10 |
| 02/07/2022 | Jeannie Reporting (Innah Lachica) | 950.00 |
| 02/28/2022 | Jeannie Reporting (Shirlyon McWhorter) | 727.00 |
| 03/14/2022 | Jeannie Reporting (Tereesa Reyes-Gavilan) | 698.00 |
| 03/17/2022 | Jeannie Reporting (Valerie Hall) | 862.50 |
| 03/30/2022 | Jeannie Reporting (Elizabeth Bejar) | 669.50 |
| 03/30/2022 | Jeannie Reporting (Adrian Jones) | 858.50 |
| 03/31/2022 | Jeannie Reporting (Vivian Obeso) | 763.00 |
| 04/02/2022 | Jeannie Reporting (Stephen Loynaz) | 578.50 |
| 04/02/2022 | Jeannie Reporting (Nancy Havas) | 316.00 |
| 09/06/2022 | Joanne Mencari (MSJ hearing transcript) | 568.70 |
| | **SUBTOTAL** | **$9,339.80** |

### C. EXEMPLIFICATION CHARGES

| | | |
|---|---|---|
| 04/02/2021 | Photo Offset – case law, rules, and statutes for MTD hearing | $126.24 |
| 09/24/2021 | Public records request – Miami-Dade Fire Rescue | 4.00 |
| 09/30/2021 | Plaintiff's records from Better ME Healthcare (Dr. Willingham) | 49.50 |
| 10/26/2021 | Plaintiff's records from Blue Cross/Blue Shield | 75.00 |
| 12/17/2021 | Plaintiff's records from Molina Health Care | 8.60 |
| 12/28/2021 | Plaintiff's records from Cardiology Partners | 7.00 |
| 01/05/2022 | Plaintiff's records from Walgreen Company (Pharmacy) | 17.69 |
| 10/17/2022 | Photo Offset – case law, pleadings, and record for MSJ hearing | 492.60 |
| | **SUBTOTAL** | **$780.63** |

**TOTAL COSTS**………………..…………………………............. **$10,850.43**

**A.  FEES FOR SERVICE OF SUBPOENAS**

DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
Phone: (786) 220-9705
Fax: (786) 363-8808
Tax ID 300501491

**INVOICE**

Invoice #DLE-2021041084
9/28/2021

Original Date: 9/27/2021



Marrero & Wydler
2600 Douglas Road
Ph 4
Coral Gables, FL 33134

Your Contact: Guertly Lopez
**Case Number: 1:20-CV-24649-AMC**

Plaintiff:
**Elie Nehme**

Defendant:
**FIU BOARD OF TRUSTEES**

Received: 9/24/2021    Served: 9/27/2021 10:27 am   CORPORATE
To be served on: Personnel Records Custodian Of: Neuroscience Research Institute Of Florida, LLC Office of the General Counsel

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - In Palm Beach | 1.00 | 35.00 | 35.00 |
| TOTAL CHARGED: | | | $35.00 |

**BALANCE DUE:**          **$35.00**

Please include the invoice number on your check.
Payment is due 30 days after invoiced. A late fee of $5.00 will apply to each unpaid invoice after 60 days. Any invoice over 120 days past due may be subject to collection. Attorney/Client is responsible for all costs to include attorney's fees for invoices sent to collections.
Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1u

DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
Phone: (786) 220-9705
Fax: (786) 363-8808
Tax ID 300501491

**INVOICE**

Invoice #DLE-2021041085
9/28/2021

Original Date: 9/27/2021



Marrero & Wydler
2600 Douglas Road
Ph 4
Coral Gables, FL 33134

Your Contact: Guertty Lopez
**Case Number: 1:20-CV-24649-AMC**

Plaintiff:
**Elie Nehme**

Defendant:
**FIU BOARD OF TRUSTEES**

Received: 9/24/2021   Served: 9/27/2021 9:15 am  CORPORATE
To be served on: Personnel Records Custodian Of: Cardiology Partners- Clinical Research Institute, Human Resources Department

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpeona - In Broward | 1.00 | 30.00 | 30.00 |
| TOTAL CHARGED: | | | $30.00 |
| | | | |
| **BALANCE DUE:** | | | **$30.00** |

DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
Phone: (786) 220-9705
Fax: (786) 363-8808
Tax ID 300501491

**INVOICE**

Invoice #DLE-2021041389
9/30/2021

Original Date: 9/29/2021



Marrero & Wydler
2600 Douglas Road
Ph 4
Coral Gables, FL 33134

Your Contact: Guertty Lopez
**Case Number:  1:20-CV-24649-AMC**

Plaintiff:
**Elie Nehme**

Defendant:
**FIU BOARD OF TRUSTEES**

Received: 9/28/2021    Served: 9/29/2021 9:40 am  INDIVIDUAL/PERSONAL
To be served on: Medical Records Custodian Eric R. Campillo, LMHC

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpeona - In Miami-Dade | 1.00 | 30.00 | 30.00 |
| TOTAL CHARGED: | | | $30.00 |

**BALANCE DUE:**                                                                 **$30.00**

Please include the invoice number on your check.
Payment is due 30 days after invoiced.   A late fee of $5.00 will apply to each unpaid invoice after 60 days.  Any invoice over 120 days past
due may be subject to collection.  Attorney/Client is responsible for all costs to include attorney's fees for invoices sent to collections.
Page 1 / 1
Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1u

DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
Phone: (786) 220-9705
Fax: (786) 363-8808
Tax ID 300501491

**INVOICE**

Invoice #DLE-2021041390
9/30/2021

Original Date: 9/29/2021



Marrero & Wydler
2600 Douglas Road
Ph 4
Coral Gables, FL 33134

Your Contact: Guertty Lopez
**Case Number:  1:20-CV-24649-AMC**

Plaintiff:
**Elie Nehme**

Defendant:
**FIU BOARD OF TRUSTEES**

Received: 9/28/2021   Served: 9/29/2021 11:30 am  SUBSTITUTE - BUSINESS
To be served on: Medical Records Custodian Dr. Timothy Willingham

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - In Palm Beach | 1.00 | 35.00 | 35.00 |
| TOTAL CHARGED: | | | $35.00 |

| | | | |
|---|---|---|---|
| **BALANCE DUE:** | | | **$35.00** |

Please include the invoice number on your check.
Payment is due 30 days after invoiced.  A late fee of $5.00 will apply to each unpaid invoice after 60 days.  Any invoice over 120 days past
due may be subject to collection.  Attorney/Client is responsible for all costs to include attorney's fees for invoices sent to collections.
Page 1 / 1
Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1u

DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
Phone: (786) 220-9705
Fax: (786) 363-8808
Tax ID 300501491

**INVOICE**

Invoice #DLE-2021041391
9/30/2021

Original Date: 9/29/2021



Marrero & Wydler
2600 Douglas Road
Ph 4
Coral Gables, FL 33134

Your Contact: Guertty Lopez
**Case Number: 1:20-CV-24649-AMC**

Plaintiff:
**Elie Nehme**

Defendant:
**FIU BOARD OF TRUSTEES**

Received: 9/28/2021   Served: 9/29/2021 1:40 pm  SUBSTITUTE - BUSINESS
To be served on: Medical Records Custodian Dr. Sami i Dagher

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - In Palm Beach | 1.00 | 35.00 | 35.00 |
| TOTAL CHARGED: | | | $35.00 |
| **BALANCE DUE:** | | | **$35.00** |

DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
Phone: (786) 220-9705
Fax: (786) 363-8808
Tax ID 300501491

**INVOICE**

Invoice #DLE-2021041393
10/1/2021



Marrero & Wydler
2600 Douglas Road
Ph 4
Coral Gables, FL 33134

Your Contact: Guertty Lopez
**Case Number:  1:20-CV-24649-AMC**

Plaintiff:
**Elie Nehme**

Defendant:
**FIU BOARD OF TRUSTEES**

Received: 9/28/2021    Served: 9/30/2021 1:30 pm   CORPORATE
To be served on: Records Custodian Walgreens

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Out of State | 1.00 | 95.00 | 95.00 |
| TOTAL CHARGED: | | | $95.00 |
| **BALANCE DUE:** | | | **$95.00** |

Please include the invoice number on your check.
Payment is due 30 days after invoiced.  A late fee of $5.00 will apply to each unpaid invoice after 60 days.  Any invoice over 120 days past
due may be subject to collection.  Attorney/Client is responsible for all costs to include attorney's fees for invoices sent to collections.

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1u

DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
Phone: (786) 220-9705
Fax: (786) 363-8808
Tax ID 300501491

**INVOICE**

Invoice #DLE-2021044178
10/14/2021



Marrero & Wydler
2600 Douglas Road
Ph 4
Coral Gables, FL 33134

Your Contact: Guertty Lopez
**Case Number: 1:20-CV-24649-AMC**

Plaintiff:
**Elie Nehme**

Defendant:
**FIU BOARD OF TRUSTEES**

Received: 10/13/2021   Served: 10/14/2021 12:56 pm  EMAILED - COVID19
To be served on: Records Custodian University Of Miami Office of the General Counsel, c/o Humberto Speziani as Registered Agent

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpeona - In Miami-Dade | 1.00 | 30.00 | 30.00 |
| TOTAL CHARGED: | | | $30.00 |

**BALANCE DUE:** $30.00

Comments pertaining to this invoice:
10/14/2021   12:53 pm   Subpoena emailed 10/14/2021.

DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
Phone: (786) 220-9705
Fax: (786) 363-8808
Tax ID 300501491

**INVOICE**

Invoice #DLE-2021044181
10/15/2021

Original Date: 10/14/2021



Marrero & Wydler
2600 Douglas Road
Ph 4
Coral Gables, FL 33134

Your Contact: Guertty Lopez
**Case Number:  1:20-CV-24649-AMC**

Plaintiff:
**Elie Nehme**

Defendant:
**FIU BOARD OF TRUSTEES**

Received: 10/13/2021    Served: 10/14/2021 2:21 pm  CORPORATE
To be served on: Records Custodian Palm Beach State College Office of The General Counsel

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - In Palm Beach | 1.00 | 35.00 | 35.00 |
| TOTAL CHARGED: | | | $35.00 |
| | | | |
| **BALANCE DUE:** | | | **$35.00** |

DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
Phone: (786) 220-9705
Fax: (786) 363-8808
Tax ID 300501491

**INVOICE**

Invoice #DLE-2021044180
10/19/2021

Original Date: 10/18/2021



Marrero & Wydler
2600 Douglas Road
Ph 4
Coral Gables, FL 33134

Your Contact: Guertty Lopez
**Case Number:  1:20-CV-24649-AMC**

Plaintiff:
**Elie Nehme**

Defendant:
**FIU BOARD OF TRUSTEES**

Received: 10/13/2021    Served: 10/18/2021 11:23 am   CORPORATE
To be served on: Medical Records Custodian The Jerome Golden Centrer of Behavioral health

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - In Palm Beach | 1.00 | 35.00 | 35.00 |
| Additional Address - Subpoena In Palm Beach | 1.00 | 35.00 | 35.00 |
| TOTAL CHARGED: | | | $70.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$70.00** |

**Comments pertaining to this invoice:**
10/18/2021   11:23 am   Address provided is vacant. Located and served at correct address for service 1555 Palm Beach Lakes Blvd,
                                    #1555, West Palm Beach, FL 33401.

DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
Phone: (786) 220-9705
Fax: (786) 363-8808
Tax ID 300501491

**INVOICE**

Invoice #DLE-2021044184
10/19/2021

Original Date: 10/14/2021



Marrero & Wydler
2600 Douglas Road
Ph 4
Coral Gables, FL 33134

Your Contact: Guertty Lopez
**Case Number:  1:20-CV-24649-AMC**

Plaintiff:
**Elie Nehme**

Defendant:
**FIU BOARD OF TRUSTEES**

Received: 10/13/2021    Served: 10/13/2021 1:40 pm   CORPORATE SUB SERVE RA
To be served on: Records Custodian Blue Cross & Blue Shield of Florida d/b/a Florida Blue, c/o Florida Chief Financial Officer as
Registered Agent

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Out of Tri-County | 1.00 | 60.00 | 60.00 |
| Processing Fee Check: Out Of Pocket Expense | 1.00 | 15.00 | 15.00 |
| TOTAL CHARGED: | | | $75.00 |
| | | | |
| **BALANCE DUE:** | | | **$75.00** |

DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
Phone: (786) 220-9705
Fax: (786) 363-8808
Tax ID 300501491

**INVOICE**

Invoice #DLE-2021044185
11/16/2021



Marrero & Wydler
2600 Douglas Road
Ph 4
Coral Gables, FL 33134

Your Contact: Guertty Lopez
**Case Number:  1:20-CV-24649-AMC**

Plaintiff:
**Elie Nehme**

Defendant:
**FIU BOARD OF TRUSTEES**

Received: 10/13/2021    Non-Served: 11/16/2021  NON-SERVE - COMMENTS
To be served on: Records Custodian Molina Healthcare of Florida, Inc c/o Florida Chief Financial Officer as Registered Agent

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Out of Tri-County | 1.00 | 60.00 | 60.00 |
| Processing Fee Check: Out Of Pocket Expense | 1.00 | 15.00 | 15.00 |
| TOTAL CHARGED: | | | $75.00 |



**BALANCE DUE:** **$75.00**

**Comments pertaining to this invoice:**
10/13/2021   1:40 pm    Attempted service at 200 E. Gaines Street, Tallahassee, FL 32399, service rejected due to company name on
                        Subpoena. Please advise how to proceed.
11/16/2021   10:38 am   Non-Served - Deposition/mail in record date has elapsed. No further information and/or address received.

DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
Phone: (786) 220-9705
Fax: (786) 363-8808
Tax ID 300501491

**INVOICE**

Invoice #DLE-2021044183
11/16/2021



Marrero & Wydler
2600 Douglas Road
Ph 4
Coral Gables, FL 33134

Your Contact: Guertty Lopez
**Case Number:  1:20-CV-24649-AMC**

Plaintiff:
**Elie Nehme**

Defendant:
**FIU BOARD OF TRUSTEES**

Received: 10/13/2021   Non-Served: 11/16/2021   NON-SERVE - COMMENTS
To be served on: Records Custodian Sunshine State Health Plan, inc d/b/a Ambetter From Sunshine, c/o Florida Chief Financial Officer
as Registered Agent

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Out of Tri-County | 1.00 | 60.00 | 60.00 |
| Processing Fee Check: Out Of Pocket Expense | 1.00 | 15.00 | 15.00 |
| TOTAL CHARGED: | | | $75.00 |

| **BALANCE DUE:** | **$75.00** |
|---|---|

**Comments pertaining to this invoice:**
10/13/2021   1:40 pm    Attempted service at 200 E. Gaines Street, Tallahassee, FL 32399, service rejected due to incomplete company
name on Subpoena. Please advise how to proceed.
11/16/2021   10:38 am   Non-Served - Deposition/mail in record date has elapsed. No further information and/or address received.

DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
Phone: (786) 220-9705
Fax: (786) 363-8808
Tax ID 300501491

**INVOICE**

Invoice #DLE-2021041392
12/16/2021

Original Date: 9/29/2021



Marrero & Wydler
2600 Douglas Road
Ph 4
Coral Gables, FL 33134

Your Contact: Guertty Lopez
**Case Number:  1:20-CV-24649-AMC**

Plaintiff:
**Elie Nehme**

Defendant:
**FIU BOARD OF TRUSTEES**

Received: 9/28/2021    Served: 9/28/2021 1:30 pm  CORPORATE SUB SERVE RA
To be served on: Records Custodian United Healthcare Insurance Company c/o Chief Financial Officer as
Registered Agent

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Out of Tri-County | 1.00 | 60.00 | 60.00 |
| Processing Fee Check: Out Of Pocket Expense | 1.00 | 15.00 | 15.00 |
| TOTAL CHARGED: | | | $75.00 |



**BALANCE DUE:**                                                                                   **$75.00**

Please include the invoice number on your check.
Payment is due 30 days after invoiced.  A late fee of $5.00 will apply to each unpaid invoice after 60 days.  Any
invoice over 120 days past due may be subject to collection.  Attorney/Client is responsible for all costs to include
attorney's fees for invoices sent to collections.

Page 3 / 14

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1u

DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
Phone: (786) 220-9705
Fax: (786) 363-8808
Tax ID 300501491

**INVOICE**

Invoice #DLE-2021044179
12/16/2021

Original Date: 10/14/2021



Marrero & Wydler
2600 Douglas Road
Ph 4
Coral Gables, FL 33134

Your Contact: Guertty Lopez
**Case Number:  1:20-CV-24649-AMC**

Plaintiff:
**Elie Nehme**

Defendant:
**FIU BOARD OF TRUSTEES**

Received: 10/13/2021  Served: 10/14/2021 10:40 am  CORPORATE SUB SERVE RA
To be served on: Records Custodian Publix Super Markets, Inc (Pharmacy)

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Out of Tri-County | 1.00 | 60.00 | 60.00 |
| Additional Address - Subpoena In Palm Beach | 1.00 | 35.00 | 35.00 |
| TOTAL CHARGED: | | | $95.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$95.00** |

**Comments pertaining to this invoice:**
10/14/2021 10:40 am Attempted service at 3300 Publix Corporate Pkwy, Lakeland, FL 33811, server advised must
go to R/A. Located and served at second address 801 US Hwy One, North Palm Beach, FL
33408.

Please include the invoice number on your check.
Payment is due 30 days after invoiced.  A late fee of $5.00 will apply to each unpaid invoice after 60 days.  Any
invoice over 120 days past due may be subject to collection.  Attorney/Client is responsible for all costs to include
attorney's fees for invoices sent to collections.

Page 4 / 14

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1u

**B.  COURT REPORTER**


U.S. Legal Support

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20220077124-12 | 1/7/2022 | Due upon receipt |

| Job No. | Job Date | Balance |
|---|---|---|
| 6033029 | 12/17/2021 | $2348.10 |

| Case Name |
|---|
| Elie Nehme v. Florida International University Board of Trustees |

| Case No. |
|---|
| 12CV24649AMC |

**SE - MIAMI**
**1 Southeast 3rd Avenue # Suite 2500**
**Miami FL 33131**
**Phone: 3053738404  Fax: 3053581427**

**Lourdes Wydler, Esquire**
**Marrero & Wydler, P.A.**
**2600 Douglas Road # Penthouse 4**
**Coral Gables FL 33134**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support - Remote Videoconference | Lourdes Wydler, Esquire<br>Marrero & Wydler, P.A.<br>2600 Douglas Road # Penthouse 4<br>Coral Gables FL 33134 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: General | | | | |
| Appearance Fee - First Hour | 1.00 | N/A | $95.00 | $95.00 |
| Appearance - Additional Hours | 7.00 | Hours | $95.00 | $665.00 |
| RemoteDepo (Virtual Room) | 1.00 | N/A | $250.00 | $250.00 |
| Non-Traditional Hours | 0.50 | Hours | $97.50 | $48.75 |
| ORIGINAL TRANSCRIPT OF: Elie Nehme | | | | |
| Original | 251.00 | Pages | $4.55 | $1,142.05 |
| Exhibit | 42.00 | Pages | $0.65 | $27.30 |
| Litigation Technology, Support and Security Manage | 1.00 | N/A | $55.00 | $55.00 |
| Transcript Handling & Processing | 1.00 | N/A | $45.00 | $45.00 |
| Condensed Transcript | 1.00 | N/A | $20.00 | $20.00 |

| | |
|---|---|
| **Total Due** | **$2348.10** |
| AFTER 2/6/2022 PAY | $2,348.10 |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Late Fees** | **$0.00** |
| **(=) New Balance** | **$2348.10** |

**Tax ID : 76-0523238**

Phone: 3054465528

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.



**Jeannie Reporting**

Your Wish Is Our Job!

**28 W. Flagler Street**
**Suite 610**
**Miami, FL 33130**
**www.jeanniereporting.com**

Phone #   (305) 577-1705
Fax #   (305) 577-1706

# Invoice

| Bill To | |
|---|---|
| Marrero & Wydler<br>2600 Douglas Road<br>PH-4<br>Coral Gables, FL 33134 | |
| ATTN: | Lourdes Wydler, Esq. |

| INVOICE # | 48321 |
|---|---|
| DATE | 2/7/2022 |
| JOB # | 23657JR5 |

| REPORTER | | | | | TERMS |
|---|---|---|---|---|---|
| LH | | | | | Due on receipt |
| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT | |

| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 1/13/2022 | Elie Nehme vs. FIU Board of Trustees<br>Case No. 1-20-CV-24649-CANNON | | | |
| | Certified Copy Transcript of Innah Lachica<br>250 Pages @ $3.50 Per Page | | | 875.00 |
| | Videoconference Participation Fee w/ Support | 1 | 25.00 | 25.00 |
| | Electronic PDF, ASCII & E-TRAN W/ Electronically<br>Marked Exhibits | 1 | 50.00 | 50.00 |

Thank you for using Jeannie Reporting.
All amounts are payable on or before the due date as shown on each invoice. All invoices are
subject to an interest charge of 1.5% per month. The customer agrees to be responsible for all
collections costs and attorney's fees. Tax ID #55-0828848

| Total | $950.00 |
|---|---|
| | $0.00 |
| Balance Due | $950.00 |

*It's been a pleasure working with you!*



## Jeannie Reporting
Your Wish Is Our Job!

**28 W. Flagler Street**
**Suite 610**
**Miami, FL 33130**
**www.jeanniereporting.com**

Phone #   (305) 577-1705
Fax #   (305) 577-1706

| Bill To | |
|---|---|
| Marrero & Wydler 2600 Douglas Road PH-4 Coral Gables, FL 33134 | |
| ATTN: | Lourdes Wydler, Esq. |

# Invoice

| INVOICE # | 48797 |
|---|---|
| DATE | 2/28/2022 |
| JOB # | 23932JR5 |

| REPORTER | | | TERMS | |
|---|---|---|---|---|
| LH | | | Due on receipt | |

| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 2/9/2022 | Elie Nehme vs. FIU Board of Trustees Case No. 1-20-CV-24649-CANNON | | | |
| | Certified Copy Transcript of Shirlyon McWhorter 172 Pages @ $3.50 Per Page | | | 602.00 |
| | Videoconference Connection W/ Support | 1 | 75.00 | 75.00 |
| | Electronic PDF, ASCII & E-TRAN W/ Electronically Marked Exhibits | 1 | 50.00 | 50.00 |

Thank you for using Jeannie Reporting.
All amounts are payable on or before the due date as shown on each invoice. All invoices are subject to an interest charge of 1.5% per month. The customer agrees to be responsible for all collections costs and attorney's fees.  Tax ID #55-0828848

| Total | $727.00 |
|---|---|
| | $0.00 |
| Balance Due | $727.00 |

*It's been a pleasure working with you!*



## Jeannie Reporting
Your Wish Is Our Job!

**28 W. Flagler Street**
**Suite 610**
**Miami, FL 33130**
**www.jeanniereporting.com**

Phone #   (305) 577-1705
Fax #      (305) 577-1706

| Bill To |
|---|
| Marrero & Wydler |
| 2600 Douglas Road |
| PH-4 |
| Coral Gables, FL 33134 |

| ATTN: | Lourdes Wydler, Esq. |
|---|---|

# Invoice

| INVOICE # | 49136 |
|---|---|
| DATE | 3/14/2022 |
| JOB # | 23724JR5 |

| REPORTER |
|---|
| LH |

| TERMS |
|---|
| Due on receipt |

| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 2/9/2022 | **Elie Nehme vs. FIU Board of Trustees** **Case No. 1-20-CV-24649-CANNON** | | | |
| | **Certified Copy Transcript of Teresa Reyes-Gavilan** 178 Pages @ $3.50 Per Page | | | 623.00 |
| | **Videoconference Participation Fee w/ Support** | 1 | 25.00 | 25.00 |
| | **Electronic PDF, ASCII & E-TRAN W/ Electronically Marked Exhibits** | 1 | 50.00 | 50.00 |

Thank you for using Jeannie Reporting.
All amounts are payable on or before the due date as shown on each invoice. All invoices are
subject to an interest charge of 1.5% per month. The customer agrees to be responsible for all
collections costs and attorney's fees.  Tax ID #55-0828848

| Total | $698.00 |
|---|---|
| | $0.00 |
| Balance Due | $698.00 |

*It's been a pleasure working with you!*



Your Wish Is Our Job!

**28 W. Flagler Street**
**Suite 610**
**Miami, FL 33130**
**www.jeanniereporting.com**

Phone #   (305) 577-1705
Fax #      (305) 577-1706

# Invoice

| Bill To | |
|---|---|
| **Marrero & Wydler**<br>**2600 Douglas Road**<br>**PH-4**<br>**Coral Gables, FL 33134** | |
| **ATTN:** | **Lourdes Wydler, Esq.** |

| INVOICE # | 49241 |
|---|---|
| DATE | 3/17/2022 |
| JOB # | 2761JR7 |

| REPORTER | | TERMS | |
|---|---|---|---|
| NAPLE | | Due on receipt | |

| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 2/11/2022 | **Elie Nehme vs. FIU Board of Trustees**<br>**Case No. 1-20-CV-24649-CANNON** | | | |
| | **Certified Copy Transcript of Valerie Hall**<br>**225 Pages @ $3.50 Per Page** | | | 787.50 |
| | **Videoconference Participation Fee w/ Support** | 1 | 25.00 | 25.00 |
| | **Electronic PDF, ASCII & E-TRAN W/ Electronically Marked Exhibits** | 1 | 50.00 | 50.00 |

✓

| | |
|---|---|
| **Total** | **$862.50** |
| | **$0.00** |
| **Balance Due** | **$862.50** |

Thank you for using Jeannie Reporting.
All amounts are payable on or before the due date as shown on each invoice. All invoices are subject to an interest charge of 1.5% per month. The customer agrees to be responsible for all collections costs and attorney's fees.  Tax ID #55-0828848

*It's been a pleasure working with you!*



## Jeannie Reporting
### Your Wish Is Our Job!

**28 W. Flagler Street**
**Suite 610**
**Miami, FL 33130**
**www.jeanniereporting.com**

Phone #     (305) 577-1705
Fax #        (305) 577-1706

# Invoice

| Bill To | |
|---|---|
| Marrero & Wydler<br>2600 Douglas Road<br>PH-4<br>Coral Gables, FL 33134 | |
| **ATTN:** | **Lourdes Wydler, Esq.** |

| INVOICE # | 49461 |
|---|---|
| DATE | 3/30/2022 |
| JOB # | 24301JR5 |

| REPORTER | | | TERMS |
|---|---|---|---|
| LH | | | Due on receipt |

| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 1/27/2022 | Elie Nehme vs. FIU Board of Trustees<br>Case No. 1-20-CV-24649-CANNON | | | |
| | Certified Copy Transcript of Elizabeth Bejar, Ph. D.<br>177 Pages @ $3.50 Per Page | | | 619.50 |
| | Electronic PDF, ASCII & E-TRAN W/ Electronically<br>Marked Exhibits | 1 | 50.00 | 50.00 |

Thank you for using Jeannie Reporting.
All amounts are payable on or before the due date as shown on each invoice. All invoices are subject to an interest charge of 1.5% per month. The customer agrees to be responsible for all collections costs and attorney's fees.  Tax ID #55-0828848

| Total | $669.50 |
|---|---|
| | $0.00 |
| **Balance Due** | **$669.50** |

## It's been a pleasure working with you!



Your Wish Is Our Job!

**28 W. Flagler Street**
**Suite 610**
**Miami, FL 33130**
**www.jeanniereporting.com**

Phone #   (305) 577-1705
Fax #     (305) 577-1706

# Invoice

| Bill To |
|---|
| **Marrero & Wydler**<br>**2600 Douglas Road**<br>**PH-4**<br>**Coral Gables, FL 33134** |

| ATTN: | **Lourdes Wydler, Esq.** |
|---|---|

| INVOICE # | 49447 |
|---|---|
| DATE | 3/30/2022 |
| JOB # | 23687JR5 |

| REPORTER | | | | TERMS |
|---|---|---|---|---|
| TC1 | | | | Due on receipt |

| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 2/2/2022 | **Elie Nehme vs. FIU Board of Trustees**<br>**Case No. 1-20-CV-24649-CANNON** | | | |
| | **Certified Copy Transcript of Adrian Jones**<br>**231 Pages @ $3.50 Per Page** | | | 808.50 |
| | **Electronic PDF, ASCII & E-TRAN W/ Electronically**<br>**Marked Exhibits** | 1 | 50.00 | 50.00 |

| | | |
|---|---|---|
| Total | | $858.50 |
| | | $0.00 |
| Balance Due | | $858.50 |

Thank you for using Jeannie Reporting.
All amounts are payable on or before the due date as shown on each invoice. All invoices are subject to an interest charge of 1.5% per month. The customer agrees to be responsible for all collections costs and attorney's fees. Tax ID #55-0828848

*It's been a pleasure working with you!*



## Jeannie Reporting
### Your Wish Is Our Job!

28 W. Flagler Street
Suite 610
Miami, FL 33130
www.jeanniereporting.com

Phone #    (305) 577-1705
Fax #      (305) 577-1706

| Bill To | |
|---|---|
| Marrero & Wydler<br>2600 Douglas Road<br>PH-4<br>Coral Gables, FL 33134 | |
| **ATTN:** | Lourdes Wydler, Esq. |

# Invoice

| INVOICE # | 49532 |
|---|---|
| DATE | 3/31/2022 |
| JOB # | 24095JR5 |

| REPORTER | | | | | TERMS |
|---|---|---|---|---|---|
| KB | | | | | Due on receipt |

| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 2/7/2022 | Elie Nehme vs. FIU Board of Trustees<br>Case No. 1-20-CV-24649-CANNON | | | |
| | Certified Copy Transcript of Vivian Obeso, M.D.<br>208 Pages @ $3.50 Per Pages | | | 728.00 |
| | Electronic PDF, MINI, ASCII & E-TRAN (By E-mail) | 1 | 35.00 | 35.00 |

Thank you for using Jeannie Reporting.
All amounts are payable on or before the due date as shown on each invoice. All invoices are
subject to an interest charge of 1.5% per month. The customer agrees to be responsible for all
collections costs and attorney's fees.  Tax ID #55-0828848

| Total | $763.00 |
|---|---|
| | $0.00 |
| Balance Due | $763.00 |

*It's been a pleasure working with you!*



## Jeannie Reporting
### Your Wish Is Our Job!

**28 W. Flagler Street**
**Suite 610**
**Miami, FL 33130**
**www.jeanniereporting.com**

Phone #    (305) 577-1705
Fax #      (305) 577-1706

# Invoice

| Bill To | |
|---|---|
| Marrero & Wydler<br>2600 Douglas Road<br>PH-4<br>Coral Gables, FL 33134 | |
| ATTN: | Lourdes Wydler, Esq. |

| INVOICE # | 49581 |
|---|---|
| DATE | 4/2/2022 |
| JOB # | 24097JR5 |

| REPORTER | | TERMS |
|---|---|---|
| MSCR | | Due on receipt |

| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 2/8/2022 | Elie Nehme vs. FIU Board of Trustees<br>Case No. 1-20-CV-24649-CANNON<br><br>Certified Copy Transcript of Stephen P. Loynaz<br>151 Pages @ $3.50 Per Page<br><br>Electronic PDF, ASCII & E-TRAN W/ Electronically<br>Marked Exhibits | <br><br><br><br><br>1 | <br><br><br><br><br>50.00 | <br><br>528.50<br><br>50.00 |

Thank you for using Jeannie Reporting.
All amounts are payable on or before the due date as shown on each invoice. All invoices are subject to an interest charge of 1.5% per month. The customer agrees to be responsible for all collections costs and attorney's fees.  Tax ID #55-0828848

| Total | $578.50 |
|---|---|
| | $0.00 |
| Balance Due | $578.50 |

*It's been a pleasure working with you!*



## Jeannie Reporting
### Your Wish Is Our Job!

**28 W. Flagler Street**
**Suite 610**
**Miami, FL 33130**
**www.jeanniereporting.com**

Phone #   (305) 577-1705
Fax #   (305) 577-1706

# Invoice

| Bill To | |
|---|---|
| Marrero & Wydler<br>2600 Douglas Road<br>PH-4<br>Coral Gables, FL 33134 | |
| **ATTN:** | **Lourdes Wydler, Esq.** |

| INVOICE # | 49580 |
|---|---|
| DATE | 4/2/2022 |
| JOB # | 2849JR7 |

| REPORTER | | TERMS | |
|---|---|---|---|
| NAPLE | | Due on receipt | |

| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 2/11/2022 | Elie Nehme vs. FIU Board of Trustees<br>Case No. 1-20-CV-24649-CANNON | | | |
| | Certified Copy Transcript of Nancy E. Havas, M.D.<br>76 Pages @ $3.50 Per Page | | | 266.00 |
| | Electronic PDF, ASCII & E-TRAN W/ Electronically<br>Marked Exhibits | 1 | 50.00 | 50.00 |

Thank you for using Jeannie Reporting.
All amounts are payable on or before the due date as shown on each invoice. All invoices are
subject to an interest charge of 1.5% per month. The customer agrees to be responsible for all
collections costs and attorney's fees.  Tax ID #55-0828848

| Total | $316.00 |
|---|---|
| | $0.00 |
| **Balance Due** | **$316.00** |

*It's been a pleasure working with you!*

Date: 09/06/2022
Invoice Number: 202201037

**To:**

**Lourdes Wydler**
**Marrero & Wydler**
2600 Douglas Road
Coral Gables, FL, 33134
Phone: (305) 446-5528
Email: lew@marrerolegal.com

**Make Checks Payable To:**

**Ms. Joanne Mancari**
212 West Key Palm Road
Boca Raton, FL, 33432
Phone: (917) 270-7048
Email: jemancari@gmail.com

Case Details:

**Case Number:** 20CV24649
**Case Title:** Nehme v. Florida International University
**Criminal or Civil:** Civil
**Proceeding Date:** Jul 06, 2022
**Judge Hearing Case:** Alicia M. Otazo-Reyes

Transcripts:

**Date Ordered:** Sep 06, 2022
**Date Delivered:** Sep 08, 2022

Charges:

| Date | Trial | Activity Type | Pages Count | Page Rate | Other Fees | Sub-Total |
|------|-------|---------------|-------------|-----------|------------|-----------|
| 07/06/2022 | Nehme v. Florida International University | Daily | 94 | $6.05 | $0.00 | $568.70 |

**Total:** $568.70
**Amount of Deposit:** $242.00

**Amount Due:** $326.70

*/s/ Joanne Mancari*

## C.  EXEMPLIFICATION CHARGES



printing | copies | graphics

| Invoice Date: | INVOICE: 53672 |
|---|---|
| 4/2/2021 | |
| Due Date | Balance Due |
| 5/10/2021 | $143.08 |

| B I L L T O | Marrero & Wydler<br>Dinah<br>2600 Douglas Rd.-PH 4<br>Coral Gables, FL 33134 |
|---|---|

| S H I P T O | Marrero & Wydler<br>Dinah<br>2600 Douglas Rd.-PH 4<br>Coral Gables, FL 33134 |
|---|---|

| Customer Phone | Job No: | P.O. Number | Terms | Shipped VIA |
|---|---|---|---|---|
| 305-446-5528 | REF: NEHME | GUERTTY | Net 10th of Month | |

| Quantity | Description | Amount |
|---|---|---|
| 1,052 | B/W COPIESPRINTED FROM YOUR EMAILED FILES | 126.24T |
| 1 | Local Delivery | 8.00 |
| | to Lourdes home | |

*For all of your printing needs...*
*Photo Offset... your printing partner!*

*REMIT TO PHOTO OFFSET INC. 4824 SW 72 AVE MIAMI FL 33155.*
*If we have to collect on this debt, customer will be responsible for attorneys fees,*
*costs, and interest at the rate of 1.5% per month.*

Received By: _____ Date: _____

Print Name: _____

| | |
|---|---|
| Subtotal | $134.24 |
| Sales Tax (7.0%) | $8.84 |
| **Total** | **$143.08** |
| Payments/Credits | $0.00 |
| **Balance Due** | **$143.08** |



**MIAMI-DADE FIRE RESCUE DEPARTMENT**
**RECORDS & RESOURCES BUREAU**
*9300 N.W. 41 STREET*
*DORAL, FLORIDA 33178-2414*
*786-331-4900 Office*
*786-331-4901 Fax*



Date  09/24/2021   Incident #  **0048933**   Fire _____   Rescue  X   Reference:   **8826 W FLAGLER ST**
_____   _____   ____   ____                           **MIAMI-DADE FL 33174**
                                                                       _____

Your request for records is being returned for the following reason(s). We appreciate your cooperation and will forward the report(s) upon receipt of the requested information.

**X**    Please return this checklist along with all prior documents submitted with your payment and/or information requested below.

_____    Additional information is required to locate the report(s). Please provide/verify the following regarding the incident:

Date _____   Time _____   Location _____
                                                                 **(Exact Street Address/Intersection)**

    ☐   Copy of police report or patient transport bill.

    ☐   Date of birth, social security number.

_____    Medical authorization was not enclosed. Authorization ***must be notarized*** and include the name and address of the requesting law firm. Medical authorization must be directed to Miami-Dade Fire Rescue Department authorizing the release of medical records to the requesting law firm.

    • If a legal representative is signing for the patient, please attach copies of legal documents to your request.
      If the patient is a minor, the parent or legal guardian must sign and specify the relationship to the patient under their signature, and the medical authorization ***must be notarized***.
    • If signature is not legible, please type or print the patient's full legal name under their signature.
    • A copy of the death certificate or legal documents of estate representative are required along with a copy of the requesting family driver's license, legal photo ID or attorney letter representing the estate.
    • Persons treated by Fire Rescue must include a copy of your driver's license or legal photo ID.

**X**    A self-addressed stamped envelope **must** be provided.

**X**    Payment not enclosed. Please send ***$4.00*** (Fees: $1.00 per certified page)
      Make payable to "Miami-Dade Fire Rescue Department."

_____    For billing requests, you must contact R1RCM at 1-888-772-3207.

_____    For accounts on collection, contact Miami-Dade County Finance Credit and Collection at 305- 375-5200.
_____    No bills pending from MDFR, patient was not transported, refused transport or was transferred to a private ambulance.

    **Please send your letter and check to:**
    **Miami-Dade Fire Rescue**
    **Attn: Records**
    **9300 NW 41ˢᵗ ST**
**X**    **Doral, FL 33178**
_____

Thank you,
***Christie M Toledo-Fernandez, Administrative Officer 3***
786-331-4900

REV. 9/24/2021

# BETTER ME
# HEALTHCARE, LLC

| please send payments to:<br>BETTER ME HEALTHCARE, LLC<br>PO BOX 13110<br>BELFAST, ME 04915-4022<br>billing phone: (561) 408-9444 | department of service:<br>Main Office<br>4611 OKEECHOBEE BLVD. SUITE 110<br>WEST PALM BEACH, FL 33417-4637<br>dept phone: (561) 408-9444 | printed 09/30/2021<br>10:16 AM |
| --- | --- | --- |

| GUARANTOR NAME AND ADDRESS | PATIENT # | PATIENT NAME | PROVIDER | DATE | DEPARTMENT |
| --- | --- | --- | --- | --- | --- |
| ELIE NEHME<br>8112 BAUTISTA WAY<br>PALM BEACH GARDENS, FL 33418-8176 | 891 | ELIE NEHME | TIMOTHY R. WILLINGHAM, MD | 09/30/2021 | Main Office |

| | DOB. | TELEPHONE | CURRENT INSURANCE | CERTIFICATE# | AUTH# |
| --- | --- | --- | --- | --- | --- |
| | 05/05/1992 | (561) 386-9508 | *SELF PAY* | | |

## CHARGES CREATED ON 09/30/2021

| Date of Service | Diagnosis Codes | Procedure Code | Description | Original Insurance Plan | Supervising Provider | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 09/30/2021 | Z0001 | MISCMEDREC | MEDICAL RECORDS | CURRENT | TIMOTHY WILLINGHAM | $49.50 |

| Total Charge Amount | | $49.50 |
| --- | --- | --- |

## PAYMENTS ON 09/30/2021

| Post Date | Date of Service | Diagnosis Codes | Procedure Code | Original Insurance Plan | Supervising Provider | Reason For Payment | Method of Payment | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 09/30/2021 | 09/30/2021 | Z0001 | MISCMEDREC | *SELF PAY* [0] | TIMOTHY WILLINGHAM | Other | AMEX ***********1001 | $49.50 |

| Total Payment Amount | | $49.50 |
| --- | --- | --- |

BETTER ME HEALTHCARE LLC
4611 OKEECHOBEE BLVD 110
WEST PALM BEA, FL 33417

## SALE

MID: 8670    Store: 4616   Term: 1801
REF#: 00000003
Batch #: 012    RRN: 127314601526
09/30/21                          10:12:36
AVS: ZIP MATCH
Trans ID: 000136642063301
APPR CODE: 189274
AMEX
***********1001                 Manual CP
                                **/**

AMOUNT        $49.50

APPROVED

CUSTOMER COPY

*Florida Blu*

An independent licensee of the
Blue Cross and Blue Shield Association

Dasha Casey
Legal Affairs Records Specialist
4800 Deerwood Campus Parkway
Building 100, 7th Floor
Jacksonville, FL 32246-8273

Telephone: 904-905-6577
Facsimile:  904-301-1685

## SUBPOENA AND AUTHORIZATION
## PROCESSING CONFIRMATION AND INVOICE

October 26, 2021

**VIA [EMAIL/FACSIMILE]**
**305-446-0995**
**Records@marrerolegal.com**
**Lourdes Espino Wydler, Esq.**
**2600 Douglas Rd., PH-4**
**Coral Gables, FL 33134**

Re:   **Processing Notification and Request for Payment**
        **NEHME, ELIE  1:20-CV-24649-AMC**

      This serves as confirmation that the [Subpoena/Authorization] served on Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue ("Florida Blue") has been processed.  The applicable fees associated with  your request are itemized below.

| DESCRIPTION | QUANTITY | TOTAL |
|---|---|---|
| Processing Fee | | $50.00 |
| Claims Reports | | $25.00 |
| Less Received | | |
| Total Due | | $75.00 |
| AMOUNT ENCLOSED | | |

Please make checks payable to ***Blue Cross and Blue Shield of Florida, Inc.*** and remit along with a  copy of this Invoice to the address listed above.  Florida Blue's tax identification number is 59-2015694.

**The enclosed Procedures and Fees for Processing Subpoenas/Authorizations will provide you with important information related to the processing of your request.  Once payment has been received by Florida Blue, the records identified above will be  transmitted via secure email or facsimile to the requesting party.**

Regards,

*Dasha Casey*

**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

# CIOX
HEALTH
## INVOICE

| Invoice #: | **0359619473** |
|---|---|
| Date: | **12/17/2021** |
| Customer #: | **1971656** |

| Ship to: |
|---|
| Staff |
| MARRERO WYDLER |
| 2600 DOUGLAS RD |
| PH 4 |
| CORAL GABLES,FL 33134-6143 |

| Bill to: |
|---|
| Staff |
| MARRERO WYDLER |
| 2600 DOUGLAS RD |
| PH 4 |
| CORAL GABLES,FL 33134-6143 |

| Records from: |
|---|
| MOLINA HEALTHCARE INC |
| 200 OCEANGATE |
| STE 100 |
| LONG BEACH,CA 90802-4317 |

| **Requested By:** | MARRERO WYDLER | **DOB :** | 05/05/1992 |
|---|---|---|---|
| **Patient Name:** | NEHME ELIE | | |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 6.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 6 | 0.10 | 0.60 |
| Electronic Data Archive Fee | | | 2.00 |
| Subtotal | | | 8.60 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 8.60 |
| Balance Due | | | 8.60 |

| Terms: Net 30 days | **Please remit this amount : $8.60(USD)** |
|---|---|

------------------------------✂--------------------------------------------------------------------------------

**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

Get future medical records as soon as they are processed,
by signing up  for secure electronic delivery.
Register at:  https://edelivery.cioxhealth.com

| Invoice #: | **0359619473** |
|---|---|

Check #_____

Payment Amount $_____

# Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

**CIOX**
HEALTH
**INVOICE**

| | |
|---|---|
| Invoice #: | **0354781132** |
| Date: | **12/28/2021** |
| Customer #: | **1396858** |

Ship to:
MEDICAL RECORDS
MARRERO AND WYDLER
DOUGLAS CENTRE PH 4
2600 S DOUGLAS RD
CORAL GABLES,FL 33134-6127

Bill to:
MEDICAL RECORDS
MARRERO AND WYDLER
DOUGLAS CENTRE PH 4
2600 S DOUGLAS RD
CORAL GABLES,FL 33134-6127

Records from:
CARDIOLOGY PARTNERS PL
3347 S STATE ROAD 7
STE 203
LAKE WORTH,FL 33449-8148

| | | | |
|---|---|---|---|
| **Requested By:** | MARRERO AND WYDLER | **DOB :** | |
| **Patient Name:** | NEHME ELIE | | 05/05/1992 |

*PAID*
*12-28-21*
*CK#6630*
*(a)*

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 0.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 5 | 1.00 | 5.00 |
| Electronic Data Archive Fee | | | 2.00 |
| Subtotal | | | 7.00 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 7.00 |
| Balance Due | | | 7.00 |

**Terms: Net 30 days**      **Please remit this amount : $7.00(USD)**

---------------------------- ✄ ----------------------------------------------------------------------

**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

Get future medical records as soon as they are processed,
by signing up  for secure electronic delivery.
Register at:  https://edelivery.cioxhealth.com

| |
|---|
| Invoice #:   **0354781132** |
| |
| Check #_____ |
| |
| Payment Amount $_____ |

## Please return stub with payment.

Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

PAID
CK# 6538
$17.69
+18-22
(L)



## WALGREEN COMPANY
## INVOICE FOR RECORD REQUEST SERVICES

**Make Checks Payable to:**

Walgreen Company
PO Box 653042
Dallas, TX 75265-3042

| | |
|---|---|
| **Invoice Date:** | 01/05/2022 |
| **COR Case Number:** | 457068 |
| **Amount Due:** | $17.69 |
| **Reference #:** | |
| **Patient State:** | FL |

**Billed to:**

MARRERO & WYDLER
2600 DOUGLAS RD PH 4
CORAL GABLES, FL 331340000

**PATIENT NAME : ELIE NEHME**

--------------------------------------------------------------------------------------------------

### COR Case Number: 457068
### <u>Second Request for Payment</u>

**RE: ELIE NEHME**

Dear Sir/Madam

In accordance with your request, a custodian's affidavit, where applicable, and a certified copy of pharmacy records, for the above referenced patient, are enclosed after a complete search was conducted. The search results are limited to those records created within the statutory retention period for pharmacy records. You owe **$17.69** for the above services.

Please remit payment, together with this invoice, upon receipt. If you have any questions concerning this invoice, please call the number below during regular business hours of 7:00 AM to 3:30 PM CST and ask for invoicing.

Sincerely,

Records Custodian

(217) 554-8590 (Phone)
FEIN 36-1924025 (Federal Tax ID)

Patient State = FL

**Please return the top portion of this billing invoice with your check or record the COR Case Number on the memo line.**

photo **offset**

printing | copies | graphics

| Invoice Date: | INVOICE: 57615 |
|---|---|
| 10/17/2022 | |
| Due Date | Balance Due |
| 11/10/2022 | $537.03 |

B
I   Marrero & Wydler
L   Dinah
L   2600 Douglas Rd.-PH 4
    Coral Gables, FL 33134
T
O

S
H   Marrero & Wydler
I   Dinah
P   2600 Douglas Rd.-PH 4
    Coral Gables, FL 33134
T
O

| Customer Phone | Job No: | P.O. Number | Terms | Shipped VIA |
|---|---|---|---|---|
| 305-446-5528 | NEHME V. FIU | GUERTTY | Net 10th of Mon... | |

| Quantity | Description | Amount |
|---|---|---|
| 4,105 | B/W COPIES PRINTED FROM YOUR EMAILED FILES | 492.60T |
| 1 | Local Delivery | 9.95 |

For all of your printing needs...
Photo Offset... your printing partner!

*REMIT TO PHOTO OFFSET INC. 4824 SW 72 AVE MIAMI FL 33155.*
*If we have to collect on this debt, customer will be responsible for attorneys fees,*
*costs, and interest at the rate of 1.5% per month.*

| | |
|---|---|
| Subtotal | $502.55 |
| Sales Tax (7.0%) | $34.48 |
| **Total** | **$537.03** |
| Payments/Credits | $0.00 |
| **Balance Due** | **$537.03** |

*Received By:* _____ *Date:* _____

*Print Name:* _____

4824 sw 72nd avenue, miami, fl 33155 | 305.666.1067 | 305.666.7082 fax | mail@photooffset.com | photooffset.com

*(handwritten in left margin: Hearing Set by court  10-18-22  Case law Br.)*