UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-24649-CIV-CANNON/Otazo-Reyes

**ELIE NEHME**,

    Plaintiff,

v.

**FLORIDA INTERNATIONAL
UNIVERSITY BOARD OF TRUSTEES**,

    Defendant.
_____/

## ORDER DENYING WITHOUT PREJUDICE
## DEFENDANT'S MOTION TO TAX COSTS

**THIS MATTER** comes before the Court on Defendant's Motion to Tax Costs (the "Motion") [ECF No. 94], filed on December 2, 2022. The Court has reviewed the Motion, Plaintiff's Response in Opposition [ECF No. 100], Defendant's Reply [ECF No. 101], and is otherwise fully advised. For the reasons set forth below, the Motion [ECF No. 94] is **DENIED WITHOUT PREJUDICE**.

\*\*\*

On November 3, 2022, the Court granted summary judgment in favor of Defendant [ECF No. 90] and entered Final Judgment [ECF No. 91]. On November 23, 2022, Plaintiff filed a Notice of Appeal from the Court's November 3 Order [ECF No. 92]. Defendant thereafter filed the instant Motion to Tax Costs [ECF No. 94].

Generally, when a party files a notice of appeal, "'it confers jurisdiction on the court of appeals and divests the district court of its control'" and jurisdiction with respect to any issues "'involved in the appeal.'" *Shivers v. Hill*, 205 F. App'x 788, 789 (11th Cir. 2006) (quoting *United*

States v. Tovar-Rico, 61 F.3d 1529, 1532 (11th Cir. 1995)).  However, "[i]f an appeal on the merits of the case is taken, the court may rule on the claim for fees, may defer its ruling on the motion, or may deny the motion without prejudice, directing under subdivision (d)(2)(B) a new period for filing after the appeal has been resolved."  Fed. R. Civ. P. 54(d)(2) advisory committee's note to 1993 Amendment.

To conserve judicial resources and avoid piecemeal litigation, the Court exercises its discretion to deny without prejudice Defendant's Motion.  *See Shapiro v. Wells Fargo Bank, N.A.*, No. 18-60250-CIV, 2019 WL 5291005, at *1 (S.D. Fla. June 13, 2019), *report and recommendation adopted* (citing *Britt Green Trucking, Inc. v. FedEx Nat'l LTL, Inc.*, No. 09-CV-445-T-33TBM, 2012 WL 12951321, at *1 (M.D. Fla. Jan. 26, 2012)); *see e.g.*, *Air Cap. Grp., LLC*, 2014 WL 12634405; *Hetrick v. Ideal Image Dev. Corp.*, No. 07-cv-871-T-33TBM, 2009 WL 1788376, at *1 (M.D. Fla. June 22, 2009).  Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion [94] is **DENIED WITHOUT PREJUDICE**.
2. Defendant may refile any motion to tax costs following resolution of the pending appeal.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 28th day of December 2022.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record