UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  1:20-cv-24649-AMC

ELIE NEHME,

    Plaintiff,

vs.

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.
_____/

## NOTICE OF CHANGE OF FIRM NAME AND E-MAIL ADDRESSES

PLEASE TAKE NOTICE that the firm of Marrero & Wydler has changed its name to Wydler Law.  All future reference to the firm in this matter should be made to Wydler Law. The address, telephone, and fax numbers remain the same. The e-mail addresses are as follows:

**Lourdes E. Wydler, Esq., lew@wydlerlaw.com**

**Secondary E-mails: dinah@wydlerlaw.com**
                               **guertty@wydlerlaw.com**

**Lauren D. Martin, Esq., ldm@wydlerlaw.com**


I HEREBY CERTIFY that on this 6th day of February, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>WYDLER LAW
>*Attorneys for Defendant*
>2600 Douglas Road, PH-4
>Coral Gables, FL 33134
>(305) 446-5528
>(305) 446-0995 (fax)
>
>BY _/s/  Lourdes Espino Wydler_____
>    LOURDES ESPINO. WYDLER
>    F.B.N.:  719811
>    lew@wydlerlaw.com
>    LAUREN D. MARTIN
>    F.B.N. 1034166
>    ldm@wydlerlaw.com

## SERVICE LIST

Roderick V. Hannah, Esq.
4800 North Hiatus Road
Sunrise FL 33351-7919
(954) 362-3800
(954) 613-5902 (fax)
FBN:  435384
rhannah@rhannahlaw.com
rvhannah@gmail.com
kflynn@rhannahlaw.com
*Attorney for Plaintiff*